UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

KEITH A. YERIAN,

Debtor.

_____/

Chapter 7
Case No.: 6:15-bk-01720-KSJ

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Keith A. Yerian, Debtor in the above-captioned Chapter 7 case, by and through undersigned counsel, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Middle District of Florida the Order of the United States Bankruptcy Court for the Middle District of Florida entered in this case on February 24, 2017, Sustaining Trustee's Objection to Debtor's Claim of Exemption (Doc. 100) (the "Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Keith A. Yerian, Debtor<br>5767 Treasure Lane<br>Grant, FL 32949<br><br>Sun Y. Pak<br>5767 Treasure Lane<br>Grant, FL 32949<br><br>Frank M. Wolff, Esq.<br>Frank martin Wolff, P.A.<br>19 E. Central Blvd.<br>Orlando, FL 32801<br>407-982-4448<br>Fwolff@fwolfflaw.com<br>Counsel for Defendants | Richard B. Webber, II, Esq., Trustee<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>407-425-7010<br>rwebber@zkslawfirm.com<br>Plaintiff and Counsel for Plaintiff<br><br>Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802<br>407-425-7010<br>banderson@zkslawfirm.com<br>Counsel for Plaintiff |

1

J. Reid Yoder, Esq.
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street, 3rd Floor
Akron, OH 44308
330-762-7477
ryoder@dpylaw.com
Counsel for Defendants

                                              /s/ *Michael A. Nardella*
                                              Michael A. Nardella, Esq.
                                              Florida Bar No. 051265
                                              **NARDELLA & NARDELLA, PLLC**
                                              250 East Colonial Drive, Suite 102
                                              Orlando, FL 32801
                                              (407) 966-2680
                                              mnardella@nardellalaw.com
                                              afebres@nardellalaw.com

                                              Attorney for the Debtor

      If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the District Court.

     *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

## CERTIFICATE OF SERVICE

I CERTIFY that on March 10th, 2017, a true and correct copy of the above Notice of Appeal has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following, and to all others who requested to receive notice via this Court's CM/ECF filing system:

2

Keith A. Yerian, Debtor
5767 Treasure Lane
Grant, FL 32949

Sun Y. Pak
5767 Treasure Lane
Grant, FL 32949

Frank M. Wolff, Esq.
Frank martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
407-982-4448
Fwolff@fwolfflaw.com
Counsel for Defendants

J. Reid Yoder, Esq.
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street, 3rd Floor
Akron, OH 44308
330-762-7477
ryoder@dpylaw.com
Counsel for Defendants

Richard B. Webber, II, Esq., Trustee
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
407-425-7010
rwebber@zkslawfirm.com
Plaintiff and Counsel for Plaintiff

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
banderson@zkslawfirm.com
Counsel for Plaintiff

Charles R. Sterbach, U.S. Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301
USTP.Region21@usdoj.gov

*/s/ Michael A. Nardella*
Michael A. Nardella

3