# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: Keith A. Yerian**

**KEITH A. YERIAN,**

        **Appellant,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:   6:17-cv-459-Orl-37**

**RICHARD B. WEBBER, II ,**

        **Appellee.**

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track __One__ Case. **Filing party (who instituted suit in this Court) is responsible for serving a copy of this notice upon all other parties**.   However, <u>all</u> parties shall meet the requirements established in Local Rule 3.05 for cases designated on this track.

        **SHERYL L. LOESCH, CLERK**

        By:   _/s/ Virginia Flick_
                  Deputy Clerk

Date:   March 21, 2017

*Distribution:*     - Copy to filing party:   -- habeas petitioner, bankruptcy appellant(s),
                                        ***or*** *removing defendant(s)*