**STATE OF FLORIDA** — **LIEN SATISFACTION**

A02519

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 3GNFC16047G160149 | 2007 | CHEV | UT | 5513 | | 97908636 |

Registered Owner:
SUN YO PAK
5767 TREASURE LN
GRANT  FL  32949-8203

Date of Issue 12/30/2014

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:
SUN YO PAK
5767 TREASURE LN
GRANT  FL  32949-8203

EXHIBIT 1

---

**CERTIFICATE OF TITLE**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 3GNFC16047G160149 | 2007 | CHEV | UT | 5513 | | 97908636 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | GRY | | | | PRIVATE | 03/07/2007 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 245376 MILES  12/17/2014 ACTUAL | | | 12/30/2014 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner
SUN YO PAK
5767 TREASURE LN
GRANT  FL  32949-8203

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES       TALLAHASSEE       FLORIDA       DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Clayton B. Walden*                                                                                           *Terry L. Rhodes*
Clayton Boyd Walden                    Control Number  **117595292**                         Terry L. Rhodes
Director                                                                                                            Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____         Address: _____
Seller Must Enter Selling Price: _____               Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_| X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.      ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.      ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____           CO-SELLER Must Sign Here: _____
Print Here: _____                                Print Here: _____
Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____
Auction Name _____                          License Number _____

PURCHASER Must Sign Here: _____      CO-PURCHASER Must Sign Here: _____
Print Here: _____                                Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 10/12)                                  **STATE OF FLORIDA**                                                        KY000058

VOID IF ALTERED