UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

KEITH A. YERIAN,   CASE # 6:15-bk-01720-KSJ
   CHAPTER 7

    Debtor.
_____/

## APPELLEE'S DESIGNATION OF THE RECORD ON APPEAL

The Appellee, Chapter 7 Trustee Richard B. Webber II ("Appellee"), by and through his undersigned counsel, hereby designates the following pleadings, papers, transcripts, and exhibits as the Record on Appeal, which are designated in addition to the documents previously designated in the Appellant's Designation of the Record on Appeal (Doc. 123), and requests that the same be transmitted to the United States District Court for the Middle District of Florida:

| BANKRUPTCY OR ADVERSARY | PLEADING DESCRIPTION | PLEADING DOCUMENT NUMBER (IN NUMERICAL ORDER, STARTING WITH LOWEST DOCKET NO.) | PLEADING FILE DATE |
|---|---|---|---|

**I.**     **Documents from Main Case No.: 6:15-bk-01720-KSJ:**

| | | | |
|---|---|---|---|
| **Bankruptcy** | Notice of Deficient Filing | 5 | 3/2/15 |
| | Amended Schedule E | 18 | 4/14/15 |
| | Order Striking Amended Schedule E | 19 | 4/15/15 |
| | Amended Schedule E | 20 | 4/15/15 |
| | Order Striking Amendment to Schedule E | 22 | 4/16/15 |
| | Amended Schedule B, Schedule C, Schedule F | 37 | 7/27/15 |
| | Notice of Withdrawal of Docket Entry No. 37, Amended | | |

[11000-710/5995207/1]

| Document | Page | Date |
|---|---|---|
| Schedule B, Amended Schedule C, and Amended Schedule F | 38 | 7/27/15 |
| Amended Schedule B, Schedule C, Schedule F | 39 | 7/27/15 |
| Declaration re: Amended Schedule B, Amended Schedule C, and Amended Schedule F | 40 | 7/27/15 |
| Order Striking Amended Schedule C, Schedule F | 41 | 7/28/15 |
| Order Striking Amended Schedules E and F | 43 | 7/29/15 |
| Order Granting Motion for Turnover of Property of the Estate | 54 | 9/15/15 |
| Statement/Disclosure of Compensation of Attorney for Debtor in Adversary Proceeding No. 6:15-ap-00064-KSJ | 64 | 4/8/16 |
| Supplemental Statement/Disclosure of Compensation of Attorney filed by Frank M. Wolff on behalf of Debtor Keith A. Yerian | 67 | 5/10/16 |
| Motion for Turnover of Property of the Estate | 78 | 10/10/16 |
| Response to Trustee's Motion for Turnover of Property of the Estate Filed by Frank M. Wolff | 84 | 11/2/16 |
| Motion for Turnover of Property of the Estate | 90 | 12/1/16 |
| Agreed Order Granting Motion for Turnover of Property of the Estate | 93 | 12/28/16 |
| Order Granting Motion for Turnover of Property of the Estate | 98 | 2/15/17 |
| Amended Motion for Turnover of Property of the Estate | 119 | 3/16/17 |

| | Exhibit: Certificate of Title Re Amended Motion for Turnover | 120 | 3/16/17 |
|---|---|---|---|
| | Updated Docket from Bankruptcy Case No. 6:15-bk-01720-KSJ | | |

**II.   Documents from Adversary Proceeding No. 6:15-ap-00064-KSJ, Consolidated with the Claim Objection Contested Matter in the Main Case per the Court's** *Order Granting Plaintiff's Motion to Consolidate Trustee's Objection to Debtor's Claim of Exemptions in the Main Case with Adversary Proceeding 6:15-ap-64 for Discovery and Trial* **(Adv. Doc. 16) Entered on August 31, 2015:**

| | | | |
|---|---|---|---|
| **Adversary** | Consent Motion for Substitution of Counsel filed by Frank M. Wolff | 18 | 9/29/15 |
| | Order Granting Motion for Substitution of Counsel | 20 | 10/2/15 |
| | Mediator's Report and Notice of Inability to Reach an Agreement in Mediation | 39 | 1/20/16 |
| | Motion to Extend Time for Debtor/Defendant to File Expert Witness Designation and Report | 87 | 6/16/16 |
| | Order Granting Motion to Extend Time to File Expert Witness Designation and Report | 92 | 6/24/16 |
| | Notice of Filing Intent to Introduce Translated Documents Into Evidence | 109 | 11/3/16 |
| | Motion in Limine for an Order on Use of Translations at Trial | 110 | 11/3/16 |
| | Motion for Sanctions Against Plaintiff's Counsel Pursuant to Rule 11 and F.R.C.P. and Bankruptcy Rule 9011 | 122 | 11/23/16 |
| | Hearing Proceedings Memorandum | 128 | 12/1/16 |

| | | |
|---|---|---|
| Order Denying Motion for Sanctions | 140 | 2/15/17 |
| Final Judgment in Favor of Plaintiff: | 141 | 2/24/17 |
| Updated Docket from Adversary Proceeding No. 6:15-ap-00064-KSJ | | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by electronic transfer or via first-class, United States mail, postage prepaid, this 6th day of April, 2017 to: **Frank M. Wolff, Esquire**, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL  32801; **Michael A. Nardella, Esquire**, Nardella & Nardella PLLC, 250 E. Colonial Dr., Ste. 102, Orlando, FL 32801 (mnardella@nardellalaw.com); and to the **U.S. Trustee's Office**, 400 W. Washington St., Ste. 100, Orlando, FL 32801.

    /s/ Bradley J. Anderson
Richard B. Webber II, Esquire
Florida Bar No. 0608394
Bradley J. Anderson, Esquire
Florida Bar No.: 105695
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:   (407) 425-2747
Counsel for Chapter 7 Trustee
banderson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com