UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Keith A Yerian ) | Case No. 6:15-bk-01720-KSJ |
| ) | Chapter 7 |
| _____ Debtor _____ ) | |

**APPELLEE'S NOTICE OF STATEMENT OF ISSUES
TO BE PRESENTED ON APPEAL**

Appellee, Chapter 7 Trustee, Richard B. Webber II ("Appellee"), pursuant to Federal Rule of Bankruptcy Procedure 8009, hereby submits his statement of issues to be presented on appeal:

1.  Whether the Court should affirm the ruling of the Bankruptcy Court sustaining the Appellee's Objection to Keith A. Yerian's Claim of Exemption in the IRA pursuant to 11 U.S.C. § 522(b)(3)(C).

2.  Whether the Court should affirm the ruling of the Bankruptcy Court sustaining the Appellee's Objection to Keith A. Yerian's Claim of Exemption in the IRA because Keith A. Yerian's improper self-dealing and engagement in prohibited transactions under the Internal Revenue Code caused the IRA to lose its exempt status pre-petition on January 1, 2014.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and/or regular U.S. Mail, postage prepaid, to: Michael A. Nardella, Esquire, Nardella & Nardella PLLC, 250 E. Colonial Dr., Suite 102, Orlando, FL 2801 (mnardella@nardellalaw.com); Frank M. Wolff, Esquire, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801 (fwolff@fmwpa.com); and J. Reid Yoder, Esq., DiCaudo,

Pitchford & Yoder, LLC, 209 Main St., 3rd Flr., Akron, OH  44308 (ryoder@dpylaw.com), this 7th day of April, 2017.

/s/ Bradley J. Anderson

Richard B. Webber, II, Esquire
Florida Bar No.: 608394
rwebber@zkslawfirm.com
jconcannan@zksawfirm.com
service@zkslawfirm.com
Kevin P. Robinson, Esquire
Florida Bar No.:  0014650
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com
Bradley J. Anderson, Esquire
Florida Bar No.:  00105695
banderson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Trustee