UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

KEITH A. YERIAN,   CASE NO.: 6:15-bk-01720-KSJ

    Debtor.   Chapter 7
_____/

RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

    Plaintiff,

Adv. No.: 6:15-ap-64

KEITH A. YERIAN and
SUN Y. PAK,

    Defendants.
_____/

## PLAINTIFF'S WITNESS LIST AND DESIGNATIONS OF DEPOSITION

Richard B. Webber, II, Plaintiff and Chapter 7 Trustee, by and through his counsel, and pursuant to this Court's Order Scheduling Trial, dated July 19, 2016 (Doc. 98), hereby files this list of witnesses for Trial and Designations of Deposition, and states:

**A.  Plaintiff's Witness List**

    1.  Keith Yerian
       c/o Frank M. Wolff, Esquire
       Frank M. Wolff, P.A.
       19 E. Central Blvd.
       Orlando, FL 32801
       (407) 982-4448

    2.  Sun Y. Pak
       c/o Frank M. Wolff, Esquire
       Frank M. Wolff, P.A.

      19 E. Central Blvd.
      Orlando, FL 32801
      (407) 982-4448

3. Emerson Yerian
   17859 Galehouse Rd
   Doylestown, OH 44230
   (330) 962-9034

4. Deborah Yerian
   17859 Galehouse Rd
   Doylestown, OH 44230
   (330) 608-3223

5. John McLeod, Corporate Representative of Mwagusi Software, LLC
   c/o Frank M. Wolff, Esquire
   Frank M. Wolff, P.A.
   19 E. Central Blvd.
   Orlando, FL 32801
   (407) 982-4448

6. Jay Van Heyde, Esq.
   Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.
   800 N Magnolia Avenue, Suite 1500
   Orlando, FL 32803
   (407) 428-5108

7. Any and all necessary rebuttal fact and/or expert witnesses.

8. Any and all necessary impeachment witnesses.

9. Any and all witnesses appearing on Debtor/Defendants' Witness List.

10. Plaintiff reserves the right to amend this Witness List as necessary.

**B.    Plaintiff's Designations of Deposition of John McLeod, Corporate Representative of Mwagusi Software, LLC - Deposition taken on May 16, 2016**

Plaintiff provides his designations from the deposition of John McLeod, Corporate Representative of Mwagusi Software, LLC, as follows:

1. pp. 6:16-19
2. pp. 8:7-13
3. pp. 10:25 – 11:3
4. pp. 15:17 – 17:23

5. pp. 18:7-23
6. pp. 19:8 – 21:22
7. pp. 22:6-8
8. pp. 22:14 – 23:2
9. pp. 23:16 – 25:17
10. pp. 25:22 – 26:3
11. pp. 26:22 – 27:22
12. pp. 28:6-20
13. pp. 29:2-9
14. pp. 29:12 – 31:17
15. pp. 32:17 – 33:15
16. pp. 34:3 – 37:6
17. pp. 37:13 – 39:13
18. pp. 41:19 – 42:1
19. pp. 42:9 – 45:22
20. pp. 46:4 – 52:8
21. pp. 52:16 – 57:17
22. pp: 59:19 – 64:3
23. pp. 65:1 – 66:25
24. pp. 67:20 – 68:21
25. pp. 69:5 – 71:5
26. pp. 71:7 – 72:25
27. pp. 73:4 – 78:24
28. pp. 79:5 – 86:2
29. pp. 86:11 – 87:4
30. pp. 87:11-16
31. pp. 87:24 – 94:17
32. pp. 94:24 – 96:3
33. pp. 96:25 – 101:24
34. pp. 102:1 – 106:6
35. pp. 107:8 – 109:12
36. pp. 109:18 – 111:13
37. pp. 111:24 – 112:10
38. pp. 112:14 – 120:15
39. pp. 120:18 – 123:6
40. pp. 123:10-13
41. pp. 123:22 – 125:17
42. pp. 127:11 – 128:1
43. pp. 128:13 – 131:3
44. pp. 131:8 – 132:15
45. pp. 133:12 – 139:12
46. pp. 139:21 – 140:21
47. pp. 141:2-4
48. pp. 141:13 – 145:13
49. pp. 146:4 – 146:16
50. pp. 147:15 – 149:17

    51. pp. 150:10-24
    52. pp. 151:2 – 153:8
    53. pp. 154:10 – 156:3
    54. pp. 156:17 – 157:12
    55. pp. 157:22 – 160:20

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Witness List and Designations of Deposition has been furnished either by electronic transfer or via first-class, United States mail, postage prepaid, this 2nd day of November, 2016, to: **Frank M. Wolff, Esquire**, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801; **Brett A. Elam, Esquire**, 105 S. Narcissus Ave., Ste. 802, West Palm Beach, FL 33401; **J. Reid Yoder, Esq.**, DiCaudo, Pitchford & Yoder, LLC, 209 Main St., 3rd Flr., Akron, OH 44308 (ryoder@dpylaw.com); and to the **U.S. Trustee's Office**, 400 W. Washington St., Ste. 100, Orlando, FL 32801.

 

/s/ Bradley J. Anderson
Bradley J. Anderson, Esquire
Florida Bar No.: 105695
Richard B. Webber II, Esquire
Florida Bar No. 0608394
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Chapter 7 Trustee
banderson@zkslawfirm.com
jconcannon@zkslawfirm.com
service@zkslawfirm.com