UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Keith A. Yerian,

       Debtor.

_____/

Richard Blackstone Webber, II,
Chapter 7 Trustee

       Plaintiff,

v.

Keith A. Yerian and Sun Y. Pak,

       Defendants.

_____/

Chapter 7
Case No.: 6:15-bk-07120-KSJ

Adv. Proc. No. 6:15-ap-00064-KSJ

## DEFENDANTS' WITNESS LIST

Defendants, Keith A. Yerian and Sun Y. Pak, pursuant to the Order Scheduling Trial (Doc.88), file this witness list and identifies the following witnesses for the hearing scheduled on November 30, 2016:

1. Keith A. Yerian
   5767 Treasure Lane
   Grant, FL 32949

2. Sun Y Pak
   5767 Treasure Lane
   Grant, FL 32949

3. Any and all witnesses appearing on Trustee/Plaintiff's Witness List.

4. Defendants reserves the right to amend this Witness List as necessary.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing notice of filing with attachment has been served on November 2, 2016 to all "filing users" through the CM/ECF filing system.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone (407) 982-4448
Facsimile (407) 386-3364
fwolff@fwolfflaw.com

Attorneys for Defendants