UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
KEITH A YERIAN

Debtor.
_______________________________/

CASE NO.: 6:15-bk-01720-KSJ
Chapter 7

6:15-ap-00064-KSJ

RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

Plaintiff,

v.

KEITH A. YERIAN
SUN Y. PAK,

Defendants.

_______________________________/

**PLAINTIFF/TRUSTEE'S SUPPLEMENTAL EXHIBIT LIST**
Trial Date: November 30, 2016

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 118 | Title to BMW | | | |
| 119 | Title to Smart Car | | | |
| 120 | Title to Chevy Suburban | | | |
| 121 | Amended Adversary Complaint | | | |
| 122 | Debtor/Defendants' Answer to the Amended Adversary Complaint | | | |
| 123 | Claims Register | | | |
| 124 | Deborah Yerian's Proof of Claim | | | |
| 125 | Withdrawal slip from Yerian Properties, LLC's Fifth Third bank account for $8,000 | | | |
| 126 | 2016(b) Disclosure dated April 8, 2016 | | | |
| 127 | 2016(b) Disclosure dated May 10, 2016 | | | |
| 128 | Domestic Support Order dated February 13, 2012 | | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Plaintiff/Trustee's Exhibits 118-127 were disclosed to Frank M. Wolff, Esquire via email at fwolff@fmwpa.com November 23, 2016. I further certify that Plaintiff/Trustee's Exhibit 128 was disclosed on November 28, 2016.

*/s/ Bradley J. Anderson*

Bradley J. Anderson, Esquire
Florida Bar No.: 00105695
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Richard Blackstone Webber, II
Zimmerman, Kiser & Sutcliffe, P.A.
BAnderson@zkslawfirm.com
jconcannon@zkslawfirm.com
service@zkslawfirm.com

BJA/jbc
11000-710

# Exhibit Cover Sheet

**Party submitting:** Plaintiff **Ex. #** 118

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** ____________ **, 20**___.

**By:**____________________, **Deputy Clerk**

**APPENDIX B**

STATE OF FLORIDA

LIEN SATISFACTION

A02739

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WBSCK9334WLC87286 | 1998 | BMW | CV | 3086 | | 116841612 |

Registered Owner:

Date of Issue 11/12/2014

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT FL 32949

Lien Release
Interest in the described vehicle is hereby released
By________
Title________
Date________

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT FL 32949-8203

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WBSCK9334WLC87286 | 1998 | BMW | CV | 3086 | | 116841612 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | SIL | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 137864 MILES 11/12/2014 ACTUAL | | | 11/12/2014 |

Registered Owner:
KEITH ALAN YERIAN
5767 TREASURE LN
GRANT FL 32949

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES TALLAHASSEE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Clayton Boyd Walden
Director

Control Number 113549946

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: ________ Address: ________

Seller Must Enter Selling Price: ________ Seller Must Enter Date Sold: ________

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads ______ (no tenths) miles, date read ______, and I hereby certify that to the best of my knowledge the odometer reading: ☐ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: ________ CO-SELLER Must Sign Here: ________
Print Here: ________ Print Here: ________
Selling Dealer's License Number: ____ Tax No.: ____ Tax Collected: ____
Auction Name: ____ License Number: ____

PURCHASER Must Sign Here: ________ CO-PURCHASER Must Sign Here: ________
Print Here: ________ Print Here: ________

NOTICE: PENALTIES REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82050 (REV. 10/12) STATE OF FLORIDA

VOID IF ALTERED

**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 119

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court
Middle District of Florida**

**Dated** ______________ **, 20___.**

**By:**______________________**, Deputy Clerk**

**APPENDIX B**

STATE OF FLORIDA

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 630637763
B# 926082

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WMEEJ3BA2EK770756 | 2014 | SMRT | 2D | 1784 | | 114685487 |

Registered Owner:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL 32949

Date of Issue 12/03/2014

Mail To:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL 32949

LIEN SATISFACTION

Lien Release
Interest in the described vehicle is hereby released
By________
Title________
Date________

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WMEEJ3BA2EK770756 | 2014 | SMRT | 2D | 1784 | | 114685487 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | GRY | | | | PRIVATE | 10/15/2014 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 4,666 MILES 11/26/2014 ACTUAL | | | 12/03/2014 |

Lien Release
Interest in the described vehicle is hereby released
By________
Title________
Date________

Registered Owner:
KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL 32949

***SALVAGE REBUILDABLE***

1st Lienholder

DIVISION OF MOTORIST SERVICES TALLAHASSEE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Boyd Walden
Director

Control Number 115513752

1 /10 115513752

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:________ Address:________

Seller Must Enter Selling Price:________ Seller Must Enter Date Sold:________

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads [ | | | | | X ] (no tenths) miles, date read______ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS ☐ 3. is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:________ CO-SELLER Must Sign Here:________

Print Here:________ Print Here:________

Selling Dealer's License Number:______ Tax No.______ Tax Collected:______

Auction Name:________ License Number:________

PURCHASER Must Sign Here:________ CO-PURCHASER Must Sign Here:________

Print Here:________

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 10/12) STATE OF FLORIDA

VOID IF ALTERED

**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 120

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** ______________ **, 20___.**

**By:**______________________, **Deputy Clerk**

**APPENDIX B**

A02519

STATE OF FLORIDA

LIEN SATISFACTION

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 3GNFC16047G160149 | 2007 | CHEV | UT | 5513 | | 97908636 |

Registered Owner: Date of Issue 12/30/2014

SUN YO PAK
5767 TREASURE LN
GRANT FL 32949-8203

Mail To:

