UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
KEITH A YERIAN

    Debtor.
_____/

CASE NO.: 6:15-bk-01720-KSJ
Chapter 7

6:15-ap-00064-KSJ

RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

    Plaintiff,

v.

KEITH A. YERIAN
SUN Y. PAK,

    Defendants.
_____/

**TRUSTEE'S OBJECTIONS TO DEFENDANTS' EXHIBITS #1 AND #10**

    The Chapter 7 Trustee, Richard B. Webber, II, by and through his undersigned counsel, hereby files his Objections to Defendants' Exhibits #1 and #10, and states as follows:

    1.    On November 23, 2016, Defendants filed their Exhibit List (Doc. 121).

    2.    The Trustee objects to Defendants' Exhibit #1 (Bates no. KY1547-1625), as said Exhibit contains multiple levels of hearsay. As further grounds for the Trustee's objection, Defendants' Exhibit #1 cannot be authenticated, and Defendants cannot lay the proper foundation for the entry of the Exhibit.

    3.    The Trustee objects to Defendants' Exhibit #10 (Bates no. T919), as said Exhibit is hearsay. As further grounds for the Trustee's objection, Defendants' Exhibit #10 cannot be authenticated, and Defendants cannot lay the proper foundation for the entry of the Exhibit.

[11000-710/5763181/3]

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by electronic transfer, this 28th day of November, 2016 to Frank M. Wolff, Esquire, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801; Brett A. Elam, Esq., 105 S. Narcissus Ave., Se. 802, West Palm Beach, FL 33401; J. Reid Yoder, Esq., DiCaudo, Pitchford & Yoder, LLC, 209 Main St., 3rd Flr., Akron, OH 44308 (ryoder@dpylaw.com).

/s/ Bradley J. Anderson
Bradley J. Anderson, Esquire
Florida Bar No.: 00105695
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Richard Blackstone Webber, II
Zimmerman, Kiser & Sutcliffe, P.A.
BAnderson@zkslawfirm.com
jconcannon@zkslawfirm.com
service@zkslawfirm.com

BJA/jw