UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

KEITH A YERIAN,                                              CASE NO.: 6:15-bk-01720-KSJ
                                                            Chapter 7
            Debtor.
_____/                          6:15-ap-00064-KSJ

RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

            Plaintiff,

v.

KEITH A. YERIAN
SUN Y. PAK,

            Defendants.
_____/

## NOTICE OF FILING SUBSTITUTE EXHIBIT NO. 77

COMES NOW the Plaintiff/Trustee, Richard B. Webber, II, and hereby substitutes the

attached Proposed Amended 2014 Tax Return of Keith A. Yerian and Sun Yo Pak for the 2014

Tax Return submitted as Plaintiff's Exhibit No. 77, and in support thereof states as follows:

1.  Plaintiff's Exhibit List (Doc. No. 120) correctly lists Exhibit No. 77 as the Proposed
    Amended 2014 Tax Return.

2.  Plaintiff inadvertently submitted the corresponding document as the original (not
    amended) 2014 Tax Return.

3.  Defendant's counsel produced the Proposed Amended 2014 Tax Return and is therefore
    apprised of the contents.

[11000-710/5767519/1]

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

CM/ECF to Frank M. Wolff, Esquire, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL

32801 (fwolff@fmwpa.com); this 30th day of November, 2016.

*/s/ Bradley J. Anderson*
_____

Bradley J. Anderson, Esquire
Florida Bar No.:   105695
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL   32802
Telephone:   (407) 425-7010
Facsimile:   (407) 425-2747
Counsel for Plaintiff
banderson@zkslawfirm.com
jconcannon@zkslawfirm.com
service@zkslawfirm.com

[11000-710/5767519/1]

14116 09/01/2016 9:53 AM

| Form **1040** | Department of the Treasury—Internal Revenue Service   (99) | | **2014** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|---|

**U.S. Individual Income Tax Return**

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____ , 2014, ending _____ , 20 ___      See separate instructions.

| Your first name and initial | Last name | | Your social security number |
|---|---|---|---|
| KEITH A. | YERIAN | | (b) ▉ –4554 |

| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
|---|---|---|---|
| SUN YO | PAK | | (b) ▉ –0573 |

Home address (number and street). If you have a P.O. box, see instructions.      Apt. no.
6757 TREASURE LANE

**P** ► Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
GRANT          FL    32949

Foreign country name          Foreign province/state/county          Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

| | 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a | } Boxes checked on 6a and 6b | **2** |
|---|---|---|---|
| | b ☒ Spouse | | |

c  **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☐ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ► ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ► **2**

d  Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 22,500 |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 277 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | 298,578 | b Taxable amount | 15b | 298,578 |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 19,788 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 2,475 |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 343,618 |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ► | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 343,618 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1040** (2014)

Form 1040 (2014)  KAISER A7 cVERDAN FBDUN YO PAK  9-8  Filed 05/10/17  Page 4 of 19  PageID 333  (b) 4554  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 343,618 |
| | 39a | Check if: { You were born before January 2, 1950, ☐ Blind. } Total boxes checked ▶ 39a | | |
| | | { Spouse was born before January 2, 1950, ☐ Blind. } | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 12,400 |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 331,218 |
| | 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 5,372 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 325,846 |
| | 44 | **Tax** (see instr.). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 83,434 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| • All others: | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | 4,968 |
| Single or Married filing separately, $6,200 | 47 | Add lines 44, 45, and 46 ▶ | 47 | 88,402 |
| Married filing jointly or Qualifying widow(er), $12,400 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,100 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 88,402 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required  NO | 59 | 29,858 |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☒ Form 8960 c ☐ Instructions; enter code(s) | 62 | 752 |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 119,012 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,024 |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ Reserved d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 1,024 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | |
| Direct deposit? See instructions. | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 117,988 |
| | 79 | Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶  Personal identification number (PIN) ▶  Phone no. ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instr. Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation | Daytime phone number |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: Robert Wolfe | Preparer's signature  Date 11/16/16  Check ☐ if self-employed  PTIN P01202042 |
| Firm's name ▶ WOLFE FINANCIAL GROUP | Firm's EIN ▶ 26-0010294 |
| Firm's address ▶ 1515 INTERNATIONAL PKWY SUITE 1001 LAKE MARY FL 32746 | Phone no. 407-333-0355 |

www.irs.gov/form1040
DAA

12/31 Int    7,232 FTF    26,547 FTP    12,389 Tot    164,156  Form **1040** (2014)

Form **1040X**

(Rev. December 2014)

Department of the Treasury — Internal Revenue Service

## Amended U.S. Individual Income Tax Return

u **Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.**

OMB No. 1545-0074

**This return is for calendar year** [X] 2014 ☐ 2013 ☐ 2012 ☐ 2011

**Other year.** Enter one: calendar year **or** fiscal year (month and year ended):

| | |
|---|---|
| Your first name and initial **KEITH A.** | Last name **YERIAN** |
| If a joint return, spouse's first name and initial **SUN YO** | Last name **PAK** |

Your social security number (b) ███ -4554

Spouse's social security number (b) ███ -0573

Current home address (number and street). If you have a P.O. box, see instructions. **6757 TREASURE LANE**   Apt. no.

