UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 15-1720
ADVERSARY CASE NO. A15-00064

IN RE:

RICHARD WEBBER, TRUSTEE,

    PLAINTIFF,

V.

KEITH YERIAN, ET AL.,

    DEFENDANTS.

_____

TRIAL

| | |
|---|---|
| HELD: | NOVEMBER 30, 2016 |
| TIME: | 10:03 A.M. – 12:44 P.M. AND |
| | 2:24 P.M. – 4:51 P.M. |
| BEFORE: | HONORABLE KAREN S. JENNEMANN |

APPEARANCES:

| | |
|---|---|
| FOR PLAINTIFF: | RICHARD B. WEBBER, II, ESQUIRE |
| | BRADLEY J. ANDERSON, ESQUIRE |
| | AMY E. JELLICORSE, ESQUIRE |
| FOR DEFENDANTS: | FRANK M. WOLFF, ESQUIRE |

1              INDEX OF PROCEEDINGS

2                                              PAGE

3  PROCEEDINGS                                    3

4  TESTIMONY OF JOSEPH J. VAN HEYDE, II          13

5      DIRECT EXAMINATION BY MR. WEBBER          13

6  TESTIMONY OF EMERSON YERIAN                   44

7      DIRECT EXAMINATION BY MR. ANDERSON        44

8  TESTIMONY OF JOHN D. MCLEOD                   73

9      DIRECT EXAMINATION BY MR. WOLFF           73

10      CROSS-EXAMINATION BY MR. WEBBER          76

11 TESTIMONY OF SUN YOUNG PAK                    84

12      DIRECT EXAMINATION BY MR. ANDERSON       84

13 TESTIMONY OF KEITH ALAN YERIAN               143

14      DIRECT EXAMINATION BY MR. WEBBER        143

15      DIRECT EXAMINATION BY MR. WOLFF         185

16 CERTIFICATE OF OATH                          225

17

18

19

20

21

22

23

24

25

```
 1            P R O C E E D I N G S

 2        THE CLERK:  ALL RISE.  UNITED STATES

 3   BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF

 4   FLORIDA IS NOW IN SESSION.  THE HONORABLE KAREN

 5   S. JENNEMANN PRESIDING.  YOU MAY BE SEATED.

 6        THE COURT CALLS ADVERSARY PROCEEDING 15-64,

 7   RICHARD WEBBER VS. KEITH YERIAN.  ALL INTERESTED

 8   PARTIES, PLEASE COME TO THE PODIUM AND MAKE YOUR

 9   APPEARANCES.

10        MR. WEBBER:  GOOD MORNING, JUDGE.  RICK

11   WEBBER, CHAPTER SEVEN TRUSTEE, PLAINTIFF, AND IN

12   THE MAIN CASE A CONTESTED MATTER.

13        I HAVE TWO ASSOCIATES WITH ME, BRADLEY

14   ANDERSON AND AMY JELLICORSE, THAT WILL ASSIST ME

15   TODAY.

16        MR. ANDERSON:  MORNING, JUDGE.

17        THE COURT:  MORNING.

18        MR. WOLFF:  FRANK WOLFF, ATTORNEY FOR THE

19   DEFENDANTS.  PRESENT WITH ME THIS MORNING IS

20   LAUREN HUMICK, MY ASSISTANT.  MR. YERIAN IS IN

21   THE COURTROOM.  MISS PAK IS IN THE COURTROOM, AND

22   JOHN MCLEOD, WHO IS THE PRINCIPAL OF MEGUSEY

23   SOFTWARE, IS IN THE COURTROOM.

24        THE COURT:  VERY GOOD.  ANY OTHER PARTIES

25   CARE TO MAKE AN APPEARANCE?  I SAW THE EXHIBITS
```

1     WERE UPLOADED BUT THE ONLY OBJECTIONS I SAW WERE

2     THE TRUSTEE'S OBJECTIONS TO THE DEFENDANT'S

3     EXHIBITS 1 AND 10.  I DON'T KNOW IF THE PARTIES

4     HAVE ANY FURTHER COMMUNICATIONS OR ANY UPDATE ON

5     THE STATUS OF ADMISSIBILITY OF ANY OF THE

6     PROPOSED EXHIBITS.

7          MR. WEBBER.

8          MR. WEBBER:  YES.  MR. MCLEOD ORIGINALLY HAD

9     TESTIFIED IN HIS DEPOSITION THAT HE WOULD NOT

10    ATTEND TRIAL BUT HE HAS FLOWN IN FROM CALIFORNIA.

11         THE COURT:  UM-HMM.

12         MR. WEBBER:  SO DEFENDANT'S EXHIBIT NUMBER

13    10 IS A SIGNATURE CARD THAT HE SIGNED.  I HAVE

14    LOOKED AT HIS LICENSE, MATCHED THE SIGNATURE ON

15    HIS LICENSE, VERIFIED MR. MCLEOD IS WHO HE SAID

16    HE WAS.  IT MATCHES EXHIBIT NUMBER 10.  SO WE ARE

17    GOING TO WITHDRAW OUR OBJECTION TO DEFENDANT'S 10

18    AND THAT LEAVES ONLY THE OBJECTION TO DEFENDANT'S

19    1 AND ALL OTHERS -- ALL EXHIBITS OF THE TRUSTEE

20    AND THE DEFENDANTS WE HAVE STIPULATED IN.

21         THE COURT:  AND MR. WOLFF, DO YOU AGREE THAT

22    ALL OF THE TRUSTEES -- IS IT 117?  I MAY HAVE THE

23    WRONG NUMBER BUT --

24         MR. WEBBER:  128, JUDGE.

25    (INAUDIBLE DISCUSSION BETWEEN JUDGE AND CLERK)

```
 1            MR. WEBBER:  129 -- IS MR. MCLEOD'S
 2     DEPOSITION.  WE UPLOADED A CLEAN COPY, JUDGE.
 3            THE COURT:  OKAY.
 4            MR. WEBBER:  BUT IN EVERYBODY'S BINDER IS
 5     THE DESIGNATION WITH HIGHLIGHTS TO ASSIST THE
 6     COURT --
 7            THE COURT:  PERFECT.
 8            MR. WEBBER:  -- AND MR. WOLFF HAS IT AS
 9     WELL.
10            MR. WOLFF:  I THINK THAT'S RIGHT, YOUR
11     HONOR.  I THINK THAT THE EXHIBITS FOR MR.
12     MCLEOD'S TESTIMONY COME IN THROUGH HIS TESTIMONY,
13     SO IT'S THE SAME THING AS MY NOT OBJECTING TO
14     THEM.  SO ALL OF THEM ARE IN EVIDENCE.
15            THE COURT:  OKAY.  AND AS TO THE TRUSTEE'S
16     OBJECTION TO EXHIBIT NUMBER 1, ANY -- JUST LEAVE
17     IT FOR THIS POINT?
18            MR. WEBBER:  I THINK THEY ARE GOING TO TRY
19     TO PUT IT IN THROUGH MR. YERIAN --
20            THE COURT:  OKAY.
21            MR. WEBBER:  -- AND I THINK WE CAN ADDRESS
22     IT THEN.
23            THE COURT:  OKAY.
24            MR. WOLFF:  I THINK THAT AS WELL.
25            THE COURT:  VERY GOOD.  THEN WITH THAT
```

1          OBJECTION, I WILL ADMIT DEBTOR'S EXHIBITS 2

2          THROUGH 19, AND I WILL ADMIT THE TRUSTEE'S

3          EXHIBITS 1 THROUGH 129 WITH THE NOTATION OF THE

4          DESIGNATION OF PORTIONS OF THE DEPOSITION

5          TRANSCRIPTS.

6               DID YOU --

7               MR. WEBBER:  THANK YOU.

8               THE COURT:  DID YOU DESIGNATE ADDITIONAL

9          PORTIONS, MR. WOLFF, OR DID YOU ANTICIPATE DOING

10         THAT?

11              MR. WOLFF:  I DID NOT, YOUR HONOR.

12              THE COURT:  OKAY.

13              MR. WOLFF:  IT COULD BE THAT THIS

14         AFTERNOON -- MR. MCLEOD FLIES OUT TOMORROW AGAIN.

15         I HAVEN'T REALLY DECIDED -- I DIDN'T KNOW HE WAS

16         COMING -- BUT I MIGHT HAVE HIM -- IF WE COULD

17         CALL HIM OUT OF SEQUENCE FOR ABOUT FIVE MINUTES

18         OF TESTIMONY --

19              THE COURT:  UM-HMM.

20              MR. WOLFF:  -- WITH THAT RESERVATION, NO.

21         NO DESIGNATIONS.

22              THE COURT:  OKAY.  PERFECT.

23              MR. WEBBER:  AND I WOULD INVOKE THE RULE AS

24         TO MR. MCLEOD FOR THIS MORNING.

25              THE COURT:  OKAY.

1          MR. WEBBER:  WE DON'T OBJECT TO TAKING HIM

2     OUT OF TURN THIS AFTERNOON BECAUSE HE HAS TO FLY

3     BACK TO CALIFORNIA TOMORROW.

4          THE COURT:  VERY GOOD.  ANY RESPONSE TO

5     THAT?

6          MR. WOLFF:  HE'S GOING TO BE A WITNESS.  HE

7     NEEDS TO BE SEQUESTERED UPON THEIR REQUEST.

8          THE COURT:  VERY GOOD.  AND, MR. MCLEOD, IF

9     YOU DON'T MIND, YOU'RE GOING TO NEED TO WAIT IN

10    THE HALLWAY.

11         MR. MCLEOD:  OKAY.

12         THE COURT:  BUT I AM GOING TO TELL YOU WE

13    ARE GOING TO BE DONE WITH YOU PRETTY SOON.  SO

14    THANK YOU.  WE WILL COME GET YOU AS SOON AS WE

15    CAN.

16         MR. MCLEOD:  ALL RIGHT.

17         MR. WEBBER:  A COUPLE THINGS, JUDGE, LOOKING

18    AT YOUR DOCKET.  WE HAVE CONSENTED TO THE KOREAN

19    TRANSLATIONS --

20         THE COURT:  OKAY.

21         MR. WEBBER:  -- SO THE MOTION IN LIMINE,

22    WHICH IS DOCKET NUMBER 110, CAN BE GRANTED.

23         THE COURT:  I WILL GRANT THAT.

24         MR. WEBBER:  WE ARE ALSO STIPULATING --

25    THERE WASN'T TIME TO AMEND THE COMPLAINT -- AND

1          MR. WOLFF AND I HAVE DISCUSSED THIS -- WE ARE

2     GOING TO DISMISS COUNTS ROMAN NUMERAL SEVEN AND

3     ROMAN NUMERAL EIGHT AGAINST MEGUSEY SOFTWARE LLC

4     WITH PREJUDICE.  AND WE ARE ALSO WITHDRAWING WITH

5     PREJUDICE PARAGRAPH 58 OF THE AMENDED COMPLAINT.

6          AND THE ONE THING, JUDGE, I DID NOT SEE ON

7     YOUR DOCKET, WHICH SHOULD BE THERE --

8          THE COURT:  YES.

9          MR. WEBBER:  -- THE OBJECTION TO EXEMPTION.

10         THE COURT:  YES, IT SHOULD BE THERE.

11         MR. WEBBER:  WHICH IS THE MAIN CASE, DOCKET

12    NUMBER 46 --

13         THE COURT:  YES.

14         MR. WEBBER:  -- AND THERE WAS AN ORDER THAT

15    CONSOLIDATED THAT CONTESTED MATTER WITH THIS

16    ADVERSARY PROCEEDING FOR TRIAL TODAY AND THAT WAS

17    ADVERSARY PROCEEDING NUMBER 16 WITH THE ORDER.

18    SO I JUST WANTED TO MAKE SURE THE COURT WAS

19    AWARE.  AND THAT'S AS TO THE YERIAN SELF-DIRECTED

20    IRA.

21         THE COURT:  RIGHT.  AND I'M SORRY THAT WAS.

22    ANY QUESTION RELATING TO THAT, MR. WOLFF?  I

23    THINK THAT WAS JUST OUR ERROR.

24         MR. WOLFF:  NO PROBLEM, JUDGE.

25         THE COURT:  SOMETIMES WHEN MATTERS GET

1        CONSOLIDATED, WE DON'T ALWAYS GO BACK AND PICK

2        THEM UP AND THAT WAS JUST OUR ERROR.   BUT WE

3        CERTAINLY WILL INCLUDE IT AND UNDERSTAND THAT THE

4        OBJECTION TO EXEMPTIONS IS AT ISSUE TODAY.

5              MR. WEBBER:   OKAY.   AND ONE MORE ITEM AND

6        THEN WE CAN START.

7              WE HAVE UPLOADED -- THERE'S A JOINT 1040

8        INCOME TAX RETURN OF MISS PAK AND MR. YERIAN.

9              THE COURT:   UM-HMM.

10             MR. WEBBER:   WE UPLOADED NUMBER 18 TWICE.

11       AND REALLY WHAT WE WANT TO DO IS SUBSTITUTE --

12       WE'VE UPLOADED IT.   IT'S AP DOCKET NUMBER 126.

13       WE DID IT THIS MORNING.   MR. WOLFF HAD PRODUCED

14       THIS AMENDED 1040 2014 RETURN TO ME.   SO THERE IS

15       NO PREJUDICE TO HIM BECAUSE HE HAS SEEN IT.

16             AND WHAT I DO IS I HAVE COPIES TO PUT IN

17       EVERYONE'S BINDER BECAUSE 18 AND 77 RIGHT NOW ARE

18       THE SAME.   WHAT WE WANT TO DO IS HAVE 77 BE THE

19       DRAFT AMENDED 1040 2014.

20             THE COURT:   VERY GOOD.   ANY OBJECTION TO

21       THAT, MR. WOLFF?

22             MR. WOLFF:   (INAUDIBLE) JUST A SECOND.

23             THE COURT:   NO PROBLEM.

24             MR. WOLFF:   WELL, YOUR HONOR, THIS IS A

25       DRAFT OF A RETURN THAT WAS NOT FILED.   IT WAS --

```
 1          THE COURT:  WHY DON'T WE LEAVE IT AND SEE

 2      WHAT HAPPENS?

 3          MR. WOLFF:  I THINK THAT'S APPROPRIATE, YOUR

 4      HONOR.

 5          MR. WEBBER:  IT WAS ON OUR EXHIBIT LIST.  WE

 6      JUST UPLOADED THE WRONG EXHIBIT.

 7          THE COURT:  I UNDERSTAND.

 8          MR. WEBBER:  OKAY.

 9          THE COURT:  BUT HE HASN'T --

10          MR. WEBBER:  OKAY.

11          THE COURT:  -- RESPONDED.  IT WASN'T

12      UPLOADED TIMELY AND SO THERE ARE DUPLICATES.  I

13      NOTE THAT THERE ARE DUPLICATES.

14          MR. WEBBER:  THANK YOU, JUDGE.

15          THE COURT:  18 AND 77 ARE DUPLICATES.

16      THAT'S NO BIG DEAL.  IF YOU NEED TO INTRODUCE

17      ANOTHER EXHIBIT, YOU CAN DO SO DURING TESTIMONY.

18          MR. WEBBER:  THANK YOU.

19          THE COURT:  LET ME CLEAR UP SO THAT THERE IS

20      NO QUESTION ON THE RECORD.  BUT I WILL GRANT THE

21      MOTION IN LIMINE, DOCKET NUMBER 110.  I WILL NOTE

22      THE WITHDRAWAL OF THE PLAINTIFF'S OBJECTION TO

23      THE EXHIBITS -- DEBTOR'S EXHIBITS NUMBER 10 --

24      BUT I WILL RESERVE RULING ON EXHIBIT NUMBER 1

25      DURING THE COURSE OF THE TESTIMONY.
```

1            THEN I ASK -- WOULD ASK MR. WEBBER, WHO --

2    WHAT ORDER DO YOU PROPOSE THE WITNESSES?  I KNOW

3    WE HAVE A VIDEO WITNESS AT ELEVEN AND --

4            MR. WEBBER:  I AM GOING TO START WITH MY

5    EXPERT BECAUSE OF COST.

6            THE COURT:  UM-HMM.

7            MR. WEBBER:  AND THAT'S JAY VAN HEYDE.

8            THE COURT:  UM-HMM.

9            MR. WEBBER:  AND WE, YOU KNOW, DESIGNATED

10   HIM TIMELY.  WE GAVE THE REPORT TO THE OTHER

11   SIDE.  EXHIBIT NUMBER 1, HIS REPORT, IS IN

12   EVIDENCE.  SO WE WILL START WITH MR. VAN HEYDE.

13           THEN WE HAVE EMERSON YERIAN BY VIDEO AT

14   ELEVEN.  WE WERE GOING TO DO MISS PAK AFTER

15   LUNCH -- AND DEPENDING ON HOW -- YOU KNOW, WE MAY

16   START HER BEFORE LUNCH.  I AM NOT SAYING WE

17   ARE -- BUT THAT'S THE ORDER THAT -- AND THEN MR.

18   YERIAN LAST AND THEN MR. MCLEOD HAD TESTIFIED HE

19   WOULDN'T BE HERE BUT HE IS HERE.  SO WE WILL HAVE

20   TO SQUEEZE HIM IN SOMEWHERE.

21           THE COURT:  VERY GOOD.  VERY GOOD.  THANK

22   YOU.  THIS IS THE WAY WE WILL PROCEED.  WE

23   CERTAINLY CAN START WITH MR. HEYDE AND THEN WE

24   WILL, DEPENDING ON WHERE WE ARE, STOP BECAUSE

25   WITH THE VIDEO FEEDS, WE NEED TO DO THEM PROMPTLY

1      AT ELEVEN SO WE WILL START THAT AT ELEVEN.  IF WE

2      HAVE TIME BEFORE LUNCH, WE WILL DO MR. MCLEOD

3      BEFORE LUNCH AND GET HIM GONE.  AND THEN WE WILL

4      SEE WHERE WE GO AND THEN WE CAN PROCEED WITH THE

5      PARTIES, MISS PAK AND MR. YERIAN.

6          DID YOU HAVE ANY ADDITIONAL WITNESSES YOU

7      WERE GOING TO CALL, MR. WOLFF?

8          MR. WOLFF:  I AM GOING TO CALL MISS PAK AND

9      MR. YERIAN.

10         THE COURT:  YES.  OTHER THAN THE PARTIES.

11         MR. WOLFF:  NO.

12         THE COURT:  NO.  VERY GOOD.  MR. HEYDE, IF

13     YOU WOULD LIKE TO COME FORWARD AND BE SWORN.

14         THE CLERK:  STAND AT THE PODIUM, SIR.  RAISE

15     YOUR RIGHT HAND.  DO YOU SOLEMNLY SWEAR THE

16     TESTIMONY YOU ARE ABOUT TO GIVE AT THIS TIME IN

17     THIS CASE IS THE WHOLE TRUTH, SO HELP YOU GOD?

18         THE WITNESS:  YES.

19         THE CLERK:  AND CAN YOU PLEASE STATE YOUR

20     FULL NAME AND ADDRESS FOR THE RECORD?

21         THE WITNESS:  JOSEPH JOHN VAN HEYDE, II, 585

22     LAKE HOGAN COURT, LAKE MARY, FLORIDA, 32746.

23         THE CLERK:  THANK YOU.  YOU MAY HAVE A SEAT

24     RIGHT OVER HERE.

25         THE COURT:  AND IF ALL OF THOSE BOOKS GET

1    CUMBERSOME, LET US KNOW.  WE CAN PERHAPS MAKE IT

2    SIMPLER FOR YOU, MR. HEYDE.  AND AS YOU TAKE A

3    SEAT, LET ME ASK -- I FORGOT TO ASK THE PARTIES

4    ONE QUESTION.

5         ARE THERE ANY OTHER FACTUAL STIPULATIONS OF

6    ANY KIND I NEED TO KNOW ABOUT?

7         MR. WEBBER:  NO.

8         THE COURT:  OKAY.  VERY GOOD.  GO AHEAD AND

9    PROCEED, MR. WEBBER.

10        MR. WEBBER:  AND, JUDGE, ONE OF THE THINGS

11   THAT WE HAVE TRIED TO DO WITH THESE EXHIBIT

12   NOTEBOOKS IS DO VOLUMES WITH THE NUMBERS ON THE

13   FRONT.  MR. VAN HEYDE'S EXPERT REPORT IS EXHIBIT

14   NUMBER 1, WHICH HAS BEEN STIPULATED INTO

15   EVIDENCE.

16        THE COURT:  AND I SAID MR. HEYDE.  I SHOULD

17   SAY MR. VAN HEYDE.  EXCUSE ME.  GO AHEAD.  GO

18   AHEAD.

19             JOSEPH JAY VAN HEYDE, II

20        HAVING BEEN DULY SWORN, WAS EXAMINED AND

21   TESTIFIED AS FOLLOWS:

22                  DIRECT EXAMINATION

23   BY MR. WEBBER:

24   Q    WHERE DID YOU ATTEND UNDERGRADUATE COLLEGE?

25   A    UNIVERSITY OF NOTRE DAME.

```
 1          MR. WOLFF:  YOUR HONOR, WE WILL STIPULATE
 2     THAT HE'S AN EXPERT.
 3          THE COURT:  WELL, I DON'T KNOW IN WHAT.  SO
 4     THAT'S SORT OF -- I AT LEAST NEED TO KNOW THAT.
 5          MR. WEBBER:  THANK YOU, JUDGE.
 6   BY MR. WEBBER:
 7     Q    AND WHAT YEAR DID YOU GRADUATE NOTRE DAME?
 8     A    1976.
 9     Q    WHAT WAS YOUR DEGREE?
10     A    ACCOUNTING.
11     Q    DID YOU PROCEED TO GRADUATE SCHOOL?
12     A    I SPENT A YEAR WITH ONE OF THE (INAUDIBLE)
13   ACCOUNTING FIRMS FOR A YEAR AND THEN I WENT TO OHIO STATE
14   UNIVERSITY FOR LAW SCHOOL.
15     Q    OKAY.  AND DID YOU GRADUATE?
16     A    1980.
17     Q    WITH A J.D.?
18     A    YES.
19     Q    OKAY.  WHERE WERE YOU EMPLOYED AFTER YOU
20   GRADUATED FROM LAW SCHOOL?
21     A    I STARTED WITH BAKER & HOSTETLER IN COLUMBUS,
22   OHIO.
23     Q    HOW LONG DID YOU WORK FOR THEM?
24     A    NINE YEARS.
25     Q    WHAT DID YOU DO FOR THEM -- LAW?
```

1      A     I STARTED IN THE TAX GROUP AND MORPHED INTO THE

2    TAX/ERISA/EMPLOYEE BENEFITS GROUP.

3      Q     OKAY.  AND DID YOU HAVE FURTHER EMPLOYMENT WITH

4    ANOTHER LAW FIRM?

5      A     LEFT BAKER & HOSTETLER IN 1989 AND MOVED DOWN

6    HERE AND STARTED WITH MAGUIRE, VOORHIS & WELLS.

7      Q     AND I BELIEVE THEY SUBSEQUENTLY MERGED INTO

8    HOLLAND & KNIGHT IN 1998?

9      A     YES, 1998.  JULY OF '98.

10     Q     WERE YOU STILL EMPLOYED WHEN THAT MERGER

11   HAPPENED?

12     A     YES.  I WAS A SHAREHOLDER AT MAGUIRE.

13     Q     WHERE ARE YOU CURRENTLY EMPLOYED?

14     A     DEAN MEAD.

15     Q     HOW LONG HAVE YOU BEEN EMPLOYED THERE?

16     A     SINCE 2002.

17     Q     AND WHAT DO YOU DO?  WHAT'S YOUR PRACTICE AT

18   DEAN MEAD?

19     A     I'M REGARDED AS BEING IN THE TAX DEPARTMENT BUT

20   MY SPECIALIZATION IS EMPLOYEE BENEFITS, ERISA, YOU KNOW,

21   TAX EXEMPT TYPE RETIREMENT ENTITIES.

22     Q     SO QUALIFIED, NON QUALIFIED EMPLOYEE PLANS?

23     A     YES.

24     Q     EMPLOYEE STOCK OPTIONS, IRA'S?

25     A     YES.

1        Q     DO YOU DRAFT THEM?

2        A     YES.

3        Q     OKAY.  WHAT POSITION DO YOU HOLD AT DEAN MEAD?

4        A     I AM A SHAREHOLDER, THE FIRM TREASURER AND I AM

5    ON THE BOARD OF DIRECTORS.

6        Q     HAVE YOU BEEN ADMITTED TO ANY STATE BARS?

7        A     FLORIDA AND OHIO.

8        Q     ARE YOU CURRENT IN BOTH?

9        A     YES.

10       Q     HAVE YOU EVER TESTIFIED IN COURT BEFORE?

11       A     THREE TIMES.

12       Q     OKAY.  WHAT COURT?

13       A     TWICE I RECALL WAS ORANGE COUNTY CIRCUIT COURT

14   AND ONCE IN SEMINOLE COUNTY CIRCUIT COURT.

15       Q     AND WHAT DID YOU TESTIFY ABOUT?

16       A     ALL THREE RELATED TO BASICALLY THE DIVISION OF

17   RETIREMENT ASSETS IN DIVORCE.

18       Q     OKAY.  AND HOW LONG AGO WAS THAT?

19       A     WELL, I WOULD SAY AT LEAST TEN YEARS.

20       Q     ARE YOU FAMILIAR WITH QUALIFIED PLANS, NON

21   QUALIFIED PLANS, IRA'S, SELF-DIRECTED IRA'S?

22       A     YES.

23       Q     CAN YOU TELL THE COURT -- TELL HER WHAT A

24   QUALIFIED PLAN IS, THEN A NON QUALIFIED PLAN, THEN --

25             THE COURT:  AND WHAT IS THE SCOPE OF HIS

1    EXPERT QUALIFICATIONS?  ARE WE THERE YET?

2         MR. WEBBER:  WE'RE WORKING ON IT.

3         THE COURT:  YOU'RE WORKING ON IT.  OKAY.

4         MR. WEBBER:  RIGHT NOW, JUDGE.

5         THE COURT:  OKAY.

6         THE WITNESS:  WELL, A QUALIFIED RETIREMENT

7    PLAN WOULD INCLUDE PRINCIPALLY 401K PLANS, PROFIT

8    SHARING PLANS, DEFINED BENEFIT PENSION PLANS.

9    THEY'RE REGARDED AS QUALIFIED PLANS BECAUSE IN

10   ORDER TO BE QUOTE, UNQUOTE, QUALIFIED, THERE'S A

11   WHOLE SLEW OF CODE SECTIONS AND REGULATIONS THAT

12   YOU HAVE TO, YOU KNOW, CHECK THE BOX IN ORDER TO

13   GET THE FAVORABLE TAX TREATMENT.

14        NON QUALIFIED PLANS ARE PRINCIPALLY PLANS

15   FOR KEY EMPLOYEES AND HIGHLY COMPENSATED

16   EMPLOYEES, VERY LIMITED, BUT IT BASICALLY ALLOWS

17   A, YOU KNOW, KEY EMPLOYEE TO DEFER INCOME.  THE

18   DIFFERENCE BETWEEN THAT AND A QUALIFIED PLAN IS

19   THAT THE EMPLOYER DOESN'T GET A CURRENT TAX

20   DEDUCTION.  THEY HAVE TO -- THEY WILL GET THEIR

21   TAX DEDUCTION DOWN THE ROAD WHEN THE KEY EMPLOYEE

22   RECOGNIZES THE INCOME.

23        AND THEN, YOU KNOW, IRA'S ARE WITHIN THAT

24   SET OF CODE SECTIONS.  IT'S SECTION 408 AND 408

25   CAP A, CREATE IRA'S.  408 CAPITAL A CREATED THE

1          ROTH IRA WHICH IS LIKE A TEN YEAR OLD CREATURE.

2          BUT IT'S WITHIN THAT SUBSET OF CODE SECTIONS THAT

3          I REGULARLY DEAL WITH.

4     BY MR. WEBBER:

5          Q     AND THE INTERNAL REVENUE CODE, YOU REFER TO AS

6     IRC?

7          A     YES.

8          Q     OKAY.  HAVE YOU LOOKED AT SECTION 522 OF THE

9     BANKRUPTCY CODE?

10         A     YES.

11         Q     AND DOES IT PROVIDE FOR EXEMPTIONS UNDER SECTION

12    408 OF THE IRC?

13         A     IT DOES.

14         Q     WHAT IS SECTION 4905 OF THE IRC?

15         A     HOW ABOUT 4975?

16         Q     4975.

17         A     OKAY.  THOSE WERE THE PROHIBITIVE TRANSACTION

18    RULES OF THE INTERNAL REVENUE CODE AND THEY'RE DESIGNED TO

19    PREVENT SELF DEALING BETWEEN EITHER DISQUALIFIED PERSONS

20    WITH REGARD TO A QUALIFIED RETIREMENT PLAN, SUCH AS THE

21    TRUSTEE OF A PROFIT SHARING PLAN, OR SELF DEALING BETWEEN

22    AN IRA GRANTOR OR OWNER AND THE IRA ITSELF.

23         Q     OKAY.  WHAT'S YOUR HOURLY RATE?

24         A     420 AN HOUR.

25         MR. WEBBER:  JUDGE, I TENDER THIS WITNESS AS

1        AN EXPERT WHO CAN GIVE OPINION TESTIMONY

2        REGARDING INDIVIDUAL RETIREMENT ACCOUNTS AND

3        SELF-DIRECTED IRA'S UNDER THE FEDERAL RULE OF

4        EVIDENCE 702.

5            MR. WOLFF:  NO OBJECTION.

6            THE COURT:  HE WILL BE SO ADMITTED AS AN

7        EXPERT.

8            MR. WEBBER:  THANK YOU, JUDGE.

9    BY MR. WEBBER:

10       Q    DID YOU EXAMINE SOME DOCUMENTS THAT I FURNISHED

11   TO YOU WHEN RENDERING YOUR OPINION, MR. VAN HEYDE?

12       A    YOU DID.  AND THEY ARE LISTED --

13       Q    DID YOU DO A REPORT?

14       A    -- IN MY REPORT, PAGES -- BOTTOM OF PAGE ONE

15   CARRYING OVER TO PAGE TWO.

16       Q    OKAY.  AND SO YOU READ MR. YERIAN'S DEPOSITION?

17       A    THE INDICATED PAGES.

18       Q    OKAY.

19           MR. WEBBER:  AND, JUDGE, JUST TO ASSIST THE

20       COURT, I AM GOING TO GIVE YOU THE EXHIBIT NUMBER,

21       THE TRUSTEE'S EXHIBIT NUMBER, OF THE DOCUMENTS AS

22       WE GO THROUGH JUST TO ASSIST.

23           THE COURT:  PERFECT.

24   BY MR. WEBBER:

25       Q    AND WHAT WAS THE SECOND THING THAT YOU LOOKED

1  AT?

2        A    THE SECOND WAS THE TRADITIONAL IRA AGREEMENT.

3        Q    OKAY.  AND THAT IS TRUSTEE'S EXHIBIT NUMBER 31.

4  COULD YOU JUST KIND OF FLIP TO THAT REAL QUICK?  IT'S IN

5  THE BINDER YOU'RE IN.  DO YOU SEE TAB 31?

6        A    OKAY.

7        Q    KIND OF KEEP YOUR HAND ON YOUR REPORT HERE TOO,

8  PLEASE.  TELL THE JUDGE WHAT THIS IS.

9        A    THIS IS JUST THE BASIC IRA AGREEMENT TO

10 ESTABLISH A SECTION 408 INDIVIDUAL RETIREMENT ACCOUNT.

11       Q    AND DOES IT, IN YOUR OPINION, ESTABLISH AN

12 INDIVIDUAL RETIREMENT ACCOUNT?

13       A    YES.

14       Q    OKAY.  ALL RIGHT.  THE NEXT THING YOU LOOKED AT

15 WERE TRANSFER AUTHORIZATION DOCUMENTS AND THEY'RE RIGHT

16 ABOVE WHERE YOU ARE.  THEY'RE TRUSTEE 32, TRUSTEE 33 AND

17 TRUSTEE 35.

18            CAN YOU TELL THE COURT WHAT THEY DO?

19       A    THESE APPEAR TO BE DOCUMENTS TO AUTHORIZE

20 INVESTMENTS IN CERTAIN, YOU KNOW, ASSETS THAT WILL BE HELD

21 BY THE IRA.

22       Q    OKAY.  DO THOSE LOOK PROPERLY DONE TO YOU?

23       A    YES.

24       Q    OKAY.  NUMBER 4 WAS THE YERIAN PROPERTY'S LLC

25 OPERATING AGREEMENT.

1          MR. WEBBER:  AND, JUDGE, THERE ARE TWO OF

2      THEM.  TRUSTEE NUMBER 28 DATED JUNE 12TH OF 2012

3      AND NUMBER 44 DATED SEPTEMBER 26, 2014.

4  BY MR. WEBBER:

5      Q    AND WHAT IS YERIAN PROPERTIES LLC IN THIS IRA?

6      A    THAT WOULD BE AN ASSET --

7      Q    OKAY.

8      A    -- OF THE INDIVIDUAL RETIREMENT ACCOUNT.

9      Q    OKAY.  SO THIS IS -- CAN WE CALL THIS THE YERIAN

10  SELF-DIRECTED IRA?

11     A    WHAT DO YOU REFER TO AS THIS?

12     Q    THE TRADITIONAL IRA LLC AGREEMENT.

13     A    YEAH.  THAT'S THE IRA --

14     Q    IT'S A SELF-DIRECTED IRA?

15     A    SELF-DIRECTED IRA.  AND THEY'RE DIRECTING THE

16  INVESTMENT OF THE IRA ASSETS INTO YERIAN PROPERTIES, LLC.

17     Q    NOW, IS THAT ALSO -- IS THAT ALLOWED?

18     A    YES.

19     Q    OKAY.  SO A SELF-DIRECTED IRA CAN OWN AN LLC?

20     A    CORRECT.

21     Q    OKAY.  NEXT, YOU LOOKED AT THE YERIAN PROPERTIES

22  LLC ANNUAL STATEMENTS OF ACCOUNTS FOR THE FIRST QUARTER OF

23  2012 THROUGH THE FIRST QUARTER OF 2016?

24          MR. WEBBER:  AND, JUDGE, THOSE ARE TRUSTEE'S

25      EXHIBITS 36 THROUGH 40.

1   BY MR. WEBBER:

2        Q    AND WHAT DO THOSE STATEMENT OF ACCOUNTS TELL US?

3        A    WELL, YOU CAN SEE, YOU KNOW, WHERE THEIR

4   INVESTMENTS HAVE BEEN MADE.  SOMETHING WAS PURCHASED JUNE

5   14 OF 2012 FOR 99,000.  SOMETHING WAS PURCHASED JULY 24TH

6   OF 2012 FOR $120,000.  BASED ON OTHER THINGS I'VE SEEN IN

7   THERE, I THINK THOSE RELATE TO A PROPERTY PURCHASED IN

8   PALM BAY AND ONE IN PUERTO RICO.

9        Q    OKAY.  AND WHERE DID THOSE FUNDS COME FROM THAT

10  WERE MOVED INTO THE SELF-DIRECTED IRA, DO YOU KNOW?

11       A    WELL, I BELIEVE BACK IN 2008 OR 2009, MR. YERIAN

12  TESTIFIED THAT HE HAD A ROLLOVER IRA.  I FORGET HIS

13  EMPLOYER.  IT WAS ONE OF THE BIG, YOU KNOW, SPACE

14  INDUSTRY, LOCKHEED OR --

15       Q    RIGHT.

16       A    -- ONE OF THOSE, MARTIN.  AND SO THE ASSETS

17  ROLLED INTO AN IRA IN 2008 OR 2009 HE SAID, AND THEN AT

18  SOME POINT, I BELIEVE IN 2012, HE HAD AN INTEREST IN SELF

19  DIRECTING HIS RETIREMENT ACCOUNT.  AND SO HE MOVED IT TO

20  THIS, YOU KNOW, IRA SERVICES SO THAT HE COULD THEN START

21  SELF DIRECTING INTO -- INITIALLY HE SAID REAL ESTATE.  HE

22  MENTIONED THAT THE REAL ESTATE MARKET HAD BEEN, YOU KNOW,

23  DEPRESSED BECAUSE OF THE '08-'09 RECESSION AND HE WANTED

24  TO SELF DIRECT THEM TO REAL ESTATE.

25       Q    OKAY.  AND WHEN WE -- WHEN WE SAY SELF DIRECT,

1    TELL THE JUDGE WHAT THAT MEANS.

2         A    WELL, HE MAKES THE DECISION AS --

3         Q    AS OPPOSED TO A CUSTODIAN?

4         A    YEAH.  HE'S -- HE HAS THE DISCRETION, SOLE

5    DISCRETION AS TO, YOU KNOW, WHERE THE ASSETS ARE INVESTED.

6         Q    ALL RIGHT.  THE NEXT THING WAS THE INVESTMENT

7    AUTHORIZATION.  THAT'S TRUSTEE NUMBER 34.  WHAT DOES THAT

8    DO?

9         A    WELL, THEY'RE GOING TO MOVE $120,000 INTO YERIAN

10   PROPERTIES LLC TO PURCHASE A PIECE OF REAL ESTATE.  I

11   DON'T RECALL WHETHER THAT WAS PALM BAY OR PUERTO RICO

12   THOUGH.

13        Q    OKAY.  ALL RIGHT.  AND THEN NUMBER -- THE NEXT

14   ONE WAS THE 2013 YERIAN PROPERTIES LLC BANK STATEMENTS AND

15   THAT'S TRUSTEE'S EXHIBIT NUMBER 45 AND THAT'S WITH FIFTH

16   THIRD BANK, RIGHT?

17        A    YES.  THE YERIAN PROPERTIES LLC HAD A BANK

18   ACCOUNT AT FIFTH THIRD BANK.

19        Q    AND IS THAT ALSO ALLOWED IN A SELF-DIRECTED IRA?

20        A    YES.

21        Q    OKAY.  AND THEN DID YOU ALSO LOOK AT THE 2014

22   YERIAN PROPERTIES LLC BANK STATEMENTS WHICH IS TRUSTEE

23   NUMBER 46?

24        A    YES.

25        Q    THE NEXT WAS THE 2015 YERIAN PROPERTIES LLC BANK

1  STATEMENTS AT FIFTH THIRD BANK, TRUSTEE'S 47.  DID YOU

2  LOOK AT THOSE?

3       A    47?

4       Q    YES.

5       A    THAT'S BLANK BEHIND THIS 47.  NOTHING'S THERE.

6       Q    LET'S MOVE TO NUMBER 10.

7            THE COURT:  IS IT -- DO YOU HAVE IT, MR. VAN

8       HEYDE, 47?

9            THE WITNESS:  NO.

10           THE COURT:  I DO.

11           MR. WEBBER:  OKAY.  I HAVE IT IN MINE.  I

12      GUESS THAT ONE JUST MISSED 47.  MAY I APPROACH,

13      YOUR HONOR?

14           THE COURT:  YES, OF COURSE.

15           MR. WEBBER:  THANK YOU.

16           THE WITNESS:  YES.  I REVIEWED THOSE AS

17      WELL.

18  BY MR. WEBBER:

19      Q    THANK YOU.  DID YOU ALSO LOOK AT THE 2010 TAX

20  RETURN WHICH IS TRUSTEE NUMBER 14?

21      A    YES.

22      Q    OKAY.  WAS THAT A JOINT RETURN?

23      A    IT IS A JOINT RETURN.

24      Q    OKAY.

25           THE COURT:  AND I'M SORRY.  I DIDN'T GET THE

1        EXHIBIT NUMBER.  WHAT WAS IT?

2             MR. WEBBER:  I THOUGHT I SAID IT.  TRUSTEE

3        NUMBER 14.

4             THE COURT:  14.  THANK YOU.

5             MR. WEBBER:  YES, JUDGE.  I'LL WAIT UNTIL

6        YOU GET THERE.

7             THE COURT:  I'M THERE.

8   BY MR. WEBBER:

9        Q    AND THAT'S A JOINT RETURN?

10       A    THAT IS A JOINT RETURN.

11       Q    AND WHO ARE THE PARTIES ON THE JOINT RETURN?

12       A    KEITH A. YERIAN, SUN -- SUN Y. PAK.

13       Q    AND DID YOU REVIEW THE 2011 TAX RETURN, WHICH IS

14   TRUSTEE NUMBER 74, WHICH IS IN A DIFFERENT VOLUME.  IF YOU

15   LOOK RIGHT IN FRONT OF YOU THERE.

16       A    AND YOU SAID WHICH YEAR?

17       Q    74, EXHIBIT NUMBER 74.

18       A    OKAY.  THERE WAS ONE.  IT'S DIFFERENT THAN

19   WHAT'S BEHIND 15?

20       Q    YES.

21       A    YOU'RE LOOKING AT TWO THOUSAND --

22       Q    2011.  IT'S AN --

23       A    OH.

24       Q    -- INDIVIDUAL FOR MR. YERIAN, I BELIEVE.

25       A    I DON'T RECALL WHICH ONE I LOOKED AT PRIOR TO

1    PREPARING MY -- YOU KNOW, MY REPORT.

2         Q    OKAY.  AND WHAT ABOUT NUMBER 75 RIGHT BEHIND IT?

3    THAT'S THE 2012 TAX RETURN, TRUSTEE 75.  IS THAT AN

4    INDIVIDUAL RETURN AS WELL?

5         A    IT IS, YES.

6         Q    OKAY.  AND WHOSE RETURN IS THAT?

7         A    THAT IS KEITH A. YERIAN.

8         Q    OKAY.  AND THEN THE NEXT TAB, TRUSTEE 76, IS THE

9    2013 TAX RETURN.  IS THAT AN INDIVIDUAL TAX --

10        A    THAT'S AN INDIVIDUAL RETURN, YES.

11        Q    FOR WHO?

12        A    KEITH A. YERIAN.

13        Q    OKAY.  AND NOW, WE ARE BACK TO THE FIRST VOLUME,

14   TRUSTEE'S NUMBER 18, WHICH IS THE 2014 TAX RETURN.

15             CAN YOU TELL US, IS THAT A JOINT AND WHOSE TAX

16   RETURN IS IT?

17        A    2014 IS JOINT.

18        Q    AND WHO ARE THE PARTIES?

19        A    KEITH A. YERIAN AND SUN Y. PAK.

20        Q    OKAY.  AND WHY WOULD YOU EXAMINE THE TAX RETURNS

21   IN FORMULATING YOUR EXPERT OPINION?

22        A    I WAS LOOKING TO DETERMINE WHETHER THERE HAD

23   BEEN ANY FORMS, 1099, CAPITAL R, ISSUED, WHICH IS A

24   DISTRIBUTION FROM AN IRA OR QUALIFIED RETIREMENT PLAN.

25   AND I WAS LOOKING AT LINES 15A, 15B, 16A, 16B, TO

1  DETERMINE IF ANY AMOUNTS WERE REPORTED AS TAXABLE INCOME

2  OR A GROSS DISTRIBUTION FROM -- FROM ANY OF THOSE TYPES OF

3  VEHICLES.

4      Q    OKAY.  AND WHEN YOU SEND 1099, CAPITAL R, WHAT

5  DOES THAT R STAND FOR?

6      A    RETIREMENT.

7      Q    RETIREMENT.  OKAY.  AND WHEN YOU EXAMINE -- AND

8  WE WENT THROUGH 2010 THROUGH 2014, TWO OF WHICH WERE

9  JOINT, THREE OF WHICH WERE INDIVIDUAL -- DID YOU SEE ANY

10 DISTRIBUTIONS ON THE 1040 INCOME TAX RETURN, LINES 15A,

11 15B, 16A OR 16B?

12     A    THEY WERE ALL BLANK.

13     Q    THEY WERE ALL BLANK.  SO THERE WERE NO REPORTED

14 DISTRIBUTIONS FOR THOSE YEARS BY MR. YERIAN?

15     A    CORRECT.

16     Q    NOW, YOU WENT THROUGH SOME MORE DOCUMENTS, LET'S

17 SEE, TURN BACK.  NUMBER 16 ON PAGE TWO OF EXHIBIT 1 IS AN

18 E-MAIL AND THAT'S TRUSTEE'S NUMBER 54.

19          DO YOU REMEMBER REVIEWING THAT?

20     A    YES.

21     Q    WHAT IS THAT?

22     A    TO BE HONEST, I WASN'T SURE WHAT IT WAS FOR.

23     Q    OKAY.  IT'S SOMETHING ABOUT $2,000, RIGHT?

24     A    CORRECT.

25     Q    OKAY.  AND IT LOOKS LIKE SOMETHING TO DO WITH

```
 1   YERIAN PROPERTIES LLC LOAN?

 2        A    YES.

 3        Q    AND FROM MEGUSEY SOFTWARE LLC?

 4        A    YES.

 5        Q    OKAY.  THEN THE NEXT THING YOU LOOKED AT, I

 6   BELIEVE, WAS A CHECK -- IT'S NUMBER 17 IN YOUR REPORT.

 7             MR. WEBBER:  AND, JUDGE, THIS IS TRUSTEE'S

 8        EXHIBIT NUMBER 56.

 9   BY MR. WEBBER:

10        Q    IT IS A CHECK DATED AUGUST 14, 2012 IN THE

11   AMOUNT OF $3,575.

12             DO YOU REMEMBER LOOKING AT THAT CHECK?

13        A    YES.

14        Q    AND WHAT IS THAT CHECK FOR?

15        A    AGAIN, I DID NOT KNOW WHAT THE SIGNIFICANCE OF

16   IT WAS.

17        Q    OKAY.  NEXT ONE WAS THE DEED TO THE PALM BAY

18   PROPERTY, I BELIEVE.

19             MR. WEBBER:  AND THAT'S TRUSTEE'S NUMBER 42,

20        JUDGE.

21   BY MR. WEBBER:

22        Q    DID YOU EXAMINE THAT DEED?

23        A    YES.

24        Q    OKAY.  AND WHO IS THE OWNER OF THE PALM BAY

25   PROPERTY?
```

1        A     AT THE END OF THE DAY, IT WAS YERIAN PROPERTIES

2    LLC, A FLORIDA LIMITED LIABILITY COMPANY.

3        Q     OKAY.  AND THAT'S THE ASSET THAT'S OWNED BY THE

4    SELF-DIRECTED IRA THAT IN TURN THEN OWNS THE REAL

5    PROPERTY?

6        A     YES.

7        Q     AND THEN, YOU LOOKED AT THE DEED TO THE PUERTO

8    RICO PROPERTY, WHICH IS TRUSTEE'S 43?

9             MR. WEBBER:  JUDGE, IT'S IN SPANISH.  BUT,

10        YOU KNOW, MR. YERIAN WILL -- HAS VERIFIED THAT

11        THAT IS THE DEED.

12   BY MR. WEBBER:

13       Q     DID YOU REVIEW THAT DEED AS WELL?

14       A     I REVIEWED IT IN RATHER LOOSE TERMS.

15       Q     RIGHT.  OKAY.  NOW, THE LAST THING IS NUMBER 21

16   ON PAGE TWO OF EXHIBIT 1.  IT APPEARS THAT THERE'S A

17   TYPOGRAPHICAL ERROR THERE.

18             DO YOU AGREE WITH ME?  IT SAYS 916B.  SHOULDN'T

19   IT SAY 2016B?

20       A     NOW, WHERE ARE WE?

21       Q     EXHIBIT 1.

22       A     OH, EXHIBIT 1?

23       Q     PAGE TWO.  NUMBER 21.

24       A     YES.

25       Q     OKAY.

1      A     THAT SHOULD BE 2016B.

2            MR. WEBBER:  AND, JUDGE, FOR THE RECORD,

3      THOSE ARE TRUSTEE'S EXHIBIT NUMBER 126 AND

4      TRUSTEE'S NUMBER 127.  YOU DON'T NEED TO TURN TO

5      THAT.

6  BY MR. WEBBER:

7      Q     NOW, MY UNDERSTANDING IS THAT SUBSEQUENT TO YOUR

8  REPORT, YOU HAVE ALSO EXAMINED TITLES TO TWO VEHICLES; IS

9  THAT RIGHT?  A 2014 SMART CAR AND A 2007 SUBURBAN?

10     A     YES.

11     Q     AND THERE -- IT MAY BE THE LAST VOLUME, VOLUME

12 FIVE, THE 2014 SMART CAR IS TRUSTEE'S 119.  THE 2007

13 SUBURBAN IS TRUSTEE'S 120, THE NEXT ONE.  JUST VERIFY TO

14 THE COURT THAT YOU HAVE EXAMINED THOSE TWO TITLES.

15     A     OKAY.  YOU SAID -- THE LAST TAB IS 117?  WHAT

16 DID YOU SAY?

17     Q     VOLUME FIVE.  ARE YOU IN VOLUME FIVE?

18     A     YES.  VOLUME FIVE, IT SAYS EXHIBITS 118 TO 129

19 BUT IT ENDS AT 117.

20           MR. WEBBER:  I'M SORRY, YOUR HONOR.

21           THE COURT:  NO PROBLEM.

22           MR. WEBBER:  IT WAS DIFFICULT PUTTING THESE

23     TOGETHER.

24           MR. WOLFF, DO YOU HAVE THEM?

25           MR. WOLFF:  I DO NOT.

1           MR. WEBBER:  JUDGE, DO YOU HAVE THEM?

2           THE COURT:  UM-HMM.  I DO.

3           MR. WOLFF:  OH, I SEE.  IT'S IN VOLUME FOUR,

4      YOUR HONOR.  I DO HAVE THEM.

5           MR. WEBBER:  PUT IN THE WRONG VOLUME.

6      SORRY, YOUR HONOR.

7           THE COURT:  THAT'S OKAY.

8   BY MR. WEBBER:

9      Q    OKAY.  AGAIN, WE'RE GOING -- LOOK AT NUMBER 119.

10     A    OKAY.

11     Q    MR. VAN HEYDE, WHAT IS 119?

12     A    119 IS THE TITLE DATED OR ISSUED DECEMBER 3RD,

13  2014 FOR A SMART CAR.

14     Q    WHAT YEAR IS THE SMART CAR?

15     A    2014.

16     Q    OKAY.  AND DO YOU HAVE KNOWLEDGE THAT THAT SMART

17  CAR WAS PURCHASED WITH YERIAN PROPERTIES LLC FUNDS?

18     A    YES.  IN HIS DEPOSITION ON, I BELIEVE, PAGES 123

19  AND 124 --

20     Q    OKAY.

21     A    -- MR. YERIAN ADMITTED THAT HE HAD PURCHASED

22  WITH -- AND I DON'T REMEMBER IT -- WELL, OKAY.  THE SMART

23  CAR WAS I BELIEVE AROUND $3,900 AND --

24     Q    $73.

25     A    $70 -- $73.  HE BOUGHT THE SMART CAR.  AND THAT

1   WAS WITH A WIRE TRANSFER, AS I RECALL.  AND FOR $2,000, I

2   BELIEVE THROUGH AN OFFICIAL CHECK, HE BOUGHT THE OTHER

3   VEHICLE.

4        Q    THE 2007 SUBURBAN?

5        A    CORRECT.

6        Q    AND WHAT'S THE TITLE SAY?  WHO IS THE OWNER OF

7   THE VEHICLE?

8        A    THE SMART CAR IS KEITH A. YERIAN.

9        Q    OKAY.  WHAT SHOULD THAT BE TITLED IN TO BE A

10  PROPER SELF-DIRECTED IRA ASSET?

11       A    YERIAN PROPERTIES LLC.

12       Q    OKAY.  IF YOU WOULD TURN TO NUMBER 120, THE 2007

13  SUBURBAN TITLE.  ARE YOU THERE?

14       A    YES.

15       Q    OKAY.  THAT WAS ALSO PURCHASED WITH YERIAN

16  PROPERTIES LLC FUNDS?

17       A    ACCORDING TO HIS TESTIMONY AND ALSO THE BANK

18  RECORDS THAT WERE EXAMINED, THERE WERE MATCHING AMOUNTS OF

19  A WIRE TRANSFER ON THE ONE HAND AND THE PURCHASE OF AN

20  OFFICIAL CHECK ON THE OTHER.

21       Q    OKAY.  AND WHO IS THE 2007 SUBURBAN TITLED IN?

22       A    SUN YO PAK.

23       Q    OKAY.  AND HOW SHOULD THAT HAVE BEEN TITLED

24  IF --

25       A    YERIAN PROPERTIES LLC.

1      Q     OKAY.  THANK YOU.

2            MR. WEBBER:  MAY I APPROACH?

3            THE COURT:  UM-HMM.

4   BY MR. WEBBER:

5      Q     NOW, WOULD YOU PLEASE EXPLAIN TO THE JUDGE WHAT

6   IRA SERVICES IS IN THE SELF-DIRECTED IRA?

7      A     IRA SERVICES IS THE CUSTODIAN.

8      Q     OKAY.  DO ALL INDIVIDUAL RETIREMENT ACCOUNTS IN

9   SELF-DIRECTED IRA'S HAVE A CUSTODIAN?

10     A     A CUSTODIAN OR A TRUSTEE.

11     Q     OR A TRUSTEE.  OKAY.  WAS THERE A DISTRIBUTION

12  OF THE IRA MEMBERSHIP INTEREST TO THE DEBTOR AND THEN A

13  CUSTODIAN NOW OWNS THE LLC MEMBERSHIP OF YERIAN PROPERTIES

14  LLC AS COLLATERAL?

15     A     CAN YOU REPEAT THAT?

16     Q     EXPLAIN TO THE JUDGE THE TRANSACTION THAT

17  ALLOWED MR. YERIAN TO THEN BE CONTROLLING THE DECISIONS OF

18  THE SELF-DIRECTED IRA AND POST IRA SERVICES.

19     A     OKAY.  THE FUNDS -- THE FUNDS INITIALLY WERE IN

20  THE HANDS OF THE IRA CUSTODIAN.  HE ELECTED TO OPERATE --

21     Q     MR. YERIAN?

22     A     MR. YERIAN CHOSE TO OPERATE IN THIS

23  SELF-DIRECTED FORMAT, AND HE HAD SOME TESTIMONY STATING

24  THAT HE HAD DONE SOME RESEARCH ON THE INTERNET AND SO WHAT

25  HE HAD COME UP WITH WAS THAT HE WOULD -- IN THE IRA, HE

1   WOULD FORM AN LLC.  SO THE IRA FORMED A LIMITED LIABILITY

2   COMPANY.

3          THE MEMBER AND -- YOU KNOW, I'M NOT SURE IF

4   YOU'RE THAT ATTUNED WITH LLC'S -- BUT A SHAREHOLDER IS TO

5   A CORPORATION AS A MEMBER IS TO AN LLC.  SO THE CUSTODIAN

6   WAS THE MEMBER OWNER OF THIS LLC.  NOW, IT BECAME, QUOTE,

7   UNQUOTE, SELF DIRECTED IN THAT THE OPERATOR OF THE LLC IS

8   THE MANAGER.  OKAY.

9          AND MR. YERIAN AND HIS WIFE WERE APPOINTED AS

10  THE MANAGERS, AND FROM THAT POINT FORWARD, THEY BASICALLY

11  HAD THE DISCRETION TO DETERMINE WHERE, YOU KNOW, WHERE THE

12  INVESTMENTS WERE MADE, WHAT CHECKS WERE WRITTEN, YOU KNOW,

13  HOW ASSET TITLES WERE HELD, EVERYTHING.

14     Q    IS IT PROPER TO HAVE A SPOUSE AS A MANAGING

15  MEMBER AND --

16     A    IT'S PERMISSIBLE, YES.

17     Q    PERMISSIBLE.  OKAY.  DO YOU HAVE AN OPINION

18  GENERALLY ABOUT SELF-DIRECTED IRA'S?

19     A    MY OPINION THAT I REGULARLY TELL CLIENTS IS I

20  DON'T FAVOR THEM.

21     Q    WHY?

22     A    I FEEL LIKE THE CUSTODIAN, YOU KNOW, HAS THE

23  EXPERTISE TO DEAL WITH THE VERY INTRICATE ISSUES

24  ASSOCIATED WITH A SELF-DIRECTED IRA.  THEY UNDERSTAND THE

25  PROHIBITIVE TRANSACTION RULES.  THEY UNDERSTAND ANOTHER

1  SET OF RULES THAT AREN'T FATAL TO EXEMPTION BUT

2  NONETHELESS POTENTIALLY COSTLY.

3        THERE'S SOMETHING KNOWN AS THE UNRELATED

4  BUSINESS TAXABLE INCOME RULES WHERE, YOU KNOW, AN EXEMPT

5  IRA CAN BECOME A TAXPAYER IF OPERATED INCORRECTLY, SO YOU

6  LOSE THE VALUE OF THE EXEMPTION.  THEY UNDERSTAND ALL OF

7  THAT.  AND SO I PREFER THAT IT BE LEFT AT THAT LEVEL SO

8  THAT AN EXPERT'S MAKING THESE DECISIONS.

9        BUT NONETHELESS, I HAVE SEEN PEOPLE CREATE THESE

10 LIMIT OF LIABILITY COMPANIES AND THEN THEY'VE -- THEY HAVE

11 CREATED A BANK ACCOUNT, ET CETERA, AND THEY HAVE NAMED THE

12 IRA OWNER AS THE MANAGER.  AND I JUST HAVE A CONCERN ABOUT

13 THAT BECAUSE OF THE LACK OF KNOWLEDGE AS TO HOW TO AVOID

14 ALL THESE PITFALLS.

15    Q    SO IN THAT INSTANCE THEN, MS. YAK AND MR. YERIAN

16 MAKE THE DECISIONS AND THE IRA SERVICES HAS NOTHING TO DO

17 WITH IT?

18    A    I DON'T KNOW THAT FOR A FACT.

19    Q    YOU'VE ALREADY SAID THAT AN LLC CAN HAVE A BANK

20 ACCOUNT.  IN YOUR OPINION, YOU INDICATE IN YOUR EXPERT

21 REPORT THAT THE YERIAN SELF-DIRECTED IRA HAS BEEN THE

22 SUBJECT OF NUMEROUS PROHIBITED TRANSACTIONS AS DEFINED IN

23 IRC SECTION 4975(C)(1) INVOLVING KEITH YERIAN AND HIS

24 WIFE, SUN PAK.  IS THAT TRUE?

25    A    YES, IT'S MY OPINION THAT PROHIBITED

1    TRANSACTIONS HAVE OCCURRED IN THIS SELF-DIRECTED IRA.

2        Q    OKAY.  AND WHAT IS SECTION 4975, PAREN SMALL E,

3    PAREN 2 OF THE IRC SAY?  I THINK IT REFERS TO

4    DISQUALIFIED --

5        A    YEAH.  THAT -- THAT SECTION DEFINES WHO IS A --

6    SUBSECTION.  THAT SUBSECTION DEFINES WHO IS A DISQUALIFIED

7    PERSON, AND THOSE ARE THE INDIVIDUALS WHO MAY NOT SELF

8    DEAL WITH THE QUALIFIED PLAN OR WITH -- WITH THE IRA.  AND

9    THAT SUBSECTION INCLUDES ANY FIDUCIARY WHICH WOULD INCLUDE

10   THE IRA OWNER WHO WAS -- HAS A DISCRETION TO SELF DIRECT,

11   AND IT INCLUDES ANY FAMILY MEMBER AS DEFINED THEREIN.  AND

12   THE DEFINITION AND THE CODE INCLUDES A SPOUSE APPARENT, A

13   CHILD AND THE SPOUSE OF A CHILD.

14       Q    OKAY.  ARE THERE SIX CATEGORIES OF PROHIBITED

15   TRANSACTIONS?

16       A    YES.

17       Q    COULD YOU TELL THE JUDGE WHICH ONES ARE

18   APPLICABLE HERE?

19       A    I THINK IT'S 4975, LITTLE C, 1, CAPITAL D AND E.

20       Q    OKAY.  AND EXPLAIN WHY.

21       A    WELL, BASICALLY, ALL OF THE SIX CATEGORIES ARE

22   ACTS OF SELF DEALING.  YOU KNOW, WHERE THE DISQUALIFIED

23   PERSON IS, IS TRANSACTING, YOU KNOW, WITH THE QUALIFIED

24   PLAN OR THE IRA.

25            D AND E PROHIBIT -- IN THE CASE OF D, IT

1    PROHIBITS THE TRANSFER TO OR THE USE BY OR FOR THE BENEFIT

2    OF THE DISQUALIFIED PERSON OF THE IRA ASSETS OR INCOME.

3    AND THEN E PROHIBITS AN ACT BY THE DISQUALIFIED PERSON WHO

4    IS A FIDUCIARY, WHEREBY HE DEALS WITH THE INCOME OR ASSETS

5    OF THE IRA IN HIS OWN INTEREST OR FOR HIS OWN ACCOUNT.

6         Q    IN YOUR OPINION, TELL THE JUDGE WHAT THESE

7    SPECIFIC PROHIBITED TRANSACTIONS ARE.

8         A    WHEN HE USED THE PLAN ASSETS TO PURCHASE THOSE

9    VEHICLES IN HIS NAME AND HIS WIFE'S NAME, THOSE WERE

10   PROHIBITED TRANSACTIONS.

11        Q    SO THAT'S THE 2007 SUBURBAN AND THE 2014 SMART

12   CAR?

13        A    CORRECT.

14        Q    OKAY.

15        A    AND TO THE EXTENT THE RETIRE -- OR THE IRA

16   ASSETS IN THE FORM OF THAT FIFTH THIRD BANK ACCOUNT WERE

17   USED TO IMPROVE THOSE VEHICLES AND IT STATED THAT THEY

18   WERE -- HIS DESIRE WAS TO FIX THESE CARS UP -- HE WAS

19   BASICALLY IMPROVING -- HE WAS USING IRA ASSETS TO IMPROVE

20   THESE TWO VEHICLES THAT WERE OWNED BY HE AND HIS WIFE.

21        Q    NOW, IF THEY HAD BEEN TITLED IN YERIAN

22   PROPERTIES LLC, THAT WOULD HAVE BEEN OKAY?

23        A    CORRECT.  AS LONG AS THEY DIDN'T USE THEM.

24        Q    AS LONG AS THEY DIDN'T DRIVE THEM?

25        A    CORRECT.  IT SAYS THAT, YOU KNOW -- IT SAYS THAT

1    YOU CAN'T TRANSFER TO THEM OR THEY CAN'T BE USED BY OR FOR

2    THE BENEFIT OF THEM.  SO, FOR INSTANCE, YOU COULD NOT

3    BUY -- FOR INSTANCE, YOU CAN'T USE THAT PALM BAY HOUSE OR

4    THAT PUERTO RICO HOUSE AS A VACATION HOME.

5         Q    OKAY.

6         A    YOU CANNOT STAY IN THERE.

7         Q    NOW, WHAT IS THE THIRD PROHIBITED TRANSACTION OR

8    ACT OF SELF DEALING IN YOUR OPINION IN YOUR REPORT?  IT

9    HAD TO DO WITH THE PUERTO RICO CONDOMINIUM I THINK?

10        A    YES.  I DON'T RECALL THE EXACT PAGE LOCATIONS

11   BUT HE STATED THAT HE REGULARLY STAYED THERE.

12        Q    I SEE.

13        A    HE MENTIONED IT IN CONNECTION WITH WHEN HE WOULD

14   GO DOWN THERE TO IMPROVE THE PROPERTY, HE WOULD STAY

15   THERE.

16        Q    OKAY.  AND SO HE'S NOT ALLOWED TO STAY IN THE

17   YERIAN PROPERTIES LLC PUERTO RICO CONDOMINIUM?

18        A    NO.

19        Q    AND HE TESTIFIED THAT HE HAS?

20        A    YES.

21        Q    AND THAT'S A PROHIBITED TRANSACTION?

22        A    YES.

23        Q    OKAY.  YOU'VE OUTLINED THREE PROHIBITED

24   TRANSACTIONS AND ACTS OF SELF DEALING.  IN YOUR OPINION,

25   WHAT IS THE RESULT OF THESE THREE ACTS, THESE THREE

1   PROHIBITED TRANSACTIONS AND ACTS OF SELF DEALING?

2        A    SECTION 408(E)(2) OF THE CODE SPECIFICALLY SAYS

3   THAT IF AN IRA OR QUALIFIED PLAN ENTERS INTO A PROHIBITED

4   TRANSACTION, IT LOSES ITS EXEMPT STATUS EFFECTIVE AS OF

5   THE FIRST DAY OF THE TAXABLE YEAR IN WHICH THAT PROHIBITED

6   TRANSACTION OCCURRED.

7        Q    AND I THINK YOUR TESTIMONY WAS THE FIRST

8   PROHIBITED TRANSACTIONS INVOLVED IN THE TWO CARS OCCURRED

9   IN THE YEAR 2014?

10       A    CORRECT.

11       Q    AND SO WHAT IS THE DATE OF DISTRIBUTION THEN FOR

12  TAX PURPOSES?

13       A    LET ME EXPAND ON MY ANSWER JUST A TOUCH.

14       Q    OKAY.

15       A    SUBSECTION B(1) IS THE ONE -- YOU HAVE TO BACK

16  UP A SECTION AND IT SAYS THAT AS SUCH TIME AS THERE IS A

17  PROHIBITED TRANSACTION AND A LOSS OF EXEMPTION AS DEFINED

18  IN E(2) -- B(1) SAYS THAT ALL THE ASSETS ARE DEEMED

19  DISTRIBUTED AT THAT POINT AND THE ACCOUNT, THE FAIR MARKET

20  VALUE OF THE ENTIRE ACCOUNT REPRESENTS TAXABLE INCOME TO

21  THE IRA HOLDER.

22       Q    AS OF JANUARY 1, 2014?

23       A    CORRECT.

24       Q    AND IS THAT SO YOU CAN CALCULATE INTEREST AND

25  PENALTIES?  IS THAT ONE OF THE REASONS THEY DO THAT?

1      A     WELL, IT'S JUST -- IT'S DEFINING WHAT TAX RETURN

2  YOU WOULD REPORT ON LINE 15(A) THAT THERE'S BEEN A

3  DISTRIBUTION FROM THE -- FROM THE IRA.

4      Q     OKAY.  HAVE YOU REVIEWED SECTION 522, PAREN

5  SMALL B, PAREN 3, PAREN CAPITAL C OF THE BANKRUPTCY CODE,

6  WHICH FOR THE RECORD IS TITLE ELEVEN?

7      A     YES.  THAT PARTICULAR SUBSECTION DEALING WITH

8  THE EXEMPTION FOR RETIREMENT ASSETS, YOU KNOW, EXEMPT AND

9  UNDER SECTION 408 OF THE CODE, THAT PORTION.

10     Q     AND THIS SELF-DIRECTED IRA FALLS UNDER SECTION

11  408 OF THE IRC, RIGHT?

12     A     YES.

13     Q     OKAY.  IN YOUR OPINION, HAS THE SELF-DIRECTED

14  IRA OF KEITH YERIAN LOST IT'S IRC SECTION 408 EXEMPTION?

15     A     CORRECT.  YES.

16     Q     OKAY.  AND THEN IN YOUR OPINION, IS THE YERIAN

17  SELF-DIRECTED IRA EXEMPT UNDER THE BANKRUPTCY CODE?

18     A     NO.

19     Q     AND IN YOUR OPINION, WHAT DATE DID THE YERIAN

20  SELF-DIRECTED IRA LOSE ITS EXEMPTION?

21     A     JANUARY 1ST, 2014.

22          MR. WEBBER:  NO FURTHER QUESTIONS, YOUR

23     HONOR.

24          THE COURT:  MR. WOLFF?

25          MR. WOLFF:  NO QUESTIONS, YOUR HONOR.

1          THE COURT:  DOES ANYONE NEED MR. VAN HEYDE

2    FURTHER FOR ANY PURPOSE?

3          MR. WEBBER:  NO, JUDGE.  AND I WOULD LIKE TO

4    RELEASE HIM.

5          THE COURT:  VERY GOOD.  THANK YOU SO MUCH

6    FOR YOUR TIME --

7          THE WITNESS:  OKAY.  THANKS.

8          THE COURT:  -- AND YOUR TESTIMONY TODAY, MR.

9    VAN HEYDE.  I AM GLAD WE WERE ABLE TO ACCOMMODATE

10   YOU.

11         THE WITNESS:  THANK YOU.

12         THE COURT:  IT'S 10:52.  I DON'T THINK WE

13   CAN FINISH MR. MCLEOD IN EIGHT MINUTES.  DO YOU

14   AGREE WITH THAT, MR. WOLFF?

15         MR. WOLFF:  YES, YOUR HONOR.

16         THE COURT:  BECAUSE IT'S GOING TO TAKE US A

17   FEW MINUTES TO GET THE VIDEO GOING.  LET ME SAVE

18   MY NOTES BUT WE ARE IN RECESS UNTIL WE CAN GET

19   THE VIDEO WITNESS, MR. YERIAN.  EMERSON YERIAN?

20         MR. WEBBER:  EMERSON YERIAN.

21         THE COURT:  EMERSON YERIAN ON THE VIDEO.

22         MR. WEBBER:  THANK YOU, JUDGE.

23         MR. WOLFF:  YOUR HONOR, CAN I INTERPOSE

24   SOMETHING BEFORE WE GO INTO RECESS?

25         THE COURT:  ABSOLUTELY.

```
1          MR. WOLFF:  THIS IS MR. YERIAN'S ESTRANGED
2     SON.
3          THE COURT:  UM-HMM.
4          MR. WOLFF:  AND WHILE I NORMALLY GIVE ALL
5     THE LATITUDE IN THE WORLD AS FAR AS RELEVANCE IS
6     CONCERN, WE ARE DEALING WITH FOLKS' LIVES HERE.
7     MR. YERIAN MAY LEAVE THE COURTROOM WHILE THAT
8     TESTIMONY IS --
9          THE COURT:  OH, CERTAINLY.  CERTAINLY.
10         MR. WOLFF:  -- AND I WOULD ALSO --
11         THE COURT:  DON'T WANT IT TO BE
12    MISINTERPRETED.
13         MR. WOLFF:  RIGHT.  I WANT -- ALSO WANT TO
14    ENCOURAGE MR. WEBBER TO BE CIRCUMSPECT IN THE
15    QUESTIONS LEST WE BE UNNECESSARILY UPSET.
16         THE COURT:  OKAY.  I WILL NOT READ ANYTHING
17    INTO THE DEBTOR'S ABSENCE DURING THE TESTIMONY
18    AND I HOPE WE ALWAYS ARE KIND AND CIVIL TO ALL
19    WITNESSES, SO HOPEFULLY THAT WILL BE THE CASE
20    WITH MR. YERIAN.
21         ANYTHING ELSE BEFORE WE BREAK?
22         MR. WOLFF:  NO.
23         THE COURT:  VERY GOOD.  AND MISS LEWIS, IF
24    YOU WANT TO GO AHEAD AND GET --
25         THE CLERK:  OKAY.
```

1          THE COURT:  THANK YOU.

2          (WHEREUPON, COURT WAS RECESSED FROM 10:53

3     A.M. TO 11:00 A.M.)

4          THE CLERK:  ALL RISE.  THE UNITED STATES

5     BANKRUPTCY COURT IS NOW BACK IN SESSION.

6          THE COURT:  AND MR. YERIAN, I WANT TO SEE --

7     I WANT TO MAKE SURE YOU CAN SEE ME CORRECTLY AND

8     I AM HAVING TROUBLE SEEING YOU AND NOT LOOKING AT

9     YOU SIDEWAYS.

10          BUT WE WILL SWEAR YOU IN AND TREAT YOU AS A

11     NORMAL WITNESS.  IF AT ANY TIME, YOU CANNOT HEAR

12     US OR IF THERE IS ANYTHING ELSE THAT YOU NEED --

13     LET ME LOOK AT YOU AT LEAST, EVEN THOUGH I CAN'T

14     SEE YOU -- TO -- IF YOU HAVE ANY QUESTIONS AT ANY

15     POINT, PLEASE STOP US AND WE WILL GO FORWARD.

16          MR. ANDERSON IS GOING TO ASK YOU QUESTIONS

17     FROM THE COUNSEL TABLE AND THEN MR. WOLFF, WHO IS

18     YOUR FATHER'S COUNSEL, MAY ASK SOME QUESTIONS OF

19     YOU.

20          DO YOU HAVE ANY QUESTIONS BEFORE WE START?

21          THE WITNESS:  NO, MA'AM.

22          THE COURT:  VERY GOOD.  MISS LEWIS, IF YOU

23     WANT TO SWEAR IN MR. YERIAN.

24          THE CLERK:  YES.  PLEASE RAISE YOUR RIGHT

25     HAND.  DO YOU SOLEMNLY SWEAR THE TESTIMONY YOU

1      ARE ABOUT TO GIVE AT THIS TIME IN THIS CASE IS

2      THE WHOLE TRUTH, SO HELP YOU GOD?

3           THE WITNESS:  YES, I DO.

4           THE CLERK:  AND CAN YOU PLEASE STATE YOUR

5      FULL NAME AND ADDRESS FOR THE RECORD?

6           THE WITNESS:  YES.  EMERSON THOMAS YERIAN,

7      17859 GALEHOUSE ROAD, DOYLESTOWN, OHIO, 44230.

8           THE CLERK:  THANK YOU.

9           THE COURT:  AND MR. ANDERSON.

10          MR. ANDERSON:  YES.  MAY I INQUIRE?

11          THE COURT:  YES.

12                    EMERSON YERIAN

13          HAVING BEEN DULY SWORN, WAS EXAMINED AND

14     TESTIFIED AS FOLLOWS:

15                    DIRECT EXAMINATION

16     BY MR. ANDERSON:

17     Q      GOOD MORNING, MR. YERIAN.

18     A      MORNING.

19     Q      DO YOU MIND IF I CALL YOU EMERSON FOR PURPOSES

20     OF THIS TESTIMONY SO THAT THERE IS NO CONFUSION --

21     A      YES, SIR.

22     Q      -- BETWEEN YOU AND YOUR FATHER?

23     A      YES.

24     Q      WHERE ARE YOU TESTIFYING FROM TODAY?

25     A      AKRON, OHIO.

1    Q    JUST SO I CAN CONFIRM, WHERE -- WHAT ARE YOU

2  ABLE TO SEE ON YOUR END?

3    A    I CAN SEE YOU AND THE TWO PEOPLE TO BOTH SIDES

4  OF YOU.  I CAN SEE THE JUDGE AND I SEE AN EMPTY SEAT WITH

5  THREE OR FOUR BINDERS ON IT.

6    Q    YOU ARE MR. KEITH YERIAN'S SON; IS THAT RIGHT?

7    A    YES.

8    Q    WHO IS YOUR MOTHER -- WHAT IS --

9    A    DEBBIE YERIAN.

10    Q    ALL RIGHT.

11    A    I'M SORRY.  DEBBIE YERIAN.

12    Q    AND THAT IS MR. YERIAN'S EX-WIFE?

13    A    CORRECT.

14    Q    DO YOU KNOW WHEN YOUR PARENTS WERE DIVORCED?

15    A    I AM TERRIBLE AT TIME FRAMES AND DATES.  IT WAS

16  RIGHT AROUND MY SENIOR YEAR OF HIGH SCHOOL, SO SOMEWHERE

17  AROUND 2002, 2003, I WANT TO SAY, IN THAT RANGE.

18    Q    IF I TOLD YOU IT WAS SOMETIME IN 2004, WOULD

19  THAT RING A BELL?

20    A    THAT WOULDN'T SURPRISE ME, NO.  THEY WERE

21  SEPARATED BEFORE THEY ACTUALLY GOT DIVORCED.

22    Q    DO YOU HAVE ANY OTHER SIBLINGS?

23    A    I DO.

24    Q    CAN YOU TELL US THEIR NAMES AND AGES, PLEASE?

25    A    CARSON YERIAN.  HE IS 18 OR 19.  HE IS MY

1  BROTHER FROM BOTH PARENTS.  I'VE GOT A HALF SISTER,

2  CHRISTINA LAUNTRY, AND SHE'S MY MOTHER'S DAUGHTER.  I

3  DON'T KNOW HOW OLD SHE IS.  SHE IS ABOUT SEVEN YEARS OLDER

4  THAN ME, SO I AM GOING TO SAY MAYBE 39.  AND THEN KEITH'S

5  OTHER DAUGHTER CATHERINE IS MY OTHER HALF SISTER.

6      Q    DID YOUR FATHER ULTIMATELY REMARRY?

7      A    YES.

8      Q    DO YOU KNOW -- IS HIS SUN -- IS HIS CURRENT WIFE

9  SUN PAK?

10     A    I WENT TO THEIR WEDDING, SUN YO PAK.  I KNOW HER

11  BY YOUNG, BUT YES.

12     Q    DO YOU KNOW WHEN THEY WERE MARRIED?

13     A    I DON'T RECALL THE DATE, NO.

14     Q    IF I SAID IT WAS MAY 2008 --

15     A    IT --

16     Q    -- WOULD THAT SOUND CORRECT TO YOU?

17     A    SOUNDS ABOUT RIGHT.

18     Q    WHERE DO YOU CURRENTLY WORK?

19     A    ETC TECH SOLUTIONS.

20     Q    WHERE IS THAT LOCATED?

21     A    NORTON, OHIO.

22     Q    GENERALLY, WHAT TYPE OF WORK DO YOU DO WITH ETC

23  TECH SOLUTIONS?

24     A    WE PROVIDE I.T. SUPPORT FOR SMALL TO MIDSIZE

25  COMPANIES DOING ALL THE NETWORK INFRASTRUCTURE AND

1  MAINTAINING SERVERS AND THEIR ENVIRONMENT.

2      Q    DID YOU PREVIOUSLY WORK FOR A COMPANY CALLED ETC

3  COMPUTERS?  AND I JUST -- FOR THE RECORD, WE HAVE ETC

4  COMPUTERS, INC.

5      A    YES.

6      Q    WAS THAT ALSO BASED ON DOYLESTOWN, OHIO?

7      A    IT WAS BUT AT TIMES THERE WAS OFFICES IN OTHER

8  LOCATIONS.  BUT YES, THAT WAS THE -- THE HEADQUARTERS

9  IS -- I BELIEVE ALWAYS LIVED IN DOYLESTOWN?

10     Q    IS THIS A BUSINESS THAT YOUR PARENTS HAD FORMED,

11 ETC COMPUTERS, INC.?

12     A    YES, IT IS.

13     Q    DID THEY EACH OWN -- DO YOU KNOW IF THEY EACH

14 OWNED FIFTY PERCENT?

15     A    I DON'T RECALL THE OWNERSHIP PERCENTAGES.  AS

16 FAR AS I KNEW AS A KID IT WAS BOTH MY PARENTS' BUSINESS.

17     Q    DO YOU KNOW WHEN IT WAS FORMED?

18     A    I BELIEVE IT WAS STARTED IN '91 AND INCORPORATED

19 IN '96.

20     Q    WHAT WAS THE GENERAL TYPE OF WORK THAT ETC

21 COMPUTERS PROVIDED TO CUSTOMERS?

22     A    SURE.  WE -- ETC COMPUTERS DID -- THEY

23 STARTED -- MY DAD STARTED DOING -- BUILDING COMPUTERS AND

24 FIXING COMPUTERS FOR PEOPLE BEFORE IT WAS MAINSTREAMED.

25 AND THEN STARTED DOING SOFTWARE DEVELOPMENT FOR A COMPANY

1    CALLED HANDS CRISSCROSS AND REALTY.  AND FROM THERE, THE

2    COMPANY TURNED INTO MORE OF THE SOFTWARE DEVELOPMENT END.

3    BUT WE STILL -- ETC COMPUTERS STILL DID BOTH SIDES.  THEY

4    DID HARDWARE SERVICES AND THEN THEY ALSO DID SOFTWARE

5    DEVELOPMENT FOR CUSTOM APPLICATIONS.

6        Q    WHEN DID YOU FIRST START WORKING AT ETC

7    COMPUTERS?

8        A    MY PARENTS NEVER KEPT TRACK, BUT THE BEST THAT

9    WE COULD GO BACK AND TELL WAS I WAS ABOUT 10 OR 11 YEARS

10   OLD.  AND MY DAD WOULD PICK ME UP FROM, FROM SCHOOL.  I

11   WOULD GO OUT TO CUSTOMERS WITH HIM AND I WOULD HELP BE A

12   PART OF, YOU KNOW, MY JOB WAS TO KIND OF JUST MAKE SURE

13   THAT THINGS WERE THE WAY THEY WERE WHEN WE LEFT.  SO

14   HOWEVER LATE IT WAS WHEN WE GOT THERE, WHEN WE LEFT, I

15   MADE SURE THINGS WERE THE SAME WAY.  AND THEN GRADUALLY

16   STARTED TO DO MORE.

17       Q    DID YOU EVER DO ANY BILLING OR INVOICING FOR ETC

18   COMPUTERS?

19       A    I DID.  SO AT ONE POINT I BECAME -- I THINK IT

20   WAS THE I.T. MANAGER AND I WAS IN CHARGE OF MAKING SURE

21   THAT WE COLLECTED -- WE SENT OUT INVOICES TO ALL OF OUR

22   CLIENTS.  THE HARDWARE TEAM MOSTLY HAD THEIR OWN CUSTOMER

23   LIST, BUT WE DID HAVE SOME MUTUAL CUSTOMERS WITH THE

24   SOFTWARE DEVELOPMENT TEAM.  AND SO DEBBIE AND I WOULD DO

25   INVOICING TOGETHER ON A VERY REGULAR BASIS.

1    Q    SO IN YOUR ROLE AS DOING BILLING AND INVOICING

2  AND THE OTHER ROLES THAT YOU HAVE HELD WITH ETC COMPUTERS,

3  WERE YOU GENERALLY FAMILIAR WITH WHO ETC'S COMPUTER'S

4  CUSTOMERS WERE?

5    A    WE WERE.  I WAS AND NOT JUST FROM WORKING THERE

6  BUT ALSO FROM GOING OUT TO EAT WITH -- WHEN MY PARENTS

7  WERE TOGETHER, WE'D GO OUT TO EAT AND PRETTY MUCH THE ONLY

8  THING WE EVER TALKED ABOUT WAS WORK AT THAT TIME.  SO IT

9  WOULD ALWAYS BE ABOUT WHATEVER CUSTOMER WE WERE WORKING ON

10  AND WHAT NEW THING THEY WERE BUILDING AND THAT SORT OF

11  THING.

12    Q    SO THIS WAS A BUSINESS THAT THEY HAD WORKED IN

13  TOGETHER UP UNTIL THEY WERE DIVORCED, RIGHT?

14    A    EVEN PAST WHEN THEY WERE DIVORCED.

15    Q    SO AFTER THEY WERE DIVORCED, THEY -- DID THEY

16  CONTINUE TO OPERATE ETC COMPUTERS TOGETHER?

17    A    THEY DID.  IN FACT, MYSELF AND MANY PEOPLE, EVEN

18  OUR CUSTOMERS, THOUGHT THAT THEY HAD A BETTER RELATIONSHIP

19  AFTER THEY GOT DIVORCED THAN WHEN THEY WERE MARRIED.

20    Q    WERE THEY AMICABLY -- LET ME WITHDRAW THAT.  DID

21  THEY EVEN AFTER THEIR DIVORCE DO -- GO OUT SOCIALLY WITH

22  NEW SIGNIFICANT OTHERS?

23    A    WE DID.  AT ONE TIME WE HAD A -- ETC HAD A -- I

24  DON'T KNOW IF IT WAS JUST A CHRISTMAS PARTY OR IF IT WAS

25  JUST A -- IT WAS STRESSFUL AND WE WENT OUT TO LIKE A TEAM

1    BONDING THING.  I DON'T REMEMBER WHAT THE -- WHAT THE

2    REASON WAS BUT IT WAS -- WE ALL GOT TOGETHER AND WE HAD MY

3    MOM AND HER BOYFRIEND AND KEITH AND YOUNG WITH SEVERAL

4    OTHER TEAM MEMBERS IN OUR COMPANY.

5            WE WENT TO A COMEDY SHOW AT ONE TIME AND KEITH

6    AND DEBBIE WOULD COME OVER FOR OUR KIDS' -- WELL, MY

7    DAUGHTER AT THE TIME, OUR DIFFERENT EVENTS.  THEY BOTH

8    CAME TO OUR -- MY WEDDING.  THERE WAS -- THEY GOT ALONG

9    WELL.  IN FACT, KEITH EVEN BUILT A HOUSE RIGHT NEXT DOOR

10   TO MY MOM AFTER THE DIVORCE AND IT WAS -- I MEAN, THE

11   PROPERTY IS HERE.  THEIR -- HIS HOUSE WAS LITERALLY RIGHT

12   NEXT DOOR TO IT.

13       Q    IS IT FAIR TO SAY THEN THAT AFTER THEIR DIVORCE,

14   THEY WERE WORKING TOGETHER TOWARDS KEEPING ETC COMPUTERS

15   AS A VIABLE BUSINESS?

16       A    ABSOLUTELY.  WE ALL KIND OF KNEW IT.  I MEAN, IT

17   WAS -- I DON'T THINK WE EVER REALLY SPOKE IT, BUT MY MOM,

18   MY DAD AND MYSELF, WE ALL KNEW THAT THE TERMS OF THEIR

19   DIVORCE WAS THAT -- I MEAN, THE ACCOUNTING SORT DID TAKE A

20   DIVE.  WE HAD 911 AND A TECHNICAL BURST.  AND SO THEIR --

21   THEY DIDN'T -- MY MOM DIDN'T GO AFTER KEITH FOR EVERYTHING

22   THAT HE HAD.  THEY KNEW THAT TOGETHER, THE ONLY WAY THAT

23   THEY COULD MAKE ANYTHING WORK, THAT IT WOULD WORK OUT FOR

24   ANYBODY, IS THAT THEY CONTINUE THE BUSINESS AND MADE IT

25   SUCCESSFUL AGAIN.

1          SO WE ALL WORKED FOR THE SAME GOAL AND DEBBIE

2     WOULD -- WHEN KEITH WOULD PARTICIPATE, WE WOULD TRY TO DO

3     MARKETING TOGETHER AND TRY TO DO YELLOW PAGE ADS.  THOSE

4     THINGS WENT ON FOR YEARS.

5          Q    IS THERE -- DID THERE COME TO BE A POINT WHERE

6     THAT RELATIONSHIP SHIFTED FROM WORKING TOGETHER AMICABLY?

7          A    ABSOLUTELY.  DEBBIE AND I WERE WORKING AT THE

8     OFFICE IN DOYLESTOWN ONE NIGHT ON INVOICING.  HER AND I

9     WERE, WERE DOING THINGS TOGETHER AND I WAS AT MY DESK AND

10    SHE WAS AT HER DESK.  AND KEITH CAME INTO THE OFFICE AND I

11    THINK HE MAY HAVE BROUGHT A COMPUTER IN FOR ME TO LOOK AT

12    FOR SOMEBODY.  I THINK IT WAS JEFF WAKEMAN OR SOMETHING

13    ALONG THOSE LINES.  BUT HE SAT DOWN AT MY DESK AND HE

14    STARTED TO TELL ME ABOUT THIS BUSINESS THAT HE WANTED TO

15    DO WITH JEFF WAKEMAN.

16         AND THROUGHOUT THAT CONVERSATION, HE WAS TELLING

17    ME HE WANTED TO HAVE CATHERINE, WHICH IS MY SISTER -- AND

18    I BELIEVE IT WAS CATHERINE HE WANTED TO DO THE ACCOUNTING

19    FOR IT AND I QUESTIONED HIM ABOUT WELL, WHY WOULD DO THAT

20    IF, YOU KNOW, MY MOM, DEBBIE -- IN WORK, I ALWAYS CALLED

21    MY MOM DEBBIE AND KEITH, MY DAD KEITH, BECAUSE IT WAS JUST

22    A -- IT'S OUR -- MY WAY OF SPLITTING OUT PERSONAL AND

23    BUSINESS.

24         SO I ASKED HIM, I SAID WHY WOULD -- WHY WOULD

25    YOU HAVE CATHERINE DO THE ACCOUNTING FOR THIS AND NOT HAVE

1   DEBBIE DO IT?  AND SOMEWHERE IN THAT CONVERSATION HE SAID,

2   WELL, I WAS HOPING YOU WOULD KEEP THIS CONVERSATION QUIET

3   FROM YOUR MOM.  I DON'T WANT HER TO KNOW ABOUT IT.

4           AND I SAID, WELL, DIDN'T YOU HEAR ME WHEN I SAID

5   -- I SAID I'M DOING INVOICING AND I SAID MOM'S BEEN AT HER

6   DESK, DEBBIE HAS BEEN AT HER DESK THE ENTIRE TIME.  WE

7   WERE WORKING LATE THAT NIGHT GETTING INVOICING DONE AND I

8   GO, SHE HEARD EVERYTHING.  SHE'S RIGHT THERE.  AND ON TOP

9   OF THAT, I DON'T LIKE KEEPING SECRETS.  IT'S NOT MY THING.

10          AND SO FROM THAT POINT, I REMEMBER THEM TALKING

11  AND IT JUST GOT SO HEATED, I FINALLY LEFT AT ONE POINT,

12  WENT HOME.  AND IT WAS HOURS LATER THAT I THINK THEY

13  FINALLY GOT DONE TALKING.

14      Q    LET ME JUST TAKE A STEP BACK.  YOU'RE TALKING

15  ABOUT A --

16      A    SURE.

17      Q    -- CONVERSATION THAT OCCURRED.  WHERE DID THIS

18  CONVERSATION OCCUR?

19      A    IN THE DOYLESTOWN OFFICE AT 68 NORTH PORTAGE.

20  IF YOU WANT THE FULL ADDRESS, IT'S DOYLESTOWN, OHIO,

21  44230.

22      Q    JUST GENERALLY.  I MEAN, YOU'RE IN THE ETC

23  OFFICE BUILDING WHEN THIS CONVERSATION IS TAKING PLACE?

24      A    CORRECT.

25      Q    DO YOU REMEMBER THE DATE OF THIS CONVERSATION?

1        A    AS I SAID BEFORE, I DON'T RECALL EXACT DATES.

2        Q    THIS WAS AFTER THE TIME, THOUGH, THAT YOUR

3    PARENTS HAD BEEN WORKING TOGETHER AMICABLY DURING -- TO

4    TRY TO KEEP ETC COMPUTERS AFLOAT?

5        A    YES.  YES.

6        Q    SO IN THE OFFICE, YOU TESTIFIED ABOUT THE

7    CONVERSATION.  WAS THIS A CONVERSATION THAT PEOPLE IN THE

8    OFFICE WOULD BE ABLE TO HEAR OR --

9        A    THE DESIGN, THE LAYOUT OF THE BUILDING WAS ABOUT

10   2,500 SQUARE FEET OF JUST AN OPEN FRAME BUILDING WITH

11   CEILINGS THAT KIND OF LOOKED LIKE A -- LIKE A RAIL TRAIN

12   CAR.  AND SO THE ACOUSTICS IN THE BUILDING WERE -- IF

13   SOMEBODY WAS WHISPERING IN THE FRONT AND HAVING A QUIET

14   CONVERSATION, IT WOULD ROLL ALL THE WAY THROUGH THE BACK

15   OF THE BUILDING.  YOU COULD HEAR IT.

16        AND SO, INSIDE OF THE OFFICE, THERE WAS CUBICLE

17   WALLS, PETITION WALLS ON THE INSIDE.  AND SO IT WAS VERY

18   HARD TO HAVE A CONVERSATION WITHOUT HAVING IT BE HEARD

19   SOMEWHERE ELSE IN THE BUILDING.

20        Q    AND YOUR MOTHER WAS JUST ONE OR TWO CUBICLES

21   OVER AT THIS TIME?

22        A    RIGHT.

23        Q    AND SHE HEARD THE CONVERSATION TO WHICH KEITH

24   TESTIFIED TO THE EFFECT OF I WANT TO START THIS NEW

25   BUSINESS AND KEEP IT AWAY FROM -- I DON'T WANT YOUR MOTHER

1    TO KNOW ABOUT IT?

2        A    CORRECT.

3        Q    WHAT WAS YOUR RESPONSE TO THAT CONVERSATION?

4        A    WELL, I BASICALLY, I TOLD HIM, I SAID, YOU'RE --

5    YOU KNOW, SHE'S HEARD EVERYTHING YOU SAID AND, YOU KNOW,

6    ON TOP OF THAT I DON'T -- I DON'T LIKE KEEPING SECRETS.

7    IT'S NOT SOMETHING THAT -- I DON'T KNOW, I DON'T LIKE

8    BEING SECRETIVE AND HUSH-HUSH.  I JUST DON'T -- THAT STUFF

9    GETS ME -- I DON'T LIKE THE INVITING THAT.

10            AND SO, AT THAT POINT, I THINK SHE INTERJECTED

11   AND SHE CAME OVER AND FROM THAT POINT, IT WAS JUST A LOT

12   OF HEATED DISCUSSION ABOUT WHAT HE WAS DOING AND HOW HE

13   WAS -- HE WAS, YOU KNOW -- HOW DARE YOU TRY TO -- HOW

14   TO -- DEBBIE WAS GETTING UPSET ABOUT HOW HE WAS TRYING TO

15   GO OUT AND GO DO SOMETHING OUTSIDE OF ETC COMPUTERS WITH

16   ETC COMPUTERS' CUSTOMERS.  AND IT WAS JUST VERY -- IT WAS

17   A VERY HEATED CONVERSATION SUCH THAT I ENDED UP LEAVING

18   AFTER A CERTAIN POINT.  I DON'T REMEMBER HOW LONG I STAYED

19   FOR IT.

20       Q    DID ETC --

21       A    IT WAS AN UNCOMFORTABLE SITUATION.

22       Q    I DIDN'T MEAN TO INTERRUPT YOU.  DID ETC

23   COMPUTERS SUFFER A -- I GUESS A DOWNTURN IN THE RECESSION

24   THAT HIT IN 2008 TO 2010?

25       A    ETC SUFFERED A LOT.  THEY'RE -- THEY HAD AT ONE

1 TIME I THINK IT WAS 35 SOFTWARE DEVELOPERS.  THEY HAD -- I

2 BELIEVE, I'M NOT A HUNDRED PERCENT CERTAIN -- BUT I

3 BELIEVE IT WAS A CUSTOMER IN THE WORLD TRADE CENTER -- I'M

4 SORRY.  WE HAD A CUSTOMER WHO WAS FUNDED BY VENTURE

5 CAPITAL MONEY I BELIEVE FROM THE WORLD TRADE CENTER.  AND

6 SO WHEN 911 HAPPENED, THEY LOST THAT CUSTOMER OVERNIGHT

7 AND IT WAS JUST A VERY SERIOUS OF DOWNFALL IN THE ECONOMY.

8 THEN NOBODY WAS DOING CUSTOMER SOFTWARE DEVELOPMENT

9 BECAUSE NOBODY KNEW WHAT WAS GOING ON IN THAT -- IN THAT

10 TIME FRAME.

11       AND SO THEY HELD ON TO PEOPLE FOR LONGER THAN

12 THEY SHOULD HAVE.  I THINK THEY HELD EMPLOYEES FOR

13 SOMEWHERE LIKE TO SIX TO TEN MONTHS BEFORE THEY STARTED TO

14 DO LAYOFFS.  AND THOSE THINGS KIND OF SNOWBALLED UNTIL THE

15 POINT WHERE AT ONE POINT THEY ONLY HAD MAYBE -- I THINK IT

16 WAS BOB MESSNER AND MAYBE ONE OR TWO OTHER PEOPLE HELPING

17 WITH SOFTWARE DEVELOPMENT.  AND SO WE WENT FROM 35 PEOPLE

18 DOWN TO A VERY, VERY SMALL SKELETON CREW.

19       Q    PRIOR TO THE CONVERSATION THAT YOU HAD WITH YOUR

20 FATHER IN THE OFFICE, HAD YOU AND YOUR MOTHER AND MR.

21 YERIAN BEEN COMMITTED TO I GUESS REBUILDING OR TRYING TO

22 BRING ETC COMPUTERS BACK FROM THE RECESSION?

23       A    ABSOLUTELY.  WE ALL WERE INVOLVED.  I WAS DOING

24 MY PART AND DEBBIE WAS DOING HERS AND KEITH WAS DOING HIS.

25 KEITH ALWAYS RESENTED THE DOYLESTOWN OFFICE.  HE NEVER

1   CAME INTO THE OFFICE.  AND AS I MENTIONED, THE WAY THAT

2   THE NOISE TRAVELED -- I SAID SOMETHING TO KEITH ONE DAY

3   ABOUT HOW HIS VOICE TRAVELS SO LOUD, I SAID IT'S REALLY

4   HARD FOR US TO HAVE A CONVERSATION BECAUSE HE NATURALLY

5   TALKS LOUD.

6           I SAID IT'S REALLY HARD FOR US TO DO WORK AND SO

7   HE NEVER WANTED -- HE NEVER FELT COMFORTABLE WORKING IN

8   THAT OFFICE.  BUT WE DID EVERYTHING WE COULD TO E-MAIL

9   BACK AND FORTH AND I WOULD ASK HIM QUESTIONS AND A LOT OF

10  TIMES, HE NEGLECTED TO ANSWER THINGS AND NEVER RESPONDED

11  TO THINGS THAT WERE GOING ON.

12          AND -- BUT DEBBIE AND I WERE ABSOLUTELY DOING

13  THINGS WE COULD TO CONTINUE DOING THINGS.  AS I MENTIONED

14  EARLIER, YOU KNOW, THE YELLOW PAGE ADS, WE WERE DOING WHAT

15  WE COULD FOR -- CONTINUING TO ADVERTISE BUT KEITH WOULDN'T

16  PROVIDE INPUT ON WHAT HE WANTED TO SEE INTO IT.  AND SO,

17  IT WAS -- WE DID THE BEST WE COULD WITHOUT HIS HELP.

18      Q    AFTER THE CONVERSATION THAT OCCURRED IN THE

19  OFFICE, WOULD YOU SAY THAT WAS THE BREAKING POINT AS TO

20  TRYING TO, YOU KNOW, FOCUS ALL THOSE EFFORTS TOGETHER TO

21  SAVE THE COMPANY?

22      A    ABSOLUTELY.

23      Q    I DON'T KNOW IF WE TOUCHED ON THIS EARLIER.  DO

24  YOU KNOW ABOUT WHEN THAT CONVERSATION HAPPENED AND COULD

25  YOU ESTIMATE A YEAR?

1      A    MY DAUGHTER WAS BORN IN 2007 AND I WANT TO SAY

2   THAT IT WAS MAYBE A YEAR AFTER THAT MAYBE, MAYBE 2008,

3   2009.  BUT AGAIN, I'M TERRIBLE AT DATES.

4      Q    AFTER THAT -- I WANT TO ASK YOU ABOUT YOUR

5   RELATIONSHIP WITH YOUR FATHER MOVING FORWARD.  AFTER THAT

6   CONVERSATION, WHEN WAS -- DID YOU HAVE ANY SUBSTANTIVE

7   COMMUNICATIONS WITH HIM?

8      A    WHEN ALL THAT STUFF HAPPENED, WE TRIED.  BUT

9   KEITH STARTED TO GET MORE AND MORE SECRETIVE.  THERE

10  WAS -- TO THE POINT WHERE HE WOULD LOOK OVER AT YOUNG AND

11  SAY, AM I ALLOWED TO TELL HIM THIS?  YOU KNOW, THEY WENT

12  ON VACATION TO PUERTO RICO AND HE WOULD LOOK OVER AND HE

13  WOULD GO, CAN I TELL THEM THIS?

14      AND I WAS LIKE, YOU KNOW WHAT, IF YOU DON'T FEEL

15  COMFORTABLE HAVING A CONVERSATION WITH ME AND TELLING ME

16  SOMETHING WITHOUT ASKING YOUR, YOUR -- I DON'T KNOW IF

17  THEY WERE MARRIED AT THAT TIME OR NOT.  I THINK THEY WERE.

18  HIS WIFE.  THEN I SAID I JUST RATHER YOU NOT TELL ME.

19      AND SO IT STARTED TO GO DOWNHILL AND THEN THE

20  LAST TIME I TALKED TO HIM IN PERSON, I BASICALLY -- I TOLD

21  HIM, I SAID IF YOU DON'T -- IF YOU CAN'T TELL ME THE

22  TRUTH, IF YOU CAN'T TELL ME WHAT'S GOING ON AND WHAT

23  HAPPENED, THEN -- AND I GO, I DON'T WANT TO HAVE A

24  RELATIONSHIP WITH YOU.  I CAN'T HAVE A RELATIONSHIP WITH

25  YOU IF YOU ARE GOING TO LIE TO ME.

1              AND FROM THERE, I HAVEN'T TALKED TO HIM UNTIL --

2    I WANT TO SAY IT WAS AROUND HIS BANKRUPTCY TIME WHEN HE,

3    WHEN HE, YOU KNOW, IT WAS JUST MORE YEARS OF MORE COURT

4    STUFF AND I FINALLY CALLED HIM ONE DAY.

5         Q    LET'S TRANSITION TO THAT THEN.  SO THERE WAS

6    ULTIMATELY A TIME WHEN YOU REACHED OUT TO YOUR FATHER BY

7    PHONE?

8         A    YEAH, THERE WAS.  IT WAS I'M GOING TO GUESS

9    MAYBE ABOUT FOUR YEARS AGO, THREE YEARS AGO, SOMETHING

10   LIKE THAT.

11        Q    OKAY.  TELL US ABOUT WHAT YOU WERE HOPING TO

12   LEARN FROM REACHING OUT TO HIM.

13        A    SURE.  WHEN I CALLED KEITH, THE -- IT WAS YEARS

14   OF JUST FRUSTRATION.  FROM THAT TIME, MY SON WAS -- I

15   HADN'T TALKED TO KEITH IN PROBABLY ABOUT FIVE YEARS.  MY

16   SON'S BIRTHDAY BEFORE -- KEITH HAD THEN SHOWED AT MY SON'S

17   FIRST BIRTHDAY.  AND SO IT WAS ABOUT FIVE YEARS OR SO IN

18   BETWEEN.

19             AND ALL OF THESE COURT CASES AND ALL OF THESE

20   THINGS THAT HAVE HAPPENED AND THE HEARTACHE THAT IT PUT MY

21   WIFE, MY MOM, MY FAMILY THROUGH.  I GOT TO A POINT WHERE I

22   BASICALLY SAID I'M DONE, I'M FRUSTRATED AND I'M TIRED OF

23   THIS AND I CALLED.  AND MY WHOLE POINT OF THE CALL WAS TO

24   ASK KEITH, THE FIRST THING I ASKED HIM, I SAID WAS IT

25   WORTH IT.

1              AND HE'S LAUGHING ON THE OTHER END OF THE PHONE

2     AND HE GOES WAS WHAT WORTH IT?  AND I SAID, WELL, YOU

3     KNOW, YOU, YOU, YOU DESTROYED THE ENTIRE FAMILY.  YOU, YOU

4     LEFT ME IN THIS -- IN THIS PILE OF DEBT.  YOU -- YOU

5     KNOWN, YOU'VE, YOU'VE TAKEN THE LAST COUPLE OF YEARS OUT

6     OF, OUT OF MY, MY KID BEING ABLE TO ENJOY TIME WITH HER

7     GRANDPARENTS.  YOU HAVEN'T BEEN INVOLVED IN OUR LIFE.

8              I SAID WAS ANY OF IT WORTH IT?  WAS THIS

9     SOMETHING THAT, YOU KNOW, IT WAS MORE OR LESS ME AS A SON

10    CALLING AND TO SAY, YOU KNOW, WHY DID YOU DO THIS STUFF TO

11    US?

12         Q    HOW LONG --

13         A    AND -- WHAT'S THAT?

14         Q    HOW LONG DID THE PHONE CALL LAST?

15         A    ABOUT AN HOUR, HOUR AND A HALF.

16         Q    I WANT TO ASK YOU SOME QUESTIONS ABOUT THE TERMS

17    OF YOUR CONVERSATIONS.  DID MR. YERIAN TELL YOU WHERE HE

18    WAS WORKING AT THE TIME?

19         A    HE DID.  HE TRIED TO TELL ME HE WAS UNEMPLOYED A

20    FEW TIMES AND THEN HE, HE SAID HE WAS WORKING.  I DIDN'T

21    BELIEVE HIM AND I SAID, WELL, YOU KNOW, WHAT DID YOU DO

22    WITH ALL THOSE CUSTOMERS FROM ETC COMPUTERS?  YOU DIDN'T

23    JUST STOP WORKING WITH THOSE.  I HEARD YOU'RE WORKING WITH

24    MEGUSEY NOW.  AND HE SAID, WELL, I'M WORKING WITH

25    MEGUSEY --

1      Q     OKAY.

2      A     -- DOING SOFTWARE DEVELOPMENT.

3      Q     SO HE WAS DOING SOFTWARE DEVELOPMENT FROM

4   MEGUSEY SOFTWARE?  THAT'S WHAT HE REPRESENTED TO YOU

5   DURING THAT PHONE CALL?

6      A     HE DID.  HE TOLD ME THAT HE COULDN'T LET HIS

7   CUSTOMERS DOWN, THAT HE HAD TO -- THAT IF HE DID, THEY

8   WERE -- HE TRIED TO MAKE AN EXCUSE THAT DEAN WAS GOING TO

9   SCHOOL, I BELIEVE IS WHAT HE TOLD ME.

10      Q     DID HE TELL YOU HE WAS DOING THE SAME TYPE OF

11   WORK WITH MEGUSEY SOFTWARE THAT HE WAS DOING WITH ETC

12   COMPUTERS?

13      A     HE DID.  AND I ASKED HIM, AND I SAID, HOW WOULD

14   MEGUSEY HAVE EVER GOT THESE CUSTOMERS IF, IF -- HOW HAD

15   MEGUSEY KNOWN DEAN BARKER OR ANY OF THE OTHER CUSTOMERS

16   THAT ETC COMPUTERS HAD?  AND HE GOES, WELL, HE WOULDN'T

17   HAVE KNOWN THEM.  AND SO, HE TOLD ME THAT HE CONTINUED

18   TAKING CARE OF THE CUSTOMERS THAT HE WAS TAKING CARE OF

19   FOR ETC COMPUTERS.

20      Q     AND THOSE WERE NOW CUSTOMERS OF MEGUSEY

21   SOFTWARE?

22      A     YEAH.

23      Q     DID HE MAKE ANY REPRESENTATIONS TO YOU ABOUT THE

24   SALARY THAT HE MADE -- HAD BEEN RECEIVING?

25      A     I REMEMBER HIM TELLING ME SOMETHING ABOUT MAKING

```
1   LIKE $2,200 A MONTH AND I DIDN'T BELIEVE HIM.  I SAID WHY

2   WOULD YOU GIVE UP OWNING YOUR OWN BUSINESS AND HAVING THIS

3   CUSTOMER BASE THAT YOU HAVE AND YOU'RE CHARGING THESE

4   CUSTOMERS -- I WANT TO SAY HE WAS CHARGING LIKE 100, 75 TO

5   $100 AN HOUR IS WHAT HE WAS CHARGING WITH ETC COMPUTERS.

6   IN SOME CASES, I THINK THEY WERE CHARGING MORE.

7         BUT I SAID WHY WOULD YOU GIVE UP MAKING MONEY

8   AT -- TAKING CARE OF THESE CUSTOMERS ON YOUR OWN AND

9   INSTEAD GIVE IT TO SOMEBODY ELSE FOR MAKING $2,200 A

10  MONTH?  AND HE GOES, OH, I DON'T MAKE $2,200 A MONTH.  I

11  MAKE -- I THINK IT WAS $30,000, I THINK IS WHAT HE TOLD ME

12  HE MAKES A YEAR.

13     Q   DID HE MENTION ANY OTHER BENEFITS THAT HE MAY

14  HAVE BEEN RECEIVING FROM MEGUSEY SOFTWARE?

15     A   YES.  I KEPT ASKING HIM, I SAID I JUST DON'T

16  BELIEVE THAT.  I MIGHT HAVE PUSHED ON HIM ONE OR TWO TIMES

17  IN THERE WHEN I WAS SAYING, YOU KNOW, I DON'T BELIEVE WHAT

18  YOU'RE TELLING ME.  I JUST DON'T -- I CAN'T BUY IT.

19         AND HE TOLD ME THAT, THAT MEGUSEY WAS PAYING FOR

20  HIS RENT AND WHICH WAS I THINK YOUNG'S HOUSE IS WHERE HIS

21  OFFICE WAS.  I DON'T THINK HE ACTUALLY HAD AN OFFICE AT AN

22  OFFICE BUILDING.  HE SAID HE WORKS FROM HOME.  AND THAT HE

23  PAID FOR, I THINK IT WAS HIS (INAUDIBLE) AND I BELIEVE HE

24  SAID AND, AND, AND OTHER THINGS.  BUT HE -- IT'S BEEN LONG

25  ENOUGH AGO THAT I CAN'T REMEMBER THE FULL DETAILS.
```

1       Q    I JUST WANT TO CLARIFY BECAUSE YOU CUT OUT FOR

2   JUST A SECOND.

3       A    OH, I'M SORRY.

4       Q    WAS IT PAYMENT OF RENT AT YOUNG'S HOUSE, THAT'S

5   HIS CURRENT WIFE, AND PAYMENT OF GAS?

6       A    GAS.  I TOOK THAT AS LIKE OUR AUTO GAS,

7   GASOLINE.

8       Q    DURING THAT PHONE CALL, DID --

9       A    AND LIKE I SAID, I THINK HE SAID THAT HE PAID

10  FOR OTHER THINGS AS WELL BUT I -- IT'S GOING BACK FAR

11  ENOUGH NOW THAT I CAN'T REMEMBER ALL THE DETAILS.

12      Q    DURING THAT PHONE CALL, DID HE MAKE ANY

13  REPRESENTATIONS TO YOU ABOUT WHETHER HE OWNED ANY PART OF

14  MEGUSEY SOFTWARE?

15      A    I TRIED CONFRONTING HIM ABOUT THAT TO ASK HIM

16  WHY -- AGAIN, WHY WOULD YOU GIVE UP OWNING YOUR BUSINESS

17  TO GIVING IT TO THE (INAUDIBLE), AND HE TOLD ME THAT IT'S

18  THE BEST JOB HE COULD FIND.  HE TRIED TO TELL ME THAT HE

19  WAS UNEMPLOYED AND COULDN'T FIND WORK.  BUT YET HE WAS

20  DOING THESE THINGS.

21          AND I SAID, WELL, WHY WOULD YOU DO THAT?  I SAID

22  ARE YOU TRYING TO MAKE SURE THAT MY MOM DOESN'T GET

23  ANYTHING, DOESN'T GET CHILD SUPPORT, ALIMONY?  ARE YOU

24  TRYING TO HIDE IT FROM HER?  AND I THINK HE DODGED THE

25  QUESTION.  I DON'T THINK HE EVER DID -- YOU KNOW, HE

1    DIDN'T RESPOND ONE WAY OR THE OTHER TO IT.

2            BUT HE DID ME THAT HE WAS, THAT HE WATCHED THE

3    MONEY COMING IN AND OUT OF MEGUSEY.  THAT HE WAS PART OF

4    IT SOUNDS LIKE INVOICING AND DOING THOSE THINGS.  BUT HE

5    DIDN'T TELL ME THAT HE ACTUALLY HAD OWNERSHIP OF IT.

6            AT ONE POINT I -- AND I DON'T RECALL IF THIS

7    WAS -- IF HE SAID THIS IN A CONVERSATION OR IF I WAS

8    LOOKING UP, DOING RESEARCH ON LINE OF DOING GOOGLE

9    SEARCHES ON MY DAD'S NAME -- BUT I THINK AT ONE TIME HE,

10   HE HAD BEEN LISTED AS A BUSINESS PARTNER IN THE CORPORATE

11   FILINGS OF MEGUSEY.  BUT I CAN'T REMEMBER IF I -- I MEAN,

12   WE TALKED A LOT, WE TALKED ABOUT A LOT OF THINGS AND I

13   JUST CAN'T REMEMBER IF THAT WAS PART OF THAT CONVERSATION

14   OR NOT.

15       Q    DURING THAT CONVERSATION, DID HE MAKE ANY

16   STATEMENTS TO YOU ABOUT WHAT HE HAD BELIEVED CAUSED THE

17   COLLAPSE OF ETC COMPUTERS?

18       A    HE TRIED TO BLAME IT ON, ON THE WAY THINGS BLEW

19   UP AT THE OFFICE AND HOW HE COULDN'T HAVE A RELATIONSHIP

20   WITH DEBBIE.  AND, AND MADE A COMMENT AT ONE POINT THAT,

21   THAT THE CUSTOMERS DON'T LIKE DEBBIE OR SOMETHING LIKE

22   THAT AND, YOU KNOW, HE, SEEING THAT WOULDN'T, SEEING THAT

23   DEAN BARKER, DEBBIE WASN'T ALLOWED TO CALL THERE.

24           AND THE ONLY THING THAT DEBBIE EVER DID WAS, YOU

25   KNOW, SHE WOULD CALL AND COLLECT PAYMENTS FOR CUSTOMERS

1  AND, YOU KNOW, DEAN, DOING THE INVOICING JOB, THAT WAS HER

2  ROLE.  BUT HE WOULD -- FOR WHATEVER REASON, CMS DID NOT

3  LIKE DEBBIE AND SO I DON'T KNOW IF -- THIS IS MY PERSONAL

4  OPINION -- I DON'T KNOW IF THEY -- IF KEITH TALKED ABOUT

5  HER NEGATIVELY THERE.  BUT THAT WAS HER JOB WAS TO COLLECT

6  PAYMENTS AND SO HE KIND OF TOOK THAT ABILITY AWAY FROM HER

7  WITH, WITH -- BY NOT BEING ALLOWED TO CALL CMS FOR

8  WHATEVER REASON.

9       Q    I JUST WANT TO CLARIFY.  CMS, CAN YOU JUST

10  EXPLAIN TO THE JUDGE WHO CMS IS?

11       A    YEAH.  AT ONE TIME, THERE WAS A CUSTOMER OF BOTH

12  ETC -- IT WAS A CUSTOMER OF ETC COMPUTERS ON BOTH THE

13  HARDWARE DIVISION AND THE SOFTWARE DIVISION.  WHERE WHAT

14  THEY DID IS THEY WERE A MOVING RELOCATION SERVICE.  AND SO

15  HE WAS VERY SMALL AT THE TIME.  HE ONLY HAD ONE OR --

16  MAYBE THREE DESKS, THREE COMPUTERS IN THERE.

17            AND WHAT THEY DO IS IF AN OFFICE WAS GOING TO

18  MOVE YOU FROM ONE PLACE AND RELOCATE YOU ACROSS THE

19  COUNTRY SOMEWHERE ELSE, THEIR SERVICE WOULD HELP YOU DO

20  THAT AND THEY WOULD TAKE CARE OF EVERYTHING FROM --

21  EVERYTHING FROM MY UNDERSTANDING.

22       Q    ALL RIGHT.  HAVE YOU SPOKEN WITH YOUR FATHER

23  SINCE THIS CONVERSATION?

24       A    I DON'T BELIEVE I HAVE.

25       Q    HOW WOULD YOU DESCRIBE THE STATUS OF YOUR

1   RELATIONSHIP TODAY?

2        A    I DON'T HAVE ONE.  I'M -- HE -- I THINK HE

3   CALLED AND LEFT A VOICE MAIL WHEN MY WIFE -- MY WIFE'S

4   MOTHER COMMITTED SUICIDE.  HE LEFT A VOICE MAIL SAYING HE

5   WAS CONCERNED AND NEVER SHOWED UP TO THE FUNERAL THOUGH.

6   HE HASN'T BEEN A FATHER.  HE HASN'T BEEN THERE FOR ME.

7            THERE'S BEEN -- YOU KNOW, EVERY CONVERSATION

8   I'VE EVER HAD WITH HIM HAS BASICALLY BEEN THAT, WELL, I'LL

9   TELL YOU ANYTHING YOU WANT TO KNOW, BUT YOU GO ASK

10  QUESTIONS WITH HIM AND HE WON'T TELL YOU THINGS.  HE

11  REFUSES TO SAY, YOU KNOW, HOW HE MET HIS WIFE YOUNG.  AND

12  IT'S LIKE WELL, HOW CAN -- IF YOU CAN'T TELL ME HOW YOU

13  MET YOUR WIFE, HOW CAN I TRUST YOU ABOUT ANYTHING ELSE?  I

14  JUST -- THERE'S JUST NO RELATIONSHIP THERE.

15       Q    HAVE YOU EVER KNOWN MR. YERIAN TO KEEP CASH IN

16  HIS FREEZER?

17       A    YES.  WHEN -- MY WIFE AND I HAVE BEEN TOGETHER

18  SINCE WE WERE 16 YEARS OLD.  SO I REFER TO HER AS MY

19  WIFE -- SHE WAS MY GIRLFRIEND OR FIANCEE AT THE TIME.  BUT

20  HE HAD AN APARTMENT WITH YOUNG IN MONTROSE, A SMALL

21  SUBDIVISION OF ATHENS.  AND SO, I DON'T THINK YOUNG WAS

22  THERE.  AND VANESSA AND I, MY WIFE, WE WERE THERE HAVING

23  DINNER I THINK WITH KEITH.

24            AND HE -- WE WERE SITTING THERE AND WE WERE

25  TALKING AND THEN HE GOES TO HIS FREEZER AND HE PULLS OUT

1   THIS, THIS WAD OF MONEY THAT'S JUST LIKE -- I MEAN IT'S

2   ALL FIFTIES AND HUNDREDS.  IT'S JUST -- IT'S HUGE.  IT'S

3   LIKE THIS BIG.

4           AND I ASKED HIM, I SAID WHAT ON EARTH ARE YOU

5   DOING WITH THIS MUCH MONEY?  LIKE WHY, WHY DO YOU HAVE

6   THIS MUCH CASH IN YOUR HOUSE?  AND HE SAID THAT THIS IS

7   WHAT YOUNG DOES.  WHEN SHE HAS HER -- HE -- THEY ALWAYS

8   CLAIMED THAT SHE HAD A NAIL SALON IN ATLANTA, GEORGIA.

9   AND SO, SO I SAID, WELL, WHY DO YOU HAVE THE MONEY IN YOUR

10  FREEZER?

11          AND HE SAID THAT WHAT HE WOULD DO IS ON A

12  REGULAR BASIS, HE WOULD GO HELP YOUNG CARRY THE MONEY

13  FROM, FROM ATLANTA, GEORGIA BACK TO AKRON BECAUSE YOUNG

14  DIDN'T FEEL COMFORTABLE CARRYING THAT MUCH CASH.  AND I

15  WAS LIKE, JUST WHY ON EARTH WOULD, WOULD YOU NOT PUT THE

16  MONEY IN THE BANK?  I MEAN, MY WIFE AND I WERE SITTING

17  THERE LIKE JUST CONFUSED AS EVER ABOUT THIS.

18          AND HE DIDN'T HAVE AN ANSWER FOR IT.  HE JUST,

19  YOU KNOW, HE SAID, WELL, YOUNG DOESN'T LIKE TO CARRY THIS

20  MUCH CASH AND SO SHE DOESN'T FEEL SAFE.  AND SO, SO THAT'S

21  WHAT HE WOULD DO IS HE WOULD GO HELP HER GET THE MONEY AND

22  BRING IT BACK.  WHAT HE DID WITH IT I HAVE NO IDEA.  IT

23  WAS THE ONLY TIME I EVER SAW THAT.  IT WAS JUST -- IT

24  WAS --

25      Q   DO YOU RECALL --

1    A    I'VE NEVER SEEN THAT MUCH CASH BEFORE.

2    Q    SORRY FOR INTERRUPTING.  DO YOU RECALL WHAT --

3 ABOUT WHEN THIS CONVERSATION HAD OCCURRED OR WHEN YOU SAW

4 THIS CASH?

5    A    IT WOULD HAVE BEEN -- I WAS JUST OUT OF HIGH

6 SCHOOL, SO MAYBE 2002, 2004, SOMEWHERE IN THAT RANGE

7 MAYBE --

8    Q    I'M GOING TO SWITCH GEARS --

9    A    -- IN THAT BALL PARK.

10    Q    DID YOU EVER KNOW YOUR FATHER --

11    A    I'M SORRY.

12    Q    THAT'S ALL RIGHT.  I SAID I WANT TO SWITCH GEARS

13 A LITTLE BIT.  DID YOU EVER KNOW YOUR FATHER TO BE

14 INTERESTED IN STOCK TRADING?

15    A    VERY MUCH SO.  WHENEVER I WOULD GO TO CUSTOM

16 MOVER SERVICES, CMS, HIM AND JEFF WAKEMAN WOULD DO NOTHING

17 BUT TALK ABOUT STOCKS.  IF I WENT THERE TO GO DO, YOU

18 KNOW, SOMETHING I WAS THERE FOR AN HOUR, I MEAN, AT SOME

19 POINT OR ANOTHER IN THAT HOUR I WAS THERE, THEY WERE

20 TALKING ABOUT STOCKS AND WHAT TO BUY AND KEITH WOULD SEND

21 ME STOCK ADVICE TO ME IN SOME E-MAILS AND SAY, THIS STOCK,

22 YOU NEED TO GO BUY THIS.  IT'S GOING TO HAVE A -- I DON'T

23 KNOW WHAT THE TERM IS BUT YOU, YOU GET PAID ON DIVIDENDS,

24 I THINK IS THE TERM.  YOU GET PAID DIVIDENDS FOR HAVING

25 THE STOCK.

1          HE GOES, YOU JUST, YOU KNOW, HE WAS GIVING ME

2    LOTS OF STOCK ADVICE AND SEND E-MAILS TO BOTH MYSELF AND

3    MY MOM.  AND AT ONE POINT, I THINK HE -- I WAS ON A GROUP

4    E-MAIL WITH HIM WITH LOTS OF OTHER PEOPLE AS WELL.

5          Q    DID YOU EVER KNOW HIM TO RECEIVE TEXT ALERTS ON

6    HIS PHONE ABOUT STOCK TIPS OR STOCK ADVICE?

7          A    HE DID.  THERE WAS A TIME WHERE HE WRECKED HIS

8    CHEVY AVEO AND HE TOLD THE POLICE OFFICER THAT AN ANIMAL

9    RAN IN FRONT OF HIM AND THAT'S WHY HE WRECKED HIS CAR.

10   AND WE JUST THOUGHT THE STORY WAS STRANGE AND WE KEPT

11   ASKING.  I THINK IT WAS A DOG THAT RAN IN FRONT OF HIM AND

12   SO WE KEPT ASKING HIM ABOUT IT WONDERING WHAT, YOU KNOW,

13   WHAT HAPPENED.

14         HE CAME BACK AND TOLD US THAT HE WAS -- WELL,

15   DON'T TELL ANYBODY, HE GOES, BUT I WAS -- I WAS GETTING --

16   I WOULD LOOK DOWN AT MY PHONE BECAUSE HE GOT A STOCK ALERT

17   NOTIFICATION ON HIS CELL PHONE AND, AND THAT'S WHEN HE

18   WRECKED HIS VEHICLE.

19         Q    DID HE EVER MAKE ANY STATEMENTS TO YOU ABOUT

20   RETURNS THAT HE HAD OBTAINED THROUGH THE STOCK MARKET OR

21   MONEY THAT HE HAD MADE ON INVESTMENTS?

22         A    HE --

23         MR. WOLFF:  YOUR HONOR, I WONDER WHY THIS

24     LATITUDE IS POSSIBLE.  WE ARE TALKING ABOUT A

25     CONVERSATION THE MOST RECENT ONE IS THREE TO FOUR

```
 1        YEARS AGO.

 2             THE COURT:  YEAH.

 3             MR. WOLFF:  AND I DON'T KNOW WHAT IT RELATES

 4        TO --

 5             THE COURT:  YEAH, WHERE ARE WE GOING?  I

 6        MEAN --

 7             MR. ANDERSON:  YOUR HONOR, I JUST HAVE A FEW

 8        QUESTIONS REMAINING.  THE POINT OF THIS IS TO

 9        SHOW THAT MR. YERIAN IS A WELL-VERSED STOCK

10        TRADER.  THE PURPOSE OF IT IS TO SHOW THAT AND

11        THEN LATER IN THE CASE, WE ARE GOING TO SHOW YOUR

12        HONOR THAT THERE'S A STOCK ACCOUNT THAT MAKES

13        SUBSTANTIAL RETURNS THAT HE CLAIMS TO HAVE NO

14        INTEREST AND NO CONTROL OVER.  SO I'M LAYING THE

15        FOUNDATION --

16             THE COURT:  I WILL OVERRULE FOR A LIMITED

17        PURPOSE.  GO AHEAD.

18   BY MR. ANDERSON:

19        Q    I JUST WANT TO -- LAST QUESTION ON THE STOCK

20   TRADING.  DID HE EVER MAKE ANY STATEMENTS TO YOU ABOUT HIS

21   RETURNS THAT HE HAD MADE IN THE STOCK MARKET?

22        A    YEAH.  HE -- EVERY TIME WE WOULD GET TOGETHER

23   WITH HIM, MY WIFE AND I, AND AT DINNER, ANYWHERE, HE WOULD

24   ALWAYS TALK ABOUT HOW MUCH MONEY HE WAS MAKING, WHAT

25   STOCKS HE WAS BUYING AND HOW HE WAS DOING.  AND AT ONE
```

1   POINT HE TOLD ME THAT, THAT HIS ACCOUNT HAS GOT ALMOST UP

2   TO A MILLION DOLLARS AND WAS -- WAS AT OR CLOSE TO A

3   MILLION DOLLARS.

4        Q    DID YOU EVER HAVE AN OPPORTUNITY TO DISCUSS

5   FLORIDA'S HOMESTEAD EXEMPTION LAWS WITH YOUR FATHER?

6        A    NEVER -- NOT A DISCUSSION BUT MORE OR LESS HE --

7   HE TALKED ABOUT IT AT ONE POINT.  AND I DIDN'T KNOW WHAT

8   IT MEANT.  I -- MY WIFE AND I WERE THERE AND HE TALKED

9   ABOUT THIS HOMESTEAD LAW AND WE QUESTIONED HIM ON IT AND

10  HE SAID THAT IN SOME STATES, THEY -- THAT IF YOU FILE FOR

11  BANKRUPTCY, THEY WON'T TAKE YOUR HOME.  AND THAT'S THE

12  ONLY TIME I EVER HEARD THAT, THAT TERM BEFORE.

13       Q    AND THIS CONVERSATION WOULD HAVE OCCURRED BEFORE

14  HE MOVED TO FLORIDA?

15       A    YEAH.  THIS WAS WHEN WE WERE STILL TALKING.

16  WE -- THIS WOULD HAVE BEEN -- MY SON IS -- MY SON IS --

17  BORN IN 2009 SO THIS WOULD HAVE BEEN PROBABLY SOMEWHERE

18  BEFORE 2010.  IT WOULD DEFINITELY HAVE BEEN BEFORE 2010.

19            MR. ANDERSON:  YOUR HONOR, I DON'T HAVE ANY

20       OTHER QUESTIONS FOR THE WITNESS.

21            THE COURT:  THANK YOU.

22            MR. WOLFF:  NO QUESTIONS, YOUR HONOR.

23            THE COURT:  THANK YOU, MR. WOLFF.  MR.

24       YERIAN, THANK YOU SO VERY MUCH.  WE APPRECIATE

25       YOUR TESTIMONY TODAY.  AND I HOPE THE REST OF THE

1    DAY GOES WELL.  IF YOU COULD LET THE FOLKS THAT

2    YOU ARE WORKING WITH IN THE COURTHOUSE THERE,

3    THANK THEM FROM US FOR THEIR WORK BECAUSE --

4         THE WITNESS:  OKAY.

5         THE COURT:  -- IT'S A LITTLE BIT OF TROUBLE

6    FOR THEM TO SET IT UP.  SO I WOULD APPRECIATE IT

7    IF YOU WOULD JUST SAY THANK YOU ON BEHALF OF THE

8    FLORIDA COURT.

9         THE WITNESS:  ABSOLUTELY.

10        THE COURT:  DO YOU HAVE ANY OTHER QUESTIONS

11   OR ANYTHING ELSE YOU WOULD LIKE TO ADD BEFORE WE

12   TURN OFF THE VIDEO?

13        THE WITNESS:  NO, MA'AM.

14        THE COURT:  VERY GOOD.  THANK YOU, SIR.  GO

15   BACK ABOUT YOUR BUSINESS AND --

16        THE WITNESS:  THANK YOU.  HAVE A GREAT DAY.

17        MR. ANDERSON:  THANKS, EMERSON.

18        THE COURT:  -- THANK YOU VERY MUCH.  LET'S

19   WAIT FOR THAT TO GO OFF.  IT'S OFF.

20        AND LET'S GO AHEAD AND TAKE MR. MCLEOD AT

21   THIS POINT.  I THINK THIS IS AN APPROPRIATE TIME.

22   SURE, IF YOU DON'T MIND, MR. WOLFF.

23        MR. WOLFF:  NO PROBLEM.  THANK YOU, YOUR

24   HONOR.

25        THE COURT:  IF YOU WILL LET HIM IN.

1             MR. WOLFF:  THAT'S HIM AND MR. YERIAN.

2             THE COURT:  VERY GOOD.  TELL THEM WE ARE ALL

3     DONE.  THERE WAS NO BLOODSHED.

4             ALL RIGHT.  MR. YERIAN, YOU'RE WELCOME TO

5     COME BACK.  MR. MCLEOD, IF YOU WOULD COME

6     FORWARD, MISS LEWIS WILL SWEAR YOU IN AT THIS

7     POINT.

8             THE CLERK:  STEP UP TO PODIUM FOR ME.

9             THE WITNESS:  OKAY.

10            THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

11    DO YOU SOLEMNLY SWEAR THE TESTIMONY YOU ARE ABOUT

12    TO GIVE AT THIS TIME IN THIS CASE IS THE WHOLE

13    TRUTH, SO HELP YOU GOD?

14            THE WITNESS:  YES.

15            THE CLERK:  AND CAN YOU PLEASE STATE YOUR

16    FULL NAME AND ADDRESS FOR THE RECORD?

17            THE WITNESS:  JOHN D. MCLEOD, 3845 CEDAR

18    BEND DRIVE, LA CRESCENTA, CALIFORNIA, 91214.

19            THE CLERK:  THANK YOU.  YOU CAN HAVE A SEAT

20    RIGHT OVER THERE.

21            THE COURT:  COULD I GET YOU TO SPELL YOUR

22    LAST NAME SO WE GET THAT RIGHT, MR. MCLEOD?

23            THE WITNESS:  IT'S M-C, CAPITAL L, E-O-D.

24            THE COURT:  THANK YOU.  AND IF YOU COULD

25    ALSO SPELL THE NAME OF THE TOWN THAT YOU LIVE IN.

1        THE WITNESS:  THE WHAT?

2        THE COURT:  THE TOWN THAT YOU LIVE IN.

3        THE WITNESS:  OH.  IT'S L-A, SPACE, CAPITAL

4    C-R-E-S-C-E-N-T-A.

5        THE COURT:  THANK YOU VERY MUCH.

6        THE WITNESS:  OKAY.

7                    JOHN D. MCLEOD

8        HAVING BEEN DULY SWORN, WAS EXAMINED AND

9    TESTIFIED AS FOLLOWS:

10                   DIRECT EXAMINATION

11   BY MR. WOLFF:

12       Q    GOOD MORNING, MR. MCLEOD.  HOW ARE YOU THIS

13   MORNING?

14       A    FINE.

15       Q    THERE ARE ALLEGATIONS IN THE COMPLAINT THAT

16   KEITH YERIAN FAILED TO DISCLOSE HIS BEING A MANAGER OF

17   MEGUSEY SOFTWARE LLC.

18            ARE YOU FAMILIAR WITH THE ENTITY OF MEGUSEY

19   SOFTWARE?

20       A    YES.  I AM THE OWNER OF THAT ENTITY.

21       Q    OKAY.  HAS KEITH YERIAN EVER BEEN AN OWNER OR

22   HAVE ANY SORT OF OWNERSHIP INTEREST IN MEGUSEY SOFTWARE?

23       A    NO.

24       Q    WHAT IS MEGUSEY SOFTWARE?  DOES IT OWN ANYTHING?

25       A    NO.  NO, NO.  IT'S A CONSULTING COMPANY.

1     Q    HAS IT EVER OWNED ANYTHING?

2     A    NOT OTHER THAN A COMPUTER.

3     Q    HAS MR. YERIAN EVER BEEN A MANAGER OF MEGUSEY

4  SOFTWARE?

5     A    NO.

6     Q    WHAT WAS THE RELATIONSHIP OR IS THE RELATIONSHIP

7  OF KEITH YERIAN TO MEGUSEY SOFTWARE?

8     A    HE'S AN EMPLOYEE OR HE WAS AN EMPLOYEE.

9     Q    AND HOW WAS HE COMPENSATED OR --

10     A    HE --

11     Q    IS HE CURRENTLY WORKING THERE?

12     A    NO.

13     Q    OKAY.  HOW WAS HE COMPENSATED?

14     A    HE WAS PAID ON PAYROLL THROUGH PAYCHEX, A

15  PAYROLL PROCESSING SERVICE.

16     Q    WOULD --

17          THE COURT:  COULD YOU SPEAK UP?  I COULDN'T

18     HEAR YOU, SIR.

19          THE WITNESS:  HE WAS -- HE WAS PAID THROUGH

20     PAYCHEX, THE PAYROLL PROCESSING SERVICE.

21  BY MR. WOLFF:

22     Q    WOULD HE INCUR EXPENSES ON BEHALF OF MEGUSEY

23  SOFTWARE?

24     A    YES.

25     Q    COULD YOU DESCRIBE WHAT TYPE OF EXPENSES AND HOW

1    THEY WOULD BE REIMBURSED?

2         A    THERE WERE TRAVEL EXPENSES AND THERE WERE --

3    WE -- WE HAD MEETINGS IN PUERTO RICO A COUPLE OF TIMES AND

4    HE WAS REIMBURSED FOR HIS EXPENSES ASSOCIATED WITH THAT.

5    IT WAS THAT, THAT SORT OF THING.

6         Q    WHAT WAS HIS SALARY?

7         A    $2,500 A MONTH.

8         Q    DID HE EVER EARN MORE THAN THAT?

9         A    NO.

10        Q    WERE THERE ANY EXPENSES WHICH WERE IN YOUR VIEW

11   NOT APPROPRIATE OR NOT CALLED FOR THAT HE WAS REIMBURSED

12   FOR?

13        A    THERE WAS SOME THAT WERE PERSONAL EXPENSES THAT

14   HE PUT ON THE COMPANY CREDIT CARD BUT WE ADJUSTED THOSE

15   OUT AT THE END OF THE YEAR.

16        Q    SO HE HAD A COMPANY CREDIT CARD?

17        A    YES.

18        Q    AND SO IT -- IF YOU WOULD LOOK AT CHARGES FOR

19   MEALS OR GAS OR LODGING, THAT WOULD BE -- NOT BE A

20   SURPRISE FOR YOU?

21        A    NO, NO.  AND HE --

22        Q    AND YOU REVIEWED THOSE TO DETERMINE WHETHER OR

23   NOT THEY WERE APPROPRIATE BUSINESS EXPENSES?

24        A    YEAH.  I LOOKED AT THOSE EVERY MONTH.

25        Q    IF THERE WERE DOCUMENTS IN THE CORPORATE RECORDS

1    OF JURISDICTION SAYING THAT WAS HE A MANAGER, WOULD THAT

2    BE A PROPER DESCRIPTION OF HIS RELATIONSHIP WITH MEGUSEY?

3         A    NO.   WHEN I FIRST STARTED THE COMPANY, I THOUGHT

4    HE MIGHT WANT TO BE INVOLVED IN THE MANAGEMENT OF THE

5    COMPANY.   AND I FORMED IT THROUGH AN LLC CORPORATION IN

6    NEVADA AND THEY FILED IT WITH -- SHOWING HIM AS A MANAGER.

7    AND THEN I SENT HIM THE, THE FORMS AND HE SAID HE DIDN'T

8    WANT TO BE A MANAGER AND HE REFUSED TO SIGN THEM.   AND HE

9    SAID THAT ALL HE WANTED TO DO WAS CODE.

10        Q    SO IF HIS BANKRUPTCY SCHEDULES DID NOT REFLECT

11   ANY OWNERSHIP INTEREST IN MEGUSEY SOFTWARE, THAT WOULD BE

12   A CORRECT STATEMENT; ISN'T THAT RIGHT?

13        A    YES.

14             MR. WOLFF:   NO FURTHER QUESTIONS, YOUR

15        HONOR.

16             THE COURT:   MR. WEBBER.

17             MR. WEBBER:   THANK YOU, YOUR HONOR.

18                      CROSS-EXAMINATION

19   BY MR. WEBBER:

20        Q    MR. YERIAN RECEIVED OTHER BENEFITS BESIDES

21   HAVING A CREDIT CARD AND PERSONAL EXPENSES PAID, RIGHT?

22        A    WHAT OTHER -- NO, I'M NOT AWARE OF ANY OTHER

23   BENEFITS.

24        Q    MEDICAL, DENTAL --

25        A    OH, YEAH.   THE MEDICAL INSURANCE WAS PAID BY THE

1  COMPANY, YES.

2       Q    OKAY.  AND DENTAL, RIGHT --

3       A    NO.

4       Q    -- AND EYES?

5       A    THERE WERE MEDICAL AND -- MEDICAL EXPENSES PAID

6  BY THE COMPANY IN ADDITION TO INSURANCE TOO.

7       Q    OKAY.  DID MR. YERIAN COME TO YOU TO FIRM -- TO

8  FORM MEGUSEY SOFTWARE --

9       A    NO.  I -- NO, I DECIDED TO DO THAT.

10      Q    OKAY.  IN YOUR DEPOSITION, YOU TESTIFIED THAT

11 YOU WERE RETIRED ON SOCIAL SECURITY INCOME.  SO HOW DID

12 YOU COME TO SET UP MEGUSEY SOFTWARE LLC THEN?

13      A    I -- I -- WHEN I DECIDED TO START MEGUSEY, I

14 DIDN'T WANT TO BE IN A SITUATION OF PAYING PEOPLE ON 1099

15 WHO WERE BASICALLY EMPLOYEES.  AND SO, I SET UP THE

16 COMPANY AND THEN AFTER -- AFTER WE GOT GOING, WE SET UP

17 THE PAYROLL.

18      Q    AND WHO WAS THE EMPLOYEE?

19      A    KEITH WAS THE -- KEITH AND MYSELF WERE THE

20 EMPLOYEES.

21      Q    OKAY.  DID YOU EVER GET A PAYCHECK?

22      A    YES.

23      Q    OKAY.  DID YOU GET K1'S?

24      A    YES.

25      Q    HOME.  DID MR. YERIAN EVER GET A K1?

1          A     NOPE.

2          Q     ISN'T IT IN FACT TRUE THAT ALL OF THE CUSTOMERS

3     OF MEGUSEY SOFTWARE LLC WERE BROUGHT TO THE COMPANY BY MR.

4     YERIAN?

5          A     YEAH, THERE --

6               MR. WOLFF:  YOUR HONOR --

7               THE COURT:  ONE SECOND, MR. MCLEOD.

8               THE WITNESS:  OKAY.

9               MR. WOLFF:  THIS WAS THE SOURCE OF

10              LITIGATION WHICH RESULTED IN A SETTLEMENT AND

11              THOSE WERE THE SUBJECT OF COUNTS SEVEN AND EIGHT

12              WHICH HE HAS WITHDRAWN AS THE MIGRATION OF

13              CUSTOMERS FROM ETC COMPUTERS TO MEGUSEY SOFTWARE.

14              THE TRUSTEE IS NOT (INAUDIBLE) SUCH A

15              (INAUDIBLE).  I GUESS (INAUDIBLE).  BUT THIS WAS

16              A MATTER OF LITIGATION AND SUBJECT TO SETTLEMENT.

17              THE COURT:  AND YOUR RESPONSE --

18              MR. WEBBER:  YES, JUDGE.

19              THE COURT:  -- MR. WEBBER.

20              MR. WEBBER:  THIS COMPANY WAS FORMED OUT OF

21              NOWHERE.  ALL THE CUSTOMERS ARE FROM ETC.  WE

22              DROPPED THE FRAUDULENT TRANSFER COUNTS AGAINST

23              THEM BUT WE HAVE FALSE OATHS AND CONCEALMENT

24              COUNTS IN 727(A)(2)(A) AND 727(A)(4).  AND THIS

25              GOES TO THE FACT AND CREDIBILITY OF MR. MCLEOD

1        AND MR. YERIAN LATER.

2              HE IS LISTED AS A MANAGER ON THE NEVADA LLC

3        FORM.

4              THE COURT:  ANY RESPONSE, MR. WOLFF?

5              MR. WOLFF:  I'M NOT SURE THAT I KNOW WHAT HE

6        JUST SAID.  I -- WHAT HE IS ASKING ABOUT WAS THE

7        SUBJECT OF LITIGATION.  IT HAPPENED IN OHIO AND

8        THERE WAS A SETTLEMENT AND RELEASE OF ALL CLAIMS.

9        DEBBIE YERIAN AND ETC COMPUTERS WERE THE

10       PLAINTIFFS.

11             HE IS ASKING ABOUT THOSE ISSUES WHICH WERE

12       THE SUBJECT OF THE ALLEGATION IN THE OHIO

13       COMPLAINT AND WHICH IS SUBJECT OF COUNTS SEVEN

14       AND EIGHT.  I DON'T KNOW ABOUT WHAT HIS RESPONSE

15       WAS.

16             THE COURT:  WELL, I AM GOING TO OVERRULE THE

17       OBJECTION AND ALLOW MR. MCLEOD TO TESTIFY.

18             GO AHEAD AND PROCEED.

19             MR. MCLEOD:  WHAT WAS THE QUESTION AGAIN?

20             MR. WEBBER:  YES.

21             THE COURT:  YEAH.

22             MR. WEBBER:  YES.

23             THE COURT:  GOOD QUESTION, MR. MCLEOD.

24  BY MR. WEBBER:

25       Q    WERE THE CUSTOMERS OF MEGUSEY SOFTWARE LLC

1    BROUGHT TO THE NEVADA LLC BY MR. YERIAN?

2         A    NOT ALL OF THEM.  I HAD --

3         Q    ALL BUT ONE, RIGHT?

4         A    YES.

5         Q    AND YOU BROUGHT THE ONE IN?

6         A    YES.

7         Q    BUT THAT WAS INSIGNIFICANT COMPARED TO THE

8    INCOME FROM ALL THE REST, RIGHT --

9         A    YES.

10        Q    -- WOULDN'T YOU AGREE?

11        A    YES.

12        Q    IF YOU -- THERE'S SOME BOOKS IN FRONT OF YOU

13   THERE, SIR.  GO TO VOLUME TWO, EXHIBIT NUMBER 48.

14             THE COURT:  GOOD LUCK.

15             THE WITNESS:  PARDON?

16             THE COURT:  HOPEFULLY, YOU CAN IT, MR.

17        MCLEOD.

18             THE WITNESS:  OKAY.  ALL RIGHT.  YES.

19   BY MR. WEBBER:

20        Q    IT SHOULD BE THE FIRST ONE IN --

21        A    YES, IT IS.

22        Q    HAVE YOU SEEN THIS EXHIBIT BEFORE?

23        A    YES.

24        Q    OKAY.  THIS IS THE ARTICLES OF ORGANIZATION OF

25   THE LIMITED LIABILITY COMPANY OF MEGUSEY SOFTWARE LLC,

1    RIGHT?

2         A    YES.

3         Q    AND THIS WAS DONE -- WHAT DATE WAS THIS FILING?

4    IT'S UP IN THE TOP RIGHT.

5         A    2/16/2011.

6         Q    SO FEBRUARY 16TH, 2011.  AND DO YOU SEE THE

7    NUMBER FIVE TO THE BOTTOM LEFT, NAME AND ADDRESS OF

8    MANAGER AND MANAGING MEMBERS?

9         A    YES.

10        Q    WHO ARE THE TWO NAMES LISTED THERE?

11        A    MYSELF AND KEITH.

12        Q    OKAY.  AND I BELIEVE YOU TESTIFIED IN YOUR

13   DEPOSITION THAT KEITH HAS NEVER BEEN REMOVED FROM THE

14   FILING; IS THAT RIGHT?

15        A    I'M NOT SURE.  AFTER -- AFTER I WANTED TO GET

16   KEITH TO SIGN ON DOING THIS, HE DIDN'T WANT TO DO IT.  AND

17   SO I CALLED THE LLC COMPANY AND TOLD THEM TO FILE IT

18   WITHOUT KEITH'S NAME ON THERE.  I THOUGHT THEY HAD DONE

19   THAT.  NOW, MAYBE THEY DIDN'T.  I DON'T KNOW.

20        Q    YOU TESTIFIED IN YOUR DEPOSITION THAT IT HAD NOT

21   BEEN DONE?

22        A    YES.  AS FAR AS I KNOW.  I HAVEN'T SEEN WHERE

23   THEY REFILED IT.

24             MR. WEBBER:  NO FURTHER QUESTIONS, JUDGE.

25             MR. WOLFF:  NO FURTHER QUESTIONS, YOUR

1    HONOR.

2         THE COURT:  ANYTHING FURTHER FOR MR. MCLEOD

3    FROM ANYBODY?

4         MR. WEBBER:  NO.

5         THE COURT:  WELL, THANK YOU FOR THAT VERY

6    LONG TRIP OVER.  I HOPE YOU ENJOY YOUR STAY IN

7    FLORIDA, MR. MCLEOD.

8         THE WITNESS:  OKAY.

9         THE COURT:  IN ADDITION TO THAT LITTLE SHORT

10   TESTIMONY.  SO WE APPRECIATE IT.  THANK YOU VERY

11   MUCH.

12        THE WITNESS:  OKAY.

13        THE COURT:  YOU ARE EXCUSED.  YOU ARE

14   WELCOME TO STAY.  YOU ARE WELCOME TO GO.

15        THE WITNESS:  IS IT ALL RIGHT IF I STAY IN

16   THE COURTROOM?

17        THE COURT:  IF YOU WOULD LIKE TO.

18        THE WITNESS:  OH, OKAY.

19        THE COURT:  YOU WILL NOT BE RECALLED AS A

20   WITNESS.

21        THE WITNESS:  OKAY.

22        THE COURT:  OKAY.  WHO WOULD YOU CALL NEXT?

23   LET ME TELL YOU THE TIMING AND HOW WE ARE GOING

24   TO WORK FROM HERE ON OUT.  AND IF YOU NEED A

25   SHORT BREAK, THIS WOULD BE THE TIME TO DO IT.

1    I'M GOING TO KEEP YOU HERE FOR ABOUT ANOTHER

2    HOUR.  IT'S 11:46 NOW.  I WILL GIVE YOU A BREAK

3    AT ABOUT A QUARTER TO ONE.  I HAVE A HEARING AT

4    1:00.  YOU WILL COME BACK ABOUT A QUARTER TO 2:00

5    OR 2:00, WHATEVER YOU PREFER.

6         SO YOU HAVE ABOUT AN HOUR NOW.  AS I SAID,

7    IF THE PARTIES WOULD LIKE A SHORT BREAK AT THIS

8    POINT, THAT'S FINE.  BUT IT'S UP TO YOU.

9         MR. WEBBER:  COULD WE TAKE FIVE MINUTES,

10   YOUR HONOR?

11        THE COURT:  CERTAINLY.  LET'S TAKE A SHORT

12   BREAK AT THIS JUNCTURE.

13        MR. WEBBER:  THANK YOU, JUDGE.

14        THE CLERK:  ALL RISE.

15        (WHEREUPON, COURT WAS RECESSED FROM 11:46

16   A.M. TO 11:55 A.M.)

17        THE CLERK:  COURT IS NOW IN SESSION.

18        THE COURT:  LET'S GO AHEAD AND RESUME.  WHO

19   ARE YOU GOING TO CALL NEXT, MR. ANDERSON AND --

20        MR. ANDERSON:  MISS PAK.

21        THE COURT:  MISS PAK, IF YOU WOULD COME

22   FORWARD AND WE WILL SWEAR YOU IN AS A WITNESS.

23

24        THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

25   DO YOU SOLEMNLY SWEAR OR AFFIRM THAT THE

1      TESTIMONY YOU ARE ABOUT TO GIVE WILL BE THE

2      TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH,

3      SO HELP YOU GOD?

4          THE WITNESS:  I DO.

5          THE CLERK:  PLEASE STATE YOUR NAME AND

6      ADDRESS FOR THE RECORD.

7          THE WITNESS:  MY NAME IS SUN YOUNG PAK, 5767

8      TREASURE LANE, GRANT, FLORIDA 32949.

9          THE CLERK:  THANK YOU.  YOU MAY BE SEATED IN

10     THE WITNESS BOX.

11         THE WITNESS:  OKAY.

12         THE COURT:  HAVE A SEAT OVER THERE.

13         MR. ANDERSON:  MAY I INQUIRE, YOUR HONOR?

14         THE COURT:  YES, PLEASE.

15               SUN YOUNG PAK

16         HAVING BEEN DULY SWORN, WAS EXAMINED AND

17  TESTIFIED AS FOLLOWS:

18            DIRECT EXAMINATION

19  BY MR. ANDERSON:

20    Q   GOOD MORNING, MISS PAK.

21    A   GOOD MORNING.

22    Q   I JUST WANT START -- WE ARE GOING TO NEED YOU TO

23  SPEAK UP A LITTLE BIT SO THAT EVERYBODY CAN HEAR YOU.

24    A   OKAY.

25    Q   OKAY.  I JUST WANT TO START WITH A LITTLE

1    BACKGROUND.  IS ENGLISH YOUR FIRST LANGUAGE?

2        A    NO, MY SECOND LANGUAGE.

3        Q    SECOND LANGUAGE.  BUT YOU UNDERSTAND ENGLISH?

4    IF I ASK YOU QUESTIONS, YOU WILL BE ABLE TO UNDERSTAND

5    THEM?

6        A    YES.  WHEN YOU ASK ME REALLY CLEARLY, THEN

7    I'LL --

8        Q    OKAY.  I WANT YOU -- IF YOU DON'T UNDERSTAND A

9    QUESTION I AM ASKING --

10        A    UM-HMM.

11        Q    -- THEN I WOULD LIKE YOU TO ASK ME TO REPHRASE

12    IT AND I WILL BE HAPPY TO DO THAT.

13        A    OKAY.

14        Q    DO YOU UNDERSTAND THAT YOU'RE UNDER OATH HERE

15    TODAY AND YOU HAVE TO TELL THE TRUTH?

16        A    YES.

17        Q    DO YOU GO BY ANY OTHER NAMES THAN SUN PAK?

18        A    YOUNG.

19        Q    YOUNG?

20        A    YES.

21        Q    THAT'S Y-O-U-N-G?

22        A    UM-HMM.  YES.

23        Q    ARE YOU MARRIED TO MR. YERIAN?

24        A    YES.

25        Q    AND WHEN DID YOU GET MARRIED?

1     A    2008.

2     Q    WHERE WERE YOU BORN -- WHERE ARE YOU FROM

3  ORIGINALLY?

4     A    KOREA, SOUTH KOREA.

5     Q    AND WHEN DID YOU COME TO THE UNITED STATES?

6     A    1983.

7     Q    ARE YOU A U.S. CITIZEN?

8     A    NO.  I HAVE GREEN CARD.

9     Q    CAN YOU DESCRIBE YOUR EDUCATIONAL BACKGROUND?

10    A    I GRADUATE HIGH SCHOOL IN KOREA.

11    Q    DID YOU GO TO COLLEGE IN KOREA?

12    A    NO.

13    Q    ARE YOU EMPLOYED CURRENTLY?

14    A    NO.

15    Q    WHEN IS THE LAST TIME THAT YOU WERE EMPLOYED?

16    A    UH --

17    Q    AN ESTIMATE OF THE YEAR WOULD BE FINE.

18    A    I THINK IT'S FOR THREE OR FOUR YEARS.  I'M NOT

19  SURE.

20    Q    OKAY.  DO YOU HAVE ANY EXPERIENCE IN THE

21  COMPUTER INDUSTRY?

22    A    NO.

23    Q    HAVE YOU EVER DONE ANY TYPE OF DATA ENTRY?

24    A    DATA ENTRY, YES, I DID.

25    Q    OKAY.  IS THAT ALSO REFERRED TO AS KEY PUNCHING?

1          A    YES.

2          Q    OKAY.  CAN YOU DESCRIBE WHAT ROLES YOU HAD HELD

3    IN DATA ENTRY OR KEY PUNCHING?

4          A    WELL, YOU TYPE IT INTO THE BUSINESS NAME AND

5    ADDRESS AND PHONE NUMBER AND E-MAIL.  YOU TYPE IT IN FOR

6    THE (INAUDIBLE).  THAT'S WHAT I DID.

7          Q    SO YOU'RE FAMILIAR WITH COMPUTERS?

8          A    YES.

9          Q    WHEN DID YOU MEET MR. YERIAN?

10         A    2002 OR 2001.  I'M NOT SURE.

11         Q    WHERE DID YOU MEET?

12         A    AT THE CONVENTION.

13         Q    AT A CONVENTION?

14         A    YES.

15         Q    AND WHERE WAS THAT?

16         A    IT WAS IN PHILADELPHIA.

17              THE COURT:  I'M SO SORRY.  IN PHILADELPHIA?

18              THE WITNESS:  IN PHILADELPHIA.

19              THE COURT:  THANK YOU.

20   BY MR. ANDERSON:

21         Q    WERE YOU LIVING IN PHILADELPHIA AT THAT TIME?

22         A    YES.

23         Q    DID THERE COME TO A TIME THAT YOU MOVED TO OHIO

24   WITH MR. YERIAN?

25         A    YES, I DID.  IT WAS LIKE -- I'M NOT SURE EXACTLY

1    WHAT YEAR BUT I THINK IT'S LIKE 2002 OR 2003 SOMEWHERE.

2        Q    DID YOU LIVE WITH MR. YERIAN WHEN YOU MOVED TO

3    OHIO?

4        A    YES.

5        Q    DID MR. YERIAN ULTIMATELY BUY A HOUSE IN OHIO?

6        A    I DON'T QUITE --

7        Q    DID MR. YERIAN LATER BUY A HOUSE IN OHIO?

8        A    HE BUILT A HOUSE AT THE -- NEXT TO THE DEBBIE

9    YERIAN HOUSE.

10       Q    OKAY.  SO HE BUILT A HOUSE IN OHIO?

11       A    YES.

12       Q    AND THEN YOU MOVED INTO THAT HOUSE?

13       A    YES.

14       Q    WHAT YEAR WOULD THAT HAVE BEEN?  WHEN DID YOU

15   MOVE INTO THE HOUSE THAT HE BUILT?

16       A    2004, 2005, SOMEWHERE.

17       Q    DID YOU THEN MOVE TO FLORIDA?

18       A    NO.  I MOVED TO FLORIDA 2012.

19       Q    SO YOU MOVED FROM OHIO TO FLORIDA IN 2012?

20       A    YES.

21       Q    DO YOU KNOW ABOUT WHAT MONTH THAT YOU MOVED TO

22   FLORIDA?

23       A    I THINK IT'S THE END OF THE AUGUST.

24       Q    AUGUST 2012?

25       A    YES.

1      Q     WHY DID YOU MOVE TO FLORIDA?

2      A     WELL, 2010, DURING, I WAS MARRIED TO KEITH.

3  THEN DEBBIE YERIAN CAME TO OUR HOUSE, TOOK THE CHRYSLER

4  (INAUDIBLE) AND TOOK IT OUT OF THE HOUSE.  AND SHE START

5  PURSUE LAWSUIT, ME AND MY HUSBAND AND OTHER COUPLE PEOPLE.

6            AND I DON'T FEEL -- I MEAN, WE -- THAT WAS 2010

7  AND WHEN SHE SUED IN 2011, I THINK IT'S 2011, SO I DON'T

8  FEEL COMFORTABLE TO BE LIVED THERE.  THEN THAT TIME WE

9  WERE DISCUSSING BEING SEPARATED AND GETTING DIVORCED AND

10  STUFF LIKE THAT SO I DIDN'T WANT TO LIVE IN -- LIVE NEXT

11  TO DEBBIE YERIAN SO I DECIDED TO MOVE AWAY FROM OHIO.

12      Q     AND WHY FLORIDA?

13      A     WELL, I WAS SEARCHING FOR ALL OF THE STATE BUT

14  FLORIDA IS AT THAT TIME, IS A HOUSE PRICES WAS REALLY LOW.

15  AND IT WAS LOCATED WHERE I CAN AFFORD IT.

16      Q     DID YOU CHOOSE FLORIDA BECAUSE FLORIDA HAS

17  UNLIMITED HOMESTEAD PROTECTION?

18      A     SO I DON'T KNOW ABOUT THAT.

19      Q     OKAY.  WHEN YOU MOVED TO FLORIDA IN AUGUST OF

20  2012, DID MR. YERIAN MOVE WITH YOU?

21      A     YES, HE DID.

22      Q     SO IN 2010 OR 2011, YOU TESTIFIED THAT YOU WERE

23  CONTEMPLATING A SEPARATION.  BUT WHEN YOU MOVED IN 2012,

24  IN 2012 WERE YOU NO LONGER CONTEMPLATING A SEPARATION AT

25  THAT POINT?

1      A    NO.  WE WAS STILL DISCUSSED IT THAT TIME ALSO.

2   BUT HE -- WHEN I WAS PACKING, YOU KNOW, HE THOUGHT -- HE

3   KNEW -- HE WAS AWARE I BOUGHT THE HOUSE IN FLORIDA, THAT I

4   WAS MOVING, THAT HE WAS GOING TO MOVE WITH ME.  BUT IT

5   WASN'T THAT STILL.  IT WAS WE STILL DISCUSSED WITH IT AT

6   THAT TIME.

7      Q    SO WHEN YOU MOVED TO FLORIDA FROM OHIO, WHO PAID

8   FOR YOUR MOVING EXPENSES?

9      A    JOHN -- THE MEGUSEY COMPANY.

10      Q    SO MEGUSEY SOFTWARE, MR. MCLEOD, WHO JUST

11   TESTIFIED, HE PAID FOR YOUR MOVING EXPENSES?

12      A    YES.

13      Q    THE COMPANY PAID FOR YOUR MOVING EXPENSES?

14      A    YES.

15      Q    SO DID MEGUSEY SOFTWARE MOVE THE ENTIRE CONTENTS

16   OF MR. YERIAN'S HOUSE FROM OHIO TO FLORIDA?

17      A    YES.

18      Q    AND THOSE WOULD HAVE BEEN YOUR POSSESSIONS AND

19   HIS POSSESSIONS?

20      A    YES.

21      Q    OKAY.  I PUT A NOTEBOOK IN FRONT OF YOU.  IT'S

22   THE VOLUME ONE.  THIS WILL BE THE ONLY VOLUME THAT I

23   BELIEVE WE HAVE EXHIBITS FOR YOU TO GO OVER.  BUT I WOULD

24   LIKE YOU TO TURN TO TRUSTEE'S EXHIBIT 2, TAB TWO.

25           LOOKING AT PAGE 149 AND 150, WHERE IT SAYS AT

1    THE BOTTOM MS149 AND MS150, IS THIS AN INVOICE THAT YOU

2    PAID FOR MOVING EXPENSES --

3         A    WAIT, WAIT.  SLOW DOWN.

4         Q    OH, SORRY ABOUT THAT.  YOU HAVE TO SKIP THAT

5    COVER PAGE.

6         A    SO THIS IS THE 149?

7              THE COURT:  YES.  SHE HAS IT.

8    BY MR. ANDERSON:

9         Q    DO YOU RECOGNIZE THIS EXHIBIT OR PAGES 149 AND

10   150?

11        A    YES.

12        Q    OKAY.  IS THIS A MOVING EXPENSE THAT YOU PAID,

13   $675?

14        A    YES, I DID.

15        Q    DID MEGUSEY SOFTWARE REIMBURSE YOU FOR THOSE

16   EXPENSES?

17        A    I DON'T REMEMBER HE DID OR NOT.

18        Q    OKAY.  IF YOU COULD TURN TO THE NEXT PAGE, WHICH

19   IS MS151 AT THE BOTTOM?

20        A    UM-HMM.

21        Q    THIS APPEARS TO BE AN E-MAIL FROM -- E-MAIL

22   ADDRESS FROM YOUNG YERIAN.  IS THAT YOUR E-MAIL ADDRESS AT

23   THE TOP?

24        A    YES.

25        Q    OKAY.  IS THIS AN E-MAIL TO MR. JOHN MCLEOD?

92

1        A    YES.

2        Q    OKAY.  AT THE BOTTOM IT SAYS, SIGNED, THANKS,

3    KEITH.  DID MR. YERIAN USE YOUR E-MAIL ADDRESS?

4        A    SOMETIMES.

5        Q    OKAY.  AND THIS E-MAIL -- THIS E-MAIL IS ASKING

6    FOR MR. MCLEOD TO REIMBURSE YOU FOR MOVING EXPENSES; IS

7    THAT CORRECT?

8        A    YES.

9        Q    OKAY.  DO YOU SEE ON THE RIGHT SIDE OF THIS

10   EXHIBIT THERE'S A RECEIPT FROM CHASE BANK THAT SAYS A

11   DEPOSIT WAS MADE FOR $8,000?  DO YOU SEE THAT?

12       A    YES, I SEE IT.

13       Q    OKAY.  DO YOU SEE ABOVE THAT WHERE THERE'S AN

14   ACCOUNT NUMBER THAT ENDS 2253?

15       A    IT'S HARD TO SEE IT.

16       Q    YEAH, I APOLOGIZE FOR THAT.

17            MR. ANDERSON:  DO WE HAVE -- OKAY.  MAY I

18       APPROACH THE WITNESS, YOUR HONOR?

19            THE COURT:  CERTAINLY.

20   BY MR. ANDERSON:

21       Q    IT'S 8,000 RIGHT HERE --

22       A    YES.  8,000 THIS NUMBER.

23       Q    OKAY.

24       A    YOU SEE IT'S HARD TO SEE ON THIS ONE.

25       Q    DO YOU KNOW WHOSE BANK ACCOUNT IS 225 -- ENDS IN

```
 1   2253?

 2       A    I DON'T KNOW.

 3       Q    DID YOU ULTIMATELY RECEIVE $12,000 PAYMENT FROM

 4   MEGUSEY SOFTWARE FOR THE MOVING EXPENSES?

 5       A    NO, I DON'T -- I DON'T KNOW IT WAS $12,000, SIR.

 6            MR. ANDERSON:  MAY I HAVE A MOMENT, YOUR

 7       HONOR?

 8            THE COURT:  CERTAINLY.

 9   BY MR. ANDERSON:

10       Q    OKAY.  WHEN YOU MOVED TO FLORIDA, WHERE DID YOU

11   MOVE TO?

12       A    OH, GRANT, FLORIDA.

13       Q    GRANT.  AND THAT'S THE PROPERTY THAT YOU LIVE IN

14   CURRENTLY?

15       A    YES.

16       Q    I THINK YOU SAID 5767 TREASURE LANE?

17       A    YES.

18       Q    DOES MR. YERIAN LIVE THERE WITH YOU?

19       A    YES.

20       Q    AND IF YOU COULD JUST REMIND ME, WHEN DID YOU

21   PURCHASE THAT HOME?  WAS IT AUGUST OF 2012?

22       A    YES.

23       Q    IS THAT YOUR HOMESTEAD PROPERTY?

24       A    I LIVE THERE.  I DON'T WHAT THAT --

25       Q    DO YOU KNOW WHETHER YOU HAVE A TAX EXEMPTION FOR
```

1    HOMESTEAD ON THAT PROPERTY?

2        A    I DON'T KNOW THOSE THINGS.

3        Q    OKAY.  DID YOU CHARGE MEGUSEY SOFTWARE RENT FOR

4    USE OF -- MR. YERIAN'S USE OF AN OFFICE SPACE IN YOUR

5    HOUSE?

6        A    YES.

7        Q    HOW MUCH?

8        A    A THOUSAND A MONTH.

9        Q    WHEN DID THAT START?

10       A    GUESS 2008, SEPTEMBER OR OCTOBER, OR SOMEWHERE

11   IT STARTED.

12       Q    LET ME BACK UP.  YOU PURCHASED THE HOUSE IN

13   JULY --

14       A    I'M SORRY.  2012, IS SEPTEMBER OR OCTOBER.

15       Q    SEPTEMBER OR OCTOBER OF 2012.  SO ALMOST RIGHT

16   AWAY YOU STARTED CHARGING RENT TO MEGUSEY SOFTWARE?

17       A    YES.

18       Q    WHY DID YOU CHARGE MEGUSEY SOFTWARE RENT FOR THE

19   OFFICE SPACE?

20       A    BECAUSE HE USED THE OFFICE.  I HAD A THREE

21   BEDROOM BESIDES THE OFFICE SPACE AND THE OFFICE, THE ROOM

22   AT THE DOOR.

23       Q    HOW DID IT -- HOW DID IT COME ABOUT THAT YOU

24   ENDED UP PAYING THEM?  OR HOW DID THIS ARRANGEMENT COME

25   INTO PLACE?

1      A    JOHN WAS OFFERING BECAUSE HE'S GOING TO BE

2  WORKING AT HOME.  SO HE NEEDS OFFICE SPACE SO WE -- I HAD

3  A OFFICE AT THE HOME.

4      Q    DID YOU CONTACT MR. MCLEOD AND ASK HIM TO PAY

5  YOU RENT?

6      A    NO, HE CALLED ME.  WELL, WE WAS TOGETHER OR

7  SOMETIMES THAT WAY.  WE TALK ABOUT THAT AND HE WAS

8  OFFERING THAT.

9      Q    SO HE SAID I'D LIKE TO PAY YOU A THOUSAND

10  DOLLARS A MONTH TO -- FOR MR. YERIAN TO USE AN OFFICE IN

11  YOUR HOME?

12      A    YES.

13      Q    AND HOW DID YOU DETERMINE THAT $1,000 WAS A FAIR

14  MONTHLY RENT?

15      A    I FORGET WHAT THE PRICES ARE BUT THERE WAS

16  CURRENT -- WAS SQUARE FEET WHERE YOU CHARGING FOR THAT.

17  SO I'M NOT SURE WHAT I -- I DON'T REMEMBER WHAT THE NUMBER

18  WAS AT THAT TIME BUT THAT'S WHAT WE WOULD -- WE WAS

19  FIGURING.  SO I THOUGHT IT WAS THE -- HE WAS OFFERING THAT

20  SO I THOUGHT IT WAS OKAY BECAUSE A FAIR PRICE.

21      Q    SO YOU CHARGED HIM BY THE SQUARE FOOTAGE?

22      A    YES.  AND ALSO, HE'S NOT JUST USING THE OFFICE,

23  OFFICE.  CAUSE ALSO HE HAD -- WE HAD A -- I HAD A LIVING

24  ROOM, A DINING ROOM.  HE HAD PEOPLE COME FROM THE BUSINESS

25  MEETINGS AND HE USED -- ALSO USED THAT DINING ROOM AREA

1    SO.

2         Q    I'D LIKE TO TURN BACK TO THE EXHIBIT BOOK, TO

3    TRUSTEE'S EXHIBIT 3, WHICH IS MS23 THROUGH MS26.

4              DO YOU RECOGNIZE THESE TO BE INVOICES FOR THE

5    RENT FOR SEPTEMBER OF 2012 THROUGH DECEMBER OF 2012?

6         A    YES.

7         Q    OKAY.  AND THAT'S YOUR NAME AT THE TOP?

8         A    YES.

9         Q    WHO CREATED THESE INVOICES?

10        A    WELL, MY HUSBAND IS HELP ME WITH THIS.

11        Q    WHO ACTUALLY CREATED THIS PAPER, THIS INVOICE?

12        A    WELL, HE -- HE SHOWED ME HOW TO DO IT SO I WENT

13   TO THE COMPUTER AND PRINT IT OUT.

14        Q    OKAY.

15        A    BUT MOSTLY HE -- MY HUSBAND WAS THE HELPING FOR

16   GETTING THE INVOICE ALREADY.

17        Q    DO YOU REMEMBER RECALLING OR TESTIFYING IN YOUR

18   DEPOSITION THAT MR. YERIAN PREPARED THE INVOICES?

19        A    YES.

20        Q    SO THE ANSWER TO MY QUESTION IS MR. YERIAN

21   ACTUALLY PREPARED THESE INVOICES?

22        A    YES.

23        Q    OKAY.  WOULD HE HAVE BEEN THE ONE THAT PUT ON

24   THE BOTTOM MAKE ALL CHECKS PAYABLE TO SUN PAK?

25        A    YES.

1      Q     OKAY.  SO THIS TAKES US THROUGH THE END OF 2012.

2   DID MEGUSEY SOFTWARE PAY YOU $1,000 OF RENT FOR EVERY

3   MONTH IN 2013?

4      A     YES.

5      Q     AND IN 2014?

6      A     I THINK SOMETIMES 2014 HE KIND OF MISSED ON SOME

7   PAYMENT.  I'M NOT SURE.  BUT IT WAS 2014 OR 2015 BECAUSE

8   THEY -- HE DIDN'T HAVE THE MONEY TO PAY SO IT WAS HARDER.

9      Q     DID HE ULTIMATELY MAKE ALL THOSE PAYMENTS FOR

10  2014?

11     A     BUT YEAH -- YES, HE DID.

12     Q     OKAY.  SO WE'VE GOT ALL OF THEM FOR 2013, ALL

13  FOR 2014.  DID HE ALSO MAKE ALL FOR 2015?

14     A     YES.

15     Q     AND YOUR DEPOSITION OCCURRED IN MAY AND I

16  BELIEVE AT THAT TIME HE WAS CURRENT THROUGH MAY OF 2016;

17  IS THAT CORRECT?

18     A     YES.

19     Q     SO EVERY INVOICE THAT WOULD HAVE BEEN SENT --

20  LET ME BACK UP.  FOR EVERY RENT PAYMENT THAT WAS SENT --

21  WITHDRAW.

22         FOR EVERY MONTH THAT RENT WAS CHARGED, WAS THERE

23  AN INVOICE SENT TO MEGUSEY SOFTWARE?

24     A     YES.

25     Q     AND WOULD EVERY ONE OF THOSE INVOICES BEEN

1    PREPARED BY MR. YERIAN?

2         A    YES.

3         Q    OKAY.  DOES MEGUSEY SOFTWARE PAY FOR THE

4    INTERNET AT YOUR HOUSE?

5         A    YES.

6         Q    AND WHAT ABOUT THE TELEPHONE?

7         A    TELEPHONE I DON'T KNOW.

8         Q    OKAY.  WHAT --

9         A    WE DON'T HAVE A HOME PHONE.

10        Q    YOU DON'T HAVE A HOME PHONE?

11        A    WE DON'T.

12        Q    DOES MEGUSEY SOFTWARE PAY FOR YOUR CABLE?

13        A    IT'S CONNECT WITH INTERNET AND CABLE TOGETHER.

14        Q    BUT MEGUSEY SOFTWARE PAYS FOR THOSE?

15        A    YES.  HE NEED TO WORK WITH THOSE COMPUTER.  HE

16   NEED THE INTERNET TO WORK WITH THEM.

17        Q    BUT YOU USE THE INTERNET AND THE PHONE TOO,

18   RIGHT?

19        A    YES.

20        Q    DID MEGUSEY SOFTWARE PAY FOR YOU -- FOR A FLIGHT

21   FOR YOU TO KOREA?

22        A    YES, HE DID.  THERE WAS AN EMERGENCY BECAUSE MY

23   DAD WAS PASS AWAY AND I DIDN'T HAVE THE MONEY TO GO.  SO

24   HE WAS THE -- HELP ME TO BUY THE PLANE TICKET AT TIME FOR

25   WHEN I WAS GOING TO MY DAD'S FUNERAL.

1        Q    I UNDERSTAND.  DID YOU ULTIMATELY REIMBURSE

2   MEGUSEY SOFTWARE FOR THE COST OF THAT FLIGHT?

3        A    DID I PAY HIM BACK?

4        Q    YES.

5        A    NO, I DIDN'T.

6        Q    DID YOU GIVE THEM ANY RENT CREDIT FOR PAYING FOR

7   THAT FLIGHT?

8        A    I THINK HE WORK IT OUT WITH CUSTOMER WHEN

9   SOMETIMES HE TAKE A BUSINESS TRIP.  THEN HE CHARGE IT --

10  CHARGE IT ON MY CREDIT CARD SO HE -- SOMETIMES HE

11  REIMBURSE FOR THIS SO MAYBE WORKING THAT WAY.  I'M NOT

12  SURE.

13       Q    YOU TESTIFIED BEFORE THAT FROM 2012 TO 2016, MAY

14  OF 2016, HE HAD MADE EVERY RENT PAYMENT, RIGHT?

15       A    YES, HE DID.

16       Q    SO THEN HE WOULDN'T HAVE OFFSET ANY OF THE RENT

17  FOR THE COST OF THAT FLIGHT?

18       A    NO.

19       Q    DID HE EVER PAY FOR YOU -- DID MEGUSEY SOFTWARE

20  EVER PAY FOR YOUR PLANE TICKETS TO PUERTO RICO?

21       A    YES, HE DID.

22       Q    ON HOW MANY OCCASIONS?

23       A    I DON'T KNOW.

24       Q    WAS IT MORE THAN ONCE?

25       A    WHAT I KNOW IS I THINK IT'S ONCE, TWICE, BUT I'M

1   NOT SURE HOW MANY TIMES HE DID IT.

2       Q    AND THEN DID YOU SUBMIT REIMBURSEMENTS TO

3   MEGUSEY SOFTWARE FOR MILEAGE?

4       A    YES.

5       Q    AND WHY WOULD YOU HAVE DONE THAT?

6       A    CAUSE SOMETIMES WHEN HE TRAVEL, HE TOOK MY CAR,

7   DROVE MY CAR TO THE TRAVELING FOR THE BUSINESS MEETING AND

8   SOMETIMES I CHARGE IT ON MY CREDIT CARD FOR THE --

9   WHATEVER EXPENSES HE WOULD USE IT ON THE TRIP.

10      Q    WE'VE MENTIONED DEBORAH YERIAN A FEW TIMES HERE

11  TODAY BUT YOU KNOW HER TO BE MR. YERIAN'S EX-WIFE?

12      A    YES.

13      Q    DID SHE FILE A LAWSUIT AGAINST YOU?

14      A    YES.

15      Q    AND DO YOU KNOW WHEN?

16      A    IT WAS 2010 OR 2011.

17      Q    IF I SAID NOVEMBER 8TH OF 2011, WOULD THAT

18  REFRESH YOUR RECOLLECTION?  DOES THAT SOUND ABOUT RIGHT?

19      A    YEAH, I THINK SO, YEAH.

20      Q    OKAY.  WHAT CLAIMS DID DEBBIE YERIAN MAKE

21  AGAINST YOU IN THAT LAWSUIT?

22      A    WELL, DATA ENTRY, KEY PUNCHING.

23      Q    I DON'T UNDERSTAND.  I MEAN, DO --

24      A    SHE WAS CLAIMING BECAUSE THAT'S THE ETC COMPUTER

25  DONE THERE.  IT'S THE COMPUTER, I WOULD HAVE DONE THE KEY

1    PUNCHING.  I ONLY CHARGE FOR FIVE CENTS FOR EACH OF THEM.

2         Q     IT WAS RELATED TO THE ETC COMPUTER'S CLAIMS THAT

3    SHE HAD BROUGHT AGAINST MR. YERIAN AND MEGUSEY SOFTWARE?

4    I'LL WITHDRAW THE QUESTION.

5              DID YOU UNDERSTAND THAT BY FILING THE LAWSUIT

6    AGAINST YOU, MRS. YERIAN OR DEBORAH YERIAN WAS SEEKING

7    MONEY FROM YOU INDIVIDUALLY?

8         A     I DON'T KNOW, BUT SHE -- SHE WAS ASKING THE

9    MONEY.

10        Q     OKAY.  SO IF SHE WAS ASKING FOR MONEY, DID YOU

11   UNDERSTAND THE LAWSUIT TO BE A FORMAL WAY OF HER TRYING TO

12   COLLECT MONEY FROM YOU?

13        A     I DON'T QUITE UNDERSTAND THAT PART OF IT.

14        Q     OKAY.  DO YOU KNOW THE PURPOSE OF SOME LAWSUITS

15   IS TO COLLECT MONEY FROM PEOPLE?

16        A     YES.

17        Q     SO DID YOU UNDERSTAND THAT WHEN SHE FILED A

18   LAWSUIT AGAINST YOU THAT SHE WAS SEEKING TO COLLECT MONEY

19   FROM YOU INDIVIDUALLY?

20        A     I GUESS SO, YEAH.

21        Q     WAS -- DID YOU HIRE A LAWYER TO DEFEND YOU IN

22   THAT LAWSUIT?

23        A     YES.

24        Q     ALL RIGHT.  AND WHO PAID THE LAWYER TO DEFEND

25   YOU IN THAT LAWSUIT?

1        A      MEGUSEY COMPANY.

2        Q      WHY DID MEGUSEY PAY FOR YOUR LEGAL FEES?

3        A      WELL, IT'S NOT JUST ME.  IT WAS MY HUSBAND AND

4   MEGUSEY SOFTWARE AND TOM ALSO INVOLVED AND BOB MESSNER WAS

5   INVOLVED TOO.  SO THERE WAS LIKE FOUR PEOPLE SHE FILED THE

6   LAWSUIT.

7        Q      DID YOU REPAY ANY OF THE LEGAL FEES AS PART OF

8   THAT LAWSUIT TO MEGUSEY SOFTWARE?

9        A      NO.

10       Q      DID YOU WITHHOLD ANY RENT OR TAKE ANY OFFSET IN

11  THE RENT FOR REPAYMENT OF THOSE EXPENSES?

12       A      NO.

13       Q      SINCE YOU'VE BEEN MARRIED TO MR. YERIAN, HAS IT

14  ALWAYS BEEN YOUR PRACTICE TO KEEP YOUR BANK ACCOUNTS

15  SEPARATE?

16       A      YES.  EVER SINCE WE'VE BEEN MARRIED, WE NEVER

17  HAD A JOINT ACCOUNT.

18       Q      SO FOR LIKE A CHECKING OR SAVINGS ACCOUNT SINCE

19  YOU'VE BEEN MARRIED, HAVE EITHER OF YOU EVER BEEN ON EACH

20  OTHER'S CHECKING OR SAVINGS ACCOUNTS?

21       A      I ONLY HAD ONE CHECKING ACCOUNT.

22       Q      AND HE'S NOT ON IT?

23       A      NO.

24       Q      DID YOU OPEN A JOINT ETRADE ACCOUNT WITH YOUR

25  HUSBAND IN OCTOBER OF 2008?

1        A     YES.

2        Q     WHO OPENED THE ACCOUNT?

3        A     WELL, MY HUSBAND SET UP OPENING AN ACCOUNT.  I

4   ASKED HIM TO OPEN A ETRADE ACCOUNT.

5        Q     THE ACTUAL ACT OF OPENING AND SETTING UP THE

6   ACCOUNT, WAS THAT DONE BY MR. YERIAN?

7        A     YES.

8        Q     WHAT WAS -- WAS THE PURPOSE OF THIS ACCOUNT TO

9   INVEST IN AND TRADE STOCKS?

10       A     YES, INVEST -- YEAH.

11       Q     BEFORE THIS ACCOUNT WAS OPENED, HAD YOU HAD ANY

12  PERSONAL EXPERIENCE TRADING STOCKS?

13       A     NO.

14       Q     THIS WAS GOING TO BE YOUR FIRST TIME IN THE

15  STOCK MARKET?

16       A     YES.

17       Q     SO IN THIS ACCOUNT, WHO MADE DECISIONS ON WHICH

18  STOCKS TO PURCHASE?

19       A     I DID.

20       Q     YOU DID?

21       A     YES.

22       Q     AND HOW WOULD YOU DECIDE WHICH STOCKS TO

23  PURCHASE?

24       A     I DO A LOT OF RESEARCH BUT THERE WAS A TIME IT

25  WAS THE -- REALLY THAT CRASHED.  THE STOCK WAS REALLY

1    LOWER.  SO I THOUGHT IT WAS A GOOD TIME TO INVEST IT.

2        Q    SO TELL ME ABOUT THE RESEARCH THAT YOU WOULD DO

3    ON A STOCK BEFORE DECIDING TO PURCHASE IT.

4        A    WELL, I GO TO THE COMPANY, WOULD PICK THE STOCK,

5    WHERE I PICK, THEN I LOOK AT THE COMPANY ON HOW DID THEY

6    DO TO HOW THEIR BUSINESSES ARE, THEN HOW IT USED TO BE

7    BEFORE THE CRASH OR SOMETHING LIKE THAT.  AND THERE WERE

8    USUALLY SURE AS A COMPANY THE HISTORY.

9        Q    SO WOULD PART OF YOUR RESEARCH BE TO DETERMINE

10   WHAT TYPE OF BUSINESS THAT COMPANY DID OR WHAT TYPE OF

11   INDUSTRY IT WAS INVOLVED IN?

12       A    YES.

13       Q    OKAY.  DID YOU OWN THIS STOCK ACCOUNT TOGETHER?

14       A    YES.

15       Q    AND THAT'S WHY MR. YERIAN'S NAME IS ON THE

16   ACCOUNT?

17       A    YES.

18       Q    DID MR. YERIAN BUY AND SELL STOCKS IN THIS

19   ACCOUNT?

20       A    THIS ACCOUNT, NO.  THE JOINT ACCOUNT, NO, HE

21   DOESN'T.  HE -- OURS, I ASK HIM TO BE TRADE AND SELL AND

22   BUY AND STUFF LIKE THAT.

23       Q    SO IT'S YOUR TESTIMONY THAT ANY STOCK TRADE THAT

24   WOULD HAVE BEEN MADE IN THIS JOINT ACCOUNT WAS ONE HUNDRED

25   PERCENT YOUR IDEA; IS THAT RIGHT?

1        A    YES.

2        Q    AND THAT IF MR. YERIAN HAD MADE ANY TRADES IN

3   THAT ACCOUNT, IT WOULD HAVE BEEN ONLY AT YOUR DIRECTION?

4        A    YES.

5        Q    THE ACTUAL ACT OF PURCHASING A STOCK, WHO WOULD

6   GO INTO THE ETRADE ACCOUNT AND BUY IT?

7        A    WELL, MY HUSBAND DID THAT BECAUSE I ASKED HIM TO

8   GET IT, TO BUY THE STOCK AND SELL, AND HE USUALLY GO IN

9   AND BUY IT, THE STOCK AND TO SELL FOR WHAT I ASK HIM TO DO

10  IT.

11       Q    SO THE ACT OF PURCHASING THE STOCK, WAS THAT

12  ALWAYS DONE BY MR. YERIAN OR DID YOU EVER BUY ANY OF THE

13  STOCKS?  AND WHEN I SAY BUY, I MEAN GO INTO THE ETRADE

14  ACCOUNT AND SELECT I WANT TO BUY 100 SHARES OF --

15       A    I DON'T.  I ALWAYS ASK MY HUSBAND TO DO IT.

16       Q    OKAY.  SO IS IT FAIR TO SAY THAT EVERY STOCK

17  TRADE THAT WOULD HAVE BEEN MADE IN THAT ACCOUNT WAS

18  PHYSICALLY MADE BY MR. YERIAN?

19       A    YES.

20       Q    ALL RIGHT.  I WOULD LIKE TO TURN TO THE BINDER,

21  TO EXHIBIT 4.  THIS IS AN OCTOBER STATEMENT FOR THE JOINT

22  ACCOUNT WE'VE BEEN DISCUSSING.

23            I JUST WANT TO CONFIRM WHERE YOU SEE AT THE TOP

24  THE ACCOUNT NUMBER ENDS 8472.  DO YOU SEE THAT, IN THE TOP

25  LEFT CORNER?

1     A    YES.

2     Q    OKAY.  AND UNDERNEATH THAT IT SAYS ACCOUNT TYPE

3 JOINT?

4     A    YES.

5     Q    OKAY.  AND THEN IN THE MIDDLE OF THE PAGE IT

6 SAYS KEITH A. YERIAN AND SUN Y. PAK AND THEN JTWROS WHICH

7 IS JOINT WITH RIGHT OF SURVIVORSHIP.

8         DO YOU SEE THAT?

9     A    YES.

10    Q    OKAY.  IS THIS THE FIRST ACCOUNT STATEMENT FROM

11 THIS JOINT ACCOUNT?

12    A    YES.

13    Q    AND IF YOU LOOK IN THE MIDDLE OF THE PAGE, IT

14 SAYS AS OF SEPTEMBER 30TH, 2008, THERE'S NOTHING IN THE

15 ACCOUNT.  BUT THEN AS OF OCTOBER 31ST, 2008, THERE'S NOW

16 50,000 IN THE ACCOUNT.

17        DO YOU SEE THAT?

18    A    YES.

19    Q    AND IF YOU COULD TURN TO PAGE 50 -- AT THE

20 BOTTOM OF THAT, IN THAT EXHIBIT, PAGE 51, AT THE BOTTOM,

21 IT SAYS SP0051.  ACTUALLY, LET ME DIRECT YOU TO THE LAST

22 PAGE, 52.

23        DO YOU SEE -- DO YOU HAVE THE PAGE?

24    A    YES.

25    Q    OKAY.  DO YOU SEE IN THE MIDDLE WHERE IT SAYS

1   OCTOBER 24, 2008 WIRE 50,000?  IS THAT THE INITIAL $50,000

2   DEPOSIT FOR THIS ACCOUNT?

3        A    YES.

4        Q    WHERE DID THAT MONEY COME FROM?

5        A    IT COME FROM KOREA.

6        Q    WAS THAT SENT TO YOU BY YOUR MOTHER?

7        A    YEAH, THAT'S FROM MY, MY MOM.

8        Q    OKAY.  DID YOU ASK THAT SHE SEND YOU $50,000?

9        A    I ASKED HER TO.

10       Q    YOU ASKED HER TO SEND IT?

11       A    YES.

12       Q    DID YOU ASK OR TELL HER WHY YOU NEEDED $50,000?

13       A    WELL, BEFORE THIS MONEY, I THOUGHT TO PUT IT

14   INTO ETRADE.  THEN RIGHT AFTER WE GOT MARRIED, SHE CAME TO

15   OUR WEDDING 2008, MAY -- WHEN WE GOT MARRIED IN MAY, SHE

16   CAME TO THE STATES.  SO SHE CAME TO OUR WEDDING.

17            AND I WAS TALKING TO MY MOTHER AND BECAUSE HIS

18   INCOME WASN'T THAT GREAT, SO I WAS TALKING ABOUT, YOU

19   KNOW, HOW YOU CAN START -- I CAN START SOME BUSINESS OR

20   SOMETHING, YOU KNOW.  AND SHE SAY, SHE HAVE HER LAND IN

21   KOREA, SHE CAN BORROW AGAINST TO IT IF I NEEDED SOME MONEY

22   TO DO SOMETHING WITH THAT.

23       Q    IS IT FAIR TO SAY THAT THE PURPOSE OF THIS

24   $50,000 WAS FOR YOU TO USE TO START SOME TYPE OF A

25   BUSINESS?

1      A    WELL, SHE TOLD ME, SHE SAID SEND THE MONEY TO ME

2   SO I CAN USE TO START SOME BUSINESS IF I WANTED TO.  SO I

3   DIDN'T DO IT RIGHT AWAY UNTIL -- BUT I WAS GOING TO INVEST

4   IT IN THE ETRADE.

5      Q    I'M SORRY.  DID YOU SAY YOU DID TELL HER YOU

6   WERE GOING TO INVEST IT IN THE ETRADE?

7      A    NO, I DIDN'T.  I DID NOT TELL HER THAT.

8      Q    OKAY.  I WOULD LIKE TO TURN YOUR ATTENTION TO

9   PAGE -- IT ENDS IN 51, THE PAGE BEFORE THAT.

10          DO YOU SEE IN THE MIDDLE WHERE IT SAYS UNSETTLED

11  TRADES?

12     A    YES.

13     Q    CAN YOU TELL ME WHAT AN UNSETTLED TRADE IS?

14     A    YOU SAID 51?

15     Q    YEAH, IN THE MIDDLE OF 51 UNDER TRANSACTION

16  HISTORY, IT SAYS UNSETTLED TRADES.  IT'S ALMOST DIRECTLY

17  IN THE MIDDLE OF THE PAGE ON THE LEFT SIDE.

18     A    I DON'T KNOW WHAT THAT MEANS.

19     Q    OKAY.  AND IF YOU SEE BENEATH THAT THERE ARE A

20  SERIES OF STOCKS THAT START ON OCTOBER 30TH, '08, THERE'S

21  A LIST OF COMPANIES THAT GOES ON TO THE NEXT PAGE.

22          CAN YOU TELL ME WHAT ANY OF THESE COMPANIES DO?

23     A    WELL, YES, BECAUSE THIS BARESS, BARESS COSMETIC,

24  THE COSMETIC COMPANY.

25     Q    WHICH ONE, THE ONE THAT SAYS -- LOOKS LIKE BARE

1    ESSENTIALS?

2         A    YES.

3         Q    OKAY.  WHAT ABOUT ANY OF THE OTHER ONES?

4         A    ONLY MANY IS THERE -- IT -- IS NOT OPENED, THEY

5    HAVE SOME -- SOME OF THEM.  THIS IS THE BEGINNING.  I

6    DON'T REMEMBER EXACTLY -- I MADE SOME MISTAKE ALSO, SO I

7    DON'T REALLY REMEMBER A WHOLE LOT OF THIS STUFF.

8         Q    OKAY.  DID THIS ACCOUNT MAKE MONEY?

9         A    WELL, BEGINNING, I DID LOSE SOME OF IT.

10        Q    OKAY.  OVER --

11        A    BUT IN THE END --

12        Q    SORRY, I INTERRUPTED.

13        A    -- OVER IN THE END, I DID MAKE THE MONEY.

14        Q    OKAY.  A SUBSTANTIAL AMOUNT OF MONEY, RIGHT?

15        A    YES.

16        Q    ALL RIGHT.  I WOULD LIKE TO TURN TO TRUSTEE'S 5,

17   WHICH IS THE STATEMENT FOR THE JOINT ACCOUNT, MARCH 1ST,

18   2012 TO MARCH 31ST 2012, AND IT -- DO YOU SEE WHERE IT

19   SAYS 8472, THE ACCOUNT NUMBER, AND THE JOINT ACCOUNT

20   AGAIN?  DO YOU SEE THAT IN THE TOP LEFT CORNER?

21        A    YES.

22        Q    THIS IS FOR THE SAME JOINT ACCOUNT?

23        A    YES.

24        Q    CAN YOU READ WHAT THE BALANCE IS IN THE MIDDLE

25   OF THE PAGE AS OF FEBRUARY 29, 2012?

1     A     IS IT 610 PAGES RIGHT?

2     Q     YES.

3     A     FEBRUARY --

4     Q     IT SAYS IN THE MIDDLE OF THE PAGE AS OF FEBRUARY

5  29, 2012, AND THERE'S A BALANCE ABOVE THAT.  CAN YOU TELL

6  ME -- CAN YOU READ THAT BALANCE?

7     A     $257,271.55.

8     Q     I'M SAYING JUST FOR THE RECORD, IT SAYS

9  257,285.61.

10     A     OH, I WAS LOOKING AT THE BOTTOM.

11     Q     OKAY.

12     A     I'M SORRY.  OKAY.

13     Q     SO THEN BETWEEN -- WHEN THIS ACCOUNT WAS OPENED,

14  THE BALANCE -- YOU SEE IT SAYS NOW $257,000.  DID YOU MAKE

15  ANY OTHER CASH CONTRIBUTIONS TO THIS ACCOUNT DURING THE

16  TIME THAT YOU WERE MAKING THESE TRADES?  LET ME REPHRASE

17  IT.

18          YOU PUT IN THE INITIAL 50, RIGHT?

19     A     UH-HUH.  NO.  I PUT IN MORE THAN THE 50,000.

20     Q     THAT'S WHAT I'M ASKING.  SO WHAT ELSE IN TERMS

21  OF CASH DID YOU PUT INTO THIS ACCOUNT?

22     A     WELL, THERE WAS ANOTHER 20,000 CAME FROM MY

23  MOTHER.  IT WAS 70,000 TOTAL PUT IT IN.

24     Q     OKAY.

25     A     BESIDES THAT, I GOT ANOTHER FIVE, $6,000

1   SOMETHING BECAUSE THERE WAS TIME THERE GOLD WAS REALLY,

2   REALLY HIGH PRICE.  SO I GOT A LITTLE, YOU KNOW, ALL THE

3   JEWELRY I GOT, I LIKE SELL THEM, SO I GOT A REALLY GOOD

4   PRICE FOR IT AT THAT TIME.  SO I PUT IN THERE THAT MONEY

5   ALSO.

6       Q    SO USING YOUR FIGURE, THERE WAS SOMEWHERE

7   BETWEEN 7,000 -- 70,000 AND 76,000 OF CASH WAS PUT INTO

8   THIS ACCOUNT?

9       A    YES.

10      Q    BUT THEN -- NOW, THAT IT'S REACHED 257,000, THAT

11  WILL ALL HAVE BEEN AS A RESULT OF YOUR STOCK INVESTMENTS

12  MAKING MONEY; IS THAT RIGHT?

13      A    YES.

14      Q    SO WOULD YOU AGREE WITH ME THAT THIS ACCOUNT HAS

15  ALMOST QUADRUPLED IN VALUE IN THREE YEARS, FOUR TIMES?

16      A    YES.  BUT IN THE -- BEFORE THIS MONEY GROW, I

17  MAKE THIS HUGE, HUGE DECISION.  ALMOST MY -- ALL MY MONEY

18  WAS IN THE ETRADE ACCOUNT AND I PUT IN ONE COMPANY

19  INVESTMENT.  SO I EITHER LOSE OR I'LL WIN IT.  SO.

20      Q    BUT -- OKAY.  YOU'RE AWARE OF THE GENERAL STATE

21  OF THE U.S. ECONOMY DURING THESE YEARS, 2008 TO 2012, THAT

22  IT WAS IN A RECESSION?

23      A    WELL, I KNOW THAT THE HOUSING MARKET CRASHED, SO

24  THERE WAS THE -- AND STOCK -- BECAUSE THE STOCK WAS

25  REALLY, DROPPING REALLY, REALLY LOW.  AND I BEEN HEAR THAT

1    THE PEOPLE WAS TALKING ABOUT THE (INAUDIBLE) SOMETIMES

2    WENT, WENT UP AND DOWN, THAT THAT'S THE GOOD TIME TO

3    INVEST IT.  AND I HAVEN'T DONE THAT BUT I THOUGHT THIS WAS

4    A GOOD TIME TO START IT SO I DID IT THIS TIME.

5         Q    SO WOULD YOU AGREE WITH ME THEN THAT THAT'S A

6    REALLY IMPRESSIVE RETURN DURING ONE OF THE WORST

7    RECESSIONS IN RECENT MEMORY?  WOULD YOU AGREE THAT YOU

8    MADE AN INCREDIBLE RETURN ON YOUR INITIAL INVESTMENT?

9         A    YES.  AND ALSO, I TOOK A LOT OF RISK TOO WHEN I

10   DONE THAT.

11        Q    OKAY.

12             MR. ANDERSON:  DO WE HAVE A -- MAY I

13        APPROACH THE WITNESS?

14             THE COURT:  CERTAINLY.

15             MR. ANDERSON:  I WANT TO JUST REFER TO ONE

16        EXHIBIT OF THE DEFENDANTS.

17   BY MR. ANDERSON:

18        Q    OKAY.  I HAVE PUT IN FRONT OF YOU, IT IS

19   DEFENDANTS' EXHIBIT -- IT'S DEFENDANTS' EXHIBIT BINDER,

20   AND I WANT TO DRAW YOUR ATTENTION TO NUMBER 16, WHICH THE

21   DEFENDANTS HAVE IDENTIFIED AND WHICH I'LL REPRESENT TO YOU

22   IS EVERY JOINT ACCOUNT STATEMENT FROM OCTOBER 1ST, 2008

23   THROUGH MARCH OF 2012.  SO ALMOST THREE AND A HALF YEARS

24   OF SAVINGS.

25             DO YOU SEE THIS EXHIBIT?  IF YOU WANT TO TAKE A

1    MINUTE AND LOOK THROUGH IT.  IT'S EXTENSIVE BUT I WANT, IF

2    WE HAVE ENOUGH TIME, TO SEE WHAT WE ARE LOOKING AT.  I

3    DON'T NEED YOU TO LOOK AT ANYTHING SPECIFIC.  I JUST

4    WANTED YOU TO UNDERSTAND THAT THAT'S WHAT WE ARE LOOKING

5    AT.

6        A    THIS IS ALL -- JUST A PAGE.

7        Q    THIS IS DEFENDANTS' 16 WHICH IS WHAT I BELIEVE

8    TO BE EVERY ACCOUNT STATEMENT FROM OCTOBER 2008 THROUGH

9    MARCH 2012.  DO YOU SEE THAT?

10       A    YES.  I SAW THE FEBRUARY.

11       Q    I WILL REPRESENT TO YOU THAT THERE HUNDREDS IF

12   NOT THOUSANDS OF STOCK TRADES MADE WITHIN THIS EXHIBIT.

13   WOULD YOU AGREE WITH THAT?

14       A    YES.  IN THE BEGINNING OF IT, YES, IT DID.  IT

15   DID.  I DID BUY A LOT AND -- BUT THERE WAS THE -- 2010 OR

16   2011, I PUT IT INTO THE -- MOST OF THE MONEY IN THE ONE

17   OTHER COMPANY.

18       Q    BUT YOU WOULD AGREE WITH ME THAT THERE ARE

19   PROBABLY MULTIPLE THOUSANDS OF STOCK TRADES THAT ARE MADE

20   DURING THIS TIME FRAME?

21       A    YES, I DID.  YEAH, I SEE THERE.  BUT IT, IT'S

22   NOT REALLY MAKE -- SOMETIME I MADE A MISTAKE.  I LOSE THE

23   MONEY.  SO I DIDN'T DO A GOOD JOB OF IT UNTIL --

24       Q    I UNDERSTAND.  I JUST WANT TO CONFIRM THAT IT'S

25   STILL YOUR TESTIMONY THAT WHEN THE JUDGE LOOKS THROUGH

1    THIS EXHIBIT, WHICH IS HUNDREDS OF PAGES LONG, AND THERE'S

2    THOUSANDS OF STOCK TRADES, THAT IT'S YOUR TESTIMONY THAT

3    EVERY SINGLE ONE OF THESE STOCK TRADES WAS YOUR IDEA?

4        A    YEAH.  I ASK FOR HIM TO BE TRADE AND BUY AND

5    SELL.

6        Q    OKAY.  NOW, LET'S GO BACK TO TRUSTEE'S 5, WHICH

7    WAS IN THE EXHIBIT THAT YOU -- THE BOOK YOU HAD BEFORE.

8        A    THIS ONE?

9        Q    THE ONE UNDERNEATH.  YES, THAT ONE.  AND IF YOU

10   COULD TURN TO, AT THE BOTTOM IT SAYS NUMBER 615.

11           MR. WOLFF:  I'M SORRY, YOUR HONOR.  COULD I

12       HAVE HIM REPEAT THE REFERENCE (INAUDIBLE)?

13           MR. ANDERSON:  YES.  IT IS -- WE'RE AT

14       TRUSTEE'S 5 AND THE PAGE IS 615.

15           THE WITNESS:  615?

16           MR. ANDERSON:  KY -- KY000615.

17           MR. WOLFF:  IT'S NOT THERE.  IT'S ETRADE.

18   BY MR. ANDERSON:

19       Q    DO YOU HAVE THAT STATEMENT IN FRONT OF YOU?

20       A    YES, 615.

21       Q    OKAY.  DO YOU SEE IN THE MIDDLE OF THE PAGE IT

22   SAYS MARCH 14, 2012 TRANSFER MARGIN TO CASH, AND THERE'S

23   $251,540?

24           DO YOU SEE THAT LINE ITEM?

25       A    YES.

1      Q    WERE YOU TRADING ON MARGIN DURING THIS TIME?

2      A    NO.  JUST CASH VALUE.

3      Q    WHY WAS IT NECESSARY TO TRANSFER FROM MARGIN TO

4   CASH?

5      A    BECAUSE I NEEDED THE MONEY BECAUSE I WAS GOING

6   TO MOVE TO -- OUT OF OHIO.  I NEEDED TO -- PLACES,

7   SOMEPLACE, YOU KNOW.

8      Q    YOU DIDN'T MAKE A TRANSFER FROM MARGIN TO CASH

9   BEFORE MAKING THAT WITHDRAWAL?

10     A    THIS IS WHEN I WAS -- BEFORE I CLOSE TO THIS

11  ACCOUNT.

12     Q    RIGHT.  I UNDERSTAND THAT.  I'M JUST -- BEFORE

13  YOU CLOSED THE ACCOUNT AND TRANSFERRED THE MONEY OUT, HAD

14  YOU BEEN TRADING ON MARGIN?

15     A    I DIDN'T HAVE A MARGIN ACCOUNT.

16     Q    OKAY.  CAN YOU TELL ME WHAT IT MEANS TO TRADE ON

17  MARGIN?

18     A    MARGIN IS YOU BORROW MONEY TO BUY THE STOCK AND

19  INVEST IT.  AND THIS SELL TIME I DIDN'T HAVE A MARGIN.

20     Q    OKAY.  IF YOU LOOK AT THE LINE UNDERNEATH THAT

21  IT SAYS -- THERE'S A TRANSFER FOR $256,000.  DID YOU

22  TRANSFER $256,000 OUT OF THIS ACCOUNT?

23     A    YES.

24     Q    AND WHERE DID IT GO?

25     A    IT WENT TO THE OTHER ACCOUNT.

1        Q    WHICH OTHER ACCOUNT?

2        A    OH, I FORGET THE NUMBER, THE FULL NUMBER.  BUT I

3   HAVE ANOTHER ETRADE ACCOUNT.  IT'S JUST FOR MYSELF.  TAKE

4   IT OUT OF HIS NAME AND THEN THIS JOINT ACCOUNT.

5        Q    OKAY.  SO THAT'S WHY.  YOU TOOK THE MONEY FROM

6   THE JOINT ACCOUNT AND TRANSFERRED IT INTO AN ACCOUNT THAT

7   YOU HAD JUST IN YOUR NAME?

8        A    YES.

9        Q    WHY DID YOU DO THAT?

10       A    I NEEDED THE MONEY TO MOVE -- WHEN I MOVED OUT

11   OF OHIO.

12       Q    OKAY.  DID YOU ULTIMATELY PURCHASE A HOUSE --

13   THE HOUSE OUT OF YOUR INDIVIDUAL ACCOUNT?  I'LL REPHRASE.

14            WHEN YOU TRANSFERRED THE MONEY INTO YOUR

15   INDIVIDUAL ACCOUNT, DID YOU ULTIMATELY THEN PURCHASE THE

16   HOUSE OUT OF THE INDIVIDUAL -- USE THE MONEY FROM THE

17   INDIVIDUAL ACCOUNT TO PURCHASE THE HOUSE?

18       A    YES.

19       Q    OKAY.  WHY DIDN'T YOU PURCHASE THE HOUSE THROUGH

20   THE JOINT ACCOUNT?

21       A    WELL, I THINK I SAID EARLIER BECAUSE OF DEBBIE

22   CAME TO OUR HOUSE IN 2010 AND TAKE THE CHRYSLER OUT OF THE

23   OUT OF THE HOUSE.  AND IT WASN'T REALLY COMFORTABLE TO

24   LIVE IN OHIO AND WE WOULD DISCUSSED AND THEN SEPARATED AND

25   THEN DIVORCING.  SO I WASN'T SURE WE WERE GOING TO BE

1    STILL TOGETHER AT THAT TIME.  SO I DIDN'T WANT -- I MEAN,

2    HE HAVE WHOLE FAMILY OHIO.

3            SO WHEN I MOVE OUT OF THERE, THEN I DON'T WANT

4    HIM TO BE -- MOVE OUT OF THERE BECAUSE OF ME.  THEN HE

5    MOVE RIGHT AWAY FROM EVERYBODY WHERE HIS FAMILY AND -- OR

6    RELATIVES.  I WANT HIM TO MAKE A CHOICE HIMSELF.  SO --

7        Q    OKAY.  LET ME JUST BACK UP.  SO YOU MENTIONED

8    THAT YOU TRANS -- YOU TRANSFERRED THIS TO TAKE HIS NAME

9    OFF I THINK I HEARD YOU SAY.

10           WHAT DOES THAT MEAN?  TAKE HIS NAME OFF THE

11   ACCOUNT, WHAT DOES THAT MEAN?

12       A    WELL, IT'S NOT HIS MONEY ANYWAY.  SO IT WAS MY

13   MONEY FROM MY MOTHER FOR -- I THINK IT WAS MY MONEY CAUSE

14   IT WAS NEVER BEEN HIS MONEY.  THEN ALSO, I NEEDED THE

15   MONEY TO BUY THE HOUSE OR MOVE AWAY TO SOMEWHERE ELSE.

16       Q    OKAY.  THE MONEY WHEN IT CAME OUT -- I'M LOOKING

17   BACK AT 6/15 -- THERE WAS A TRANSFER OUT FROM THE ACCOUNT

18   TO YOUR JOINT ACCOUNT FOR 256,000.  THAT HAPPENED IN MARCH

19   OF 2012, RIGHT?

20       A    YES.

21       Q    AND THAT WOULD HAVE BEEN ABOUT FOUR MONTHS AFTER

22   DEBBIE YERIAN HAD FILED THE LAWSUIT AGAINST YOU?

23       A    YES.

24       Q    COULD YOU HAVE PURCHASED THE HOUSE FROM THE

25   JOINT ACCOUNT?

```
1      A    WELL, WE WERE JUST SUPPOSED TO HAVE BEEN

2   SEPARATED, THE WORSE THAT -- YOU KNOW, I DON'T THINK IT BE

3   REALLY IDEA TO BUY THE HOUSE IN JOINT ACCOUNT.  AND IT

4   WASN'T HIS MONEY.  I DIDN'T KNOW -- OTHER THAN I JUST THAT

5   TIME, I DON'T THINK THAT HE SHOULD BE IN THE -- HIS NAME

6   IN THE JOINT ACCOUNT.

7      Q    IS IT FAIR TO SAY THAT YOU TRANSFERRED THAT

8   MONEY BECAUSE YOU WERE AFRAID THAT DEBBIE YERIAN WAS GOING

9   TO COME AFTER IT?

10     A    WHY, IT'S -- SHE CAN'T GRAB MY MONEY BECAUSE

11  IT -- IT'S NOT THE RIGHT WAY TO GET TO IT.  SHE DOESN'T --

12     Q    BUT SHE HAD FILED A LAWSUIT AGAINST YOU, RIGHT?

13     A    YES, WELL, SHE DOESN'T HAVE -- SHE'S NOT --

14     Q    IF WE COULD TURN TO TRUSTEE'S 6.  THIS IS AN

15  ETRADE ACCOUNT.  YOU SEE AT THE TOP, IT'S A STATEMENT FROM

16  MARCH 2012 TO MARCH -- WELL, IT'S A STATEMENT FOR THE

17  MONTH OF MARCH 2012.  THE ACCOUNT NUMBER ENDS 5634 AND IT

18  SAYS INDIVIDUAL.

19          DO YOU SEE THAT?

20     A    YES.

21     Q    OKAY.  AND IN THE MIDDLE IT SAYS THE NAME ON THE

22  ACCOUNT IS SUN Y. PAK?

23     A    YES.

24     Q    YOUR HUSBAND'S NOT ON THIS ACCOUNT?

25     A    YES.
```

1      Q    OKAY.  AND IF YOU TURN TO THE NEXT PAGE UNDER

2  THE WITHDRAWALS AND DEPOSITS TAB, THERE'S A TRANSFER FOR

3  $256,000.

4          IS THAT THE FUNDS COMING IN FROM THE JOINT

5  ACCOUNT?

6      A    YES.

7      Q    HOW MUCH WAS THE HOMESTEAD THAT YOU PURCHASED

8  WITH THAT MONEY?

9      A    I DON'T QUITE UNDERSTAND THAT.

10     Q    THE HOUSE THAT YOU PURCHASED WITH THESE FUNDS,

11 HOW MUCH DID IT COST YOU?

12     A    OH, THERE WAS THE SHORT SALE.  I BOUGHT IT IN

13 SHORT SALE.  THAT WAS $175,000.

14     Q    OKAY.  SO WHAT HAPPENED TO THE OTHER TWO HUNDRED

15 AND -- WELL, THERE WAS 256 AND THEN 173 CAME OUT TO

16 PURCHASE THE HOUSE.

17          WHAT HAPPENED TO THE REST OF THE FUNDS?

18     A    WELL, WHEN I BOUGHT THE HOUSE IT WAS A SHORT

19 SALE.  THERE WAS A LOT OF WORKING STUFF.  IT WAS THE AIR

20 CONDITIONER GONE.  SO I HAD TO DO THE TOTAL HOUSE REMODEL

21 BECAUSE OF THE -- NOTHING WAS THERE.  THE POOL PUMP IS

22 GONE.  THEY HAVE A WELL PUMP, IT'S GONE.  AIR CONDITIONER

23 IS GONE.  FLOORING IS GOT -- DAMAGE TO DO BECAUSE OF WOOD

24 FLOOR.  AND THE CARPET'S GOT A -- NOT GET THE SUN

25 (INAUDIBLE) THAT FADE AWAY.

1    Q    IS IT FAIR TO SAY THAT THE REST OF THE FUNDS --

2  WELL, DID ANY OF THE FUNDS, THE REMAINING FUNDS GO TO PAY

3  FOR ANY OF YOUR LIVING EXPENSES?

4    A    WELL, SOME OF IT I USE FOR THE LIVING EXPENSES,

5  LIVING OFF OF THAT MONEY ALSO.

6    Q    AND THOSE WOULD HAVE BEEN -- WOULD THOSE HAVE

7  BEEN LIVING EXPENSES THAT YOU SHARED WITH MR. YERIAN?

8    A    PAY THE BILL.

9    Q    YOU PAID -- SO OF ALL THE MONEY THAT WAS IN THE

10 ACCOUNT, 173 TO THE HOUSE AND IT'S -- I THINK IT'S FAIR TO

11 SAY FROM YOUR TESTIMONY THAT ALL OF THE REMAINING FUNDS

12 WENT TO LIVING EXPENSES OR HOUSE REPAIRS OR BILLS; IS THAT

13 FAIR?

14   A    YES.

15   Q    AND THEN IF YOU COULD TURN TO TRUSTEE'S 7, WHICH

16 IS THE INDIVIDUAL ACCOUNT FOR JULY OF 2012, IF YOU TURN TO

17 THE SECOND PAGE OF THAT EXHIBIT, TOWARDS THE BOTTOM,

18 THERE'S A WIRE OUT FOR 173,310.

19        DO YOU SEE THAT?  TRY THE NEXT PAGE.

20   A    IS IT THE NEXT PAGE?  OKAY.

21   Q    SORRY ABOUT THAT.  UNDER THE WITHDRAWALS TAB

22 TOWARDS THE BOTTOM, DO YOU SEE THE WIRE OUT FOR 173,000?

23   A    YES.

24   Q    THAT WAS TO PURCHASE THE PROPERTY, RIGHT?

25   A    YES.

1      Q    AND THEN ABOVE THAT, THERE'S ANOTHER WITHDRAWAL

2  OF 25,000.  WAS THAT FOR THE REPAIRS AND LIVING EXPENSES

3  AND BILLS?

4      A    YES.  YES.

5      Q    OKAY.  AND IF YOU COULD TURN TO TRUSTEE'S 8, IS

6  THIS THE CONTRACT TO PURCHASE THE SALE -- I'M SORRY.  IS

7  THIS THE CONTRACT TO PURCHASE THE HOMESTEAD PROPERTY, YOUR

8  HOMESTEAD?

9      A    YES.

10     Q    OKAY.  AND IF YOU COULD LOOK AT PAGES 21 AND 22,

11 WAIT -- YEAH, PAGES 21 AND 22 OF THAT EXHIBIT, ARE THOSE

12 YOUR SIGNATURES?

13     A    YES.

14     Q    WHY DIDN'T YOU HAVE MR. YERIAN JOIN IN THE

15 PURCHASE OF THIS PROPERTY?

16     A    WELL, THAT'S -- I DIDN'T KNOW WE WERE GOING TO

17 BE TOGETHER THAT TIME ALSO.  SO I WASN'T SURE.  THAT'S WHY

18 I DIDN'T PUT HIS NAME IN THERE.

19     Q    I AM GOING TO SKIP TRUSTEE'S 10, WHICH ARE THE

20 BANK STATEMENTS FROM JANUARY 2012 TO SEPTEMBER 2012.  BUT

21 THEY ARE IN EVIDENCE.

22         MR. ANDERSON:  YOUR HONOR, I THINK THIS MAY

23      BE A GOOD TIME TO STOP.  THE NEXT EXHIBITS ARE

24      QUITE SUBSTANTIVE.

25         THE COURT:  VERY GOOD.  WE WILL TAKE A BREAK

1     AT THIS JUNCTURE.  AS I SAID, I HAVE A HEARING AT

2     ONE.  AND IT SHOULD BE DONE, I'M HOPEFUL, AROUND

3     QUARTER TO TWO OR SO.  WE WILL START AS SOON AS

4     WE FINISH THAT HEARING.  BUT IF YOU COULD BE BACK

5     AROUND QUARTER TO TWO, THAT WOULD BE GREAT.  THAT

6     GIVES YOU AN HOUR FOR LUNCH.

7          MR. ANDERSON:  THANK YOU.

8          THE COURT:  ANYTHING ELSE?

9          MR. WOLFF:  HOW DO YOU WANT TO HANDLE THE

10    NOTEBOOKS?

11         THE COURT:  LET'S SEE.

12         MR. WEBBER:  SHOULD WE CLOSE THEM?

13         THE COURT:  THAT'S A HARDER QUESTION, TO BE

14    HONEST.

15         MR. WEBBER:  SHOULD WE PUT THEM BACK ON

16    THE --

17         THE COURT:  CAN YOU JUST, JUST EITHER TIDY

18    THEM UP TOWARDS THE FRONT.  TAKE ANYTHING

19    CONFIDENTIAL WITH YOU --

20         MR. WEBBER:  OKAY.

21         THE COURT:  -- BECAUSE THERE WILL BE QUITE A

22    NUMBER OF PEOPLE IN THE COURTROOM.  BUT PUT THEM

23    EITHER ON THE BENCH OR ON THE FRONT OF THE

24    TABLES.  WHATEVER YOU CAN DO WOULD BE

25    APPRECIATED.  I'M SORRY ABOUT THE CONFUSION

1          TODAY.  ALL RIGHT.

2               ANYTHING ELSE BEFORE WE RECESS?

3               MR. WEBBER:  NO, JUDGE.  THANK YOU.

4               THE COURT:  VERY GOOD.  THANK YOU VERY MUCH.

5          WE ARE IN RECESS AND WE WILL SEE YOU BACK ABOUT

6          QUARTER TO TWO.

7               (WHEREUPON, COURT WAS RECESSED FROM 12:44

8          P.M. TO 2:24 P.M.)

9               THE CLERK:  COURT IS NOW IN SESSION.

10              THE COURT:  VERY GOOD.  YOU ALL CAN HAVE A

11         SEAT.  AND MISS PAK, IF YOU WOULD COME BACK UP TO

12         THE WITNESS STAND.  AND THANK YOU FOR YOUR

13         PATIENCE.  I HOPE YOU HAD SOME TIME TO RELAX A

14         LITTLE BIT.

15              AS YOU CAN SEE, TODAY HAS BEEN A VERY

16         UNUSUAL DAY AT THE COURT.  SO THESE ARE THINGS

17         YOU CANNOT ALWAYS ANTICIPATE.

18              AND WE WILL PROCEED WITH THE TESTIMONY OF

19         MISS PAK.  AND MR. ANDERSON, GO AHEAD AND

20         PROCEED.

21              MR. ANDERSON:  THANK YOU, YOUR HONOR.

22         BY MR. ANDERSON:

23         Q    MISS PAK, DO YOU REALIZE THAT YOU ARE STILL

24         UNDER OATH?

25         A    YES.

1        MR. ANDERSON:  YOUR HONOR, JUST AS A

2    HOUSEKEEPING ISSUE, I DIDN'T -- I SKIPPED OVER

3    TRUSTEE'S EXHIBIT 9.  THAT'S JUST A DEED TO MISS

4    PAK'S HOMESTEAD.  I DON'T THINK THERE IS ANYTHING

5    TO TOUCH ON WITH THAT.  BUT I WILL GO ON TO

6    TRUSTEE'S 11.

7  BY MR. ANDERSON:

8        Q    MISS PAK, DO YOU HAVE TRUSTEE'S 11 IN FRONT OF

9  YOU?

10        A    IT'S 811 -- 813?

11        Q    THAT'S CORRECT.

12        A    YES.

13        Q    OKAY.  THERE'S FOUR PAGES TO THIS EXHIBIT.  CAN

14  YOU PLEASE TELL THE COURT WHAT WE ARE LOOKING AT ON EACH

15  PAGE?  WE WILL START WITH THE FIRST ONE, 813.

16        A    OKAY.  THIS IS THE -- MY MOTHER -- EXCUSE ME --

17  THIS IS -- MY MOTHER WENT TO THE ATTORNEY OFFICE TO THE --

18  MAKE THE -- BECAUSE I BORROWED MONEY FROM HER.  SO SHE

19  MADE A DOCUMENT AND NOTARIZED WITH THE ATTORNEY.  THAT'S

20  WHEN SHE SEND IT TO ME, THIS ONE.  BECAUSE WHEN I BORROWED

21  THE MONEY FROM HER.

22        Q    CAN YOU TURN TO TRUSTEE'S EXHIBIT 12 AND CONFIRM

23  WHETHER TRUSTEE'S 12 IS A TRANSLATION OF TRUSTEE'S 11?

24        A    YES.

25        Q    OKAY.  NOW, IN -- IF WE COULD TURN TO -- IN

1    TRUSTEE'S 12, PAGE 818.  CAN YOU TELL US WHAT TRUSTEE'S

2    818 -- WHAT THIS DOCUMENT IS?

3         A    THIS IS THE DOCUMENT -- HERE IS THE ONE IN --

4    DOCUMENT TRUSTEE 814, THAT'S WHAT THE TRANSLATOR.

5         Q    OKAY.  AND READING FROM TRUSTEE'S 818 -- I'M

6    SORRY.  IN TRUSTEE'S 12, BATES STAMPED SB818, THIS SEEMS

7    TO BE A STATEMENT THAT SAYS -- I WILL READ IT TO YOU.  IT

8    SAYS:  I, THE UNDERSIGNED AFFIRM THAT FROM DECEMBER 26,

9    2006 TO OCTOBER 23, 2008, AS STATED IN THE ACCOMPANYING

10   PAPER, WIRE TRANSFERRED MY DAUGHTER, PAK SUN YO, AND

11   SON-IN-LAW, KEITH ALAN YERIAN, THE TOTAL OF 132 MILLION --

12   I BELIEVE THAT'S WON.

13        DO YOU SEE WHERE IT SAYS THAT?

14        A    YES.

15        Q    IS THE WON THE KOREAN CURRENCY?

16        A    YES.

17        Q    AND HOW MUCH MONEY IS 132 WON -- 132 MILLION WON

18   IN U.S. DOLLARS?

19        A    RIGHT NOW I DON'T -- I DON'T REMEMBER BUT THERE

20   WAS THE -- STARTING 2006.  2006 IS ONE DOLLAR TEN TO THE

21   THOUSAND WON.  SO WHEN SHE -- THAT'S THE QUOTA NUMBER

22   SINCE 2006 TO 2008.

23        Q    UNDERSTOOD.

24        A    BUT 2008, WHEN SHE SEND US 70,000, THERE WAS --

25   EXCHANGE IS A DOLLAR TO 15 THOUSAND WON.

```
 1        Q     SO IS THIS --

 2        A     -- 1,500 WON.  SO IT WAS MORE HIGHER THAN --

 3        Q     SO IT WAS APPROXIMATELY $70,000?

 4        A     NO.  THIS IS NOT -- 60,000, I GOT IT FROM THE

 5   2006, THE 2007, THERE WAS 60,000.  THAT'S THE SAME

 6   EXCHANGE AS THE U.S. DOLLAR TO THE WON.

 7        Q     LET ME -- LET ME JUST -- IF I COULD -- I WILL

 8   TRY TO RECENTER THIS ONE AS WELL.  IF YOU GO DOWN ANOTHER

 9   LINE, IT SAYS SEALED, WHICH WOULD BE A SIGNATURE, AND IT

10   SAYS CONFIRMING PERSON CHUN SIK WONG.

11              WHO IS THAT, IS THAT YOUR MOM?

12        A     YES, THAT'S MY MOM.

13        Q     SO IS THIS A SWORN STATEMENT FROM YOUR MOTHER

14   SAYING SHE TRANSFERRED YOU AND MR. YERIAN 132 MILLION WON?

15        A     YES.

16        Q     OKAY.  ALL RIGHT.  NOW, IF YOU COULD SKIP A

17   LITTLE BIT FURTHER BACK -- WELL, WHERE DID THE 132 MILLION

18   WON -- MILLION WON COME FROM?

19        A     WELL, 70,000 I NOT -- THAT WAS COME FROM, BUT

20   60,000 I'M NOT SURE BECAUSE OF THE -- YOU KNOW, SHE SEND

21   THIS OVER TO ME.  THAT WAS BEFORE WE GOT MARRIED.

22        Q     LET ME WITHDRAW THE QUESTION.  MAYBE I AM NOT

23   ASKING CORRECTLY.

24              WHERE DID YOUR MOTHER GET THE MONEY TO WIRE TO

25   YOU?
```

1      A    WELL, 70,000 WE NOW GOT IT FOR 2008, 2009.  SHE

2   BORROWED AGAINST, SHE HAD A LAND.  SO SHE BORROWED AGAINST

3   THE LAND TOO.

4      Q    OKAY.  SO SHE BORROWED THE MONEY AGAINST

5   PROPERTY SHE OWNED TO TRANSFER TO YOU?

6      A    YES.

7      Q    OKAY.  IS TRUSTEE'S -- IN TRUSTEE'S 12, AT THE

8   BOTTOM, PAGES 821, 822 AND 823, IS THIS A TRANSLATION OF

9   THE KOREAN LOAN DOCUMENT THAT YOUR MOTHER SIGNED?

10     A    I'M SORRY?

11     Q    OKAY.  DO YOU SEE SP821 AT THE BOTTOM?

12     A    820.  OKAY.  I'M SORRY.

13     Q    NO, THAT'S OKAY.

14     A    820.

15          MR. ANDERSON:  MAY I APPROACH THE WITNESS,

16     YOUR HONOR?

17          THE COURT:  CERTAINLY.

18          THE WITNESS:  IS IT 821?

19   BY MR. ANDERSON:

20     Q    YES, STARTING HERE.

21     A    STARTING HERE.

22     Q    OKAY.  821, 822, AND 823, IS THAT A LOAN

23   DOCUMENT THAT YOUR MOTHER SIGNED TO BORROW THE MONEY

24   AGAINST THE LAND?

25     A    YES.

1     Q    OKAY.  AND DO YOU SEE, LOOKING AT PARAGRAPH

2  NUMBER FIVE, IT SAYS LOAN -- ON 821, LOAN MATURITY DATE

3  JUNE 17, 2011?

4          DO YOU UNDERSTAND THAT TO MEAN THAT THE MONEY

5  SHE BORROWED, SHE HAD TO PAY BACK BY JUNE 17, 2011?

6     A    YES.

7     Q    OKAY.  I WANT TO GO TO TRUSTEE'S 13.

8          MR. ANDERSON:  YOUR HONOR, JUST FOR

9     CLARIFICATION, THIS SHOULD -- EVERYONE SHOULD

10    HAVE A LEGAL SIZE PAPER FOR TRUSTEE'S 13.

11 BY MR. ANDERSON:

12    Q    DO YOU HAVE TRUSTEE'S 13 IN FRONT OF YOU?

13    A    YES.

14    Q    IS THIS A REGISTER OF THE WIRE TRANSFERS THAT

15 YOUR MOTHER SENT TO YOU AND MR. YERIAN?

16    A    YES.  THIS IS THE BANK STATEMENT AND -- YES.

17    Q    OKAY.  SO I WANT TO WALK THROUGH THE COLUMNS

18 WITH YOU AND EXPLAIN TO THE COURT WHAT WE ARE LOOKING AT

19 HERE.

20          DO YOU KNOW WHAT COLUMN, STARTING FROM THE LEFT,

21 WHAT COLUMN NUMBER ONE IS?

22    A    YOU MEAN -- I DON'T QUITE UNDERSTAND WHAT IS

23 THIS.

24    Q    OKAY.  ALL RIGHT.  LET'S -- DO YOU SEE THE

25 COLUMNS?  THERE'S 18 OF THEM THAT GO ACROSS.

```
1            MR. ANDERSON:  YOUR HONOR, FOR

2       IDENTIFICATION PURPOSES FOR THIS EXHIBIT, I THINK

3       IT MAY BE HELPFUL IF THE WITNESS IS ABLE TO

4       MARK --

5            THE COURT:  UM-HMM.

6            MR. ANDERSON:  IF I COULD GIVE HER A PEN TO

7       MARK THE COLUMNS SO WE KNOW WHICH ONES WE ARE

8       TALKING TO HER ABOUT?

9            THE COURT:  UM-HMM.

10           MR. ANDERSON:  MAY I APPROACH?

11           THE COURT:  CERTAINLY.

12           MR. ANDERSON:  MAY I MARK THE EXHIBIT?

13           THE COURT:  CERTAINLY.

14           MR. ANDERSON:  YOUR HONOR, IF IT'S

15      NECESSARY, WE'LL GO THROUGH ALL OF THEM BUT LET'S

16      START WITH COLUMN NUMBER THREE.

17 BY MR. ANDERSON:

18      Q    WOULD YOU AGREE THAT THOSE ARE DATES OF WIRE

19 TRANSACTIONS?

20      A    YES.

21      Q    AND NOW WE ARE SKIPPING TO COLUMN TEN.  THAT

22 SAYS U.S.D. FOR U.S. DOLLAR --

23      A    YES.

24      Q    -- DO YOU UNDERSTAND THAT TO BE TRUE?

25      A    YES.
```

1      Q    OKAY.  AND THEN THE NEXT COLUMN, COLUMN 11, DO

2  YOU AGREE THAT'S THE AMOUNT OF EACH TRANSFER IN UNITED

3  STATES DOLLARS?

4      A    YES.

5      Q    OKAY.  NUMBER 16, WOULD YOU AGREE THAT THAT

6  COLUMN IDENTIFIES WHO RECEIVED EACH INDIVIDUAL WIRE?

7      A    YES.

8      Q    OKAY.  NUMBER 17, WOULD YOU AGREE THAT THOSE ARE

9  BANK ACCOUNT NUMBERS FOR YOU AND MR. YERIAN?

10     A    YES.

11     Q    OKAY.  SO I'M LOOKING IN THAT COLUMN 17, THE

12 FIRST BANK ACCOUNT NUMBER SAYS, THE LAST FOUR NUMBERS ARE

13 7267.  DO YOU SEE THAT?

14     A    YES.

15     Q    AND THEN YOUR NAME IS NEXT TO IT?

16     A    YES.

17     Q    WAS THAT YOUR BANK ACCOUNT HELD AT NATIONAL CITY

18 BANK?

19     A    YES.

20     Q    WAS MR. YERIAN ON THAT BANK ACCOUNT?

21     A    NO.

22     Q    OKAY.  NOW, I'M GOING TO SKIP DOWN TO THE NEXT

23 LINE.  DO YOU SEE DIRECTLY UNDERNEATH THAT, THE LAST FOUR

24 NUMBERS ARE 9432?  DO YOU SEE THAT?

25     A    YES.

1        Q     IS THAT MR. YERIAN'S BANK ACCOUNT?

2        A     I GUESS, BECAUSE I NEVER SEEN HIS CHECKING

3     ACCOUNT.

4        Q     IT'S NOT YOUR BANK ACCOUNT?

5        A     NO, IT'S NOT MINE.

6        Q     OKAY.  AND THEN PARAGRAPH 18, THAT'S NATIONAL

7     CITY BANK.  IS THAT WHERE BOTH YOU AND MR. YERIAN WOULD

8     HAVE BANKED DURING THIS PERIOD?

9        A     YES.  THAT WAS -- THEY CHANGED IT TO PNC NOW.

10       Q     IT IS NOW PNC BANK?

11       A     YES.

12       Q     OKAY.  LET'S GO -- NOW, YOU SEE THERE ARE SIX OF

13    THEM STARTING FROM THE TOP.

14             CAN YOU TELL ME WHAT THE FIRST TRANSFER WAS FOR,

15    THE ONE THAT IS $30,000 TO YOU?

16       A     WELL, THERE WAS THE -- I DIDN'T -- I DIDN'T HAVE

17    A JOB AND I DIDN'T HAVE ANY INCOME COMING IN.  SO SHE

18    WAS -- SHE WAS -- SHE WAS TO LOAN TO ME AND I WAS SUPPOSED

19    TO PAY BACK BUT I HAVEN'T DONE THAT.  THAT'S WHAT REASON

20    SHE SEND ME THE MONEY.  SO BOTH OF THE ONE FOR MY NAME AND

21    THEN HIS NAME, THAT WAS FROM MY MOTHER FOR ME TO -- I

22    GUESS TO SURVIVE AND LIVING COSTS.

23       Q     SO THAT ONE WAS FOR YOU FOR LIVING EXPENSES; IS

24    THAT CORRECT?

25       A     YES.

1    Q    OKAY.  THE SECOND ONE DOWN, THAT'S TO MR. YERIAN

2  FOR $30,000, WHICH HAS A DATE OF JANUARY 3RD, 2007, WHAT

3  WAS THAT TRANSFER FOR?

4    A    THAT'S THE SAME PURPOSE OF IT.  IT'S LOAN IT TO

5  ME.  BUT USED TO HER -- SHE WENT -- SHE WENT TO THE BANK.

6  SOMEHOW OR ANOTHER, THE KOREA BANK HAD SOME KIND OF RULE

7  SO YOU CAN'T JUST DO THAT FOR ONE PERSON, TRANSACTION

8  MONEY, WIRE TRANSACTION FOR THE SAME PERSON.  SO SHE HAVE

9  TO -- ACTUALLY HAVE TO USE FOR HIS ACCOUNT TO GO SEND THE

10  MONEY TO ME.  SO I DON'T UNDERSTAND WHAT'S GOING ON IN

11  KOREAN BANK BUT THAT'S WHAT SHE TOLD ME THAT.

12    Q    SO IS IT YOUR TESTIMONY THAT THE KOREAN BANK WAS

13  UNABLE TO WIRE THAT SECOND TRANSFER TO YOU?

14    A    WELL, SOMEBODY KNOWS -- SHE TOLD ME THAT, SHE

15  SAYS SHE CANNOT DIRECTLY DEPOSIT THE MONEY WIRED TO THE

16  BANK ACCOUNT SO SHE NEED THIS OTHER PERSON SO SHE USED

17  THE -- THAT WASN'T -- WE WEREN'T MARRIED AT THAT TIME.  WE

18  WERE LIVING TOGETHER BUT WE WASN'T MARRIED.

19    Q    HOW DID YOUR MOM GET HIS BANK ACCOUNT

20  INFORMATION?

21    A    WELL, I ASKED HIM IF HE MIND COULD I USE HIS

22  BANK ACCOUNT.  AND HE SAID GO AHEAD SO --

23    Q    AFTER THAT MONEY WAS TRANSFERRED TO HIM, WHAT

24  HAPPENED TO IT?

25    A    WELL, I -- HE CASH IT OUT AND I LOAN IT TO HIM

1   $20,000 BECAUSE AT THAT TIME HE HAD TO PAY -- HE GOT A LOT

2   OF CREDIT CARD BILL AND CAR BILL AND ALL THAT STUFF SO I

3   LENT IT TO HIM, $20,000 WITH THAT $30,000.

4        Q    OKAY.  THE NEXT TRANSFER, IT LOOKS LIKE IT'S

5   DATED NOVEMBER 13, 2007 FOR $2,000, THAT ONE'S TO YOU.

6   WHAT WAS THAT ONE FOR OR WHAT WERE THOSE FUNDS FOR?

7        A    THIS IS THE FOR -- THAT'S FOR THE -- IT'S 2007.

8   YEAH, IT'S 2007.  NO, THIS FOR THE -- WE WERE SET UP TO

9   HAVE A WEDDING DATE IN 2008 SO MY PARENTS GAVE ME THAT,

10  THAT $2,000, FOR THE WEDDING GIFT.

11       Q    OKAY.  THE NEXT LINE DOWN, WHICH IS A $50,000

12  TRANSFER TO -- IN YOUR NAME, WAS THAT THE INITIAL $50,000

13  TO FUND THE ETRADE ACCOUNT?

14       A    YES.

15       Q    THAT WAS THE JOINT ACCOUNT?

16       A    YES.

17       Q    OKAY.  LET'S CONTINUE ON THIS ONE.  THE NEXT

18  LINE DOWN IS DATED JANUARY 2ND, 2009 AND IT'S FOR $10,000

19  AND THAT'S TO MR. YERIAN.

20            DO YOU SEE THAT?

21       A    YES.

22       Q    AND WHAT WAS -- WHAT HAPPENED TO THAT MONEY?

23       A    WELL, AT THAT TIME THAT -- WE HAD ONLY ONE CAR

24  AND IT'S HARD -- I HAD TO RENT -- WHEN I PUT IN, WE NEED

25  TO DO, PUT IT INTO THE ETRADE ACCOUNT, I HAD TO GO TO

1    MYSELF TO DO THAT.  BUT I ONLY HAD ONE CAR.  THEN HE HAD

2    TO GO TO WORK SO IT WAS BETTER OFF FOR PUT IT IN HIS

3    ACCOUNT SO HE CAN TAKE CARE OF THIS STUFF, PUT IT IN THE

4    ETRADE ACCOUNT.

5         Q    SO THIS $10,000 TRANSFER HERE, THAT WENT TO HIS

6    BANK ACCOUNT.  DID HE GO TO THE BANK TO GET IT?

7         A    YEAH.  HE HAD TO GO TO BANK.  THEY LET THE

8    PHONE, THE WIRE TRANSFER TO THE ETRADE ACCOUNT.

9         Q    OKAY.  SO MR. YERIAN WENT TO THE BANK AND

10   RECEIVED THE $10,000?

11        A    YES.

12        Q    AND THEN HE TRANSFERRED IT INTO THE JOINT ETRADE

13   ACCOUNT?

14        A    YES.

15        Q    OKAY.  THE NEXT LINE DOWN, THERE'S ANOTHER

16   $10,000 THAT CAME INTO MR. YERIAN ON JANUARY 7TH, 2009.

17        A    THAT'S THE SAME PURPOSE OF IT.  IT'S THE -- IT

18   WAS THE -- WE ONLY HAVE THE ONE VEHICLE.

19        Q    SO FOR THAT ONE, THE FUNDS WENT INTO MR.

20   YERIAN'S ACCOUNT AND THEN HE WENT TO THE BANK AND GOT THEM

21   AND THEN TRANSFERRED THEM INTO THE ETRADE ACCOUNT?

22        A    ETRADE ACCOUNT, YES.

23        Q    OKAY.  OKAY.  IF YOU COULD TURN BACK TO

24   TRUSTEE'S 12, IT'S -- AND I'M LOOKING SPECIFICALLY AT PAGE

25   818 AT THE BOTTOM.  ARE YOU --

1      A    YES.

2      Q    OKAY.  THIS IS THE CONFIRMATION DOCUMENT WITH

3  YOUR MOM SAYING THAT SHE MADE THE TRANSFERS TO YOU AND

4  YOUR HUSBAND.  DO YOU SEE THAT?

5      A    YES.

6      Q    OKAY.  DO YOU SEE WHERE IT'S SIGNED IN THE

7  MIDDLE, JULY 20TH, 2012?

8      A    YES.

9      Q    WHY WAS THIS DOCUMENT CREATED ALMOST FOUR YEARS

10  AFTER THE LAST TRANSFER THAT'S MENTIONED, WHICH IS OCTOBER

11  23, 2008?

12      A    WELL, I BEEN, I BEEN TRYING TO PAY HER FOR LOAN,

13  BUT I DIDN'T HAVE -- I DIDN'T ACTUALLY HAVE THE MONEY TO

14  DO THAT SO IT'S -- I ASK HER WHAT SHOULD I DO?  AND SHE

15  SAY SHE IS GOING TO MAKE IT AS DOCUMENTATION SO

16  WHENEVER -- BECAUSE SHE ALREADY KNEW THIS ABOUT THE HOUSE.

17          SO WHEN THE HOUSE GET BETTER, THEN I CAN SOLD IT

18  AND GIVE IT TO HER OR SOMETHING.  SO SHE SAY WE -- I CAN

19  PUT IT IN THE DOCUMENTATION AND SEND IT TO YOU, THEN YOU

20  CAN KEEP IT.  SO THAT'S WHEN SHE STARTED.  SHE MADE THIS

21  DOCUMENTATION CAUSE I DIDN'T HAVE A WAY TO PAY AT THAT

22  TIME.

23      Q    OKAY.  THIS DOCUMENT WAS CREATED ON JULY 20TH OF

24  2012, WHICH WOULD BE ABOUT EIGHT MONTHS AFTER DEBBIE

25  YERIAN FILED A LAWSUIT AGAINST YOU, RIGHT?

1       A    YEAH.

2       Q    WAS THIS DOCUMENT INTENDED TO MAKE IT SEEM LIKE

3   THE FUNDS IN THE ACCOUNT WERE YOURS ALONE SO THAT MISS

4   YERIAN WOULDN'T LAY CLAIM TO THEM?

5       A    NO, IT'S NOT -- THAT WASN'T THE PURPOSE OF IT

6   CAUSE I WAS TALKING TO MY MOTHER AND THAT'S -- I WAS

7   BORROWING MONEY FROM MY MOTHER SO EVENTUALLY I HAVE TO PAY

8   HER BACK.

9       Q    THIS LOAN THAT SHE TOOK OUT AGAINST HER LAND,

10  THAT MATURED IN 2011, RIGHT, JUNE 17, 2011?

11      A    YES.

12      Q    OKAY.  WHY DIDN'T YOU PAY HER BACK AT THAT TIME

13  WHEN THE LOAN MATURED?

14      A    WELL, I TALK TO HER ABOUT THAT.  SHE SAY, YOU

15  KNOW, SOMETHING YOU WANT TO DO AND SHE WASN'T PUSH IT AND

16  SHE SAY, YOU KNOW, SHE COULD MAKE IT.  SHE DOESN'T HAVE A

17  WAY TO PAY IT OFF BUT IF I CAN USE TO MAKE A DIFFERENCE OF

18  IT, THEN SHE, SHE LET ME USE THAT SO.  YOU KNOW, IT'S

19  JUST -- I DON'T KNOW HOW TO ANSWER THAT QUESTION BECAUSE

20  MY MOTHER ACTUALLY DO ME A FAVOR OR SOMETHING SO I CAN USE

21  IT.

22           MR. ANDERSON:  MAY I HAVE A MINUTE, YOUR

23      HONOR?

24           THE COURT:  CERTAINLY.

25  BY MR. ANDERSON:

1    Q    DID YOU -- WAS IT YOUR TESTIMONY PREVIOUSLY THAT

2    YOU DIDN'T HAVE THE MONEY TO PAY HER BACK WHEN THAT LOAN

3    MATURED?  DID YOU SAY PREVIOUSLY THAT YOU DIDN'T PAY HER

4    BACK?

5        A    WHEN BEFORE I BOUGHT THE HOUSE, I HAVEN'T

6    ACTUALLY HAD THE MONEY TO PAY IT ALL OFF, TO PAY THE LOAN.

7    WHEN I BORROWED FROM HER.  BUT I WAS TALKING TO HER -- I

8    DIDN'T TELL HER THAT THE DETAILS THAT WAS GOING ON WITH

9    OUR RELATIONSHIP AND ALL THAT BUT SHE SAY THAT IF I CAN

10   USE SOMETHING TO BETTER FOR MY LIFE THAT I SAW, THEN SHE

11   SAID GO AHEAD AND DO SOMETHING WHEN YOU WOULD LIKE TO DO

12   IT SO.

13       Q    OKAY.  IF YOU COULD GO BACK TO TRUSTEE'S 13

14   WHICH IS THE LONG ONE WITH THE LOAN TRANSACTIONS.  OKAY.

15   DO YOU SEE NUMBERS 5 AND 6 AT THE BOTTOM, THE DATES OF

16   THOSE ARE JUNE OF 2009?

17            WOULD YOU AGREE THAT THOSE ARE NOT ENCOMPASSED

18   DURING THE TIME FRAME OF THE STATEMENT WHERE SHE SAID SHE

19   LOANED YOU MONEY FROM 2006 TO 2008?

20       A    PARDON -- I DON'T QUITE UNDERSTAND QUESTION.

21       Q    SURE.  THOSE BOTTOM TWO TRANSFERS, DO YOU SEE

22   THEM, THAT ARE THE $10,000 ONES FROM 2009?

23       A    YES.

24       Q    THOSE WERE NOT ENCOMPASSED IN THIS PRIOR

25   STATEMENT FROM YOUR MOM THAT SAID SHE MADE YOU TRANSFERS

1   FROM 2006 TO 2008; WOULD YOU AGREE WITH THAT?

2        A    SHE MADE A TOTAL AMOUNT WHEN SHE SEND ME.

3   THAT'S WHAT SHE PUT IT UNDER THAT $132,000 ONE.  BECAUSE

4   SHE WAS CALCULATED FOR THAT TIME TO EXCHANGE WEIGHT.

5             MR. ANDERSON:  YOUR HONOR, AT THIS POINT I

6        AM GOING TO SKIP -- THE TAX RETURNS HAVE BEEN

7        ENTERED AS THE 2010 -- AS TRUSTEE'S 14.  THE 2011

8        IS TRUSTEE'S 15.

9             THE COURT:  ALL THE EXHIBITS ARE IN.

10            MR. ANDERSON:  RIGHT.  AS FOR A HOUSEKEEPING

11       ITEM ON NUMBER -- FOR THE 2011 TAX RETURN.  IT

12       GOT UPLOADED.  THE LAST TWO PAGES OF THE 2011 OR

13       TWO THOUSAND -- THE FIRST TWO PAGES OF THE 2012

14       RETURN ARE AT THE BACK OF 2011.  JUST FOR

15       CLARIFICATION.

16  BY MR. ANDERSON:

17       Q    IF WE COULD TURN THEN TO TRUSTEE'S 20.  DO YOU

18  HAPPEN TO HAVE TAB NUMBER 20 IN FRONT OF YOU?  THAT

19  LOOKS --

20            MR. ANDERSON:  MAY I APPROACH?

21            THE COURT:  CERTAINLY.

22            THE WITNESS:  OH, SORRY.

23  BY MR. ANDERSON:

24       Q    DO YOU RECALL COMPLETING INTERROGATORY RESPONSES

25  THAT WERE SERVED BY OUR OFFICE?  HAVE YOU SEEN THIS

```
1   DOCUMENT BEFORE?

2        A    YES, I DID.

3        Q    OKAY.  DO YOU RECOGNIZE THIS TO BE YOUR

4   INTERROGATORY RESPONSES?

5        A    YES.

6        Q    OKAY.  CAN YOU TURN TO THE LAST PAGE?  I JUST

7   WANT TO CONFIRM THAT THAT'S YOUR SIGNATURE IN THE MIDDLE

8   OF THE PAGE?

9        A    YES.

10       Q    OKAY.  AND IF YOU COULD GO BACK ONE MORE PAGE

11  TO -- I WANT TO ASK YOU A QUESTION ABOUT NUMBER 11.

12  NUMBER 11 SAYS:  IDENTIFY WHY KEITH A. YERIAN TRANSFERRED

13  $256,000 FROM HIS -- IT SAYS TD AMERITRADE, BUT IT SHOULD

14  SAY ETRADE ACCOUNT -- END 8472 TO YOUR TD AMERITRADE --

15  AGAIN IT SHOULD SAY ETRADE -- ENDING POUND OR NUMBER 5634

16  ON OR ABOUT MARCH 15, 2012.

17            COULD YOU READ YOUR RESPONSE TO THAT AND YOU CAN

18  STOP AFTER THE SECOND SENTENCE?  I'M SORRY.  CAN YOU READ

19  IT OUT LOUD, PLEASE?  MISS PAK?

20       A    OKAY.

21       Q    LET ME --

22            MR. WOLFF:  I BELIEVE, YOUR HONOR, WE'RE

23       HAVING A LANGUAGE --

24            THE COURT:  UM-HMM.

25  BY MR. ANDERSON:
```

1          Q     IF I COULD JUST -- I'LL READ YOU THE PROVISIONS.

2     YOUR RESPONSE TO THAT SAID:  THE ETRADE ACCOUNT, 8472, WAS

3     MY ACCOUNT AND MY FUNDS.

4                DO YOU REMEMBER STATING THAT IN THIS

5     INTERROGATORY?

6          A     YES.

7          Q     OKAY.  THAT WAS YOUR INTENT, RIGHT, THAT THAT

8     ACCOUNT BE YOUR ACCOUNT WITH YOUR FUNDS?

9          A     YES.

10         Q     DID YOU ULTIMATELY PURCHASE A 2007 CHEVY

11    SUBURBAN IN DECEMBER OF 2014?

12         A     I HAVEN'T PURCHASED IT, NO.

13         Q     YOU DIDN'T PURCHASE A VEHICLE?

14         A     NO.

15               MR. ANDERSON:  MAY I APPROACH THE WITNESS?

16               THE COURT:  CERTAINLY.

17    BY MR. ANDERSON:

18         Q     OKAY.  MISS PAK, I HAVE PUT IN FRONT OF YOU

19    TRUSTEE'S EXHIBIT 120.  HAVE YOU SEEN THIS DOCUMENT

20    BEFORE?

21         A     YES.

22         Q     IT'S A TITLE TO A CHEVY SUBURBAN, RIGHT?

23         A     YES.

24         Q     AND IS THAT YOUR NAME ON THE TITLE?

25         A     YES.

1      Q    OKAY.  SO WHEN I ASKED YOU BEFORE IF YOU

2  PURCHASED A VEHICLE, DID YOU IN FACT PURCHASE A VEHICLE IN

3  2014?

4      A    I DIDN'T PURCHASE IT.  MY HUSBAND BUY IT FROM

5  NEXT NEIGHBOR.

6      Q    HE BOUGHT FROM YOUR NEXT DOOR NEIGHBOR?

7      A    YES.

8      Q    OKAY.  WHY IS IT TITLED IN YOUR NAME?

9      A    I HAVE MY OLD VOLVO -- I HAD A 2003 VOLVO THAT

10  GOT BROKE DOWN SO HE THOUGHT I NEEDED A VEHICLE.

11     Q    DO YOU STILL OWN THAT VEHICLE TODAY?

12     A    CHEVY?

13     Q    YES.

14     A    YES.

15     Q    YOU STILL HAVE IT?

16     A    YES.

17     Q    DO YOU USE IT?  DO YOU DRIVE IT?

18     A    OH, ONCE IN A WHILE I NEED TO GO TO ACCOUNT

19  THINGS.

20     Q    DOES MR. YERIAN DRIVE IT?

21     A    SOMETIMES.

22     Q    ARE THERE ANY OTHER DRIVERS OTHER THAN THE TWO

23  OF YOU THAT WOULD USE THAT VEHICLE?

24     A    NO.

25     Q    DO YOU KNOW WHAT THE SOURCE OF THE FUNDS WERE TO

142

```
 1    PURCHASE THAT VEHICLE?

 2        A    NO, I DON'T.  I DON'T REMEMBER.

 3            MR. ANDERSON:  YOUR HONOR, I DON'T HAVE ANY

 4        MORE QUESTIONS FOR THIS WITNESS.

 5            THE COURT:  MR. WOLFF?

 6            MR. WOLFF:  NOT IN THIS CASE, YOUR HONOR.

 7        I'LL JUST CALL HER IN MINE.

 8            THE COURT:  CERTAINLY.  YOU CAN STEP DOWN AT

 9        THIS POINT, MISS PAK.  THANK YOU.

10            WHO WOULD THE NEXT WITNESS BE?

11            MR. WEBBER:  KEITH YERIAN, YOUR HONOR.

12            THE COURT:  VERY GOOD.  MR. YERIAN, IF YOU

13        WOULD LIKE TO COME FORWARD AND BE SWORN, SIR.

14        THERE YOU GO.

15            THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

16        DO YOU SOLEMNLY SWEAR OR AFFIRM THAT THE

17        TESTIMONY YOU ARE ABOUT TO GIVE WILL BE THE

18        TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH,

19        SO HELP YOU GOD?

20            THE WITNESS:  I DO.

21            THE CLERK:  PLEASE STATE YOUR NAME AND

22        ADDRESS FOR THE RECORD.

23            THE WITNESS:  KEITH ALAN YERIAN, 5767

24        TREASURE LANE, GRANT, FLORIDA.

25            THE COURT:  THANK YOU.  YOU MAY BE SEATED IN
```

```
 1        THE WITNESS BOX.

 2                    KEITH ALAN YERIAN

 3            HAVING BEEN DULY SWORN, WAS EXAMINED AND

 4   TESTIFIED AS FOLLOWS:

 5                    DIRECT EXAMINATION

 6   BY MR. WEBBER:

 7        Q    MR. YERIAN, YOU USED TO PLAY CHESS, DIDN'T YOU?

 8        A    I HAVE IN THE PAST.

 9        Q    YOU HAVE IN THE PAST?

10        A    YES.

11        Q    HOW MANY MOVES AHEAD DO YOU PLAY IN YOUR CHESS

12   GAME?

13        A    I HAVE NO IDEA.

14        Q    OKAY.

15        A    I HAVEN'T PLAYED CHESS FOR YEARS.

16        Q    IF YOU WOULD PLEASE TURN -- AND I THINK IT'S

17   VOLUME ONE -- TO EXHIBIT NUMBER 22.  ARE YOU THERE?

18        A    YES.

19        Q    DO YOU RECOGNIZE DOCUMENT 1 FILED ON 2/27/15,

20   ONE THROUGH SIX?

21        A    YES.

22        Q    WHAT IS IT?

23        A    VOLUNTARY PETITION.

24        Q    OKAY.  AND THEN IF YOU GO PAST THE SIX PAGES,

25   YOU WILL SEE DOCUMENT NUMBER 12 FILED ON MARCH 27, 2015,
```

```
 1   PAGES 1 THROUGH 20.

 2            DO YOU RECOGNIZE THOSE PAGES?

 3       A   YES.

 4       Q   WHEN DID YOU DECIDE TO USE MR. ELAM TO FILE

 5   BANKRUPTCY FOR YOU?

 6       A   I DON'T KNOW.  I DON'T HAVE A CLUE.

 7       Q   WAS IT 2013 I THINK; IS THAT RIGHT?

 8       A   I DON'T KNOW.

 9       Q   OKAY.  AND WHY WERE THE SCHEDULES IN THE SOFA

10   FILED AFTER THE PETITION AND NOT TOGETHER?

11       A   WHAT'S A SOFA?

12       Q   STATEMENT OF FINANCIAL AFFAIRS.

13       A   I DON'T KNOW.

14       Q   AND IF YOU WOULD LOOK AT PAGE ONE, WHICH IS WHAT

15   WE CALL THE SUMMARY OF SCHEDULES, PAGE ONE OF 20 IN

16   DOCUMENT 12.

17       A   OKAY.

18       Q   HOW MUCH PERSONAL PROPERTY DO YOU OWN?

19       A   YOU SAID ASSETS?

20       Q   B, PERSONAL PROPERTY.

21       A   $57,475.01.

22       Q   OKAY.  AND CREDITORS HOLDING UNSECURED CLAIMS,

23   HOW MUCH IS THAT?

24       A   $17,764.57.

25       Q   THAT'S D, CREDITORS HOLDING SECURED CLAIMS.
```

1    MOVE DOWN TWO MORE TO F.

2         A    $216,439.67.

3         Q    IF YOU TURN TO PAGE TWO, THE NEXT PAGE, DO YOU

4    SEE WHERE IT HAS DOMESTIC SUPPORT OBLIGATIONS, ZERO?

5    THAT'S NOT TRUE, IS IT?

6         A    NO.  AND IT'S ACTUALLY IN THIS SCHEDULE

7    SOMEWHERE ELSE LISTED AS SOMETHING ELSE, UNDER MONTHLY

8    PAYMENTS OR SOMETHING LIKE THAT.  YEAH.

9         Q    BUT YOU OWE DEBBIE YERIAN CHILD SUPPORT?

10        A    YEAH.  515 A MONTH.  IT'S ON PAGE TWO, 19 AND

11   20.

12        Q    OKAY.  HOW MUCH WAS THE GROSS AMOUNT THAT YOU

13   OWED HER WHEN YOU FILED THE BANKRUPTCY?

14        A    I DON'T KNOW.  I BELIEVE IT WAS 5,000 I MADE IN

15   SEVEN.  I DON'T KNOW.  I DO NOT KNOW.

16        Q    WHEN YOU MOVED FROM OHIO TO FLORIDA, HOW MUCH

17   DID MEGUSEY PAY FOR THE MOVE?

18        A    I THINK I HEARD THEM SAY 12,000 TODAY.

19        Q    12,000.  RIGHT.  NOW, WAS ALL THE STUFF MOVED

20   FROM THE HOUSE YOU BUILT YOURS, PAK'S OR A COMBINATION?

21        A    MOST OF IT, MOSTLY HERS.  THERE WERE A FEW

22   THINGS THAT WERE MINE.

23        Q    OKAY.  DO YOU KNOW WHY ON QUESTION FOUR THEN YOU

24   HAVE NO HOUSEHOLD GOODS?

25        A    WELL, I DIDN'T HAVE HOUSEHOLD GOODS.  I HAD A

1    LAWNMOWER THAT WAS NOT ANY GOOD ANYMORE.  I HAD A CAR THAT

2    WAS MOVED AND --

3         Q    SO YOU'RE SAYING ALL OF THE STUFF THAT GOT MOVED

4    WHICH COST $12,000, YOU DIDN'T HAVE ANY BEDS, NO

5    COMPUTERS --

6         A    OH, I DID HAVE SOME COMPUTERS IN THERE.

7         Q    IF WE GO TO PAGE FIVE --

8         A    PAGE 5 OF 20?

9         Q    YES, SIR.  QUESTION 12.  YOU ONLY HAVE A

10   ROLLOVER IRA ETRADE ACCOUNT FOR 35,000 AND THE LOCKHEED

11   MARTIN RETIREMENT CORP LISTED THERE; IS THAT CORRECT?

12        A    THAT'S CORRECT.

13        Q    BUT THAT'S NOT ACCURATE EITHER, IS IT?

14        A    NO, THAT'S NOT CORRECT.  BUT IT -- THE

15   SELF-DIRECTED IRA IS NOT LISTED ON HERE.

16        Q    RIGHT.  LET'S GO TO PAGE 6 OF 20, QUESTION 25.

17   YOU HAVE TWO VEHICLES LISTED, CORRECT?

18        A    THAT'S CORRECT.

19        Q    WHEN DID YOU BUY THE 1998 BMW ROADSTER

20   CONVERTIBLE?

21        A    PROBABLY IN 1998.

22        Q    OKAY.  DID YOU BUY IT IN OHIO?

23        A    YES.

24        Q    THE 2008 SMART FOR TWO CAR WITH THE BLOWN

25   ENGINE, THAT'S THE ONE YOU GAVE ME THAT I SOLD AT AUCTION,

1    RIGHT?

2         A    THAT'S CORRECT.

3         Q    DO YOU HAVE THE 2012 SMART CAR LISTED THERE?

4         A    I DO NOT HAVE IT LISTED HERE.

5         Q    NOW, ON SCHEDULE D, WHICH IS PAGE 9 OF 20, YOU

6    HAVE DEAN BARKER LISTED AS A SECURED CREDITOR WITH A LIEN

7    ON BOTH THE 1998 BMW AND THE 2008 SMART FOR TWO CAR?

8         A    YES.

9         Q    BUT IN FACT, IF WE LOOK AT THE TITLES, HE

10   DOESN'T HAVE A LIEN ON THE TITLES OF EITHER OF THOSE

11   VEHICLES; ISN'T THAT RIGHT?

12        A    HE HAS A LOAN DOCUMENT SIGNED BY ME, SO YES, I

13   OWE HIM THIS MONEY.

14        Q    OKAY.  AND JUST TELL THE JUDGE WHO DEAN BARKER

15   IS.

16        A    I WAS WORKING AT A COMPANY CALLED CUSTOM MOVER

17   SERVICES AND THE OWNER OF THAT COMPANY AND I BECAME

18   FRIENDS AND THAT WAS THE PLACE THAT I WAS WORKING WHEN --

19   JOHN AND I WERE BOTH WORKING THERE AND THAT'S WHERE --

20   WHEN JOHN FORMED MEGUSEY SOFTWARE.  THAT WAS A CUSTOMER

21   THAT WE HAD THERE.

22        Q    AND THAT'S CUSTOM, WHAT IS IT?  C-M --

23        A    CUSTOM MOVERS SERVICES.

24        Q    WHICH WE CALL CMS; IS THAT RIGHT?

25        A    YES.

1      Q    AND THAT COMPANY WAS AN ETC CLIENT AND THEN WAS

2    A MEGUSEY SOFTWARE CLIENT?

3      A    YES.

4      Q    AND YOU DID SOFTWARE DEVELOPMENT FOR THAT

5    COMPANY?

6      A    YEAH.  JOHN AND I BOTH DID.

7      Q    WHY IS THE -- DID YOU SAY HE WAS THE PRESIDENT,

8    DEAN BARKER?

9      A    YES.

10      Q    WHY DID THE PRESIDENT OF ONE OF YOUR CLIENTS

11   LEND YOU MONEY?

12      A    BECAUSE HE KNEW I WAS IN -- THAT I NEEDED MONEY.

13   I ASKED HIM IF I COULD BORROW MONEY FROM HIM.

14      Q    DID YOU EVER PAY ANY OF THAT MONEY BACK?

15      A    I DON'T KNOW.  I DON'T KNOW IF I'VE MADE

16   PAYMENTS DIRECTLY TO HIM.  I KNOW THAT I BORROWED MONEY

17   FROM JOHN AND JOHN MADE THE PAYMENTS TO HIM FOR A FEW

18   MONTHS.  I DON'T KNOW HOW MANY MONTHS.

19      Q    IS IT IN FACT TRUE THAT MEGUSEY PAID $500 A

20   MONTH ON THAT LOAN FOR YOU?

21      A    FOR A FEW MONTHS, YES.

22      Q    AND YOU DON'T KNOW IF YOU MADE ANY PAYMENTS ON

23   THAT LOAN?

24      A    I DON'T REMEMBER WHETHER I DID OR NOT.

25      Q    IF YOU TURN AND YOU LOOK AT -- IT'S VOLUME TWO.

149

```
 1    STAY RIGHT WHERE YOU ARE IN VOLUME ONE.  BUT IF YOU LOOK
 2    IN VOLUME TWO REAL QUICK, TAB 81.  VOLUME TWO, TAB 81.
 3    IT'S AT THE BACK.  SO IF YOU GO RIGHT TO THE BACK, IT WILL
 4    PROBABLY BE A LITTLE EASIER.
 5              AND WE ARE LOOKING AT THE 2008 SMART CAR TITLE.
 6    A    YES.
 7    Q    WHEN WAS THAT ISSUED IN THE STATE OF FLORIDA?
 8    A    AUGUST 19, 2013.
 9    Q    AND THAT'S AFTER THE LOAN FROM MR. BARKER?
10    A    YES.
11    Q    OKAY.  UNDER FIRST LIENHOLDER, WHAT DOES IT SAY?
12    MIDDLE OF THE PAGE LEFT, FIRST LIENHOLDER.
13    A    THERE ISN'T ANY.
14    Q    IT SAYS NONE, CORRECT?
15    A    CORRECT.
16    Q    IS THAT YOUR SIGNATURE SCRIBBLED DOWN THERE ON
17    THE BOTTOM THIRD LEFT?
18    A    YES.
19    Q    KEEP THE OTHER ONE OPEN, BUT IF YOU GO TO VOLUME
20    FIVE, WHICH IS THE LAST VOLUME, AND LOOK AT 118, THE
21    (INAUDIBLE).  THAT'S THE 1998 BMW TITLE, RIGHT?
22    A    THAT'S CORRECT.
23    Q    OKAY.  WHEN WAS THAT ISSUED IN FLORIDA?
24    A    IT LOOKS LIKE 17/12/2014.
25    Q    I THINK IT'S 11/12/2014 BECAUSE THERE'S NO --
```

1        A      OKAY.

2        Q      -- 17 MONTHS.

3        A      ALL RIGHT.

4        Q      ANY LIENHOLDERS ON THAT VEHICLE?

5        A      NONE.

6        Q      THIS WAS AFTER THE LOAN FROM MR. BARKER, RIGHT?

7        A      YES.

8        Q      OKAY.  NOW, WE ARE GOING TO SCHEDULE F RIGHT NOW

9    WHICH IS PAGE 11 OF 20 IN TRUSTEE'S EXHIBIT 22.  SO IT'S

10   THAT ONE YOU ORIGINALLY HAD OPEN.  YOU CAN CLOSE ALL THE

11   OTHER BOOKS.

12           DO YOU SEE THE AMERICAN EXPRESS?

13       A      WHICH -- TELL ME AGAIN.  PAGE 11?

14       Q      PAGE 11 OF 20.

15       A      OKAY.

16       Q      IT'S UNSECURED CREDITORS.  THE FIRST ONE,

17   AMERICAN EXPRESS, 7,667.

18       A      YES.

19       Q      ACCOUNT OPENED SEPTEMBER 15, 1985; IS THAT

20   RIGHT?

21       A      YES.

22       Q      THE NEXT AMERICAN EXPRESS, THAT WAS OPENED MAY

23   1ST, 1985?

24       A      YES.

25       Q      THE NEXT PAGE, 12 OF 20.  THE CHASE CARD, THAT

1    WAS OPENED JULY 1ST OF 1990?

2         A    YES.

3         Q    THE SECOND CHASE CARD ALSO 10/1 OF '09?

4         A    YES.

5         Q    NOW, THE CHASE MORTGAGE, THAT SAYS CREDIT LINE

6    DEFICIENCY.  WHAT WAS THAT CREDIT LINE FOR?  IT'S $53,352.

7         A    I HAD A HOME THAT I OWNED AND THAT'S THE SECOND

8    MORTGAGE I THINK.

9         Q    OKAY.  DID -- IS THAT THE HOME THAT YOU BUILT?

10        A    YES.

11        Q    AND YOU TOOK OUT THAT LOAN JULY 1ST OF 2005?

12        A    I DO NOT KNOW.

13        Q    THAT'S WHAT --

14        A    THAT'S WHAT IT SAYS HERE, OPENED, OPENED JULY

15   1ST, 2005.

16        Q    WHEN DID YOU BUILD THE HOUSE?

17        A    THAT'S PROBABLY, IF I RECALL, THAT'S WHEN IT WAS

18   FINISHED AND IT CONVERTED FROM BEING A CONSTRUCTION LOAN

19   TO A HOME LOAN.

20        Q    AND THAT ENDED UP BEING FORECLOSED WHEN YOU

21   MOVED TO FLORIDA; IS THAT CORRECT?

22        A    THAT'S CORRECT.

23        Q    AND THERE'S A DEFICIENCY ON THAT MORTGAGE?

24        A    YES.

25        Q    OKAY.  LET'S GO TO THE NEXT PAGE, 13 OF 20.  PNC

1    BANK, 69,096.  WHAT'S THAT, SECURED LOAN DEFICIENCY?

2        A    ETC COMPUTERS BORROWED MONEY TO PAY EMPLOYEES

3    AND THINGS LIKE THAT AND THAT'S THE AMOUNT THAT WAS LEFT

4    AT THE POINT THAT I FILED BANKRUPTCY.

5        Q    AND I BELIEVE FROM TESTIMONY I'VE HEARD TODAY

6    THAT IT WAS ORIGINALLY NATIONAL CITY AND THEN IT CHANGED

7    TO PNC.  DO YOU RECOLLECT THE SAME THING?

8        A    WELL, THAT IS WHAT HAPPENED TO PNC.  I DON'T

9    KNOW WHEN THE LOAN WAS TAKEN OUT AND WHETHER IT WAS PNC

10   OR --

11       Q    IT SAYS HERE 9/1 OF '02.

12       A    THEN IT WAS PROBABLY NATIONAL CITY BANK AT THAT

13   TIME.

14       Q    AND THEN IT BECAME PNC BANK.  DID YOU HAVE A

15   GUARANTEE ON THAT?  DID YOU GUARANTEE THAT LOAN?

16       A    I DON'T KNOW WHAT YOU MEAN.  I SIGNED A LOAN

17   DOCUMENT, YES.

18       Q    OKAY.  NOW, BACKING UP TO PAGE 10 OF 20.  SORRY.

19   I WENT PAST IT.

20            SCHEDULE E, CREDITORS HOLDING UNSECURED PRIORITY

21   CLAIMS, PAGE 10 OF 20, YOU HAVE NONE CHECKED; IS THAT

22   ACCURATE?  CHECK THIS BOX IF THE DEBTOR HAS NO CREDITORS

23   HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON THIS

24   SCHEDULE E.

25       A    IT'S CHECKED.

1    Q    OKAY.  SHOULDN'T DOMESTIC SUPPORT OBLIGATIONS BE

2  CHECKED DOWN BELOW THAT?

3    A    I HAVE NO IDEA.

4    Q    DID YOU OWE DEBBIE YERIAN CHILD SUPPORT AND

5  ALIMONY?

6    A    I OWED CHILD PROTECTIVE SERVICES ALIMONY AND

7  CHILD SUPPORT.

8    Q    FOR THE BENEFIT OF DEBBIE YERIAN AND CARSON?

9    A    THAT'S CORRECT.

10   Q    OKAY.  IT SAYS THAT YOU ARE UNEMPLOYED?

11   A    WHERE?

12   Q    I'M SORRY.  ON PAGE 16 OF 20, SCHEDULE I.

13   A    YES.

14   Q    AND THAT YOU GOT $1,100 ON THE NEXT PAGE, PAGE

15  17 OF 20, IN UNEMPLOYMENT INCOME -- COMPENSATION, EXCUSE

16  ME.

17   A    THAT'S CORRECT.

18   Q    BUT IN FACT YOU WERE WORKING IN 2015; ISN'T THAT

19  CORRECT?

20   A    THIS IS DECEMBER OF 2013 AND I WAS NOT WORKING

21  IN DECEMBER OF 2013 PROBABLY.

22   Q    LOOK AT THE TOP OF THE PAGE.  THIS IS FILED ON

23  MARCH 27, 2015.  WERE YOU WORKING ON MARCH 27, 2015?

24   A    I DO NOT KNOW.  WHEN I FILLED OUT THIS PAPERWORK

25  AND TURNED IT IN, I WAS NOT.

1      Q    ALL RIGHT.  PAGE 18 OF 20.  YOU HAVE A SON

2    LISTED AS A DEPENDENT, 17.  WHO IS THAT?

3      A    CARSON.

4      Q    IT SAYS DOES DEPENDENT LIVE WITH YOU?  ANSWER,

5    YES.  HAS CARSON EVER LIVED WITH YOU IN THE STATE OF

6    FLORIDA?

7      A    NO.

8      Q    OKAY.  SO THAT'S NOT ACCURATE EITHER, IS IT?

9      A    NO.

10     Q    LET'S GO TO PAGE 19 OF 20, INSTALLMENT OR LEASE

11   PAYMENTS.  QUESTION 17.  VEHICLE ONE, VEHICLE TWO.  IT

12   SAYS YOU'RE MAKING $375 A MONTH PAYMENTS.

13          WHO IS THAT TO?

14     A    THAT'S DEAN BARKER.

15     Q    YEAH.  BUT I DIDN'T THINK YOU WERE MAKING THOSE

16   PAYMENTS?

17     A    BUT THAT'S WHAT I WAS REQUIRED TO MAKE.

18     Q    OKAY.  WERE YOU MAKING THE PAYMENTS IN FACT?

19     A    I DO NOT KNOW IF I MADE ANY PAYMENTS OR NOT AT

20   THIS TIME PERIOD.

21     Q    IF YOU WERE UNEMPLOYED, WHO IS PAYING THE

22   EXPENSES LISTED ON PAGE 18 AND PAGE 19?

23     A    THE ALIMONY, IF I -- IT WOULD HAVE COME OUT OF

24   THE UNEMPLOYMENT BEFORE I SAW IT.

25     Q    OKAY.  BUT YOU HAVE, WHAT, $2,715 IN MONTHLY

1    EXPENSES?  WHO IS PAYING IT?

2        A    I DON'T REMEMBER HOW THESE WERE PAID AT THAT

3    TIME.

4        Q    WAS --

5        A    WELL, IF YOU TAKE -- IF YOU TAKE THE 700 OFF,

6    THAT WOULD ACCOUNT FOR EVERY SINGLE PENNY I HAD COMING IN,

7    $2,000.

8        Q    AND YOU HEARD MISS PAK'S TESTIMONY THAT SHE

9    HASN'T WORKED FOR YEARS, RIGHT?  SO HOW ARE YOU PAYING

10   THESE BILLS?

11       A    THEY GOT PAID.  I DON'T KNOW.  IT WAS EXTREMELY

12   DIFFICULT AT THE TIME THAT I FILED BANKRUPTCY.  I DON'T

13   KNOW HOW I PAID ALL THESE BILLS.

14       Q    PAGE 20 OF 20, THE NEXT PAGE, I BELIEVE.  DO YOU

15   SEE WHERE IT SAYS I DECLARE UNDER PENALTY OF PERJURY THAT

16   I HAVE READ THE FOREGOING SUMMARY AND SCHEDULES CONSISTING

17   OF 19 SHEETS AND THEY ARE TRUE AND CORRECT TO THE BEST OF

18   MY KNOWLEDGE, INFORMATION AND BELIEF?

19            DID YOU IN FACT READ THESE BEFORE THEY WERE

20   FILED?

21       A    NO.  AND I DIDN'T SIGN THIS EITHER.

22       Q    OKAY.  WELL, IT'S AN ELECTRONIC SIGNATURE.

23       A    THAT'S CORRECT.

24       Q    ALL RIGHT.  MOVING TO THE NEXT DOCUMENT STILL IN

25   THAT EXHIBIT.  IT SAYS DOCUMENT 13 AT THE TOP AND THIS IS

1    WHAT WE CALL THE SOFA.  IT'S AN ACRONYM FOR STATEMENT OF

2    FINANCIAL AFFAIRS.

3            I DON'T SEE ANY 2015 INCOME LISTED AND IT ASKS

4    FOR YEAR TO DATE UNDER QUESTION 1.  DO YOU KNOW WHY

5    THERE'S NO 2015 YEAR TO DATE?

6        A    THIS WAS FILED IN -- THIS WAS GIVEN TO MY

7    ATTORNEY ON DECEMBER 15TH OF 2014.  AND I DID NOT SEE OR

8    HEAR ANYTHING SINCE UNTIL HE FILED THIS.

9        Q    THERE WAS NO COMMUNICATION BETWEEN YOU AND MR.

10   ELAM?

11       A    NO -- WELL, THERE WERE PHONE CALLS WHERE I WOULD

12   CALL HIM AND ASK HIM WHAT WAS GOING ON.

13       Q    OKAY.  AND WHAT WOULD HE SAY?

14       A    I NEVER GOT TO TALK TO HIM.  I TALKED TO

15   SOMEBODY IN HIS OFFICE.

16       Q    OKAY.  NEXT PAGE, 2 OF 8.  THAT LAWSUIT WAS

17   DISMISSED, RIGHT, IN QUESTION 4?  DO YOU KNOW WHEN IT WAS

18   DISMISSED, 2014?

19       A    NO.

20       Q    NEXT PAGE.  QUESTION 5.  THAT FORECLOSURE BY

21   J.P. MORGAN CHASE OCCURRED IN JULY OF 2013.  WHEN DID YOU

22   STOP PAYING THE MORTGAGE, THE FIRST AND SECOND MORTGAGE ON

23   GATEHOUSE, 17878 GATEHOUSE ROAD IN DOYLESTOWN, OHIO?

24       A    I DON'T KNOW.

25       Q    WOULD IT HAVE BEEN WHEN YOU MOVED TO FLORIDA,

1    BEFORE YOU MOVED TO FLORIDA?

2         A    I DON'T KNOW.

3         Q    OKAY.  WERE YOU PAYING THE MORTGAGE WHEN YOU

4    LIVED THERE IN 2012?

5         A    I KNOW THAT I PAID UP UNTIL AT LEAST 2011.  SO I

6    DON'T KNOW -- I DON'T KNOW WHEN I STOPPED MAKING THOSE

7    PAYMENTS.

8         Q    IF YOU TURN TO THE NEXT PAGE, 4 OF 8.  THIS SAYS

9    MAY OF 2013.  ALMOST TWO YEARS PRIOR TO THIS SOFA BEING

10   FILED, AND SUN PAK PAID THE LEGAL FEES AND FILING FEE TO

11   THE LAW OFFICE OF BRETT ELAM, P.A.?

12        A    THAT'S WHAT IT SAYS.

13        Q    OKAY.  BUT YOU DON'T KNOW WHY THERE WAS A

14   TWO-YEAR DELAY, ALMOST A TWO-YEAR DELAY?

15        A    I BELIEVE THAT I WAS UNEMPLOYED AT THIS TIME AND

16   THAT I GOT HIRED BACK INTO MEGUSEY AND SO I DIDN'T FILE.

17   AND THEN WHEN I GOT UNEMPLOYED AGAIN IN 2014, I WAS AT THE

18   END.  I DIDN'T HAVE -- I DIDN'T HAVE ANY MORE RESOURCES.

19        Q    OKAY.  6 OF 8, QUESTION 18.  ETC COMPUTERS, INC.

20   IT SAYS THAT'S THE ONLY -- NATURE LOCATION AND NAME OF

21   BUSINESS.

22             BUT YOU'VE SEEN THE CORPORATE DOCUMENTS FROM

23   MEGUSEY SOFTWARE LLC, HAVEN'T YOU?

24        A    YES.

25        Q    AND IT DOES HAVE YOU AS A MEMBER IN THE STATE OF

1 NEVADA, DOESN'T IT?

2     A    I DON'T -- DO YOU WANT TO REFER ME TO THE

3 DOCUMENT?  I'LL LOOK AT IT.

4     Q    SURE.

5     A    I DON'T KNOW IF IT SAYS I'M A MEMBER OR WHAT IT

6 SAYS.

7     Q    OKAY.  IT'S 82.  I'M NOT SURE WHICH VOLUME

8 THAT'S IN.  83.  TRUSTEE'S 83.  IT SAYS ON THE FRONT WHAT

9 THE NUMBERS ARE.

10     A    OKAY.

11     Q    TAB 83.

12     A    I DON'T HAVE A TAB 83.

13     Q    THEN YOU'RE IN THE WRONG BOOK.  IT'S ON THE

14 FRONT PAGE.

15     A    YES, IT HAS ME LISTED AS A MANAGER OR MANAGING

16 MEMBER.

17     Q    RIGHT.  BUT MEGUSEY SOFTWARE LLC IS NOT LISTED

18 HERE IN QUESTION 18, WOULD YOU AGREE WITH ME, BACK IN THE

19 OTHER EXHIBIT?

20     A    YEAH.  BECAUSE I WAS NOT A MANAGING MEMBER.

21 I'VE ALREADY TALKED ABOUT THAT.

22     Q    NOW, IF YOU GO -- IT'S TO THE END OF EXHIBIT

23 NUMBER 22.  IT SAYS DOCUMENT 15 AT THE TOP, PAGE 1 OF 2.

24 IT'S WHAT WE CALL THE STATEMENT OF INTENTION.  TELL ME

25 WHEN YOU'RE THERE.

1      A    I'M LOST.  WHAT SECTION ARE YOU IN?

2      Q    OKAY.  GO TO TAB 23.

3      A    OKAY.

4      Q    AND THE FIRST TWO PAGES IN FRONT OF IT.

5      A    OKAY.

6      Q    GO TO TAB 23, TURN IT BACK.

7           MR. WEBBER:  MAY I APPROACH, YOUR HONOR?

8           THE COURT:  UM-HMM.

9  BY MR. WEBBER:

10     Q    ARE YOU AT THE STATEMENT OF INTENTIONS, MR.

11 YERIAN?

12     A    I AM.

13          MR. ANDERSON:  HE'S AT -- BEHIND TAB NUMBER

14     22.

15          THE WITNESS:  YEAH.

16          THE COURT:  WHAT'S THAT?  IT IS BEHIND TAB

17     22.  HE WAS JUST TRYING TO GET IN FROM 23.

18          THE WITNESS:  YEAH, I WAS JUST TRYING --

19     GETTING THERE.

20          THE COURT:  GOING BACKWARDS.  TRUSTEE'S

21     EXHIBIT 22.

22          MR. WEBBER:  YES.  THE LAST TWO PAGES.

23     THANK YOU, JUDGE.

24 BY MR. WEBBER:

25     Q    IT HAS DEAN BARKER THERE.  IT SAYS YOU ARE GOING

1   TO REAFFIRM THE DEBT ON THE 1998 BMW ROADSTER CONVERTIBLE?

2        A    YES.

3        Q    HAVE YOU EVER SIGNED A REAFFIRMATION AGREEMENT

4   WITH DEAN BARKER?

5        A    I HAVE NOT.

6        Q    OKAY.  THE 2008 SMART FOR TWO CAR, IT SAYS YOU

7   ARE GOING TO REAFFIRM THE DEBT WITH DEAN BARKER.  DID YOU

8   EVER SIGN THE REAFFIRMATION AGREEMENT WITH MR. BARKER?

9        A    I HAVE NOT.

10       Q    OKAY.  LET'S GO TO TRUSTEE'S 23.  DO YOU

11  REMEMBER THE 341 MEETING WHERE WE FIRST MET?

12       A    YES.

13       Q    REMEMBER I PUT YOU UNDER OATH?

14       A    YES.

15       Q    AND ASKED YOU SOME QUESTIONS ON APRIL 9TH, 2015?

16       A    YES.

17       Q    I ASKED YOU IF EVERYTHING YOU FILED IN THIS CASE

18  WAS TRUE AND CORRECT.  WHAT'S YOUR ANSWER?

19       A    WHAT PAGE IS THAT ON?

20       Q    PAGE ONE.

21       A    YES.

22       Q    IS THAT TRUE?

23       A    NO.  THERE ARE INACCURACIES IN THIS.

24       Q    I ASKED YOU IF YOU LISTED ALL YOUR ASSETS THE

25  NEXT QUESTION.  YOU SAID I DID.  IS THAT TRUE?

1        A    YOU STARTED OUT BY ASKING ME DID YOU READ THE

2   BANKRUPTCY INFORMATION SHEET.

3        Q    RIGHT.

4        A    I DID.

5        Q    AND YOU SAID YOU DID.

6        A    I DID.  I FILLED OUT THE WORKSHEETS AND TURNED

7   THEM IN.

8        Q    BANKRUPTCY INFORMATION SHEET IS NOT ALL THE

9   PAPERS THAT YOU FILED.  THE BANKRUPTCY INFORMATION SHEET

10  TELLS YOU WHAT A DISCHARGE IS AND WHAT THE CHAPTERS OF

11  BANKRUPTCY ARE.

12       A    I DID NOT SEE ANY DOCUMENT TITLED BANKRUPTCY

13  INFORMATION SHEET.  ALL I KNOW IS I HAD BANKRUPTCY

14  INFORMATION SHEETS I FILLED OUT AND I TURNED THEM IN AND

15  THEY WERE ACCURATE.

16       Q    AND YOU WOULD ADMIT TO ME, THOUGH, THAT WAS

17  FILED WAS NOT ACCURATE?

18       A    WHAT WAS FILED WAS NOT ACCURATE.

19       Q    AND IT DIDN'T LIST ALL YOUR ASSETS; ISN'T THAT

20  TRUE?

21       A    I LISTED ALL MY ASSETS ON MY WORKSHEETS.

22       Q    OKAY.  BUT WHAT WAS FILED WITH THE COURT WAS NOT

23  TRUE?

24       A    THIS DOES NOT SAY IS WHAT YOU FILED WITH THE

25  COURT CORRECT?  IT SAYS DID YOU READ THE BANKRUPTCY

1    INFORMATION SHEET AND IS THAT STUFF CORRECT?  AND IT WAS.

2         Q    DID YOU LIST ALL OF YOUR ASSETS?

3         A    I DID.

4         Q    DID YOU LIST ALL YOUR DEBTS, MR. YERIAN?

5         A    I DID.

6         Q    ARE THERE ANY CHANGES, CORRECTIONS OR AMENDMENTS

7    YOU NEED TO TELL ME ABOUT AT THIS TIME AND YOU SAID NO.

8         A    I WAS --

9         Q    THAT WASN'T TRUE EITHER, WAS IT?

10        A    THERE WAS NOTHING I WAS AWARE OF AT THAT TIME.

11        Q    ALL RIGHT.  LET'S MOVE TO TRUSTEE'S 24.  DO YOU

12   SEE WHERE IT SAYS AMENDED SCHEDULES THERE?  IT'S DOCUMENT

13   NUMBER 48 FOR THE RECORD, PAGE 1 OF 14.  WE ARE LOOKING AT

14   THE SUMMARY.

15        A    I'M LOOKING.

16        Q    OKAY.  DO YOU SEE THE WORD AMENDED?

17        A    YES.

18        Q    DO YOU REMEMBER THAT YOUR SCHEDULES AND SOFA HAD

19   TO BE AMENDED?

20        A    THEY WERE AMENDED SEVERAL TIMES, YES.

21        Q    HOW MUCH IS THE PERSONAL PROPERTY NOW?

22        A    402,130.01.

23        Q    ZERO SECURED DEBT, RIGHT?

24        A    THAT'S CORRECT.

25        Q    AND HOW MUCH DO YOU PAY A MONTH IN CHILD SUPPORT

1    AND BACK ALIMONY?

2         A    $515.

3         Q    OKAY.  IF WE TURN TO PAGE 414, WE HAVE THE IRA

4    TRUST SERVICES COMPANY LISTED NOW WHICH OWNS 100 PERCENT

5    OF YERIAN PROPERTIES LLC FOR 350,000, RIGHT?

6         A    THAT'S CORRECT.

7         Q    THAT WASN'T ON THE ORIGINAL PAPERS, WAS IT?

8         A    IT WAS ON THE ORIGINAL WORKSHEETS.

9         Q    WAS IT ON THE ORIGINAL PAPERS FILED WITH THE

10   BANKRUPTCY COURT, MR. YERIAN?

11        A    NO.

12        Q    HOW COME THE VALUES -- I'M GOING TO THE NEXT

13   PAGE, PAGE 5 OF 14.  WHY DID THE VALUES OF THE AUTOMOBILES

14   ON QUESTION 25 GO DOWN?

15        A    I TOOK THEM TO CARMAX AND ASKED THEM TO GIVE ME

16   AN ESTIMATED VALUE AND THEY DID.

17        Q    OKAY.  SCHEDULE B, PAGE 8 OF 14.  DEAN BARKER IS

18   GONE, ISN'T HE?

19        A    HE IS.

20        Q    OKAY.  SCHEDULE E, THE NEXT PAGE, 9 OF 14.  WE

21   GOT THE DSO, DOMESTIC SUPPORT OBLIGATION, BOX CHECKED NOW,

22   DON'T WE?

23        A    YES.

24        Q    AND THE NEXT PAGE WE SEE DEBBIE YERIAN LISTED.

25   IF WE HELD THE 341 MEETING ON APRIL 9, 2015 AND YOU FILED

1   THIS AMENDMENT ON AUGUST 18, 2015, DEBBIE YERIAN DIDN'T

2   EVEN HAVE NOTICE OF YOUR BANKRUPTCY FOR THE 341 MEETING,

3   DID SHE?

4        A    I DON'T KNOW.

5        Q    IF SHE WASN'T LISTED THE FIRST TIME.

6        A    I DON'T KNOW.

7        Q    WAS THAT PURPOSEFUL ON YOUR PART, MR. YERIAN?

8        A    NO.

9        Q    THEN WE'RE AMENDED AGAIN.  IF YOU GO THROUGH A

10  LITTLE BIT, YOU WILL FIND DOCUMENT NUMBER 51, DATED

11  8/27/15.

12            MR. ANDERSON:  AND, JUDGE, I MADE THIS A

13       COMPOSITE EXHIBIT JUST SO WE COULD LOOK THROUGH

14       IT.

15  BY MR. WEBBER:

16       Q    DO YOU KNOW WHY IT WAS AMENDED AGAIN?

17       A    I BELIEVE IT WAS AMENDED BECAUSE I HIRED FRANK

18  WOLFF AND I THINK HE DID IT RIGHT THIS TIME.

19       Q    OKAY.  LET'S SEE IF WE CAN FIND THE SIGNATURE

20  PAGE.  I DON'T SEE ANY SIGNATURE PAGES THERE.

21            NOW, YOU SAY THAT YOU HAVE NO OWNERSHIP INTEREST

22  IN MEGUSEY SOFTWARE LLC; ISN'T THAT TRUE?

23       A    ABSOLUTELY.

24       Q    BUT EXCEPT FOR ONE SMALL CUSTOMER THAT MR.

25  MCLEOD BROUGHT, YOU BROUGHT ALL THE CUSTOMERS MEGUSEY;

1    ISN'T THAT FACT TRUE?

2         A    THAT'S CORRECT.

3         Q    AND YOU GOT A SALARY FROM MEGUSEY, RIGHT?

4         A    YES.

5         Q    AND YOUR WIFE RECEIVED RENT --

6         A    YES.

7         Q    -- FROM MEGUSEY.  AND YOUR INTERNET IS PAID FOR

8    BY MEGUSEY?

9         A    YES.

10        Q    YOU GOT MEDICAL BENEFITS FROM MEGUSEY?

11        A    YES.

12        Q    OKAY.  AND YOU BROUGHT CMS, PEGASUS AND OTHER

13   CLIENTS TO MEGUSEY?

14        A    THAT'S CORRECT.  PEGASUS WAS NEVER AN ETC

15   COMPUTER CLIENT.

16        Q    I DIDN'T SAY IT WAS.

17        A    NO, BUT I --

18        Q    I'M ASKING IF YOU BROUGHT THAT CLIENT TO

19   MEGUSEY.

20             NOW, THEY PAID $12,000 FOR YOUR MOVING EXPENSES

21   FROM OHIO TO FLORIDA.  DID YOU EVER PAY MEGUSEY BACK FOR

22   THAT?

23        A    I HAVE NOT.

24        Q    OKAY.  LOOK IN VOLUME FIVE, THE SMALL ONE

25   PROBABLY TO YOUR RIGHT.  I'M LOOKING AT EXHIBIT NUMBER

1    125.

2              COULD YOU TELL THE JUDGE WHAT THIS IS?

3        A    IT'S A CHECK FOR $8,000.

4        Q    OKAY.  IT LOOKS TO ME LIKE A DEBIT WITHDRAWAL OF

5    $8,000.

6              THE COURT:  I'M SO SORRY.  DID YOU SAY 120?

7              MR. WEBBER:  I'M SORRY, JUDGE.  IT'S 125.

8              THE COURT:  THANK YOU.

9              MR. WEBBER:  1-2-5.

10             THE COURT:  THANK YOU.

11             MR. WEBBER:  IT SHOULD BE AN $8,000 ITEM.

12             THE COURT:  GOT IT.

13             MR. WEBBER:  DATED MAY 13, 2015 FOR THE

14   RECORD.

15             THE COURT:  UM-HMM.

16   BY MR. WEBBER:

17       Q    IS THAT A CHECK OR CASH WITHDRAWAL?

18       A    IT SAYS WITHDRAWAL.

19       Q    OKAY.  WHAT DID YOU DO WITH THAT $8,000?

20       A    I PAID THE PEOPLE I HAD WORKING ON THE CONDO IN

21   PUERTO RICO.

22       Q    OKAY.  AND YOU WENT DOWN TO THE CONDO IN PUERTO

23   RICO TO PAY THEM?

24       A    YES.

25       Q    AND YOU STAYED AT THE CONDO WHEN YOU WENT DOWN

1   TO PAY THEM?

2        A    I -- YES.  NOT THE ENTIRE TIME, BUT YES.

3        Q    AT LEAST ONE NIGHT?

4        A    YES.

5        Q    DO YOU HAVE ANY BACKUP FOR THIS $8,000 IN CASH

6   THAT YOU TOOK OUT OF THE YERIAN PROPERTIES LLC FIFTH THIRD

7   BANK ACCOUNT?

8        A    I DO.  I DON'T KNOW WHAT -- I DON'T WHAT

9   DOCUMENTS THEY ARE.  THEY'RE ALL DOWN AT THE CONDO IN

10  PUERTO RICO.

11       Q    THEY'RE ALL IN PUERTO RICO?

12       A    YEAH.

13       Q    BACK IN VOLUME ONE, LET'S GO TO THE TRUSTEE'S

14  12.

15            MR. WEBBER:  THIS IS THE TRANSLATION, JUDGE.

16       I THINK THIS MIRROR'S THE DEFENDANTS' EXHIBIT.

17  BY MR. WEBBER:

18       Q    HAVE YOU SEEN TRUSTEE'S 12 BEFORE, MR. YERIAN?

19       A    I HAVE.

20       Q    OKAY.  WHAT IS IT?

21       A    IT'S A CERTIFICATE OF AUTHENTICATION.

22       Q    OKAY.  AND I'M LOOKING AT SP818 JUST DOWN AT THE

23  BOTTOM THERE.  HAVE YOU EVER MET YOUR MOTHER-IN-LAW?

24       A    YES.

25       Q    OKAY.  WHEN WAS THAT?

1       A       SHE CAME TO OUR WEDDING.

2       Q       IS THAT THE ONLY TIME YOU'VE MET HER?

3       A       THAT'S THE ONLY TIME I EVER MET HER.

4       Q       YOU'VE NEVER GONE TO KOREA TO VISIT?

5       A       NO.  NEVER BEEN ABLE TO.

6       Q       AND WHAT'S THE DATE OF THIS CONFIRMATION, RIGHT

7   THERE IN THE MIDDLE?

8       A       IS THAT THE SEALED DATE?

9       Q       YES, SIR.

10      A       THAT SAYS JULY 20TH, 2012.

11      Q       AND THEN IF YOU GO UP AT THE TOP, IT SAYS:  I,

12  THE UNDERSIGNED, AFFIRM THAT FROM DECEMBER 26, 2006 TO

13  OCTOBER 23RD, 2008 AS STATED IN THE ACCOMPANYING PAPER,

14  WIRE TRANSFERRED MY DAUGHTER SUN -- PAK SUN YO -- AND MY

15  SON-IN-LAW, KEITH ALAN YERIAN IN THE TOTAL OF 132 MILLION

16  WON.

17          SO YOU RECEIVED MONEY FROM YOUR MOTHER-IN-LAW

18  VIA WIRE?

19      A       YES.

20      Q       AND IF YOU TURN -- IF YOU LOOK DOWN AT THE

21  BOTTOM.  IT'S WHAT WE CALL A BATES NUMBER.  SP821.  IT'S A

22  COUPLE OF PAGES TO THE RIGHT.

23          HAVE YOU SEEN THIS LOAN AGREEMENT BEFORE?

24      A       I HAVE.

25      Q       DO YOU SEE THE DATE OF THE LOAN, JUNE 17TH,

```
 1   2008?

 2        A    YES.

 3        Q    WHY IS THIS DOCUMENT CREATED FOUR YEARS LATER?

 4        A    I WAS NOT INVOLVED IN THE CREATION OF THE

 5   DOCUMENT.  I DON'T KNOW.

 6        Q    DO YOU SEE THE LOAN MATURITY DATE?

 7        A    HELP ME.  WHERE'S IT AT?

 8        Q    I'M SORRY.  IT'S RIGHT BELOW THE DATE OF THE

 9   LOAN.  NUMBER 5.

10        A    JUNE 17TH, 2011.

11        Q    YOU HAD THE JOINT ETRADE ACCOUNT WITH YOUR WIFE?

12        A    YES.

13        Q    FROM I THINK 2008 TO 2012; IS THAT ABOUT RIGHT?

14        A    YES.

15        Q    WHY WASN'T THIS LOAN PAID OFF TO YOUR

16   MOTHER-IN-LAW ON JUNE 17, 2011?

17        A    IT WAS NOT MY DECISION.

18        Q    THERE WAS PLENTY OF MONEY IN THE ETRADE ACCOUNT

19   THOUGH ON THAT DATE TO PAY IT OFF, RIGHT?

20        A    IT WAS NOT MY DECISION.

21        Q    AND THAT WAS NOT MY QUESTION.

22             THE COURT:  YOU TWO, YOU WILL BE CIVIL TO

23        EACH OTHER, BOTH OF YOU.  IF I HEAR THAT TONE OF

24        VOICE AGAIN, WE WILL TAKE A BREAK AND WE MAY STOP

25        THE TESTIMONY.
```

1              MR. WEBBER:  YES, MA'AM.

2              THE COURT:  GO AHEAD.

3    BY MR. WEBBER:

4         Q    MY QUESTION WAS, IF YOU HAD THE MONEY IN THE

5    ETRADE ACCOUNT, WHY DIDN'T YOU PAY OFF THE LOAN?

6         A    IT WAS NOT MY MONEY.  I DON'T KNOW THE ANSWER.

7         Q    NOT YOUR MONEY?

8         A    IT WAS NOT MY MONEY.

9         Q    EVEN THOUGH IT WAS JOINT WITH RIGHT OF

10   SURVIVORSHIP ON THE ETRADE ACCOUNT?

11        A    I DID NOT DO ANYTHING IN THAT ACCOUNT WITH HER

12   WITHOUT HER PERMISSION.

13        Q    BUT YOU MADE ALL THE TRADES, DIDN'T YOU?

14        A    YES.

15        Q    YOU NEVER MADE ONE TRADE WITHOUT TALKING TO HER

16   ABOUT IT?

17        A    THAT'S CORRECT.

18        Q    LET'S GO TO TRUSTEE'S EXHIBIT NUMBER 13.  AND I

19   THINK YOU SHOULD -- IF YOU GO TO THE LEGAL SIZE OR THE OR

20   8-1/2 BY 18 -- THE LONGER PIECE OF PAPER.  IT'S JUST

21   EASIER TO READ.  THERE SHOULD BE NUMBERS ACROSS THE TOP.

22             DO YOU SEE THOSE FOR THE CALLS?

23        A    I DO.

24        Q    OKAY.  AND I REALLY JUST WANT TO GO THROUGH --

25   IF YOU ADD UP THE TOTAL AMOUNT THAT YOU RECEIVED VIA WIRE,

1   WOULD YOU AGREE THAT YOU GOT $50,000 FROM YOUR

2   MOTHER-IN-LAW?

3       A    THERE WAS $50,000 TRANSFERRED INTO MY BANK

4   ACCOUNT BY MY MOTHER-IN-LAW.

5       Q    OKAY.  AND THE FIRST 30,000 WAS ON JANUARY 3RD,

6   2007?  DO YOU SEE THAT?  IT'S THE SECOND LINE DOWN.

7       A    COLUMN THREE, YES.

8       Q    COLUMN THREE, SECOND ENTRY.  WHAT DID YOU DO

9   WITH THAT 30,000?

10      A    I TRANSFERRED IT TO HER BANK ACCOUNT.

11      Q    AND THEN SHE LOANED YOU 20 BACK, RIGHT?

12      A    I DON'T REMEMBER.

13      Q    AND WHEN YOU SAY HER BANK ACCOUNT, YOU MEAN PAK,

14  YOUR WIFE?

15      A    THAT'S CORRECT.

16      Q    NOW, THE LAST TWO $10,000 ENTRIES THERE, JANUARY

17  2ND, 2009 AND JANUARY 7TH, 2009, WHERE DID THOSE $10,000

18  AMOUNTS GO?

19      A    INTO THE ETRADE ACCOUNT.

20      Q    OKAY.  BUT THAT ORIGINAL $30,000 THAT YOU GOT ON

21  JANUARY 3RD, 2007 DID NOT GO INTO THE ETRADE ACCOUNT?

22      A    NO.  THAT WAS -- THAT WAS BEFORE WE WERE

23  MARRIED.

24      Q    IF YOU WOULD LOOK AT TRUSTEE'S 4.  IT SHOULD BE

25  IN SAME VOLUME YOU'RE IN, JUST BACK A LITTLE BIT.  THAT

1  $50,000 DEPOSIT THERE, IS THAT THE MONEY THAT'S GOING IN

2  TO OPEN UP THE ETRADE ACCOUNT?

3       A    THAT'S CORRECT.

4       Q    IN OCTOBER OF 2008?

5       A    THAT'S CORRECT.

6       Q    AND IT'S A JOINT ACCOUNT?

7       A    YES.

8       Q    8472 FOR THE RECORD.  DO YOU SEE THE JTWROS AND

9  BOTH YOUR NAMES?

10      A    YES.

11      Q    DO YOU KNOW WHAT THAT MEANS?

12      A    NO.  I'VE BEEN TOLD IT MEANS JOINT SOMETHING --

13      Q    WITH RIGHT OF SURVIVORSHIP.

14      A    YEAH.  I DON'T KNOW WHAT THAT MEANS.

15      Q    ALL RIGHT.  NUMBER 5, TAB 5, THE NEXT ONE.  THIS

16 IS THE ETRADE ACCOUNT FOR MARCH OF 2012.  HAVE YOU SEEN

17 THIS STATEMENT BEFORE?

18      A    YES.

19      Q    THERE'S $257,271.55 GOING OUT OF THE ACCOUNT?

20      A    YES.

21      Q    WHY IS IT GOING OUT OF THE ACCOUNT?

22      A    SHE WANTED TO BUY A HOUSE.

23      Q    OKAY.  AND SHE, YOUR WIFE, SUN PAK?

24      A    SUN PAK.

25      Q    WHY COULDN'T SHE HAVE BOUGHT THE HOUSE OUT OF

1    THIS ACCOUNT?

2        A    IT WASN'T WHAT SHE WANTED TO DO.  SHE HADN'T

3    PICKED THE HOUSE OUT YET.  SHE WAS GETTING -- SHE WAS

4    GETTING READY SO SHE COULD FIND A HOUSE.

5        Q    AND THIS IS FOUR MONTHS AFTER DEBBIE YERIAN

6    FILED THE LAWSUIT ON NOVEMBER 8TH, 2011, RIGHT?

7        A    THAT'S FOUR MONTHS AFTER 2011, AFTER THAT DATE.

8        Q    DOES THAT HAVE ANYTHING TO DO WITH THE MONEY

9    COMING OUT OF THIS ACCOUNT?

10       A    I DON'T KNOW.

11       Q    I THINK I HEARD SUN PAK SAY THAT SHE WAS

12   CONCERNED ABOUT THAT LITIGATION AND STAYING IN OHIO.  DID

13   YOU HEAR THAT TESTIMONY?

14       A    I HEARD HER SAY THAT SHE DIDN'T LIKE LIVING NEXT

15   DOOR TO MY EX-WIFE AND WANTED TO LEAVE OHIO BECAUSE OF

16   THAT, YES.

17       Q    OKAY.  BUT THAT DOESN'T EXPLAIN WHY THE BANK

18   ACCOUNT HAD TO BE CHANGED, DOES IT?

19       A    YOU SHOULD ASK HER THESE QUESTIONS.

20       Q    YOUR NAME IS ON THE BANK ACCOUNT.  THAT'S WHY

21   I'M ASKING YOU.

22       A    IT'S NOT MY CHOICE.  IT'S HER CHOICES THAT SHE

23   MADE.

24       Q    IF WE GO TO THE NEXT EXHIBIT, WHICH IS TRUSTEE

25   6, IT'S THE MARCH 2012 ETRADE ACCOUNT, 5634.  THIS IS SUN

1  PAK'S INDIVIDUAL ACCOUNT, RIGHT?

2       A    YES.

3       Q    AND IT SHOWS THE MONEY COMING OUT OF THE JOINT

4  ACCOUNT INTO HER INDIVIDUAL ACCOUNT?

5       A    OKAY.

6       Q    DID SHE BUY THE HOUSE IN MARCH OF 2012?

7       A    NO.

8       Q    I'M GOING TO GO TO TRUSTEE 7, JULY 2012,

9  INDIVIDUAL SUN PAK ETRADE ACCOUNT 5634.  DO YOU KNOW WHAT

10  THAT 198,325.85 COMING OUT OF THERE IS?

11       A    I DO NOT.

12       Q    DO YOU KNOW WHEN YOUR WIFE BOUGHT THE HOUSE IN

13  FLORIDA?

14       A    I KNOW THAT SHE CLOSED SOMETIME AT THE END OF

15  THE SUMMER.

16       Q    IF YOU TURN TO TRUSTEE'S EXHIBIT NUMBER 9, LET'S

17  LOOK AT THE DEED TO HELP YOU WITH THE DATES.  THE DEED IS

18  DATED JULY 27, 2012?

19       A    YES.

20       Q    AND I THINK YOU MOVED TO FLORIDA SHORTLY

21  THEREAFTER; IS THAT RIGHT?

22       A    YES.

23       Q    NOW, IF WE GO AGAIN TO VOLUME FIVE, IT WILL BE

24  THAT ONE RIGHT TO YOUR ELBOW, I BELIEVE, AND WE ARE GOING

25  TO DOCUMENT NUMBER -- TRUSTEE'S EXHIBIT 128.

```
 1              HAVE YOU SEEN THIS DOMESTIC COURT ORDER BEFORE?

 2      A     YES.

 3      Q     AND IT'S DATED FEBRUARY 13, 2012?

 4      A     YES.

 5      Q     THAT WOULD BE ONE MONTH BEFORE THE MONEY COMES

 6   OUT OF THE JOINT ETRADE ACCOUNT, RIGHT?

 7      A     YES.

 8      Q     CHILD SUPPORT IS LISTED ON PARAGRAPH 5 ON

 9   KY1639, RIGHT?

10      A     YES.

11      Q     ARE YOU STILL PAYING CHILD SUPPORT AND MEDICAL

12   OR IS CARSON 18?

13      A     I'M NOT PAYING IT ANYMORE.

14      Q     WHEN IS THE LAST TIME YOU TALKED TO CARSON?

15      A     IT'S BEEN A LONG TIME.

16      Q     PARAGRAPH 7, SPOUSAL SUPPORT.  YOU STILL PAYING

17   THE $300 A MONTH?

18      A     NO.

19      Q     WHEN DID THAT END?

20      A     I MADE THE LAST PAYMENT A FEW MONTHS AGO.

21      Q     AND THIS, I THINK IT SAYS FOR A PERIOD OF TWO

22   YEARS EFFECTIVE OCTOBER 8TH OF 2010, RIGHT?  DO YOU AGREE

23   WITH ME?

24      A     YES.

25      Q     PARAGRAPH 11, IT SAYS THAT YOU WERE IN CONTEMPT
```

```
 1    AND THAT YOU WOULDN'T BE JAILED AS LONG AS YOU PAID THE

 2    MONEY; IS THAT CORRECT?

 3         A    THAT'S CORRECT.

 4         Q    AND DID YOU PAY THE $1,000 IN ATTORNEY'S FEES IN

 5    PARAGRAPH 12?

 6         A    YES.

 7         Q    IF YOU GO TO DEFENDANTS' -- IT'S THIS BIG ONE I

 8    THINK RIGHT UP IN FRONT THERE -- DEFENDANTS' NUMBER 11.

 9              HAVE YOU SEEN THIS COMPLAINT BEFORE?

10         A    I HAVE.

11         Q    AND I THINK THE STAMP, EVEN THOUGH IT'S HARD TO

12    READ, READS NOVEMBER 8TH OF 2011 AND YOU'RE A DEFENDANT,

13    RIGHT?

14         A    THAT'S CORRECT.

15         Q    SUN YO PAK IS A DEFENDANT?

16         A    YES.

17         Q    MR. MCLEOD'S A DEFENDANT?

18         A    YES.

19         Q    MEGUSEY'S A DEFENDANT?

20         A    YES.

21         Q    WHO IS ROBERT MESSNER?

22         A    I -- HE'S ANOTHER ONE OF THE DEFENDANTS.

23         Q    DO YOU KNOW ROBERT MESSNER OTHER THAN --

24         A    I DO KNOW A ROBERT MESSNER.

25         Q    TELL ME HOW YOU KNOW ROBERT.
```

```
 1        A    HE USED TO WORK FOR ETC COMPUTERS.

 2        Q    OKAY.  DO YOU KNOW WHY HE WAS NAMED AS A

 3   DEFENDANT?

 4        A    YEAH.  TO PRESSURE ME TO SETTLE THE SUIT.

 5        Q    HE WAS NAMED AS A DEFENDANT TO PRESSURE YOU TO

 6   SETTLE THE LITIGATION?

 7        A    YES.

 8        Q    AND THE 256,000 COMES OUT OF THE JOINT ACCOUNT

 9   FOUR MONTHS AFTER THIS IS FILED?

10        A    YES.

11        Q    IF YOU WOULD -- LET'S SEE -- TRUSTEE'S 78.  IT'S

12   IN VOLUME TWO.

13        A    78?

14        Q    YES.  78.  IT'S NEAR THE END.

15        A    WHAT PAGE?

16        Q    QUESTION 13.  THE ETRADE ACCOUNT ENDING 8472

17   BELONGS TO SUN PAK.  BUT I ALSO HAD MY NAME ON THE ACCOUNT

18   SO THAT I COULD VIEW HER TRANSACTIONS.

19             WHY DID YOU NEED TO VIEW HER TRANSACTIONS?

20        A    I DON'T -- I'M SORRY.  HER ENGLISH IS NOT REALLY

21   GOOD AND SHE NEEDS HELP WITH READING THINGS AND SO SHE

22   ASKED ME TO HELP HER WITH IT.

23        Q    AND SO THAT'S THE ONLY REASON YOU'RE ON THE

24   ETRADE ACCOUNT?

25        A    YES.
```

1        Q    TURN BACK TO TRUSTEE'S 77.  IT'S THE EXHIBIT

2   JUST BEFORE THERE.

3             MR. WEBBER:  JUDGE, THIS IS THE EXHIBIT THAT

4        WAS UPLOADED INCORRECTLY.

5             THE COURT:  UM-HMM.

6             MR. WEBBER:  AND I THINK IT MATCHES WHAT,

7        18?  I THINK IT -- TRUSTEE'S 18 AND TRUSTEE'S 77

8        ARE THE SAME.

9             THE COURT:  UM-HMM.

10            MR. WEBBER:  THIS ONE -- AND YOU WILL SEE IT

11       IDENTIFIED IN THE EXHIBIT LIST -- WAS THE

12       PROPOSED AMENDED 2014 RETURN.  AND WE UPLOADED A

13       SUBSTITUTE COPY THIS MORNING.  MR. WOLFF HAD

14       PROVIDED THIS AMENDED 2014 RETURN TO ME AND

15       AGREED, BASED ON THE EXHIBIT LIST, THAT THAT

16       DRAFT AMENDED 2014 COULD COME IN.

17            AND WE WOULD LIKE TO SUBSTITUTE IT AT THIS

18       TIME.

19            THE COURT:  MR. WOLFF?

20            MR. WOLFF:  I'M NOT GOING TO OBJECT BUT I

21       WANT TO CLEAR WHAT THIS IS.

22            THE COURT:  UM-HMM.

23            MR. WOLFF:  WHILE WE WERE DISCUSSING

24       SETTLEMENT OF THIS MATTER, WE HAD AN ACCOUNTANT

25       PREPARE THIS TAX RETURN.

1          THE COURT:  UM-HMM.

2          MR. WOLFF:  IT'S NOT A TAX RETURN AND IT HAS

3     NOT BEEN SIGNED AND IT HAS NOT BEEN FILED.  AND

4     IT DOES STATE THE CONSEQUENCES TO THE DEBTOR OR I

5     GUESS THE BANKRUPTCY ESTATE IF THE IRA IS PULLED

6     DOWN.  THAT WAS WHAT LET IT IN.  BUT I JUST WANT

7     TO MAKE IT CLEAR THAT THIS IS NOT OUR TAX

8     RETURNS.  THIS WAS PART OF THE SETTLEMENT

9     DISCUSSION.

10          THE COURT:  WITH THAT OBJECTION, I WILL

11     ALLOW THE SUBSTITUTION OF THIS FOR TRUSTEE'S

12     EXHIBIT 70 -- SO THERE IS NO CONFUSION, I AM

13     GOING TO MAKE IT TRUSTEE'S -- THE NEXT NUMBER.

14     TRUSTEE'S EXHIBIT --

15          MR. WOLFF:  130.

16          THE COURT:  OKAY.  AND MAYBE THAT WILL MAKE

17     IT MORE CONFUSING.  I HOPE NOT.  BUT --

18 BY MR. WEBBER:

19     Q    I AM GOING TO SHOW YOU WHAT HAS BEEN MARKED NOW

20 AS TRUSTEE'S EXHIBIT NUMBER 130 AND ASK IF YOU HAVE SEEN

21 THIS DOCUMENT BEFORE?

22     A    I HAVE.

23     Q    OKAY.  AND DID YOU HAVE THIS PREPARED?  DID YOU

24 PREPARE THIS?

25     A    THIS WAS PREPARED BY ROBERT WOLFF.

1        Q     BY WHO?

2        A     ROBERT WOLFF.

3        Q     ANY RELATION TO FRANK WOLFF?

4              MR. WOLFF:  NO.  W-O-L-F-E.

5              MR. WEBBER:  OH, I GOT IT.  GOT IT.  SO NO.

6   BY MR. WEBBER:

7        Q     IF YOU WOULD LOOK AT 15A ON THE FRONT OF THIS

8   AND THIS IS A DRAFT, AMENDED 2014 1040 THAT'S NOT BEEN

9   FILED, WHAT IS THE TAXABLE AMOUNT FROM THE SELF-DIRECTED

10  IRA?

11       A     298,578.

12       Q     DO YOU KNOW HOW THAT NUMBER WAS ARRIVED AT?

13       A     THAT'S THE VALUE THAT WAS TURNED INTO THE IRS

14  FOR THE VALUE OF THE ACCOUNT AT THE BEGINNING OF THE 2014.

15       Q     LIKE JANUARY 1, 2014 AS MR. VAN HEYDE TESTIFIED

16  THIS MORNING?

17       A     YES.

18       Q     OKAY.  AND IF WE GO TO LINE 63 ON THE NEXT PAGE,

19  WHAT'S THE TOTAL AMOUNT OF TAX DUE?

20       A     $119,012.

21       Q     IT'S 46, WHICH WOULD BE VOLUME ONE, LAST EXHIBIT

22  OR NEXT TO THE LAST EXHIBIT.  I APOLOGIZE.  46 IS THE NEXT

23  TO THE LAST EXHIBIT.  IT'S NEAR THE END OF -- THE BEST I

24  CAN DO TO HELP EVERYONE IS KY133.  WHILE IT'S NOT THE END

25  OF THE EXHIBIT, IT IS NEAR THE END.

1              ARE YOU THERE, MR. YERIAN?

2        A    I'M ON PAGE 133.

3        Q    OKAY.  THERE'S AN OUTGOING WIRE THERE ON

4   NOVEMBER 20TH FOR $3,973.  DO YOU SEE THAT?

5        A    I DO.

6        Q    THAT WAS FOR THE PURCHASE OF THE 2012 SMART CAR,

7   RIGHT?

8        A    THAT'S CORRECT.

9        Q    AND THAT'S THE SMART CAR, WE'VE ALREADY LOOKED

10  AT THE TITLE.  WE ARE NOT GOING TO FLIP THROUGH IT AGAIN.

11  BUT FOR THE RECORD IT'S TRUSTEE 119.

12             AND THAT'S TITLED IN YOUR NAME, RIGHT?

13       A    THAT WAS INCORRECTLY TITLED IN MY NAME BY A

14  TITLE COMPANY, THE PEOPLE WHO ACTUALLY BOUGHT THE CAR FOR

15  ME.

16       Q    OKAY.  BUT IT'S TITLED IN YOUR NAME?

17       A    BY THEM, YES.

18       Q    AND YOU USE THAT CAR?

19       A    NO.

20       Q    DO YOU STILL HAVE IT?

21       A    I STILL HAVE IT.

22       Q    OKAY.  DID YOU EVER CHANGE THE TITLE TO YERIAN

23  PROPERTIES LLC?

24       A    I WAS ADVISED NOT TO DO ANYTHING UNTIL THIS WAS

25  OVER.

1      Q    NOW, IF WE GO A COUPLE OF PAGES, KY135, THE

2  12/4 -- THE DECEMBER 4TH $2,000 OFFICIAL CHECK, THAT WAS

3  THE PURCHASE OF THE SUBURBAN FOR SUN PAK, RIGHT?

4      A    YES.  IT WASN'T --

5      Q    WHY WAS IT TITLED IN HER NAME?

6      A    I DIDN'T UNDERSTAND THAT I COULD ACTUALLY TITLE

7  A CAR IN A BUSINESS NAME AND SO THAT -- THIS WAS MY

8  MISTAKE.

9      Q    AND THIS IS YERIAN PROPERTIES LLC FIFTH THIRD

10 BANK MONEY?

11     A    YES.

12     Q    SELF-DIRECTED IRA MONEY?

13     A    THAT'S CORRECT.

14     Q    EVER CHANGE THE TITLE --

15     A    NO.

16     Q    -- TO YERIAN PROPERTIES LLC?

17     A    I HAVE NOT.  SINCE I LEARNED THAT I MADE THE

18 MISTAKE, I HAVE NOT DONE ANYTHING BECAUSE I HAVE BEEN

19 ADVISED NOT TO.

20          MR. WEBBER:  AND FOR THE RECORD, JUDGE, WE

21      HAVE ALREADY LOOKED AT IT.  TRUSTEE'S 120 IS THE

22      2007 SUBURBAN TITLE.  WE DON'T NEED TO TURN TO

23      IT.

24 BY MR. WEBBER:

25     Q    THE LAST EXHIBIT, MR. YERIAN, THE NEXT ONE,

1    TRUSTEE'S 47.  LET'S SEE IF I CAN FIND IT.  I'M LOOKING

2    FOR A MAY ENTRY HERE.  I'M SORRY.  I'M LOOKING FOR A JULY

3    ENTRY.  I APOLOGIZE.

4            KY151.  KY151.  AUGUST OF 2015.  DO YOU SEE THAT

5    20 -- $2,500 CHECK?

6        A    NO.

7        Q    IF YOU LOOK AT THE TOP, RIGHT THERE IN THE

8    MIDDLE, KIND OF IN THE MIDDLE OF THE PAGE, I BELIEVE, IT

9    SAYS CHECK 9043, LITTLE I, I GUESS, OR 90431, DATED AUGUST

10   3RD FOR $2,500.

11           DO YOU SEE THAT?

12       A    WOULD YOU PROVIDE ME WITH THE DOCUMENTS, PLEASE?

13       Q    SURE.

14           MR. WEBBER:  MAY I APPROACH, YOUR HONOR?

15           THE COURT:  CERTAINLY.

16           MR. WEBBER:  THERE'S NOTHING BEHIND TAB 47

17       IN HIS BOOK.  DO YOU HAVE A TAB 47 OVER THERE?

18       JUST HAND IT TO ME.  TAKE IT OUT.  SORRY, JUDGE,

19       WE TRIED.  HAD A LOT OF EXHIBITS.

20   BY MR. WEBBER:

21       Q    DO YOU SEE THAT?  IT'S CIRCLED.

22       A    YES.

23       Q    TELL THE JUDGE WHAT THAT $2,500 CHECK IS FOR.

24       A    DO YOU HAVE A COPY OF THE CHECK?  I DON'T KNOW.

25       Q    IT'S TO REPAIR THE TRANSMISSION ON THE SUBURBAN.

1   THAT'S WHAT YOU TESTIFIED TO IN YOUR DEPOSITION.  DO YOU

2   WANT ME TO REFRESH YOUR RECOLLECTION?

3        A    IF THAT'S -- IF THAT'S WHAT I SAID, THEN THAT'S

4   WHAT IT IS.

5        Q    OKAY.

6             MR. WEBBER:  NO FURTHER QUESTIONS, JUDGE.

7             THE COURT:  THANK YOU.

8             MR. WOLFF:  JUDGE?

9             THE COURT:  MR. WOLFF.

10            MR. WOLFF:  BEFORE WE -- CAN I HAVE A MINUTE

11        WITH MR. WEBBER BEFORE?

12            THE COURT:  CERTAINLY.  WE'LL TAKE JUST A

13        SHORT -- LET'S TAKE A BREAK AT THIS POINT AND THE

14        PARTIES CAN DECIDE HOW THEY WOULD LIKE TO

15        PROCEED.  IT'S 3:53.

16            MR. WEBBER:  THANK YOU, JUDGE.

17            MR. WOLFF:  I AM GOING TO TRY TO

18        (INAUDIBLE), JUDGE, (INAUDIBLE).

19            THE COURT:  OKAY.  IT WILL BE A SHORT BREAK.

20            (WHEREUPON, COURT WAS RECESSED FROM 3:53

21   P.M. TO 4:01 P.M.)

22            THE CLERK:  COURT IS BACK IN SESSION.

23            THE COURT:  MR. WEBBER, DID YOU HAVE ANY

24        ADDITIONAL QUESTIONS?

25            MR. WEBBER:  NO, JUDGE.  TRUSTEE RESTS.

185

```
1              THE COURT:  VERY GOOD.  MR. WOLFF.

2              MR. WOLFF:  THANK YOU, YOUR HONOR.  WE WILL

3        CALL MR. KEITH YERIAN.

4              THE COURT:  VERY GOOD.

5              MR. WOLFF:  I THINK HE IS STILL UNDER OATH.

6              THE COURT:  HE IS STILL UNDER OATH AND HE IS

7        STILL ON THE STAND.  GO AHEAD AND PROCEED, MR.

8        WOLFF.

9              MR. WOLFF:  THANK YOU, YOUR HONOR.

10                  DIRECT EXAMINATION

11   BY MR. WOLFF:

12       Q    MR. YERIAN, YOUR FORMER WIFE WAS NAMED DEBBIE

13   YERIAN, WAS IT NOT?

14       A    IT IS.  THAT'S CORRECT.

15       Q    AND THE DIVORCE WAS NOT PLEASANT; IS THAT AN

16   ACCURATE STATEMENT?

17       A    THAT'S CORRECT.

18       Q    AND THERE WAS ACTUALLY SUBSEQUENT LITIGATION

19   BETWEEN YOU AND DEBBIE YERIAN; IS THAT ALSO CORRECT?

20       A    A LOT OF IT.

21       Q    OKAY.  AND HAS THERE BEEN CONTACT BETWEEN MS.

22   YERIAN AND THE CURRENT BANKRUPTCY TRUSTEE?

23       A    YES.

24       Q    IN FACT, THOUSANDS OF DOCUMENTS WERE SENT BY

25   DEBBIE YERIAN TO THE TRUSTEE; IS THAT ALSO CORRECT?
```

```
 1         A    THAT'S CORRECT.

 2         Q    WERE --

 3              THE COURT:  DID YOU HAVE AN OBJECTION, MR.

 4       WEBBER?

 5              MR. WEBBER:  YES.  YES, MA'AM.  A LITTLE

 6       LESS LEADING.

 7              THE COURT:  SUSTAINED.

 8  BY MR. WOLFF:

 9         Q    MR. YERIAN, ON THE DATE OF FILING THE PETITION,

10  DID YOU -- WHAT DID YOU OWE DEBBIE YERIAN?

11         A    I DON'T REALLY KNOW.  I'M CERTAIN IT WAS LESS

12  THAN $10,000.

13         Q    AND DID YOU KNOW THAT REGARDLESS OF YOUR FILING

14  BANKRUPTCY, YOU COULD NOT DISCHARGE ANY OBLIGATIONS TO

15  DEBBIE YERIAN?

16         A    YES.

17         Q    DID SHE -- WELL, LET ME SHOW YOU WHAT'S BEHIND

18  TRUSTEE'S EXHIBIT 5.  THAT'S IN VOLUME TWO RIGHT BESIDE

19  YOU.

20              IS THAT A -- THERE IS A (INAUDIBLE) E-MAIL TO

21  YOU FROM REID YODER.  WHO IS REID YODER?

22         A    HE IS THE BEST ATTORNEY IN THE WORLD.

23         Q    YOUR --

24         A    SECOND BEST.

25              THE COURT:  YOU NEED TO TALK INTO THE PODIUM
```

```
1        MIKE.  WE'RE NOT PICKING YOUR SOUND, MR. WOLFF.

2            THE WITNESS:  REID YODER IS A VERY GOOD

3        ATTORNEY.

4            THE COURT:  NO, YOU'RE FINE, MR. YERIAN.

5        YOUR ATTORNEY NEEDS TO TALK AT THE PODIUM.

6            THE WITNESS:  OH.

7            MR. WOLFF:  OH, SORRY.

8    BY MR. WOLFF:

9        Q    AND TRISHA PRIKERT, WHO IS SHE?

10       A    SHE'S THE ATTORNEY FOR MY EX-WIFE.

11       Q    OKAY.  SO THIS E-MAIL IS AN E-MAIL FROM YOUR

12   ATTORNEY TO HER ATTORNEY?

13       A    THAT'S CORRECT.

14       Q    AND ADVISING HER THAT YOU INTEND TO FILE A

15   BANKRUPTCY CASE; IS THAT CORRECT?

16       A    THAT'S CORRECT.

17       Q    WHO IS BRETT ELAM?

18       A    HE'S THE ATTORNEY THAT I HAD BEFORE YOU.

19       Q    LET ME HAVE YOU TURN TO WHAT'S BEHIND

20   DEFENDANTS' TAB NUMBER 1 IN MY BOOK, THE DEFENDANTS' BOOK.

21       A    THAT'S THIS ONE?

22       Q    YES.  YOU'RE DONE WITH THE VOLUME (INAUDIBLE).

23   THAT APPEARS TO BE AN E-MAIL -- IS THAT AN E-MAIL THAT YOU

24   DRAFTED?

25       A    YES.
```

1      Q    WHO IS THAT EMAIL TO?

2      A    IT'S TO JOSI AT BRETT ELAM'S LAW FIRM.

3           MR. WEBBER:  JUDGE, HE'S READING FROM AN

4      EXHIBIT THAT'S NOT IN EVIDENCE.

5           THE COURT:  I AGREE BUT HE'S GOT TO LAY A

6      FOUNDATION TO SEE IF HE CAN.  WE LEFT THAT RULING

7      OPEN IN CONNECTION WITH THE MOTION AND THE

8      OBJECTION TO THIS EXHIBIT.

9           MR. WEBBER:  OKAY.

10          THE COURT:  I'LL LET HIM.  MR. WOLFF, I

11     DON'T KNOW WHETHER YOU CAN GET IT IN OR NOT, BUT

12     YOU ARE WELCOME TO TRY.

13  BY MR. WOLFF:

14     Q    THIS IS AN E-MAIL THAT YOU PREPARED, CORRECT?

15     A    THAT'S CORRECT.

16     Q    AND THIS IS AN E-MAIL THAT YOU SENT TO YOUR

17  BANKRUPTCY ATTORNEY'S OFFICE; IS THAT CORRECT?

18     A    YES.

19     Q    BEHIND THIS E-MAIL, THERE'S A STACK OF

20  DOCUMENTS.  ARE THOSE DOCUMENTS THAT YOU ASSEMBLED AS A

21  PART OF PREPARING THAT E-MAIL?

22     A    YES.

23     Q    AND ARE THOSE DOCUMENTS IN FACT LISTED AS

24  ATTACHMENTS ON KY1547, THE FIRST PAGE OF THAT EXHIBIT?

25     A    YES.

1          MR. WOLFF:  YOUR HONOR, I MOVE DEFENDANTS'

2     NUMBER 1 INTO EVIDENCE.

3          THE COURT:  AND MR. WEBBER?

4          MR. WEBBER:  YES.  I OBJECT FOR SEVERAL

5     REASONS.  JUDGE, DO YOU WANT ME TO COME TO THE

6     PODIUM?

7          THE COURT:  NO, I CAN HEAR YOU FROM THERE.

8     YOU'RE FINE.

9          MR. WEBBER:  OKAY.  HEARSAY, FEDERAL RULE OF

10    EVIDENCE 801, BRETT ELAM IS NOT PRESENT.  IT'S

11    NOT EVEN ADDRESSED TO BRETT ELAM.  WE DON'T EVEN

12    KNOW IF BRETT ELAM RECEIVED IT.  AUTHENTICATION

13    UNDER FEDERAL RULE OF EVIDENCE 901.  WE JUST

14    DON'T WHAT BRETT ELAM KNOWS ABOUT THIS OR DOESN'T

15    KNOW ABOUT IT.

16         AND THEN, WHILE THERE -- HE'S LAID SOME

17    FOUNDATION, IT'S NOT EVEN ADDRESSED TO BRETT

18    ELAM, P.A., WHO IS THE LAWYER AND THE LAW FIRM

19    LISTED IN SOFA.  IT IS TO A JOSI, J-O-S-I, BRITO,

20    B-R-I-T-O, AND WE HAVE NO KNOWLEDGE OF THE E-MAIL

21    ADDRESS AND THERE'S -- IT'S FILLED WITH HEARSAY

22    BEHIND THE COVER LETTER OR THE E-MAIL WHICH IS I

23    GUESS THE FIRST TWO PAGES.

24         THE COURT:  YOUR RESPONSE, MR. WOLFF.

25         MR. WOLFF:  YOUR HONOR, MAY I FOLLOW UP WITH

1      A FEW MORE QUESTIONS?

2            THE COURT:  YES.

3   BY MR. WOLFF:

4      Q    DO YOU KNOW FOR A FACT, MR. YERNIAN, WHO JOSI

5   BRITO IS?

6      A    YES.

7      Q    AND WHO IS SHE?

8      A    SHE IS ONE OF TWO OF THE ASSISTANTS THAT MR.

9   ELAM HAD IN HIS OFFICE.  I DON'T KNOW IF SHE WAS A

10  PARALEGAL OR NOT, BUT I BELIEVE THAT SHE WAS.

11     Q    AND YOU HAD COMMUNICATED WITH HER ABOUT THE

12  INFORMATION SHEETS AND THE INFORMATION THAT THEY NEEDED TO

13  FILE YOUR BANKRUPTCY?

14     A    THAT IS CORRECT.

15     Q    AND IS THIS COMMUNICATION WITH MISS BRITO

16  SUPPLYING YOUR LAWYER'S OFFICE INFORMATION NEEDED FOR THE

17  PREPARATION OF BANKRUPTCY PAPERS?

18     A    THAT'S CORRECT.

19           MR. WOLFF:  I RENEW MY MOTION, YOUR HONOR.

20           THE COURT:  AND ANY FURTHER COMMENTS, MR.

21     WEBBER?

22           MR. WEBBER:  I RENEW MY OBJECTIONS.

23           THE COURT:  IN CONNECTION WITH THE E-MAIL,

24     THE WITNESS HAS TESTIFIED THAT HE PREPARED THE

25     E-MAIL.  IT WENT FROM HIM.  IT WENT TO A

1        PARALEGAL IN HIS LAWYER'S OFFICE AND THAT HE

2        ATTACHED THESE DOCUMENTS.

3            I AGREE THAT THE UNDERLYING INFORMATION IN

4        THOSE DOCUMENTS ARE HEARSAY.  I AM NOT GOING TO

5        TAKE THEM FOR THE TRUTH OF THE MATTER ASSERTED.

6        BUT THE FACT THAT HE TRANSMITTED THEM TO JOSI

7        BRITO I THINK IS ADMISSIBLE.

8            SO I WILL ADMIT AND OVERRULE THE OBJECTION

9        TO EXHIBIT 1, GIVE IT THE WEIGHT THAT IT DEEMED

10       DUE, BUT I THINK HE'S -- YOU'VE ESTABLISHED THAT

11       THIS IS WHAT MR. YERIAN SENT TO HIS LAWYER'S

12       OFFICE.  SO THANK YOU, MR. WOLFF.

13           MR. WOLFF:  THANK YOU, YOUR HONOR.

14  BY MR. WOLFF:

15       Q    HAVE YOU TURN TO 1550 IN THAT EXHIBIT.

16       A    YES.

17       Q    DO YOU RECALL THE TRUSTEE ASKED YOU QUESTIONS

18  ABOUT THE SCHEDULES THAT WERE ACTUALLY FILED AND TOOK NOTE

19  THAT YOU HAD NO HOUSEHOLD GOODS; THAT YOU TOLD YOUR LAWYER

20  ABOUT THE EXISTENCE OF HOUSEHOLD GOODS IN THIS -- THESE

21  DOCUMENTS, DID YOU NOT?

22       A    YES.

23       Q    LET'S TALK ABOUT HOW THIS WAS DONE.  YOU SENT

24  THESE DOCUMENTS TO YOUR LAWYER'S OFFICE.  DID YOU HEAR

25  BACK FROM THEM IMMEDIATELY?

```
1         A     NO.

2         Q     DID YOU CONTACT THEM?

3         A     I DID.

4         Q     WHAT WAS THE NEXT CONTACT YOU HAD WITH -- FROM

5    THEM TO YOU?

6         A     I WANTED TO GET THIS FILED BY DECEMBER 31ST.  SO

7    I SENT THIS TO THEM AND I DIDN'T HEAR ANYTHING FOR A WEEK

8    OR TWO.  SO I GOT ON THE PHONE BEFORE THE END OF 2014 AND

9    ASKED THEM WHAT WAS GOING ON.  AND I KNOW THAT I HAD

10   SEVERAL CONVERSATIONS WITH JOSI BETWEEN -- AT THE VERY END

11   OF THE YEAR.  AND THEN AFTER THE FIRST OF THE YEAR, I KNOW

12   THAT I CALLED HER PROBABLY FOUR OR FIVE TIMES ALSO.

13        Q     DID THERE COME A TIME THAT THEY SENT YOU

14   SOMETHING, A SIGNATURE PAGE OR SOMETHING FOR THE DOCUMENT?

15        A     YES, THEY DID.

16        Q     DID THEY SEND THE FILLED-OUT SCHEDULES WITH THE

17   SIGNATURE PAGE?

18        A     NO, THEY SENT ME THE SIGNATURE PAGE.  AS A

19   MATTER OF FACT, IT WAS -- LOOKING BACK ON IT NOW, IT WAS A

20   SIGNATURE PAGE THAT DID NOT EVEN HAVE WHAT IT WAS FOR ON

21   IT.  IT WAS JUST A SIGNATURE PAGE AND MY UNDERSTANDING IS

22   THAT THEY USE THAT ANYTIME THEY HAD TO FILE A DOCUMENT.

23        Q     ONE OF THE ALLEGATIONS OF THE TRUSTEE IN THE

24   COMPLAINT IS THAT YOU FAILED TO LIST YOUR INTEREST IN ETC

25   COMPUTERS ON THE ORIGINAL SCHEDULES.
```

```
 1            YOU DID LIST THEM IN THIS WORKSHEET, DID YOU
 2    NOT?
 3        A    I DID.
 4        Q    AND IN FACT THOSE -- ETC COMPUTERS WAS LISTED ON
 5    SCHEDULE B OF THE SCHEDULES THEY ACTUALLY FILED; IS THAT
 6    NOT ALSO CORRECT?
 7        A    THAT'S CORRECT.
 8        Q    IF YOU WILL TURN TO 1551.  IS YOUR IRA SERVICES
 9    ACCOUNT LISTED ON THE MATERIALS THAT YOU PROVIDED TO YOUR
10    LAWYER?  YOU COULD LOOK AT THE BOTTOM OF THAT PAGE.
11        A    YES.  YES.  YES.
12        Q    AND IS THE $350,000 AN ACCURATE STATEMENT AS TO
13    THE AMOUNT THAT WAS IN THAT ACCOUNT ON THE DAY YOU FILED
14    THE PETITION?
15        A    YES.
16        Q    AND SO IF THERE -- THOSE WERE EXCLUDED FROM YOUR
17    SCHEDULES, IT WAS NOT SOMETHING THAT YOU DID WITH --
18            MR. WEBBER:  OBJECTION.  THAT IS LEADING.
19            THE COURT:  SUSTAINED.
20    BY MR. WOLFF:
21        Q    DID YOU INTEND TO MISLEAD THE TRUSTEE IN THE
22    SCHEDULES THAT WERE FILED?
23        A    NO.
24            MR. WEBBER:  OBJECTION.  THAT'S LEADING.
25            MR. WOLFF:  I'LL TRY TO DO BETTER, YOUR
```

1      HONOR.

2              THE COURT:  I THINK THAT -- I DON'T THINK

3      THAT WAS LEADING BUT DO TRY TO STOP SO MUCH --

4              MR. WOLFF:  I'M TRYING TO GO AS BEST AS I

5      CAN.  I UNDERSTAND, YOUR HONOR.

6  BY MR. WOLFF:

7      Q    TURNING TO PAGE 1552, ONE OF THE OTHER

8  ALLEGATIONS IS THAT DEBBIE YERIAN WAS NOT LISTED IN YOUR

9  BANKRUPTCY PAPERS.

10             DID YOU GIVE DEBBIE YERIAN AND HER ADDRESS TO

11 YOUR ATTORNEY TO PUT ON YOUR SCHEDULE?

12     A    I DID.

13     Q    AND DO YOU SEE HER NAME ON KY1552?

14     A    I DO.

15     Q    DO YOU SEE -- TURN TO 1558.  DID YOU LIST THE

16 OHIO DEPARTMENT OF HUMAN SERVICES FOR YOUR CHILD SUPPORT

17 ON THE PAPERS THAT YOU DELIVERED TO YOUR LAWYER?

18     A    YES.

19     Q    TURN TO PAGE 1560.  DID YOU AGAIN LIST ETC

20 COMPUTERS ON THAT SCHEDULE?

21     A    I DID.

22     Q    AND DID YOU LIST DEBBIE YERIAN AS A CREDITOR?

23     A    I DID.

24     Q    DID YOU LIST -- LOOK AT KY1563.  DID YOU LIST

25 YOUR ALIMONY, MAINTENANCE AND SUPPORT PAYMENTS ON YOUR

1    SCHEDULE J?

2         A    YES.

3         Q    LOOKING AT PAGE 1579, DID YOU SEND A COPY OF AN

4    IRA SERVICES TRUST COMPANY STATEMENT TO YOUR ATTORNEY SO

5    THAT HE WOULD HAVE IT CONCERNING YOUR FILING?

6         A    I DID.

7         Q    AND WHAT WAS THE VALUATION GIVEN ON THAT

8    STATEMENT THAT WAS GIVEN TO YOUR ATTORNEY?  IT'S AT THE

9    BOTTOM.

10        A    IT LOOKS LIKE AS OF 10/31/2014, IT WAS

11   $37,976.72.

12        Q    AND FOR -- IF YOU LOOK AT THE BOTTOM OF PAGE

13   1579.

14        A    YES.

15        Q    1579, THE BOTTOM --

16        A    YES.  THAT'S THE IRA SERVICES ACCOUNT?

17        Q    YES.  IS THERE A VALUE GIVEN TO THAT ACCOUNT?

18        A    YES.  $298,578.

19        Q    DID YOU GIVE A COPY OF YOUR TAX RETURN TO YOUR

20   ATTORNEY THAT INCLUDED FINANCIAL INFORMATION TO IT FOR THE

21   PREPARATION OF YOUR SCHEDULE?

22        A    I DID.

23        Q    TURNING TO 1621, DID YOU ACTUALLY -- I'VE HEARD

24   THE TRUSTEE REFERRED TO THE TITLE TO TWO CARS.

25        A    1621?

1      Q      CORRECT.  STILL PART OF DEBTOR'S 1.

2      A      YES.  YES.

3      Q      AND DID YOU GIVE THEM A COPY OF THE SCHEDULE --

4  A COPY OF THE TITLE FOR THE VEHICLE?

5      A      YES, I DID.

6      Q      AND IT'S MARKED AS -- DOES IT TELL A LIENHOLDER

7  ON THAT SCHEDULE?

8      A      NO.

9      Q      TURNING TO THE NEXT PAGE, 1622, YOU FILLED OUT A

10  STATEMENT SHOWING THAT DEAN BARKER DID HAVE A LIEN, DID

11  YOU NOT?

12     A      THAT'S CORRECT.

13     Q      DID YOU BELIEVE THAT DEAN BARKER HAD A LIEN?

14     A      ACTUALLY, THERE'S TWO THINGS GOING ON HERE.

15  FIRST, YES, I THOUGHT HE HAD A VALID LIEN AND HE WOULD

16  TAKE THE CARS IF I DIDN'T PAY HIM.

17          THE SECOND THING IS, I DIDN'T LIST HIM AS THE

18  LIENHOLDER.  HE WAS THE TITLE HOLDER.  I DON'T KNOW IF

19  THAT'S DIFFERENT OR NOT.  BUT AT THAT TIME, HE HELD THE

20  TITLE AND I GOT THE TITLES BACK FROM HIM WHEN I STARTED

21  GETTING THESE REQUESTS FROM THE TRUSTEE.

22     Q      I SEE.  SO HE HAD PHYSICAL POSSESSION OF THE

23  TITLES?

24     A      HE DID HAVE PHYSICAL POSSESSION OF THE TITLES.

25     Q      AND YOU BELIEVED THAT THAT WAS A PROTECTION OF

```
 1   THE LIEN?

 2        A    I HAVE NO IDEA.

 3             MR. WEBBER:  OBJECTION.  ASKS A LEGAL

 4        CONCLUSION.

 5             MR. WOLFF:  OKAY.

 6             THE COURT:  I'M GOING TO OVERRULE THAT.

 7   BY MR. WOLFF:

 8        Q    AT 1624, THERE'S THE TITLE TO THE OTHER VEHICLE,

 9   CORRECT?

10        A    THAT'S CORRECT.

11        Q    THE SAME SITUATION, YOU SHOWED THE TITLE TO YOUR

12   ATTORNEY, IT SAID NONE, BUT YOU INDICATED THAT THERE WAS A

13   LIEN IN YOUR VIEW HELD BY HIM?

14        A    YES.

15        Q    TURNING THEN TO -- WHEN THE TRUSTEE ASKED YOU AT

16   THE 341 MEETING WERE THE SCHEDULES TRUE AND CORRECT, DID

17   YOU BELIEVE YOU WERE TELLING THE TRUTH AT THAT TIME?

18        A    YES.

19        Q    DID YOU HAVE ANY KNOWLEDGE OF THE INACCURACIES

20   THAT WERE IN THE SCHEDULE?

21        A    DURING -- DURING THE QUESTIONING HE ASKED ME

22   SOMETHING ABOUT THE ALIMONY AND THERE WAS SOME SORT OF

23   DOCUMENT THAT NEEDED TO BE ADDED.  AND I WAS AWARE OF

24   THAT.  BUT OTHER THAN THAT, I WASN'T AWARE OF ANY OTHER

25   CHANGES AT THAT TIME.
```

1    Q    LET'S HAVE YOU TURN TO WHAT'S BEHIND TAB NUMBER

2    2 IN THE DEFENDANTS' BOOK.  AND I'M TURNING TO SCHEDULE B.

3    IT'S -- AT THE TOP IT'S INDICATED PAGE 520.  ARE YOU AT

4    520?

5    A    I AM.

6    Q    IT IS ALLEGED IN THE COMPLAINT THAT YOU FAILED

7    TO LIST IN YOUR ORIGINAL SCHEDULES ETC COMPUTERS INC. AS

8    AN ASSET.

9         DID YOU IN FACT LIST IT IN THE SCHEDULES THAT

10   WERE FILED?

11   A    I HAVE EVERY TIME.

12   Q    AND HAVE YOU TURN TO EXHIBIT 3, THE STATEMENT

13   THAT'S (INAUDIBLE) THERE, NUMBER 18 --

14   A    PAGE 18?

15   Q    NO, IT'S NUMBER 18.  I'LL GET YOU THE PAGE IN A

16   SECOND.  IT'S PAGE 6 OF 8.

17   A    GOT IT.

18   Q    AND THERE YOU AGAIN LISTED THE ETC COMPUTERS AS

19   A BUSINESS THAT YOU WERE AFFILIATED WITH; IS IT NOT?

20   A    YES.

21        MR. WEBBER:  I'M SORRY, JUDGE.  WHAT EXHIBIT

22   ARE WE ON?

23        THE COURT:  TWO AND THREE.  WELL, THAT WAS

24   THREE, QUESTION 18.

25        THE WITNESS:  PAGE 6 OF 8.

1  BY MR. WOLFF:

2      Q    ALSO IN THE COMPLAINT, IT'S ALLEGED THAT YOU

3  FAILED TO DISCLOSE AN INTEREST IN I-MOBILE LLC.  COULD YOU

4  EXPLAIN TO THE COURT WHAT IS I-MOBILE LLC AND WHY IT WAS

5  NOT LISTED IN THE BANKRUPTCY?

6      A    I DON'T REMEMBER THE EXACT DATE BUT I BELIEVE IT

7  WAS SOMEWHERE AROUND 2002, 2003.  ETC COMPUTERS WANTED TO

8  SELL SOME SOFTWARE RELATED TO RUNNING PHONE BOOKS ON

9  I-PHONES.  AND SO, WE OPENED -- WE OPENED A BUSINESS

10  CALLED I-MOBILE.

11         AND ABOUT A MONTH AFTER WE OPENED IT, WE

12  DETERMINED THAT I-MOBILE WAS OWNED BY ANOTHER COMPANY.

13  THE NAME WAS -- IT WASN'T OWNED IN OHIO BUT IT WAS OWNED

14  AROUND THE WORLD.  AND SO NOTHING WAS EVER DONE WITH THAT

15  COMPANY.  AND IT'S -- ESSENTIALLY, IT'S A DEFUNCT COMPANY.

16      Q    DID YOU OWN AN INTEREST IN I-MOBILE?

17      A    NO.

18      Q    WHO OWNED THE INTEREST IN I-MOBILE?

19      A    I-MOBILE AND B-GLOBAL BOTH WERE OWNED BY ETC

20  COMPUTERS AND THERE WAS NEVER ANY INCOME OR EXPENSES FOR

21  I-MOBILE BUT FOR B-GLOBAL, ALL THE MONEY THAT WAS EVER

22  EARNED WENT INTO ETC COMPUTERS, I NEVER SAW A CHECK OR

23  ANYTHING FROM THAT.

24         AND EVERY, EVERY PENNY THAT WENT OUT OF THE

25  COMPANY, ALL EXPENSES WERE PAID BY ETC COMPUTERS.  AND

1    IT'S MY UNDERSTANDING THAT ETC COMPUTERS OWNED I-MOBILE

2    AND B-GLOBAL.

3        Q    SO THE SCHEDULES ARE ACCURATE AND NOT LISTED IN

4    INTEREST IN I-MOBILE OR B-GLOBAL; IS THAT CORRECT?

5        A    YES.  FOR SEVERAL REASONS.  ONE, I DIDN'T OWN

6    INTEREST AND SECOND IS I WAS ONLY SUPPOSED TO LIST FOR

7    FIVE YEARS.  AND BOTH OF THOSE COMPANIES HAD BEEN GONE FOR

8    FAR LONGER THAN FIVE YEARS.

9        Q    IT'S ALLEGED IN THE COMPLAINT THAT YOU ARE THE

10   SOLE MEMBER OF YERIAN PROPERTIES LLC; IS THAT AN ACCURATE

11   STATEMENT?

12       A    NO.

13       Q    WHO IN FACT DOES OWN THE INTEREST -- THE

14   MEMBER'S INTEREST IN YERIAN PROPERTIES LLC?

15       A    IRA SERVICES.

16       Q    IT'S YOUR SELF-DIRECTED IRA; IS THAT CORRECT?

17       A    IRA SERVICES IS A SELF-DIRECTED IRA BUT, YOU

18   KNOW, WHEN HE -- WHEN THE GUY TESTIFIED TODAY, HE HAD THE

19   SAME OPINION THAT I DID.  AND THAT IS THAT YERIAN

20   PROPERTIES WAS THE SAME AS MY OTHER ACCOUNT WHERE I OWN

21   STOCK IN IBM AND I OWN STOCK IN -- YOU KNOW, AND I DIDN'T

22   LIST THAT I HAD ANY OWNERSHIP IN IBM OR ANY OF THE OTHER

23   COMPANIES IN MY IRA ACCOUNT EITHER.

24       Q    LET ME HAVE YOU TURN TO WHAT'S BEHIND

25   DEFENDANTS' NUMBER 4.

1       A    DEFENDANTS' 4?

2       Q    COULD YOU TELL ME WHAT THAT IS?

3       A    THIS IS -- THIS IS THE -- THIS IS THE DOCUMENT I

4  RECEIVED WHEN YERIAN PROPERTIES WAS FORMED BY THE COMPANY

5  THAT FORMED IT FOR ME.  AND IT'S THE RULES OF OPERATION

6  FOR THE COMPANY.

7       Q    AND WHAT -- WHO DOES IT IDENTIFY AS THE SOLE

8  MEMBER OF YERIAN PROPERTIES LLC?

9       A    IRA SERVICES.

10      Q    LOOKING BEHIND TAB NUMBER 5, THAT'S THE SUNBIZ

11  REPORT ON YERIAN PROPERTIES LLC; IS IT NOT?

12      A    YES.

13      Q    ARE YOU IDENTIFIED ON THAT DOCUMENT AS AN OWNER?

14  YOU'RE LISTED AS THE MANAGER --

15      A    I'M LISTED AS THE MANAGER.  I DON'T ACTUALLY SEE

16  AN OWNER.

17      Q    THAT'S CORRECT.  AND DISCLOSED IN YOUR

18  WORKSHEETS THAT YOU PROVIDED TO YOUR ATTORNEY THE

19  EXISTENCE OF THE IRA SERVICES ACCOUNT; IS THAT CORRECT?

20      A    THAT'S CORRECT.

21      Q    SO WHEN IT ALLEGES IN THE COMPLAINT THAT YOU

22  FAILED TO LIST YOUR MEMBERSHIP INTEREST IN YERIAN

23  PROPERTIES LLC, THE FAILURE TO LIST YOUR INTEREST IN -- AN

24  INTEREST IN YERIAN PROPERTIES LLC IS ACTUALLY CORRECT AND

25  YOUR SCHEDULES WERE CORRECT; ISN'T THAT RIGHT?

1        A    THAT'S CORRECT.

2        Q    LOOKING BEHIND TAB NUMBER 7, DEFENDANTS' NUMBER

3   7, THIS IS AN INVESTMENT AUTHORIZATION FOR INVESTMENTS IN

4   ASSETS TO BE PURCHASED BY YERIAN PROPERTIES LLC.  THE

5   TRUSTEE ALLEGES THAT YOU FAILED TO LIST PROPERTIES LIKE A

6   PROPERTY IN PALM BAY, FLORIDA AND IN PUERTO RICO.

7            DOES THIS DOCUMENT INDICATE WHO ACTUALLY WOULD

8   OWN THOSE PROPERTIES?

9        A    YES.

10       Q    AND WHO WAS THE OWNER OF THOSE PROPERTIES?

11       A    YERIAN PROPERTIES LLC.

12       Q    ALL RIGHT.  TURN BEHIND TAB NUMBER 8 --

13       A    WAIT.  I -- THE -- YES, THAT'S CORRECT.  I'M

14   SORRY.

15       Q    BEHIND TAB NUMBER 8 THERE'S A TAX RECORD

16   INDICATING THE OWNERSHIP OF THE PROPERTY IN PALM BAY.  WHO

17   DO THE TAX RECORDS HAVE LISTED AS THE OWNER?

18       A    YERIAN PROPERTIES LLC.

19       Q    AND BEHIND TAB NUMBER 9, HAVE YOU SEEN TAB

20   NUMBER 9, THE DOCUMENT BEHIND TAB NUMBER 9 BEFORE?

21       A    YES.

22       Q    AND THAT INDICATES THAT THE OWNER IS YERIAN

23   PROPERTIES LLC; IS THAT CORRECT?

24       A    YES.  IT'S THE GUARANTEED TITLE AND IT SAYS

25   YERIAN PROPERTIES.

1    Q    SO WHEN THE TRUSTEE ALLEGES THAT YOUR -- YOU --

2  YOUR SCHEDULES WEREN'T ACCURATE BECAUSE THEY FAILED TO

3  LIST THESE PROPERTIES, YOUR SCHEDULES WERE ACTUALLY

4  CORRECT; IS THAT TRUE?

5    A    ON THOSE ITEMS, YES.

6    Q    WHY DID YOU BUY THE PROPERTIES IN PALM BAY,

7  FLORIDA AND IN PUERTO RICO?

8    A    THAT WAS MY WIFE'S ADVICE.  SHE'S ACTUALLY

9  REALLY GOOD WITH MONEY AND SHE THOUGHT THAT INSTEAD OF

10  HAVING IT IN AN ETRADE ACCOUNT, THAT THE STOCK MARKET WAS

11  GOING TO DO POORLY, WHICH THEY DIDN'T, THAT THE PROPERTIES

12  WOULD BE A GOOD INVESTMENT BECAUSE THEY WOULD INCREASE IN

13  VALUE.

14    Q    YOU BOUGHT IT AS AN INVESTMENT; IS THAT CORRECT?

15    A    ABSOLUTELY, YES.

16    Q    HAVE YOU USED THE PALM BAY PROPERTY FOR YOUR

17  PERSONAL USE?

18    A    NO.

19    Q    HAVE YOU -- HAVE YOU STAYED IN THE PROPERTY IN

20  PUERTO RICO?

21    A    I HAVE.

22    Q    AND HOW OFTEN?

23    A    ONCE.

24    Q    AND HOW MANY DAYS?

25    A    FIVE DAYS.

1       Q    WERE YOU -- WHAT WAS GOING ON AT THE PUERTO

2  RICAN CONDOMINIUM WHEN YOU WERE THERE?

3       A    THERE WERE WORKERS THERE WHO WERE REPLACING

4  COUNTERTOPS, PAINTING, TEARING UP FLOORING, THINGS LIKE

5  THAT.

6       Q    WHY DID -- AND I UNDERSTAND THAT YOU TOOK AN

7  $8,000 DRAW ON YOUR ACCOUNT; IS THAT CORRECT?

8       A    YES.

9       Q    AND WHY DID YOU DO SO?

10      A    BECAUSE THE -- I HAD BEEN DOWN THERE SEVERAL

11 TIMES AND WHEN I WAS DOWN THERE WORKING, WHEN I WROTE A

12 CHECK OUT OF -- WHEN I PAY OUT YERIAN PROPERTIES, THEY

13 DIDN'T GET PAID FOR A WEEK AND A HALF, TWO WEEKS.  AND SO

14 THEY WOULD NOT AGREE TO CONTINUE WORKING ON THE PROPERTY

15 UNLESS I PAID THEM AT THE END OF EACH DAY.  AND SO WHEN I

16 WENT DOWN THERE, I WAS PREPARED.  I TOOK THE MONEY WITH

17 ME.  IT WAS A MISTAKE AND I -- LOOKING BACK ON IT, IT WAS

18 NOT A GOOD IDEA.

19      Q    GOOD IDEA BECAUSE YOU'RE HERE IN COURT TODAY; IS

20 THAT RIGHT?

21      A    YEAH.

22      Q    IN PARAGRAPH 32 OF THE COMPLAINT, THERE'S A

23 REFERENCE TO DEBIT CARD PURCHASES AT WAL-MART, BEST BUY,

24 IDEA, HOME DEPOT AND THESE ARE ON THE YERIAN PROPERTIES

25 LLC DEBIT CARD.

```
 1            COULD YOU EXPLAIN TO THE COURT WERE THOSE
 2   CHARGES LEGITIMATE CHARGES FOR YOUR INVESTMENT?
 3       A    IT'S MY FEELING THEY WERE.  WHAT I DID WAS I
 4   STAYED IN THE CONDO AND WHILE, WHILE THOSE GUYS WERE THERE
 5   AND WATCHED WHAT THEY DID.  I'M NOT ALLOWED TO DO ANY WORK
 6   ON THE CONDO BUT I CAN WATCH WHAT THEY'RE DOING AND MAKE
 7   SURE THEY DO THE RIGHT WORK.
 8            AND THEN WHENEVER THEY NEEDED SOMETHING, I WOULD
 9   GET IN THE CAR AND GO WITH THEM TO THE WAL-MART OR HOME
10   DEPOT OR WHEREVER THEY NEEDED THE MATERIALS.  THEY WOULD
11   BUY THE MATERIALS.  THEY WOULD PICK OUT THE MATERIALS THEY
12   WANTED, GO TO THE CASH REGISTER AND I WOULD PAY FOR THEM
13   WITH THE DEBIT CARD.
14       Q    IN PARAGRAPH 34 OF THE COMPLAINT, IT MAKES
15   REFERENCE TO DEBIT CARD TRANSACTIONS, PAYPAL, HOME DEPOT,
16   HARBOR FREIGHT, JERRY BROWN'S AUTOS, SQUID LIPS AND IRC
17   LICENSE TAG A-S.
18            COULD YOU EXPLAIN FIRST OF ALL, WITH PAYPAL,
19   HOME DEPOT AND HARBOR FREIGHT, WHAT WERE THOSE
20   EXPENDITURES?
21       A    WELL, THE PAYPAL AND THE HOME DEPOT, I'M CERTAIN
22   WERE MATERIALS FOR THE HOUSE IN PALM BAY.  THE HARBOR
23   FREIGHT, I'M NOT CERTAIN WHETHER THAT WAS FOR THE VEHICLES
24   OR WHETHER THAT WAS FOR THE -- FOR THE YERIAN PROPERTY FOR
25   THE PALM BAY HOME.
```

1    Q    WHAT WAS YOUR INTENTIONS IN BUYING THESE

2    VEHICLES?

3    A    I BOUGHT THEM TO HAVE THEM REPAIRED AND PUT UP

4    FOR RESALE.

5    Q    AND LIFE INTERRUPTED YOUR INTENTION TO RESELL

6    THEM?

7    A    YES.  BECAUSE EVERYTHING -- BECAUSE EVERYTHING

8    CRASHED AROUND ME WITH THIS, WHEN I DID THE BANKRUPTCY,

9    THEY JUST SAT THERE FOR A LONG TIME.  AND EVENTUALLY I

10   REPAIRED THE SUBURBAN SO THAT IT COULD BE DRIVEN.  AND IT

11   APPEARED TO ME THAT IT WAS THE LONGER AN ASSET OF L-L --

12   OF YERIAN PROPERTIES AND SO I LET MY WIFE USE IT AS HER

13   VEHICLE.  THAT WOULD HAVE BEEN AFTER THE TRANSMISSION WAS

14   REPAIRED.  I DON'T KNOW WHAT THAT DATE WAS.

15   Q    AND SQUID LIPS?

16   A    I HAVE A WONDERFUL PROPERTY MANAGER FOR YERIAN

17   PROPERTIES AND I BOUGHT HER A GIFT CERTIFICATE BECAUSE --

18   BECAUSE SHE DOES SUCH A WONDERFUL JOB.  AND THAT WAS

19   CHRISTMAS AND THAT WAS -- THAT WAS MY WAY OF THANKING HER

20   FOR FINDING THE RENTERS THAT SHE HAD FOUND.

21   Q    WERE ANY OF THE CHARGES THAT WE'VE JUST LISTED

22   OR WERE LISTED BY THE TRUSTEE USED FOR YOUR PERSONAL USE?

23   A    NOT UNTIL AFTER -- NOT UNTIL SOMETIME IN THE

24   LAST SIX MONTHS OR SO WHEN IT APPEARED TO ME THAT THE

25   SUBURBAN AND THE SMART CAR WERE PROBABLY NOT PART OF THE

1    IRA ANYMORE.

2         Q    THE COMPLAINT ALLEGES THAT YOU ARE A MANAGER OF

3    MEGUSEY SOFTWARE LLC.  ARE YOU?

4         A    NO.

5         Q    WERE YOU EVER?

6         A    NO.

7         Q    WERE YOU EVER AN OWNER OF MEGUSEY SOFTWARE LLC?

8         A    NO.

9         Q    WERE YOU EVER A SIGNATORY ON ANY BANK ACCOUNT --

10        A    NO.

11        Q    -- FOR MEGUSEY SOFTWARE LLC?

12        A    NO.

13        Q    AND IN FACT, EXHIBIT -- DEBTOR'S EXHIBIT NUMBER

14   10 IN EVIDENCE SHOWS THAT THE ONLY SIGNATORY WAS MR. JOHN

15   MCLEOD; ISN'T THAT CORRECT?

16        A    THAT'S CORRECT.

17        Q    SO IF IN THE SCHEDULES, SCHEDULE B, QUESTION 13,

18   IT DOES NOT IDENTIFY YOU AS HAVING AN OWNERSHIP IN MEGUSEY

19   SOFTWARE, THAT IS ACTUALLY AN INACCURATE STATEMENT; IS

20   THAT CORRECT?

21        A    THAT'S CORRECT.

22        Q    NOW, YOUR EX-WIFE AND ETC COMPUTERS SUED YOU IN

23   OHIO; IS THAT CORRECT?

24        A    THAT'S CORRECT.

25        Q    AND THAT'S WHAT'S -- ASK YOU TO TURN WHAT'S

```
 1    BEHIND TAB NUMBER 11.  WHAT DID SHE ALLEGE YOU DID AS PART
 2    OF THAT SUIT?
 3         A    EVERYTHING.  SHE CLAIMED THAT I TOOK ETC
 4    CUSTOMERS AND THAT I STOLE MONEY FROM ETC COMPUTERS,
 5    THAT -- I MEAN, I WOULD HAVE TO READ THROUGH IT TO SEE
 6    EVERYTHING BUT SHE MADE A LOT OF CLAIMS.
 7         Q    HOW FAR DID THAT SUIT GO?
 8         A    IT WENT TO TRIAL.
 9         Q    DID YOU ACTUALLY IMPANEL A JURY?
10         A    YES.
11         Q    BUT IT THEN SETTLED; IS THAT CORRECT?
12         A    YES.
13         Q    LET ME HAVE YOU TURN WHAT'S BEHIND TAB NUMBER
14    12.  IS THAT THE SETTLEMENT AGREEMENT?
15         A    YES.
16         Q    AND IF YOU LOOK AT WHAT'S KY1526, DID SHE
17    RELEASE -- YOUR EX-WIFE RELEASE ALL CLAIMS AGAINST YOU
18    CONCERNING THIS LITIGATION?
19         A    SHE DID.
20         Q    SO ON THE DATE THAT'S ON THE PETITION, OTHER
21    THAN WHAT WOULD COME OUT OF FAMILY COURT, DID YOU BELIEVE
22    YOU OWED HER ANY MONEY?
23         A    NO.
24         Q    DID YOU OWE HER ANY MONEY?
25         A    NO.
```

1        Q    AND IN FACT, THERE'S ALSO ANOTHER RELEASE BEHIND

2   TAB NUMBER 13, WHICH IS KY1657.  HAVE YOU SEEN THAT

3   BEFORE?

4        A    I HAVE.

5        Q    NOW, WE'VE HEARD ABOUT THIS -- THESE VEHICLES

6   AND THE ALLEGED -- THE FACT THAT YOU LISTED ON YOUR

7   SCHEDULES THAT A DEAN BARKER HAD A LIEN ON CERTAIN

8   VEHICLES.

9             DO YOU RECALL THAT?

10       A    I DO.

11       Q    LOOK AT WHAT'S BEHIND TAB NUMBER 14.  HAVE YOU

12  SEEN THAT BEFORE?

13       A    I HAVE.

14       Q    WAS THERE A REAL LOAN WITH REAL MONEY BETWEEN

15  YOU AND DEAN BARKER?

16       A    YES.

17       Q    DID YOU GIVE HIM A LIEN ON TWO VEHICLES?

18       A    I SIGNED A NOTE.

19       Q    TO YOUR KNOWLEDGE, DID YOU GIVE HIM A LIEN --

20       A    YES.

21       Q    -- ON THE VEHICLES?

22       A    I THOUGHT I HAD.

23       Q    DID YOU THINK DEAN BARKER BELIEVED THAT HE HAD A

24  LIEN ON THE VEHICLES?

25       A    YES.

1       Q    AND YOU DELIVERED TO HIM COPIES OF THE TITLES;

2  IS THAT CORRECT?

3       A    NO.  HE HAD THE ORIGINAL TITLES.

4       Q    AND WHEN YOU LISTED ON YOUR BANKRUPTCY SCHEDULES

5  THAT HE WAS A SECURED CREDITOR WITH A LIEN ON THOSE TWO

6  ITEMS, DID YOU BELIEVE THAT THAT WAS A TRUE AND CORRECT

7  STATEMENT?

8       A    I DID.

9       Q    AND DID THE TRUSTEE SUBSEQUENTLY TAKE THESE

10 VEHICLES AND SELL THEM?

11      A    HE DID.

12      Q    AND WHAT DID THE TRUSTEE GET FOR THAT?

13      A    THE SMART CAR HE NETTED ABOUT $600.  AND I THINK

14 I PAID HIM 500 TO KEEP THE BMW.  AND I MAY HAVE THOSE

15 NUMBERS WRONG.  I DON'T REMEMBER EXACTLY.  SOMETHING LIKE

16 THAT.

17      Q    OKAY.  WE HAVE -- LOOK AT WHAT'S BEHIND TAB

18 NUMBER 15 IN EVIDENCE.  WE'VE TALKED ABOUT THIS ALREADY.

19 THERE IS MONEY THAT HAS GONE INTO AN ACCOUNT, LAST DIGITS

20 8472, WHICH IS IN YOUR NAME AND THE NAME OF YOUR WIFE; IS

21 THAT CORRECT?

22      A    THAT'S CORRECT.

23      Q    WERE THE TWO OF YOU MARRIED WHEN THAT ACCOUNT

24 WAS SET UP?

25      A    YES.

1      Q    WHEN THAT ACCOUNT WAS SET UP, DID YOU HAVE ANY

2  OPTION TO YOUR KNOWLEDGE TO ELECT THAT ACCOUNT AS TENANTS

3  BY THE ENTIRETY OF THE ACCOUNT --

4      A    NO.

5      Q    -- (INAUDIBLE) EACH OTHER?

6      A    NO.

7      Q    AND IT'S LISTED AS YOU AND YOUR WIFE TOGETHER

8  AND JTWROS; YOU'VE SEEN THAT --

9      A    YES.

10      Q    -- ON THE STATEMENT, CORRECT?

11      A    YES.

12      Q    OKAY.  LOOKING AT WHAT'S BEHIND TAB NUMBER 16,

13  THIS IS THE ACCOUNT THAT WE JUST REFERRED TO; IS THAT

14  CORRECT?

15      A    THAT'S CORRECT.

16      Q    I HAVE ATTACHED ALL OF THE STATEMENTS AS PART OF

17  16 FROM THE -- WHEN THAT ACCOUNT WAS SET UP UNTIL THE

18  ACCOUNT WAS CLOSED AND THE MONEY WAS TRANSFERRED OUT BY

19  YOUR WIFE.

20          DURING THE FIVE YEARS THAT THAT HAPPENED, DID

21  YOU EVER DEPOSIT ANY MONEY IN THAT ACCOUNT?

22      A    I DID TWICE.

23      Q    HOW MUCH DID YOU DEPOSIT?

24      A    THERE WERE TWO TRANSFERS FOR $10,000 FROM HER

25  MOTHER THAT WENT INTO THAT ACCOUNT.

1        Q    OKAY.  NOW, THAT $10,000, LET'S TALK ABOUT THE

2   MECHANICS OF THAT.  WELL, LET'S LOOK AT -- IN VOLUME

3   NUMBER ONE OF THE DEBTOR'S -- PLAINTIFF'S VOLUME NUMBER

4   ONE.  I THINK -- YES.  13.  SORRY.

5        A    OH, 13?

6        Q    OKAY.  AND I THINK THEY WERE IDENTIFIED AS

7   COLUMN 11.  COLUMN 11, THE LAST TWO LINES, THERE'S TWO

8   $10,000 ENTRIES.

9             ARE THOSE THE TWO THAT YOU'RE REFERRING TO?

10       A    THAT'S CORRECT.

11       Q    OKAY.  WHERE DID THAT MONEY COME FROM?

12       A    IT CAME FROM HER MOTHER.

13       Q    AND WHY DID IT GO INTO YOUR ACCOUNT?

14       A    BECAUSE WE ONLY HAD ONE VEHICLE AT THE TIME AND

15   MY -- CUSTOM MOVER SERVICES WAS VERY CLOSE TO THE BANK AND

16   SO I DEPOSITED IT INTO THE -- IT WAS TRANSFERRED TO ME, SO

17   THEN I WENT TO THE BANK AND TRANSFERRED IT TO ETRADE.

18   THERE WAS SOMETHING ABOUT ETRADE -- SHE COULDN'T TRANSFER

19   FROM KOREA DIRECTLY INTO ETRADE.

20       Q    HOW LONG DID IT STAY IN YOUR ACCOUNT?

21       A    IT PROBABLY TRANSFERRED THE SAME DAY BUT IT

22   MIGHT HAVE BEEN THE NEXT DAY.

23       Q    SO IT WENT IN AND OUT ALMOST IMMEDIATELY?

24       A    YES.

25       Q    DID THE FACT THAT IT GO INTO YOUR ACCOUNT MEAN

1    TO YOU THAT THAT WAS SOMEHOW YOUR MONEY?

2        A    NO.  IT WAS NOT MY MONEY.  SHE WOULD KILL ME.

3        Q    DID YOUR WIFE UNDERSTAND THAT GOING -- THAT

4    MONEY GOING THROUGH YOUR ACCOUNT WOULD MAKE IT YOUR MONEY?

5        A    NO.

6        Q    SO BESIDES THESE TWO DEPOSITS OF $10,000 COMING

7    FROM KOREA AND STAYING IN YOUR ACCOUNT FOR A BRIEF MOMENT,

8    YOU DID NOT PUT ANY MONEY INTO THIS 8472 ACCOUNT, CORRECT?

9        A    NO.  THAT IS CORRECT.

10       Q    DID YOU -- DID YOU BELIEVE THAT YOU HAD THE

11   RIGHT TO TAKE ANY MONEY FROM THAT ACCOUNT?

12            MR. WEBBER:  OBJECTION.

13            THE COURT:  WHAT'S THE OBJECTION?

14            MR. WEBBER:  HE'S ASKING FOR A LEGAL

15       CONCLUSION, WHETHER HE HAD THE RIGHT TO TAKE

16       MONEY OUT.

17            THE COURT:  WELL, I THINK HE CAN ANSWER THAT

18       QUESTION.  I WILL OVERRULE.

19   BY MR. WOLFF:

20       Q    WAS THIS YOUR WIFE'S MONEY?

21       A    IT WAS MY WIFE'S MONEY.  I WOULD NOT -- I WAS

22   NOT ALLOWED TO USE IT.

23       Q    DID YOUR WIFE'S MOTHER INTEND TO MAKE A GIFT TO

24   YOU FOR ANY OF THIS MONEY?

25       A    NOT THAT MONEY.  THERE WAS A $2,000 WEDDING GIFT

1    I THINK WAS INTENDED FOR US TO SHARE.

2        Q    LOOKING AT WHAT'S BEHIND TAB NUMBER 17, THIS IS

3    I GUESS A SUBSET OF 16, BUT THIS IS A PAGE FROM ACCOUNT

4    8472 SHOWING -- WELL, WHAT DOES THIS PAGE SIGNIFY WITH

5    REGARD TO ACCOUNT 8472?  IS MONEY --

6        A    THIS IS -- THIS IS THE -- THIS IS THE STATEMENT

7    THAT SHOWS THE MONEY BEING TRANSFERRED OUT OF THE ACCOUNT

8    AND INTO HER ACCOUNT.

9        Q    AND WAS THAT IN YOUR VIEW A TRANSFER BY YOU TO

10   HER AS IS ALLEGED IN THE COMPLAINT?

11       A    NO.  WHAT ACTUALLY HAPPENED IS I CALLED RUSSELL

12   HAMILTON AT ETRADE AND TOLD HIM I WANTED HIM TO TAKE MY

13   NAME OFF OF THE ACCOUNT.  AND HE SAID THAT THAT WASN'T

14   POSSIBLE TO TAKE MY NAME OFF THE ACCOUNT.  AND THAT THE

15   ONLY WAY TO DO IT WAS TO TRANSFER IT TO ANOTHER ACCOUNT.

16   AND I THINK IT HAD SOMETHING TO DO WITH THE -- LOOKING

17   BACK ON IT NOW, IT WAS SOMETHING TO DO WITH THE JOINT --

18   IT BEING A JOINT ACCOUNT.  YOU CAN'T CONVERT A JOINT

19   ACCOUNT INTO AN INDIVIDUAL ACCOUNT.

20       Q    AND IF WE TURN TO WHAT'S BEHIND TAB NUMBER 18,

21   IS THAT THE SAME MONEY IN AN ACCOUNT WITH JUST YOUR WIFE'S

22   NAME ON IT?

23       A    THAT'S CORRECT.

24       Q    WHAT DID SHE USE THAT MONEY FOR?

25       A    SHE BOUGHT THE HOUSE WITH IT AND REPAIRED THE

1    HOUSE.

2        Q    AND I BELIEVE IT'S BEEN ALLUDED TO BUT WERE

3    THINGS -- DID YOU TRANS -- EXCUSE ME.  WAS THIS MONEY

4    TRANSFERRED OUT OF ACCOUNT 8472 OR DID THAT TRANSFER HAVE

5    ANYTHING TO DO WITH DEBBIE YERIAN?

6        A    WELL, THE HOUSE THAT I WAS LIVING IN WHERE SHE

7    WAS LIVING WAS NEXT DOOR TO DEBBIE YERIAN.

8        Q    WAS SHE --

9        A    AND SO SHE WANTED TO GET AWAY FROM HER.

10        Q    WAS THE TRANSFER TO TRY TO KEEP MONEY AWAY FROM

11   DEBBIE YERIAN?

12        A    NO.

13        Q    HOW MUCH IN ASSETS DOES YOUR IRA CURRENTLY HAVE

14   IN A LIQUIDATION VALUE IN YOUR OPINION?

15        A    AFTER ALL CLOSING COSTS, THE HOUSE, THE CONDO IN

16   PUERTO RICO IS WORTH ABOUT 95.  I HAVE AN OFFER FOR IT.

17   IT WOULD NET THAT.  AND THEN THE HOUSE IN PALM BAY IS

18   SOMEWHERE BETWEEN 60 TO 70,000 THAT IT'S WORTH AND THERE'S

19   1,500 -- $15,000 IN THE BANK ACCOUNT.  SO IF I ADD THOSE

20   NUMBERS UP, I THINK IT'S ABOUT $170,000 THAT IT'S WORTH

21   TODAY.

22        Q    IF THE TRUSTEE IS SUCCESSFUL AND BRINGS DOWN THE

23   IRA, HOW MUCH IS THE TAX CONSEQUENCE GOING TO BE TO YOU

24   AND THE BANKRUPTCY ESTATE?

25        A    WELL, THE ESTIMATE -- THE RETURN THAT I AM READY

1    TO FILE, IT WOULD BE 164,000.

2        Q    AND THE TOTAL ASSETS IN THE IRA ARE ABOUT

3    170,000?

4        A    THAT'S CORRECT.

5        Q    HOW MUCH IN UNSECURED CLAIMS ARE THERE IN THIS

6    BANKRUPTCY CASE OR AT LEAST THERE WERE BEFORE THAT TAX

7    CONSEQUENCE?

8        A    WHAT DO YOU MEAN BY UNSECURED CLAIMS?

9        Q    HOW MUCH DID YOU OWE WHEN YOU FILED THIS

10   BANKRUPTCY CASE?

11       A    WHEN I FILED THE BANKRUPTCY CASE, I BELIEVE IT

12   WAS 124,000.  I THINK TODAY, SINCE MRS. YERIAN'S BEEN PAID

13   OFF, I THINK IT'S 117,000.

14           MR. WOLFF:  NO MORE QUESTIONS, YOUR HONOR.

15           THE COURT:  THANK YOU.  WHAT DO YOU HAVE,

16       MR. WEBBER?

17           MR. WEBBER:  BRIEFLY.  BRIEFLY, YOUR HONOR.

18           THE COURT:  OKAY.

19   BY MR. WEBBER:

20       Q    DO YOU REMEMBER WHEN --

21           THE COURT:  AND LET ME JUST ASK.  DO YOU

22       HAVE ANY OTHER WITNESSES, MR. WOLFF?

23           MR. WOLFF:  I'M GOING TO CALL MISS PAK JUST

24       BRIEFLY.  AND --

25           THE COURT:  THE PROBLEM IS YOU ALL HAVE TO

```
 1        BE OUT OF THIS BUILDING AT 5:00.

 2             MR. WOLFF:  WE'LL SEE.

 3             THE COURT:  NO, WE WON'T SEE.  WE WILL BE

 4        STOPPING AT THIS POINT.  THANK YOU.

 5             MR. WOLFF:  YOUR HONOR, CAN I --

 6             THE COURT:  YOU'RE DONE.  SO WE WILL NEED TO

 7        COME BACK.

 8             MR. WOLFF:  YES, MA'AM.

 9             THE COURT:  THANK YOU.  LET'S TALK ABOUT

10        DATES.  I DON'T -- AND LET ME EXPLAIN.  I DON'T

11        WANT TO RUSH TESTIMONY.  I HATE TO RUSH

12        TESTIMONY.

13             MR. WOLFF:  I UNDERSTAND, YOUR HONOR.

14             THE COURT:  I THINK IT'S UNFAIR TO MR.

15        YERIAN AND TO MRS. YERIAN.

16             MR. WOLFF:  AND YOU'VE WORKED THROUGH LUNCH.

17             THE COURT:  AND JUST TO GET OUT OF HERE

18        QUICKLY IS NOT A GOOD REASON TO GO FAST.

19             MR. WOLFF:  I UNDERSTAND, YOUR HONOR.

20             THE COURT:  SO THERE'S NO WAY THAT I COULD

21        LET MR. WEBBER EXAMINE MR. YERIAN AND HAVE

22        ANOTHER WITNESS AND GET YOU OUT OF THE BUILDING

23        AT FIVE.

24             MR. WOLFF:  RIGHT.

25             THE COURT:  WE CANNOT DO IT.  SO WE WILL
```

1          STOP NOW.  AND -- BUT I AM VERY FLEXIBLE.  I WILL

2     MAKE TIME TOMORROW IF YOU ALL WANT TO FINISH

3     TOMORROW.  I WILL MAKE TIME THE WEEK OF --

4     DECEMBER 12TH WOULD BE THE NEXT OPTION.

5          MR. WOLFF:  I HAVE -- I AM GOING TO BE IN

6     TAMPA IN THE MORNING.  BUT I'VE GOT A HEARING IN

7     FRONT OF JUDGE JACKSON AT 2:45 THAT I UNDERSTAND

8     MY CLIENT IS GOING TO PLEAD THE FIFTH SO IT WILL

9     PROBABLY SHORT.

10          THE COURT:  AH.  AND I HAVE WHAT IS SAID TO

11     BE A FULL DAY HEARING TOMORROW ALSO BUT I WILL

12     FIT YOU IN SOMEHOW.  I EXPECT YOU COULD FINISH

13     EVEN WITH ORAL ARGUMENT IN ABOUT AN HOUR.  IS

14     THAT REALISTIC?

15          MR. WOLFF:  EASILY, YOUR HONOR.

16          THE COURT:  MR. WEBBER, WHAT DO YOU THINK?

17          MR. WEBBER:  I HAVE TRUSTEE DAY IN THE

18     MORNING.

19          THE COURT:  YES.

20          MR. WEBBER:  AND ONE HEARING IN THE

21     AFTERNOON THAT MAY BE WITHDRAWN BASED ON SOME

22     E-MAILS I SAW TODAY BUT THAT IS AT 2:00 IN FRONT

23     OF JUDGE COLTON.

24          THE COURT:  PERFECT.

25          MR. WEBBER:  BUT --

1        THE COURT:  LET'S SEE.  I HAVE HEARINGS THAT

2   START AT 9:30 THAT ARE SUPPOSED -- LIKE I SAID

3   SUPPOSED TO LAST ALL DAY.  SO WE COULD DO SORT OF

4   A FLIP OF TODAY.  I COULD FIT YOU ALL IN AT --

5   YOU'RE OVER IN TAMPA IN THE MORNING?

6        MR. WOLFF:  YEAH.  IT'S A HEARING THAT --

7        THE COURT:  NO PROBLEM.  I MEAN, PART OF

8   THIS WAS BECAUSE OF I COULDN'T HELP WHAT HAPPENED

9   TODAY.

10        MR. WEBBER:  MAYBE.  ARE YOU AVAILABLE AT

11   2:00 OR --

12        THE COURT:  WELL, I'M JUST NOT SURE IT COULD

13   BE DONE AT 2:00.

14        MR. WEBBER:  THREE?

15        THE COURT:  YOU HAVE A 2:45.

16        MR. WOLFF:  YES.  WITH THE FIFTH AMENDMENT

17   CALL.

18        THE COURT:  RIGHT.  WOULD YOU THINK 15

19   MINUTES?

20        MR. WOLFF:  YEAH.  I THINK --

21        THE COURT:  IS THAT TRUE?

22        MR. WOLFF:  NO.  YOU KNOW, NOW THAT I THINK

23   ABOUT IT, THERE'S ANOTHER DISPUTE THAT'S GOING

24   ON.  PERHAPS -- YOU KNOW, THE HEARING IN TAMPA IS

25   AT 10.

```
 1            THE COURT:  WHO IS IT BEFORE?  WHICH JUDGE?

 2            MR. WOLFF:  JUDGE WILLIAMSON.

 3            THE COURT:  IT WILL BE QUICK.  DOES THAT --

 4            MR. WOLFF:  NO.  YEAH.  IT'S JUDGE MAY.  I

 5       HAD A SENIOR MOMENT.

 6            THE COURT:  UM-HMM.  EITHER ONE, THEY WILL

 7       BE PROMPT AND -- BECAUSE I'M THINKING --

 8            MR. WEBBER:  JUDGE, WHAT TIME ON THE 12TH?

 9       I THINK YOU HAD SAID THAT WAS THE NEXT AVAILABLE

10       DAY?

11            THE COURT:  I'M NOT -- THE WEEK OF THE 12TH.

12       LET ME LOOK AT THOSE DOCKETS.  I HAVEN'T LOOKED

13       AT THEM YET.  BUT I WILL FIT YOU IN.  WE WILL GET

14       IT DONE.

15            MR. WEBBER:  I HAVE TIME ALL MORNING.  AND

16       THEN I HAVE A COUPLE OF SMALL HEARINGS IN THE

17       AFTERNOON HERE.

18            THE COURT:  THE ONLY THING I HAVE -- COURT

19       STARTS AT 10:15.  PRETTY BRIEF DOCKET AND THEN I

20       HAVE JUST A COUPLE OF MATTERS AT 11.  BUT WE

21       COULD PROBABLY START AT 11:15.  IF THAT WOULD

22       WORK WITH YOUR CALENDARS BETTER.

23            MR. WOLFF:  I WOULD LOVE TO GET IT DONE

24       TOMORROW, YOUR HONOR.

25            THE COURT:  I KNOW.
```

1          MR. WEBBER:  DO IT TOMORROW, FRANK.  PLEASE.

2          THE COURT:  AND I WILL BE GLAD TO START

3     AFTER YOUR THING BUT I DON'T SEE -- UNLESS YOU

4     CAN SUGGEST ANOTHER TIME.

5          MR. WOLFF:  ANOTHER TIME?

6          THE COURT:  IT WOULD BE AFTER YOUR THING AND

7     WE DON'T KNOW HOW LONG YOUR HEARING IS GOING TO

8     TAKE.

9          MR. WOLFF:  THAT'S TRUE.

10          THE COURT:  SO I'M NOT -- I HATE TO DRAG

11     EVERYBODY BACK IF IT'S GOING TO BE A SUBSTANTIAL

12     HEARING TOMORROW.  BECAUSE WE ARE NOT GOING TO DO

13     THIS AGAIN.

14          MR. WOLFF:  THERE'S NO TESTIMONY TOMORROW,

15     YOUR HONOR.  BECAUSE OF THAT, THERE WILL BE SOME

16     ARGUMENT ON A MOTION FOR RECONSIDERATION OF ONE

17     OF JUDGE JACKSON'S ORDERS WHICH SHE'S ALREADY

18     DENIED THE MOTION THAT NOW MR. JOHNSON HAS

19     RENEWED.  SO I EXPECT BY 3:45 WE ARE GOING TO BE

20     DONE.

21          THE COURT:  I JUST DON'T KNOW IF I'M GOING

22     TO BE DONE WITH OTHER CASE IS THE PROBLEM.  IT'S

23     A VERY CONTESTED CASE.  THAT DOESN'T MAKE ANY --

24     I APPRECIATE IT AND I WOULD LOVE TO ACCOMMODATE

25     YOU BUT I CANNOT.

1          BUT 11:15 ON DECEMBER 12TH WOULD WORK.  WE

2     COULD GO AND I CAN GUARANTEE YOU WE CAN FINISH.

3     AND I CAN BE PROMPT AND WE CAN START RIGHT AROUND

4     THEN.  I CAN FIND DATES LATER THAT WEEK TOO.

5          MR. WEBBER:  MR. ANDERSON IS GONE ON

6     VACATION WITH HIS WIFE, BUT I'M HERE.  I HAVE

7     HEARINGS IN THE AFTERNOON THAT I WOULD NEED

8     SOMEONE ELSE TO COVER BUT I CAN DO THAT, I'M

9     SURE.

10          THE COURT:  BUT IF WE START AT 11:15 -- WHAT

11     TIME ARE --

12          MR. WEBBER:  THEY'RE AT 2, SO I JUST KNOW.

13          THE COURT:  YEAH.  OH, WE'LL BE DONE.  I

14     MEAN, WE WON'T -- I HAVE HEARINGS AT 1:30.  SO IF

15     WE START AT 11:15 AND IF WE TAKE AN HOUR, WE'LL

16     BE DONE BY 1.

17          MR. WEBBER:  OKAY.

18          MR. WOLFF:  11:15 ON THE 12TH?

19          THE COURT:  11:15 ON THE 12TH AND I'M SORRY

20     WE HAVE TO CARRY IT OVER BUT WE WILL GET THERE.

21     WE WILL FINISH THIS OUT.

22          I WILL PUT ON MY NOTES THAT WE ARE READY FOR

23     THE CROSS-EXAMINATION OF MR. YERIAN BY MR. WEBBER

24     AND THEN WE WILL HAVE MISS PAK FINISH UP.

25          AND I APOLOGIZE FOR THE CONTINUANCE.  BUT

```
1        LIFE HAPPENS.
2             MR. WEBBER:  I JUST WANT TO CLARIFY.  ARE WE
3        ALSO DOING ORAL ARGUMENT AT THE END OF THAT OR --
4        BECAUSE WE HAD PROPOSED WRITTEN BUT IT'S UP TO
5        THE COURT.
6             THE COURT:  IT'S UP TO THE -- NO, I LEAVE IT
7        UP TO THE PARTIES.  IT IS CERTAINLY MORE
8        EFFICIENT TO DO ORAL ARGUMENT BUT IF YOU THINK IT
9        NEEDS A WRITTEN PRESENTATION -- YOU ALL TALK
10       ABOUT IT.
11            MR. WEBBER:  OKAY.
12            THE COURT:  I'LL HAVE TIME FOR ORAL
13       ARGUMENT.  IF YOU PREFER AND AGREE TO WRITTEN
14       ARGUMENT, THAT'S FINE WITH ME TOO.
15            MR. WEBBER:  OKAY.  THANK YOU.
16            MR. WOLFF:  OKAY.
17            THE COURT:  AND WE CAN ALWAYS DO BOTH.
18            MR. WEBBER:  OKAY.  THANK YOU.  WE'LL PACK
19       UP.
20            THE COURT:  ANYTHING ELSE?
21            MR. WOLFF:  THAT'S IT.
22            THE COURT:  IF THERE ARE THINGS THAT YOU
23       WOULD LIKE TO KEEP HERE, QUITE HONESTLY, I DON'T
24       MIND KEEPING THEM RATHER THAN TOTING THEM.  LIKE
25       NOTEBOOKS.
```

1          MR. WEBBER:  YES.  WOULD YOU LIKE BOXES?

2          THE COURT:  IF YOU WILL JUST LEAVE -- YES.

3     IF YOU CAN PUT THEM IN BOXES, WE WILL PUT THEM

4     JUST IN A CLOSET AND THEY WILL BE HERE WHEN YOU

5     GET BACK ON THE 12TH.

6          AND I'LL GIVE YOU TIME TO PACK UP.  I'M

7     GOING TO FINISH MY NOTES BUT COURT IS IN RECESS

8     FOR TODAY.

9          MR. WOLFF:  THANK YOU.

10          THE COURT:  YOU'RE WELCOME.

11          MR. WEBBER:  THANK YOU, JUDGE.

12          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED

13     AT 4:51 P.M.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF OATH

3    STATE OF FLORIDA)

4    COUNTY OF ORANGE)

5            I, JUDY K. BRAITHWAITE, NOTARY PUBLIC,

6        CERTIFY THAT I WAS AUTHORIZED TO AND DID

7        TRANSCRIBE THE FOREGOING PROCEEDINGS FROM A CD

8        AND THAT THE TRANSCRIPT IS A TRUE RECORD.

9            I FURTHER CERTIFY THAT I AM NOT A RELATIVE,

10       EMPLOYEE, ATTORNEY OR COUNSEL OF ANY OF THE

11       PARTIES, NOR AM I FINANCIALLY INTERESTED IN THE

12       ACTION.

13           DATED THIS 26TH DAY OF DECEMBER, 2016.

14

15                    _____

16                    JUDY K. BRAITHWAITE,
                     NOTARY PUBLIC - STATE OF FLORIDA
17                    MY COMMISSION NO. FF 913413
                     MY COMMISSION EXPIRES: 08/30/19
18

19

20

21

22

23

24

25

## $

**$1,600 [3]** 99/19 99/22 176/4
**$1,100 [1]** 153/14
**$10,000 [12]** 133/18 134/5
134/10 134/16 137/22 171/16
171/17 186/12 211/24 212/1
212/8 213/6
**$100 [1]** 61/5
**$119,012 [1]** 180/20
**$12,000 [4]** 93/3 93/5 146/4
165/20
**$120,000 [2]** 22/6 23/9
**$132,000 [1]** 138/3
**$15,000 [1]** 215/19
**$17,764.57 [1]** 144/24
**$170,000 [1]** 215/20
**$175,000 [1]** 119/13
**$2,000 [7]** 27/23 32/1 133/5
133/10 155/7 182/2 213/25
**$2,200 [3]** 61/1 61/9 61/10
**$2,500 [4]** 75/7 183/5 183/10
183/23
**$2,715 [1]** 154/25
**$20,000 [2]** 133/1 133/3
**$216,439.67 [1]** 145/2
**$251,540 [1]** 114/23
**$256,000 [4]** 115/21 115/22
119/3 139/13
**$257,000 [1]** 110/14
**$257,271.55 [2]** 110/7 172/19
**$298,578 [1]** 195/18
**$3,575 [1]** 28/11
**$3,900 [1]** 31/23
**$3,973 [1]** 181/4
**$30,000 [5]** 61/11 131/15
132/2 133/3 171/20
**$300 [1]** 175/17
**$350,000 [1]** 193/12
**$37,976.72 [1]** 195/11
**$375 [1]** 154/12
**$50,000 [9]** 107/1 107/8
107/12 107/24 133/11 133/12
171/1 171/3 172/1
**$500 [1]** 148/19
**$515 [1]** 163/2
**$53,352 [1]** 151/6
**$57,475.01 [1]** 144/21
**$6,000 [1]** 110/25
**$600 [1]** 210/13
**$675 [1]** 91/13
**$70 [1]** 31/25
**$70,000 [1]** 126/3
**$73 [2]** 31/24 31/25
**$8,000 [7]** 92/11 166/3 166/5
166/11 166/19 167/5 204/7

## '

**'02 [1]** 152/11
**'08 [2]** 22/23 108/20
**'08-'09 [1]** 22/23
**'09 [2]** 22/23 151/3
**'91 [1]** 47/18
**'96 [1]** 47/19
**'98 [1]** 15/9

## 0

**00064 [1]** 1/3
**08/30/19 [1]** 225/17

## 1

**1,500 [2]** 126/2 215/19
**1-2-5 [1]** 166/9
**10 [12]** 4/3 4/13 4/16 4/17
10/23 24/6 48/9 121/19
152/18 152/21 207/14 217/25
**1071 [1]** 151/3
**10/31/2014 [1]** 195/10
**100 [3]** 61/4 105/14 163/4
**1040 [5]** 9/7 9/14 9/19 27/10
180/8
**1099 [3]** 26/23 27/4 77/14
**10:03 [1]** 1/11
**10:15 [1]** 220/19
**10:52 [1]** 41/12
**10:53 [1]** 43/2
**11 [16]** 48/9 124/6 124/8
124/23 130/1 139/11 139/12
150/9 150/13 150/14 175/25
176/8 208/1 212/7 212/7
220/20
**11/12/2014 [1]** 149/25
**110 [2]** 7/22 10/21
**117 [3]** 4/22 30/15 30/19
**117,000 [1]** 216/13
**118 [2]** 30/18 149/20
**119 [5]** 30/12 31/9 31/11
31/12 181/11
**11:00 [1]** 43/3
**11:15 [6]** 220/21 222/1
222/10 222/15 222/18 222/19
**11:46 [2]** 83/2 83/15
**11:55 [1]** 83/16
**12 [14]** 124/22 124/23 125/1
125/6 127/7 134/24 143/25
144/16 146/9 150/25 167/14
167/18 176/5 208/14
**12,000 [2]** 145/18 145/19
**12/4 [1]** 182/2
**120 [5]** 30/13 32/12 140/19
166/6 182/21
**123 [1]** 31/18
**124 [1]** 31/19
**124,000 [1]** 216/12
**125 [2]** 166/1 166/7
**126 [2]** 9/12 30/3
**127 [1]** 30/4
**128 [2]** 4/24 174/25
**129 [3]** 5/1 6/3 30/18
**12:44 [2]** 1/11 123/7
**12TH [8]** 21/2 218/4 220/8
220/11 222/1 222/18 222/19
224/5
**13 [15]** 128/7 128/10 128/12
133/5 137/13 151/25 155/25
166/13 170/18 175/3 177/16
207/17 209/2 212/4 212/5
**130 [2]** 179/15 179/20
**132 [6]** 125/11 125/17 125/17
126/14 126/17 168/15
**133 [1]** 181/2
**14 [12]** 22/5 24/20 25/3 25/4
28/10 114/22 138/7 162/13
163/13 163/17 163/20 209/11
**149 [3]** 90/25 91/6 91/9
**15 [12]** 25/19 40/2 117/17
125/25 138/8 139/16 143/19
150/19 158/23 164/11 210/18
219/18
**15-1720 [1]** 1/2
**15-64 [1]** 3/6
**150 [2]** 90/25 91/10
**1550 [1]** 191/15
**1551 [1]** 193/8
**1552 [1]** 194/7
**1558 [1]** 194/15
**1560 [1]** 194/19
**1579 [3]** 195/3 195/13 195/15
**1581 [2]** 26/25 27/16 180/7
**15F [2]** 26/25 27/17
**15TH [1]** 156/7
**16 [10]** 8/17 27/17 65/18
112/20 113/7 130/5 153/12
211/12 211/17 214/3
**1621 [2]** 195/23 195/25
**1622 [1]** 196/9
**1624 [1]** 197/8
**164,000 [1]** 216/1
**16A [2]** 26/25 27/11
**16B [2]** 26/25 27/11
**16TH [1]** 81/6
**17 [12]** 28/6 128/3 128/5
130/8 130/11 136/10 150/2
153/15 154/2 154/11 169/16
214/2
**17/12/2014 [1]** 149/24
**170,000 [1]** 216/3
**1720 [1]** 1/2
**173 [2]** 119/15 120/10
**173,000 [1]** 120/22
**173,310 [1]** 120/18
**17859 [1]** 44/7
**17878 [1]** 156/23
**17TH [2]** 168/25 169/10
**18 [21]** 9/10 9/17 10/15
26/14 45/25 128/25 131/6
154/1 154/22 157/19 158/18
164/1 170/20 175/12 178/7
178/7 198/13 198/14 198/15
198/24 214/20
**19 [8]** 6/2 45/25 145/10
149/8 154/10 154/22 155/17
225/17
**1976 [1]** 14/8
**198,325.85 [1]** 174/10
**1980 [1]** 14/16
**1983 [1]** 86/6
**1985 [2]** 150/19 150/23
**1989 [1]** 15/5
**1990 [1]** 151/1
**1998 [7]** 15/8 15/9 146/19
146/21 147/7 149/21 160/1
**1:00 [1]** 83/4
**1:30 [1]** 222/14
**1ST [7]** 40/21 109/17 112/22
150/23 151/1 151/11 151/15

## 2

**2,500 [1]** 53/10
**2/16/2011 [1]** 81/5
**2/27/15 [1]** 143/19
**20 [22]** 138/17 138/18 144/1
144/15 145/11 146/8 146/16
147/5 150/9 150/14 150/25
151/25 152/18 152/21 153/12
153/15 154/1 154/10 155/14
155/14 171/11 183/5
**20,000 [1]** 110/22
**2001 [1]** 87/10
**2002 [6]** 15/16 45/17 67/6
87/10 88/1 199/7
**2003 [4]** 45/17 88/1 141/9
199/7
**2004 [3]** 45/18 67/6 88/16
**2005 [3]** 88/16 151/11 151/15
**2006 [8]** 125/9 125/20 125/20
125/22 126/5 137/19 138/1
168/12
**2007 [16]** 30/9 30/12 32/4
32/12 32/21 37/11 57/1 126/5

## 2

**2007 [8]**  13272  133/5  133/7
133/8  140/10  171/6  171/21
182/22
**2008 [31]**  22/11  22/17  46/14
54/24  57/2  86/1  94/10  102/25
106/14  106/15  107/1  107/15
111/21  112/22  113/8  125/9
125/22  125/24  127/1  133/9
135/11  137/19  138/1  146/24
147/7  149/5  160/6  168/13
169/1  169/13  172/4
**2009 [11]**  22/11  22/17  57/3
70/17  127/1  133/18  134/16
137/16  137/22  171/17  171/17
**2010 [13]**  24/19  27/8  54/24
70/18  70/18  89/2  89/6  89/22
100/16  113/15  116/22  138/7
175/22
**2011 [24]**  25/13  25/22  81/5
81/6  89/7  89/7  89/22  100/16
100/17  113/16  128/3  128/5
136/10  136/10  138/7  138/11
138/12  138/14  157/5  169/10
169/16  173/6  173/7  176/12
**2012 [49]**  21/2  21/23  22/5
22/6  22/18  26/3  28/10  88/18
88/19  88/24  89/20  89/23
89/24  93/21  94/14  94/15  96/5
96/5  97/1  99/13  109/18
109/18  109/25  110/5  111/21
112/23  113/9  114/22  117/19
118/16  118/17  120/16  121/20
121/20  135/7  135/24  138/13
139/16  147/3  157/4  168/10
169/13  172/16  173/25  174/6
174/8  174/18  175/3  181/6
**2013 [10]**  23/14  26/9  97/3
97/12  144/7  149/8  153/20
153/21  156/21  157/9
**2014 [35]**  9/14  9/19  21/3
23/21  26/14  26/17  27/8  30/9
30/12  31/13  31/15  37/11  39/9
39/22  40/21  97/5  97/6  97/7
97/10  97/13  140/11  141/3
149/24  149/25  156/7  156/18
157/17  178/12  178/14  178/16
180/8  180/14  180/15  192/8
195/10
**2015 [14]**  23/25  97/7  97/13
143/25  153/18  153/23  153/23
156/3  156/5  160/15  163/25
164/1  166/13  183/4
**2016 [6]**  1/11  21/23  97/16
99/13  99/14  225/13
**2016B [2]**  29/19  30/1
**20TH [4]**  135/7  135/23  168/10
181/4
**21 [4]**  29/15  29/23  121/10
121/11
**22 [8]**  121/10  121/11  143/17
150/9  158/23  159/14  159/17
159/21
**225 [1]**  92/25
**2253 [2]**  92/14  93/1
**23 [6]**  125/9  135/11  159/2
159/6  159/17  160/10
**23RD [1]**  168/13
**24 [2]**  107/1  162/11
**24TH [1]**  22/5
**25 [2]**  146/16  163/14
**25,000 [1]**  121/2

**256 [1]**  119/15
**256,009 [3]**  117/16  117/17
**257,000 [1]**  117/10
**257,285.61 [1]**  110/9
**26 [3]**  21/3  125/8  168/12
**26TH [1]**  225/13
**27 [4]**  143/25  153/23  153/23
174/18
**28 [1]**  21/2
**29 [2]**  109/25  110/5
**298,578 [1]**  180/11
**2:00 [5]**  83/4  83/5  218/22
219/11  219/13
**2:24 [2]**  1/12  123/8
**2:45 [2]**  218/7  219/15
**2ND [2]**  133/18  171/17

## 3

**30 [1]**  1/11
**30,000 [2]**  171/5  171/9
**30TH [2]**  106/14  108/20
**31 [2]**  20/3  20/5
**31ST [3]**  106/15  109/18  192/6
**32 [2]**  20/16  204/22
**32746 [1]**  12/22
**32949 [1]**  84/8
**33 [1]**  20/16
**34 [2]**  23/7  205/14
**341 [4]**  160/11  163/25  164/2
197/16
**35 [3]**  20/17  55/1  55/17
**35,000 [1]**  146/10
**350,000 [1]**  163/5
**36 [1]**  21/25
**3845 [1]**  72/17
**39 [1]**  46/4
**3:45 [1]**  221/19
**3:53 [2]**  184/15  184/20
**3RD [5]**  31/12  132/2  171/5
171/21  183/10

## 4

**40 [1]**  21/25
**401K [1]**  17/7
**402,130.01 [1]**  162/22
**408 [9]**  17/24  17/24  17/25
18/12  20/10  39/2  40/9  40/11
40/14
**414 [1]**  163/3
**42 [1]**  28/19
**420 [1]**  18/24
**43 [1]**  29/8
**44 [1]**  21/3
**44230 [2]**  44/7  52/21
**45 [1]**  23/15
**46 [4]**  8/12  23/23  180/21
180/22
**47 [8]**  24/1  24/3  24/5  24/8
24/12  183/1  183/16  183/17
**48 [2]**  80/13  162/13
**4905 [1]**  18/14
**4975 [5]**  18/15  18/16  35/23
36/2  36/19
**4:01 [1]**  184/21
**4:51 [2]**  1/12  224/13
**4TH [1]**  182/2

## 5

**5,000 [1]**  145/14
**50 [2]**  106/19  110/18
**50,000 [3]**  106/16  107/1
110/19
**500 [1]**  210/14

**51 [1]**  106/20  108/9  108/14
**515 [1]**  145/10
**52 [1]**  106/22
**520 [2]**  198/3  198/4
**522 [2]**  18/8  40/4
**54 [1]**  27/18
**56 [1]**  28/8
**5634 [4]**  118/17  139/15
173/25  174/9
**5767 [3]**  84/7  93/16  142/23
**58 [1]**  8/5
**585 [1]**  12/21
**5:00 [1]**  217/1

## 6

**6/15 [1]**  117/17
**60 [1]**  215/18
**60,000 [3]**  126/4  126/5
126/20
**610 [1]**  110/1
**615 [4]**  114/10  114/14  114/15
114/20
**63 [1]**  180/18
**64 [1]**  3/6
**68 [1]**  52/19
**69,096 [1]**  152/1

## 7

**7,000 [1]**  111/7
**7,667 [1]**  150/17
**70 [1]**  179/12
**70,000 [6]**  110/23  111/7
125/24  126/19  127/1  215/18
**700 [1]**  155/5
**702 [1]**  19/4
**7267 [1]**  130/13
**727 [2]**  78/24  78/24
**74 [3]**  25/14  25/17  25/17
**75 [3]**  26/2  26/3  61/4
**76 [1]**  26/8
**76,000 [1]**  111/7
**77 [5]**  9/17  9/18  10/15  178/1
178/7
**78 [3]**  177/11  177/13  177/14
**7TH [2]**  134/16  171/17

## 8

**8,000 [2]**  92/21  92/22
**8-1/2 [1]**  170/20
**8/27/15 [1]**  164/11
**801 [1]**  189/10
**81 [2]**  149/2  149/2
**811 [1]**  124/10
**813 [2]**  124/10  124/15
**814 [1]**  125/4
**818 [4]**  125/1  125/2  125/5
134/25
**82 [1]**  158/7
**820 [2]**  127/12  127/14
**821 [4]**  127/8  127/18  127/22
128/2
**822 [2]**  127/8  127/22
**823 [2]**  127/8  127/22
**83 [4]**  158/8  158/8  158/11
158/12
**8472 [11]**  105/24  109/19
139/14  140/2  172/8  177/16
210/20  213/8  214/4  214/5
215/4
**8TH [4]**  100/17  173/6  175/22
176/12

**901 [1]**  169/13
**9043 [1]**  183/9
**90431 [1]**  183/9
**911 [2]**  50/20 55/6
**91214 [1]**  72/18
**913413 [1]**  225/17
**916B [1]**  29/18
**9432 [1]**  130/24
**95 [1]**  215/16
**99,000 [1]**  22/5
**9:30 [1]**  219/2
**9TH [1]**  160/15

**A**

**A-S [1]**  205/17
**A.M [5]**  1/11 43/3 43/3 83/16
83/16
**A15 [1]**  1/3
**A15-00064 [1]**  1/3
**ABILITY [1]**  64/6
**ABLE [7]**  41/9 45/2 53/8 59/6
85/4 129/3 168/5
**ABOUT [110]**  6/17 12/16 13/6
16/15 18/15 26/2 27/23 34/18
35/12 44/1 46/3 46/17 48/9
49/8 49/9 51/14 51/19 52/3
52/15 53/6 53/9 54/1 54/12
54/14 56/3 56/24 57/4 58/9
58/11 58/15 58/17 59/15
59/16 60/23 60/25 62/13
62/15 63/12 63/16 64/4 65/13
66/17 67/3 67/17 67/20 68/6
68/12 68/19 68/24 69/20
69/24 70/7 70/9 71/15 72/11
79/6 79/11 79/14 83/1 83/3
83/4 83/6 84/1 88/21 89/18
91/4 94/23 95/7 98/6 100/18
104/2 107/18 109/3 112/1
117/21 120/21 122/25 123/5
129/8 135/16 135/24 136/14
139/11 139/16 142/17 158/21
162/7 169/13 170/16 173/12
189/14 189/15 190/11 191/18
191/20 191/23 197/22 199/11
209/5 210/13 210/18 212/1
212/18 215/16 215/20 216/2
217/9 218/13 219/23 223/10
**ABOVE [4]**  20/16 92/13 110/5
121/1
**ABSENCE [1]**  42/17
**ABSOLUTELY [9]**  41/25 50/16
51/7 55/23 56/12 56/22 71/9
164/23 203/15
**ACCOMMODATE [2]**  41/9 221/24
**ACCOMPANYING [2]**  125/9 168/13
**ACCORDING [1]**  32/17
**ACCOUNT [187]**  20/10 20/12
21/8 22/19 23/18 35/11 35/20
37/5 37/16 39/19 39/20 69/12
70/1 92/14 92/25 102/17
102/18 102/21 102/24 103/2
103/3 103/4 103/6 103/8
103/11 103/17 104/13 104/16
104/19 104/20 104/20 104/24
105/3 105/6 105/14 105/17
105/22 105/24 106/2 106/10
106/11 106/15 106/16 107/2
109/8 109/17 109/19 109/19
109/22 110/13 110/15 110/21
111/8 111/14 111/18 112/22
113/8 115/11 115/13 115/15

115/22 115/25 116/1 116/3
116/4 116/16 116/16 116/17
116/25 116/17 116/20 117/11
117/17 117/18 117/25 118/3
118/6 118/15 118/17 118/22
118/24 119/5 120/10 120/16
130/9 130/12 130/17 130/20
131/1 131/3 131/4 132/9
132/16 132/19 132/22 133/13
133/15 133/25 134/3 134/4
134/6 134/8 134/13 134/20
134/21 134/22 136/3 139/14
140/2 140/3 140/8 140/8
141/18 146/10 150/19 155/6
167/7 169/11 169/18 170/5
170/10 170/11 171/4 171/10
171/13 171/19 171/21 172/2
172/6 172/16 172/19 172/21
173/1 173/9 173/18 173/20
173/25 174/1 174/4 174/4
174/9 175/6 177/8 177/16
177/17 177/24 180/14 193/9
193/13 195/16 195/17 200/20
200/23 201/19 203/10 204/7
207/9 210/19 210/23 211/1
211/2 211/3 211/13 211/17
211/18 211/21 211/25 212/13
212/20 212/25 213/4 213/7
213/8 213/11 214/3 214/5
214/7 214/8 214/13 214/14
214/15 214/18 214/19 214/19
214/21 215/4 215/19
**ACCOUNTANT [1]**  178/24
**ACCOUNTING [5]**  14/10 14/13
50/19 51/18 51/25
**ACCOUNTS [6]**  19/2 21/22 22/2
33/8 102/14 102/20
**ACCURATE [11]**  146/13 152/22
154/8 161/15 161/17 161/18
185/16 193/12 200/3 200/10
203/2
**ACOUSTICS [1]**  53/12
**ACRONYM [1]**  156/1
**ACROSS [3]**  64/18 128/25
170/21
**ACT [5]**  37/3 38/8 103/5
105/5 105/11
**ACTION [1]**  225/12
**ACTS [4]**  36/22 38/24 38/25
39/1
**ACTUAL [2]**  103/5 105/5
**ACTUALLY [26]**  45/21 61/21
63/5 96/11 96/21 106/21
132/9 135/13 136/20 137/6
145/6 181/14 182/6 185/18
191/18 193/5 195/23 196/14
201/15 201/24 202/7 203/3
203/8 207/19 208/9 214/11
**ADD [3]**  71/11 170/25 215/19
**ADDED [1]**  197/23
**ADDITION [2]**  77/6 82/9
**ADDITIONAL [3]**  6/8 12/6
184/24
**ADDRESS [14]**  5/21 12/20 44/5
52/20 72/16 81/7 84/6 87/5
91/22 91/22 92/3 142/22
189/21 194/10
**ADDRESSED [2]**  189/11 189/17
**ADJUSTED [1]**  75/14
**ADMISSIBILITY [1]**  4/5
**ADMISSIBLE [1]**  191/7
**ADMIT [4]**  6/1 6/2 161/16
191/8

**ADMITTED [3]**  16/6 19/6 31/21
195/18
**ADVERSARY [4]**  1/9 3/6 8/16
8/17
**ADVERTISE [1]**  56/15
**ADVICE [4]**  67/21 68/2 68/6
203/8
**ADVISED [2]**  181/24 182/19
**ADVISING [1]**  187/14
**AFFAIRS [2]**  144/12 156/2
**AFFILIATED [1]**  198/19
**AFFIRM [4]**  83/25 125/8
142/16 168/12
**AFFORD [1]**  89/15
**AFLOAT [1]**  53/4
**AFRAID [1]**  118/8
**AFTER [39]**  11/14 14/19 49/15
49/19 49/21 50/10 50/13
50/21 53/2 54/18 56/18 57/2
57/4 57/5 77/16 77/16 81/15
81/15 107/14 117/21 118/9
132/23 135/10 135/24 139/18
144/10 149/9 150/6 173/5
173/7 173/7 177/9 192/11
199/11 206/13 206/23 215/15
221/3 221/6
**AFTERNOON [5]**  6/14 7/2 218/21
220/17 222/7
**AGAIN [19]**  6/14 28/15 31/9
50/25 57/3 62/16 79/19
109/20 139/15 150/13 157/17
164/9 164/16 169/24 174/23
181/10 194/19 198/18 221/13
**AGAINST [17]**  8/3 78/22 100/13
100/21 101/3 101/6 101/18
107/21 117/22 118/12 127/2
127/2 127/4 127/24 135/25
136/9 208/17
**AGES [1]**  45/24
**AGO [6]**  16/18 58/9 58/9
61/25 69/1 175/20
**AGREE [22]**  4/21 29/18 41/14
80/10 111/14 112/5 112/7
113/13 113/18 129/18 130/2
130/5 130/8 137/17 138/1
158/18 171/1 175/22 188/5
191/3 204/14 223/13
**AGREED [1]**  178/15
**AGREEMENT [8]**  20/2 20/9 20/25
21/12 160/3 160/8 168/23
208/14
**AH [1]**  218/10
**AHEAD [14]**  13/8 13/17 13/18
42/24 69/17 71/20 79/18
83/18 123/19 132/22 137/11
143/11 170/2 185/7
**AIR [2]**  119/19 119/22
**AKRON [2]**  44/25 66/13
**AL [1]**  1/7
**ALAN [4]**  125/11 142/23 143/2
168/15
**ALERT [1]**  68/16
**ALERTS [1]**  68/5
**ALIMONY [7]**  62/23 153/5 153/6
154/23 163/1 194/25 197/22
**ALL [109]**  3/2 3/7 4/19 4/19
4/22 5/14 7/16 12/25 16/16
20/14 23/6 23/13 27/12 27/13
33/8 35/6 35/14 36/21 39/18
42/4 42/18 43/4 45/10 46/25
48/21 50/2 50/16 50/18 51/1
53/14 55/23 56/20 57/8 58/19
58/19 59/22 62/11 64/22 66/2

# A

**ALL...** 170/1 76/7 76/22 72/2 72/4
76/9 78/2 78/21 79/8 80/2
80/3 80/8 80/18 82/15 83/14
89/13 96/24 97/9 97/12 97/12
97/13 101/24 105/20 109/16
111/2 111/11 111/17 113/6
120/9 120/11 123/1 123/10
126/16 128/24 129/15 133/2
137/6 137/9 138/9 145/19
146/3 150/3 150/10 154/1
155/13 155/24 160/24 161/8
161/13 161/19 161/21 162/2
162/4 162/11 164/25 167/9
167/11 170/13 172/15 199/21
199/25 202/12 205/18 208/17
211/16 215/15 216/25 218/2
219/3 219/4 220/15 223/9

**ALLEGATION [1]** 79/12

**ALLEGATIONS [3]** 73/15 192/23
194/8

**ALLEGE [1]** 208/1

**ALLEGED [5]** 198/6 199/2 200/9
209/6 214/10

**ALLEGES [4]** 201/21 202/5
203/1 207/2

**ALLOW [2]** 79/17 179/11

**ALLOWED [9]** 21/17 23/19 33/17
38/16 57/11 63/23 64/7 205/5
213/22

**ALLOWS [1]** 17/16

**ALLUDED [1]** 215/2

**ALMOST [10]** 70/1 94/15 108/16
111/15 111/17 112/23 135/9
157/9 157/14 212/23

**ALONE [1]** 136/3

**ALONG [2]** 50/8 51/13

**ALREADY [8]** 35/19 96/16
135/16 158/21 181/9 182/21
210/18 221/17

**ALSO [38]** 7/24 8/4 21/17
23/19 23/21 24/19 30/8 32/15
32/17 42/10 42/13 47/6 48/4
49/6 72/25 86/25 90/1 95/22
95/23 95/25 97/13 102/4
109/6 111/5 112/9 117/14
120/5 121/17 151/3 177/17
185/19 185/25 192/12 193/6
199/2 209/1 218/11 223/3

**ALWAYS [13]** 9/1 42/18 47/9
49/9 51/20 55/25 66/7 69/24
102/14 105/12 105/15 123/17
223/17

**AM [29]** 7/12 11/4 11/16 12/8
16/4 16/4 19/20 41/9 43/8
45/15 46/4 57/11 73/20 79/16
85/9 121/19 126/22 138/6
159/12 179/12 179/19 184/17
191/4 198/5 215/25 218/1
218/5 225/9 225/11

**AMEND [1]** 7/25

**AMENDED [14]** 8/5 9/14 9/19
162/12 162/16 162/19 162/20
164/9 164/16 164/17 178/12
178/14 178/16 180/8

**AMENDMENT [2]** 164/1 219/16

**AMENDMENTS [1]** 162/6

**AMERICAN [3]** 150/12 150/17
150/22

**AMERITRADE [2]** 139/13 139/14

**AMICABLY [3]** 49/20 51/6 53/3

**AMOUNT [10]** 28/11 109/14
130/2 138/2 145/12 152/3
170/25 180/4 180/16 223/13

**AMOUNTS [3]** 27/1 32/18 171/18

**AMY [2]** 1/16 3/14

**ANDERSON [7]** 1/15 3/14 43/16
44/9 83/19 123/19 222/5

**ANIMAL [1]** 68/8

**ANNUAL [1]** 21/22

**ANOTHER [20]** 10/17 15/4 34/25
67/19 83/1 110/22 110/25
116/3 121/1 126/8 132/6
134/15 176/22 199/12 209/1
214/15 217/22 219/23 221/4
221/5

**ANSWER [9]** 39/13 56/10 66/18
96/20 136/19 154/4 160/18
176/6 213/17

**ANTICIPATE [2]** 6/9 123/17

**ANY [97]** 3/24 4/4 4/4 4/5
5/16 7/14 8/22 9/20 12/6 13/5
13/6 16/6 26/23 27/1 27/2
27/9 36/9 36/11 41/2 43/11
43/14 43/14 43/20 45/22
48/17 57/6 59/8 60/15 60/23
61/13 62/12 62/13 63/15
68/19 69/20 70/19 71/10
73/22 75/10 76/11 76/22 79/4
85/17 86/20 86/23 99/6 99/16
102/7 102/10 102/10 103/11
104/23 105/12 105/12 108/22
109/3 110/15 120/2 120/3
131/17 141/22 142/3 146/1
146/4 148/14 148/22 149/13
150/4 154/19 156/3 157/18
161/12 162/6 164/20 167/5
180/3 184/23 186/14 190/20
197/19 197/24 199/20 200/22
200/22 205/5 206/21 207/9
208/22 208/24 211/1 211/21
213/8 213/11 213/24 216/22
221/23 225/10

**ANYBODY [3]** 50/24 68/15 82/3

**ANYMORE [3]** 146/1 175/13
207/1

**ANYONE [1]** 41/1

**ANYTHING [25]** 42/16 42/21
43/12 50/23 62/23 65/9 65/13
71/11 73/24 74/1 82/2 113/3
122/8 122/18 123/2 124/4
156/8 170/11 173/8 181/24
182/18 192/7 199/23 215/5
223/20

**ANYTIME [1]** 192/22

**ANYWAY [1]** 117/12

**ANYWHERE [1]** 69/23

**AP [1]** 9/12

**APARTMENT [1]** 65/20

**APOLOGIZE [4]** 92/16 180/22
183/3 222/25

**APPARENT [1]** 36/12

**APPEAR [1]** 20/19

**APPEARANCE [1]** 3/25

**APPEARANCES [2]** 1/14 3/9

**APPEARED [2]** 206/11 206/24

**APPEARS [3]** 29/16 91/21
187/23

**APPLICABLE [1]** 36/18

**APPLICATIONS [1]** 48/5

**APPOINTED [1]** 34/9

**APPRECIATE [4]** 70/24 71/6
82/10 221/24

**APPRECIATED [1]** 122/25

**APPROACH [10]** 24/12 33/2

**APPROPRIATE [4]** 40/3 71/21
75/11 75/23

**APPROXIMATELY [1]** 126/3

**APRIL [2]** 160/15 163/25

**ARE [148]** 4/16 5/14 5/18
7/13 7/24 8/1 8/4 9/17 10/12
10/13 10/15 11/17 11/24
12/16 13/5 15/13 16/8 16/20
17/1 17/14 17/23 19/12 20/16
21/1 21/24 23/5 25/11 26/13
26/18 29/20 30/3 30/17 32/13
36/7 36/14 36/17 36/21 37/7
39/18 41/18 42/6 42/18 44/1
44/24 45/1 45/6 57/25 62/22
62/23 66/4 68/24 69/5 69/11
71/2 72/2 72/11 73/12 73/15
73/18 78/21 81/10 82/13
82/13 82/14 82/23 83/19 84/1
84/22 85/23 86/2 86/7 86/13
95/15 104/6 108/19 113/2
113/4 113/18 113/19 121/11
121/19 121/21 121/23 123/5
123/16 123/23 124/14 128/18
129/7 129/18 129/21 130/8
130/12 130/24 131/12 134/25
137/16 137/17 137/22 138/9
138/14 141/22 142/17 143/17
149/1 149/5 150/8 153/10
155/9 155/17 158/9 159/1
159/10 159/25 160/7 160/23
161/11 162/6 162/13 167/9
174/24 175/11 178/8 181/1
181/10 188/12 188/20 188/23
191/4 198/3 198/22 200/3
200/9 201/13 204/24 207/2
207/3 212/9 216/2 216/5
219/2 219/10 221/12 221/19
222/11 222/22 223/2 223/22

**AREA [1]** 95/25

**AREN'T [1]** 35/1

**ARGUMENT [6]** 218/13 221/16
223/3 223/8 223/13 223/14

**AROUND [10]** 31/23 45/16 45/17
58/2 122/2 122/5 199/7
199/14 206/8 222/3

**ARRANGEMENT [1]** 94/24

**ARRIVED [1]** 180/12

**ARTICLES [1]** 80/24

**AS [135]** 5/8 5/13 5/15 5/24
6/23 7/14 7/14 8/19 13/2
13/21 15/19 17/9 18/5 18/20
18/25 19/6 19/21 21/11 23/2
23/3 23/5 24/16 26/4 27/1
29/13 32/1 33/14 34/5 34/9
34/14 35/3 35/12 35/13 35/22
36/11 37/23 37/23 37/24
37/24 38/4 39/4 39/16 39/16
39/17 39/22 42/5 42/5 43/10
44/14 47/15 47/16 47/16 49/1
50/15 53/1 56/1 56/13 56/19
59/9 62/6 62/10 63/10 65/18
66/17 68/4 73/9 76/6 78/12
79/2 81/22 81/22 82/19 83/6
83/22 84/17 86/25 102/7
104/8 106/14 106/15 109/25
110/4 111/11 122/1 122/3
122/3 123/15 124/1 125/9
126/6 126/8 135/15 138/7
138/7 138/10 143/4 145/7
147/6 154/2 157/25 158/15
168/13 176/1 176/1 177/2

**A**

**AS... [36]**   77/5 178/20
180/15 188/20 188/23 192/18
193/12 194/4 194/4 194/22
195/10 196/6 196/17 198/7
198/18 200/20 201/7 201/13
201/14 201/15 202/17 203/14
206/12 207/18 208/1 211/2
211/7 211/16 212/6 214/10
**ASK [29]**   11/1 11/1 13/3 13/3
43/16 43/18 56/9 57/4 58/24
59/16 62/15 65/9 85/4 85/6
85/11 95/4 104/21 105/9
105/15 107/8 107/12 114/4
135/14 139/11 156/12 173/19
179/20 207/25 216/21
**ASKED [20]**   51/24 58/24 60/13
66/4 103/4 105/7 107/9
107/10 132/21 141/1 148/13
160/15 160/17 160/24 163/15
177/22 191/17 192/9 197/15
197/21
**ASKING [16]**   57/16 61/15 68/11
68/12 79/6 79/11 85/9 92/5
101/8 101/10 110/20 126/23
161/1 165/18 173/21 213/14
**ASKS [2]**   156/3 197/3
**ASSEMBLED [1]**   188/20
**ASSERTED [1]**   191/5
**ASSET [6]**   21/6 29/3 32/10
34/13 198/8 206/11
**ASSETS [20]**   16/17 20/20 21/16
22/16 23/5 37/2 37/4 37/8
37/16 37/19 39/18 40/8
144/19 160/24 161/19 161/21
162/2 202/4 215/13 216/2
**ASSIST [4]**   3/14 5/5 19/19
19/22
**ASSISTANT [1]**   3/20
**ASSISTANTS [1]**   190/8
**ASSOCIATED [2]**   34/24 75/4
**ASSOCIATES [1]**   3/13
**AT [244]**
**ATHENS [1]**   65/21
**ATLANTA [2]**   66/8 66/13
**ATTACHED [2]**   191/2 211/16
**ATTACHMENTS [1]**   188/24
**ATTEND [2]**   4/10 13/24
**ATTENTION [2]**   108/8 112/20
**ATTORNEY [18]**   3/18 124/17
124/19 156/7 186/22 187/3
187/5 187/10 187/12 187/12
187/18 194/11 195/4 195/8
195/20 197/12 201/18 225/10
**ATTORNEY'S [2]**   176/4 188/17
**ATTUNED [1]**   34/4
**AUCTION [1]**   146/25
**AUGUST [9]**   28/10 88/23 88/24
89/19 93/21 149/8 164/1
183/4 183/9
**AUTHENTICATION [2]**   167/21
189/12
**AUTHORIZATION [3]**   20/15 23/7
202/3
**AUTHORIZE [1]**   20/19
**AUTHORIZED [1]**   225/6
**AUTO [1]**   62/6
**AUTOMOBILES [1]**   163/13
**AUTOS [1]**   205/16
**AVAILABLE [2]**   219/10 220/9
**AVEO [1]**   68/8
**AVOID [1]**   35/13

**AWARE [7]**   8/19 76/22 90/3
111/22 152/6 195/3 197/23
**AWAY [11]**   53/25 64/6 91/11
94/16 98/23 108/3 117/5
117/15 119/25 215/9 215/10

**B**

**B-GLOBAL [4]**   199/19 199/21
200/2 200/4
**B-R-I-T-O [1]**   189/20
**BACK [62]**   7/3 9/1 22/11
26/13 27/17 39/15 43/5 48/9
52/14 53/14 55/22 56/9 62/10
66/13 66/22 68/14 71/15 72/5
83/4 94/12 96/2 97/20 99/3
114/6 117/7 117/17 122/4
122/15 123/5 123/11 126/17
128/5 131/19 134/23 136/8
136/12 137/2 137/4 137/13
138/14 139/10 148/14 149/3
149/3 157/16 158/18 159/6
163/1 165/21 167/13 171/11
171/25 178/1 184/22 191/25
192/19 196/20 204/17 214/17
217/7 221/11 224/5
**BACKGROUND [2]**   85/1 86/9
**BACKING [1]**   152/18
**BACKUP [1]**   167/5
**BACKWARDS [1]**   159/20
**BAKER [2]**   14/21 15/5
**BALANCE [4]**   109/24 110/5
110/6 110/14
**BALL [1]**   67/9
**BANK [52]**   23/14 23/16 23/17
23/18 23/22 23/25 24/1 32/17
35/11 35/19 37/16 66/16
92/10 92/25 102/14 121/20
128/16 130/9 130/12 130/17
130/18 130/20 131/1 131/4
131/7 131/10 132/5 132/6
132/11 132/12 132/16 132/19
132/22 134/6 134/6 134/7
134/9 134/20 152/1 152/12
152/14 167/7 171/3 171/10
171/13 173/17 173/20 182/10
207/9 212/15 212/17 215/19
**BANKED [1]**   131/8
**BANKRUPTCY [37]**   1/1 3/3 18/9
40/5 40/17 43/5 58/2 70/11
76/10 144/5 145/13 152/4
155/12 161/2 161/8 161/9
161/11 161/12 161/13 161/25
163/10 164/2 179/5 185/22
186/14 187/15 188/17 190/13
190/17 194/9 199/5 206/8
210/4 215/24 216/6 216/10
216/11
**BARE [1]**   108/25
**BARESS [2]**   108/23 108/23
**BARKER [18]**   60/15 63/23 147/6
147/14 148/8 149/9 150/6
154/14 159/25 160/4 160/7
160/8 163/17 196/10 196/13
207/19 209/15 209/23
**BARS [1]**   16/6
**BASE [1]**   61/3
**BASED [4]**   22/6 47/6 178/15
218/21
**BASIC [1]**   20/9
**BASICALLY [10]**   16/16 17/16
34/10 36/21 37/19 54/4 57/20
58/22 65/8 77/15
**BASIS [2]**   48/25 66/12

**BATES [2]**   125/6 168/21
**BATON [21]**   25/8 31/1 38/17
26/24 30/3 202/4 202/16
203/6 203/16 205/22 205/25
215/17
**BE [125]**   3/5 6/13 7/6 7/7
7/13 7/22 8/7 8/10 9/18
11/19 12/13 17/10 19/6 20/19
20/20 21/6 27/22 30/1 30/11
32/9 32/9 33/17 35/7 38/1
42/11 42/14 42/15 42/19
48/11 49/9 51/5 53/8 53/18
67/13 75/1 75/19 75/19 76/2
76/4 76/8 76/11 77/14 80/20
82/19 82/25 84/1 84/9 85/4
85/12 86/17 89/8 90/22 91/21
95/1 96/4 100/11 101/11
103/14 104/6 104/9 104/21
113/8 114/4 116/25 117/4
118/2 118/5 121/17 121/23
122/2 122/4 122/5 122/13
122/21 122/24 125/7 126/9
129/3 129/24 135/24 139/3
140/8 142/10 142/13 142/17
142/25 149/4 153/1 162/19
166/11 169/22 170/21 171/24
173/18 174/23 175/5 176/1
180/21 181/19 187/23 197/23
202/4 203/12 206/10 215/23
216/1 217/1 217/3 218/4
218/5 218/11 218/21 219/13
220/3 220/7 221/2 221/6
221/11 221/15 221/19 221/22
222/3 222/13 222/16 224/4
**BECAME [4]**   34/6 48/19 147/17
152/14
**BECAUSE [65]**   7/2 9/15 9/17
11/5 11/24 17/9 22/23 35/13
41/16 51/21 55/9 56/4 62/1
66/13 68/16 71/3 89/16 94/20
95/1 95/20 97/7 98/22 100/24
105/7 107/17 108/23 111/1
111/24 115/5 115/5 116/21
117/4 118/8 118/10 119/21
119/23 122/21 124/18 124/20
126/20 131/2 133/1 135/16
136/19 138/3 148/12 149/25
158/20 164/17 173/15 182/18
203/2 203/12 204/10 204/19
206/7 206/7 206/17 206/18
212/14 219/8 220/7 221/12
221/15 223/4
**BECOME [1]**   35/5
**BEDROOM [1]**   94/21
**BEDS [1]**   146/4
**BEEN [80]**   13/14 13/20 15/15
16/6 22/4 22/22 26/23 32/23
35/21 37/21 37/22 40/2 44/13
52/5 52/6 53/3 55/21 59/7
60/24 61/14 61/24 63/10 65/6
65/6 65/7 65/8 65/17 67/5
70/16 70/17 70/18 73/8 73/21
74/3 81/13 81/21 84/16 88/14
90/18 96/23 97/19 97/25
102/13 102/14 102/16 102/19
102/19 104/24 105/3 105/17
105/22 111/11 111/25 115/14
117/14 117/21 118/1 120/6
120/7 123/15 135/12 135/12
138/6 143/3 156/25 168/5
172/12 175/15 179/3 179/3
179/19 180/8 182/18 185/21
200/7 204/10 206/13 212/22

## B

**BEEN** [2] 215/2 216/12
**BEFORE** [58] 1/13 11/16 12/2
12/3 16/10 41/24 42/21 43/20
45/21 47/24 53/1 55/13 58/16
67/1 70/12 70/13 70/18 70/18
71/11 80/22 99/13 103/11
104/3 104/7 107/13 108/9
111/16 114/7 115/9 115/10
115/12 123/2 126/21 137/5
139/1 140/20 141/1 154/24
155/19 157/1 167/18 168/23
171/22 172/17 175/1 175/5
176/9 178/2 179/21 184/10
184/11 187/18 192/8 202/20
209/3 209/12 216/6 220/1
**BEGINNING** [4] 109/5 109/9
113/14 180/14
**BEHALF** [2] 71/7 74/22
**BEHIND** [26] 24/5 25/19 26/2
159/13 159/16 183/16 186/17
187/19 188/19 189/22 198/1
200/24 201/10 202/2 202/12
202/15 202/19 202/20 208/1
208/13 209/1 209/11 210/17
211/12 214/2 214/20
**BEING** [11] 15/19 54/8 59/6
64/7 73/16 89/9 151/18
151/20 157/9 214/7 214/18
**BELIEF** [1] 155/18
**BELIEVE** [44] 15/7 22/11 22/18
25/24 28/6 28/18 31/18 31/23
32/2 47/9 47/18 51/18 55/2
55/3 55/5 59/21 60/9 61/1
61/16 61/17 61/23 64/24
81/12 90/23 97/16 113/7
125/12 139/22 145/14 152/5
155/14 157/15 164/17 174/24
183/8 190/10 196/13 197/17
199/6 208/21 210/6 213/10
215/2 216/11
**BELIEVED** [3] 63/16 196/25
209/23
**BELL** [1] 45/19
**BELONGS** [1] 177/17
**BELOW** [2] 153/2 169/8
**BENCH** [1] 122/23
**BEND** [1] 72/18
**BENEATH** [1] 108/19
**BENEFIT** [4] 17/8 37/1 38/2
153/8
**BENEFITS** [6] 15/2 15/20 61/13
76/20 76/23 165/10
**BESIDE** [1] 186/18
**BESIDES** [4] 76/20 94/21
110/25 213/6
**BEST** [9] 48/8 56/17 62/18
155/17 180/23 186/22 186/24
194/4 204/23
**BETTER** [6] 49/18 134/2
135/17 137/10 193/25 220/22
**BETWEEN** [14] 4/25 17/18 18/19
18/21 44/22 58/18 110/13
111/7 156/9 185/19 185/21
192/10 209/14 215/18
**BIG** [4] 10/16 22/13 66/3
176/7
**BILL** [3] 120/8 133/2 133/2
**BILLING** [2] 48/17 49/1
**BILLS** [4] 120/12 121/3
155/10 155/13
**BINDER** [5] 5/4 9/17 20/5

**BINDERS** [1] 15/6
105/20 112/19
**BIRTHDAY** [2] 58/16 58/17
**BIT** [7] 67/13 71/5 84/23
123/14 126/17 164/10 171/25
**BLAME** [1] 63/18
**BLANK** [3] 24/5 27/12 27/13
**BLEW** [1] 63/18
**BLOODSHED** [1] 72/3
**BLOWN** [1] 146/24
**BMW** [5] 146/19 147/7 149/21
160/1 210/14
**BOARD** [1] 16/5
**BOB** [2] 55/16 102/4
**BONDING** [1] 50/1
**BOOK** [7] 96/2 114/7 158/13
183/17 187/20 187/20 198/2
**BOOKS** [4] 12/25 80/12 150/11
199/8
**BORN** [3] 57/1 70/17 86/2
**BORROW** [4] 107/21 115/18
127/23 148/13
**BORROWED** [9] 124/18 124/20
127/2 127/2 127/4 128/5
137/7 148/16 152/2
**BORROWING** [1] 136/7
**BOTH** [19] 16/8 45/3 46/1
47/16 48/3 50/7 64/11 64/12
68/2 131/7 131/20 147/7
147/19 148/6 169/23 172/9
199/19 200/7 223/17
**BOTTOM** [24] 19/14 81/7 91/1
91/19 92/2 96/24 106/20
106/20 110/10 114/10 120/17
120/22 127/8 127/11 134/25
137/15 137/21 149/17 167/23
168/21 193/10 195/9 195/12
195/15
**BOUGHT** [14] 31/25 32/2 90/3
119/12 119/18 137/5 141/6
172/25 174/12 181/14 203/14
206/3 206/17 214/25
**BOX** [5] 17/12 84/10 143/1
152/22 163/21
**BOXES** [2] 224/1 224/3
**BOYFRIEND** [1] 46/1
**BRADLEY** [2] 1/15 3/13
**BRAITHWAITE** [2] 225/5 225/16
**BREAK** [9] 42/21 82/25 83/2
83/7 83/12 121/25 169/24
184/13 184/19
**BREAKING** [1] 56/19
**BRETT** [8] 157/11 187/17
188/2 189/10 189/11 189/12
189/14 189/17
**BRIEF** [2] 213/7 220/19
**BRIEFLY** [3] 216/17 216/17
216/24
**BRING** [2] 55/22 66/22
**BRINGS** [1] 215/22
**BRITO** [4] 189/19 190/5
190/15 191/7
**BROKE** [1] 141/10
**BROTHER** [1] 46/1
**BROUGHT** [9] 51/11 78/3 80/1
80/5 101/3 164/25 164/25
165/12 165/18
**BROWN'S** [1] 205/16
**BUILD** [1] 151/16
**BUILDING** [11] 47/23 49/10
52/23 53/9 53/10 53/12 53/15
53/19 61/22 217/1 217/22
**BUILT** [6] 50/9 88/8 88/10

88/15 145/20 151/9
**BURST** [1] 159/10
**BUSINESS** [26] 39/4 47/16
47/16 49/12 50/15 50/24
51/14 51/23 53/25 61/2 62/16
63/10 71/15 75/23 87/4 95/24
99/9 100/7 104/10 107/19
107/25 108/2 157/21 182/7
198/19 199/9
**BUSINESSES** [1] 104/6
**BUT** [175] 4/1 4/10 4/23 5/4
6/16 7/12 9/2 10/9 10/20
10/24 11/17 11/19 15/19
17/16 18/2 29/9 30/19 34/4
35/1 35/9 38/11 41/18 43/10
46/11 47/7 47/8 48/3 48/8
48/23 49/6 50/2 50/17 51/13
55/2 56/8 56/12 56/15 57/3
57/8 61/7 61/24 62/10 62/19
63/2 63/4 63/9 63/11 64/2
64/5 65/9 65/19 67/17 67/23
68/15 70/6 75/14 78/15 78/23
80/3 80/7 83/8 84/2 85/3
88/1 89/13 89/23 90/2 90/4
90/23 95/15 95/18 96/15 97/7
97/11 98/14 98/17 99/25
100/11 101/8 103/24 106/15
108/3 109/11 111/10 111/16
111/20 112/3 113/1 113/15
113/18 113/21 116/2 118/12
121/20 122/4 122/22 124/5
125/19 125/24 126/19 129/15
131/19 132/5 132/11 132/18
134/1 135/13 136/17 137/7
137/9 139/13 142/18 145/9
146/13 146/14 147/9 149/1
149/19 153/18 154/15 154/17
154/25 157/13 157/22 158/17
161/22 164/24 165/17 167/2
170/13 171/20 173/17 177/17
178/20 179/6 179/17 181/11
181/16 188/5 188/11 190/10
191/6 191/10 194/3 196/19
197/12 197/24 199/6 199/13
199/21 200/17 205/6 208/6
208/11 212/21 214/3 215/2
218/1 218/6 218/11 218/22
218/25 220/13 220/20 221/3
221/25 222/1 222/6 222/8
222/10 222/20 222/25 223/4
223/8 224/7
**BUY** [28] 38/3 61/18 67/20
67/22 88/5 88/7 98/24 104/18
104/22 105/6 105/8 105/9
105/12 105/13 105/14 113/15
114/4 115/18 117/15 118/3
141/4 146/19 146/22 172/22
174/6 203/6 204/23 205/11
**BUYING** [2] 69/25 206/1

## C

**C-M** [1] 147/22
**C-R-E-S-C-E-N-T-A** [1] 73/4
**CABLE** [2] 98/12 98/13
**CALCULATE** [1] 39/24
**CALCULATED** [1] 138/4
**CALENDARS** [1] 220/22
**CALIFORNIA** [3] 4/10 7/3 72/18
**CALL** [25] 6/17 12/7 12/8
21/9 44/19 58/23 59/14 60/5
62/8 62/12 63/23 63/25 64/7
82/22 83/19 142/7 144/15
147/24 156/1 156/12 158/24

C

CALL... [4] 166/21 166/3
216/23 219/17
CALLED [14] 47/2 48/1 51/20
58/4 58/13 58/23 65/3 75/11
81/17 95/6 147/16 192/12
199/10 214/11
CALLING [1] 59/10
CALLS [3] 3/6 156/11 170/22
CAME [16] 50/8 51/10 54/11
56/1 68/14 89/3 107/14
107/16 107/16 110/22 116/22
117/16 119/15 134/16 168/1
212/12
CAN [91] 5/21 7/15 7/22 9/6
10/17 11/23 12/4 12/19 13/1
16/23 19/1 20/18 21/9 21/19
22/3 26/15 33/15 35/5 35/19
39/24 41/13 41/18 41/23 43/7
44/4 45/1 45/3 45/4 45/24
57/13 64/9 65/12 65/13 72/15
72/19 80/16 84/23 86/9 87/2
89/15 107/19 107/19 107/21
108/2 108/13 108/22 109/24
110/5 110/6 115/16 122/17
122/24 123/10 123/15 124/13
124/22 125/1 131/14 134/3
135/17 135/18 135/20 136/17
136/20 137/9 139/6 139/17
139/18 142/8 150/10 164/19
180/24 183/1 184/10 184/14
188/6 188/11 189/7 194/5
205/6 213/17 217/5 221/4
222/2 222/2 222/3 222/3
222/4 222/8 223/17 224/3
CAN'T [16] 38/1 38/1 38/3
43/13 57/21 57/22 57/24
61/18 61/25 62/11 63/11
63/13 65/12 118/10 132/7
214/18
CANNOT [6] 38/6 43/11 123/17
132/15 217/25 221/25
CAP [1] 17/25
CAPITAL [8] 17/25 26/23 27/4
36/19 40/5 55/5 72/23 73/3
CAR [30] 30/9 30/12 31/13
31/14 31/17 31/23 31/25 32/8
37/12 53/12 68/9 100/6 100/7
133/2 133/23 134/1 146/1
146/24 147/3 147/7 149/5
160/6 181/6 181/9 181/14
181/18 182/7 205/9 206/25
210/13
CARD [14] 4/13 75/14 75/16
76/21 86/8 99/10 100/8 133/2
150/25 151/3 204/23 204/25
205/13 205/15
CARE [6] 3/25 60/18 60/18
61/8 64/20 134/3
CARMAX [1] 163/15
CARPET'S [1] 119/24
CARRY [3] 66/12 66/19 222/20
CARRYING [2] 19/15 66/14
CARS [4] 37/18 39/8 195/24
196/16
CARSON [6] 45/25 153/8 154/3
154/5 175/12 175/14
CASE [18] 1/2 1/3 3/12 8/11
12/17 36/25 42/19 44/1 69/11
72/12 142/6 160/17 187/15
216/6 216/10 216/11 221/22
221/23

CASES [2] 58/19 61/6
CASH [17] 65/15 65/19 65/24
66/20 67/1 67/4 110/15
110/21 111/7 114/22 115/2
115/4 115/8 132/25 166/17
167/5 205/12
CATEGORIES [2] 36/14 36/21
CATHERINE [4] 46/5 51/17
51/18 51/25
CAUSE [5] 95/23 100/6 117/13
135/21 136/6
CAUSED [1] 63/16
CD [1] 225/7
CEDAR [1] 72/17
CEILINGS [1] 53/11
CELL [1] 68/17
CENTER [2] 55/3 55/5
CENTS [1] 101/1
CERTAIN [7] 20/20 54/18 55/2
186/11 205/21 205/23 209/7
CERTAINLY [18] 9/3 11/23 42/9
42/9 83/11 92/19 93/8 112/14
127/17 129/11 129/13 136/24
138/21 140/16 142/8 183/15
184/12 223/7
CERTIFICATE [3] 167/21 206/17
225/2
CERTIFY [2] 225/6 225/9
CETERA [1] 35/11
CHANGE [2] 181/22 182/14
CHANGED [3] 131/9 152/6
173/18
CHANGES [2] 162/6 197/25
CHAPTER [1] 3/11
CHAPTERS [1] 161/10
CHARGE [7] 48/20 94/3 94/18
99/9 99/10 100/8 101/1
CHARGED [2] 95/21 97/22
CHARGES [4] 75/18 205/2 205/2
206/21
CHARGING [6] 61/3 61/4 61/5
61/6 94/16 95/16
CHASE [5] 92/10 150/25 151/3
151/5 156/21
CHECK [17] 17/12 28/6 28/10
28/12 28/14 32/2 32/20
152/22 166/3 166/17 182/2
183/5 183/9 183/23 183/24
199/22 204/12
CHECKED [4] 152/21 152/25
153/2 163/21
CHECKING [4] 102/18 102/20
102/21 131/2
CHECKS [2] 34/12 96/24
CHESS [3] 143/7 143/11
143/15
CHEVY [4] 68/8 140/10 140/22
141/12
CHILD [11] 36/13 36/13 62/23
145/9 153/4 153/6 153/7
162/25 175/8 175/11 194/16
CHOICE [2] 117/6 173/22
CHOICES [1] 173/22
CHOOSE [1] 89/16
CHOSE [1] 33/22
CHRISTINA [1] 46/2
CHRISTMAS [2] 49/24 206/19
CHRYSLER [2] 89/3 116/22
CHUN [1] 126/10
CIRCLED [1] 183/21
CIRCUIT [2] 16/13 16/14
CIRCUMSPECT [1] 42/14
CITIZEN [1] 86/7

CITY [4] 130/17 131/7 152/6
153/23
CIVIL [2] 42/18 169/22
CLAIM [1] 136/4
CLAIMED [2] 66/8 208/3
CLAIMING [1] 100/24
CLAIMS [12] 69/13 79/8 100/20
101/2 144/22 144/25 152/21
152/23 208/6 208/17 216/5
216/8
CLARIFICATION [2] 128/9
138/15
CLARIFY [3] 62/1 64/9 223/2
CLEAN [1] 5/2
CLEAR [3] 10/19 178/21 179/7
CLEARLY [1] 85/6
CLERK [1] 4/25
CLIENT [5] 148/1 148/2
165/15 165/18 218/8
CLIENTS [4] 34/19 48/22
148/10 165/13
CLOSE [5] 70/2 115/10 122/12
150/10 212/15
CLOSED [3] 115/13 174/14
211/18
CLOSET [1] 224/4
CLOSING [1] 215/15
CLUE [1] 144/6
CMS [7] 64/2 64/7 64/9 64/10
67/16 147/24 165/12
CODE [12] 17/11 17/24 18/2
18/5 18/9 18/18 36/12 39/2
40/5 40/9 40/17 76/9
COLLAPSE [1] 63/17
COLLATERAL [1] 33/14
COLLECT [5] 63/25 64/5 101/12
101/15 101/18
COLLECTED [1] 48/21
COLLEGE [2] 13/24 86/11
COLTON [1] 218/23
COLUMBUS [1] 14/21
COLUMN [12] 128/20 128/21
129/16 129/21 130/1 130/3
130/6 130/11 171/7 171/8
212/7 212/7
COLUMNS [3] 128/17 128/25
129/7
COMBINATION [1] 145/20
COME [34] 3/8 5/12 7/14
12/13 22/9 33/25 50/6 51/5
72/5 72/5 77/7 77/12 83/4
83/21 86/5 87/23 94/23 94/24
95/24 107/4 107/5 118/9
123/11 126/18 126/19 142/13
154/23 163/12 178/16 189/5
192/13 208/21 212/11 217/7
COMEDY [1] 50/5
COMES [2] 175/5 177/8
COMFORTABLE [5] 56/7 57/15
66/14 89/8 116/23
COMING [9] 6/16 63/3 119/4
131/17 155/6 173/9 174/3
174/10 213/6
COMMENT [1] 63/20
COMMENTS [1] 190/20
COMMISSION [2] 225/17 225/17
COMMITTED [2] 55/21 65/4
COMMUNICATED [1] 190/11
COMMUNICATION [2] 156/9
190/15
COMMUNICATIONS [2] 4/4 57/7
COMPANIES [6] 35/10 46/25
108/21 108/22 200/7 200/23

**C**

COMPANY [42]   2/12 3/12 4/2
47/25 48/2 50/4 56/21 73/25
75/14 75/16 76/3 76/5 77/1
77/6 77/16 78/3 78/20 80/25
81/17 90/9 90/13 102/1 104/4
104/5 104/8 104/10 108/24
111/18 113/17 147/16 147/17
148/1 148/5 163/4 181/14
195/4 199/12 199/15 199/15
199/25 201/4 201/6

COMPARED [1]   80/7

COMPENSATED [3]   17/15 74/9
74/13

COMPENSATION [1]   153/15

COMPLAINT [14]   7/25 8/5 73/15
79/13 176/9 192/24 198/6
199/2 200/9 201/21 204/22
205/14 207/2 214/10

COMPLETING [1]   138/24

COMPOSITE [1]   164/13

COMPUTER [8]   51/11 74/2 86/21
96/13 98/15 100/24 100/25
165/15

COMPUTER'S [2]   49/3 101/2

COMPUTERS [45]   47/3 47/4
47/11 47/21 47/22 47/23
47/24 48/3 48/7 48/18 49/2
49/16 50/14 53/4 54/15 54/23
55/22 59/22 60/12 60/16
60/19 61/5 63/17 64/12 64/16
78/13 79/9 87/7 146/5 146/6
152/2 157/19 177/1 192/25
193/4 194/20 198/7 198/18
199/7 199/20 199/22 199/25
200/1 207/22 208/4

COMPUTERS' [1]   54/16

CONCEALMENT [1]   78/23

CONCERN [2]   35/12 42/6

CONCERNED [2]   65/5 173/12

CONCERNING [2]   195/5 208/18

CONCLUDED [1]   224/12

CONCLUSION [2]   197/4 213/15

CONDITIONER [2]   119/20 119/22

CONDO [7]   166/20 166/22
166/25 167/9 205/4 205/6
215/15

CONDOMINIUM [3]   38/9 38/17
204/2

CONFIDENTIAL [1]   122/19

CONFIRM [5]   45/1 105/23
113/24 124/22 139/7

CONFIRMATION [2]   135/2 168/6

CONFIRMING [1]   126/10

CONFRONTING [1]   62/15

CONFUSED [1]   66/17

CONFUSING [1]   179/17

CONFUSION [3]   44/20 122/25
179/12

CONNECT [1]   98/13

CONNECTION [3]   38/13 188/7
190/23

CONSENTED [1]   7/18

CONSEQUENCE [2]   215/23 216/7

CONSEQUENCES [1]   179/4

CONSISTING [1]   155/16

CONSOLIDATED [2]   8/15 9/1

CONSTRUCTION [1]   151/18

CONSULTING [1]   73/25

CONTACT [4]   95/4 185/21 192/2
192/4

CONTEMPLATING [2]   89/23 89/24

CONTEMPT [1]   175/25

CONTENTS [1]   90/15

CONTESTED [3]   5/12 8/15
221/23

CONTINUANCE [1]   222/25

CONTINUE [5]   49/16 50/24
56/13 133/17 204/14

CONTINUED [1]   60/17

CONTINUING [1]   56/15

CONTRACT [2]   121/6 121/7

CONTRIBUTIONS [1]   110/15

CONTROL [1]   69/14

CONTROLLING [1]   33/17

CONVENTION [2]   87/12 87/13

CONVERSATION [28]   51/16 52/1
52/2 52/17 52/18 52/23 52/25
53/7 53/7 53/14 53/18 53/23
54/3 54/17 55/19 56/4 56/18
56/24 57/6 57/15 63/7 63/13
63/15 64/23 65/7 67/3 68/25
70/13

CONVERSATIONS [2]   59/17
192/10

CONVERT [1]   214/18

CONVERTED [1]   151/18

CONVERTIBLE [2]   146/20 160/1

COPIES [2]   9/16 210/1

COPY [7]   5/2 178/13 183/24
195/3 195/19 196/3 196/4

CORNER [2]   105/25 109/20

CORP [1]   146/11

CORPORATE [3]   63/10 75/25
157/22

CORPORATION [2]   34/5 76/5

CORRECT [103]   21/20 27/15
27/24 32/5 37/13 37/23 37/25
39/10 39/23 40/15 45/13
46/16 52/24 54/2 76/12 92/7
97/17 124/11 131/24 146/11
146/12 146/14 146/17 146/18
147/2 149/14 149/15 149/22
151/21 151/22 153/9 153/17
153/19 155/17 155/23 160/18
161/25 162/1 162/24 163/6
165/2 165/14 170/17 171/15
172/3 172/5 176/2 176/3
176/14 181/8 182/13 185/14
185/17 185/19 185/25 186/1
187/13 187/15 187/16 188/14
188/15 188/17 190/14 190/18
193/6 193/7 196/1 196/12
197/9 197/10 197/16 200/4
200/16 201/17 201/19 201/20
201/24 201/25 202/1 202/13
202/23 203/4 203/14 204/7
207/15 207/16 207/20 207/21
207/23 207/24 208/11 210/2
210/6 210/21 210/22 211/10
211/14 211/15 212/10 213/8
213/9 214/23 216/4

CORRECTIONS [1]   162/6

CORRECTLY [2]   43/7 126/23

COSMETIC [2]   108/23 108/24

COST [5]   11/5 99/2 99/17
119/11 146/4

COSTLY [1]   35/2

COSTS [2]   131/22 215/15

COULD [65]   6/13 6/16 20/4
22/20 36/17 38/2 48/9 50/23
53/15 56/8 56/13 56/15 56/17
56/24 62/18 71/1 72/21 72/24
74/17 74/25 83/9 91/18 93/20
106/19 114/10 114/11 117/24

118/14 120/15 121/5 121/10
121/14 124/5 126/1 126/16
129/6 132/21 134/23 136/16
137/13 138/17 139/10 139/17
140/1 148/13 164/13 166/2
173/4 177/18 178/16 182/6
186/14 193/10 199/3 201/2
205/1 205/18 206/10 217/20
218/12 219/3 219/4 219/12
220/21 222/2

COULDN'T [7]   60/6 62/19 63/19
74/17 172/25 212/18 219/8

COUNSEL [3]   43/17 43/18
225/10

COUNTERTOPS [1]   204/4

COUNTRY [1]   64/19

COUNTS [5]   8/2 78/11 78/22
78/24 79/13

COUNTY [3]   16/13 16/14 225/4

COUPLE [8]   7/17 59/5 75/3
89/5 168/22 182/1 220/16
220/20

COURSE [2]   10/25 24/14

COURT [39]   1/1 3/3 3/6 5/6
8/18 12/22 16/10 16/12 16/13
16/14 16/23 19/20 20/18
30/14 43/2 43/5 58/3 58/19
71/8 83/15 83/17 123/7 123/9
123/16 124/14 128/18 161/22
161/25 163/10 175/1 184/20
184/22 199/4 204/19 205/1
208/21 220/18 223/5 224/7

COURTHOUSE [1]   71/2

COURTROOM [6]   3/21 3/21 3/23
42/7 82/16 122/22

COVER [3]   91/5 189/22 222/8

CRASH [1]   104/7

CRASHED [3]   103/25 111/23
206/8

CREATE [2]   17/25 35/9

CREATED [7]   17/25 35/11 96/9
96/11 135/9 135/23 169/3

CREATION [1]   169/4

CREATURE [1]   18/1

CREDIBILITY [1]   78/25

CREDIT [9]   75/14 75/16 76/21
99/6 99/10 100/8 133/2 151/5
151/6

CREDITOR [3]   147/6 194/22
210/5

CREDITORS [5]   144/22 144/25
150/16 152/20 152/22

CRESCENTA [1]   72/18

CREW [1]   55/18

CRISSCROSS [1]   48/1

CROSS [2]   76/18 222/23

CROSS-EXAMINATION [2]   76/18
222/23

CUBICLE [1]   53/16

CUBICLES [1]   53/20

CUMBERSOME [1]   13/1

CURRENCY [1]   125/15

CURRENT [7]   16/8 17/19 46/8
62/5 95/16 97/16 185/22

CURRENTLY [6]   15/13 46/18
74/11 86/13 93/14 215/13

CUSTODIAN [8]   23/3 33/7 33/9
33/10 33/13 33/20 34/5 34/22

CUSTOM [6]   48/5 67/15 147/16
147/22 147/23 212/15

CUSTOMER [12]   48/22 49/9 55/3
55/4 55/6 55/8 61/3 64/11
64/12 99/8 147/20 164/24

## C

CUSTOMERS [12] 47/21 48/11
48/23 49/4 49/18 54/16 59/22
60/7 60/14 60/15 60/18 60/22
61/4 61/8 63/21 63/25 78/2
78/13 78/21 79/25 164/25
208/4
CUT [1] 62/1

## D

DAD [5] 47/23 48/10 50/18
51/21 98/23
DAD'S [2] 63/9 98/25
DAMAGE [1] 119/23
DAME [2] 13/25 14/7
DARE [1] 54/13
DATA [4] 86/23 86/24 87/3
100/22
DATE [21] 39/11 40/19 46/13
52/25 81/3 128/2 132/2 133/9
156/4 156/5 168/6 168/8
168/25 169/6 169/8 169/19
173/7 186/9 199/6 206/14
208/20
DATED [12] 21/2 21/3 28/10
31/12 133/5 133/18 164/10
166/13 174/18 175/3 183/9
225/13
DATES [8] 45/15 53/1 57/3
129/18 137/15 174/17 217/10
222/4
DAUGHTER [6] 46/2 46/5 50/7
57/1 125/10 168/14
DAY [16] 29/1 39/5 56/2 58/4
71/1 71/16 123/16 193/13
204/15 212/21 212/22 218/11
218/17 219/3 220/10 225/13
DAYS [2] 203/24 203/25
DEAL [4] 10/16 18/3 34/23
36/8
DEALING [8] 18/19 18/21 36/22
38/8 38/24 39/1 40/7 42/6
DEALS [1] 37/4
DEAN [20] 15/14 15/18 16/3
60/8 60/15 63/23 64/1 147/6
147/14 148/8 154/14 159/25
160/4 160/7 163/17 196/10
196/13 209/7 209/15 209/23
DEBBIE [44] 45/9 45/11 48/24
50/6 51/1 51/7 51/20 51/21
52/1 52/6 54/14 55/24 56/12
63/20 63/21 63/23 63/24 64/3
79/9 88/8 89/3 89/11 100/20
116/21 117/22 118/8 135/24
145/9 153/4 153/8 163/24
164/1 173/5 185/12 185/19
185/25 186/10 186/15 194/8
194/10 194/22 215/5 215/7
215/11
DEBIT [5] 166/4 204/23
204/25 205/13 205/15
DEBORAH [2] 100/10 101/6
DEBT [4] 59/4 160/1 160/7
162/23
DEBTOR [3] 33/12 152/22
179/4
DEBTOR'S [6] 6/1 10/23 42/17
196/1 207/13 212/3
DEBTS [1] 162/4
DECEMBER [13] 31/12 96/5
125/8 140/11 153/20 153/21
156/7 168/12 182/2 192/6
218/4 222/1 225/13
DECIDE [1] 193/23 140/17
184/14
DECIDED [4] 6/15 77/9 77/13
89/11
DECIDING [1] 104/3
DECISION [4] 23/2 111/17
169/17 169/20
DECISIONS [4] 33/17 35/8
35/16 103/17
DECLARE [1] 155/15
DEDUCTION [2] 17/20 17/21
DEED [8] 28/17 28/22 29/7
29/11 29/13 124/3 174/17
174/17
DEEMED [2] 39/18 191/9
DEFEND [2] 101/21 101/24
DEFENDANT [6] 176/12 176/15
176/17 176/19 177/3 177/5
DEFENDANT'S [4] 4/2 4/12 4/17
4/18
DEFENDANTS [7] 1/8 1/17 3/19
4/20 112/16 112/21 176/22
DEFENDANTS' [13] 112/19
112/19 113/7 167/16 176/7
176/8 187/20 187/20 189/1
198/2 200/25 201/1 202/2
DEFER [1] 17/17
DEFICIENCY [3] 151/6 151/23
152/1
DEFINED [4] 17/8 35/22 36/11
39/17
DEFINES [2] 36/5 36/6
DEFINING [1] 40/1
DEFINITELY [1] 70/18
DEFINITION [1] 36/12
DEFUNCT [1] 199/15
DEGREE [1] 14/9
DELAY [2] 157/14 157/14
DELIVERED [2] 194/17 210/1
DENIED [1] 221/18
DENTAL [2] 76/24 77/2
DEPARTMENT [2] 15/19 194/16
DEPENDENT [2] 154/2 154/4
DEPENDING [2] 11/15 11/24
DEPOSIT [5] 92/11 107/2
132/15 172/1 211/21 211/23
DEPOSITED [1] 212/16
DEPOSITION [11] 4/9 5/2 6/4
19/16 31/18 77/10 81/13
81/20 96/18 97/15 184/1
DEPOSITS [2] 119/2 213/6
DEPOT [5] 204/24 205/10
205/15 205/19 205/21
DEPRESSED [1] 22/23
DESCRIBE [4] 64/25 74/25 86/9
87/2
DESCRIPTION [1] 76/2
DESIGN [1] 53/9
DESIGNATE [1] 6/8
DESIGNATED [1] 11/9
DESIGNATION [2] 5/5 6/4
DESIGNATIONS [1] 6/21
DESIGNED [1] 18/18
DESIRE [1] 37/13
DESK [5] 51/9 51/10 51/13
52/6 52/6
DESKS [1] 64/16
DESTROYED [1] 59/3
DETAILS [3] 61/25 62/11 137/8
DETERMINE [6] 26/22 27/1
34/11 75/22 95/13 104/9
DETERMINED [1] 199/12
DEVELOPERS [1] 55/1
DEVELOPMENT [6] 47/25 48/2
48/5 48/24 55/9 55/17 60/2
60/3 148/4
DID [319]
DIDN'T [71] 6/15 24/25 37/23
37/24 50/21 50/21 52/4 54/22
59/20 59/22 61/1 63/1 63/5
66/14 66/18 70/7 76/7 77/14
81/16 81/19 89/10 97/8 98/23
99/5 108/3 108/7 113/23
115/8 115/15 115/19 116/19
117/1 118/4 121/14 121/16
121/18 124/2 131/16 131/16
131/17 135/13 135/13 135/21
136/12 137/2 137/3 137/8
140/13 141/4 143/7 145/25
146/4 154/15 155/21 157/16
157/18 157/18 161/19 164/1
165/16 170/5 170/13 173/14
182/6 192/7 196/16 196/17
200/5 200/21 203/11 204/13
DIFFERENCE [2] 17/18 136/17
DIFFERENT [4] 25/14 25/18
50/7 196/19
DIFFICULT [2] 30/22 155/12
DIGITS [1] 210/19
DINING [2] 95/24 95/25
DINNER [2] 65/23 69/23
DIRECT [10] 13/22 22/24 22/25
36/10 44/15 73/10 84/18
106/21 143/5 185/10
DIRECTED [29] 8/19 16/21 19/3
21/10 21/14 21/15 21/19
22/10 23/19 29/4 32/10 33/6
33/9 33/18 33/23 34/7 34/18
34/24 35/21 36/1 40/10 40/13
40/17 40/20 146/15 180/9
182/12 200/16 200/17
DIRECTING [3] 21/15 22/19
22/21
DIRECTION [1] 105/3
DIRECTLY [5] 108/16 130/23
132/15 148/16 212/19
DIRECTORS [1] 16/5
DISCHARGE [2] 161/10 186/14
DISCLOSE [2] 73/16 199/3
DISCLOSED [1] 201/17
DISCRETION [4] 23/4 23/5
34/11 36/10
DISCUSS [1] 70/4
DISCUSSED [4] 8/1 90/1 90/5
116/24
DISCUSSING [3] 89/9 105/22
178/23
DISCUSSION [4] 4/25 54/12
70/6 179/9
DISMISS [1] 8/2
DISMISSED [2] 156/17 156/18
DISPUTE [1] 219/23
DISQUALIFIED [6] 18/19 36/4
36/6 36/22 37/2 37/3
DISTRIBUTED [1] 39/19
DISTRIBUTION [5] 26/24 27/2
33/11 39/11 40/3
DISTRIBUTIONS [2] 27/10 27/14
DISTRICT [2] 1/1 3/3
DIVE [1] 50/20
DIVIDENDS [2] 67/23 67/24
DIVISION [4] 1/1 16/16 64/13
64/13
DIVORCE [6] 16/17 49/21 50/10
50/13 50/19 185/15

**D**

**DIVORCED [7]** 49/24 49/21 49/13 49/14 49/15 49/19 89/9
**DIVORCING [1]** 116/25
**DO [271]**
**DOCKET [7]** 7/18 7/22 8/7 8/11 9/12 10/21 220/19
**DOCKETS [1]** 220/12
**DOCUMENT [35]** 124/19 125/2 125/3 125/4 127/9 127/23 135/2 135/9 135/23 136/2 139/1 140/19 143/19 143/25 144/16 147/12 152/17 155/24 155/25 158/3 158/23 161/12 162/12 164/10 169/3 169/5 174/25 179/21 192/14 192/22 197/23 201/3 201/13 202/7 202/20
**DOCUMENTATION [3]** 135/15 135/19 135/21
**DOCUMENTS [17]** 19/10 19/21 20/15 20/19 27/16 75/25 157/22 167/9 183/12 185/24 188/20 188/20 188/23 191/2 191/4 191/21 191/24
**DODGED [1]** 62/24
**DOES [31]** 18/11 18/13 20/11 23/7 27/5 41/1 66/7 73/24 93/18 98/3 98/12 100/18 117/10 117/11 141/20 149/11 154/4 157/25 161/24 173/8 173/18 179/4 196/6 200/13 201/7 202/7 206/18 207/18 214/4 215/13 220/3
**DOESN'T [14]** 17/19 62/22 62/23 66/19 66/20 104/21 118/11 118/13 136/16 147/10 158/1 173/17 189/14 221/23
**DOG [1]** 68/11
**DOING [29]** 6/9 46/25 47/23 47/25 49/1 51/9 52/5 54/12 55/8 55/23 55/24 55/24 56/12 56/13 56/14 60/2 60/3 60/10 60/11 62/20 63/4 63/8 63/8 64/1 66/5 69/25 81/16 205/6 223/3
**DOLLAR [4]** 125/20 125/25 126/6 129/22
**DOLLARS [5]** 70/2 70/3 95/10 125/18 130/3
**DOMESTIC [4]** 145/4 153/1 163/21 175/1
**DON'T [152]** 4/3 7/1 7/9 9/1 10/1 14/3 23/11 25/25 30/4 31/22 34/20 35/18 38/10 41/12 42/11 46/3 46/13 47/15 49/24 50/1 50/17 52/3 52/9 53/1 53/25 54/6 54/6 54/7 54/7 54/8 54/9 54/18 56/23 57/14 57/16 57/21 57/23 61/10 61/15 61/17 61/18 61/21 62/25 63/6 63/21 64/3 64/4 64/24 65/2 65/21 67/22 68/15 69/3 70/19 71/22 79/14 81/19 85/8 86/9 86/9 89/7 89/18 91/17 93/2 93/5 93/5 93/24 94/2 95/17 98/7 98/9 98/10 98/11 99/23 100/23 101/8 101/13 105/15 108/18 109/6 109/7 113/3 117/3 118/2 118/5 119/9 124/4 125/19 125/19 128/22 132/10
136/19 137/20 142/2 142/2 142/3 143/1 144/6 144/8 144/15 145/14 145/15 148/15 148/15 148/18 148/22 148/24 152/8 152/16 155/2 155/11 155/12 156/3 156/24 157/2 157/6 157/6 157/13 158/2 158/5 158/12 163/22 164/4 164/6 164/20 167/8 167/8 169/5 170/6 171/12 172/14 173/10 177/20 182/22 183/24 186/11 188/11 189/11 189/14 190/9 194/2 196/18 199/6 201/15 206/14 210/15 217/10 217/10 221/3 221/7 221/21 223/23
**DONE [32]** 7/13 20/22 33/24 52/7 52/13 58/22 72/3 81/3 81/18 81/21 86/23 100/5 100/25 100/25 103/6 105/12 112/3 112/10 122/2 131/19 182/18 187/22 191/23 199/14 217/6 219/13 220/14 220/23 221/22 222/13 222/16
**DOOR [6]** 50/5 50/12 94/22 141/6 173/15 215/7
**DOWN [32]** 15/5 17/21 38/14 51/13 55/18 60/7 68/16 91/3 112/2 126/8 130/22 132/1 133/11 133/18 134/15 141/10 142/8 145/1 149/16 153/2 163/14 166/22 166/25 167/9 167/22 168/20 171/6 179/6 204/10 204/11 204/16 215/22
**DOWNFALL [1]** 55/7
**DOWNHILL [1]** 57/19
**DOWNTURN [1]** 54/23
**DOYLESTOWN [8]** 44/7 47/6 47/9 51/8 52/19 52/20 55/25 156/23
**DRAFT [5]** 9/19 9/25 16/1 178/16 180/8
**DRAFTED [1]** 187/24
**DRAG [1]** 221/10
**DRAW [2]** 112/20 204/7
**DRIVE [4]** 37/24 72/18 141/17 141/20
**DRIVEN [1]** 206/10
**DRIVERS [1]** 141/22
**DROPPED [1]** 78/22
**DROPPING [1]** 111/25
**DROVE [1]** 100/7
**DSO [1]** 163/21
**DUE [2]** 180/19 191/10
**DULY [5]** 13/20 44/13 73/8 84/16 143/3
**DUPLICATES [3]** 10/12 10/13 10/15
**DURING [19]** 10/17 10/25 42/17 53/3 60/5 62/8 62/12 63/15 89/2 110/15 111/21 112/6 113/20 115/1 131/8 137/18 197/21 197/21 211/20

**E**

**E-MAIL [24]** 27/18 56/8 68/4 87/5 91/21 91/21 91/22 91/25 92/3 92/5 92/5 186/20 187/11 187/11 187/23 187/23 188/14 188/16 188/19 188/21 189/20 189/22 190/23 192/20
**E-MAILS [3]** 67/21 68/2 218/22
**E-O-D [1]** 72/23

**EACH [10]** 47/13 47/13 101/1 123/19 125/11 130/2 138/6 169/25 204/15 241/5
**EARLIER [3]** 56/14 56/23 116/21
**EARN [1]** 75/8
**EARNED [1]** 199/22
**EARTH [2]** 66/4 66/15
**EASIER [2]** 149/4 170/21
**EASILY [1]** 218/15
**EAT [2]** 49/6 49/7
**ECONOMY [2]** 55/7 111/21
**EDUCATIONAL [1]** 86/9
**EFFECT [1]** 53/24
**EFFECTIVE [2]** 39/4 175/22
**EFFICIENT [1]** 223/8
**EFFORTS [1]** 56/20
**EIGHT [5]** 8/3 41/13 78/11 79/14 135/24
**EITHER [12]** 18/19 102/19 111/19 122/17 122/23 146/13 147/10 154/8 155/21 162/9 200/23 220/6
**ELAM [10]** 144/4 156/10 157/11 187/17 189/10 189/11 189/12 189/14 189/18 190/9
**ELAM'S [1]** 188/2
**ELBOW [1]** 174/24
**ELECT [1]** 211/2
**ELECTED [1]** 33/20
**ELECTRONIC [1]** 155/22
**ELEVEN [5]** 11/3 11/14 12/1 12/1 40/6
**ELSE [15]** 42/21 43/12 53/19 61/9 64/19 65/13 71/11 110/20 117/15 122/8 123/2 145/7 145/7 222/8 223/20
**EMAIL [1]** 188/1
**EMERGENCY [1]** 98/22
**EMERSON [8]** 11/3 41/19 41/20 41/21 44/6 44/12 44/19 71/17
**EMPLOYED [6]** 14/19 15/10 15/13 15/15 86/13 86/15
**EMPLOYEE [10]** 15/2 15/20 15/22 15/24 17/17 17/21 74/8 74/8 77/18 225/10
**EMPLOYEES [6]** 17/15 17/16 55/12 77/15 77/20 152/2
**EMPLOYER [2]** 17/19 22/13
**EMPLOYMENT [1]** 15/3
**EMPTY [1]** 45/4
**ENCOMPASSED [2]** 137/17 137/24
**ENCOURAGE [1]** 42/14
**END [22]** 29/1 45/2 48/2 59/1 75/15 88/23 97/1 109/11 109/13 139/14 157/18 158/22 174/14 175/19 177/14 180/23 180/24 180/25 192/8 192/10 204/15 223/3
**ENDED [3]** 54/17 94/24 151/20
**ENDING [2]** 139/15 177/16
**ENDS [6]** 30/19 92/14 92/25 105/24 108/9 118/17
**ENGINE [1]** 146/25
**ENGLISH [3]** 85/1 85/3 177/20
**ENJOY [2]** 59/6 82/6
**ENOUGH [3]** 61/25 62/11 113/2
**ENTERED [1]** 138/7
**ENTERS [1]** 39/3
**ENTIRE [5]** 39/20 52/6 59/3 90/15 167/2
**ENTIRETY [1]** 211/3
**ENTITIES [1]** 15/21

**E**

**EARLIER [2]** 75/19 75/20
**ENTRIES [2]** 171/16 212/8
**ENTRY [7]** 86/23 86/24 87/3
100/22 171/8 183/2 183/3
**ENVIRONMENT [1]** 47/1
**ERISA [2]** 15/2 15/20
**ERROR [3]** 8/23 9/2 29/17
**ESQUIRE [4]** 1/15 1/15 1/16
1/17
**ESSENTIALLY [1]** 199/15
**ESSENTIALS [1]** 109/1
**ESTABLISH [2]** 20/10 20/11
**ESTABLISHED [1]** 191/10
**ESTATE [6]** 22/21 22/22 22/24
23/10 179/5 215/24
**ESTIMATE [3]** 56/25 86/17
215/25
**ESTIMATED [1]** 163/16
**ESTRANGED [1]** 42/1
**ET [2]** 1/7 35/11
**ETC [53]** 46/19 46/22 47/2
47/3 47/11 47/20 47/22 48/3
48/6 48/17 49/2 49/16 49/23
50/14 52/22 53/4 54/15 54/16
54/20 54/22 54/25 55/22
59/22 60/11 60/16 60/19 61/5
63/17 64/12 64/12 78/13
78/21 79/9 100/24 101/2
148/1 152/2 157/19 165/14
177/1 192/24 193/4 194/19
198/7 198/18 199/7 199/19
199/22 199/25 200/1 207/22
208/3 208/4
**ETC'S [1]** 49/3
**ETRADE [40]** 102/24 103/4
105/6 105/13 107/14 108/4
108/6 111/18 114/17 116/3
118/15 133/13 133/25 134/4
134/8 134/12 134/21 134/22
139/14 139/15 140/2 146/10
169/11 169/18 170/5 170/10
171/19 171/21 172/2 172/16
173/25 174/9 175/6 177/16
177/24 203/10 212/17 212/18
212/19 214/12
**EVEN [13]** 43/13 49/14 49/17
49/21 50/9 164/2 170/9
176/11 189/11 189/11 189/17
192/20 218/13
**EVENTS [1]** 50/7
**EVENTUALLY [2]** 136/7 206/9
**EVER [45]** 16/10 48/17 49/8
50/17 60/14 62/25 63/24 65/8
65/15 66/17 66/23 67/10
67/13 68/5 68/19 69/20 70/4
70/12 73/21 74/1 74/3 75/8
77/21 77/25 86/23 99/19
99/20 102/16 102/19 105/12
148/14 154/5 160/3 160/8
165/21 167/23 168/3 181/22
182/14 199/14 199/21 207/5
207/7 207/9 211/2
**EVERY [17]** 65/7 69/22 75/24
97/2 97/19 97/20 97/22 97/25
99/14 105/16 112/22 113/8
114/3 155/6 198/11 199/24
199/24
**EVERYBODY [3]** 84/23 117/5
221/11
**EVERYBODY'S [1]** 5/4
**EVERYONE [2]** 128/9 180/24

**EVERYONE'S [1]** 9/17
**EVERYTHING [21]** 30/13 50/21
52/6 52/23 52/24 54/5 54/5
52/8 54/5 56/8 64/20 64/21
160/17 206/7 206/7 208/3
208/6
**EVIDENCE [11]** 5/14 11/12
13/15 19/4 121/21 188/4
189/2 189/10 189/13 207/14
210/18
**EX [6]** 45/12 100/11 173/15
187/10 207/22 208/17
**EX-WIFE [6]** 45/12 100/11
173/15 187/10 207/22 208/17
**EXACT [3]** 38/10 53/1 199/6
**EXACTLY [3]** 87/25 109/6
210/15
**EXAMINATION [8]** 13/22 44/15
73/10 76/18 84/18 143/5
185/10 222/23
**EXAMINE [5]** 19/10 26/20 27/7
28/22 217/21
**EXAMINED [8]** 13/20 30/8 30/14
32/18 44/13 73/8 84/16 143/3
**EXCEPT [1]** 164/24
**EXCHANGE [3]** 125/25 126/6
138/4
**EXCLUDED [1]** 193/16
**EXCUSE [5]** 13/17 60/8 124/16
153/15 215/3
**EXCUSED [1]** 82/13
**EXEMPT [5]** 15/21 35/4 39/4
40/8 40/17
**EXEMPTION [9]** 8/9 35/1 35/6
39/17 40/8 40/14 40/20 70/5
93/25
**EXEMPTIONS [2]** 9/4 18/11
**EXHIBIT [81]** 4/12 4/16 5/16
10/5 10/6 10/17 10/24 11/11
13/11 13/13 19/20 19/21 20/3
23/15 25/1 25/17 27/17 28/8
29/16 29/21 29/22 30/3 80/13
80/22 90/24 91/9 92/10 96/2
96/3 105/21 106/20 112/16
112/19 112/19 112/25 113/12
114/1 114/7 120/17 121/11
124/3 124/13 124/22 129/2
129/12 140/19 143/17 150/9
155/25 158/19 158/22 159/21
164/13 165/25 167/16 170/18
173/24 174/16 174/25 178/1
178/3 178/11 178/15 179/12
179/14 179/20 180/21 180/22
180/23 180/25 182/25 186/18
188/4 188/8 188/24 191/9
191/15 198/12 198/21 207/13
207/13
**EXHIBITS [15]** 3/25 4/3 4/6
4/19 5/11 6/1 6/3 10/23
10/23 21/25 30/18 90/23
121/23 138/9 183/19
**EXISTENCE [2]** 191/20 201/19
**EXPAND [1]** 39/13
**EXPECT [2]** 218/12 221/19
**EXPENDITURES [1]** 205/20
**EXPENSE [1]** 91/12
**EXPENSES [29]** 74/22 74/25
75/2 75/4 75/10 75/13 75/23
76/21 77/5 90/8 90/11 90/13
91/2 91/16 92/6 93/4 100/9
102/11 120/3 120/4 120/7
120/12 121/2 131/23 154/22
155/1 165/20 199/20 199/25
**EXPERIENCE [2]** 86/20 103/12

**EXPERT [8]** 11/5 13/13 14/2
123/18 192/24 258/21 259/3
259/6
**EXPERT [1]** 35/6
**EXPERTISE [1]** 34/23
**EXPIRES [1]** 225/17
**EXPLAIN [10]** 33/5 33/16 36/20
64/10 128/18 173/17 199/4
205/1 205/18 217/10
**EXPRESS [3]** 150/12 150/17
150/22
**EXTENSIVE [1]** 113/1
**EXTENT [1]** 37/15
**EXTREMELY [1]** 155/11
**EYES [1]** 77/4

**F**

**FACT [24]** 35/18 49/17 50/9
78/2 78/25 141/2 147/9
148/19 153/18 154/18 155/19
165/1 185/24 188/23 190/4
191/6 192/19 193/4 198/9
200/13 207/13 209/1 209/6
212/25
**FACTUAL [1]** 13/5
**FADE [1]** 119/25
**FAILED [7]** 73/16 192/24
198/6 199/3 201/22 202/5
203/2
**FAILURE [1]** 201/23
**FAIR [10]** 39/19 50/13 95/13
95/20 105/16 107/23 118/7
120/1 120/10 120/13
**FALLS [1]** 40/10
**FALSE [1]** 78/23
**FAMILIAR [4]** 16/20 49/3 73/18
87/7
**FAMILY [6]** 36/11 58/21 59/3
117/2 117/5 208/21
**FAR [6]** 42/5 47/16 62/10
81/22 200/8 208/7
**FAST [1]** 217/18
**FATAL [1]** 35/1
**FATHER [10]** 44/22 46/6 55/20
57/5 58/6 64/22 65/6 67/10
67/13 70/5
**FATHER'S [1]** 43/18
**FAVOR [2]** 34/20 136/20
**FAVORABLE [1]** 17/13
**FEBRUARY [6]** 81/6 109/25
110/3 110/4 113/10 175/3
**FEDERAL [3]** 19/3 189/9 189/13
**FEE [1]** 157/10
**FEEDS [1]** 11/25
**FEEL [6]** 34/22 57/14 66/14
66/20 89/6 89/8
**FEELING [1]** 205/3
**FEES [4]** 102/2 102/7 157/10
176/4
**FEET [2]** 53/10 95/16
**FELT [1]** 56/7
**FEW [9]** 41/17 59/20 69/7
100/10 145/21 148/17 148/21
175/20 190/1
**FF [1]** 225/17
**FIANCEE [1]** 65/19
**FIDUCIARY [2]** 36/9 37/4
**FIFTH [8]** 23/15 23/18 24/1
37/16 167/6 182/9 218/8
219/16
**FIFTIES [1]** 66/2
**FIFTY [1]** 47/14
**FIGURE [1]** 111/6
**FIGURING [1]** 95/19

## F

**FILE [3]** 9/6 19/4 99/7 160/13
144/4 157/16 187/14 190/13
192/22 216/1
**FILED [38]** 9/25 76/6 101/17
102/5 117/22 118/12 135/25
143/19 143/25 144/10 145/13
152/4 153/22 155/12 155/20
156/6 156/8 157/10 160/17
161/9 161/17 161/18 161/22
161/24 163/9 163/25 173/6
177/9 179/3 180/9 191/18
192/6 193/5 193/13 193/22
198/10 216/9 216/11
**FILING [7]** 81/3 81/14 101/5
157/10 186/9 186/13 195/5
**FILINGS [1]** 63/11
**FILLED [6]** 153/24 161/6
161/14 189/21 192/16 196/9
**FILLED-OUT [1]** 192/16
**FINALLY [3]** 52/11 52/13 58/4
**FINANCIAL [3]** 144/12 156/2
195/20
**FINANCIALLY [1]** 225/11
**FIND [7]** 62/18 62/19 164/10
164/19 173/4 183/1 222/4
**FINDING [1]** 206/20
**FINE [6]** 73/14 83/8 86/17
187/4 189/8 223/14
**FINISH [8]** 41/13 122/4 218/2
218/12 222/2 222/21 222/24
224/7
**FINISHED [1]** 151/18
**FIRM [5]** 15/4 16/4 77/7
188/2 189/18
**FIRMS [1]** 14/13
**FIRST [30]** 21/22 21/23 26/13
39/5 39/7 48/6 58/17 58/24
76/3 80/20 85/1 103/14
106/10 124/15 130/12 131/14
138/13 149/11 149/12 150/16
156/22 159/4 160/11 164/5
171/5 188/24 189/23 192/11
196/5 205/18
**FIT [3]** 218/12 219/4 220/13
**FIVE [22]** 6/17 30/12 30/17
30/17 30/18 58/15 58/17 81/7
83/9 101/1 110/25 128/2
146/7 149/20 165/24 174/23
192/12 200/7 200/8 203/25
211/20 217/23
**FIX [1]** 37/18
**FIXING [1]** 47/24
**FLEXIBLE [1]** 218/1
**FLIES [1]** 6/14
**FLIGHT [4]** 98/20 99/2 99/7
99/17
**FLIP [3]** 20/4 181/10 219/4
**FLOOR [1]** 119/24
**FLOORING [2]** 119/23 204/4
**FLORIDA [39]** 1/1 3/4 12/22
16/7 29/2 70/14 71/8 82/7
84/8 88/17 88/18 88/19 88/22
89/1 89/12 89/14 89/16 89/16
89/19 90/3 90/7 90/16 93/10
93/12 142/24 145/16 149/7
149/23 151/21 154/6 156/25
157/1 165/21 174/13 174/20
202/6 203/7 225/3 225/16
**FLORIDA'S [1]** 70/5
**FLOWN [1]** 4/10
**FLY [1]** 7/2

**FOCUS [1]** 56/20
**FOLKS [1]** 7/11
**FOLKS [1]** 42/6
**FOLLOW [1]** 189/25
**FOLLOWS [5]** 13/21 44/14 73/9
84/17 143/4
**FOOTAGE [1]** 95/21
**FORECLOSED [1]** 151/20
**FORECLOSURE [1]** 156/20
**FOREGOING [2]** 155/16 225/7
**FORGET [3]** 22/12 95/15 116/2
**FORGOT [1]** 13/3
**FORM [4]** 34/1 37/16 77/8
79/3
**FORMAL [1]** 101/11
**FORMAT [1]** 33/23
**FORMED [8]** 34/1 47/10 47/17
76/5 78/20 147/20 201/4
201/5
**FORMER [1]** 185/12
**FORMS [2]** 26/23 76/7
**FORMULATING [1]** 26/21
**FORTH [1]** 56/9
**FORWARD [7]** 12/13 34/10 43/15
57/5 72/6 83/22 142/13
**FOUND [1]** 206/20
**FOUNDATION [3]** 69/15 188/6
189/17
**FOUR [18]** 31/3 45/5 58/9
68/25 86/18 102/5 111/15
117/21 124/13 130/12 130/23
135/9 145/23 169/3 173/5
173/7 177/9 192/12
**FRAME [4]** 53/10 55/10 113/20
137/18
**FRAMES [1]** 45/15
**FRANK [5]** 1/17 3/18 164/17
180/3 221/1
**FRAUDULENT [1]** 78/22
**FREEZER [3]** 65/16 65/25 66/10
**FREIGHT [3]** 205/16 205/19
205/23
**FRIENDS [1]** 147/18
**FRONT [22]** 13/13 25/15 53/13
68/9 68/11 80/12 90/21
112/18 114/19 122/18 122/23
124/8 128/12 138/18 140/18
158/8 158/14 159/4 176/8
180/7 218/7 218/22
**FRUSTRATED [1]** 58/22
**FRUSTRATION [1]** 58/14
**FULL [7]** 12/20 44/5 52/20
61/25 72/16 116/2 218/11
**FUND [1]** 133/13
**FUNDED [1]** 55/4
**FUNDS [18]** 22/9 31/17 32/16
33/19 33/19 119/4 119/10
119/17 120/1 120/2 120/2
120/11 133/6 134/19 136/3
140/3 140/8 141/25
**FUNERAL [2]** 65/5 98/25
**FURNISHED [1]** 19/10
**FURTHER [12]** 4/4 15/3 40/22
41/2 76/14 81/24 81/25 82/2
126/17 184/6 190/20 225/9

## G

**GALEHOUSE [1]** 44/7
**GAME [1]** 143/12
**GAS [4]** 62/5 62/6 62/6 75/19
**GASOLINE [1]** 62/7
**GATEHOUSE [2]** 156/23 156/23
**GAVE [3]** 11/10 133/9 146/25

**GEARS [2]** 67/8 67/12
**GENERAL [2]** 110/20 111/26
**GENERALLY [4]** 34/18 46/22
49/3 52/22
**GEORGIA [2]** 66/8 66/13
**GET [47]** 7/14 8/25 12/3
12/25 17/13 17/19 17/20
24/25 25/6 41/17 41/18 42/24
57/9 62/22 62/23 66/21 67/23
67/24 69/22 72/21 72/22
77/21 77/23 77/25 81/15
85/25 105/8 118/11 119/24
126/24 132/19 134/6 135/17
159/17 188/11 192/6 198/15
204/13 205/9 210/12 215/9
217/17 217/22 220/13 220/23
222/20 224/5
**GETS [1]** 54/9
**GETTING [9]** 52/7 54/14 68/15
89/9 96/16 159/19 173/3
173/4 196/21
**GIFT [4]** 133/10 206/17
213/23 213/25
**GIRLFRIEND [1]** 65/19
**GIVE [24]** 12/16 19/1 19/20
42/4 44/1 61/2 61/7 61/9
62/16 72/12 83/2 84/1 99/6
129/6 135/18 142/17 163/15
191/9 194/10 195/19 196/3
209/17 209/19 224/6
**GIVEN [4]** 156/6 195/7 195/8
195/17
**GIVES [1]** 122/6
**GIVING [2]** 62/17 68/1
**GLAD [2]** 41/9 221/2
**GLOBAL [4]** 199/19 199/21
200/2 200/4
**GO [100]** 9/1 12/4 13/8 13/17
13/17 19/22 38/14 41/24
42/24 43/15 48/9 48/11 49/7
49/21 50/21 52/8 54/15 54/15
57/13 57/19 57/23 59/9 66/12
66/21 67/15 67/17 67/22
69/17 71/14 71/19 71/20
79/18 80/13 82/14 83/18
85/17 86/11 90/23 98/23
104/4 105/6 105/8 105/13
114/6 115/24 120/2 123/19
124/5 126/8 128/7 128/25
129/15 131/12 132/9 132/22
133/25 134/2 134/6 134/7
137/11 137/13 139/10 141/18
142/14 143/24 146/7 146/16
149/3 149/19 151/25 154/10
158/22 159/2 159/6 160/10
163/14 164/9 167/13 168/11
170/2 170/18 170/19 170/24
171/18 171/21 173/24 174/8
174/23 176/7 180/18 182/1
185/7 194/4 205/9 205/12
208/7 212/13 212/25 217/18
222/2
**GOAL [1]** 51/1
**GOD [5]** 12/17 44/2 72/13
84/3 142/19
**GOES [9]** 59/2 60/16 61/10
65/25 68/1 68/15 71/1 78/25
108/21
**GOING [88]** 4/17 5/18 7/6 7/9
7/12 7/13 8/2 11/4 11/14
12/7 12/8 19/20 23/9 31/9
41/16 41/17 43/16 46/4 49/6
55/9 56/11 57/22 57/25 58/8

**G**

GOING . . . [64]
64/17 67/8 67/22 69/5 69/11
77/16 79/16 82/23 83/1 83/19
84/22 90/4 95/1 98/25 103/14
108/3 108/6 115/5 116/25
118/8 121/16 121/19 130/22
132/10 135/15 137/8 138/6
150/8 156/12 159/20 159/25
160/7 163/12 172/1 172/19
172/21 174/8 174/24 178/20
179/13 179/19 181/10 184/17
191/4 192/9 196/14 197/6
203/11 204/1 213/3 213/4
215/23 216/23 218/5 218/8
219/23 221/7 221/11 221/12
221/19 221/21 224/7
**GOLD [1]** 111/1
**GONE [10]** 12/3 119/20 119/22
119/22 119/23 163/18 168/4
200/7 210/19 222/5
**GOOD [41]** 3/10 3/24 5/25 7/4
7/8 9/20 11/21 11/21 12/12
13/8 41/5 42/23 43/22 44/17
71/14 72/2 73/12 79/23 80/14
84/20 84/21 104/1 111/3
112/2 112/4 113/23 121/23
121/25 123/4 123/10 142/12
146/1 177/21 185/1 185/4
187/2 203/9 203/12 204/18
204/19 217/18
**GOODS [4]** 145/24 145/25
191/19 191/20
**GOOGLE [1]** 63/8
**GOT [48]** 45/21 46/1 48/14
49/19 50/2 50/8 52/11 52/13
58/21 60/14 68/16 70/1 77/16
97/12 107/14 107/15 110/25
111/2 111/3 111/3 119/23
119/24 126/4 126/21 127/1
133/1 134/20 138/12 141/10
146/3 153/14 155/11 156/14
157/16 157/17 163/21 165/3
165/10 166/12 171/1 171/20
180/5 180/5 188/5 192/8
196/20 198/17 218/6
**GRAB [1]** 118/10
**GRADUALLY [1]** 48/15
**GRADUATE [4]** 14/7 14/11 14/15
86/10
**GRADUATED [1]** 14/20
**GRANDPARENTS [1]** 59/7
**GRANT [6]** 7/23 10/20 84/8
93/12 93/13 142/24
**GRANTED [1]** 7/22
**GRANTOR [1]** 18/22
**GREAT [3]** 71/16 107/18 122/5
**GREEN [1]** 86/8
**GROSS [2]** 27/2 145/12
**GROUP [3]** 15/1 15/2 68/3
**GROW [1]** 111/16
**GUARANTEE [3]** 152/15 152/15
222/2
**GUARANTEED [1]** 202/24
**GUESS [13]** 24/12 54/23 55/21
58/8 78/15 94/10 101/20
131/2 131/22 179/5 183/9
189/23 214/3
**GUY [1]** 200/18
**GUYS [1]** 205/4

**H**

**HAD [128]** 4/8 9/13 11/18

22/12 22/18 22/22 23/17
26/23 27/2 33/23 33/24
33/25 34/11 37/21 38/9 47/10
48/22 49/12 49/18 49/23
49/23 50/2 50/20 50/22 53/3
54/25 55/1 55/4 55/15 55/19
55/20 58/16 60/7 60/14 60/16
60/24 61/21 63/5 63/10 63/16
64/15 65/8 65/20 66/8 67/3
68/20 68/21 69/21 75/3 75/16
80/2 81/18 81/20 87/2 94/20
95/2 95/23 95/23 95/23 95/24
99/14 101/3 102/17 102/21
103/11 103/11 105/2 114/7
115/13 116/7 117/22 118/12
119/20 123/13 127/2 128/5
132/6 133/1 133/23 133/24
133/25 134/1 134/1 134/7
137/6 141/9 145/25 146/1
147/21 150/10 151/7 155/6
161/13 162/18 166/20 169/11
170/4 173/18 177/17 178/13
178/24 183/19 187/18 190/9
190/11 191/19 192/4 192/9
192/22 196/13 196/15 196/22
200/7 200/18 200/22 204/10
206/20 209/7 209/22 209/23
210/3 212/14 213/10 213/15
214/16 220/5 220/9 223/4
**HADN'T [2]** 58/15 173/2
**HALF [5]** 46/1 46/5 59/15
112/23 204/13
**HALLWAY [1]** 7/10
**HAMILTON [1]** 214/12
**HAND [8]** 12/15 20/7 32/19
43/25 72/10 83/24 142/15
183/18
**HANDLE [1]** 122/9
**HANDS [2]** 33/20 48/1
**HAPPEN [1]** 138/18
**HAPPENED [17]** 15/11 55/6
56/24 57/8 57/23 58/20 68/13
79/7 117/18 119/14 119/17
132/24 133/22 152/8 211/20
214/11 219/8
**HAPPENS [2]** 10/2 223/1
**HAPPY [1]** 85/12
**HARBOR [3]** 205/16 205/19
205/22
**HARD [7]** 53/18 56/4 56/6
92/15 92/24 133/24 176/11
**HARDER [2]** 97/8 122/13
**HARDWARE [3]** 48/4 48/22 64/13
**HAS [41]** 4/10 5/8 7/2 9/15
13/14 23/4 29/10 34/22 35/16
35/21 36/10 38/19 40/13 52/6
65/8 66/7 70/1 73/21 74/1
74/3 78/12 81/13 89/16 91/7
102/13 111/14 123/15 132/2
145/4 147/12 152/22 154/5
158/15 159/25 179/2 179/3
179/19 185/21 190/24 210/19
221/18
**HASN'T [4]** 10/9 65/6 65/6
155/9
**HATE [2]** 217/11 221/10
**HAVE [284]**
**HAVEN'T [11]** 6/15 58/1 59/7
81/22 112/3 131/19 137/5
140/12 143/15 157/23 220/12
**HAVING [16]** 13/20 43/8 44/13
53/13 53/18 57/15 61/2 65/22
67/24 73/8 76/21 84/16

139/23 143/3 203/10 207/18
**HE [231]**
**HE WOLD [1]** 64/2
**HE'S [17]** 7/6 14/2 23/4
38/16 59/1 74/8 95/1 95/22
102/22 159/13 176/22 187/18
188/3 188/5 189/16 191/10
213/14
**HEADQUARTERS [1]** 47/8
**HEAR [13]** 43/11 52/4 53/8
53/15 74/18 84/23 111/25
156/8 169/23 173/13 189/7
191/24 192/7
**HEARD [14]** 52/8 53/18 53/23
54/5 59/23 70/12 117/9
145/18 152/5 155/8 173/11
173/14 195/23 209/5
**HEARING [10]** 83/3 122/1 122/4
218/6 218/11 218/20 219/6
219/24 221/7 221/12
**HEARINGS [4]** 219/1 220/16
222/7 222/14
**HEARSAY [3]** 189/9 189/21
191/4
**HEARTACHE [1]** 58/20
**HEATED [3]** 52/11 54/12 54/17
**HELD [11]** 1/11 20/20 34/13
49/2 55/11 55/12 87/2 130/17
163/25 196/19 197/13
**HELP [18]** 12/17 44/2 48/11
56/17 64/19 66/12 66/21
72/13 84/3 96/10 98/24
142/19 169/7 174/17 177/21
177/22 180/24 219/8
**HELPFUL [1]** 129/3
**HELPING [2]** 55/16 96/15
**HER [77]** 11/16 16/23 46/10
50/3 51/8 51/10 52/3 52/5
52/6 59/6 62/24 64/1 64/5
64/5 64/6 65/18 66/7 66/21
100/11 101/11 107/9 107/10
107/12 107/20 108/5 108/7
124/18 124/21 129/6 129/8
132/5 135/12 135/14 135/18
136/8 136/9 136/12 136/14
137/2 137/3 137/7 137/7
137/8 142/7 145/13 168/2
168/3 170/11 170/12 170/15
171/10 171/13 173/14 173/19
173/22 174/4 177/18 177/19
177/20 177/22 182/5 187/12
187/14 190/11 192/12 194/10
194/13 206/12 206/17 206/19
208/22 208/24 211/24 212/12
214/8 214/10 215/9
**HERE [31]** 11/19 11/19 12/24
15/6 20/7 36/18 42/6 50/11
82/24 83/1 85/14 92/21
100/10 125/3 127/20 127/21
128/19 134/5 146/15 147/4
151/14 152/11 158/18 183/2
196/14 204/19 217/17 220/17
222/6 223/23 224/4
**HERS [2]** 55/24 145/21
**HEYDE [15]** 11/7 11/12 11/23
12/12 12/21 13/2 13/16 13/17
13/19 19/11 24/8 31/11 41/1
41/9 180/15
**HEYDE'S [1]** 13/13
**HIDE [1]** 62/24
**HIGH [4]** 45/16 67/5 86/10
111/2
**HIGHER [1]** 126/2

**HIGHLIGHTS [1]** 17/5

**HIGHLY [1]** 17/15

**HIM [79]** 6/16 6/17 7/1 9/15
11/10 11/20 12/3 41/4 48/11
51/19 51/24 54/4 56/9 57/7
57/11 57/20 57/21 58/1 58/4
58/12 58/24 59/21 60/13
60/25 61/1 61/15 61/16 62/15
62/15 65/8 65/10 66/4 67/16
68/4 68/5 68/9 68/11 68/12
69/23 70/9 71/25 72/1 76/6
76/7 95/4 95/21 99/3 103/4
104/21 105/7 105/9 114/4
114/12 117/4 117/6 132/21
132/23 132/25 133/3 147/13
148/13 148/13 148/16 148/17
156/12 156/12 156/14 188/10
190/25 196/16 196/17 196/20
197/13 209/17 209/19 210/1
210/14 214/12 214/12

**HIMSELF [1]** 117/6

**HIRE [1]** 101/21

**HIRED [2]** 157/16 164/17

**HIS [72]** 4/9 4/14 4/15 5/12
11/11 16/25 22/12 22/19
31/18 32/17 34/9 35/23 37/5
37/5 37/9 37/9 37/18 37/20
46/8 46/8 50/11 55/24 56/3
56/17 57/18 58/2 60/6 61/20
61/20 61/23 62/5 65/11 65/16
65/25 68/6 68/7 68/9 68/17
68/18 69/20 70/1 73/16 75/4
75/6 76/2 76/10 79/14 90/19
107/17 116/4 117/5 117/8
117/10 117/12 117/14 118/4
118/5 121/18 131/2 131/21
132/9 132/19 132/21 134/2
134/5 139/13 156/15 183/17
190/9 191/1 191/11 222/6

**HISTORY [2]** 104/8 108/16

**HIT [1]** 54/24

**HMM [21]** 4/11 6/19 9/9 11/6
11/8 31/2 33/3 42/3 85/10
85/22 91/20 129/5 129/9
139/24 159/8 166/15 178/5
178/9 178/22 179/1 220/6

**HOGAN [1]** 12/22

**HOLD [1]** 16/3

**HOLDER [2]** 39/21 196/18

**HOLDING [4]** 144/22 144/25
152/20 152/23

**HOLLAND [1]** 15/8

**HOME [20]** 38/4 52/12 61/22
70/11 77/25 93/21 95/2 95/3
95/11 98/9 98/10 151/7 151/9
151/19 204/24 205/9 205/15
205/19 205/21 205/25

**HOMESTEAD [9]** 70/5 70/9 89/17
93/23 94/1 119/7 121/7 121/8
124/4

**HONEST [2]** 27/22 122/14

**HONESTLY [1]** 223/23

**HONOR [59]** 5/11 6/11 9/24
10/4 14/1 24/13 30/20 31/4
31/6 40/23 40/25 41/15 41/23
68/23 69/7 69/12 70/19 70/22
71/24 76/15 76/17 78/6 82/1
83/10 84/13 92/18 93/7
114/11 121/22 123/21 124/1
127/16 128/8 129/1 129/14
136/23 138/5 139/22 142/3

142/6 142/11 159/7 183/14
185/9 185/12 188/10 189/14
190/7 190/15 191/9 194/5
216/14 216/17 217/5 217/13
217/19 218/15 220/24 221/15

**HONORABLE [2]** 1/13 3/4

**HOPE [5]** 42/18 70/25 82/6
123/13 179/17

**HOPEFUL [1]** 122/2

**HOPEFULLY [2]** 42/19 80/16

**HOPING [2]** 52/2 58/11

**HOSTETLER [2]** 14/21 15/5

**HOUR [11]** 18/24 59/15 59/15
61/5 67/18 67/19 83/2 83/6
122/6 218/13 222/15

**HOURLY [1]** 18/23

**HOURS [1]** 52/12

**HOUSE [55]** 38/3 38/4 50/9
50/11 61/20 62/4 66/6 88/5
88/7 88/8 88/9 88/10 88/12
88/15 89/3 89/4 89/14 90/3
90/16 94/5 94/12 98/4 116/12
116/13 116/16 116/17 116/19
116/22 116/23 117/15 117/24
118/3 119/10 119/16 119/18
119/20 120/10 120/12 135/16
135/17 137/5 145/20 151/16
172/22 172/25 173/3 173/4
174/6 174/12 205/22 214/25
215/1 215/6 215/15 215/17

**HOUSEHOLD [4]** 145/24 145/25
191/19 191/20

**HOUSEKEEPING [2]** 124/2 138/10

**HOUSING [1]** 111/23

**HOW [78]** 11/15 14/23 15/15
16/18 18/15 32/23 34/13
35/13 46/3 54/12 54/13 54/13
54/14 54/18 56/3 59/12 59/14
60/13 60/14 63/19 64/25
65/11 65/12 65/12 65/13
69/24 69/25 73/12 74/9 74/13
74/25 77/11 82/23 94/7 94/23
94/23 94/24 95/13 96/12
99/22 100/1 103/22 104/5
104/6 104/6 107/19 119/7
119/11 122/9 125/17 132/19
136/19 143/11 144/18 144/23
145/12 145/16 148/18 155/2
155/9 155/13 162/21 162/25
163/12 176/25 180/12 184/14
191/23 203/22 203/24 208/7
211/23 212/20 215/13 215/23
216/5 216/9 221/7

**HOWEVER [1]** 48/14

**HUGE [3]** 66/2 111/17 111/17

**HUH [1]** 110/19

**HUMAN [1]** 194/16

**HUMICK [1]** 3/20

**HUNDRED [3]** 55/2 104/24
119/14

**HUNDREDS [3]** 66/2 113/11
114/1

**HUSBAND [10]** 89/5 96/10 96/15
102/3 102/25 103/3 105/7
105/15 135/4 141/4

**HUSBAND'S [1]** 118/24

**HUSH [2]** 54/8 54/8

**HUSH-HUSH [1]** 54/8

I

**I'D [2]** 95/9 96/2

**I'LL [15]** 25/5 65/8 85/7
101/4 111/19 112/21 116/13

140/1 142/7 158/3 188/10
122/25 125/11 223/2 224/1/6

**I'M [93]** 8/21 19/15 24/25
25/7 30/20 34/3 45/11 52/5
55/2 55/3 57/3 58/8 58/22
58/22 58/22 59/24 62/3 65/2
67/8 67/11 69/14 76/22 79/5
81/15 83/1 86/18 87/10 87/17
87/25 94/14 95/17 97/7 99/11
99/25 108/5 110/8 110/12
110/20 114/11 115/12 117/16
121/6 122/2 122/25 125/5
126/20 127/10 127/12 130/11
130/22 134/24 139/18 153/12
158/5 158/7 159/1 162/15
163/12 165/18 165/25 166/6
166/7 167/22 169/8 173/21
174/8 175/13 177/20 178/20
181/2 183/1 183/2 183/2
186/11 194/4 197/6 198/2
198/21 201/15 202/13 205/5
205/21 205/23 216/23 219/12
220/7 220/11 221/10 221/21
222/6 222/8 222/19 224/6

**I'VE [10]** 22/6 46/1 65/8
67/1 148/15 152/5 158/21
172/12 195/23 218/6

**I-MOBILE [9]** 199/3 199/4
199/10 199/12 199/16 199/18
199/19 199/21 200/1

**I-MOBLE [1]** 200/4

**I-PHONES [1]** 199/9

**I.T [2]** 46/24 48/20

**IBM [2]** 200/21 200/22

**IDEA [10]** 66/22 104/25 114/3
118/3 143/13 153/3 197/2
204/18 204/19 204/24

**IDENTIFICATION [1]** 129/2

**IDENTIFIED [4]** 112/21 178/11
201/13 212/6

**IDENTIFIES [1]** 130/6

**IDENTIFY [3]** 139/12 201/7
207/18

**IF [186]** 4/3 6/16 7/8 10/16
12/1 12/12 12/25 25/14 27/1
32/12 32/24 34/3 35/5 37/21
39/3 42/23 43/11 43/12 43/14
43/22 44/19 45/18 46/14
47/13 49/24 49/24 51/20
52/20 53/12 56/23 57/14
57/16 57/21 57/21 57/22
57/25 60/7 60/14 60/14 63/6
63/7 63/7 63/11 63/13 64/3
64/4 64/4 64/17 65/12 67/17
70/10 71/1 71/7 71/22 71/25
72/5 72/24 75/18 75/25 76/10
80/12 82/15 82/17 82/24 83/7
83/21 85/4 85/8 91/18 93/20
100/17 101/10 105/2 106/13
106/19 107/21 108/2 108/19
112/25 113/1 113/11 114/9
115/20 118/14 119/1 120/15
120/16 121/5 121/10 122/4
123/11 124/25 126/7 126/8
126/16 129/3 129/6 129/14
132/21 134/23 136/17 137/9
137/13 138/17 139/10 140/1
141/1 142/12 143/16 143/24
144/14 145/3 146/7 147/9
148/13 148/15 148/22 148/25
149/1 149/3 149/19 151/17
152/22 154/19 154/21 154/23
155/5 155/5 157/8 158/5

**I**

**IF... [56]** 158/22 160/17
160/24 163/3 163/25 164/5
164/9 164/19 165/18 168/11
168/20 168/20 169/23 170/4
170/19 170/25 171/24 173/24
174/16 174/23 176/7 177/11
179/5 179/20 180/7 180/18
182/1 183/1 183/7 184/3
184/3 188/6 189/12 190/9
193/8 193/16 195/12 196/16
196/18 207/17 208/16 214/20
215/19 215/22 218/2 220/21
221/11 221/21 222/10 222/14
222/15 223/8 223/13 223/22
224/2 224/3

**II [3]** 1/15 12/21 13/19
**IMMEDIATELY [2]** 191/25 212/23
**IMPANEL [1]** 208/9
**IMPRESSIVE [1]** 112/6
**IMPROVE [3]** 37/17 37/19 38/14
**IMPROVING [1]** 37/19
**IN [539]**
**INACCURACIES [2]** 160/23
197/19
**INACCURATE [1]** 207/19
**INAUDIBLE [20]** 4/25 9/22
14/12 61/23 62/17 78/14
78/15 78/15 87/6 89/4 112/1
114/12 119/25 149/21 184/18
184/18 186/20 187/22 198/13
211/5
**INC [4]** 47/4 47/11 157/19
198/7
**INCLUDE [3]** 9/3 17/7 36/9
**INCLUDED [1]** 195/20
**INCLUDES [3]** 36/9 36/11 36/12
**INCOME [16]** 9/8 17/17 17/22
27/1 27/10 35/4 37/2 37/4
39/20 77/11 80/8 107/18
131/17 153/15 156/3 199/20
**INCORPORATED [1]** 47/18
**INCORRECTLY [3]** 35/5 178/4
181/13
**INCREASE [1]** 203/12
**INCREDIBLE [1]** 112/8
**INCUR [1]** 74/22
**INDEX [1]** 2/1
**INDICATE [2]** 35/20 202/7
**INDICATED [3]** 19/17 197/12
198/3
**INDICATES [1]** 202/22
**INDICATING [1]** 202/16
**INDIVIDUAL [21]** 19/2 20/10
20/12 21/8 25/24 26/4 26/9
26/10 27/9 33/8 116/13
116/15 116/16 116/17 118/18
120/16 130/6 174/1 174/4
174/9 214/19
**INDIVIDUALLY [2]** 101/7 101/19
**INDIVIDUALS [1]** 36/7
**INDUSTRY [3]** 22/14 86/21
104/11
**INFORMATION [13]** 132/20
155/18 161/2 161/8 161/9
161/13 161/14 162/1 190/12
190/12 190/16 191/3 195/20
**INFRASTRUCTURE [1]** 46/25
**INITIAL [4]** 107/1 110/18
112/8 133/12
**INITIALLY [2]** 22/21 33/19
**INPUT [1]** 56/16

**INQUIRE [2]** 44/10 84/13
**INSIDE [2]** 52/16 53/17
**INSIGNIFICANT [1]** 80/7
**INSTALLMENT [1]** 154/10
**INSTANCE [3]** 35/15 38/2 38/3
**INSTEAD [2]** 61/9 203/9
**INSURANCE [2]** 76/25 77/6
**INTEND [3]** 187/14 193/21
213/23
**INTENDED [2]** 136/2 214/1
**INTENT [1]** 140/7
**INTENTION [2]** 158/24 206/5
**INTENTIONS [2]** 159/10 206/1
**INTEREST [19]** 22/18 33/12
37/5 39/24 69/14 73/22 76/11
164/21 192/24 199/3 199/16
199/18 200/4 200/6 200/13
200/14 201/22 201/23 201/24
**INTERESTED [3]** 3/7 67/14
225/11
**INTERJECTED [1]** 54/10
**INTERNAL [2]** 18/5 18/18
**INTERNET [6]** 33/24 98/4 98/13
98/16 98/17 165/7
**INTERPOSE [1]** 41/23
**INTERROGATORY [3]** 138/24
139/4 140/5
**INTERRUPT [1]** 54/22
**INTERRUPTED [2]** 109/12 206/5
**INTERRUPTING [1]** 67/2
**INTO [50]** 13/14 15/1 15/7
21/16 22/10 22/17 22/21 23/9
39/3 41/24 42/17 48/2 51/10
56/1 56/16 87/4 88/12 88/15
94/25 105/6 105/13 107/14
110/21 111/7 113/16 116/6
116/14 133/25 134/12 134/16
134/19 134/21 157/16 171/3
171/19 171/21 174/4 180/13
186/25 189/2 199/22 210/19
211/25 212/13 212/16 212/19
212/25 213/8 214/8 214/19
**INTRICATE [1]** 34/23
**INTRODUCE [1]** 10/16
**INVEST [7]** 103/9 103/10
104/1 108/3 108/6 112/3
115/19
**INVESTED [1]** 23/5
**INVESTMENT [8]** 21/16 23/6
111/19 112/8 202/3 203/12
203/14 205/2
**INVESTMENTS [6]** 20/20 22/4
34/12 68/21 111/11 202/3
**INVITING [1]** 54/9
**INVOICE [5]** 91/1 96/11 96/16
97/19 97/23
**INVOICES [6]** 48/21 96/4 96/9
96/18 96/21 97/25
**INVOICING [8]** 48/17 48/25
49/1 51/8 52/5 52/7 63/4
64/1
**INVOKE [1]** 6/23
**INVOLVED [8]** 39/8 55/23 59/7
76/4 102/4 102/5 104/11
169/4
**INVOLVING [1]** 35/23
**IRA [72]** 8/20 18/1 18/22
18/22 20/2 20/9 20/21 21/5
21/10 21/12 21/13 21/14
21/15 21/16 21/19 22/10
22/12 22/17 22/20 23/19
26/24 29/4 32/10 33/6 33/6
33/7 33/12 33/18 33/18 33/20

33/25 34/1 34/24 35/5 35/12
35/16 35/25 36/1 36/8 36/10
36/24 37/2 37/25 37/15 37/19
39/3 39/21 40/3 40/10 40/14
40/17 40/20 146/10 146/15
163/3 179/5 180/10 182/12
193/8 195/4 195/16 200/15
200/16 200/17 200/17 200/23
201/9 201/19 207/1 215/13
215/23 216/2
**IRA'S [8]** 15/24 16/21 16/21
17/23 17/25 19/3 33/9 34/18
**IRC [8]** 18/6 18/12 18/14
35/23 36/3 40/11 40/14
205/16
**IRS [1]** 180/13
**IS [462]**
**ISN'T [11]** 76/12 78/2 147/11
149/13 153/18 161/19 163/18
164/22 165/1 201/25 207/15
**ISSUE [2]** 9/4 124/2
**ISSUED [4]** 26/23 31/12 149/7
149/23
**ISSUES [2]** 34/23 79/11
**IT [583]**
**IT'S [168]** 5/13 9/12 17/24
18/2 20/4 21/14 25/18 25/22
27/23 28/6 29/9 31/3 34/16
35/25 36/19 40/1 40/1 40/14
41/12 41/16 51/22 52/9 52/20
54/7 56/3 56/6 61/24 62/10
62/17 65/12 66/1 66/2 66/2
66/2 67/22 71/5 71/19 72/23
73/3 73/25 81/4 83/2 83/8
86/18 88/1 88/23 89/7 90/21
92/15 92/21 92/24 98/13
99/25 100/25 102/3 104/23
108/16 111/10 112/19 113/1
113/21 113/24 114/2 114/17
114/17 116/3 117/12 118/10
118/11 118/15 118/16 119/22
120/10 120/10 124/10 129/14
131/4 131/5 132/4 133/4
133/7 133/8 133/18 133/24
134/17 134/24 135/6 135/14
136/5 136/18 140/22 143/16
145/6 145/10 148/25 149/3
149/25 150/9 150/16 151/6
152/25 155/22 156/1 158/7
158/13 158/22 158/24 162/12
166/3 166/7 167/21 168/21
168/21 169/8 170/20 171/6
172/6 173/22 173/22 173/25
175/3 175/15 176/7 176/11
177/11 177/14 178/1 179/2
180/21 180/23 180/24 181/11
181/16 181/21 183/25 184/15
188/2 189/10 189/17 189/21
195/8 196/6 198/3 198/3
198/15 198/16 199/2 199/15
199/15 200/1 200/9 200/16
201/5 202/24 205/3 211/7
215/2 215/18 215/20 215/20
216/13 217/14 219/6 220/4
221/11 221/22 223/4 223/6
**ITEM [4]** 9/5 114/24 138/11
166/11
**ITEMS [2]** 203/5 210/6
**ITS [2]** 39/4 40/20
**ITSELF [1]** 18/22

**J**

**J-O-S-I [1]** 189/19

## J

**J.P [1]** 156/21
**JACKSON [1]** 218/7
**JACKSON'S [1]** 221/17
**JAILED [1]** 176/1
**JANUARY [11]** 39/22 40/21
121/20 132/2 133/18 134/16
171/5 171/16 171/17 171/21
180/15
**JAY [2]** 11/7 13/19
**JEFF [3]** 51/12 51/15 67/16
**JELLICORSE [2]** 1/16 3/14
**JENNEMANN [2]** 1/13 3/5
**JERRY [1]** 205/16
**JEWELRY [1]** 111/3
**JOB [7]** 48/12 62/18 64/1
64/5 113/23 131/17 206/18
**JOHN [13]** 3/22 12/21 72/17
73/7 90/9 91/25 95/1 147/19
147/20 148/6 148/17 148/17
207/14
**JOHNSON [1]** 221/18
**JOIN [1]** 121/14
**JOINT [41]** 9/7 24/22 24/23
25/9 25/10 25/11 26/15 26/17
27/9 102/17 102/24 104/20
104/24 105/21 106/3 106/7
106/11 109/17 109/19 109/22
112/22 116/4 116/6 116/20
117/18 117/25 118/3 118/6
119/4 133/15 134/12 169/11
170/9 172/6 172/12 174/3
175/6 177/8 214/17 214/18
214/18
**JOSEPH [2]** 12/21 13/19
**JOSI [5]** 188/2 189/19 190/4
191/6 192/10
**JTWROS [3]** 106/6 172/8 211/8
**JUDGE [64]** 3/10 3/16 4/24
4/25 5/2 7/17 8/6 8/24 10/14
13/10 14/5 17/4 18/25 19/8
19/19 20/8 21/1 21/24 23/1
25/5 28/7 28/20 29/9 30/2
31/1 33/5 33/16 36/17 37/6
41/3 41/22 45/4 64/10 78/18
81/24 83/13 113/25 123/3
147/14 159/23 164/12 166/2
166/7 167/15 178/3 182/20
183/18 183/23 184/6 184/8
184/16 184/18 184/25 188/3
189/5 198/21 218/7 218/23
220/1 220/2 220/4 220/8
221/17 224/11
**JUDY [2]** 225/5 225/16
**JULY [14]** 15/9 22/5 94/13
120/16 135/7 135/23 151/1
151/11 151/14 156/21 168/10
174/8 174/18 183/2
**JUNCTURE [2]** 83/12 122/1
**JUNE [9]** 21/2 22/4 128/3
128/5 136/10 137/16 168/25
169/10 169/16
**JURISDICTION [1]** 76/1
**JURY [1]** 208/9
**JUST [116]** 5/16 8/18 8/23
9/2 9/22 10/6 19/19 19/22
20/4 20/9 24/12 30/13 35/12
39/13 40/1 45/1 47/3 48/12
49/5 49/24 49/25 51/21 52/11
52/14 52/22 53/10 53/20 54/8
54/11 54/16 55/7 57/18 58/3

58/14 59/23 61/15 61/18 62/1
62/2 62/13 63/4 64/9 64/23
65/14 66/1 66/2 66/15 66/17
69/7 69/19 71/7 79/6 84/22
84/25 90/10 93/20 95/22
102/3 105/23 110/8 112/15
113/3 113/6 113/24 115/2
115/12 116/3 116/7 117/7
118/1 118/4 122/17 122/17
124/1 124/3 126/7 128/8
132/7 136/19 138/14 139/6
140/1 142/7 147/14 159/17
159/18 164/13 167/22 170/20
170/24 171/25 178/2 179/6
183/18 184/12 189/13 192/21
206/9 206/21 211/13 214/21
216/21 216/23 217/17 219/12
220/20 221/21 222/12 223/2
224/2 224/4

## K

**K1 [1]** 77/25
**K1'S [1]** 77/23
**KAREN [2]** 1/13 3/4
**KEEP [12]** 20/7 52/2 53/4
53/25 65/15 83/1 102/14
135/20 149/19 210/14 215/10
223/23
**KEEPING [4]** 50/14 52/9 54/6
223/24
**KEITH [49]** 1/7 3/7 25/12
26/7 26/12 26/19 32/8 35/23
40/14 45/6 50/3 50/5 50/9
50/21 51/2 51/10 51/21 51/21
53/23 55/24 55/25 56/2 56/15
57/9 58/13 58/15 58/16 58/24
64/4 65/23 67/20 73/16 73/21
74/7 77/19 77/19 81/11 81/13
81/16 89/2 92/3 106/6 125/11
139/12 142/11 142/23 143/2
168/15 185/3
**KEITH'S [2]** 46/4 81/18
**KEPT [4]** 48/8 61/15 68/10
68/12
**KEY [7]** 17/15 17/17 17/21
86/25 87/3 100/22 100/25
**KID [2]** 47/16 59/6
**KIDS' [1]** 50/6
**KILL [1]** 213/2
**KIND [12]** 13/6 20/4 20/7
42/18 48/12 50/16 53/11
55/14 64/6 97/6 132/6 183/8
**KNEW [8]** 47/16 50/16 50/18
50/22 55/9 90/3 135/16
148/12
**KNIGHT [1]** 15/8
**KNOW [183]** 4/3 6/15 11/2
11/9 11/15 13/1 13/6 14/3
14/4 15/20 17/12 17/17 17/23
20/20 22/3 22/10 22/13 22/20
22/22 23/5 26/1 28/15 29/10
34/3 34/11 34/12 34/22 35/4
35/18 36/22 36/23 37/25 40/8
45/14 46/3 46/8 46/10 46/12
47/13 47/17 48/12 49/24
51/20 52/3 54/1 54/5 54/5
54/7 54/13 56/14 56/20 56/23
56/24 57/11 57/14 57/16 58/3
59/3 59/9 59/10 59/21 61/17
62/25 63/22 63/25 64/1 64/3
64/4 65/7 65/9 65/11 66/19
67/10 67/13 67/18 67/23 68/1

68/5 68/12 69/3 70/7 79/5
72/11 81/23 83/21 89/20
89/19 90/22 92/24 93/2 93/5
93/25 94/2 98/7 99/23 99/25
100/11 100/15 101/8 101/14
107/19 107/20 108/18 111/2
111/23 115/7 118/2 118/4
121/16 126/20 128/20 129/7
136/15 136/16 136/18 136/19
141/25 144/6 144/8 144/13
145/14 145/15 145/15 145/23
148/15 148/15 148/16 148/18
148/22 151/12 152/9 152/16
153/24 154/19 155/11 155/13
156/4 156/17 156/24 157/2
157/5 157/6 157/6 157/13
158/5 161/13 164/4 164/6
164/16 167/8 169/5 170/6
172/11 172/14 173/10 174/9
174/12 174/14 176/23 176/24
176/25 177/2 180/12 183/24
186/11 186/13 188/11 189/12
189/15 190/4 190/9 192/9
192/11 196/18 200/18 200/21
206/14 219/22 219/24 220/25
221/7 221/21 222/12
**KNOWLEDGE [7]** 31/16 35/13
155/18 189/20 197/19 209/19
211/2
**KNOWN [5]** 35/3 59/5 60/15
60/17 65/15
**KNOWS [2]** 132/14 189/14
**KOREA [11]** 86/4 86/4 86/10
86/11 98/21 107/5 107/21
132/6 168/4 212/19 213/7
**KOREAN [5]** 7/18 125/15 127/9
132/11 132/12
**KY [1]** 114/16
**KY000615 [1]** 114/16
**KY133 [1]** 180/24
**KY135 [1]** 182/1
**KY151 [2]** 183/4 183/4
**KY1526 [1]** 208/16
**KY1547 [1]** 188/24
**KY1552 [1]** 194/13
**KY1563 [1]** 194/24
**KY1639 [1]** 175/9
**KY1657 [1]** 209/2

## L

**L-A [1]** 73/3
**L-L [1]** 206/11
**LA [1]** 72/18
**LACK [1]** 35/13
**LAID [1]** 189/16
**LAKE [2]** 12/22 12/22
**LAND [5]** 107/20 127/2 127/3
127/24 136/9
**LANE [3]** 84/8 93/16 142/24
**LANGUAGE [4]** 85/1 85/2 85/3
139/23
**LAST [29]** 11/18 29/15 30/11
30/15 57/20 59/5 59/14 69/19
72/22 86/15 106/21 130/12
130/23 135/10 138/12 139/6
149/20 159/22 171/16 175/14
175/20 180/21 180/22 180/23
182/25 206/24 210/19 212/7
219/3
**LATE [2]** 48/14 52/7
**LATER [6]** 52/12 69/11 79/1
88/7 169/3 222/4
**LATITUDE [2]** 42/5 68/24

**L**

**LAUGHING [1]** 46/2

**LAUNTRY [1]** 46/2

**LAUREN [1]** 3/20

**LAW [15]** 14/14 14/20 14/25
15/4 70/9 125/11 157/11
167/23 168/15 168/17 169/16
171/2 171/4 188/2 189/18

**LAWNMOWER [1]** 146/1

**LAWS [1]** 70/5

**LAWSUIT [15]** 89/5 100/13
100/21 101/5 101/11 101/18
101/22 101/25 102/6 102/8
117/22 118/12 135/25 156/16
173/6

**LAWSUITS [1]** 101/14

**LAWYER [6]** 101/21 101/24
189/18 191/19 193/10 194/17

**LAWYER'S [4]** 190/16 191/1
191/11 191/24

**LAY [2]** 136/4 188/5

**LAYING [1]** 69/14

**LAYOFFS [1]** 55/14

**LAYOUT [1]** 53/9

**LEADING [4]** 186/6 193/18
193/24 194/3

**LEARN [1]** 58/12

**LEARNED [1]** 182/17

**LEASE [1]** 154/10

**LEAST [6]** 14/4 16/19 43/13
157/5 167/3 216/6

**LEAVE [6]** 5/16 10/1 42/7
173/15 223/6 224/2

**LEAVES [1]** 4/18

**LEAVING [1]** 54/17

**LEFT [17]** 15/5 35/7 48/13
48/14 52/11 59/4 65/3 65/4
81/7 105/25 108/17 109/20
128/20 149/12 149/17 152/3
188/6

**LEGAL [7]** 102/2 102/7 128/10
157/10 170/19 197/3 213/14

**LEGITIMATE [1]** 205/2

**LEND [1]** 148/11

**LENT [1]** 133/3

**LESS [4]** 59/9 70/6 186/6
186/11

**LEST [1]** 42/15

**LET [34]** 10/19 13/1 13/3
39/13 41/17 43/13 49/20
52/14 60/6 71/1 71/25 82/23
94/12 97/20 106/21 110/16
117/7 126/7 126/7 126/22
134/7 136/18 139/21 179/6
186/17 187/19 188/10 200/24
206/12 208/13 216/21 217/10
217/21 220/12

**LET'S [31]** 24/6 27/16 58/5
71/18 71/20 83/11 83/18
114/6 122/11 128/24 129/15
131/12 133/17 146/16 151/25
154/10 160/10 162/11 164/19
167/13 170/18 174/16 177/11
183/1 184/13 191/23 198/1
212/1 212/2 217/9 219/1

**LETTER [1]** 189/22

**LEVEL [1]** 35/7

**LEWIS [3]** 42/23 43/22 72/6

**LIABILITY [4]** 29/2 34/1 35/10
80/25

**LICENSE [3]** 4/14 4/15 205/17

**LIE [1]** 57/25

**LIEN [12]** 147/6 147/10
196/10 196/18 196/25 197/1
197/13 209/7 209/17 209/19
209/24 210/5

**LIENHOLDER [4]** 149/11 149/12
196/6 196/18

**LIENHOLDERS [1]** 150/4

**LIFE [4]** 59/7 137/10 206/5
223/1

**LIKE [69]** 12/13 18/1 27/25
34/22 41/3 49/25 52/9 53/11
53/11 54/6 54/7 54/9 55/13
57/14 58/10 61/1 61/4 62/6
62/9 63/4 63/21 63/21 64/3
65/12 66/1 66/3 66/5 66/15
66/17 66/19 71/11 82/17 83/7
85/11 87/25 88/1 89/10 90/24
95/9 96/2 102/5 102/18 104/7
104/22 105/20 108/8 108/25
109/16 111/3 133/4 136/2
137/11 142/13 145/8 149/24
152/3 166/4 173/14 178/17
180/15 184/14 195/10 202/5
204/4 210/15 219/2 223/23
223/24 224/1

**LIMINE [2]** 7/21 10/21

**LIMIT [1]** 35/10

**LIMITED [5]** 17/16 29/2 34/1
69/16 80/25

**LINE [13]** 40/2 63/8 114/24
115/20 126/9 130/23 133/11
133/18 134/15 151/5 151/6
171/6 180/18

**LINES [4]** 26/25 27/10 51/13
212/7

**LIPS [2]** 205/16 206/15

**LIQUIDATION [1]** 215/14

**LIST [24]** 10/5 48/23 108/21
161/19 162/2 162/4 178/11
178/15 192/24 193/1 194/15
194/19 194/22 194/24 194/24
196/17 198/7 198/9 200/6
200/22 201/22 201/23 202/5
203/3

**LISTED [38]** 19/12 63/10 79/2
81/10 145/7 146/11 146/15
146/17 147/3 147/4 147/6
154/2 154/22 156/3 158/15
158/17 160/24 161/21 163/4
163/24 164/5 175/8 188/23
189/19 193/4 193/9 194/8
198/18 199/5 200/3 201/14
201/15 202/17 206/21 206/22
209/6 210/4 211/7

**LITERALLY [1]** 50/11

**LITIGATION [7]** 78/10 78/16
79/7 173/12 177/6 185/18
208/18

**LITTLE [14]** 36/19 67/13 71/5
82/9 84/23 84/25 111/2
123/14 126/17 149/4 164/10
171/25 183/9 186/5

**LIVE [10]** 72/25 73/2 88/2
89/10 89/10 93/13 93/18
93/24 116/24 154/4

**LIVED [4]** 47/9 89/8 154/5
157/4

**LIVES [1]** 42/6

**LIVING [14]** 87/21 95/23 120/3
120/4 120/5 120/7 120/12
121/2 131/22 131/23 132/18
173/14 215/6 215/7

**LLC [61]** 8/3 20/24 21/5

21/12 21/16 21/19 21/22
22/42 22/24 22/25 23/17 23/20
23/25 28/1 28/4 28/12 31/17
32/11 32/16 32/25 33/13
33/14 34/1 34/5 34/6 34/7
35/19 37/22 38/17 73/17 76/5
77/12 78/3 79/2 79/25 80/1
80/25 81/17 157/23 158/17
163/5 164/22 167/6 181/23
182/9 182/16 199/3 199/4
200/10 200/14 201/8 201/11
201/23 201/24 202/4 202/11
202/18 202/23 204/25 207/3
207/7 207/11

**LLC'S [1]** 34/4

**LOAN [33]** 28/1 127/9 127/22
128/2 128/2 131/18 132/4
132/25 135/12 136/9 136/13
137/2 137/6 137/14 147/12
148/20 148/23 149/9 150/6
151/11 151/18 151/19 152/1
152/9 152/15 152/16 168/23
168/25 169/6 169/9 169/15
170/5 209/14

**LOANED [2]** 137/19 171/11

**LOCATED [2]** 46/20 89/15

**LOCATION [1]** 157/20

**LOCATIONS [2]** 38/10 47/8

**LOCKHEED [2]** 22/14 146/10

**LODGING [1]** 75/19

**LONG [17]** 14/23 15/15 16/18
37/23 37/24 54/18 59/12
59/14 61/24 82/6 114/1
137/14 175/15 176/1 206/9
212/20 221/7

**LONGER [5]** 55/11 89/24
170/20 200/8 206/11

**LOOK [40]** 20/22 23/21 24/2
24/19 25/15 31/9 43/13 51/11
57/10 57/12 68/16 75/18
104/5 106/13 113/1 113/3
115/20 121/10 144/14 147/9
148/25 149/1 149/20 153/22
158/3 164/13 165/24 168/20
171/24 174/17 180/7 183/7
193/10 194/24 195/12 208/16
209/11 210/17 212/2 220/12

**LOOKED [13]** 4/14 18/8 19/25
20/14 21/21 25/25 28/5 29/7
53/11 75/24 181/9 182/21
220/12

**LOOKING [32]** 7/17 25/21 26/22
26/25 28/12 43/8 63/8 90/25
110/10 113/2 113/4 117/16
124/14 128/1 128/18 130/11
134/24 149/5 162/13 162/15
165/25 167/22 183/1 183/2
192/19 195/3 201/10 202/2
204/17 211/12 214/2 214/16

**LOOKS [8]** 27/25 108/25
113/25 133/4 138/19 149/24
166/4 195/10

**LOOSE [1]** 29/14

**LOSE [5]** 35/6 40/20 109/9
111/19 113/22

**LOSES [1]** 39/4

**LOSS [1]** 39/17

**LOST [3]** 40/14 55/6 159/1

**LOT [14]** 54/11 54/25 56/9
63/12 63/12 103/24 109/7
112/9 113/15 119/19 133/1
183/19 185/20 208/6

**LOTS [2]** 68/2 68/4

**L**

LOUD [3] 96/3 96/5 133/19
LOVE [2] 220/23 221/24
LOW [2] 89/14 111/25
LOWER [1] 104/1
LUCK [1] 80/14
LUNCH [6] 11/15 11/16 12/2
12/3 122/6 217/16

**M**

M-C [1] 72/23
MA'AM [5] 43/21 71/13 170/1
186/5 217/8
MADE [37] 22/4 34/12 48/15
50/24 60/24 63/20 68/21
69/21 92/11 99/14 103/17
104/24 105/2 105/17 105/18
109/6 112/8 113/12 113/19
113/22 124/19 135/3 135/20
137/25 138/2 145/14 148/15
148/17 148/22 154/19 164/12
170/13 170/15 173/23 175/20
182/17 208/6
MAGUIRE [2] 15/6 15/12
MAIL [26] 27/18 56/8 65/3
65/4 68/4 87/5 91/21 91/21
91/22 91/25 92/3 92/5 92/5
186/20 187/11 187/11 187/23
187/23 188/14 188/16 188/19
188/21 189/20 189/22 190/23
190/25
MAILS [3] 67/21 68/2 218/22
MAIN [2] 3/12 8/11
MAINSTREAMED [1] 47/24
MAINTAINING [1] 47/1
MAINTENANCE [1] 194/25
MAKE [43] 3/8 3/25 8/18 13/1
35/16 43/7 48/12 50/23 60/8
60/23 61/10 61/11 62/12
62/22 63/15 68/19 69/20
96/24 97/9 97/13 100/20
109/8 109/13 110/14 111/17
113/22 115/8 117/6 124/18
135/15 136/2 136/16 136/17
154/17 179/7 179/13 179/16
205/6 213/4 213/23 218/2
218/3 221/23
MAKES [4] 23/2 61/12 69/12
205/14
MAKING [13] 35/8 48/20 60/25
61/7 61/9 69/24 110/16
111/12 115/9 154/12 154/15
154/18 157/6
MANAGEMENT [1] 76/4
MANAGER [15] 34/8 35/12 48/20
73/16 74/3 76/1 76/6 76/8
79/2 81/8 158/15 201/14
201/15 206/16 207/2
MANAGERS [1] 34/10
MANAGING [4] 34/14 81/8
158/15 158/20
MANY [7] 49/17 99/22 100/1
109/4 143/11 148/18 203/24
MARCH [16] 109/17 109/18
112/23 113/9 114/22 117/18
118/16 118/16 118/17 139/16
143/25 153/23 153/23 172/16
173/25 174/6
MARGIN [9] 114/22 115/1
115/3 115/8 115/14 115/15
115/17 115/18 115/19
MARK [3] 129/4 129/7 129/12

MARKED [2] 179/19 196/6
MARKER [1] 37/22 89/10 89/16
69/21 105/15 111/23 203/10
MARKETING [1] 51/3
MARRIED [16] 46/12 49/19
57/17 85/23 85/25 89/2
102/13 102/16 102/19 107/14
107/15 126/21 132/17 132/18
171/23 210/23
MART [2] 204/23 205/9
MARTIN [2] 22/16 146/11
MARY [1] 12/22
MATCHED [1] 4/14
MATCHES [2] 4/16 178/6
MATCHING [1] 32/18
MATERIALS [5] 193/9 205/10
205/11 205/11 205/22
MATTER [6] 3/12 8/15 78/16
178/24 191/5 192/19
MATTERS [2] 8/25 220/20
MATURED [3] 136/10 136/13
137/3
MATURITY [2] 128/2 169/6
MAY [44] 3/5 4/22 11/15
12/23 24/12 30/11 33/2 36/7
42/7 43/18 44/10 46/14 51/11
61/13 84/9 84/13 92/17 93/6
97/15 97/16 99/13 107/15
107/15 112/12 121/22 127/15
129/3 129/10 129/12 136/22
138/20 140/15 142/25 150/22
157/9 159/7 166/13 169/24
183/2 183/14 189/25 210/14
218/21 220/4
MAYBE [15] 46/4 55/15 55/16
57/2 57/2 57/2 58/9 64/16
67/6 67/7 81/19 99/11 126/22
179/16 219/10
MCLEOD [28] 3/22 4/8 4/15
6/14 6/24 7/8 11/18 12/2
41/13 71/20 72/5 72/17 72/22
73/7 73/12 78/7 78/25 79/17
79/23 80/17 82/2 82/7 90/10
91/25 92/6 95/4 164/25
207/15
MCLEOD'S [3] 5/1 5/12 176/17
ME [138] 3/13 3/14 3/19 9/14
10/19 13/3 13/17 29/18 39/13
41/17 43/7 43/13 45/20 46/4
48/10 49/20 51/11 51/14
51/17 52/4 52/14 54/9 57/15
57/15 57/18 57/21 57/22
57/25 59/4 59/9 59/19 60/6
60/9 60/17 60/25 61/11 61/18
61/19 62/17 62/18 63/2 63/5
65/6 65/12 67/21 67/21 68/1
70/1 72/8 82/23 85/6 85/11
89/5 90/4 93/20 94/12 95/6
96/10 96/12 97/20 98/24
102/3 104/2 106/21 108/1
108/1 108/13 108/22 110/6
110/16 111/14 112/5 113/18
115/16 117/4 117/7 124/16
124/20 126/7 126/7 126/21
126/22 131/14 131/18 131/20
131/21 132/5 132/10 132/11
132/14 133/9 136/18 136/20
138/2 139/21 146/25 147/12
150/13 153/16 158/2 158/15
158/18 158/24 161/1 161/16
162/7 163/15 166/4 169/7
175/23 176/25 177/4 177/22
178/14 181/15 183/12 183/18

MEAD [3] 15/14 15/18 16/3
MEALS [1] 75/19
MEAN [25] 50/10 50/16 50/19
52/22 54/22 63/11 66/1 66/16
67/18 69/6 89/6 100/23
105/13 117/1 117/10 117/11
128/4 128/22 152/16 171/13
208/5 212/25 216/8 219/7
222/14
MEANS [6] 23/1 108/18 115/16
172/11 172/12 172/14
MEANT [1] 70/8
MECHANICS [1] 212/2
MEDICAL [6] 76/24 76/25 77/5
77/5 165/10 175/11
MEET [2] 87/9 87/11
MEETING [5] 100/7 160/11
163/25 164/2 197/16
MEETINGS [2] 75/3 95/25
MEGUSEY [73] 3/22 8/3 28/3
59/24 59/25 60/4 60/11 60/14
60/15 60/20 61/14 61/19
62/14 63/3 63/11 73/17 73/18
73/22 73/24 74/3 74/7 74/22
76/2 76/11 77/8 77/12 77/13
78/3 78/13 79/25 80/25 90/9
90/10 90/15 91/15 93/4 94/3
94/16 94/18 97/2 97/23 98/3
98/12 98/14 98/20 99/2 99/19
100/3 101/3 102/1 102/2
102/4 102/8 145/17 147/20
148/2 148/19 157/16 157/23
158/17 164/22 164/25 165/3
165/7 165/8 165/10 165/13
165/19 165/21 207/3 207/7
207/11 207/18
MEGUSEY'S [1] 176/19
MEMBER [11] 34/3 34/5 34/6
34/15 36/11 157/25 158/5
158/16 158/20 200/10 201/8
MEMBER'S [1] 200/14
MEMBERS [2] 50/4 81/8
MEMBERSHIP [3] 33/12 33/13
201/22
MEMORY [1] 112/7
MENTION [1] 61/13
MENTIONED [7] 22/22 38/13
56/1 56/13 100/10 117/7
135/10
MERGED [1] 15/7
MERGER [1] 15/10
MESSNER [5] 55/16 102/4
176/21 176/23 176/24
MET [6] 65/11 65/13 160/11
167/23 168/2 168/3
MIDDLE [18] 1/1 3/3 106/5
106/13 106/25 108/10 108/15
108/17 109/24 110/4 114/21
118/21 135/7 139/7 149/12
168/7 183/8 183/8
MIDSIZE [1] 46/24
MIGHT [4] 6/16 61/16 76/4
212/22
MIGRATION [1] 78/12
MIKE [1] 187/1
MILEAGE [1] 100/3
MILLION [8] 70/2 70/3 125/11

**M**

**MILLION [7]** [5] 125/14 126/14
126/17 126/18 168/15
**MIND [5]** 7/9 44/19 71/22
132/21 223/24
**MINE [4]** 24/11 131/5 142/7
145/22
**MINUTE [3]** 113/1 136/22
184/10
**MINUTES [5]** 6/17 41/13 41/17
83/9 219/19
**MIRROR'S [1]** 167/16
**MISINTERPRETED [1]** 42/12
**MISLEAD [1]** 193/21
**MISS [24]** 3/21 9/8 11/14
12/5 12/8 42/23 43/22 72/6
83/20 83/21 84/20 123/11
123/19 123/23 124/3 124/8
136/3 139/19 140/18 142/9
155/8 190/15 216/23 222/24
**MISSED [2]** 24/12 97/6
**MISTAKE [5]** 109/6 113/22
182/8 182/18 204/17
**MOBILE [9]** 199/3 199/4
199/10 199/12 199/16 199/18
199/19 199/21 200/1
**MOBLE [1]** 200/4
**MOM [16]** 50/3 50/10 50/17
50/21 51/20 51/21 52/3 58/21
62/22 68/3 107/7 126/11
126/12 132/19 135/3 137/25
**MOM'S [1]** 52/5
**MOMENT [3]** 93/6 213/7 220/5
**MONEY [117]** 55/5 61/7 63/3
66/1 66/5 66/9 66/12 66/16
66/21 68/21 69/24 97/8 98/23
101/7 101/9 101/10 101/12
101/15 101/18 107/4 107/13
107/21 108/1 109/8 109/13
109/14 111/4 111/12 111/16
111/17 113/16 113/23 115/5
115/13 115/18 116/5 116/10
116/14 116/16 117/12 117/13
117/13 117/14 117/15 117/16
118/4 118/8 118/10 119/8
120/5 120/9 124/18 124/21
125/17 126/24 127/4 127/23
128/4 131/20 132/8 132/10
132/15 132/23 133/22 135/13
136/7 137/2 137/6 137/19
147/13 148/11 148/12 148/13
148/14 148/16 152/2 168/17
169/18 170/4 170/6 170/7
170/8 172/1 173/8 174/3
175/5 176/2 182/10 182/12
199/21 203/9 204/16 208/4
208/22 208/24 209/14 210/19
211/18 211/21 212/11 213/1
213/2 213/4 213/4 213/8
213/11 213/16 213/20 213/21
213/24 213/25 214/5 214/7
214/21 214/24 215/3 215/10
**MONTH [18]** 61/1 61/10 61/10
75/7 75/24 88/21 94/8 95/10
97/3 97/22 118/17 145/10
148/20 154/12 162/25 175/5
175/17 199/11
**MONTHLY [3]** 95/14 145/7
154/25
**MONTHS [12]** 55/13 117/21
135/24 148/18 148/18 148/21
150/2 173/5 173/7 175/20

177/9 206/24
**MONTROSE [1]** 65/20
**MORE [23]** 9/9 27/16 48/2
48/16 57/9 57/9 58/3 58/3
59/9 61/6 70/6 75/8 99/24
110/19 126/2 139/10 142/4
145/1 157/18 179/17 190/1
216/14 223/7
**MORGAN [1]** 156/21
**MORNING [18]** 3/10 3/16 3/17
3/19 6/24 9/13 44/17 44/18
73/12 73/13 84/20 84/21
178/13 180/16 218/6 218/18
219/5 220/15
**MORPHED [1]** 15/1
**MORTGAGE [6]** 151/5 151/8
151/23 156/22 156/22 157/3
**MOST [3]** 68/25 113/16 145/21
**MOSTLY [3]** 48/22 96/15
145/21
**MOTHER [28]** 45/8 53/20 53/25
55/20 65/4 107/6 107/17
110/23 117/13 124/16 124/17
126/13 126/24 127/9 127/23
128/15 131/21 136/6 136/7
136/20 167/23 168/17 169/16
171/2 171/4 211/25 212/12
213/23
**MOTHER'S [1]** 46/2
**MOTHER-IN-LAW [5]** 167/23
168/17 169/16 171/2 171/4
**MOTION [6]** 7/21 10/21 188/7
190/19 221/16 221/18
**MOVE [21]** 23/9 24/6 64/18
88/15 88/17 89/1 89/11 89/20
90/4 90/15 93/11 115/6
116/10 117/3 117/4 117/5
117/15 145/1 145/17 162/11
189/1
**MOVED [23]** 15/5 22/10 22/19
70/14 87/23 88/2 88/12 88/18
88/19 88/21 89/19 89/23 90/7
93/10 116/10 145/16 145/19
146/2 146/3 151/21 156/25
157/1 174/20
**MOVER [3]** 67/16 147/16
212/15
**MOVERS [1]** 147/23
**MOVES [1]** 143/11
**MOVING [12]** 57/5 64/14 90/4
90/8 90/11 90/13 91/2 91/12
92/6 93/4 155/24 165/20
**MR [190]** 3/20 4/7 4/8 4/15
4/21 5/1 5/8 5/11 5/19 6/9
6/14 6/24 7/8 8/1 8/22 9/8
9/13 9/21 11/1 11/12 11/17
11/18 11/23 12/3 12/2 12/5 12/7
12/9 12/12 13/2 13/9 13/13
13/16 13/17 19/11 19/16
22/11 24/7 25/24 27/14 29/10
30/24 31/11 31/21 33/17
33/21 33/22 34/9 35/15 40/24
41/1 41/8 41/13 41/14 41/19
42/1 42/7 42/14 42/20 43/6
43/16 43/17 43/23 44/9 44/17
45/6 45/12 55/20 59/17 65/15
69/9 70/23 70/23 71/20 71/22
72/1 72/4 72/5 72/22 73/12
74/3 76/16 76/20 77/7 77/25
78/3 78/7 78/19 78/25 79/1
79/4 79/17 79/23 80/1 80/16
82/2 82/7 83/19 85/23 87/9
87/24 88/2 88/5 88/7 89/20

90/13 90/16 91/25 92/3 92/6
92/12 94/19 96/4 96/10 96/18
96/20 98/1 100/41 101/3
102/13 103/6 104/15 104/18
105/2 105/12 105/18 120/7
121/14 123/19 126/14 128/15
130/9 130/20 131/1 131/7
132/1 133/19 134/9 134/16
134/19 141/20 142/5 142/12
143/7 144/4 149/9 150/6
156/9 159/10 160/8 162/4
163/10 164/7 164/24 167/18
176/17 178/13 178/19 180/15
181/1 182/25 184/9 184/11
184/23 185/1 185/3 185/7
185/12 186/3 186/9 187/1
187/4 188/10 189/3 189/24
190/4 190/8 190/20 191/11
191/12 207/14 216/16 216/22
217/14 217/21 217/21 218/16
221/18 222/5 222/23 222/23
**MRS [3]** 101/6 216/12 217/15
**MS [2]** 35/15 185/21
**MS149 [1]** 91/1
**MS150 [1]** 91/1
**MS151 [1]** 91/19
**MS23 [1]** 96/3
**MS26 [1]** 96/3
**MUCH [30]** 41/5 49/7 66/5
66/6 66/14 66/20 67/1 67/15
69/24 70/24 71/18 73/5 82/11
94/7 119/7 119/11 123/4
125/17 144/18 144/23 145/12
145/16 162/21 162/25 194/3
211/23 215/13 215/23 216/5
216/9
**MULTIPLE [1]** 113/19
**MUTUAL [1]** 48/23
**MY [147]** 3/20 5/13 11/4
15/20 19/14 26/1 26/1 30/7
34/19 35/25 39/13 41/18
45/16 45/25 46/2 46/5 47/16
47/23 48/8 48/10 48/12 49/6
50/2 50/6 50/8 50/10 50/17
50/18 50/21 51/9 51/13 51/17
51/20 51/21 51/21 51/22 52/9
55/24 57/1 58/14 58/15 58/16
58/20 58/21 58/21 58/23 59/6
59/6 62/22 63/9 64/3 64/21
65/3 65/3 65/17 65/18 65/19
65/22 66/16 68/3 68/16 69/23
70/8 70/16 70/16 84/7 85/2
89/5 96/10 96/15 96/20 98/22
98/25 99/10 100/6 100/7
100/8 102/3 103/3 105/7
105/15 107/7 107/7 107/17
110/22 111/17 111/17 117/12
117/13 117/13 118/10 124/16
124/17 125/10 126/12 131/20
131/21 133/9 136/6 136/7
136/20 137/10 140/3 140/3
141/4 141/9 155/18 156/6
161/21 161/21 168/14 168/14
169/17 169/20 169/21 170/4
170/6 170/8 171/3 171/4
173/15 173/22 177/17 181/13
182/7 187/10 187/20 190/19
190/22 192/21 200/1 200/20
200/23 203/8 205/3 206/12
206/19 212/15 213/2 213/21
214/12 214/14 218/8 222/22
224/7 225/17 225/17
**MYSELF [7]** 49/17 50/18 68/2

**M**

MYSELF [1] 77/19 81/11
116/3 134/1

**N**

NAIL [1] 66/8
NAME [44] 12/20 37/9 37/9
44/5 63/9 72/16 72/22 72/25
81/7 81/18 84/5 84/7 87/4
96/7 104/15 116/4 116/7
117/8 117/10 118/5 118/21
121/18 130/15 131/20 131/21
133/12 140/24 141/8 142/21
157/20 173/20 177/17 181/12
181/13 181/16 182/5 182/7
194/13 199/13 210/20 210/20
214/13 214/14 214/22
NAMED [4] 35/11 177/2 177/5
185/12
NAMES [4] 45/24 81/10 85/17
172/9
NATIONAL [4] 130/17 131/6
152/6 152/12
NATURALLY [1] 56/4
NATURE [1] 157/20
NEAR [3] 177/14 180/23
180/25
NECESSARY [2] 115/3 129/15
NEED [23] 7/9 10/16 11/25
13/6 14/4 30/4 41/1 43/12
67/22 82/24 84/22 98/15
98/16 113/3 132/16 133/24
141/18 162/7 177/19 182/22
186/25 217/6 222/7
NEEDED [13] 107/12 107/21
115/5 115/6 116/10 117/14
141/10 148/12 190/12 190/16
197/23 205/8 205/10
NEEDS [5] 7/7 95/2 177/21
187/5 223/9
NEGATIVELY [1] 64/5
NEGLECTED [1] 56/10
NEIGHBOR [2] 141/5 141/6
NET [1] 215/17
NETTED [1] 210/13
NETWORK [1] 46/25
NEVADA [4] 76/6 79/2 80/1
158/1
NEVER [19] 48/8 55/25 56/7
56/7 56/10 65/5 67/1 70/6
81/13 102/16 117/14 131/2
156/14 165/14 168/4 168/5
170/15 199/20 199/22
NEW [3] 49/10 49/22 53/24
NEXT [59] 20/14 21/21 23/6
23/13 23/25 26/8 28/5 28/17
30/13 50/9 50/12 82/22 83/19
88/8 89/10 91/18 108/21
119/1 120/19 120/20 121/23
130/1 130/15 130/22 133/4
133/11 133/17 134/15 141/5
141/6 142/10 145/3 150/22
150/25 151/25 153/14 155/14
155/24 156/16 156/20 157/8
160/25 163/12 163/20 163/24
172/15 173/14 173/24 179/13
180/18 180/22 180/22 182/25
192/4 196/9 212/22 215/7
218/4 220/9
NIGHT [3] 51/8 52/7 167/3
NINE [1] 14/24
NO [155] 1/2 1/3 6/20 6/21

8/24 9/15 9/23 10/16 10/20
12/19 13/13 13/17 17/5 27/7
27/15 30/21 36/18 40/18
40/22 40/25 41/3 42/22 43/21
44/20 45/20 46/13 65/14
66/22 69/13 69/14 70/22
71/13 71/23 72/3 73/23 73/25
73/25 73/25 74/5 74/12 75/9
75/21 75/21 76/3 76/14 76/22
77/3 77/9 77/9 81/24 81/25
82/4 85/2 86/8 86/12 86/14
86/22 88/18 89/24 90/1 93/5
95/6 99/5 99/18 102/9 102/12
102/23 103/13 104/20 104/20
108/7 110/19 115/2 123/3
126/4 127/13 130/21 131/5
133/8 136/5 140/12 140/14
141/24 142/2 143/13 145/6
145/24 146/4 146/14 149/25
152/22 153/3 154/7 154/9
155/21 156/5 156/9 156/11
156/19 160/23 162/7 163/11
164/8 164/21 165/17 168/5
171/22 172/12 174/7 175/18
179/12 180/4 180/5 181/19
182/15 183/6 184/6 184/25
187/4 189/7 189/20 191/19
192/1 192/18 193/23 196/8
197/2 198/15 199/17 200/12
203/18 207/4 207/6 207/8
207/10 207/12 208/23 208/25
210/3 211/4 211/6 213/2
213/5 213/9 214/11 215/12
216/14 217/3 217/20 219/7
219/22 220/4 221/14 223/6
225/17
NOBODY [2] 55/8 55/9
NOISE [1] 56/2
NON [14] 15/22 16/20 16/24
17/14
NONE [4] 149/14 150/5 152/21
197/12
NONETHELESS [2] 35/2 35/9
NOPE [1] 78/1
NOR [1] 225/11
NORMAL [1] 43/11
NORMALLY [1] 42/4
NORTH [1] 52/19
NORTON [1] 46/21
NOT [168] 4/9 5/13 6/11 8/6
9/25 11/16 28/15 30/25 34/3
36/7 38/2 38/16 42/16 43/8
49/5 51/25 52/9 54/7 55/2
57/17 57/18 63/14 64/2 64/7
66/15 70/6 74/2 75/11 75/11
75/19 75/23 76/10 76/22
78/14 79/5 80/2 81/15 81/20
82/19 86/18 87/10 87/25
91/17 95/17 95/22 97/7 99/11
100/1 102/3 102/22 108/7
109/4 113/12 113/22 114/17
117/12 118/11 118/13 118/24
119/24 126/4 126/19 126/20
126/22 131/4 131/5 136/5
137/17 137/24 142/6 144/10
145/5 145/15 146/1 146/13
146/14 146/15 147/4 148/24
151/12 153/20 153/24 153/25
154/8 154/19 154/19 156/7
158/7 158/17 158/20 160/5
160/9 161/8 161/12 161/17
161/18 161/22 161/24 165/23
167/2 169/4 169/17 169/20

169/21 170/6 170/7 170/8
170/12 171/25 172/3 173/23
173/25 173/25 174/11
175/13 177/20 178/20 179/2
179/3 179/3 179/7 179/17
180/8 180/24 181/10 181/24
182/17 182/18 182/19 185/13
185/15 186/14 187/1 188/4
188/11 189/10 189/11 189/17
190/10 191/4 191/21 192/20
193/2 193/6 193/17 194/8
196/11 196/19 198/19 199/5
200/3 201/11 204/14 204/18
205/5 205/23 206/23 206/23
206/25 207/18 213/2 213/8
213/21 213/22 213/25 217/18
219/12 220/11 221/10 221/12
225/9
NOTARIZED [1] 124/19
NOTARY [2] 225/5 225/16
NOTATION [1] 6/3
NOTE [4] 10/13 10/21 191/18
209/18
NOTEBOOK [1] 90/21
NOTEBOOKS [3] 13/12 122/10
223/25
NOTES [3] 41/18 222/22 224/7
NOTHING [9] 35/16 67/16 84/2
106/14 119/21 142/18 162/10
183/16 199/14
NOTHING'S [1] 24/5
NOTICE [1] 164/2
NOTIFICATION [1] 68/17
NOTRE [2] 13/25 14/7
NOVEMBER [6] 1/11 100/17
133/5 173/6 176/12 181/4
NOW [60] 3/4 9/17 17/4 21/17
26/13 27/16 29/15 29/20 30/7
33/5 33/13 34/6 37/21 38/7
43/5 59/24 60/20 62/11 81/19
83/2 83/6 83/17 106/15
110/14 111/10 114/6 123/9
124/25 125/19 126/16 127/1
129/21 130/22 131/9 131/10
131/12 145/19 147/5 150/8
150/8 151/5 152/18 158/22
162/21 163/4 163/21 164/21
165/20 171/16 174/23 179/19
182/1 192/19 207/22 209/5
212/1 214/17 218/11 219/22
221/18
NOWHERE [1] 78/21
NUMBER [111] 4/12 4/16 4/23
5/16 7/22 8/12 8/17 9/10
9/12 10/21 10/23 10/24 11/11
13/14 19/20 19/21 20/3 20/24
21/2 21/3 23/7 23/13 23/15
23/23 24/6 24/20 25/1 25/3
25/14 25/17 26/2 26/14 27/17
27/18 28/6 28/8 28/19 29/15
29/23 30/3 30/4 31/9 32/12
80/13 81/7 87/5 92/14 92/22
95/17 105/24 109/19 112/20
114/10 116/2 116/2 118/17
122/22 125/21 128/2 128/21
129/16 130/5 130/8 130/12
138/11 138/18 139/11 139/12
139/15 143/17 143/25 158/23
159/13 162/13 164/10 165/25
168/21 169/9 170/18 172/15
174/16 174/25 176/8 179/13
179/20 180/12 187/20 189/2
198/1 198/13 198/15 200/25
201/10 202/2 202/2 202/12

**N**

NUMBER [15] 202/18 202/19
202/20 202/20 207/13 208/1
208/13 209/2 209/11 210/18
211/12 212/3 212/3 214/2
214/20
NUMBERS [9] 13/12 130/9
130/12 130/24 137/15 158/9
170/21 210/15 215/20
NUMERAL [2] 8/2 8/3
NUMEROUS [1] 35/22

**O**

OATH [6] 85/14 123/24 160/13
185/5 185/6 225/2
OATHS [1] 78/23
OBJECT [3] 7/1 178/20 189/4
OBJECTING [1] 5/13
OBJECTION [19] 4/17 4/18 5/16
6/1 8/9 9/4 9/20 10/22 19/5
79/17 179/10 186/3 188/8
191/8 193/18 193/24 197/3
213/12 213/13
OBJECTIONS [3] 4/1 4/2 190/22
OBLIGATION [1] 163/21
OBLIGATIONS [3] 145/4 153/1
186/14
OBTAINED [1] 68/20
OCCASIONS [1] 99/22
OCCUR [1] 52/18
OCCURRED [9] 36/1 39/6 39/8
52/17 56/18 67/3 70/13 97/15
156/21
OCTOBER [15] 94/10 94/14
94/15 102/25 105/21 106/15
107/1 108/20 112/22 113/8
125/9 135/10 168/13 172/4
175/22
OFF [16] 71/12 71/19 71/19
117/9 117/10 120/5 134/2
136/17 137/6 155/5 169/15
169/19 170/5 214/13 214/14
216/13
OFFER [1] 215/16
OFFERING [3] 95/1 95/8 95/19
OFFICE [37] 51/8 51/10 52/19
52/23 53/6 53/8 53/16 55/20
55/25 56/1 56/8 56/19 61/21
61/21 61/22 63/19 64/17 94/4
94/19 94/20 94/21 94/21 95/2
95/3 95/10 95/22 95/23
124/17 138/25 156/15 157/11
188/17 190/9 190/16 191/1
191/12 191/24
OFFICER [1] 68/8
OFFICES [1] 47/7
OFFICIAL [3] 32/2 32/20 182/2
OFFSET [2] 99/16 102/10
OFTEN [1] 203/22
OH [22] 25/23 29/22 31/3
42/9 61/10 62/3 73/3 76/25
82/18 91/4 93/12 110/10
116/2 119/12 138/22 141/18
146/6 180/5 187/6 187/7
212/5 222/13
OHIO [32] 14/13 14/22 16/7
44/7 44/25 46/21 47/6 52/20
79/7 79/12 87/23 88/3 88/5
88/7 88/10 88/19 89/11 90/7
90/16 115/6 116/11 116/24
117/2 145/16 146/22 156/23
165/21 173/12 173/15 194/16

199/13 207/23
OKAY [304]
OLD [5] 18/1 46/3 48/10
65/18 141/9
OLDER [1] 46/3
ON [217] 4/4 4/14 8/6 10/5
10/20 10/24 11/15 11/24
13/12 16/5 17/2 17/3 20/7
22/6 25/11 27/10 27/17 29/16
31/18 32/19 32/20 33/24
39/13 40/2 41/21 45/2 45/5
47/6 48/25 49/9 51/4 51/8
52/8 53/17 54/6 55/9 55/11
56/11 56/16 56/23 57/12
57/22 59/1 61/8 61/16 63/8
63/9 63/18 63/18 64/12 66/4
66/11 66/15 67/23 68/3 68/5
68/17 68/21 69/19 70/9 71/7
74/14 74/22 75/14 77/11
77/14 79/2 81/16 81/18 82/24
92/9 92/24 94/1 96/23 97/6
99/10 99/22 100/8 100/9
102/19 102/22 103/17 104/3
104/5 104/15 108/17 108/20
108/21 112/8 115/1 115/14
115/16 118/21 118/24 122/15
122/23 122/23 124/5 124/5
124/14 128/2 130/20 132/10
133/17 134/16 135/23 137/8
138/11 139/16 140/24 143/19
143/25 145/10 145/23 146/15
147/5 147/7 147/10 148/20
148/22 149/16 150/4 151/23
152/15 152/23 153/12 153/14
153/22 153/23 154/22 156/7
156/12 156/22 158/8 158/13
160/1 160/15 160/19 161/21
163/7 163/8 163/9 163/14
163/25 164/1 164/7 166/20
169/16 169/19 170/10 171/5
171/20 173/6 173/20 175/8
175/8 177/17 177/23 178/15
180/7 180/18 181/2 181/3
183/25 185/7 186/9 188/24
192/8 192/9 192/19 192/20
192/25 193/4 193/9 193/13
194/11 194/13 194/17 194/20
194/25 195/7 196/7 196/14
198/22 199/8 201/11 201/13
203/5 204/1 204/7 204/14
204/17 204/24 205/6 207/9
208/20 208/20 209/6 209/7
209/17 209/21 209/24 210/4
210/5 211/10 214/17 214/22
218/21 219/24 220/8 221/16
222/1 222/5 222/18 222/19
222/22 224/5
ONCE [5] 16/14 99/24 99/25
141/18 203/23
ONE [120] 8/6 9/5 13/4 13/10
14/12 19/14 22/8 22/13 22/16
23/14 24/12 25/18 25/25
28/17 30/13 32/19 39/15
39/25 48/19 49/23 50/5 51/8
52/11 53/20 54/25 55/15
55/16 56/2 58/4 61/16 63/1
63/6 63/9 63/20 64/11 64/15
64/18 65/2 68/3 68/25 69/25
70/7 78/7 80/3 80/5 80/20
83/3 90/22 92/24 96/23 97/25
102/21 104/24 108/25 108/25
111/18 112/6 112/15 113/16
114/3 114/8 114/9 114/9

122/2 124/15 124/20 125/3
125/40 125/8 128/8 128/21 131/15
131/20 131/23 132/7 132/7
133/6 133/17 133/23 134/1
134/18 134/19 137/14 138/3
139/10 143/17 143/20 144/14
144/15 146/25 148/10 149/1
149/19 150/10 150/16 154/11
160/20 164/24 165/24 167/3
167/13 170/15 172/15 174/24
175/5 176/7 176/22 178/10
180/21 182/25 187/21 190/8
192/23 194/7 200/5 212/3
212/4 212/14 218/20 220/6
221/16
ONE'S [1] 133/5
ONES [4] 36/17 109/3 129/7
137/22
ONLY [27] 4/1 4/18 49/7
50/12 55/15 63/24 64/15
66/23 70/12 90/22 101/1
102/21 105/3 109/4 133/23
134/1 134/18 146/9 157/20
168/2 168/3 177/23 200/6
207/14 212/14 214/15 220/18
OPEN [7] 53/10 102/24 103/4
149/19 150/10 172/2 188/7
OPENED [12] 103/2 103/11
109/4 110/13 150/19 150/22
151/1 151/14 151/14 199/9
199/9 199/11
OPENING [2] 103/3 103/5
OPERATE [3] 33/20 33/22 49/16
OPERATED [1] 35/5
OPERATING [1] 20/25
OPERATION [1] 201/5
OPERATOR [1] 34/7
OPINION [17] 19/1 19/11 20/11
26/21 34/17 34/19 35/20
35/25 37/6 38/8 38/24 40/13
40/16 40/19 64/4 200/19
215/14
OPPORTUNITY [1] 70/4
OPPOSED [1] 23/3
OPTION [2] 211/2 218/4
OPTIONS [1] 15/24
OR [146] 4/4 6/9 18/21 18/22
22/11 22/14 22/17 23/11
26/24 27/2 27/11 31/12 33/10
33/11 36/8 36/24 37/1 37/1
37/2 37/4 37/5 37/15 38/1
38/1 38/3 38/7 39/3 43/12
45/5 45/25 48/9 48/17 49/24
51/12 53/8 53/20 55/16 55/21
57/17 58/17 59/9 60/15 61/16
63/1 63/7 63/14 63/21 64/15
65/19 67/3 67/19 68/6 68/20
70/2 70/6 71/11 73/21 74/6
74/8 74/9 75/11 75/19 75/19
75/22 83/5 83/25 86/18 87/3
87/10 88/1 89/22 91/9 91/17
94/10 94/10 94/14 94/15
94/24 95/6 96/17 97/7 100/16
101/6 102/10 102/18 102/20
104/7 104/10 105/12 107/12
107/19 111/19 113/15 117/5
117/15 120/12 120/12 122/3
122/23 132/6 133/6 135/18
136/20 138/12 139/15 139/16
142/16 145/8 145/20 148/24
152/10 154/10 154/19 156/7
158/5 158/15 162/6 166/17
170/19 170/19 175/12 179/4

**O**

**OR... [24]** 180/22 187/3
188/11 189/14 189/22 190/10
192/8 192/12 192/14 196/19
199/20 199/22 200/4 200/22
205/9 205/10 205/24 206/22
206/24 215/4 216/6 219/11
223/3 225/10
**ORAL [4]** 218/13 223/3 223/8
223/12
**ORANGE [2]** 16/13 225/4
**ORDER [7]** 8/14 8/17 11/2
11/17 17/10 17/12 175/1
**ORDERS [1]** 221/17
**ORGANIZATION [1]** 80/24
**ORIGINAL [7]** 163/7 163/8
163/9 171/20 192/25 198/7
210/3
**ORIGINALLY [4]** 4/8 86/3
150/10 152/6
**ORLANDO [1]** 1/1
**OTHER [55]** 3/24 11/10 12/10
13/5 22/6 32/2 32/20 45/22
46/5 46/5 47/7 49/2 50/4
55/16 59/1 60/15 61/13 61/24
62/10 63/1 68/4 70/20 71/10
74/2 76/20 76/22 76/22 85/17
89/5 109/3 110/15 113/17
115/25 116/1 118/4 119/14
132/16 141/22 141/22 149/19
150/11 158/19 165/12 169/23
176/23 194/7 197/8 197/24
197/24 200/20 200/22 208/20
211/5 216/22 221/22
**OTHER'S [1]** 102/20
**OTHERS [2]** 4/19 49/22
**OUR [21]** 4/17 8/23 9/2 10/5
48/21 49/18 50/4 50/6 50/7
50/8 51/22 59/7 62/6 89/3
107/15 107/16 116/22 137/9
138/25 168/1 179/7
**OURS [1]** 104/21
**OUT [79]** 6/14 6/17 7/2 48/11
48/21 49/6 49/7 49/21 49/25
50/23 51/22 54/15 58/6 58/12
59/5 59/6 62/1 63/3 65/25
67/5 75/15 78/20 82/24 89/4
96/13 99/8 115/6 115/13
115/22 116/4 116/10 116/13
116/16 116/22 116/23 117/3
117/4 117/16 117/17 119/15
120/18 120/22 132/25 136/9
139/19 151/11 152/9 153/24
154/23 161/1 161/6 161/14
167/6 172/19 172/21 172/25
173/3 173/9 174/3 174/10
175/6 177/8 183/18 192/16
196/9 199/24 204/12 204/12
205/11 208/21 211/18 212/23
213/16 214/7 215/4 217/1
217/17 217/22 222/21
**OUTGOING [1]** 181/3
**OUTLINED [1]** 38/23
**OUTSIDE [1]** 54/15
**OVER [20]** 12/24 19/15 50/6
53/21 54/11 57/10 57/12
69/14 72/20 82/6 84/12 90/23
109/10 109/13 124/2 126/21
181/25 183/17 219/5 222/20
**OVERNIGHT [1]** 55/6
**OVERRULE [5]** 69/16 79/16
191/8 197/6 213/18

**OWE [6]** 145/9 147/13 153/4
186/19 208/24 215/9
**OWED [3]** 145/13 153/6 208/22
**OWN [17]** 21/19 37/5 37/5
47/13 48/22 61/2 61/8 73/24
104/13 141/11 144/18 199/16
200/5 200/13 200/20 200/21
202/8
**OWNED [13]** 29/3 37/20 47/14
62/13 74/1 127/5 151/7
199/12 199/13 199/13 199/18
199/19 200/1
**OWNER [15]** 18/22 28/24 32/6
34/6 35/12 36/10 73/20 73/21
147/17 201/13 201/16 202/10
202/17 202/22 207/7
**OWNERSHIP [8]** 47/15 63/5
73/22 76/11 164/21 200/22
202/16 207/18
**OWNING [2]** 61/2 62/16
**OWNS [3]** 29/4 33/13 163/4

**P**

**P.A [2]** 157/11 189/18
**P.M [8]** 1/11 1/12 1/12 123/8
123/8 184/21 184/21 224/13
**PACK [2]** 223/18 224/6
**PACKING [1]** 90/2
**PAGE [102]** 2/2 19/14 19/15
27/17 29/16 29/23 38/10 51/3
56/14 90/25 91/5 91/18 106/5
106/13 106/19 106/20 106/22
106/23 108/9 108/9 108/17
108/21 109/25 110/4 113/6
114/14 114/21 119/1 120/17
120/19 120/20 124/15 125/1
134/24 139/6 139/8 139/10
144/14 144/15 145/3 145/3
145/10 146/7 146/8 146/16
147/5 149/12 150/9 150/13
150/14 150/25 151/25 152/18
152/21 153/12 153/14 153/14
153/22 154/1 154/10 154/22
154/22 155/14 155/14 156/16
156/20 157/8 158/14 158/23
160/19 160/20 162/13 163/3
163/13 163/13 163/17 163/20
163/24 164/20 177/15 180/18
181/2 183/8 188/24 192/14
192/17 192/18 192/20 192/21
193/10 194/7 194/19 195/3
195/12 196/9 198/3 198/14
198/15 198/16 198/25 214/3
214/4
**PAGES [21]** 19/14 19/17 31/18
91/9 110/1 114/1 121/10
121/11 124/13 127/8 138/12
138/13 143/24 144/1 144/2
159/4 159/22 164/20 168/22
182/1 189/23
**PAID [32]** 61/23 62/9 67/23
67/24 74/14 74/19 76/21
76/25 77/5 90/7 90/11 90/13
91/2 91/12 101/24 120/9
148/19 155/2 155/11 155/13
157/5 157/10 165/7 165/20
166/20 169/15 176/1 199/25
204/13 204/15 211/14 216/12
**PAINTING [1]** 204/4
**PAK [40]** 3/21 9/8 11/14 12/5
12/8 25/12 26/19 32/22 35/24
46/9 46/10 83/20 83/21 84/7
84/15 84/20 85/17 96/24

**106/6 118/22 123/11 123/19
122/23 124/8 125/16 136/19
140/10 142/9 164/19 165/14
171/13 172/23 172/24 173/11
174/9 176/15 177/17 182/3
216/23 222/24
**PAK'S [4]** 124/4 145/20 155/8
174/1
**PALM [12]** 22/8 23/11 28/17
28/24 38/3 202/6 202/16
203/6 203/16 205/22 205/25
215/17
**PAPER [5]** 96/11 125/10
128/10 168/13 170/20
**PAPERS [6]** 161/9 163/7 163/9
190/17 194/9 194/17
**PAPERWORK [1]** 153/24
**PARAGRAPH [9]** 8/5 128/1 131/6
175/8 175/16 175/25 176/5
204/22 205/14
**PARALEGAL [2]** 190/10 191/1
**PARDON [2]** 80/15 137/20
**PAREN [5]** 36/2 36/3 40/4
40/5 40/5
**PARENTS [7]** 45/14 46/1 47/10
48/8 49/6 53/3 133/9
**PARENTS' [1]** 47/16
**PARK [1]** 67/9
**PART [16]** 48/12 55/24 62/13
63/3 63/13 101/13 102/7
104/9 164/7 179/8 188/21
196/1 206/25 208/1 211/16
219/7
**PARTICIPATE [1]** 51/2
**PARTICULAR [1]** 40/7
**PARTIES [12]** 3/8 3/24 4/3
12/5 12/10 13/3 25/11 26/18
83/7 184/14 223/7 225/11
**PARTNER [1]** 63/10
**PARTY [1]** 49/24
**PASS [1]** 98/23
**PAST [5]** 49/14 143/8 143/9
143/24 152/19
**PATIENCE [1]** 123/13
**PAY [38]** 95/4 95/9 97/2 97/8
98/3 98/12 98/20 99/3 99/19
99/20 102/2 120/2 120/8
128/5 131/19 133/1 135/12
135/21 136/7 136/12 136/17
137/2 137/3 137/6 137/6
145/17 148/14 152/2 162/25
165/21 166/23 167/1 169/19
170/5 176/4 196/16 204/12
205/12
**PAYABLE [1]** 96/24
**PAYCHECK [1]** 77/21
**PAYCHEX [2]** 74/14 74/20
**PAYING [12]** 61/19 77/14 94/24
99/6 154/21 155/1 155/9
156/22 157/3 175/11 175/13
175/16
**PAYMENT [7]** 62/4 62/5 93/3
97/7 97/20 99/14 175/20
**PAYMENTS [14]** 63/25 64/6 97/9
145/8 148/16 148/17 148/22
154/11 154/12 154/16 154/18
154/19 157/7 194/25
**PAYPAL [3]** 205/15 205/18
205/21
**PAYROLL [4]** 74/14 74/15 74/20
77/17
**PAYS [1]** 98/14
**PEGASUS [2]** 165/12 165/14

**P**

PDF [1] 129/8
PENALTIES [1] 39/25
PENALTY [1] 155/15
PENNY [2] 155/6 199/24
PENSION [1] 17/8
PEOPLE [18] 35/9 45/3 47/24 49/17 53/7 55/11 55/16 55/17 68/4 77/14 89/5 95/24 101/15 102/5 112/1 122/22 166/20 181/14
PERCENT [4] 47/14 55/2 104/25 163/4
PERCENTAGES [1] 47/15
PERFECT [4] 5/7 6/22 19/23 218/24
PERHAPS [2] 13/1 219/24
PERIOD [3] 131/8 154/20 175/21
PERJURY [1] 155/15
PERMISSIBLE [2] 34/16 34/17
PERMISSION [1] 170/12
PERSON [9] 36/7 36/23 37/2 37/3 57/20 126/10 132/7 132/8 132/16
PERSONAL [10] 51/22 64/3 75/13 76/21 103/12 144/18 144/20 162/21 203/17 206/22
PERSONS [1] 18/19
PETITION [6] 53/17 143/23 144/10 186/9 193/14 208/20
PHILADELPHIA [4] 87/16 87/17 87/18 87/21
PHONE [17] 58/7 59/1 59/14 60/5 62/8 62/12 68/6 68/16 68/17 87/5 98/9 98/10 98/17 134/8 156/11 192/8 199/8
PHONES [1] 199/9
PHYSICAL [2] 196/22 196/24
PHYSICALLY [1] 105/18
PICK [5] 9/1 48/10 104/4 104/5 205/11
PICKED [1] 173/3
PICKING [1] 187/1
PIECE [2] 23/10 170/20
PILE [1] 59/4
PITFALLS [1] 35/14
PLACE [4] 52/23 64/18 94/25 147/18
PLACES [1] 115/6
PLAINTIFF [3] 1/6 1/15 3/11
PLAINTIFF'S [2] 10/22 212/3
PLAINTIFFS [1] 79/10
PLAN [11] 16/24 16/24 17/7 17/18 18/20 18/21 26/24 36/8 36/24 37/8 39/3
PLANE [2] 98/24 99/20
PLANS [9] 15/22 16/20 16/21 17/7 17/8 17/8 17/9 17/14 17/14
PLAY [2] 143/7 143/11
PLAYED [1] 143/15
PLEAD [1] 218/8
PLEASANT [1] 185/15
PLEASE [20] 8/8 12/19 20/8 33/5 43/15 43/24 44/4 45/24 72/10 72/15 83/24 84/5 84/14 124/14 139/19 142/15 142/21 143/16 183/12 221/1
PLENTY [1] 169/18
PNC [7] 131/9 131/10 151/25 152/7 152/8 152/9 152/14

PODIUM [6] 3/8 12/14 72/8 186/25 187/6 196/6
POINT [34] 5/17 22/10 34/10 39/19 43/15 48/19 51/5 52/10 52/11 54/10 54/11 54/18 55/15 55/15 56/19 57/10 58/21 58/23 63/6 63/20 67/19 68/3 69/8 70/1 70/7 71/21 72/7 83/8 89/25 138/5 142/9 152/4 184/13 217/4
POLICE [1] 68/8
POOL [1] 119/21
POORLY [1] 203/11
PORTAGE [1] 52/19
PORTION [1] 40/9
PORTIONS [2] 6/4 6/9
POSITION [1] 16/3
POSSESSION [2] 196/22 196/24
POSSESSIONS [2] 90/18 90/19
POSSIBLE [2] 68/24 214/14
POST [1] 33/18
POTENTIALLY [1] 35/2
POUND [1] 139/15
PRACTICE [2] 15/17 102/14
PREFER [3] 35/7 83/5 223/13
PREJUDICE [3] 8/4 8/5 9/15
PREPARATION [2] 190/17 195/21
PREPARE [2] 178/25 179/24
PREPARED [8] 96/18 96/21 98/1 179/23 179/25 188/14 190/24 204/16
PREPARING [2] 26/1 188/21
PRESENT [2] 3/19 189/10
PRESENTATION [1] 223/9
PRESIDENT [2] 148/7 148/10
PRESIDING [1] 3/5
PRESSURE [2] 177/4 177/5
PRETTY [3] 7/13 49/7 220/19
PREVENT [1] 18/19
PREVIOUSLY [3] 47/2 137/1 137/3
PRICE [3] 95/20 111/2 111/4
PRICES [2] 89/14 95/15
PRIKERT [1] 187/9
PRINCIPAL [1] 3/22
PRINCIPALLY [2] 17/7 17/14
PRINCIPALLY 401K [1] 17/7
PRINT [1] 96/13
PRIOR [4] 25/25 55/19 137/24 157/9
PRIORITY [2] 152/20 152/23
PROBABLY [14] 58/15 70/17 113/19 146/21 149/4 151/17 152/12 153/21 165/25 192/12 206/25 212/21 218/9 220/21
PROBLEM [7] 8/24 9/23 30/21 71/23 216/25 219/7 221/22
PROCEED [9] 11/22 12/4 13/9 14/11 79/18 123/18 123/20 184/15 185/7
PROCEEDING [3] 3/6 8/16 8/17
PROCEEDINGS [3] 2/1 224/12 225/7
PROCESSING [2] 74/15 74/20
PRODUCED [1] 9/13
PROFIT [2] 17/7 18/21
PROHIBIT [1] 36/25
PROHIBITED [13] 35/22 35/25 36/14 37/7 37/10 38/7 38/21 38/23 39/1 39/3 39/5 39/8 39/17
PROHIBITIVE [2] 18/17 34/25
PROHIBITS [2] 37/1 37/3

PROMPT [2] 220/7 222/3
PROMPTLY [2] 89/1 89/25
PROPER [3] 32/10 34/14 76/2
PROPERLY [1] 20/22
PROPERTIES [45] 21/5 21/16 21/21 23/10 23/14 23/17 23/22 23/25 28/1 29/1 31/17 32/11 32/16 32/25 33/13 37/22 38/17 163/5 167/6 181/23 182/9 182/16 200/10 200/14 200/20 201/4 201/8 201/11 201/23 201/24 202/4 202/5 202/8 202/10 202/11 202/18 202/23 202/25 203/3 203/6 203/11 204/12 204/24 206/12 206/17
PROPERTY [24] 22/7 28/18 28/25 29/5 29/8 38/14 50/11 93/13 93/23 94/1 120/24 121/7 121/15 127/5 144/18 144/20 162/21 202/6 202/16 203/16 203/19 204/14 205/24 206/16
PROPERTY'S [1] 20/24
PROPOSE [1] 11/2
PROPOSED [3] 4/6 178/12 223/4
PROTECTION [2] 89/17 196/25
PROTECTIVE [1] 153/6
PROVIDE [4] 18/11 46/24 56/16 183/12
PROVIDED [4] 47/21 178/14 193/9 201/18
PROVISIONS [1] 140/1
PUBLIC [2] 225/5 225/16
PUERTO [18] 22/8 23/11 29/7 38/4 38/9 38/17 57/12 75/3 99/20 166/21 166/22 167/10 167/11 202/6 203/7 203/20 204/1 215/16
PULLED [1] 179/5
PULLS [1] 65/25
PUMP [2] 119/21 119/22
PUNCHING [4] 86/25 87/3 100/22 101/1
PURCHASE [23] 23/10 32/19 37/8 93/21 103/18 103/23 104/3 116/12 116/15 116/17 116/19 119/16 120/24 121/6 121/7 121/15 140/10 140/13 141/2 141/4 142/1 181/6 182/3
PURCHASED [13] 22/4 22/5 22/7 31/17 31/21 32/15 94/12 117/24 119/7 119/10 140/12 141/2 202/4
PURCHASES [1] 204/23
PURCHASING [2] 105/5 105/11
PURPOSE [9] 41/2 69/10 69/17 101/14 103/8 107/23 132/4 134/17 136/5
PURPOSEFUL [1] 164/7
PURPOSES [3] 39/12 44/19 129/2
PURSUE [1] 89/5
PUSH [1] 136/15
PUSHED [1] 61/16
PUT [35] 5/19 9/16 31/5 58/20 66/15 75/14 90/21 96/23 107/13 110/18 110/19 110/21 110/23 111/4 111/7 111/18 112/18 113/16 121/18 122/15 122/22 133/24 133/25 134/2 134/3 135/19 138/3

**P**

POINT [6]   140/18 160/13
194/11 206/3 213/8 222/22
224/3 224/3
PUTTING [1]   30/22

**Q**

QUADRUPLED [1]   111/15
QUALIFICATIONS [1]   17/1
QUALIFIED [16]   15/22 15/22
16/20 16/21 16/24 16/24 17/6
17/9 17/10 17/14 17/18 18/20
26/24 36/8 36/23 39/3
QUARTER [7]   21/22 21/23 83/3
83/4 122/3 122/5 123/6
QUESTION [32]   8/22 10/20 13/4
62/25 69/19 79/19 79/23 85/9
96/20 101/4 122/13 126/22
136/19 137/20 139/11 145/23
146/9 146/16 154/11 156/4
156/17 156/20 157/19 158/18
160/25 163/14 169/21 170/4
177/16 198/24 207/17 213/18
QUESTIONED [2]   51/19 70/9
QUESTIONING [1]   197/21
QUESTIONS [26]   40/22 40/25
42/15 43/14 43/16 43/18
43/20 56/9 59/16 65/10 69/8
70/20 70/22 71/10 76/14
81/24 81/25 85/4 142/4
160/15 173/19 184/6 184/24
190/1 191/17 216/14
QUICK [3]   20/4 149/2 220/3
QUICKLY [1]   217/18
QUIET [2]   52/2 53/13
QUITE [8]   88/6 101/13 119/9
121/24 122/21 128/22 137/20
223/23
QUOTA [1]   125/21
QUOTE [2]   17/10 34/6

**R**

RAIL [1]   53/11
RAISE [5]   12/14 43/24 72/10
83/24 142/15
RAN [2]   68/9 68/11
RANGE [2]   45/17 67/6
RATE [1]   18/23
RATHER [3]   29/14 57/18
223/24
RE [1]   1/4
REACHED [2]   58/6 111/10
REACHING [1]   58/12
READ [15]   19/16 42/16 109/24
110/6 125/7 139/17 139/18
140/1 155/16 155/19 161/1
161/25 170/21 176/12 208/5
READING [3]   125/5 177/21
188/3
READS [1]   176/12
READY [3]   173/4 215/25
222/22
REAFFIRM [2]   160/1 160/7
REAFFIRMATION [2]   160/3 160/8
REAL [9]   20/4 22/21 22/22
22/24 23/10 29/4 149/2
209/14 209/14
REALISTIC [1]   218/14
REALIZE [1]   123/23
REALLY [24]   6/15 9/11 50/17
56/3 56/6 85/6 89/14 103/25
103/25 109/7 111/1 111/2

111/3 111/25 111/25 111/25
112/6 113/23 116/22 161/17
170/24 177/20 186/11 203/9
REALTY [1]   48/1
REASON [6]   50/2 64/2 64/8
131/19 177/23 217/18
REASONS [3]   39/25 189/5 200/5
REBUILDING [1]   55/21
RECALL [15]   16/13 23/11 25/25
32/1 38/10 46/13 47/15 53/1
63/6 66/25 67/2 138/24
151/17 191/17 209/9
RECALLED [1]   82/19
RECALLING [1]   96/17
RECEIPT [1]   92/10
RECEIVE [2]   68/5 93/3
RECEIVED [8]   76/20 130/6
134/10 165/5 168/17 170/25
189/12 201/4
RECEIVING [2]   60/24 61/14
RECENT [2]   68/25 112/7
RECENTER [1]   126/8
RECESS [5]   41/18 41/24 123/2
123/5 224/7
RECESSED [4]   43/2 83/15 123/7
184/20
RECESSION [4]   22/23 54/23
55/22 111/22
RECESSIONS [1]   112/7
RECOGNIZE [5]   91/9 96/4 139/3
143/19 144/2
RECOGNIZES [1]   17/22
RECOLLECT [1]   152/7
RECOLLECTION [2]   100/18 184/2
RECONSIDERATION [1]   221/16
RECORD [17]   10/20 12/20 30/2
40/6 44/5 47/3 72/16 84/6
110/8 142/22 162/13 166/14
172/8 181/11 182/20 202/15
225/8
RECORDS [3]   32/18 75/25
202/17
REFER [5]   18/5 21/11 65/18
112/15 158/2
REFERENCE [3]   114/12 204/23
205/15
REFERRED [3]   86/25 195/24
211/13
REFERRING [1]   212/9
REFERS [1]   36/3
REFILED [1]   81/23
REFLECT [1]   76/10
REFRESH [2]   100/18 184/2
REFUSED [1]   76/8
REFUSES [1]   65/11
REGARD [2]   18/20 214/5
REGARDED [2]   15/19 17/9
REGARDING [1]   19/2
REGARDLESS [1]   186/13
REGISTER [2]   128/14 205/12
REGULAR [2]   48/25 66/12
REGULARLY [3]   18/3 34/19
38/11
REGULATIONS [1]   17/11
REID [3]   186/21 186/21 187/2
REIMBURSE [4]   91/15 92/6 99/1
99/11
REIMBURSED [3]   75/1 75/4
75/11
REIMBURSEMENTS [1]   100/2
RELATE [1]   22/7
RELATED [3]   16/16 101/2 199/8
RELATES [1]   69/3

RELATING [1]   8/22
RELATION [2]   21/9 80/3
RELATIONSHIP [12]   45/18 51/6
57/5 57/24 57/24 63/19 65/1
65/14 74/6 74/6 76/2 137/9
RELATIVE [1]   225/9
RELATIVES [1]   117/6
RELAX [1]   123/13
RELEASE [5]   41/4 79/8 208/17
208/17 209/1
RELEVANCE [1]   42/5
RELOCATE [1]   64/18
RELOCATION [1]   64/14
REMAINING [3]   69/8 120/2
120/11
REMARRY [1]   46/6
REMEMBER [29]   27/19 28/12
31/22 50/1 52/10 52/25 54/18
60/25 61/25 62/11 63/11
63/13 91/17 95/17 96/17
109/6 109/7 125/19 140/4
142/2 148/24 155/2 160/11
160/13 162/18 171/12 199/6
210/15 216/20
REMIND [1]   93/20
REMODEL [1]   119/20
REMOVED [1]   81/13
RENDERING [1]   19/11
RENEW [2]   190/19 190/22
RENEWED [1]   221/19
RENT [18]   61/20 62/4 94/3
94/16 94/18 95/5 95/14 96/5
97/2 97/20 97/22 99/6 99/14
99/16 102/10 102/11 133/24
165/5
RENTERS [1]   206/20
REPAIR [1]   183/25
REPAIRED [4]   206/3 206/10
206/14 214/25
REPAIRS [2]   120/12 121/2
REPAY [1]   102/7
REPAYMENT [1]   102/11
REPEAT [2]   33/15 114/12
REPHRASE [3]   85/11 110/16
116/13
REPLACING [1]   204/3
REPORT [14]   11/10 11/11 13/13
19/13 19/14 20/7 26/1 28/6
30/8 35/21 38/8 40/2 152/23
201/11
REPORTED [2]   27/1 27/13
REPRESENT [2]   112/21 113/11
REPRESENTATIONS [2]   60/23
62/13
REPRESENTED [1]   60/4
REPRESENTS [1]   39/20
REQUEST [1]   7/7
REQUESTS [1]   196/21
REQUIRED [1]   154/17
RESALE [1]   206/4
RESEARCH [5]   33/24 63/8
103/24 104/2 104/9
RESELL [1]   206/5
RESENTED [1]   55/25
RESERVATION [1]   6/20
RESERVE [1]   10/24
RESOURCES [1]   157/18
RESPOND [1]   63/1
RESPONDED [2]   10/11 56/10
RESPONSE [8]   7/4 54/3 78/17
79/4 79/14 139/17 140/2
189/24
RESPONSES [2]   138/24 139/4

## R

**REST [4]** 70/25 80/8 119/17 120/1
**RESTS [1]** 184/25
**RESULT [2]** 38/25 111/11
**RESULTED [1]** 78/10
**RESUME [1]** 83/18
**RETIRE [1]** 37/15
**RETIRED [1]** 77/11
**RETIREMENT [15]** 15/21 16/17 17/6 18/20 19/2 20/10 20/12 21/8 22/19 26/24 27/6 27/7 33/8 40/8 146/11
**RETURN [29]** 9/8 9/14 9/25 24/20 24/22 24/23 25/9 25/10 25/11 25/13 26/3 26/4 26/6 26/9 26/10 26/14 26/16 27/10 40/1 112/6 112/8 138/11 138/14 178/12 178/14 178/25 179/2 195/19 215/25
**RETURNS [6]** 26/20 68/20 69/13 69/21 138/6 179/8
**REVENUE [2]** 18/5 18/18
**REVIEW [2]** 25/13 29/13
**REVIEWED [4]** 24/16 29/14 40/4 75/22
**REVIEWING [1]** 27/19
**RICAN [1]** 204/2
**RICHARD [3]** 1/5 1/15 3/7
**RICK [1]** 3/10
**RICO [17]** 22/8 23/11 29/8 38/4 38/9 38/17 57/12 75/3 99/20 166/21 166/23 167/10 167/11 202/6 203/7 203/20 215/16
**RIGHT [137]** 5/10 7/16 8/21 9/17 12/15 12/24 17/4 20/14 20/15 22/15 23/6 23/13 23/16 25/15 26/2 27/23 29/15 30/9 40/11 42/13 43/24 45/6 45/10 45/16 46/17 49/13 50/9 50/11 52/8 53/22 64/22 67/12 72/4 72/10 72/20 72/22 76/12 76/21 77/2 80/3 80/8 80/18 81/1 81/4 81/14 82/15 83/24 92/9 92/21 94/15 98/18 99/14 100/18 101/24 104/25 105/20 106/7 107/14 108/3 109/14 109/16 110/1 110/18 111/12 115/12 117/5 117/19 118/11 118/12 120/24 123/1 125/19 126/16 128/24 135/25 136/10 138/10 140/7 140/22 142/15 144/7 145/19 146/16 147/1 147/11 147/24 149/1 149/3 149/21 150/3 150/6 150/8 150/20 154/1 155/9 155/24 156/17 158/17 161/3 162/11 162/23 163/5 164/18 165/3 165/25 168/6 168/22 169/8 169/13 169/19 170/9 171/11 172/13 172/15 173/6 174/1 174/21 174/24 175/6 175/9 175/22 176/8 176/13 181/7 181/12 182/3 183/7 186/18 201/25 202/12 204/20 205/7 213/11 213/15 217/24 219/18 222/3
**RING [1]** 45/19
**RISE [3]** 3/2 43/4 83/14
**RISK [1]** 112/9
**ROAD [3]** 17/21 44/7 156/23
**ROADSTER [2]** 146/19 160/1
**ROBERT [3]** 176/25 176/25 176/24 176/25 179/25 180/2
**ROLE [2]** 49/1 64/2
**ROLES [2]** 49/2 87/2
**ROLL [1]** 53/14
**ROLLED [1]** 22/17
**ROLLOVER [2]** 22/12 146/10
**ROMAN [2]** 8/2 8/3
**ROOM [4]** 94/21 95/24 95/24 95/25
**ROTH [1]** 18/1
**RULE [5]** 6/23 19/3 132/6 189/9 189/13
**RULES [5]** 18/18 34/25 35/1 35/4 201/5
**RULING [2]** 10/24 188/6
**RUNNING [1]** 199/8
**RUSH [2]** 217/11 217/11
**RUSSELL [1]** 214/11

## S

**SAFE [1]** 66/20
**SAID [74]** 4/15 13/16 22/17 22/21 25/2 25/16 30/15 35/19 46/14 51/24 52/1 52/4 52/4 52/5 52/5 53/1 54/4 54/5 56/2 56/3 56/6 57/18 57/21 58/22 58/24 59/2 59/8 59/20 59/21 59/24 60/13 61/1 61/7 61/15 61/22 61/24 62/9 62/9 62/21 62/21 63/7 66/4 66/6 66/9 66/11 66/19 67/12 70/10 76/7 76/9 79/6 83/6 93/16 95/9 100/17 108/1 108/14 116/21 122/1 132/22 137/11 137/18 137/25 140/2 144/19 160/25 161/5 162/7 184/3 197/12 214/13 218/10 219/2 220/9
**SALARY [3]** 60/24 75/6 165/3
**SALE [4]** 119/12 119/13 119/19 121/6
**SALON [1]** 66/8
**SAME [18]** 5/13 9/18 48/15 51/1 60/10 109/22 126/5 132/4 132/8 134/17 152/7 171/25 178/8 197/11 200/19 200/20 212/21 214/21
**SAT [2]** 51/13 206/9
**SAVE [2]** 41/17 56/21
**SAVINGS [3]** 102/18 102/20 112/24
**SAW [9]** 3/25 4/1 66/23 67/3 113/10 137/10 154/24 199/22 218/22
**SAY [47]** 13/17 16/19 22/25 29/19 30/16 32/6 36/3 45/17 46/4 50/13 56/19 57/1 57/11 58/2 59/10 61/4 65/11 67/21 71/7 105/13 105/16 107/20 107/23 108/5 117/9 118/7 120/1 120/11 135/15 135/18 136/14 136/16 137/3 137/9 139/14 139/15 145/18 148/7 149/11 156/13 161/24 164/21 165/16 166/6 171/13 173/11 173/14
**SAYING [8]** 11/16 61/17 65/4 76/1 110/8 126/14 135/3 146/3
**SAYS [65]** 29/18 30/18 37/25 37/25 39/2 39/16 39/18 90/25

92/2 92/10 106/2 106/6 105/14 105/22 106/25 108/10 108/18 108/19 109/19 110/4 110/8 110/14 114/10 114/22 115/21 118/18 118/21 125/7 125/8 125/13 126/9 126/10 128/2 129/22 130/12 132/15 139/12 139/13 149/14 151/5 151/14 152/11 153/10 154/4 154/12 155/15 155/25 157/8 157/12 157/20 158/5 158/6 158/8 158/23 159/25 160/6 161/25 162/12 166/18 168/10 168/11 175/21 175/25 183/9 202/24
**SB818 [1]** 125/6
**SCHEDULE [18]** 145/6 147/5 150/8 152/20 152/24 153/12 163/17 163/20 193/5 194/11 194/20 195/1 195/21 196/3 196/7 197/20 198/2 207/17
**SCHEDULES [22]** 76/10 144/9 144/15 155/16 162/12 162/18 191/18 192/16 192/25 193/5 193/17 193/22 197/16 198/7 198/9 200/3 201/25 203/2 203/3 207/17 209/7 210/4
**SCHOOL [8]** 14/11 14/14 14/20 45/16 48/10 60/9 67/6 86/10
**SCOPE [1]** 16/25
**SCRIBBLED [1]** 149/16
**SEALED [2]** 126/9 168/8
**SEARCHES [1]** 63/9
**SEARCHING [1]** 89/13
**SEAT [6]** 12/23 13/3 45/4 72/19 84/12 123/11
**SEATED [3]** 3/5 84/9 142/25
**SECOND [20]** 9/22 19/25 20/2 62/2 78/7 85/2 85/3 120/17 132/1 132/13 139/18 151/3 151/7 156/22 171/6 171/8 186/24 196/17 198/16 200/6
**SECRETIVE [2]** 54/8 57/9
**SECRETS [2]** 52/9 54/6
**SECTION [15]** 17/24 18/8 18/11 18/14 20/10 35/23 36/2 36/5 39/2 39/16 40/4 40/9 40/10 40/14 159/1
**SECTIONS [3]** 17/11 17/24 18/2
**SECURED [5]** 144/25 147/6 152/1 162/23 210/5
**SECURITY [1]** 77/11
**SEE [96]** 8/6 10/1 12/4 20/5 22/3 27/9 27/17 31/3 38/12 43/6 43/7 43/14 45/2 45/3 45/4 45/4 56/16 81/6 92/9 92/11 92/12 92/13 92/15 92/24 92/24 105/23 105/24 106/8 106/17 106/23 106/25 108/10 108/19 109/18 109/20 110/14 112/25 113/2 113/9 113/21 114/21 114/24 118/15 118/19 120/19 120/22 122/11 123/5 123/15 125/13 127/11 128/1 128/24 130/13 130/23 130/24 131/12 133/20 135/4 135/6 137/15 137/21 143/25 145/4 150/12 155/15 156/3 156/7 161/12 162/12 162/16 163/24 164/19 164/20 168/25 169/6 170/22 171/6 172/8 177/11 178/10 181/4 183/1 183/4 183/11 183/21 188/6

**S**

SEE... [6] 194/19 194/15
196/22 201/15 208/5 217/2
217/3 219/1 221/3
SEEING [3] 43/8 63/22 63/22
SEEKING [2] 101/6 101/18
SEEM [1] 136/2
SEEMS [1] 125/6
SEEN [20] 9/15 22/6 35/9
67/1 80/22 81/22 131/2
138/25 140/19 157/22 167/18
168/23 172/16 175/1 176/9
179/20 202/19 209/2 209/12
211/8
SELECT [1] 105/14
SELF [41] 8/19 16/21 18/19
18/21 19/3 21/10 21/14 21/15
21/19 22/10 22/18 22/21
22/24 22/25 23/19 29/4 32/10
33/6 33/9 33/18 33/23 34/7
34/18 34/24 35/21 36/1 36/7
36/10 36/22 38/8 38/24 39/1
40/10 40/13 40/17 40/20
146/15 180/9 182/12 200/16
200/17
SELF-DIRECTED [28] 8/19 16/21
19/3 21/10 21/14 21/15 21/19
22/10 23/19 29/4 32/10 33/6
33/9 33/18 33/23 34/18 34/24
35/21 36/1 40/10 40/13 40/17
40/20 146/15 180/9 182/12
200/16 200/17
SELL [9] 104/18 104/21 105/8
105/9 111/3 114/5 115/19
199/8 210/10
SEMINOLE [1] 16/14
SEND [15] 27/4 67/20 68/2
107/8 107/10 108/1 124/20
125/24 126/20 131/20 132/9
135/19 138/2 192/16 195/3
SENIOR [2] 45/16 220/5
SENT [14] 48/21 76/7 97/19
97/20 97/23 107/6 128/15
185/24 188/16 191/11 191/23
192/7 192/13 192/18
SENTENCE [1] 139/18
SEPARATE [1] 102/15
SEPARATED [4] 45/21 89/9
116/24 118/2
SEPARATION [2] 89/23 89/24
SEPTEMBER [8] 21/3 94/10
94/14 94/15 96/5 106/14
121/20 150/19
SEQUENCE [1] 6/17
SEQUESTERED [1] 7/7
SERIES [1] 108/20
SERIOUS [1] 55/7
SERVED [1] 138/25
SERVERS [1] 47/1
SERVICE [4] 64/14 64/19 74/15
74/20
SERVICES [20] 22/20 33/6 33/7
33/18 35/16 48/4 67/16
147/17 147/23 153/6 163/4
193/8 194/16 195/4 195/16
200/15 200/17 201/9 201/19
212/15
SESSION [5] 3/4 43/5 83/17
123/9 184/22
SET [11] 17/24 35/1 71/6
77/12 77/15 77/16 103/3
133/8 210/24 211/1 211/17

SETTING [1] 103/5
SETTLE [2] 177/4 205/16
SETTLED [1] 208/11
SETTLEMENT [6] 78/10 78/16
79/8 178/24 179/8 208/14
SEVEN [6] 3/11 8/2 46/3
78/11 79/13 145/15
SEVERAL [6] 50/3 162/20 189/4
192/10 200/5 204/10
SHARE [1] 214/1
SHARED [1] 120/7
SHAREHOLDER [3] 15/12 16/4
34/4
SHARES [1] 105/14
SHARING [2] 17/8 18/21
SHE [128] 46/3 46/3 51/10
52/8 53/23 54/10 54/11 63/25
65/19 66/7 66/8 66/20 89/4
89/7 91/7 100/13 100/24
101/3 101/8 101/8 101/10
101/17 101/18 102/5 107/8
107/14 107/15 107/16 107/20
107/20 107/21 108/1 108/1
118/10 118/11 118/12 118/13
124/18 124/20 125/21 125/24
126/14 126/20 127/1 127/2
127/2 127/4 127/5 128/5
128/5 131/17 131/18 131/18
131/20 132/5 132/5 132/8
132/11 132/14 132/14 132/15
132/16 132/16 135/3 135/14
135/15 135/16 135/18 135/20
135/20 136/9 136/14 136/15
136/16 136/16 136/16 136/18
136/18 137/7 137/10 137/18
137/18 137/25 138/2 138/2
138/3 138/4 155/8 164/3
164/5 168/1 171/11 172/22
172/23 172/25 173/2 173/2
173/3 173/3 173/4 173/11
173/14 173/22 174/6 174/14
177/21 177/21 186/17 187/9
190/7 190/8 190/9 190/10
203/9 206/18 206/20 208/1
208/3 208/6 208/16 208/19
212/18 213/2 214/24 214/25
215/6 215/8 215/9
SHE'S [7] 46/2 52/8 54/5
118/13 187/10 203/8 221/17
SHEET [5] 161/2 161/8 161/9
161/13 162/1
SHEETS [3] 155/17 161/14
190/12
SHIFTED [1] 51/6
SHORT [10] 82/9 82/25 83/7
83/11 119/12 119/13 119/18
184/13 184/19 218/9
SHORTLY [1] 174/20
SHOULD [22] 8/7 8/10 13/16
30/1 32/9 32/23 55/12 80/20
118/5 122/2 122/12 122/15
128/9 128/9 135/14 139/13
139/15 166/11 170/19 170/21
171/24 173/19
SHOULDN'T [2] 29/18 153/1
SHOW [6] 50/5 69/9 69/10
69/11 179/19 186/17
SHOWED [4] 58/16 65/5 96/12
197/11
SHOWING [3] 76/6 196/10 214/4
SHOWS [3] 174/3 207/14 214/7
SIBLINGS [1] 45/22
SIDE [3] 11/11 92/9 108/17

SIDES [2] 45/3 48/3
SIDEWAYS [1] 13/9
SIGN [4] 76/8 89/16 155/21
160/8
SIGNATORY [2] 207/9 207/14
SIGNATURE [13] 4/13 4/14
126/9 139/7 149/16 155/22
164/19 164/20 192/14 192/17
192/18 192/20 192/21
SIGNATURES [1] 121/12
SIGNED [10] 4/13 92/2 127/9
127/23 135/6 147/12 152/16
160/3 179/3 209/18
SIGNIFICANCE [1] 28/15
SIGNIFICANT [1] 49/22
SIGNIFY [1] 214/4
SIK [1] 126/10
SIMPLER [1] 13/2
SINCE [10] 15/16 64/23 65/18
102/13 102/16 102/18 125/22
156/8 182/17 216/12
SINCE 2002 [1] 15/16
SINGLE [2] 114/3 155/6
SIR [9] 12/14 44/21 71/14
74/18 80/13 93/5 142/13
146/9 168/9
SISTER [3] 46/1 46/5 51/17
SITTING [2] 65/24 66/16
SITUATION [3] 54/21 77/14
197/11
SIX [7] 36/14 36/21 55/13
131/12 143/20 143/24 206/24
SIZE [2] 128/10 170/19
SKELETON [1] 55/18
SKIP [5] 91/4 121/19 126/16
130/22 138/6
SKIPPED [1] 124/2
SKIPPING [1] 129/21
SLEW [1] 17/11
SLOW [1] 91/3
SMALL [9] 36/2 40/5 46/24
55/18 64/15 65/20 164/24
165/24 220/16
SMART [18] 30/9 30/12 31/13
31/14 31/16 31/22 31/25 32/8
37/11 146/24 147/3 147/7
149/5 160/6 181/6 181/9
206/25 210/13
SNOWBALLED [1] 55/14
SO [276]
SOCIAL [1] 77/11
SOCIALLY [1] 49/21
SOFA [6] 144/9 144/11 156/1
157/9 162/18 189/19
SOFTWARE [62] 3/23 8/3 28/3
47/25 48/2 48/4 48/24 55/1
55/8 55/17 60/2 60/3 60/4
60/11 60/21 61/14 62/14
64/13 73/17 73/19 73/22
73/24 74/4 74/7 74/23 76/11
77/8 77/12 78/3 78/13 79/25
80/25 90/10 90/15 91/15 93/4
94/3 94/16 94/18 97/2 97/23
98/3 98/12 98/14 98/20 99/2
99/19 100/3 101/3 102/4
102/8 147/20 148/2 148/4
157/23 158/17 164/22 199/8
207/3 207/7 207/11 207/19
SOLD [2] 135/17 146/25
SOLE [3] 23/4 200/10 201/7
SOLEMNLY [5] 12/15 43/25
72/11 83/25 142/16
SOLUTIONS [2] 46/19 46/23

**SOME [34]** 9/14 22/18 27/16
33/23 33/24 43/18 48/23
59/16 61/6 67/18 67/21 70/10
75/13 80/12 97/6 101/14
107/19 107/21 107/24 108/2
109/5 109/5 109/6 109/9
120/4 123/13 132/6 146/6
160/15 189/16 197/22 199/8
218/21 221/15
**SOMEBODY [5]** 51/12 53/13 61/9
132/14 156/15
**SOMEHOW [3]** 132/6 213/1
218/12
**SOMEONE [1]** 222/8
**SOMEPLACE [1]** 115/7
**SOMETHING [37]** 22/4 22/5
27/23 27/25 35/3 41/24 51/12
54/7 54/15 56/2 57/16 58/9
59/9 60/25 63/21 67/18 104/7
107/20 107/22 111/1 135/18
136/15 136/20 137/10 137/11
145/7 145/8 172/12 192/14
192/14 193/17 197/22 205/8
210/15 212/18 214/16 214/17
**SOMETIME [4]** 45/18 113/22
174/14 206/23
**SOMETIMES [10]** 8/25 92/4 95/7
97/6 99/9 99/10 100/6 100/8
112/1 141/21
**SOMEWHERE [16]** 11/20 45/16
52/1 53/19 55/13 64/19 67/6
70/17 88/1 88/16 94/10 111/6
117/15 145/7 199/7 215/18
**SON [9]** 42/2 45/6 58/14 59/9
70/16 70/16 125/11 154/1
168/15
**SON'S [2]** 58/16 58/16
**SON-IN-LAW [2]** 125/11 168/15
**SOON [3]** 7/13 7/14 122/3
**SORRY [37]** 8/21 24/25 30/20
31/6 45/11 55/4 62/3 67/2
67/11 87/17 91/4 94/14 108/5
109/12 110/12 114/11 120/21
121/6 122/25 125/6 127/10
127/12 138/22 139/18 152/18
153/12 166/6 166/7 169/8
177/20 183/2 183/18 187/7
198/21 202/14 212/4 222/19
**SORT [7]** 14/4 49/10 50/19
73/22 75/5 197/22 219/3
**SOUND [3]** 46/16 100/18 187/1
**SOUNDS [2]** 46/17 63/4
**SOURCE [2]** 78/9 141/25
**SOUTH [1]** 86/4
**SP0051 [1]** 106/21
**SP818 [1]** 167/22
**SP821 [2]** 127/11 168/21
**SPACE [6]** 22/13 73/3 94/4
94/19 94/21 95/2
**SPANISH [1]** 29/9
**SPEAK [2]** 74/17 84/23
**SPECIALIZATION [1]** 15/20
**SPECIFIC [2]** 37/7 113/3
**SPECIFICALLY [2]** 39/2 134/24
**SPELL [2]** 72/21 72/25
**SPENT [1]** 14/12
**SPLITTING [1]** 51/22
**SPOKE [1]** 50/17
**SPOKEN [1]** 64/22
**SPOUSAL [1]** 175/16
**SPOUSE [3]** 34/14 36/12 36/13

**SQUARE [3]** 53/10 95/16 95/21
**SQUEEZE [1]** 71/10
**SQUID [2]** 205/16 206/15
**STACK [1]** 188/19
**STAMP [1]** 176/11
**STAMPED [1]** 125/6
**STAND [4]** 12/14 27/5 123/12
185/7
**START [30]** 9/6 11/4 11/12
11/16 11/23 12/1 22/20 43/20
48/6 53/24 77/13 84/22 84/25
89/4 94/9 107/19 107/19
107/24 108/2 108/20 112/4
122/3 124/15 129/16 219/2
220/21 221/2 222/3 222/10
222/15
**STARTED [18]** 14/21 15/1 15/6
47/18 47/23 47/23 47/25
48/16 51/14 55/13 57/9 57/19
76/3 94/11 94/16 135/20
161/1 196/20
**STARTING [5]** 125/20 127/20
127/21 128/20 131/13
**STARTS [1]** 220/19
**STATE [15]** 12/19 14/13 16/6
44/4 72/15 84/5 89/13 111/20
142/21 149/7 154/5 157/25
179/4 225/3 225/16
**STATED [4]** 37/17 38/11 125/9
168/13
**STATEMENT [31]** 22/2 76/12
105/21 106/10 109/17 112/22
113/8 114/19 118/15 118/16
125/7 126/13 128/16 137/18
137/25 144/12 156/1 158/24
159/10 172/17 185/16 193/12
195/4 195/8 196/10 198/12
200/11 207/19 210/7 211/10
214/6
**STATEMENTS [9]** 21/22 23/14
23/22 24/1 63/16 68/19 69/20
121/20 211/16
**STATES [7]** 1/1 3/2 43/4
70/10 86/5 107/16 130/3
**STATING [2]** 33/23 140/4
**STATUS [3]** 4/5 39/4 64/25
**STAY [8]** 38/6 38/14 38/16
82/6 82/14 82/15 149/1
212/20
**STAYED [5]** 38/11 54/18
166/25 203/19 205/4
**STAYING [2]** 173/12 213/7
**STEP [3]** 52/14 72/8 142/8
**STILL [21]** 15/10 48/3 48/3
70/15 90/1 90/5 90/5 113/25
117/1 123/23 141/11 141/15
155/24 175/11 175/16 181/20
181/21 185/5 185/6 185/7
196/1
**STIPULATE [1]** 14/1
**STIPULATED [2]** 4/20 13/14
**STIPULATING [1]** 7/24
**STIPULATIONS [1]** 13/5
**STOCK [36]** 15/24 67/14 67/21
67/21 67/25 68/2 68/6 68/6
68/16 68/20 69/9 69/12 69/19
69/21 103/15 103/25 104/3
104/4 104/13 104/23 105/5
105/8 105/9 105/11 105/16
111/11 111/24 111/24 113/12
113/19 114/2 114/3 115/18
200/21 200/21 203/10
**STOCK IN [1]** 200/21

**STOCKS [10]** 67/17 67/20 69/25
105/1 105/2 105/2 114/22
104/16 105/15 108/20
**STOLE [1]** 208/4
**STOP [9]** 11/24 43/15 59/23
121/23 139/18 156/22 169/24
194/3 218/1
**STOPPED [1]** 157/6
**STOPPING [1]** 217/4
**STORY [1]** 68/10
**STRANGE [1]** 68/10
**STRESSFUL [1]** 49/25
**STUFF [13]** 54/8 57/8 58/4
59/10 89/10 104/22 109/7
119/19 133/2 134/3 145/19
146/3 162/1
**SUBDIVISION [1]** 65/21
**SUBJECT [6]** 35/22 78/11 78/16
79/7 79/12 79/13
**SUBMIT [1]** 100/2
**SUBSECTION [5]** 36/6 36/6 36/9
39/15 40/7
**SUBSEQUENT [2]** 30/7 185/18
**SUBSEQUENTLY [2]** 15/7 210/9
**SUBSET [2]** 18/2 214/3
**SUBSTANTIAL [3]** 69/13 109/14
221/11
**SUBSTANTIVE [2]** 57/6 121/24
**SUBSTITUTE [3]** 9/11 178/13
178/17
**SUBSTITUTION [1]** 179/11
**SUBURBAN [13]** 30/9 30/13 32/4
32/13 32/21 37/11 140/11
140/22 182/3 182/22 183/25
206/10 206/25
**SUCCESSFUL [2]** 50/25 215/22
**SUCH [5]** 18/20 39/16 54/17
78/14 206/18
**SUED [2]** 89/7 207/22
**SUFFER [1]** 54/23
**SUFFERED [1]** 54/25
**SUGGEST [1]** 221/4
**SUICIDE [1]** 65/4
**SUIT [3]** 177/4 208/2 208/7
**SUMMARY [3]** 144/15 155/16
162/14
**SUMMER [1]** 174/15
**SUN [27]** 25/12 25/12 26/19
32/22 35/24 46/8 46/9 46/10
84/7 84/15 85/17 96/24 106/6
118/22 119/24 125/10 157/10
168/14 168/14 172/23 172/24
173/11 173/25 174/9 176/15
177/17 182/3
**SUNBIZ [1]** 201/10
**SUPPLYING [1]** 190/16
**SUPPORT [14]** 46/24 62/23
145/4 145/9 153/1 153/4
153/7 162/25 163/21 175/8
175/11 175/16 194/16 194/25
**SUPPOSED [5]** 118/1 131/18
200/6 219/2 219/3
**SURE [32]** 8/18 27/22 34/3
43/7 47/22 48/12 48/15 48/20
52/16 58/13 62/22 71/22 79/5
81/15 86/19 87/10 87/25
95/17 97/7 99/12 100/1 104/8
116/25 121/17 126/20 137/21
158/4 158/7 183/13 205/7
219/12 222/9
**SURPRISE [2]** 45/20 75/20
**SURVIVE [1]** 131/22
**SURVIVORSHIP [3]** 106/7 170/10

**S**

**SURVIVORSHIP ... [1]** 172/19

**SUSTAINED [2]** 186/7 193/19

**SWEAR [9]** 12/15 43/10 43/23
43/25 72/6 72/11 83/22 83/25
142/16

**SWITCH [2]** 67/8 67/12

**SWORN [8]** 12/13 13/20 44/13
73/8 84/16 126/13 142/13
143/3

**T**

**TAB [35]** 20/5 26/8 30/15
90/24 119/2 120/21 138/18
149/2 149/2 158/11 158/12
159/2 159/6 159/13 159/16
172/15 183/16 183/17 187/20
198/1 201/10 202/2 202/12
202/15 202/19 202/19 202/20
208/1 208/13 209/2 209/11
210/17 211/12 214/2 214/20

**TABLE [1]** 43/17

**TABLES [1]** 122/24

**TAG [1]** 205/17

**TAKE [34]** 13/2 41/16 50/19
52/14 64/20 70/11 71/20 83/9
83/11 99/9 102/10 112/25
116/3 116/22 117/8 117/10
121/25 122/18 134/3 155/5
155/5 169/24 183/18 184/12
184/13 191/5 196/16 210/9
213/11 213/15 214/12 214/14
221/8 222/15

**TAKEN [2]** 59/5 152/9

**TAKES [1]** 97/1

**TAKING [5]** 7/1 52/23 60/18
60/18 61/8

**TALK [11]** 67/17 69/24 95/7
136/14 156/14 186/25 187/5
191/23 212/1 217/9 223/9

**TALKED [13]** 49/8 57/20 58/1
58/15 63/12 63/12 64/4 70/7
70/8 156/14 158/21 175/14
210/18

**TALKING [14]** 52/10 52/13
52/14 65/25 67/20 68/24
70/15 107/17 107/18 112/1
129/8 136/6 137/7 170/15

**TALKS [1]** 56/5

**TAMPA [3]** 218/6 219/5 219/24

**TAX [31]** 9/8 15/1 15/2 15/19
15/21 17/13 17/19 17/21
24/19 25/13 26/3 26/9 26/9
26/14 26/15 26/20 27/10
39/12 40/1 93/25 138/6
138/11 178/25 179/2 179/7
180/19 195/19 202/15 202/17
215/23 216/6

**TAX/ERISA/EMPLOYEE [1]** 15/2

**TAXABLE [5]** 27/1 35/4 39/5
39/20 180/9

**TAXPAYER [1]** 35/5

**TD [2]** 139/13 139/14

**TEAM [4]** 48/22 48/24 49/25
50/4

**TEARING [1]** 204/4

**TECH [2]** 46/19 46/23

**TECHNICAL [1]** 50/20

**TELEPHONE [2]** 98/6 98/7

**TELL [53]** 7/12 16/23 16/23
20/8 20/18 22/2 23/1 26/15
34/19 36/17 37/6 45/24 48/9

51/14 57/11 57/13 57/18
57/20 57/23 58/10 59/17
59/19 60/10 62/16 63/9 65/9
65/10 65/12 68/15 72/2 82/23
85/15 104/2 107/12 108/5
108/7 108/13 108/22 110/5
115/16 124/14 125/1 131/14
137/8 147/14 150/13 158/24
162/7 166/2 176/25 183/23
196/9 201/2

**TELLING [5]** 51/16 57/15 60/25
61/8 197/17

**TELLS [1]** 161/10

**TEN [5]** 16/19 18/1 55/13
125/20 129/21

**TENANTS [1]** 211/2

**TENDER [1]** 18/25

**TERM [3]** 67/23 67/24 70/12

**TERMS [4]** 29/14 50/18 59/16
110/20

**TERRIBLE [2]** 45/15 57/3

**TESTIFIED [22]** 4/9 11/18
13/21 16/10 22/12 38/19
44/14 53/6 53/24 73/9 77/10
81/12 81/20 84/17 89/22
90/11 99/13 143/4 180/15
184/1 190/24 200/18

**TESTIFY [2]** 16/15 79/17

**TESTIFYING [2]** 44/24 96/17

**TESTIMONY [34]** 5/12 5/12 6/18
10/17 10/25 12/16 19/1 32/17
33/23 39/7 41/8 42/8 42/17
43/25 44/20 70/25 72/11
82/10 84/1 104/23 113/25
114/2 120/11 123/18 132/12
137/1 142/17 152/5 155/8
169/25 173/13 217/11 217/12
221/14

**TEXT [1]** 68/5

**THAN [19]** 12/10 25/18 46/4
49/19 55/11 74/2 75/8 85/17
99/24 110/19 118/4 126/2
141/22 176/23 186/12 197/24
200/8 208/21 223/24

**THANK [58]** 6/7 7/14 10/14
10/18 11/21 12/23 14/5 19/8
24/15 24/19 25/4 33/1 41/5
41/11 41/22 43/1 44/8 70/21
70/23 70/24 71/3 71/7 71/14
71/16 71/18 71/23 72/19
72/24 73/5 76/17 82/5 82/10
83/13 84/9 87/19 122/7 123/3
123/4 123/12 123/21 142/9
142/25 159/23 166/8 166/10
184/7 184/16 185/2 185/9
191/12 191/13 216/15 217/4
217/9 223/15 223/18 224/9
224/11

**THANKING [1]** 206/19

**THANKS [3]** 41/7 71/17 92/2

**THAT [973]**

**THAT'S [161]** 5/10 8/19 10/3
10/16 11/7 11/17 14/4 21/13
23/7 23/15 23/15 24/5 25/9
26/3 26/10 27/18 28/19 29/3
29/3 31/7 37/11 38/21 60/4
62/4 66/1 66/20 67/12 68/9
68/17 70/11 72/1 83/8 85/21
87/6 93/13 95/18 96/7 100/24
104/15 107/7 110/20 112/2
112/5 113/4 116/5 121/16
121/17 122/13 124/3 124/11
124/19 125/4 125/12 125/21

126/5 126/12 127/13 130/2
130/13 132/16 133/23 134/14
132/11 133/7 135/7 138/17
135/10 135/20 136/6 138/3
139/7 144/25 145/5 146/12
146/13 146/14 146/18 146/25
147/2 147/19 147/22 149/9
149/21 149/22 151/7 151/13
151/14 151/17 151/17 151/22
152/3 153/9 153/17 154/8
154/14 154/17 155/23 157/12
157/20 158/8 162/24 163/6
165/2 165/14 168/3 170/17
171/15 172/1 172/3 172/5
173/7 173/20 176/3 176/14
177/23 180/8 180/13 181/8
181/9 181/12 182/13 184/1
184/3 184/3 184/3 185/14
185/17 186/1 186/18 187/13
187/16 187/21 188/4 188/15
190/18 193/7 193/24 195/16
196/12 196/19 197/10 198/13
201/10 201/17 201/20 202/1
202/13 207/16 207/21 207/24
207/25 208/20 210/22 211/15
212/10 214/23 216/4 219/23
221/9 223/14 223/21

**THEIR [15]** 7/7 17/20 22/3
45/24 46/10 47/1 48/22 49/21
50/11 50/13 50/18 50/20
64/19 71/3 104/6

**THEM [75]** 5/14 5/14 9/2
11/25 14/23 14/25 16/1 21/2
22/24 30/24 31/1 31/4 34/20
37/23 37/24 38/1 38/2 52/10
57/13 60/17 71/3 71/6 72/2
76/8 78/23 80/2 81/17 85/5
94/24 97/12 98/16 99/6 101/1
109/5 111/3 122/12 122/15
122/18 122/22 128/25 129/15
131/13 134/20 134/21 136/4
137/22 145/18 161/7 161/14
163/15 163/15 166/23 167/1
181/17 191/5 191/6 191/25
192/2 192/5 192/7 192/9
193/1 196/3 204/15 205/9
205/12 206/3 206/3 206/6
210/10 220/13 223/24 223/24
224/3 224/3

**THEN [111]** 5/22 5/25 9/6
11/1 11/13 11/17 11/18 11/23
17/3 12/4 14/13 16/24 16/24
17/23 22/17 22/20 23/13
23/21 26/8 28/5 29/4 29/7
33/12 33/17 35/10 35/15 37/3
39/11 40/16 43/17 46/4 47/25
48/4 48/15 50/13 55/8 57/18
57/19 57/23 58/5 58/16 59/20
65/25 69/11 76/7 77/12 77/16
85/6 85/11 88/12 88/17 89/3
89/8 99/9 99/16 100/2 104/5
104/6 106/5 106/6 106/15
107/14 110/13 111/10 112/5
116/4 116/15 116/24 116/25
117/3 117/4 117/14 119/15
120/15 121/1 130/1 130/15
131/6 131/21 134/1 134/12
134/20 134/21 135/17 135/19
136/18 137/10 138/17 143/24
145/23 148/1 152/6 152/12
152/14 157/17 158/13 164/9
168/11 171/11 184/3 189/16
192/11 197/15 205/8 208/11

**T**

THEN [6]    212/7 213/1
220/16 220/19 222/4 222/24

THERE [187]   7/25 8/7 8/10
8/14 9/14 10/12 10/13 10/19
13/5 15/15 17/1 21/1 22/7
24/5 25/6 25/7 25/15 25/18
26/22 27/13 29/17 30/11
32/13 32/18 33/11 36/14 38/6
38/11 38/14 38/15 39/16
43/12 44/20 47/7 48/1 48/14
49/5 50/8 51/5 51/5 52/8
53/16 57/9 58/1 58/5 58/8
61/17 63/23 64/5 64/11 64/16
65/6 65/14 65/22 65/22 65/24
66/17 67/17 67/18 67/19 68/7
70/8 71/2 72/3 72/20 73/15
74/11 75/2 75/2 75/10 75/13
75/25 77/5 78/5 79/8 80/13
81/10 81/18 84/12 87/23 89/8
93/18 93/24 95/15 97/22
98/22 100/25 102/5 103/24
104/7 108/19 109/4 110/22
111/1 111/1 111/4 111/6
111/24 113/11 113/15 113/18
113/21 114/17 117/3 117/4
117/17 119/12 119/15 119/19
119/21 121/18 122/21 124/4
125/19 125/24 126/5 131/12
131/16 141/22 142/14 143/17
145/21 146/6 146/11 147/3
147/19 147/21 149/13 149/16
156/9 156/11 157/4 157/13
158/25 159/19 159/25 160/23
162/6 162/10 162/12 164/20
167/23 168/7 169/18 170/21
171/3 171/16 172/1 174/10
176/8 178/2 179/12 181/1
181/3 183/7 183/17 185/18
185/21 186/20 189/7 189/16
192/13 193/16 195/17 197/12
197/22 198/13 198/18 199/20
204/2 204/3 204/3 204/10
204/11 204/16 205/4 206/9
209/14 210/19 211/24 212/18
213/25 216/5 216/6 221/15
222/20 223/22

THERE'S [42]    9/7 17/10 29/16
35/3 40/2 65/7 65/14 69/12
80/12 92/10 92/13 106/14
106/15 108/20 110/5 114/1
114/22 115/21 119/2 120/18
121/1 124/13 128/25 134/15
149/25 151/23 156/5 172/19
181/3 183/16 188/19 189/21
196/14 197/8 202/15 204/22
209/1 212/7 215/18 217/20
219/23 221/14

THEREAFTER [1]   174/21
THEREIN [1]   36/11

THESE [41]    13/11 20/19 30/22
35/8 35/9 35/14 37/6 37/18
37/20 38/25 38/25 58/19
58/19 60/14 61/3 61/8 62/20
96/4 96/9 96/21 108/22
110/16 111/21 114/3 119/10
123/16 155/2 155/10 155/13
155/19 173/19 191/2 191/20
191/24 196/21 203/3 204/24
206/1 209/5 210/9 213/6

THEY [119]   5/18 15/7 17/20
17/20 19/12 20/18 27/12

27/13 34/10 34/24 34/25 35/4
35/10 35/11 37/17 37/21
37/25 37/24 36/1 39/25 45/20
45/21 46/12 47/13 47/13
47/22 48/3 48/4 48/13 49/10
49/12 49/13 49/14 49/15
49/15 49/15 49/17 49/18
49/19 49/19 49/20 49/21 50/7
50/8 50/14 50/21 50/22 50/23
50/24 52/12 54/25 55/1 55/6
55/11 55/12 55/12 55/13
55/15 57/11 57/17 57/17 60/7
61/6 64/4 64/14 64/14 64/17
64/20 66/7 67/19 70/10 70/11
75/1 75/23 76/6 81/18 81/19
81/23 97/8 104/5 109/4
119/22 121/21 131/9 134/7
155/11 155/17 155/19 161/15
162/20 163/16 165/20 167/9
184/14 190/12 192/13 192/15
192/16 192/18 192/22 192/22
193/5 203/2 203/11 203/12
204/12 204/14 205/3 205/5
205/7 205/8 205/10 205/10
205/11 205/11 206/9 212/6
220/6 224/4

THEY'RE [11]   17/9 18/18 20/15
20/16 21/15 23/9 54/25 167/9
167/11 205/6 222/12

THEY'VE [1]   35/10

THING [20]   5/13 8/6 19/25
20/14 23/6 28/5 29/15 49/8
49/10 49/11 50/1 52/9 58/24
63/24 75/5 152/7 196/17
220/18 221/3 221/6

THINGS [30]   7/17 13/10 22/6
48/13 48/15 51/4 51/9 55/14
56/10 56/11 56/13 56/13
58/20 61/24 62/10 62/20 63/4
63/12 63/18 65/10 94/2
123/16 141/19 145/22 152/3
177/21 196/14 204/4 215/3
223/22

THINK [97]    5/10 5/11 5/18
5/21 5/24 8/23 10/3 22/7
36/3 36/19 38/9 39/7 41/12
48/19 50/17 51/11 51/12
52/12 54/10 55/1 55/12 55/15
57/17 61/6 61/11 61/11 61/20
61/21 61/23 62/9 62/24 62/25
63/9 65/2 65/21 65/23 67/24
68/3 68/11 71/21 86/18 88/1
88/23 89/7 93/16 97/6 99/8
99/25 100/19 116/21 117/9
117/13 118/2 118/5 120/10
121/22 124/4 129/2 143/16
144/7 145/18 149/25 151/8
154/15 164/18 167/16 169/13
170/19 173/11 174/20 175/21
176/8 176/11 178/6 178/7
185/5 191/7 191/10 194/2
194/2 209/23 210/13 212/4
212/6 213/17 214/1 214/16
215/20 216/12 216/13 217/14
218/16 219/18 219/20 219/22
220/9 223/8

THINKING [1]   220/7
THIRD [8]    23/16 23/18 24/1
37/16 38/7 149/17 167/6
182/9

THIS [308]
THOMAS [1]   44/6
THOSE [72]    12/25 18/17 20/22

21/24 22/2 22/7 22/9 22/16
22/24 24/23 25/22 25/23 30/3
30/14 36/7 37/8 37/15 37/17
51/3 51/13 55/14 56/20 59/22
59/23 60/20 63/4 75/14 75/22
75/24 78/11 79/11 90/18
91/15 94/2 97/9 97/25 98/14
98/15 102/11 120/6 120/6
121/11 129/18 130/8 133/6
137/16 137/17 137/21 137/24
144/2 147/10 154/15 157/6
170/22 171/17 188/20 188/23
191/4 193/4 193/16 200/7
202/8 202/10 203/5 205/1
205/4 205/19 210/5 210/14
212/9 215/19 220/12

THOUGH [8]   23/12 43/13 53/2
65/5 161/16 169/19 170/9
176/11

THOUGHT [15]   25/2 49/18 68/10
76/3 81/18 90/2 95/19 95/20
104/1 107/13 112/3 141/10
196/15 203/9 209/22

THOUSAND [6]   25/21 94/8 95/9
125/21 125/25 138/13

THOUSANDS [4]   113/12 113/19
114/2 185/24

THREE [21]   16/11 16/16 27/9
38/23 38/25 38/25 45/5 58/9
64/16 64/16 68/25 86/18
94/20 111/15 112/23 129/16
171/7 171/8 198/23 198/24
219/14

THROUGH [37]   5/12 5/19 6/2
6/3 19/22 21/23 21/25 27/8
27/8 27/16 32/2 53/14 58/21
68/20 74/14 74/19 76/5 96/3
96/5 97/1 97/16 112/23 113/1
113/8 113/25 116/19 128/17
129/15 143/20 144/1 164/9
164/13 170/24 181/10 208/5
213/4 217/16

THROUGHOUT [1]   51/16
TICKET [1]   98/24
TICKETS [1]   99/20
TIDY [1]   122/17

TIME [102]    1/11 7/25 12/2
12/16 39/16 41/6 43/11 44/1
45/15 49/8 49/23 50/5 50/7
52/6 53/2 53/21 55/1 55/10
57/17 57/20 58/2 58/6 58/14
59/6 59/18 63/9 64/11 64/15
65/19 66/23 68/7 69/22 70/12
71/21 72/12 82/25 86/15
87/21 87/23 89/8 89/14 90/1
90/6 95/18 97/16 98/24
103/14 103/24 104/1 110/16
111/1 111/4 112/2 112/4
112/4 113/2 113/20 115/1
115/19 117/1 118/5 121/17
121/23 123/13 132/17 133/1
133/23 135/22 136/12 137/18
138/4 152/13 154/20 155/3
155/12 157/15 162/7 162/10
164/5 164/18 167/2 168/2
168/3 175/14 175/15 178/18
192/13 196/19 197/17 197/25
198/11 206/9 212/14 218/2
218/3 220/8 220/15 221/4
221/5 222/11 223/12 224/6

TIMELY [2]   10/12 11/10
TIMES [12]   16/11 47/7 56/10
59/20 61/16 75/3 100/1

**T**

**TIMES.. [5]** 109/10 111/15
162/20 192/12 204/11

**TIMING [1]** 82/23

**TIPS [1]** 68/6

**TIRED [1]** 58/22

**TITLE [21]** 31/12 32/6 32/13
40/6 140/22 140/24 149/5
149/21 181/10 181/14 181/22
182/6 182/14 182/22 195/24
196/4 196/18 196/20 197/8
197/11 202/24

**TITLED [10]** 32/9 32/21 32/23
37/21 141/8 161/12 181/12
181/13 181/16 182/5

**TITLES [10]** 30/8 30/14 34/13
147/9 147/10 196/20 196/23
196/24 210/1 210/3

**TODAY [22]** 3/15 8/16 9/4
41/8 44/24 65/1 70/25 85/15
100/11 123/1 123/15 141/11
145/18 152/5 200/18 204/19
215/21 216/12 218/22 219/4
219/9 224/8

**TOGETHER [23]** 30/23 48/25
49/7 49/13 49/16 50/2 50/14
50/22 51/3 51/6 51/9 53/3
56/20 65/17 69/22 95/6 98/13
104/13 117/1 121/17 132/18
144/10 211/7

**TOLD [19]** 45/18 54/4 57/20
60/6 60/9 60/17 61/11 61/19
62/17 68/8 68/14 70/1 81/17
108/1 132/11 132/14 172/12
191/19 214/12

**TOM [1]** 102/4

**TOMORROW [9]** 6/14 7/3 218/2
218/3 218/11 220/24 221/1
221/12 221/14

**TONE [1]** 169/23

**TOO [8]** 20/7 77/6 98/17
102/5 112/9 127/3 222/4
223/14

**TOOK [15]** 62/6 64/6 89/3
89/4 100/6 112/9 116/5 136/9
151/11 163/15 167/6 191/18
204/6 204/16 208/3

**TOP [17]** 52/8 54/6 81/4
91/23 96/7 105/23 105/24
109/20 118/15 131/13 153/22
155/25 158/23 168/11 170/21
183/7 198/3

**TOTAL [8]** 110/23 119/20
125/11 138/2 168/15 170/25
180/19 216/2

**TOTING [1]** 223/24

**TOUCH [2]** 39/13 124/5

**TOUCHED [1]** 56/23

**TOWARDS [4]** 50/14 120/17
120/22 122/18

**TOWN [2]** 72/25 73/2

**TRACK [1]** 48/8

**TRADE [10]** 55/3 55/5 103/9
104/21 104/23 105/17 108/13
114/4 115/16 170/15

**TRADER [1]** 69/10

**TRADES [9]** 105/2 108/11
108/16 110/16 113/12 113/19
114/2 114/3 170/13

**TRADING [5]** 67/14 69/20
103/12 115/1 115/14

**TRADITIONAL [2]** 20/2 21/12

**TRAIN [1]** 53/11

**TRANS d2l3 157/8 25/12**

**TRANSACTING [1]** 36/23

**TRANSACTION [11]** 18/17 33/16
34/25 38/7 38/21 39/4 39/6
39/17 108/15 132/7 132/8

**TRANSACTIONS [13]** 35/22 36/1
36/15 37/7 37/10 38/24 39/1
39/8 129/19 137/14 177/18
177/19 205/15

**TRANSCRIBE [1]** 225/7

**TRANSCRIPT [1]** 225/8

**TRANSCRIPTS [1]** 6/5

**TRANSFER [28]** 20/15 32/1
32/19 37/1 38/1 78/22 114/22
115/3 115/8 115/21 115/22
117/17 119/2 127/5 130/2
131/14 132/3 132/13 133/4
133/12 134/5 134/8 135/10
212/18 214/9 214/15 215/4
215/10

**TRANSFERRED [20]** 115/13 116/6
116/14 117/8 118/7 125/10
126/14 132/23 134/12 134/21
139/12 168/14 171/3 171/10
211/18 212/16 212/17 212/21
214/7 215/4

**TRANSFERS [5]** 128/14 135/3
137/21 137/25 211/24

**TRANSITION [1]** 58/5

**TRANSLATION [3]** 124/23 127/8
167/15

**TRANSLATIONS [1]** 7/19

**TRANSLATOR [1]** 125/4

**TRANSMISSION [2]** 183/25
206/13

**TRANSMITTED [1]** 191/6

**TRAVEL [2]** 75/2 100/6

**TRAVELED [1]** 56/2

**TRAVELING [1]** 100/7

**TRAVELS [1]** 56/3

**TREASURE [3]** 84/8 93/16
142/24

**TREASURER [1]** 16/4

**TREAT [1]** 43/10

**TREATMENT [1]** 17/13

**TRIAL [4]** 1/10 4/10 8/16
208/8

**TRIED [8]** 13/11 57/8 59/19
60/8 62/15 62/18 63/18
183/19

**TRIP [3]** 82/6 99/9 100/9

**TRISHA [1]** 187/9

**TROUBLE [2]** 43/8 71/5

**TRUE [20]** 35/24 78/2 129/24
145/5 148/19 155/17 160/18
160/22 160/25 161/20 161/23
162/9 164/22 165/1 197/16
203/4 210/6 219/21 221/9
225/8

**TRUST [3]** 65/13 163/4 195/4

**TRUSTEE [38]** 1/5 3/11 4/19
18/21 20/16 20/16 20/17 21/2
23/7 23/22 24/20 25/2 25/14
26/3 26/8 33/10 33/11 78/14
125/4 173/24 174/8 181/11
184/25 185/22 185/25 191/17
192/23 193/21 195/24 196/21
197/15 202/5 203/1 206/22
210/9 210/12 215/22 218/17

**TRUSTEE'S [69]** 4/2 5/15 6/2
19/21 20/3 21/24 23/15 24/1
26/14 27/18 28/7 28/19 29/8

30/3 30/4 30/12 30/13 90/24
92/5 105/19 114/6 114/14
118/14 119/15 121/5 121/19
124/3 124/6 124/8 124/22
124/23 124/23 125/1 125/1
125/5 125/6 127/6 127/7
128/7 128/10 128/12 134/24
137/13 138/7 138/8 138/17
140/19 150/9 158/8 159/20
160/10 162/11 167/13 167/18
170/18 171/24 174/16 174/25
177/11 178/1 178/7 178/7
179/11 179/13 179/14 179/20
182/21 183/1 186/18

**TRUSTEE'S 43 [1]** 29/8

**TRUSTEES [1]** 4/22

**TRUTH [13]** 12/17 44/2 57/22
72/13 84/2 84/2 84/2 85/15
142/18 142/18 142/18 191/5
197/17

**TRY [12]** 5/18 51/2 51/3 53/4
54/13 120/19 126/8 184/17
188/12 193/25 194/3 215/10

**TRYING [10]** 54/14 55/21 56/20
62/22 62/24 101/11 135/12
159/17 159/18 194/4

**TURN [46]** 7/2 27/17 29/4
30/4 32/12 71/12 90/24 91/18
96/2 105/20 106/19 108/8
109/16 114/10 118/14 119/1
120/15 120/16 121/5 124/22
124/25 134/23 138/17 139/6
143/16 145/3 148/25 157/8
159/6 163/3 168/20 174/16
178/1 182/22 187/19 191/15
193/8 194/15 194/19 198/1
198/12 200/24 202/12 207/25
208/13 214/20

**TURNED [5]** 48/2 153/25 161/6
161/14 180/13

**TURNING [5]** 194/7 195/23
196/9 197/15 198/2

**TWICE [4]** 9/10 16/13 99/25
211/22

**TWO [64]** 3/13 19/15 21/1
25/21 27/8 27/17 29/16 29/23
30/8 30/14 37/20 39/8 45/3
53/20 55/16 61/16 80/13
81/10 90/24 119/14 122/3
122/5 123/6 137/21 138/12
138/13 138/13 141/22 145/1
145/3 145/10 146/17 146/24
147/7 148/25 149/2 149/2
154/11 157/9 157/14 157/14
159/4 159/22 160/6 169/22
171/16 175/21 177/12 186/18
189/23 190/8 192/8 195/24
196/14 198/23 204/13 209/17
210/5 210/23 211/24 212/7
212/7 212/9 213/6

**TWO-YEAR [2]** 157/14 157/14

**TYPE [12]** 15/21 46/22 47/20
60/10 74/25 86/23 87/4 87/5
104/10 104/10 106/2 107/24

**TYPES [1]** 27/2

**TYPOGRAPHICAL [1]** 29/17

**U**

**U.S [5]** 86/7 111/21 125/18
126/6 129/22

**U.S.D [1]** 129/22

**UH [2]** 86/16 110/19

**UH-HUH [1]** 110/19

**U**

**ULTIMATELY [9]** 40/8 65/6 66/9
93/3 97/9 99/1 116/12 116/15
140/10

**UM [21]** 4/11 6/19 9/9 11/6
11/8 31/2 33/3 42/3 85/10
85/22 91/20 129/5 129/9
139/24 159/8 166/15 178/5
178/9 178/22 179/1 220/6

**UNABLE [1]** 132/13

**UNCOMFORTABLE [1]** 54/21

**UNDER [19]** 18/11 19/3 40/9
40/10 40/17 85/14 108/15
119/1 120/21 123/24 138/3
145/7 149/11 155/15 156/4
160/13 185/5 185/6 189/13

**UNDERGRADUATE [1]** 13/24

**UNDERLYING [1]** 191/3

**UNDERNEATH [4]** 106/2 114/9
115/20 130/23

**UNDERSIGNED [2]** 125/8 168/12

**UNDERSTAND [31]** 9/3 10/7
34/24 34/25 35/6 85/3 85/4
85/8 85/14 99/1 100/23 101/5
101/11 101/13 101/17 113/4
113/24 115/12 119/9 128/4
128/22 129/24 132/10 137/20
182/6 194/5 204/6 213/3
217/13 217/19 218/7

**UNDERSTANDING [4]** 30/7 64/21
192/21 200/1

**UNDERSTOOD [1]** 125/23

**UNEMPLOYED [6]** 59/19 62/19
153/10 154/21 157/15 157/17

**UNEMPLOYMENT [2]** 153/15
154/24

**UNFAIR [1]** 217/14

**UNITED [5]** 1/1 3/2 43/4 86/5
130/2

**UNIVERSITY [2]** 13/25 14/14

**UNLESS [2]** 204/15 221/3

**UNLIMITED [1]** 89/17

**UNNECESSARILY [1]** 42/15

**UNQUOTE [2]** 17/10 34/7

**UNRELATED [1]** 35/3

**UNSECURED [6]** 144/22 150/16
152/20 152/23 216/5 216/8

**UNSETTLED [3]** 108/10 108/13
108/16

**UNTIL [13]** 25/5 41/18 49/13
55/14 58/1 108/3 113/23
156/8 157/5 181/24 206/23
206/23 211/17

**UNUSUAL [1]** 123/16

**UP [54]** 9/2 10/19 33/25
37/18 39/16 48/10 49/13
54/17 61/2 61/7 62/16 63/8
63/19 65/5 70/1 71/6 72/8
74/17 77/12 77/15 77/16 81/4
83/8 84/23 94/12 94/24 97/20
103/3 103/5 112/2 117/7
122/18 123/11 133/8 151/20
152/18 157/5 168/11 170/25
172/2 176/8 189/25 204/4
206/3 210/24 211/1 211/17
215/20 222/24 223/4 223/6

223/7 223/19 224/6

**UPDATE [1]** 4/11

**UPLOADED [10]** 4/1 5/2 9/7
9/10 9/12 10/6 10/12 138/12
178/4 178/12

**UPON [1]** 7/7

**UPSET [2]** 42/15 54/14

**US [17]** 13/1 22/2 26/15
41/16 43/12 43/15 45/24 56/4
56/6 58/11 59/11 68/14 71/3
97/1 125/1 125/24 214/1

**USE [29]** 37/1 37/23 38/3
92/3 94/4 94/4 95/10 98/17
100/9 107/24 108/2 116/16
120/4 132/9 132/21 136/17
136/18 136/20 137/10 141/17
141/23 144/4 181/18 192/22
203/17 206/12 206/22 213/22
214/24

**USED [13]** 37/8 37/17 38/1
94/20 95/25 95/25 104/6
132/5 132/16 143/7 177/1
203/16 206/22

**USING [3]** 37/19 95/22 111/6

**USUALLY [2]** 104/8 105/8

**V**

**VACATION [3]** 38/4 57/12 222/6

**VALID [1]** 196/15

**VALUATION [1]** 195/7

**VALUE [10]** 35/6 39/20 111/15
115/2 163/16 180/13 180/14
195/17 203/13 215/14

**VALUES [2]** 163/12 163/13

**VAN [12]** 11/7 11/12 12/21
13/13 13/17 13/19 19/11 24/7
31/11 41/1 41/9 180/15

**VANESSA [1]** 65/22

**VEHICLE [18]** 32/3 32/7 68/18
134/18 140/13 141/2 141/2
141/10 141/11 141/23 142/1
150/4 154/11 154/11 196/4
197/8 206/13 212/14

**VEHICLES [15]** 27/3 30/8 37/9
37/17 37/20 146/17 147/11
205/23 206/2 209/5 209/8
209/17 209/21 209/24 210/10

**VENTURE [1]** 55/4

**VERIFIED [2]** 4/15 29/10

**VERIFY [1]** 30/13

**VERSED [1]** 69/9

**VERY [43]** 3/24 5/25 7/4 7/8
9/20 11/21 11/21 12/12 13/8
17/16 34/23 41/5 42/23 43/22
48/25 53/17 54/16 54/17 55/7
55/18 55/18 64/15 67/15
70/24 71/14 71/18 72/2 73/5
82/5 82/10 121/25 123/4
123/4 123/10 123/15 142/12
185/1 185/4 187/2 192/10
212/15 218/1 221/23

**VIA [2]** 168/18 170/25

**VIABLE [1]** 50/15

**VIDEO [7]** 11/3 11/13 11/25
41/17 41/19 41/21 71/12

**VIEW [5]** 75/10 177/18 177/19
197/13 214/9

**VISIT [1]** 168/4

**VOICE [4]** 56/3 65/3 65/4
169/24

**VOLUME [30]** 25/14 26/13 30/11
30/11 30/17 30/17 30/18 31/3
31/5 80/13 90/22 90/22

143/17 148/25 149/1 149/2
149/2 149/9 149/16 174/7
174/24 167/15 171/25 174/23
177/12 180/21 186/18 187/22
212/2 212/3

**VOLUMES [1]** 13/12

**VOLUNTARY [1]** 143/23

**VOLVO [2]** 141/9 141/9

**VOORHIS [1]** 15/6

**W**

**W-O-L-F-E [1]** 180/4

**WAD [1]** 66/1

**WAIT [7]** 7/9 25/5 71/19 91/3
91/3 121/11 202/13

**WAKEMAN [3]** 51/12 51/15 67/16

**WAL [2]** 204/23 205/9

**WAL-MART [2]** 204/23 205/9

**WALK [1]** 128/17

**WALLS [2]** 53/17 53/17

**WANT [58]** 9/11 9/18 42/11
42/13 42/13 42/24 43/6 43/7
43/23 45/17 52/3 52/20 53/24
53/25 57/1 57/4 57/23 58/2
59/16 61/4 62/1 64/9 65/9
67/12 69/19 76/4 76/8 77/14
81/16 84/22 84/25 85/8 89/10
105/14 105/23 112/15 112/20
112/25 113/1 113/24 117/1
117/3 117/6 122/9 128/7
128/17 136/15 139/7 139/11
158/2 170/24 178/21 179/6
184/2 189/5 217/11 218/2
223/2

**WANTED [19]** 8/18 22/23 51/14
51/17 51/18 56/7 56/16 76/9
81/15 108/2 113/4 172/22
173/2 173/15 192/6 199/7
205/12 214/12 215/9

**WAS [556]**

**WASN'T [23]** 7/25 10/11 27/22
63/23 90/5 107/18 116/23
116/25 118/4 121/17 132/17
132/18 136/5 136/15 162/9
163/7 164/5 169/15 173/2
182/4 197/24 199/13 214/13

**WATCH [1]** 205/6

**WATCHED [2]** 63/2 205/5

**WAY [18]** 11/22 48/13 48/15
50/22 51/22 53/14 56/1 63/1
63/18 95/7 99/11 101/11
118/11 135/21 136/17 206/19
214/15 217/20

**WE [268]**

**WE'D [1]** 49/7

**WE'LL [6]** 129/15 184/12
217/2 222/13 222/15 223/18

**WE'RE [6]** 17/2 31/9 114/13
139/22 164/9 187/1

**WE'VE [9]** 9/12 97/12 100/10
102/16 105/22 181/9 206/21
209/5 210/18

**WEBBER [19]** 1/5 1/15 3/7 3/11
4/7 11/1 13/9 42/14 76/16
78/19 184/11 184/23 186/4
189/3 190/21 216/16 217/21
218/16 222/23

**WEDDING [8]** 46/10 50/8 107/15
107/16 133/9 133/10 168/1
213/25

**WEEK [5]** 192/7 204/13 218/3
220/11 222/4

**WEEKS [1]** 204/13

W

**WEIGHT [2]** 138/4 217/5

**WELCOME [5]** 72/4 82/14 82/14
188/12 224/10

**WELL [91]** 5/9 5/24 9/24 14/3
16/19 17/6 22/3 22/11 23/2
23/9 24/17 26/4 29/13 31/22
36/21 40/1 50/6 50/9 51/19
52/2 52/4 54/4 59/2 59/21
59/24 60/16 62/10 62/21 65/8
65/12 66/9 66/19 68/4 68/14
69/9 71/1 79/16 82/5 87/4
89/2 89/13 95/6 96/10 96/12
100/22 102/3 103/3 104/4
105/7 107/13 108/1 108/23
109/9 110/22 111/23 116/21
117/12 118/1 118/13 118/16
119/15 119/18 119/22 120/2
120/4 121/16 126/8 126/17
126/19 127/1 131/16 132/14
132/21 132/25 133/23 135/12
136/14 145/25 152/8 155/5
155/22 156/11 186/17 198/23
205/21 212/2 213/17 214/4
216/5 215/25 219/12

**WELL-VERSED [1]** 69/9

**WELLS [1]** 15/6

**WENT [35]** 14/13 27/8 27/16
46/10 49/25 50/5 51/4 52/12
55/17 57/11 67/17 96/12
112/2 112/2 115/25 120/12
124/17 132/5 132/5 134/5
134/9 134/19 134/20 152/19
166/22 166/25 190/25 190/25
199/22 199/24 204/16 208/8
211/25 212/17 212/23

**WERE [159]** 4/1 4/1 11/14
12/7 14/19 15/10 18/17 20/15
22/10 27/1 27/8 27/9 27/12
27/13 27/13 32/18 32/18
33/19 34/9 34/12 34/12 34/13
37/9 37/16 37/18 37/20 41/9
45/14 45/20 46/12 48/13
48/13 48/15 49/3 49/4 49/5
49/7 49/9 49/10 49/13 49/14
49/15 49/19 49/20 50/14 51/7
51/9 51/9 52/7 53/12 55/23
56/11 56/12 56/14 57/17
57/17 58/11 60/8 60/20 61/6
64/14 65/18 65/22 65/24
65/24 66/16 67/19 70/8 70/15
75/2 75/2 75/10 75/10 75/13
75/23 75/25 77/5 77/11 77/15
77/19 78/3 78/11 79/9 79/11
79/25 86/2 86/15 87/21 89/9
89/22 89/24 104/7 108/6
110/16 115/1 116/25 118/1
118/8 121/16 132/18 133/6
133/8 136/3 137/24 138/25
141/25 144/9 145/21 145/22
147/19 153/18 153/23 154/15
154/18 154/21 155/2 155/19
156/11 157/3 161/15 162/20
171/22 175/25 178/23 185/24
186/2 191/18 193/16 193/22
197/16 197/17 197/20 198/10
198/19 199/19 199/25 201/25
203/3 204/1 204/2 204/3
204/3 205/1 205/3 205/4
205/19 205/22 206/21 206/22
206/25 207/5 207/7 207/9
210/23 211/24 212/6 215/2
216/6 224/12

**WEREN'T [3]** 132/16 132/21
148/3

**WHAT [224]** 9/11 9/16 9/18
10/2 11/2 14/3 14/7 14/9
14/25 15/17 16/3 16/12 16/15
16/23 16/25 18/14 19/25 20/8
20/18 21/5 21/11 22/2 23/1
23/7 25/1 26/2 27/4 27/21
27/22 28/14 28/15 30/15
31/11 31/14 32/9 33/5 33/24
34/12 36/2 37/6 38/7 38/25
39/11 40/1 40/19 45/1 45/8
46/22 47/20 49/10 50/1 50/1
54/3 54/12 55/9 56/14 56/16
57/14 57/22 58/11 59/2 59/21
60/4 60/9 61/5 61/11 61/17
63/16 64/13 64/17 66/4 66/7
66/11 66/21 66/22 67/2 67/20
67/23 68/12 68/13 69/3 69/24
70/7 73/1 73/24 74/6 74/25
75/6 76/22 79/5 79/6 79/14
79/19 81/3 87/2 87/6 88/1
88/14 88/21 93/24 95/15
95/17 95/17 95/18 98/6 98/8
99/25 100/20 103/8 104/10
104/10 105/9 108/13 108/18
108/22 109/3 109/24 110/20
110/20 113/2 113/4 113/7
115/16 117/10 117/11 119/14
119/17 124/14 125/1 125/2
125/4 128/18 128/20 128/21
128/22 131/14 131/19 132/2
132/11 132/23 133/6 133/6
133/22 133/22 135/14 138/3
141/25 143/22 144/14 147/22
149/11 151/6 151/13 151/14
152/8 152/16 154/17 154/25
156/1 156/12 156/13 157/12
158/5 158/8 158/24 159/1
160/19 161/10 161/10 161/18
161/22 161/24 166/2 166/19
167/8 167/8 167/20 168/21
171/8 172/11 172/14 173/2
174/9 177/15 178/6 178/21
179/6 179/19 180/9 183/23
184/1 184/3 184/4 186/10
189/14 191/11 192/4 192/9
192/20 195/7 198/21 199/4
201/2 201/7 204/1 205/3
205/5 205/6 205/19 206/1
206/14 208/1 208/21 210/12
214/4 214/11 214/24 216/8
216/15 218/10 218/16 219/8
220/8 222/10

**WHAT'S [27]** 15/17 18/23 25/19
32/6 57/22 59/13 132/10
144/11 152/1 159/16 160/18
168/6 180/19 186/17 187/19
198/1 200/24 207/25 207/25
208/13 208/16 209/11 210/17
211/12 213/13 214/2 214/20

**WHATEVER [6]** 49/9 64/2 64/8
83/5 100/9 122/24

**WHEN [134]** 8/25 15/10 17/21
19/11 22/25 22/25 27/4 27/7
37/8 38/13 45/14 46/12 47/17
48/6 48/13 48/14 48/14 49/6
49/14 49/19 51/2 52/4 52/23
55/6 56/24 57/6 57/8 58/2
58/3 58/6 58/13 61/17 65/3
65/17 66/7 67/3 67/3 68/17
70/15 76/3 77/13 85/6 85/25
86/5 86/15 87/9 88/2 88/14

89/7 89/19 89/23 90/2 90/7
92/57 92/59 94/9 95/23 99/8
107/6 106/15 106/17 109/13
107/15 110/13 112/9 113/25
115/10 116/10 116/14 117/3
117/16 119/18 124/20 124/20
125/21 125/24 133/24 135/17
135/20 136/13 137/2 137/5
137/7 137/11 138/2 141/1
144/4 145/13 145/16 146/19
147/18 147/20 149/7 149/23
151/16 151/17 151/20 152/9
153/24 156/17 156/21 156/21
157/3 157/6 157/17 158/25
166/25 167/25 171/13 174/12
175/14 175/19 196/20 197/15
200/18 200/18 201/4 201/21
203/1 204/2 204/11 204/11
204/12 204/15 206/8 206/24
210/4 210/23 211/1 211/17
216/9 216/11 216/20 224/4

**WHENEVER [3]** 67/15 135/16
205/8

**WHERE [64]** 11/24 12/4 13/24
14/19 15/13 20/16 22/3 22/9
23/5 29/20 34/11 34/11 35/4
36/22 44/24 45/1 46/18 46/20
51/5 52/17 55/15 57/10 58/21
59/17 61/20 64/13 68/7 69/5
81/22 86/2 86/2 87/11 87/15
89/15 90/25 92/13 93/10
95/16 104/5 105/23 106/25
107/4 108/10 109/18 115/24
117/5 125/13 126/17 126/24
131/7 135/18 137/18 145/4
147/19 149/1 153/11 155/15
156/11 160/11 162/12 171/17
200/20 212/11 215/6

**WHERE'S [1]** 169/7

**WHEREBY [1]** 37/4

**WHEREUPON [5]** 43/2 83/15
123/7 184/20 224/12

**WHEREVER [1]** 205/10

**WHETHER [12]** 23/11 26/22
62/13 75/22 93/25 124/23
148/24 152/9 188/11 205/23
205/24 213/15

**WHICH [67]** 7/22 8/7 8/11
13/14 18/1 23/22 24/20 25/13
25/14 25/16 25/25 26/14
26/23 27/8 27/9 29/8 36/9
36/17 39/5 40/6 51/17 53/23
61/20 75/10 78/10 78/12
79/11 79/13 91/18 96/3
103/17 103/22 106/6 108/25
109/17 112/20 112/21 113/7
114/1 114/6 116/1 120/15
121/19 126/9 129/7 132/2
133/11 135/10 135/24 137/14
144/14 146/4 147/5 147/24
149/20 150/9 150/13 158/7
163/4 173/24 180/21 189/22
203/11 209/2 210/20 220/1
221/17

**WHILE [8]** 42/4 42/7 141/18
178/23 180/24 189/16 205/4
205/4

**WHISPERING [1]** 53/13

**WHO [59]** 3/22 4/15 11/1 19/1
25/11 26/11 26/18 28/24 32/6
32/21 36/5 36/6 36/7 36/10
37/3 43/17 45/8 49/3 55/4
64/10 77/15 77/18 81/10

**W**

WHO... [38] 62/22 83/16 90/7
90/10 96/9 96/11 101/24
103/2 103/17 105/5 126/11
130/6 142/10 147/14 154/2
154/13 154/21 155/1 176/21
180/1 181/14 186/21 187/9
187/17 188/1 189/18 190/4
190/7 199/18 200/13 201/7
202/7 202/10 202/16 204/3
220/1

WHOLE [9] 12/17 17/11 44/2
58/23 72/12 84/2 109/7 117/2
142/18

WHOSE [3] 26/6 26/15 92/25

WHY [60] 10/1 26/20 34/21
36/20 51/19 51/24 51/24
59/10 61/1 61/7 62/16 62/16
62/21 66/5 66/5 66/9 66/15
68/9 68/23 89/1 89/12 94/18
100/5 102/2 104/15 107/12
115/3 116/5 116/9 116/19
118/10 121/14 121/17 135/9
136/12 139/12 141/8 144/9
145/23 148/7 148/10 156/4
157/13 163/13 164/16 169/3
169/15 170/5 172/21 172/25
173/17 173/20 177/2 177/19
182/5 199/4 203/6 204/6
204/9 212/13

WIFE [34] 34/9 35/24 37/20
45/12 46/8 57/18 58/21 62/5
65/3 65/11 65/13 65/17 65/19
65/22 66/16 69/23 70/8
100/11 165/5 169/11 171/14
172/23 173/15 174/12 185/12
187/10 206/12 207/22 208/17
210/20 211/7 211/19 213/3
222/6

WIFE'S [7] 37/9 65/3 203/8
213/20 213/21 213/23 214/21

WILL [82] 3/14 6/1 6/2 7/14
7/23 9/3 10/20 10/21 10/24
11/12 11/19 11/22 11/24 12/1
12/2 12/3 14/1 17/20 19/6
20/20 29/10 42/16 42/19
43/10 43/15 69/16 71/25 72/6
82/19 83/2 83/4 83/22 84/1
85/4 85/12 90/22 111/11
113/11 121/25 122/3 122/21
123/5 123/18 124/5 124/15
125/7 126/7 142/17 143/25
149/3 164/10 169/22 169/24
174/23 178/10 179/10 179/16
184/19 185/2 191/8 193/8
213/18 217/3 217/6 217/25
218/1 218/3 218/8 218/11
220/3 220/6 220/13 220/13
221/2 221/15 222/20 222/21
222/22 222/24 224/2 224/3
224/4

WILLIAMSON [1] 220/2

WIN [1] 111/19

WIRE [17] 32/1 32/19 107/1
120/18 120/22 125/10 126/24
128/14 129/18 130/6 132/8
132/13 134/8 168/14 168/18
170/25 181/3

WIRED [1] 132/15

WITHDRAW [5] 4/17 49/20 97/21
101/4 126/22

WITHDRAWAL [6] 10/22 115/9

WITHDRAWALS [2] 105/2 105/23
WITHDRAWING [1] 8/4
WITHDRAWN [2] 78/12 218/21
WITHHOLD [1] 102/10
WITHIN [3] 17/23 18/2 113/12
WITHOUT [6] 53/18 56/17 57/16
81/18 170/12 170/15
WITNESS [20] 7/6 11/3 18/25
41/19 43/11 70/20 82/20
83/22 84/10 92/18 112/13
123/12 127/15 129/3 140/15
142/4 142/10 143/1 190/24
217/22
WITNESSES [4] 11/2 12/6 42/19
216/22
WOLFF [32] 1/17 3/18 4/21
5/8 6/9 8/1 8/22 9/13 9/21
12/7 30/24 40/24 41/14 43/17
70/23 71/22 79/4 142/5
164/18 178/13 178/19 179/25
180/2 180/3 184/9 185/1
185/8 187/1 188/10 189/24
191/12 216/22
WON [12] 125/12 125/15
125/17 125/17 125/21 125/25
126/2 126/6 126/14 126/18
126/18 168/16
WON'T [4] 65/10 70/11 217/3
222/14
WONDER [1] 68/23
WONDERFUL [2] 206/16 206/18
WONDERING [1] 68/12
WONG [1] 126/10
WOOD [1] 119/23
WORD [1] 162/16
WORK [23] 14/23 46/18 46/22
47/2 47/20 49/8 50/23 50/23
51/20 56/6 60/11 62/19 71/3
82/24 98/15 98/16 99/8 134/2
177/1 205/5 205/7 220/22
222/1
WORKED [4] 49/12 51/1 155/9
217/16
WORKERS [1] 204/3
WORKING [30] 17/2 17/3 48/6
49/5 49/9 50/14 51/6 51/7
52/7 53/3 56/7 59/18 59/20
59/23 59/23 59/24 71/2 74/11
95/2 99/11 119/19 147/16
147/18 147/19 153/18 153/20
153/23 166/20 204/11 204/14
WORKS [1] 61/22
WORKSHEET [1] 193/1
WORKSHEETS [4] 161/6 161/21
163/8 201/18
WORLD [5] 42/5 55/3 55/5
186/22 199/14
WORSE [1] 118/2
WORST [1] 112/6
WORTH [6] 58/25 59/2 59/8
215/16 215/18 215/20
WOULD [179] 4/9 6/23 11/1
12/13 16/19 17/7 21/6 26/20
32/12 33/5 33/25 34/1 36/9
37/22 38/13 38/14 40/2 41/3
42/10 45/18 46/16 48/10
48/11 48/11 48/24 49/9 50/6
50/23 51/2 51/2 51/2 51/19
51/24 51/24 52/2 53/8 53/14
56/9 56/19 57/10 57/12 57/13
60/13 61/2 61/7 62/16 62/21
63/25 64/2 64/19 64/20 64/25

WITHDRAWALS [2] 105/2 105/23
WITHDRAWING [1] 8/4
121/1 166/4 166/17 166/18
WITHDRAWING [1] 8/4
66/11 66/16 66/15 66/15
66/23 66/259 67/5 67/13 67/16
67/20 68/16 69/22 69/23
70/13 70/16 70/17 70/18 71/6
71/7 71/11 72/5 74/16 74/22
75/1 75/18 75/19 76/1 76/11
82/17 82/22 82/25 83/7 83/21
85/11 86/17 88/14 90/18
90/23 95/18 96/23 97/19
97/25 100/5 100/9 100/17
100/25 103/22 104/2 104/4
104/9 104/24 105/3 105/5
105/17 105/20 108/8 109/16
111/14 112/5 112/7 113/13
113/18 116/24 117/21 120/6
120/6 122/5 122/24 123/11
126/9 129/18 130/5 130/8
131/7 135/24 137/11 137/17
138/1 141/23 142/10 142/13
143/16 144/14 154/23 155/6
156/11 156/13 156/25 158/18
161/16 171/1 171/24 175/5
177/11 178/17 180/7 180/21
183/12 184/14 195/5 196/15
202/7 203/12 203/12 204/14
205/8 205/10 205/11 205/12
206/13 208/5 208/21 213/2
213/4 213/21 215/17 216/1
218/4 219/18 220/21 220/23
221/6 221/24 222/1 222/7
223/23 224/1
WOULDN'T [9] 11/19 45/20
56/15 60/16 63/22 80/10
99/16 136/4 176/1
WRECKED [3] 68/7 68/9 68/18
WRITTEN [4] 34/12 223/4 223/9
223/13
WRONG [5] 4/23 10/6 31/5
158/13 210/15
WROTE [1] 204/11

**Y**

Y-O-U-N-G [1] 85/21
YAK [1] 35/15
YEAH [43] 21/13 23/4 36/5
58/8 60/22 64/11 69/2 69/5
69/22 70/15 75/24 76/25 78/5
79/21 92/16 97/11 100/19
100/19 101/20 103/10 107/7
108/15 113/21 114/4 121/11
133/8 134/7 136/1 145/8
145/10 148/6 154/15 158/20
159/15 159/18 167/12 172/14
177/4 204/21 219/6 219/20
220/4 222/13
YEAR [22] 14/7 14/12 14/13
18/1 25/16 31/14 39/5 39/9
45/16 56/25 57/2 61/12 75/15
86/17 88/1 88/14 156/4 156/5
157/14 157/14 192/11 192/11
YEARS [28] 14/24 16/19 27/14
46/3 48/9 51/4 58/3 58/9
58/9 58/13 58/15 58/17 59/5
65/18 69/1 86/18 111/15
111/21 112/23 135/9 143/15
155/9 157/9 169/3 175/22
200/7 200/8 211/20
YELLOW [2] 51/3 56/14
YERIAN [191] 1/7 3/7 3/20
5/19 8/19 9/8 11/13 11/18
12/5 12/9 20/24 21/5 21/9
21/16 21/21 22/11 23/9 23/14
23/17 23/22 23/25 25/12

| Y | Z |
|---|---|

**YERIAN... [160]** 25/24 26/7
26/12 26/19 27/14 28/1 29/1
29/10 31/17 31/21 32/8 32/11
32/15 32/25 33/13 33/17
33/21 33/22 34/9 35/15 35/21
35/23 37/21 38/17 40/14
40/16 40/19 41/19 41/19
41/20 41/21 42/7 42/20 43/6
43/23 44/6 44/12 44/17 45/9
45/11 45/25 55/21 59/17
65/15 69/9 70/24 72/1 72/4
73/16 73/21 74/3 74/7 76/20
77/7 77/25 78/4 79/1 79/9
80/1 85/23 87/9 87/24 88/2
88/5 88/7 88/9 89/3 89/11
89/20 91/22 92/3 93/18 95/10
96/18 96/20 98/1 100/10
100/20 101/3 101/6 101/6
102/13 103/6 104/18 105/2
105/12 105/18 106/6 117/22
118/8 120/7 121/14 125/11
126/14 128/15 130/9 130/20
131/7 132/1 133/19 134/9
134/16 135/25 136/4 139/12
141/20 142/11 142/12 142/23
143/2 143/7 145/9 153/4
153/8 159/11 162/4 163/5
163/10 163/24 164/1 164/7
167/6 167/18 168/15 173/5
181/1 181/22 182/9 182/16
182/25 185/3 185/12 185/13
185/19 185/22 185/25 186/9
186/10 186/15 187/4 191/11
194/8 194/10 194/22 200/10
200/14 200/19 201/4 201/8
201/11 201/22 201/24 202/4
202/11 202/18 202/22 202/25
204/12 204/24 205/24 206/12
206/16 215/5 215/7 215/11
217/15 217/15 217/21 222/23
**YERIAN'S [11]** 19/16 42/1 45/6
45/12 90/16 94/4 100/11
104/15 131/1 134/20 216/12
**YERNIAN [1]** 190/4
**YES [394]**
**YET [4]** 17/1 62/19 173/3
220/13
**YO [5]** 32/22 46/10 125/10
168/14 176/15
**YODER [3]** 186/21 186/21
187/2
**YOU [1146]**
**YOU'RE [31]** 7/9 17/3 20/5
25/21 34/4 52/14 52/22 54/4
59/23 61/3 61/18 72/4 85/14
87/7 111/20 146/3 154/12
158/13 158/25 171/25 176/12
177/23 187/4 187/22 189/8
201/14 204/19 212/9 217/6
219/5 224/10
**YOU'VE [12]** 35/19 38/23 59/5
59/5 102/13 102/19 157/22
168/2 168/4 191/10 211/8
217/16
**YOUNG [15]** 46/11 50/3 57/10
65/11 65/20 65/21 66/7 66/12
66/13 66/19 84/7 84/15 85/18
85/19 91/22
**YOUNG'S [2]** 61/20 62/4
**YOUR [315]**
**YOURS [2]** 136/3 145/20

**ZERO [2]** 145/4 162/23