SUN YO PAK
5767 TREASURE LN
GRANT FL 32949-8203

Lien Release
Interest in the described vehicle is hereby released
By______
Title______
Date______

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 3GNFC16047G160149 | 2007 | CHEV | UT | 5513 | | 97908636 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | GRY | | | | PRIVATE | 03/07/2007 |

| Odometer Status or Vessel Manufacturer or Off use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 245376 MILES 12/17/2014 ACTUAL | | | 12/30/2014 |

Lien Release
Interest in the described vehicle is hereby released
By______
Title______
Date______

Registered Owner
SUN YO PAK
5767 TREASURE LN
GRANT FL 32949-8203

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES TALLAHASSEE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Control Number 117595292

Clayton Boyd Walden
Director

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:______ Address:______

Seller Must Enter Selling Price:______ Seller Must Enter Date Sold:______

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads ___ (no tenths) miles, date read ______ and I hereby certify that to the best of my knowledge the odometer reading:

☐ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:______ CO-SELLER Must Sign Here:______

Print Here:______ Print Here:______

Selling Dealer's License Number:______ Tax No.______ Tax Collected:______

Auction Name______ License Number:______

PURCHASER Must Sign Here:______ CO-PURCHASER Must Sign Here:______

Print Here:______ Print Here:______

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

VOID IF ALTERED

HSMV 82250 (REV. 10/12) STATE OF FLORIDA

**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 122

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _______________ **, 20___.**

**By:**________________________**, Deputy Clerk**

**APPENDIX B**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

Debtor.
_____________________________/

Chapter 7
Case No.: 6:15-bk-07120-KSJ

Richard Blackstone Webber, II,
Chapter 7 Trustee

Plaintiff,

v.

Keith A. Yerian and Sun Y. Pak,

Defendants.
_____________________________/

Adv. Proc. No. 6:15-ap-00064-KSJ

**ANSWER OF DEFENDANTS, KEITH A. YERIAN, SUN Y. PAK, AND MUWAGUSI SOFTWARE, LLC, TO AMENDED COMPLAINT**

Defendants, Keith A. Yerian, Sun Y. Pak, and Mwagusi Software, LLC file this answer to amended complaint and answer the correspondingly numbered allegations of the Amended Complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted that on the Petition Date, Debbie Yerian was a creditor.

11. Admitted that Debbie Yerian was not listed in the schedules as originally filed. However, Debtor included Debbie Yerian as a creditor in the worksheets for the schedules he gave to his counsel. However, it is admitted they were not included in the schedules originally filed. This was an oversight on the part of Debtor's counsel.

12. Admitted.

13. Admitted.

14. Admitted that Exhibit A says what it says. Otherwise, denied.

15. Admitted.

16. Denied.

17. Admitted that Exhibit A says what it says. Otherwise, denied.

18. Denied.

19. Denied.

20. Admitted that Exhibit C says what it says. Otherwise, denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Admitted.

28. Denied.

29. Denied.

30. Denied.

31. Admitted the check was written. Otherwise, denied.

32. Admitted purchases were made. Otherwise, denied.

33. Denied.

34. Admitted purchases were made. Otherwise, denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Admitted.

44. Denied.

45. Admitted.

46. Denied.

47. Admitted.

48. Admitted that the Warranty Deed speaks for itself. Otherwise, denied.

49. Denied.

50. Responses to paragraphs 1-49 are realleged and incorporated herein.

51. Admitted for jurisdictional purposes only. Otherwise, denied.

52. Denied.

53. Denied.

54. Denied.

55. Responses to paragraphs 1-49 are realleged and incorporated herein.

56. Admitted for jurisdictional purposes only. Otherwise, denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Responses to paragraphs 1-49 are realleged and incorporated herein.

68. Admitted for jurisdictional purposes only. Otherwise, denied.

69. Denied.

70. Responses to paragraphs 1-49 are realleged and incorporated herein.

71. Admitted for jurisdictional purposes only. Otherwise, denied.

72. Denied.

73. Responses to paragraphs 1-49 are realleged and incorporated herein.

74. Admitted for jurisdictional purposes only. Otherwise, denied.

75. Denied.

76. Denied.

77. Denied.

78. Responses to paragraphs 1-49 are realleged and incorporated herein.

79. Admitted for jurisdictional purposes only. Otherwise, denied.

80. Denied.

81. Denied.

82. Denied.

83. Responses to paragraphs 1-49 are realleged and incorporated herein.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Responses to paragraphs 1-49 are realleged and incorporated herein.

89. Denied.

90. Denied.

91. Denied.

92. Responses to paragraphs 1-49 are realleged and incorporated herein.

93. Denied.

94. Denied.

95. Admitted for jurisdictional purposes only. Otherwise, denied.

96. Denied.

97. Without knowledge.

98. Denied.

99. Denied.

100. Responses to paragraphs 1-49 are realleged and incorporated herein.

101. Admitted for jurisdictional purposes only. Otherwise, denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Without knowledge.

AFFIRMATIVE DEFENSES

First Defense

The Trustee has failed to state a claim upon which relief can be granted.

Wherefore Defendants pray for a judgment dismissing the complaint.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
1851 W. Colonial Dr., Suite 200
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: fwolff@fmwpa.com

Attorneys for Defendants Keith A. Yerian, Sun Y. Pak, and Mwagusi Software, LLC

CERTIFICATE OF SERVICE

I certify that on March 7, the foregoing Answer to Amended Complaint has been served to all "filing users" by using the CM/ECF system.

/s/ Frank M. Wolff
Frank M. Wolff