Your phone number

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **GRANT   FL 32949**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution.** In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single     ☐ Married filing separately
☐ Qualifying widow(er)     ☐ Head of household (If the qualifying person is a child but not
[X] Married filing jointly     your dependent, see instructions.)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)
[X] Yes     ☐ No

Use Part III on the back to explain any changes

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change – amount of increase or (decrease) – explain in Part III | C. Correct amount |
|---|---|---:|---:|---:|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here u ☐ | 343,618 | | 343,618 |
| 2 | Itemized deductions or standard deduction | 12,400 | | 12,400 |
| 3 | Subtract line 2 from line 1 | 331,218 | | 331,218 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 7,900 | -2,528 | 5,372 |
| 5 | Taxable income. Subtract line 4 from line 3 | 323,318 | 2,528 | 325,846 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): **TCW; APTC Repayment** | 3,551 | 84,851 | 88,402 |
| 7 | Credits. If general business credit carryback is included, check here u ☐ | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 3,551 | 84,851 | 88,402 |
| 9 | Health care: individual responsibility (see instructions) | 1,320 | -1,320 | |
| 10 | Other taxes | 30,610 | | 30,610 |
| 11 | Total tax. Add lines 8, 9 and 10 | 35,481 | 83,531 | 119,012 |
| **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 1,024 | | 1,024 |
| 13 | Estimated tax payments, including amount applied from prior year's return | | | |
| 14 | Earned income credit (EIC) | | | |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8839 ☐ 8863 ☐ 8885 ☐ 8962 or ☐ other (specify): | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | 16 | 3,847 |
| 17 | Total payments. Add lines 12 through 16 | | 17 | 4,871 |
| **Refund or Amount You Owe** (Note. Allow up to 16 weeks for Form 1040X to be processed.) | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | 18 | |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) | | 19 | 4,871 |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference | | 20 | 114,141 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return | | 21 | |
| 22 | Amount of line 21 you want **refunded to you** | | 22 | |
| 23 | Amount of line 21 you want **applied to your** (enter year): estimated tax | 23 | | |

**Complete and sign this form on Page 2.**

**For Paperwork Reduction Act Notice, see instructions.**

DAA

Form **1040X** (Rev. 12-2014)

KEITH A. YERIAN & SUN YO PAK                                      (b)   ███-4554

Form 1040X (Rev. 12-2014)                                                                    Page **2**

## Part I — Exemptions

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| | See Form 1040 or Form 1040A instructions and Form 1040X instructions. | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself ............. | 24 | 2 | | 2 |
| 25 | Your dependent children who lived with you | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation ............ | 26 | | | |
| 27 | Other dependents | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 ............ | 28 | 2 | | 2 |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form | 29 | 7,900 | −2,528 | 5,372 |

30  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II — Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III — Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

**Taxpayer failed to comply with the rules related to his Individual Retirement Account. Thus, said breach caused the Individual Retirment Account to be fully reportable.**

**Additionally, the taxpayer is subject to an additional tax as reflected on the attached Form 5329.**

### Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ▶ | | |
|---|---|---|
| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

**Paid Preparer Use Only**

▶ _(signature)_

| Preparer's signature | Date 09/01/16 | Firm's name (or yours if self-employed) WOLFE FINANCIAL GROUP |
|---|---|---|

| Robert Wolfe | | Firm's address and ZIP code 1515 INTERNATIONAL PKWY SUITE 1001  LAKE MARY    FL 32746 |
|---|---|---|
| Print/type preparer's name | | |

| P01202042 | ☐ Check if self-employed | Phone number 407-333-0355 | E IN 26-0010294 |
|---|---|---|---|
| PTIN | | | |

For forms and publications, visit IRS.gov.                                    Form **1040X** (Rev. 12-2014)

DAA

| SCHEDULE C<br>(Form 1040) | Profit or Loss From Business<br>(Sole Proprietorship) | | OMB No. 1545-0074<br>**2014** |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | u **Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.**<br>u **Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.** | | Attachment<br>Sequence No.   **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| KEITH A. YERIAN | (b)          -4554 |

| A | Principal business or profession, including product or service (see instructions) | | B  Enter code from instructions |
|---|---|---|---|
| | WEB SALES | | u  541510 |

| C | Business name. If no separate business name, leave blank. | | D  Employer ID number (EIN), (see instr.) |
|---|---|---|---|
| | SAME | | |

**E**  Business address (including suite or room no.) u    6757 TREASURE LANE
City, town or post office, state, and ZIP code      GRANT          FL 32949

**F**  Accounting method:      (1) **[X]** Cash   (2) ☐ Accrual   (3) ☐ Other (specify) u

**G**  Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses ............... **[X]** Yes  ☐ No

**H**  If you started or acquired this business during 2014, check here ...................................................................... u ☐

**I**  Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) ........................ ☐ Yes  **[X]** No

**J**  If "Yes," did you or will you file required Forms 1099? ........................................................................ ☐ Yes  ☐ No

| Part I | Income | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ............................... u ☐ | 1 | 1,494 |
| 2 | Returns and allowances .................................................................................... | 2 | |
| 3 | Subtract line 2 from line 1 .................................................................................. | 3 | 1,494 |
| 4 | Cost of goods sold (from line 42) ......................................................................... | 4 | 1,217 |
| 5 | **Gross profit.** Subtract line 4 from line 3 ................................................................. | 5 | 277 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ............ | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ............................................................... u | 7 | 277 |

| Part II | Expenses. Enter expenses for business use of your home **only** on line 30. | | | | |
|---|---|---|---|---|---|
| 8 | Advertising ..................... | 8 | | 18  Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) ..................... | 9 | | 19  Pension and profit-sharing plans | 19 | |
| | | | | 20  Rent or lease (see instructions): | | |
| 10 | Commissions and fees ......... | 10 | | a  Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b  Other business property ............ | 20b | |
| 12 | Depletion ...................... | 12 | | 21  Repairs and maintenance .......... | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ................... | 13 | | 22  Supplies (not included in Part III) | 22 | |
| | | | | 23  Taxes and licenses .............. | 23 | |
| | | | | 24  Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | a  Travel ......................... | 24a | |
| 15 | Insurance (other than health) | 15 | | b  Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25  Utilities ......................... | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26  Wages (less employment credits) | 26 | |
| b | Other ........................ | 16b | | | | |
| | | | | 27a  Other expenses (from line 48) .......... | 27a | |
| 17 | Legal and professional services ... | 17 | | b  Reserved for future use .......... | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a .................... u | 28 | 0 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ........................................... | 29 | 277 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 .................. | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | } 31 | 277 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see the separate instructions.**                      Schedule C (Form 1040) 2014

DAA

14116 09/01/2016 9:57 AM

**KEITH A. YERIAN**                                              (b)          **-4554**

Schedule C (Form 1040) 2014     **WEB SALES**                                                                        Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to
value closing inventory:   **a** ☐ Cost      **b** ☐ Lower of cost or market      **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation .............................................................................. ☐ Yes   ☐ No

| | | | |
|---|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | 0 |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | 1,217 |
| **40** | Add lines 35 through 39 | **40** | 1,217 |
| **41** | Inventory at end of year | **41** | 0 |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | 1,217 |

| **Part IV** | **Information on Your Vehicle. Complete this part only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ᴜ ...........................

**44** Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:

**a** Business ...............     **b** Commuting (see instructions) ...............     **c** Other ...............

**45** Was your vehicle available for personal use during off-duty hours? ..................................... ☐ Yes   ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ............................. ☐ Yes   ☐ No
**47a** Do you have evidence to support your deduction? ....................................................... ☐ Yes   ☐ No
 **b** If "Yes," is the evidence written? ....................................................................... ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |
| .................................................................................................... | |

| | | |
|---|---|---|
| **48** | **Total other expenses.** Enter here and on line 27a | **48** |

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) } **Attach to Form 1040, 1040NR, or Form 1041.** | **2014** |
| Department of the Treasury Internal Revenue Service  (99) | } **Information about Schedule E and its separate instructions is at www.irs.gov/schedulee.** | Attachment Sequence No.  **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| **KEITH A. YERIAN & SUN YO PAK** | (b) ■■■-4554 |

### Part I — Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use **Schedule C or C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) — Yes  [X] No

**B** If "Yes," did you or will you file all required Forms 1099? — Yes  No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| **A** | 5767 TRAESURE LANE, GRANT, FL 32949 |
| **B** | 1835 GIDDINGS AVENUE, PALM BAY, FL 32908 |
| **C** | |

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| **A** | 4 | | A | 365 | | |
| **B** | 1 | | B | 365 | | |
| **C** | | | C | | | |

**Type of Property:**

1  Single Family Residence    3  Vacation/Short-Term  Rental    5  Land    7  Self-Rental
2  Multi-Family  Residence    4  Commercial    6  Royalties    8  Other (describe)

| Income: | | Properties: | | A | B | C |
|---|---|---|---|---|---|---|
| **3** Rents received | | | **3** | 12,000 | 12,765 | |
| **4** Royalties received | | | **4** | | | |
| **Expenses:** | | | | | | |
| **5** Advertising | | | **5** | | | |
| **6** Auto and travel (see instructions) | | | **6** | | | |
| **7** Cleaning and maintenance | | | **7** | | | |
| **8** Commissions | | | **8** | | | |
| **9** Insurance | | | **9** | | 540 | |
| **10** Legal and other professional fees | | | **10** | | | |
| **11** Management fees | | | **11** | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | | **12** | | | |
| **13** Other interest | | | **13** | | | |
| **14** Repairs | | | **14** | | | |
| **15** Supplies | | | **15** | | | |
| **16** Taxes | | | **16** | 441 | 2,045 | |
| **17** Utilities | | | **17** | | | |
| **18** Depreciation expense or depletion | | | **18** | 388 | 1,563 | |
| **19** Other (list) ▶ | | | **19** | | | |
| **20** Total expenses. Add lines 5 through 19 | | | **20** | 829 | 4,148 | |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | | | **21** | 11,171 | 8,617 | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | | **22** ( | 0 )( | 0 )( | ) |
| **23a** Total of all amounts reported on line 3 for all rental properties | | | **23a** | 24,765 | | |
| **b** Total of all amounts reported on line 4 for all royalty properties | | | **23b** | | | |
| **c** Total of all amounts reported on line 12 for all properties | | | **23c** | | | |
| **d** Total of all amounts reported on line 18 for all properties | | | **23d** | 1,951 | | |
| **e** Total of all amounts reported on line 20 for all properties | | | **23e** | 4,977 | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | | **24** | | | 19,788 |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | | **25** ( | | | ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | **26** | | | 19,788 |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule E (Form 1040) 2014
DAA

| Form **8960** | **Net Investment Income Tax—** **Individuals, Estates, and Trusts** | OMB No. 1545-2227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | u **Attach to your tax return.** u Information about Form 8960 and its separate instructions is at www.irs.gov/form8960. | **2014** Attachment Sequence No. **72** |

| Name(s) shown on your tax return | Your social security number or EIN |
|---|---|
| KEITH A. YERIAN & SUN YO PAK | (b) -4554 |

## Part I   Investment Income

|   | | | | | |
|---|---|---|---|---|---|
| | | ☐ Section 6013(g) election (see instructions) | | | |
| | | ☐ Section 6013(h) election (see instructions) | | | |
| | | ☐ Regulations section 1.1411-10(g) election (see instructions) | | | |
| **1** | Taxable interest (see instructions) | | | **1** | |
| **2** | Ordinary dividends (see instructions) | | | **2** | |
| **3** | Annuities (see instructions) | | | **3** | |
| **4a** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) | **4a** | 19,788 | | |
| **b** | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | **4b** | | | |
| **c** | Combine lines 4a and 4b | | | **4c** | 19,788 |
| **5a** | Net gain or loss from disposition of property (see instructions) | **5a** | | | |
| **b** | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | **5b** | | | |
| **c** | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | **5c** | | | |
| **d** | Combine lines 5a through 5c | | | **5d** | |
| **6** | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | | **6** | |
| **7** | Other modifications to investment income (see instructions) | | | **7** | |
| **8** | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | | **8** | 19,788 |

## Part II   Investment Expenses Allocable to Investment Income and Modifications

|   | | | | | |
|---|---|---|---|---|---|
| **9a** | Investment interest expenses (see instructions) | **9a** | | | |
| **b** | State, local, and foreign income tax (see instructions) | **9b** | | | |
| **c** | Miscellaneous investment expenses (see instructions) | **9c** | | | |
| **d** | Add lines 9a, 9b, and 9c | | | **9d** | |
| **10** | Additional modifications (see instructions) | | | **10** | |
| **11** | Total deductions and modifications. Add lines 9d and 10 | | | **11** | |

## Part III   Tax Computation

|   | | | | | |
|---|---|---|---|---|---|
| **12** | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13– 17. Estates and trusts complete lines 18a–21. If zero or less, enter -0- | | | **12** | 19,788 |
| | **Individuals:** | | | | |
| **13** | Modified adjusted gross income (see instructions) | **13** | 343,618 | | |
| **14** | Threshold based on filing status (see instructions) | **14** | 250,000 | | |
| **15** | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | 93,618 | | |
| **16** | Enter the smaller of line 12 or line 15 | | | **16** | 19,788 |
| **17** | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | | | **17** | 752 |
| | **Estates and Trusts:** | | | | |
| **18a** | Net investment income (line 12 above) | **18a** | | | |
| **b** | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) | **18b** | | | |
| **c** | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- | **18c** | | | |
| **19a** | Adjusted gross income (see instructions) | **19a** | | | |
| **b** | Highest tax bracket for estates and trusts for the year (see instructions) | **19b** | | | |
| **c** | Subtract line 19b from line 19a. If zero or less, enter -0- | **19c** | | | |
| **20** | Enter the smaller of line 18c or line 19c | | | **20** | |
| **21** | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) | | | **21** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**            Form **8960** (2014)

DAA

| Form **8962** | **Premium Tax Credit (PTC)** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ⊔ Attach to Form 1040, 1040A, or 1040NR. ⊔ Information about Form 8962 and its separate instructions is at www.irs.gov/form8962. | **2014** Attachment Sequence No. **73** |

Name shown on your return: **KEITH A. YERIAN**   Your social security number: (b) -4554   Relief (see instructions) ☐

**Part 1: Annual and Monthly Contribution Amount**

| 1 | Family Size: Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | **1** | **2** |
|---|---|---|---|
| 2a | Modified AGI: Enter your modified AGI (see instructions)  **2a** **343,618** | | |
| | **b** Enter total of your dependents' modified AGI (see instructions) | **2b** | |
| 3 | Household Income: Add the amounts on lines 2a and 2b | **3** | **343,618** |
| 4 | Federal Poverty Line: Enter the federal poverty amount as determined by the family size on line 1 and the federal poverty table for your state of residence during the tax year (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska  **b** ☐ Hawaii  **c** ☒ Other 48 states and DC | **4** | **15,510** |
| 5 | Household Income as a Percentage of Federal Poverty Line: Divide line 3 by line 4. Enter the result rounded to a whole percentage. (For example, for 1.542 enter the result as 154, for 1.549 enter as 155.) (See instructions for special rules.) | **5** | **999** % |

6 Is the result entered on line 5 less than or equal to 400%? (See instructions if the result is less than 100%.)
☐ **Yes.** Continue to line 7.
☒ **No.** You are not eligible to receive PTC. If you received advance payment of PTC, see the instructions for how to report your Excess Advance PTC Repayment amount.

| 7 | Applicable Figure: Using your line 5 percentage, locate your "applicable figure" on the table in the instructions | **7** | **0.0000** |
|---|---|---|---|
| 8a | Annual Contribution for Health Care: Multiply line 3 by line 7  **8a** **0** | | |
| | **b** Monthly Contribution for Health Care: Divide line 8a by 12. Round to whole dollar amount | **8b** | **0** |

**Part 2: Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit**

9 Did you share a policy with another taxpayer or get married during the year and want to use the alternative calculation? (see instructions)
☐ **Yes.** Skip to Part 4, Shared Policy Allocation, or Part 5, Alternative Calculation for Year of Marriage.  ☒ **No.** Continue to line 10.

10 Do all Forms 1095-A for your tax household include coverage for January through December with no changes in monthly amounts shown on lines 21-32, columns A and B?
☐ **Yes.** Continue to line 11. Compute your annual PTC. Skip lines 12-23 and continue to line 24.  ☒ **No.** Continue to lines 12-23. Compute your monthly PTC and continue to line 24.

| **Annual Calculation** | **A.** Premium Amount (Form(s) 1095-A, line 33A) | **B.** Annual Premium Amount of SLCSP (Form(s) 1095-A, line 33B) | **C.** Annual Contribution Amount (Line 8a) | **D.** Annual Maximum Premium Assistance (Subtract C from B) | **E.** Annual Premium Tax Credit Allowed (Smaller of A or D) | **F.** Annual Advance Payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| 11 Annual Totals | | | | | | |

| **Monthly Calculation** | **A.** Monthly Premium Amount (Form(s) 1095-A, lines 21-32, column A) | **B.** Monthly Premium Amount of SLCSP (Form(s) 1095-A, lines 21-32, column B) | **C.** Monthly Contribution Amount (Amount from line 8b or alternative marriage monthly contribution) | **D.** Monthly Maximum Premium Assistance (Subtract C from B) | **E.** Monthly Premium Tax Credit Allowed (Smaller of A or D) | **F.** Monthly Advance Payment of PTC (Form(s) 1095-A, lines 21-32, column C) |
|---|---|---|---|---|---|---|
| 12 January | | | | | | |
| 13 February | | | | | | |
| 14 March | | | | | | |
| 15 April | | | | | | |
| 16 May | | | | | | 621 |
| 17 June | | | | | | 621 |
| 18 July | | | | | | 621 |
| 19 August | | | | | | 621 |
| 20 September | | | | | | 621 |
| 21 October | | | | | | 621 |
| 22 November | | | | | | 621 |
| 23 December | | | | | | 621 |

| 24 | Total Premium Tax Credit: Enter the amount from line 11E or add lines 12E through 23E and enter the total here | **24** | **0** |
|---|---|---|---|
| 25 | Advance Payment of PTC: Enter the amount from line 11F or add lines 12F through 23F and enter the total here | **25** | **4,968** |
| 26 | Net Premium Tax Credit: If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If you elected the alternative calculation for marriage, enter zero. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 | **26** | |

**Part 3: Repayment of Excess Advance Payment of the Premium Tax Credit**

| 27 | Excess Advance Payment of PTC: If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | **27** | **4,968** |
|---|---|---|---|
| 28 | Repayment Limitation: Using the percentage on line 5 and your filing status, locate the repayment limitation amount in the instructions. Enter the amount here | **28** | |
| 29 | Excess Advance Premium Tax Credit Repayment: Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 | **29** | **4,968** |

For Paperwork Reduction Act Notice, see your tax return instructions.

DAA

Form **8962** (2014)

Form 8962 (2014)   **KEITH A. YERIAN & SUN YO PAK**   (b)███-4554   Page **2**

| Part 4: Shared Policy Allocation |
| --- |

Complete the following information for up to four shared policy allocations. See instructions for allocation details.

**Shared Policy Allocation 1**

| 30 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
| --- | --- | --- | --- | --- |
| | **Allocation percentage applied to monthly amounts** | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 2**

| 31 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
| --- | --- | --- | --- | --- |
| | **Allocation percentage applied to monthly amounts** | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 3**

| 32 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
| --- | --- | --- | --- | --- |
| | **Allocation percentage applied to monthly amounts** | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 4**

| 33 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
| --- | --- | --- | --- | --- |
| | **Allocation percentage applied to monthly amounts** | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**34** Have you completed shared policy allocation information for all allocated Forms 1095-A?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add allocated amounts across all allocated policies with amounts for non-allocated policies from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns A, B, and F. Compute the amounts for lines 12–23, columns C–E, and continue to line 24.

☐ **No.** See the instructions to report additional shared policy allocations.

| Part 5: Alternative Calculation for Year of Marriage |
| --- |

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9.
To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part 5.

| 35 | **Alternative entries for your SSN** | **a** Alternative family size | **b** Monthly contribution | **c** Alternative start month | **d** Alternative stop month |
| --- | --- | --- | --- | --- | --- |
| 36 | **Alternative entries for your spouse's SSN** | **a** Alternative family size | **b** Monthly contribution | **c** Alternative start month | **d** Alternative stop month |

Form **8962** (2014)

| Form **1040** | **Exemption Worksheet** | **2014** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| KEITH A. YERIAN & SUN YO PAK | (b) ▮▮▮-4554 |

## Exemptions Worksheet

**1.** Multiply $3,950 by the total number of exemptions claimed on Form 1040, line 6d ............................ **1.** _____ 7,900

**2.** Enter the amount from Form 1040, line 38 .................................... **2.** _____ 343,618

**3.** Enter on line 3 the amount shown below for your filing status:
- Single - $254,200
- Married filing jointly or Qualifying widow(er) - $305,050
- Married filing separately - $152,525
- Head of household - $279,650

............. **3.** _____ 305,050

**4.** Subtract line 3 from line 2. If zero or less, **stop here;** enter the amount from
line 1 above on Form 1040, line 42 .................................... **4.** _____ 38,568

 **Note:** If line 4 is more than $122,500 (more than $61,250 if married filing separately),
 **stop here;** you **cannot** take a deduction for exemptions.  Enter -0- on Form 1040,
 line 42.

**5.** Divide line 4 by $2,500 ($1,250 if married filing separately).  If the result is not a
whole number, round it up to the next higher whole number (for example, increase
0.0004 to 1) .................................... **5.** _____ 16

**6.** Multiply line 5 by 2% (.02) and enter the result as a decimal amount ..................... **6.** _____ 0.32

**7.** Multiply line 1 by line 6 .................................... **7.** _____ 2,528

**8.** **Deduction for exemptions.** Subtract line 7 from line 1. Enter the result here and on Form 1040, line 42 ................. **8.** _____ 5,372

| Form **1040** | Late Filing Interest and Penalty Worksheets | **2014** |

| Name | Taxpayer Identification Number |

KEITH A. YERIAN & SUN YO PAK                                    (b)        -4554

### Late Filing Interest Worksheet

| Description | Amount | Balance | # of Days | Interest Rate % | Interest Amount |
|---|---|---|---|---|---|
| Tax Due -    4/15/15 | 117,988 | 117,988 | | | |
| Late Filing Penalty (FTF) | 26,547 | 144,535 | | | |
| 4/15/15 -   6/30/15 | | 144,535 | 76 | 3.00 | 906 |
| 6/30/15 -   9/30/15 | | 145,441 | 92 | 3.00 | 1,104 |
| 9/30/15 -  12/31/15 | | 146,545 | 92 | 3.00 | 1,112 |
| 12/31/15 -   3/31/16 | | 147,657 | 91 | 3.00 | 1,105 |
| 3/31/16 -   6/30/16 | | 148,762 | 91 | 4.00 | 1,487 |
| 6/30/16 -   9/30/16 | | 150,249 | 92 | 4.00 | 1,518 |
| Unknown rates after   9/30/16 | | | | | |
| Date Filed - 12/31/16 | | 151,767 | | | |
| | | | | | |
| | | | | | |
| **Total Late Filing Interest (Int)** | | | | | 7,232 |

IRS amount may differ due to dates processed

### Late Payment Penalty Worksheet

| Description | Amount | Balance | # of Months | Penalty Amount |
|---|---|---|---|---|
| Tax Due -    4/15/15 | 117,988 | 117,988 | | |
| 4/15/15 -  12/31/16 | | 117,988 | 21 | 12,389 |
| Date Filed - 12/31/16 | | 130,377 | | |
| | | | | |
| | | | | |
| **Total Late Payment Penalty (FTP)** | | | | 12,389 |

Prepared by:

## WOLFE FINANCIAL GROUP,

CPA Firm, Tax Consultants & Financial Advisors

PTIN: P01202042

| Form **1040** | **Rent and Royalty Reconciliation** | **2014** |
|---|---|---|

Name
**KEITH A. YERIAN & SUN YO PAK**

Taxpayer identification number
(b) ▮▮▮-4554

Property description
**OFFICE**

Unit **1**  Ownership Percentage _____

Passive type: **Active participation**

T, S, J __  Business Use Percentage _____

State __  Personal Use Percentage _____

1. Physical address:
   - Street .......... **5767 TRAESURE LANE**
   - City, state, zip .......... **GRANT       FL 32949**
   - Property type: .......... **Commercial**

2. Property Use Information:
   - Fair Rental Days .................. **365**
   - Personal Use Days .................. __
   - QJV .................. __

| | Column A | Column B | Column C | (Column A - B - C) |
|---|---|---|---|---|
| | **Total Income/Expense** | **Nonbusiness Expenses** | **Vacation Home / Personal Use Expenses** | **Income / Expenses Reported on Schedule E** |
| **Income:** | | | | |
| 3. Rents received | 12,000 | | | 12,000 |
| 4. Royalties received | | | | |
| **Expenses:** | | | | |
| 5. Advertising | | | | |
|     Auto | | | | |
|     Travel | | | | |
| 6. Auto and travel (total) | | | | |
| 7. Cleaning and maintenance | | | | |
| 8. Commissions | | | | |
| 9. Insurance | | | | |
| 10. Legal and other professional fees | | | | |
| 11. Management fees | | | | |
|     Mortgage interest from 1098 | | | | |
|     Refinancing points on 1098 | | | | |
| 12. Mortgage interest paid to banks, etc. | | | | |
|     Other mortgage interest | | | | |
|     Other interest | | | | |
|     Refinancing points | | | | |
|     Qualified mortgage insurance | | | | |
| 13. Other interest (total) | | | | |
| 14. Repairs | | | | |
| 15. Supplies | | | | |
|     Real estate taxes | | | | |
|     All other taxes | 2,941 | 2,500 | | |
| 16. Taxes (total) | 2,941 | 2,500 | | 441 |
| 17. Utilities | | | | |
| 18. Depreciation expense or depletion | 388 | | | 388 |
| 19. Other (list) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 20. Total expenses. Add lines 5 through 19 | 3,329 | 2,500 | | 829 |
| 21. Income or (loss) from rental or royalty properties. | | | | 11,171 |

| Form **1040** | | **Rent and Royalty Reconciliation** | | **2014** |
|---|---|---|---|---|

**Name**
KEITH A. YERIAN & SUN YO PAK

**Taxpayer identification number**
(b) ■■■-4554

**Property description**
RENTAL HOUSE

**Unit** **2**

**Passive type:** Active  participation

| | Ownership Percentage | _____ |
| T, S, J | ___ | Business Use Percentage | _____ |
| State | | Personal Use Percentage | _____ |

**1.** Physical address:

| Street | 1835 GIDDINGS AVENUE |
| City, state, zip | PALM BAY            FL 32908 |
| Property type: | Single Family Residence |

**2.** Property Use Information:

| Fair Rental Days | **365** |
| Personal Use Days | ____ |
| QJV | __ |

| | Column A<br>Total<br>Income/Expense | Column B<br>Nonbusiness<br>Expenses | Column C<br>Vacation<br>Home / Personal<br>Use Expenses | (Column A - B - C)<br>Income / Expenses<br>Reported on Schedule E |
|---|---|---|---|---|
| **Income:** | | | | |
| **3.** Rents received | 12,765 | | | 12,765 |
| **4.** Royalties received | | | | |
| **Expenses:** | | | | |
| **5.** Advertising | | | | |
| Auto | | | | |
| Travel | | | | |
| **6.** Auto and travel (total) | | | | |
| **7.** Cleaning and maintenance | | | | |
| **8.** Commissions | | | | |
| **9.** Insurance | 540 | | | 540 |
| **10.** Legal and other professional fees | | | | |
| **11.** Management fees | | | | |
| Mortgage interest from 1098 | | | | |
| Refinancing points on 1098 | | | | |
| **12.** Mortgage interest paid to banks, etc. | | | | |
| Other mortgage interest | | | | |
| Other interest | | | | |
| Refinancing points | | | | |
| Qualified mortgage insurance | | | | |
| **13.** Other interest (total) | | | | |
| **14.** Repairs | | | | |
| **15.** Supplies | | | | |
| Real estate taxes | | | | |
| All other taxes | 2,045 | | | |
| **16.** Taxes (total) | 2,045 | | | 2,045 |
| **17.** Utilities | | | | |
| **18.** Depreciation expense or depletion | 1,563 | | | 1,563 |
| **19.** Other (list) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **20.** Total expenses. Add lines 5 through 19 | 4,148 | | | 4,148 |
| **21.** Income or (loss) from rental or royalty properties. | | | | 8,617 |

Case 6:17-cv-00459-RBD   Document 9-8   Filed 05/10/17   Page 17 of 19 PageID 546
9/1/2016  9:53 AM

# Federal Statements

**RENTAL HOUSE**

## Schedule E, Line 9 - Insurance

| Description | Gross Amount | Business Use Percentage | Net Amount |
|---|---|---|---|
| Insurance (Rent, 2) | $ 540 | | $ 540 |
| Total | $ 540 | | $ 540 |

| Form **1040** | **IRA Distribution Report** | **2014** |
|---|---|---|

Name

KEITH A. YERIAN & SUN YO PAK

Taxpayer Identification Number

(b) ███-4554

| | T/S | Payer | Gross Distribution 1099-R Box 1 | Taxable Amount 1099-R Box 2a [less rollover amount] |
|---|---|---|---|---|
| A | T | IRA DISTRIBUTION | 298,578 | 298,578 |
| B | — | | | |
| C | — | | | |
| D | — | | | |
| E | — | | | |
| F | — | | | |
| G | — | | | |
| H | — | | | |
| I | — | | | |
| J | — | | | |
| K | — | | | |
| L | — | | | |
| M | — | | | |
| N | — | | | |
| O | — | | | |
| | | Taxpayer | 298,578 | 298,578 |
| | | Spouse | | |
| | | Total | 298,578 | 298,578 |

| | Amount Of Rollover | Federal Withholding | State Withholding | Local Withholding | Traditional IRA Converted to Roth IRA | Original Conversion or Recharacterization | Qualified Roth IRA Distribution |
|---|---|---|---|---|---|---|---|
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| Tp | | | | | | | |
| Sp | | | | | | | |
| Total | | | | | | | |

| Form **1040** | **Salaries & Wages Report** | **2014** |
|---|---|---|

Name
KEITH A. YERIAN & SUN YO PAK

Taxpayer Identification Number
**(b)** -4554

| T/S | Employer | Federal Wages | Federal Withheld | Soc Sec Wages |
|---|---|---|---|---|
| A T | EMPLOYER | 22,500 | 1,024 | 22,500 |
| B | | | | |
| C | | | | |
| D | | | | |
| E | | | | |
| F | | | | |
| G | | | | |
| H | | | | |
| I | | | | |
| J | | | | |
| K | | | | |
| L | | | | |
| M | | | | |
| Taxpayer | | 22,500 | 1,024 | 22,500 |
| Spouse | | | | |
| Totals | | 22,500 | 1,024 | 22,500 |

| | Soc Sec Withheld | Medicare Wages | Medicare Withheld | Soc Sec Tips | Allocated Tips | Dep Care Ben | Other, Box 14 |
|---|---|---|---|---|---|---|---|
| A | 1,395 | 22,500 | 326 | | | | |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| Taxpayer | 1,395 | 22,500 | 326 | | | | |
| Spouse | | | | | | | |
| Totals | 1,395 | 22,500 | 326 | | | | |

| | State | State Wages | State Withheld | Name of Locality | Local Wages | Local Withheld |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |
| Taxpayer | | | | | | |
| Spouse | | | | | | |
| Totals | | | | | | |