UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

CASE NO. 15-1720
ADVERSARY CASE NO. A15-00064

IN RE:

RICHARD WEBBER, TRUSTEE,

    PLAINTIFF,
V.

KEITH YERIAN, ET AL.,

    DEFENDANTS.
_____

TRIAL CONTINUATION

HELD:                   DECEMBER 12, 2016
TIME:                   11:08 A.M. - 12:34 P.M.


BEFORE:                 HONORABLE KAREN S. JENNEMANN

APPEARANCES:

FOR PLAINTIFF:          RICHARD B. WEBBER, II, ESQUIRE
                        AMY E. JELLICORSE, ESQUIRE

FOR DEFENDANTS:         FRANK M. WOLFF, ESQUIRE

```
 1                     INDEX OF PROCEEDINGS

 2                                                 PAGE

 3   PROCEEDINGS                                     3

 4   TESTIMONY OF KEITH A. YERIAN                    5

 5       CROSS-EXAMINATION BY MR. WEBBER             5

 6       REDIRECT EXAMINATION BY MR. WOLFF          13

 7   TESTIMONY OF SUN YO PAK                        14

 8       DIRECT EXAMINATION BY MR. WOLFF           14

 9       CROSS-EXAMINATION BY MR. WEBBER           22

10   CLOSING ARGUMENT BY MR. WEBBER                25

11   CLOSING ARGUMENT BY MR. WOLFF                 46

12   RESPONSE BY MR. WEBBER                        55

13   CERTIFICATE OF OATH                           60

14

15

16

17

18

19

20

21

22

23

24

25
```

1                P R O C E E D I N G S

2          THE COURT:  IT LOOKS LIKE OUR PARTIES ARE

3     HERE IN CONNECTION WITH THE CONTINUED TRIAL OF

4     MR. YERIAN, 15-1720, AS WELL AS IN ADVERSARY

5     15-64.

6          IS EVERYBODY HERE?

7          MR. WEBBER:  YES, YOUR HONOR.

8          THE COURT:  WE'LL GO AHEAD AND TAKE

9     APPEARANCES OF RECORD THOUGH.

10          MR. WEBBER:  GOOD MORNING, JUDGE.  RICK

11     WEBBER, CHAPTER 7 TRUSTEE, PLAINTIFF.  I HAVE

12     WITH ME MY ASSOCIATE, AMY JELLICORSE.

13          MR. WOLFF:  FRED WOLFF, ATTORNEY FOR THE

14     DEFENDANTS, YOUR HONOR.  KEITH YERIAN AND SUN YO

15     PAK ARE PRESENT IN THE COURTROOM, LINDA -- LAUREN

16     HUMICK.

17          THE COURT:  AND WE ARE HERE TODAY AT THE

18     CONTINUED TRIAL THAT WAS STARTED ON NOVEMBER 30TH

19     OR WE WERE GOING FORWARD ON NOVEMBER 30TH.

20          MR. WEBBER:  YES.

21          THE COURT:  AND WE ARE CONTINUING OVER -- MY

22     NOTES REFLECT THAT WE WERE IN THE MIDDLE OF MR.

23     YERIAN'S TESTIMONY.  BUT, MR. WOLFF, IS THERE

24     ANYTHING WE NEED TO DISCUSS BEFORE WE PROCEED?

25          MR. WOLFF:  WE JUST NEED THE EXHIBITS THAT

```
 1        WE BOXED UP.
 2             THE COURT:  OH, DEAR.  OH, DEAR.  WE WILL
 3        TAKE A VERY SHORT RECESS AND THEN WE WILL
 4        PROCEED.
 5             MR. WEBBER:  THERE WERE THREE BOXES, JUDGE.
 6        YOURS, THE WITNESS STAND AND MR. WOLFF.
 7             THE COURT:  YES.  YES.  COURT'S IN RECESS.
 8             MR. WEBBER:  THANK YOU.
 9             (WHEREUPON, COURT WAS RECESSED FROM 11:09
10        A.M. TO 11:15 A.M.)
11             THE CLERK:  ALL RISE.  UNITED STATES
12        BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF
13        FLORIDA IS BACK IN SESSION.  HONORABLE KAREN S.
14        JENNEMANN PRESIDING.  YOU MAY BE SEATED.
15             THE COURT:  OKAY.  LET'S GO AHEAD AND
16        PROCEED.  MR. WOLFF, I THINK YOU HAD CONCLUDED
17        YOUR TESTIMONY BUT DID YOU HAVE ANY ADDITIONAL
18        QUESTIONS?
19             MR. WOLFF:  NO, YOUR HONOR.
20             THE COURT:  VERY GOOD.  MR. WEBBER.
21             MR. WEBBER:  AND I BELIEVE IT WAS MY CROSS.
22             THE COURT:  YES, THAT'S CORRECT.
23             MR. WEBBER:  I KNOW IT'S ONLY BEEN ELEVEN
24        DAYS, JUDGE, BUT I'M HAVING A HARD TIME
25        REMEMBERING THE TESTIMONY.  BUT I'LL DO MY BEST.
```

1          THE COURT:  YOU CAN GO AHEAD AND PROCEED

2     WHENEVER YOU'RE READY.

3          MR. WEBBER:  YES.  THANK YOU.

4               TESTIMONY OF KEITH A. YERIAN

5                   CROSS-EXAMINATION

6  BY MR. WEBBER:

7     Q    GOOD MORNING, MR. YERIAN.  I BELIEVE YOU HAD

8  TESTIFIED ABOUT DEBTOR'S EXHIBIT NUMBER 1 LAST TIME, SO I

9  AM GOING TO START THERE.  AND IF YOU WOULD LOOK -- YES,

10 IT'S THAT BOOK.  EXHIBIT TAB 1.  AND THE BATES NUMBER IS

11 KY001549.

12          DO YOU SEE IN THE MIDDLE OF THE PAGE WHERE YOU

13 HAVE YOUR MARITAL STATUS AS MARRIED?

14    A    YES.

15    Q    WHY ON PART B DO YOU HAVE NAME AND ADDRESS OF

16 SPOUSE AS N/A?

17    A    I HAVE NO IDEA.

18    Q    AND IF WE WOULD THEN IN THE SAME EXHIBIT,

19 DEBTOR'S 1, TURN TO BATES NUMBER KY1552.

20          THE HOME THAT YOU OWN, I BELIEVE IT WAS IN

21 DOYLESTOWN, OHIO, HAS BEEN FORECLOSED, RIGHT?

22    A    YES.

23    Q    AND IS THAT THE CORRECT DATE THAT YOU TOOK OUT

24 THE MORTGAGE, MARCH 21ST, 2005?

25    A    I DON'T KNOW BUT I BELIEVE THAT THAT SOUNDS

1    ABOUT RIGHT.

2         Q    OKAY.  AND THEN IF WE WOULD ALSO TURN IN THE

3    SAME EXHIBIT TO BATES NUMBER KY001558.

4              ALIMONY AND CHILD SUPPORT WAS DUE AND ORIGINALLY

5    IT WAS IN THE AMOUNT OF $14,000; IS THAT ACCURATE?

6         A    YEAH.  WHAT HAPPENED WAS THE TIME BETWEEN WHEN

7    MY EX-WIFE FILED FOR CHILD SUPPORT AND ALIMONY, UNTIL THE

8    TIME OF THE HEARING, WAS LIKE A YEAR AND A HALF.  AND IT

9    ACCRUED DURING THAT TIME.  SO THAT'S WHAT THAT ORIGINAL

10   14,000 AMOUNT WAS.

11        Q    OKAY.  AND THEN RIGHT BELOW THAT, THERE'S EDMOND

12   M. SALWIN, ATTORNEY, $16,200?

13        A    YES.

14        Q    MY UNDERSTANDING OF THE TESTIMONY, YOURS AND MR.

15   MCLEOD'S DEPOSITION, WAS THAT MEGUSEY PAID THIS LAWYER; IS

16   THAT RIGHT?

17        A    YES.  THERE WAS A TIME PERIOD WHEN HE WAS JUST

18   MY ATTORNEY IN WHICH I PAID THE BILLS.  AND THEN ONCE THE

19   LAWSUIT WAS FILED AGAINST MEGUSEY SOFTWARE, THEN MEGUSEY

20   SOFTWARE STARTED PAYING THE LEGAL FEES.

21        Q    AND THEN THE NEXT PAGE -- FOR THE RECORD, IT'S

22   KY001559 -- REID YODER, R-E-I-D, Y-O-D-E-R, MEGUSEY PAID

23   THAT 17,439 AS WELL.

24        A    NO, I OWE -- I OWE HIM LIKE $23,000 RIGHT NOW.

25        Q    OKAY.  HAVE YOU PAID HIM ANYTHING SINCE YOU'VE

1    FILED BANKRUPTCY?

2         A    YES.

3         Q    HOW MUCH?

4         A    I DON'T KNOW.  MAYBE $5,000, SOMETHING LIKE

5    THAT.  MY WIFE HAS MADE MOST OF THE PAYMENTS.

6         Q    AND THEN RIGHT BELOW THAT, RIGHT BELOW THE REID

7    YODER, THERE'S A -- IT SAYS PERSONAL LOAN FROM MEGUSEY

8    PAID DIRECTLY TO DEBBIE YERIAN AS A RESULT OF THE LAWSUIT

9    SETTLEMENT.  AND WE LOOKED AT THE SETTLEMENT DOCUMENTS THE

10   LAST TIME.

11             AND DID MEGUSEY IN FACT PAY THAT 13,000?

12        A    YES, HE -- THEY DID.

13        Q    OKAY.  HAVE YOU REPAID ANY OF THAT LOAN TO

14   MEGUSEY?

15        A    I HAVE NOT BEEN ABLE TO REPAY ANYTHING TO

16   ANYBODY YET.

17        Q    LET'S GO TO 1662, THAT'S KY001662.  OH, I'M

18   SORRY.  1622.  I APOLOGIZE.

19             NOW, THIS IS YOUR HANDWRITING, RIGHT --

20        A    YES.

21        Q    -- MR. YERIAN?

22        A    YES.

23        Q    AND THIS IS ABOUT THE LIEN TO DEAN BARKER ON THE

24   1998 BMW CONVERTIBLE, DO YOU AGREE?

25        A    CORRECT.

1       Q    NOW, MEGUSEY WAS PAYING MR. BARKER FOR THIS

2   DEBT, WASN'T HE -- WASN'T THE CORPORATION DOING IT?

3       A    YES.  HE WAS -- HE WAS PAYING AND I OWED -- I

4   HAVE A SCHEDULE OF WHAT I OWED HIM.  I THINK I GAVE THAT

5   TO YOU.

6       Q    YES, YOU DID.  HAS THE LIEN BEEN OR THE AMOUNT

7   OF MONEY THAT WAS OWED TO MR. BARKER BEEN PAID OFF BY

8   MEGUSEY AS WE SIT HERE TODAY?

9       A    NO, IT HASN'T.

10      Q    DO YOU KNOW HOW MUCH IS OWED?

11      A    I DON'T HAVE IT IN FRONT OF ME.  I TALKED TO HIM

12  THE DAY BEFORE YESTERDAY AND TOLD HIM THIS WAS ALMOST OVER

13  AND THAT I WOULD BE ABLE TO START PAYING IT AFTER THE

14  FIRST OF THE YEAR.

15      Q    HOW MANY CARS HAVE YOU OWNED IN YOUR LIFE?

16      A    I DON'T KNOW, PROBABLY TEN, TWENTY.

17      Q    TEN, TWENTY.  YOU KNOW HOW TO READ A TITLE,

18  RIGHT?

19      A    YEAH, I THINK SO.

20      Q    THEN I BELIEVE YOU WERE TESTIFYING ABOUT

21  I-MOBILE LLC AND B-GLOBAL.  DO YOU REMEMBER YOUR TESTIMONY

22  ABOUT THOSE?

23      A    I DO.

24           MR. WEBBER:  GIVE ME A MINUTE, JUDGE.

25           THE COURT:  UM-HMM.

1    BY MR. WEBBER:

2         Q    IT WOULD BE IN VOLUME ONE.  I THINK IT'S ALL THE

3    WAY TO YOUR LEFT.  AND TRUSTEE'S EXHIBIT NUMBER 26.

4              DO YOU SEE THE OHIO SECRETARY OF STATE PRINTOUT

5    THERE, MR. YERIAN?

6         A    I DO.

7         Q    AND WOULD YOU AGREE WITH ME THAT IT SAYS THAT

8    THE CORPORATION, WHICH IS I-MOBILE LLC, IS ACTIVE?

9         A    YES.

10        Q    OKAY.  AND DO YOU SEE YOUR NAME BELOW THE

11   INCORPORATOR INFORMATION?

12        A    I DO.

13        Q    IF YOU WOULD PLEASE TURN TO THE NEXT EXHIBIT,

14   WHICH IS TRUSTEE'S EXHIBIT NUMBER 27, AND DO YOU SEE THE

15   OHIO SECRETARY OF STATE PRINTOUT FOR B-GLOBAL LLC?

16        A    I DO.

17        Q    AND WOULD YOU AGREE WITH ME THAT THE STATUS IS

18   ACTIVE?

19        A    YES.

20        Q    AND THAT YOU'RE ONE OF THE INCORPORATORS?

21        A    I AGREE THAT MY NAME IS UNDER INCORPORATION

22   INFORMATION.

23        Q    OKAY.  I'M DONE WITH THAT BINDER.  YOU WOULD

24   ALSO AGREE THAT IN 2012 MEGUSEY ALLOWED YOU TO USE A

25   CREDIT CARD; WOULD YOU AGREE WITH ME?

1        A    I HAD A COMPANY CREDIT CARD, YES.

2        Q    WOULD YOU AGREE THAT YOU GOT IT IN ABOUT 2012?

3        A    I DON'T HAVE ANY IDEA WHEN I GOT IT.  I KNOW IT

4   WAS AFTER 2011 --

5        Q    ALL RIGHT.

6        A    -- AFTER JANUARY 2011 WHEN I STARTED WORKING

7   FULL TIME FOR THEM.

8            MR. WEBBER:  AND FOR THE RECORD, JUDGE, I AM

9        NOT GOING TO GO THERE.  IT'S TRUSTEE'S 98.

10            THE COURT:  OKAY.

11            MR. WEBBER:  IT SHOWS -- THERE'S A LINE,

12        JUDGE, AND YOU WILL SEE MR. MCLEOD'S CHARGES

13        ABOVE THE LINE, MR. YERIAN'S CHARGES BELOW THE

14        LINE.

15            AND THAT EXHIBIT IS IN 2012 AND THAT'S THE

16        FIRST TIME WE KNOW THAT CHARGES APPLY TO IT.  BUT

17        I AM NOT GOING TO GO THROUGH LINE BY LINE.

18   BY MR. WEBBER:

19        Q    DO YOU STILL HAVE THAT CREDIT CARD TODAY, MR.

20   YERIAN?

21        A    NO.

22        Q    WHEN DID YOU STOP USING IT?

23        A    WHEN I WAS LET GO BY MEGUSEY.

24        Q    I'M TALKING ABOUT THE 1998 BMW NOW.  DO YOU

25   REMEMBER AMENDING YOUR SCHEDULE C TO CLAIM THE 1998 BMW AS

1    EXEMPT?

2         A    I REMEMBER THAT IT WAS LISTED ON MY SCHEDULES.

3    I DON'T REMEMBER -- I DON'T REMEMBER CHANGING IT FROM NON

4    EXEMPT TO EXEMPT.

5         Q    OKAY.  IF YOU WOULD PLEASE TURN TO TRUSTEE'S

6    EXHIBIT NUMBER 24.  IT SHOULD BE IN VOLUME ONE.

7              THE COURT:  IS THAT 24?

8              MR. WEBBER:  YES.

9              THE COURT:  YES.  THANK YOU.

10              MR. WEBBER:  TRUSTEE'S 24.

11   BY MR. WEBBER:

12        Q    AND IF YOU WOULD PLEASE, IF YOU LOOK AT THE TOP,

13   SIR, IT SAYS DOCUMENT 48 AND I AM LOOKING -- IT'S DATED

14   AUGUST 18TH OF 2015 -- AND I AM LOOKING AT PAGE 7 OF 14

15   FOR THE RECORD.

16        A    24?

17        Q    TRUSTEE'S 24 AND THAT DOCUMENT 48 AT THE TOP AND

18   THEN PAGE 7 OF 14 AND IT'S DATED AUGUST 18, 2015.  ARE YOU

19   THERE?

20        A    I AM THERE.

21        Q    DO YOU SEE AT THE BOTTOM ENTRY -- AND IT SHOULD

22   SAY SCHEDULE C, PROPERTY CLAIMED AS EXEMPT, HYPHEN

23   AMENDED.  AND IF YOU GO ALL THE WAY TO THE BOTTOM ENTRY,

24   AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES.

25              DO YOU SEE THE 1998 BMW ROADSTER CONVERTIBLE

1   LISTED THERE?

2       A    YES.

3       Q    AND THE CURRENT VALUE OF THAT EXEMPTION THAT YOU

4   TOOK IS IN THE FAR RIGHT COLUMN, HOW MUCH IS THAT?

5       A    1,500.

6       Q    NOW, IF YOU TURN BACK A COUPLE OF PAGES IN THIS

7   SAME EXHIBIT -- IT WOULD BE PAGE 5 OF 14 FOR THE RECORD,

8   DOCUMENT 48.

9            DO YOU SEE QUESTION 25?

10      A    YES.

11      Q    THERE ARE TWO VEHICLES LISTED THERE, CORRECT?

12      A    CORRECT.

13      Q    THE 2002 -- EXCUSE ME -- THE 2012 SMART CAR IS

14  NOT LISTED THERE, IS IT?

15      A    CORRECT.  I DIDN'T -- I DIDN'T KNOW AT THAT TIME

16  THAT IT DIDN'T BELONG TO YERIAN PROPERTY.

17      Q    AND WE'VE EXAMINED THE TITLE AND YOU WOULD AGREE

18  WITH ME THAT THE TITLE IS IN YOUR NAME ONLY?

19      A    YES.

20           MR. WEBBER:  I THINK, JUDGE, THAT COVERS MY

21       CROSS TO THE BEST OF MY RECOLLECTION --

22           THE COURT:  OKAY.

23           MR. WEBBER:  -- FROM WHERE IT STOPPED.

24           THE COURT:  OKAY.

25           MR. WEBBER:  I'VE HAD A FEW DAYS OFF BUT I

```
1        BELIEVE --
2               THE COURT:  OKAY.  OKAY.  MR. WOLFF, ANY
3        FURTHER QUESTIONS THAT YOU MIGHT HAVE FOR MR.
4        YERIAN?
5               MR. WOLFF:  JUST ONE OR TWO, YOUR HONOR.
6               THE COURT:  CERTAINLY.
7                     REDIRECT EXAMINATION
8   BY MR. WOLFF:
9        Q    MR. YERIAN, DID YOU OWN AN INTEREST IN B-GLOBAL
10  ON THE DATE YOU FILED THE BANKRUPTCY PETITION?
11       A    NO.
12       Q    DID YOU OWN AN INTEREST IN I-MOBILE ON THE DATE
13  YOU FILED THE BANKRUPTCY PETITION?
14       A    NO.
15       Q    DID YOU KNOWINGLY NOT LIST THE 2012 SMART CAR ON
16  YOUR BANKRUPTCY SCHEDULE?
17       A    NO.
18       Q    HOW MUCH DO YOU THINK -- WHAT IS THE CONDITION
19  OF THE 2012 SMART CAR?
20       A    IT'S A 2014 BUT I BOUGHT IT TOTALED.  I THOUGHT
21  I COULD REBUILD IT BUT I HAVEN'T HAD A CHANCE TO DO
22  ANYTHING WITH IT.
23       Q    HOW MUCH DO YOU THINK IT'S WORTH IN ITS CURRENT
24  CONDITION?
25       A    A FEW HUNDRED DOLLARS PROBABLY.
```

```
1          MR. WOLFF:  NO FURTHER QUESTIONS, YOUR
2     HONOR.
3          THE COURT:  ANYTHING ELSE?
4          MR. WEBBER:  NO FURTHER QUESTIONS FOR THIS
5     WITNESS, YOUR HONOR.
6          THE COURT:  VERY GOOD.  THANK YOU.  YOU CAN
7     STEP DOWN, MR. YERIAN.  THANK YOU VERY MUCH.
8          AND MR. WOLFF?
9          MR. WOLFF:  YOUR HONOR, WE CALL SUN YO PAK.
10         THE COURT:  AND LET'S GO AHEAD AND RE-SWEAR
11    MRS. PAK IF YOU DON'T MIND.
12         THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.
13    DO YOU SOLEMNLY SWEAR THE TESTIMONY YOU ARE ABOUT
14    TO GIVE AT THIS TIME IN THIS CASE IS THE WHOLE
15    TRUTH, SO HELP YOU GOD?
16         THE WITNESS:  YES.
17         THE CLERK:  THANK YOU.  WILL YOU PLEASE
18    STATE AND SPELL YOUR FULL NAME AND ADDRESS FOR
19    THE RECORD?
20         THE WITNESS:  MY NAME IS SUN YO PAK, 5767
21    TREASURE LANE, GRANT, FLORIDA 32949.
22         THE CLERK:  THANK YOU.  YOU MAY HAVE A SEAT.
23              TESTIMONY OF SUN YO PAK
24              DIRECT EXAMINATION
25    BY MR. WOLFF:
```

1       Q      GOOD MORNING, MISS PAK.  HOW ARE YOU?

2       A      I'M GOOD.

3       Q      CAN I HAVE YOU LOOK IN TRUSTEE'S VOLUME NUMBER

4    ONE?

5       A      THIS?

6       Q      I ASSUME THAT'S NUMBER ONE SO YES.  AND TURN TO

7    WHAT'S BEHIND TAB NUMBER 13.  AND THAT'S JUST A TAG.  IF

8    YOU GO TO THE NEXT PAGE, YOU SHOULD HAVE A -- YEAH.  HOLD

9    THAT UP FOR ME IF YOU COULD.  THANK YOU.

10          NOW, THERE IS A SERIES OF -- WELL, COULD YOU

11   TELL THE COURT WHAT THIS IS?

12      A      THIS IS THE BANK DOCUMENT FOR KOREAN BANK GIVEN

13   TO MY MOTHER, COPY OF THE -- MY MOTHER FOR WHAT SHE SEND

14   IT TO ME, THE MONEY OVER THE YEARS.

15      Q      ON -- THERE'S ENTRIES OR THREE ROWS ON THE

16   BOTTOM AND I -- IS YOUR COLUMNS NUMBERED SO THAT --

17      A      YEAH, I GOT A NUMBER IN THERE.

18      Q      OKAY.  IF YOU WOULD LOOK AT COLUMN NUMBER 11,

19   THREE ROWS FROM THE BOTTOM, THERE'S A REFERENCE OF

20   $60,000; IS THAT CORRECT?

21      A      50,000.

22      Q      IS IT 50?

23      A      YEAH.  THAT'S 50, YES.

24      Q      I'M SORRY.  I'M GETTING OLD.  WHAT DOES THAT

25   $50,000 REPRESENT?

1     A     THIS, SHE SEND IT -- SHE SEND IT -- SHE SEND IT

2   OVER TO MY ACCOUNT SO I CAN PUT IN A ETRADE ACCOUNT.

3     Q     IF YOU'D STAY THERE FOR A SECOND AND GO TO THE

4   DEBTOR'S EXHIBIT BOOK, TAB -- BEHIND TAB NUMBER 16.  ARE

5   YOU THERE?

6     A     YES.

7     Q     GO TO WHAT'S -- ON THE LOWER RIGHT THERE ARE

8   WHAT WE CALL BATES STAMPS.  AND IF YOU COULD GO TO THE ONE

9   THAT'S SP52.

10     A     52?

11     Q     CORRECT.

12     A     OKAY.

13     Q     DOES THAT SHOW A DEPOSIT OF $50,000?

14     A     YES.

15     Q     IS THAT THE SAME $50,000 THAT WE LOOKED AT ON

16   TRUSTEE'S NUMBER 13?

17     A     YES.

18     Q     AND IS THAT MONEY GIVEN TO YOU BY YOUR FAMILY

19   FROM KOREA?

20     A     YEAH.  BY MY MOTHER.

21     Q     WAS ANY OF THIS MONEY INTENDED TO BE GIVEN TO

22   YOUR HUSBAND, KEITH ALAN YERIAN?

23     A     NO.

24     Q     IF YOU WILL GO BACK TO TRUSTEE'S 13 AGAIN, THE

25   NEXT IN THE NEXT IN THE COLUMN IS -- DO YOU SEE A $10,000

1    DEPOSIT DIRECTLY BELOW THE 60,000?

2         A    YEAH.  50,000 BELOW.

3         Q    YEAH.  I'M SORRY.  I'LL GET THAT STRAIGHT SOONER

4    OR LATER.

5         A    OKAY.

6         Q    AND THEN IN COLUMN NUMBER 16, DO YOU SEE A NAME

7    WRITTEN THERE?

8         A    YES.

9         Q    AND WHOSE NAME IS THIS?

10        A    TO KEITH ALAN YERIAN, MY HUSBAND.

11        Q    WAS THIS INTENDED TO BE A GIFT TO YOUR HUSBAND,

12   KEITH ALAN YERIAN?

13        A    NO.

14        Q    WHY IS HIS NAME THERE IN COLUMN 16?

15        A    SO HE CAN DEPOSIT DIRECTLY TO THE ETRADE

16   ACCOUNT.

17        Q    HOW LONG DID IT STAY IN HIS ACCOUNT?

18        A    I DON'T THINK IT'S NOT EVEN A DAY.

19        Q    AND BELOW THAT, THERE'S ANOTHER $10,000 AND THAT

20   ALSO REFERENCES KEITH ALAN YERIAN IN COLUMN 16; IS THAT

21   CORRECT?

22        A    YES.

23        Q    AND IS THAT THE SAME SITUATION, THAT IT STAY IN

24   KEITH'S ACCOUNT?

25        A    YES.  HE WOULD -- IT STAY THERE FOR LIKE FOR

1   LESS HALF DAY, THEN WENT DIRECTLY TO THE ETRADE ACCOUNT.

2       Q    WAS IT INTENDED BY YOU OR YOUR FAMILY THAT

3   MR. -- YOUR HUSBAND WOULD GAIN ANY RIGHTS TO THE MONIES,

4   EITHER OF THOSE $10,000?

5       A    NO.

6       Q    LET'S HAVE YOU TURN TO AGAIN BACK TO THE

7   DEBTOR'S EXHIBITS AND GO TO SP -- SP86.

8       A    86?

9       Q    86.

10      A    OKAY.

11      Q    AND ON THAT PAGE, DO YOU SEE TWO DEPOSITS?

12      A    YES.  ONE DEPOSIT IN --

13      Q    ON THE LINE FOR JANUARY 2ND, 2009, IS THERE A --

14  WELL, I GUESS THIS IS ALL JANUARY -- WELL, YES, JANUARY

15  2ND OF '09, DO YOU SEE A DEPOSIT FOR $10,000?

16      A    YES.

17      Q    AND THEN ON THE VERY BOTTOM, JANUARY 9TH OF

18  2009, IS THERE ANOTHER DEPOSIT?

19      A    YES.

20      Q    ARE THOSE THE TWO DEPOSITS THAT WE IDENTIFIED ON

21  TRUSTEE'S 13?

22      A    YES.

23      Q    WHEN YOU OPENED UP THIS ACCOUNT WITH YOUR

24  HUSBAND, WERE YOU MARRIED?

25      A    YES.

1      Q    DID YOUR HUSBAND HAVE PERMISSION FROM YOU OR DID

2   YOUR HUSBAND RECOGNIZE THAT THIS MONEY WAS YOUR MONEY AND

3   NOT HIS?

4      A    YES.

5      Q    DID HE HAVE THE RIGHT TO TAKE ANY OF THIS MONEY?

6      A    NO.

7      Q    WE'VE IDENTIFIED THREE DEPOSITS INTO THIS

8   ACCOUNT.  LET'S LOOK AT SP129.

9      A    OKAY.

10     Q    THERE IS ON THAT PAGE A $3,000 DEPOSIT?

11     A    YES.

12     Q    WHAT WAS THE SOURCE OF THE MONEY FOR THAT

13  DEPOSIT?

14     A    THIS -- I SOLD THE JEWELRY BECAUSE THERE WAS THE

15  REALLY HIGH GOLD PRICE.  SO I SOLD THE JEWELRY AND I PUT

16  IT INTO THE ETRADE ACCOUNT.

17     Q    WAS ANY OF THAT MONEY -- ANY OF THAT JEWELRY

18  YOUR HUSBAND'S JEWELRY?

19     A    NO.

20     Q    DID HE MAKE ANY DEPOSITS INTO THIS ACCOUNT?

21     A    NO.

22     Q    DID THERE COME A TIME THAT YOU TOOK THE MONEY

23  OUT OF THIS ACCOUNT OR AS YOU STATED DIFFERENTLY, THE YOUR

24  HUSBAND WAS NO LONGER ON AN ACCOUNT THAT HAD YOUR MONEY IN

25  IT?

1        A    YES.

2        Q    AND WHY DID THE MONEY -- WHY WAS YOUR HUSBAND'S

3   NAME TAKEN OFF THE ACCOUNT?

4        A    I CAN'T LIVE NEXT TO THE -- HIS EX-WIFE.

5   BECAUSE SHE'S BEEN REALLY, REALLY, REALLY BAD NEIGHBOR.  I

6   CAN'T STAY WITH HER SO I DECIDED TO BUY THE HOUSE.

7        Q    HOW DID YOU CHOOSE A HOUSE IN FLORIDA?

8        A    WELL, THERE WAS THE REALLY -- I WAS LOOKING AT

9   SEVERAL DIFFERENT STATES BUT THERE WAS THE REALLY LOWER

10  PRICE THAT TIME TO FIND A GOOD HOUSE DOWN HERE.  SO I LOOK

11  AT THE LAS VEGAS OR ARIZONA BUT THIS CITY IS A MUCH BETTER

12  PRICE FOR ME OF THOSE STATES.

13       Q    SO YOU WERE LOOKING FOR PROPERTIES WITH A

14  DEPRESSED VALUE?

15       A    YES.

16       Q    IS THAT HOW YOU ALSO MADE YOUR TRADES IN THE

17  PURCHASE OF A STOCK IN THE ETRADE ACCOUNT?

18       A    YES.

19       Q    OH, CONGRATULATIONS, BY THE WAY.

20       A    THANK YOU.

21       Q    YOU DID IT VERY WELL.  NOW, HOW MUCH MONEY

22  APPROXIMATELY DID YOU USE TO PURCHASE THE HOME?

23       A    I SPENT -- ABOUT $175,000.  THERE WAS A SHORT

24  SALE.

25       Q    COULD YOU DESCRIBE TO THE COURT THE CONDITION OF

1  THE PROPERTY WHEN YOU PURCHASED IT?

2       A    THERE WAS A LOT OF DAMAGE.  IT WAS A -- ALL THE

3  AIR-CONDITIONING AND ALL THE PUMPS AND EVERYTHING IS GONE

4  AND IT HAD LOT OF DAMAGE TO THE LIVING ROOM.  WE HAD THE

5  -- EXCUSE ME -- WOOD FLOOR, AND THE CARPET'S COLOR IS ALL

6  FADE AWAY.  WALL HAD A HOLE.  SO I HAD TO FIX THE WHOLE

7  ENTIRE PLACE.

8       Q    THE TRUSTEE IS SUING YOUR HUSBAND CONCERNING

9  $81,000 WHICH WAS THE DIFFERENCE OF THE AMOUNT OF THE

10 MONEY THAT YOU TOOK OUT OF THE ACCOUNT AND THE AMOUNT USED

11 TO PURCHASE THE HOME.

12          WHAT HAPPENED TO THAT $81,000?

13      A    WELL, MOST OF IT I SPENT ON TO FIX THE HOUSE.

14      Q    WAS ANY OF THAT MONEY YOUR HUSBAND'S MONEY?

15      A    NO.

16      Q    DID YOUR HUSBAND GET OR TAKE ANY OF THAT MONEY?

17      A    NO.

18          MR. WOLFF:  NO FURTHER QUESTIONS, YOUR

19      HONOR.

20          THE COURT:  AND MR. WEBBER?

21          MR. WEBBER:  MAY I JUST HAVE A MINUTE, YOUR

22      HONOR?

23          THE COURT:  CERTAINLY.

24          MR. WEBBER:  THANK YOU.  I JUST HAVE ONE

25      QUESTION, YOUR HONOR.

```
 1                    CROSS-EXAMINATION
 2   BY MR. WEBBER:
 3        Q    WOULD YOU PLEASE TURN IN THE TRUSTEE'S VOLUME
 4   ONE TO EXHIBIT NUMBER 12?  I THINK IT MAY BE BACK A COUPLE
 5   OF TABS FROM WHERE YOU WERE.
 6             THE COURT:  TRUSTEE'S 12, CORRECT?
 7             MR. WEBBER:  TRUSTEE'S 12, YOUR HONOR.
 8   BY MR. WEBBER:
 9        Q    AND I'M LOOKING AT THE PAGE THAT SAYS SP000818.
10   818.  ARE YOU THERE?
11        A    YES.
12        Q    HAVE YOU SEEN THIS CONFIRMATION DOCUMENT BEFORE?
13        A    YES.
14        Q    TELL THE COURT WHY YOUR MOTHER DID THIS FOUR
15   YEARS AFTER THE MONEY WAS WIRE TRANSFERRED.
16        A    WELL, I DON'T KNOW EXACTLY WHAT -- YOU KNOW,
17   I -- ONE.  I WANT A WAY TO DOCUMENTATION SO SHE UNDERSTAND
18   I STILL OWE FOR HER AND I KNOW I STILL OWE HER MONEY.  SO
19   IF SOMETHING MAKE -- SHE WILL MADE A DOCUMENTATION, I'M
20   FINE WITH IT AND I WILL AGREE WITH IT AND I WILL SIGN IT
21   AND GIVE IT TO HER.  I THINK THAT PURPOSE IS SHE DID IT.
22   I'M NOT SURE.
23        Q    OKAY.  WHAT ARE THE DATES IN THE FIRST LINE?
24        A    DECEMBER 26, 2006.  NO.
25        Q    THAT'S CORRECT.
```

1       A    IT IS CORRECT?

2       Q    YEAH.

3       A    OKAY.

4       Q    TO --

5       A    TO OCTOBER, WHAT, 23RD, 2008.

6       Q    RIGHT.  AND THEN THE NEXT LINE, IT SAYS WIRE

7  TRANSFERRED MY DAUGHTER, PAREN PAK SUN YO; IS THAT YOU?

8       A    YES.

9       Q    AND SON-IN-LAW, KEITH ALAN YERIAN.  THAT'S YOUR

10 HUSBAND, RIGHT?

11      A    YES.

12      Q    AND A TOTAL OF, IS THAT WON 132 MILLION?

13      A    IT IS BUT YOU KNOW SOMETIMES THEY HAD AN

14 EXCHANGE RATE DIFFERENT.  SO, YOU KNOW, SOMETIMES IT

15 THOUSAND WON TO DOLLARS, SO IT'S THE SAME EXCHANGE FOR THE

16 DOLLAR AND A THOUSAND WON.  BUT SOMETIMES THEY ARE HIGHER.

17 BUT SHE WAS ESTIMATED THAT PRICE FOR THE (INAUDIBLE).

18      Q    AND I THINK I UNDERSTAND WHAT YOU SAID.  YOUR

19 PRIOR TESTIMONY WAS IN 2006 I BELIEVE IT WAS A DOLLAR TO A

20 THOUSAND WON, ONE U.S. DOLLAR.

21      A    YES.

22      Q    AND THEN I THINK YOU TESTIFIED IN 2008 IT HAD

23 MOVED --

24      A    YEAH.

25      Q    -- IT WAS A DOLLAR TO 1,500 WON; IS THAT --

1        A     YEAH.

2        Q     -- IS THAT ACCURATE?

3        A     THEY GET -- YES.

4        Q     OKAY.

5              MR. WEBBER:  NO FURTHER QUESTIONS, YOUR

6        HONOR.

7              THE COURT:  ANYTHING FURTHER?

8              MR. WOLFF:  NOTHING FURTHER AS TO THIS

9        WITNESS, YOUR HONOR.

10             THE COURT:  ALL RIGHT.  AND MR. WEBBER,

11       ANYTHING FURTHER FROM YOUR SIDE?

12             MR. WEBBER:  NO, YOUR HONOR.

13             THE COURT:  VERY GOOD.  THANK YOU, MISS PAK.

14       YOU CAN STEP DOWN.

15             THE WITNESS:  THANK YOU.

16             THE COURT:  WHEN WE LAST TALKED, WE HAD NOT

17       I THINK FINALLY CONCLUDED HOW CLOSING WAS GOING

18       TO BE MADE.

19             HAVE THE PARTIES HAD ANY FURTHER OPPORTUNITY

20       TO DISCUSS THAT?

21             MR. WEBBER:  JUDGE, I HAVE NOT SPOKEN WITH

22       MR. WOLFF, BUT I THOUGHT YOU SAID TO BE READY AND

23       I'M READY.

24             THE COURT:  OKAY.

25             MR. WOLFF:  READY, YOUR HONOR.

1        THE COURT:  OKAY.  JUST WANTED TO CHECK.  DO

2   YOU NEED A BREAK OR ARE YOU READY?

3        MR. WEBBER:  I'M READY.

4        THE COURT:  TRULY READY?

5        MR. WEBBER:  I'M READY.

6        THE COURT:  OKAY.  GO AHEAD AND START.  WE

7   WILL PROCEED WITH CLOSING ARGUMENTS.

8                    CLOSING ARGUMENT

9        MR. WEBBER:  MAY IT PLEASE THE COURT?

10   JUDGE, THERE ARE THREE MAIN AREAS OF THIS

11   LITIGATION.  THE OBJECTION FOR EXEMPTION --

12        THE COURT:  AND BEFORE YOU PROCEED, I WANTED

13   TO ALSO -- WHILE YOU ARE TALKING, I NOTICED THAT

14   WE HAVE A HEARING AT 2:00 THIS AFTERNOON TOO.

15   AND I DON'T KNOW IF THE PARTIES ARE BEING TOLD

16   THAT THIS WAS GOING TO BE CONTINUED OVER TODAY.

17   OKAY.

18        MR. WEBBER:  AND IT WAS MOVED --

19        THE COURT:  AND THAT'S THE MOTION FOR

20   TURNOVER?

21        MR. WEBBER:  AND THERE'S ALSO A PRELIMINARY

22   MOTION FOR SANCTIONS.  BOTH I THINK --

23        THE COURT:  CORRECT.

24        MR. WEBBER:  -- ARE PRELIMINARY --

25        THE COURT:  CORRECT.

1          MR. WEBBER:  -- BUT WE WERE TOLD THAT YOU

2     WOULD ADDRESS THEM AFTER WE GOT DONE WITH

3     CLOSING.

4          THE COURT:  RIGHT.  RIGHT.

5          MR. WEBBER:  OKAY.  YES.

6          THE COURT:  GO AHEAD AND PROCEED.

7          MR. WEBBER:  SO THE THREE MAIN AREAS ARE THE

8     OBJECTION TO THE EXEMPTION.  YOU HEARD MR. VAN

9     HEYDE -- AND I'M GOING TO REVIEW HIS TESTIMONY IN

10    A LITTLE BIT.

11         THEN WE HAVE THE FRAUDULENT TRANSFER AND

12    THAT'S COUNTS FIVE AND SIX.  AND THAT INVOLVES

13    THE JOINT ETRADE ACCOUNT TO THE SINGLE ETRADE

14    ACCOUNT WHERE IT WENT FROM JOINT WITH RIGHT --

15    WITH RIGHT OF SURVIVORSHIP TO MISS PAK ONLY.

16         AND THEN THE OTHER AREA IS 727(A)(2)(A) AND

17    727(B)(4).

18         THE COURT:  OKAY.

19         MR. WEBBER:  TRUSTEE'S EXHIBIT NUMBER ONE IS

20    THE EXPERT REPORT OF MR. VAN HEYDE.  HE TESTIFIED

21    THAT THE SELF-DIRECTED IRA WAS PROPERLY SET UP.

22    BUT THAT THE EVIDENCE THAT HE HAD REVIEWED AND

23    THE EVIDENCE ADMITTED BY THIS COURT SHOWED THAT

24    PROHIBITED TRANSACTIONS BY DISQUALIFIED PERSONS

25    OCCURRED WHICH CAUSED THE SELF-DIRECTED IRA --

```
1        AND FOR THE RECORD, THAT'S A KEITH YERIAN

2    SELF-DIRECTED IRA --

3            THE COURT:  UM-HMM.

4            MR. WEBBER:  -- TO LOSE ITS EXEMPTION UNDER

5    INTERNAL REVENUE CODE 408, PAREN SMALL E, PAREN 2

6    AND BANKRUPTCY CODE 522, PAREN SMALL B, PAREN 3,

7    PAREN CAPITAL C.

8            YOU MAY REMEMBER HE WENT THROUGH THE

9    PROHIBITED TRANSACTION DEFINITIONS AND THE

10   DISQUALIFIED DEFINITIONS.  JUDGE, JUST TO REVIEW,

11   THOSE WERE INTERNAL REVENUE CODE 497(5), PAREN

12   SMALL C, PAREN 1.  AND HE WENT DIRECTLY TO PAREN

13   CAPITAL D, END PAREN, CAPITAL E, WHICH ARE -- AND

14   THERE ARE SIX AREAS OF PROHIBITED TRANSACTIONS,

15   OUTLINES.

16           D IS THE TRANSFER TO OR USE BY OR FOR THE

17   BENEFIT OF A DISQUALIFIED PERSON OF THE INCOME OR

18   ASSETS OF THE IRA.  AND THE OTHER WAS AN ACT BY A

19   DISQUALIFIED PERSON WHO IS A FIDUCIARY, WHEREBY

20   HE DEALS WITH THE INCOME OR ASSETS OF A PLAN IN

21   HIS OWN INTEREST FOR HIS OWN ACCOUNT.

22           AND THEN WE WENT TO DISQUALIFIED PERSONS.

23   THAT WAS INTERNAL REVENUE CODE 4975, PAREN E,

24   PAREN 2.  E2, PAREN CAPITAL A, IS THE FIDUCIARY,

25   THE ONE WHO CONTROLS THE ASSETS OF MR. YERIAN.
```

1       AND E2, PARENT CAPITAL F, MEMBER OF THE FAMILY OF

2       THE FIDUCIARY.  THERE WERE -- PAK IS A

3       DISQUALIFIED PERSON AND MR. YERIAN IS A

4       DISQUALIFIED PERSON.

5          HE IDENTIFIED TO THIS COURT THREE PROHIBITED

6       TRANSACTIONS.  THE PURCHASE AND IMPROVEMENT OF

7       THE SMART CAR IN DECEMBER OF 2014.  AND THE

8       REFERENCE, JUDGE, IS TRUSTEE'S EXHIBIT 46, SHOWS

9       THE MONEY COMING OUT TIED WITH HIS TESTIMONY.

10      THAT'S THE FIFTH THIRD BANK STATEMENT OF THE

11      SELF-DIRECTED IRA.

12         TRUSTEE'S 119 SHOWS THAT THE SMART CAR IS

13      TITLED IN THE NAME OF THE DEBTOR AND NOT THE

14      SELF-DIRECTED IRA.  AND THERE'S BEEN TESTIMONY

15      THAT THAT -- ABOUT THAT CAR.

16         THE SECOND PROHIBITED TRANSACTION, YOUR

17      HONOR, WAS THE 2007 SUBURBAN.  THAT WAS ALSO

18      PURCHASE IN DECEMBER OF 2014.  THAT VEHICLE WAS

19      TITLED IN SUN YO PAK'S INDIVIDUAL NAME.  SHE

20      TESTIFIED SHE DOES USE THE VEHICLE.  THAT'S ALSO

21      TRUSTEE'S 46 FOR THE RECORD AND TRUSTEE'S 120 IS

22      A COPY OF THE TITLE WHICH SHOWS IT IS IN PAK'S

23      NAME INDIVIDUALLY.

24         THE THIRD PROHIBITED TRANSACTION WAS THE USE

25      OF THE PUERTO RICO CONDOMINIUM.  YOU HEARD

1    TESTIMONY BY MR. YERIAN THAT HE HAD STAYED THERE

2    AND PAK WHEN THEY HAD TRAVELED TO PUERTO RICO.

3    YOU HEARD THE EXPERT WITNESS SAY THAT THERE CAN

4    BE NO BENEFIT OR USE.  YOU CAN'T STAY IN THE

5    CONDO.  THAT CONDO, THE TITLE TO THAT CONDOMINIUM

6    IS CORRECT.  IT IS IN THE YERIAN PROPERTIES LLC

7    SELF-DIRECTED IRA, BUT THE IMPROPER USE IN

8    STAYING THERE IS WHAT CREATES A PROHIBITED

9    TRANSACTION.

10        WE ALSO SAW THE IMPROPER CASH WITHDRAWAL OF

11   THAT $8,000 AND THAT WAS TRUSTEE'S 125.  THAT

12   WOULD HAVE BEEN AN ADDITIONAL PROHIBITED ACT.

13        THERE'S NO MINIMUM THRESHOLD, JUDGE.  YOU

14   ONLY NEED ONE.  I THINK WE'VE SHOWN THREE OR

15   FOUR.  AND ONCE YOU HAVE ONE, YOU COMPLETELY LOSE

16   THE EXEMPTION AND THERE WERE NO 1099R'S ISSUED,

17   AND WE LOOKED AT ALL THE TAX RETURNS AND THERE

18   WERE NO DISTRIBUTIONS ON THE TAX RETURNS.

19        YOU REMEMBER MR. VAN HEYDE'S CONCLUSIONS.

20   IT LOST ITS EXEMPT STATUS UNDER 408, PAREN SMALL

21   E, PAREN 2.  THE DISQUALIFIED PERSONS DID THE

22   FIRST PROHIBITED TRANSACTIONS IN 2014.  FOR THE

23   RECORD, THE BANKRUPTCY WAS FILED ON FEBRUARY 27,

24   2015, SO THEY WERE PRE-PETITION PROHIBITED

25   TRANSACTIONS.

1          THE BOTTOM LINE IS, ON JANUARY 1, 2014, AND

2     IF IT OCCURS IN THE YEAR OF THE PROHIBITED

3     TRANSACTION, THEN IT GOES TO JANUARY 1ST.  ALL

4     THE ASSETS OF THE SELF-DIRECTED IRA ARE DEEMED

5     DISTRIBUTED TO THE DEBTOR.

6          AT THAT POINT, IT LOSES ITS EXEMPT STATUS AS

7     AN IRA, AND I HAVE GIVEN YOU THE BANKRUPTCY CODE

8     NUMBER 522(B)(3)(C), AND WE MAINTAIN IT'S SECTION

9     541, PROPERTY OF THE ESTATE, SUBJECT TO

10    ADMINISTRATION BY THE TRUSTEE.

11         I AM ASKING FOR AN ORDER SUSTAINING THE

12    TRUSTEE'S OBJECTION TO THE CLAIM OF EXEMPTIONS,

13    HOLDING THAT THE ASSETS WERE NON EXEMPT AS OF

14    PETITION DATE, TURNOVER OF ANY CASH REMAINING IN

15    THE FIFTH THIRD BANK ACCOUNT, AND COOPERATION

16    FROM THE DEBTOR TO LIQUIDATE PALM BAY AND PUERTO

17    RICO.  AND THAT'S SPECIFICALLY UNDER COUNT NINE

18    OF THE INJUNCTION COUNT THAT WE ARE ASKING FOR

19    THOSE LAST TWO PARTS OF THE RELIEF.

20         ALL RIGHT.  FRAUDULENT TRANSFER --

21         THE COURT:  LET ME ASK YOU BEFORE YOU MOVE

22    ON --

23         MR. WEBBER:  YES.

24         THE COURT:  -- TO THE FRAUDULENT TRANSFER

25    COUNTS.  THE DEBTOR ALLUDED TO THE TAX

1       IMPLICATIONS OF DEEMING THE IRA ASSETS

2       DISTRIBUTED.  DO YOU TAKE ANY OR MAKE ANY

3       RESPONSE TO THAT?

4            MR. WEBBER:  NO.  WE -- I THINK YOU ADMITTED

5       IT.  WE HAVE TRIED TO DO -- SUBSTITUTE 77 I

6       THINK.  WE ADMITTED IT AS TRUSTEE'S 130 AND IT

7       SHOWS THE TAX RAMIFICATIONS.  THOSE OCCURRED

8       PRE-PETITION THROUGH THE ACTIONS OF THE DEBTOR.

9            THE COURT:  UM-HMM.

10           MR. WEBBER:  I THINK, JUDGE, THERE MAY BE AN

11      ARGUMENT WITH THE IRS ON CASH TRANSACTIONS VERSUS

12      OTHER AND HOW THERE SHOULD BE PENALTIES

13      CALCULATED.  BUT I THINK IT'S IN THE BALLPARK, IF

14      THAT'S YOUR QUESTION TO ME.

15           DOES THAT MEAN I'M GOING TO AGREE TO THAT

16      NUMBER WITH THE IRS?  MAYBE NOT.  BUT IT'S

17      DEFINITELY IN THE BALLPARK AND IT DEFINITELY IS A

18      TAX CONSEQUENCE.

19           THE COURT:  VERY GOOD.  THANK YOU.

20           MR. WEBBER:  COUNT FIVE AND SIX ARE THE

21      FRAUDULENT TRANSFER COUNTS AGAINST DEFENDANT PAK

22      FROM THE JOINT ETRADE ACCOUNT, NUMBER 8472, AND

23      WE ALSO HAVE COUNT FOUR, WHICH IS SECTION 550 TO

24      RECOVER THE VALUE OF THE TRANSFER --

25           THE COURT:  OKAY.  I DON'T HAVE THE

1    COMPLAINT IN FRONT OF ME SO IT'S COUNTS FOUR,

2    FIVE AND SIX; IS THAT CORRECT?

3        MR. WEBBER:  FIVE AND SIX ARE FRAUDULENT

4    TRANSFER AND COUNT FOUR IS 550.

5        THE COURT:  THANK YOU.

6        MR. WEBBER:  YES.  SO THAT'S FOUR, FIVE AND

7    SIX.

8        THE COURT:  FOUR, FIVE AND SIX?

9        MR. WEBBER:  YES, JUDGE.  I JUST HAVE THEM

10   OUT OF ORDER.  SORRY.

11       THE COURT:  THAT'S OKAY.

12       MR. WEBBER:  WE HAVE PLENTY OF EVIDENCE ON

13   WHEN THE ACCOUNT WAS OPENED UP, 2008, JOINT.  IT

14   WAS JTWROS, WHICH WE ALL KNOW IS JOINT TENANTS

15   WITH RIGHT OF SURVIVORSHIP.  BOTH DEFENDANT PAK

16   AND MR. YERIAN TESTIFIED THAT THE ACCOUNT WAS

17   OPENED IN BOTH OF THEIR NAMES.

18       IT WAS FUNDED BY THE INITIAL $50,000 WIRE,

19   WHICH IS TRUSTEE'S EXHIBIT 13, WHICH WE'VE LOOKED

20   AT, JUDGE.  AND WE LABELED THE COLUMNS BECAUSE

21   IT'S SMALL PRINT AND I THINK WE ARE ALL CLEAR ON

22   WHAT TRUSTEE'S EXHIBIT 13 SHOWS.  I'M NOT GOING

23   TO GO THROUGH EVERY COLUMN NOW.

24       MR. YERIAN TRANSFERRED TWO $10,000 DEPOSITS

25   INTO THAT ETRADE ACCOUNT.  WE JUST WENT OVER THE

1    DATES.  THERE'S NO DISPUTE AS TO THAT.  THE MONEY

2    WAS FROM DEFENDANT PAK'S MOTHER IN KOREA AND TO

3    HER SON-IN-LAW, KEITH YERIAN.

4        IT'S TROUBLING THAT ALL OF THIS IS

5    DOCUMENTED FOUR YEARS AFTER THE TRANSACTIONS.

6    AND JULY 20TH, 2012 IS THE DATE IN TRUSTEE'S 13.

7    THIS WAS FOUR YEARS AFTER THE TRANSFERS AND SEVEN

8    MONTHS AFTER DEBBIE YERIAN FILED A COMMERCIAL

9    LAWSUIT.

10        IT IS ALSO THE SAME TIME THAT THE DOMESTIC

11    LITIGATION IS ALSO OCCURRING BY FORMER SPOUSE,

12    DEBBIE YERIAN, AGAINST THE DEBTOR, KEITH YERIAN.

13    WE BELIEVE THAT THIS TIMING HELPS SHOW ACTUAL

14    INTENT.

15        WE HAVE GONE THROUGH THE DATES.  THERE WERE

16    THOUSANDS OF STOCK TRADES, JUDGE, BETWEEN 2008

17    AND 2012.  AND THAT'S CONFIRMED BY DEBTOR'S

18    EXHIBIT NUMBER 16.  TESTIMONY THAT THE DEBTOR

19    PHYSICALLY MADE EVERY SINGLE TRADE BUT THAT EVERY

20    TRADE WAS DEFENDANT PAK'S IDEA WITH NO ASSISTANCE

21    FROM THE DEBTOR.  THAT'S THE TESTIMONY, JUDGE.

22        THE VALUE OF THAT ACCOUNT INCREASED

23    FOUR-FOLD TO $257,285.61 IN MARCH OF 2012 AND

24    THAT'S TRUSTEE'S EXHIBIT NUMBER 5.

25        THEN THEY BOTH SAY THAT HE WAS TAKEN OFF AND

1          THE WAY THEY HAD TO DO IT WAS TO OPEN A SEPARATE

2     ETRADE ACCOUNT.  AND THEN THE 256,000 WAS

3     TRANSFERRED INTO THE ETRADE ACCOUNT WITH HER NAME

4     ONLY.

5          THEIR TESTIMONY WAS THAT SO SHE COULD BUY A

6     HOUSE.  WELL, SHE COULD HAVE BOUGHT THE HOUSE OUT

7     OF THE JOINT ETRADE ACCOUNT.  IT'S THE TRUSTEE'S

8     POSITION THEY WERE WASHING THE DEBTOR'S NAME OFF

9     THE ACCOUNT BECAUSE OF LITIGATION WITH DEBBIE

10    YERIAN.

11         YOU'VE HEARD THE TESTIMONY OF THE PURCHASE

12    OF THE HOMESTEAD, THE REPAIRS.  WE ALL KNOW THAT

13    A TENDENCY BY THE ENTIRETY ACCOUNT MEETS THE SIX

14    UNITIES, ONE BEING MARRIAGE AND THEN TITLE, TIME,

15    INTEREST, POSSESSION, AND THEN WE ALL HAVE THE

16    RIGHT OF SURVIVORSHIP.

17         THE DEBTOR IN THIS CASE AND DEFENDANT PAK

18    HAVE EXPRESSLY DISCLAIMED ANY TENDENCY BY THE

19    ENTIRETIES.  AND THERE'S A GOOD JUDGE RISSMAN

20    CASE ON POINT -- IN RE: STEPHENSON,

21    S-T-E-P-H-E-N-S-O-N, 2012 WESTLAW, 48-96725.

22         THE COURT:  WHAT'S THE NUMBER AGAIN,

23    48-96725?

24         MR. WEBBER:  YES, YES, JUDGE.

25         THE COURT:  THANK YOU.

1          MR. WEBBER:  48-96725.

2          THE COURT:  THANK YOU.

3          MR. WEBBER:  AND THE FUNDS LACK THE UNITIES

4     OF TITLE AND TIME.  AS YOU KNOW, THEY CAME IN IN

5     THREE INSTALLMENTS, 50, 10, AND 10.

6          IF YOU LOOK AT TRUSTEE'S 20, QUESTION NUMBER

7     11, PAK DISCLAIMS ANY TENDENCY BY THE ENTIRETY

8     AND SAYS IT'S HERS ONLY.  IF YOU LOOK AT

9     TRUSTEE'S NUMBER 78 -- I'M SORRY, I DON'T HAVE

10    THE NUMBER, I CAN LOOK IT UP -- BUT MR. YERIAN'S

11    RESPONSES TO THE TRUSTEE'S INTERROGATORIES ALSO

12    CONFIRM THAT IT'S TENDENCY BY THE ENTIRETIES.

13         BECAUSE IT'S NOT A TENDENCY BY THE ENTIRETY

14    ACCOUNT AND IT'S A JOINT RIGHT -- JOINT TENANT

15    WITH RIGHT OF SURVIVORSHIP, MR. YERIAN POSSESSES

16    A DIVISIBLE HALF INTEREST IN THE ETRADE ACCOUNT

17    WHEN THE FUNDS WERE TRANSFERRED INTO DEFENDANT

18    PAK'S INDIVIDUAL ACCOUNT.

19         FUNDS CONTRIBUTED TO A JOINT BANK ACCOUNT,

20    JUDGE, BY ONE OF THE OWNER'S OF THE ACCOUNT ARE

21    PRESUMED TO BE A GIFT TO THE OTHER OWNERS OF THE

22    ACCOUNT ABSENT CLEAR AND CONVINCING EVIDENCE TO

23    THE CONTRARY AND THE INTEREST OF ALL JOINT OWNERS

24    IN THE FUND SURVIVED THEIR TRANSFER FROM THE

25    ACCOUNT BY ONE OF THE OWNERS.

1          THAT'S A CASE CALLED DE SOTO.  IT'S CAPITAL

2     D, SMALL E, SEPARATE WORD, CAPITAL S-O-T-O, V.

3     GUARDIANSHIP OF DE SOTO, 664 SOUTHERN SECOND 66,

4     PAGE 67, FLORIDA THIRD DCA 1995.  WE BELIEVE THAT

5     THE CONFIRMATION OF THE ACCOUNT FROM THE MOTHER

6     IN KOREA SAYS IT WAS TO BOTH OF THEM AND THAT THE

7     TESTIMONY FROM BOTH DEFENDANT PAK AND DEBTOR

8     YERIAN, IN LIGHT OF THAT EVIDENCE, DOES NOT MEET

9     THE CLEAR AND CONVINCING EVIDENCE STAND.

10         WE ALSO DON'T BELIEVE, JUDGE, THAT THE

11    TESTIMONY REGARDING ALL THE TRADES AS BEING

12    CREDIBLE BY DEFENDANT PAK.  YOU HEARD THE

13    TESTIMONY FROM EMERSON YERIAN ON THE VIDEO

14    SCREEN.  HIS DAD WAS A WELL-SEASONED VETERAN IN

15    TRADES.  THAT'S WHAT HE TALKED ABOUT.  THAT'S

16    WHAT HE DID.  HE DID A LOT OF DAY TRADING.

17         AND IT'S THE TRUSTEE'S THEORY THAT DEFENDANT

18    PAK AND THE DEBTOR USED THE ACCOUNT JOINTLY TO

19    MAKE LARGE RETURNS WHICH MR. YERIAN CONTROLLED,

20    BUT THEN TRANSFERRED THE FUNDS INTO THE HOMESTEAD

21    OF DEFENDANT PAK TO KEEP IT FROM DEBBIE YERIAN.

22    AND YOU HAVE TO REMEMBER, AT THE TIME THAT THIS

23    ALL OCCURS, WE HAVE TWO SETS OF LITIGATION

24    PROCEEDING.

25         AND SO WE BELIEVE THAT THE DEBTOR'S

1     DIVISIBLE HALF INTEREST IN THE JOINT ETRADE

2     ACCOUNT WOULD HAVE BEEN SECTION 541, PROPERTY OF

3     THE ESTATE.  WE ARE SEEKING A JUDGMENT FOR

4     128,000 WHICH WAS HALF OF THE MONEY THAT WAS

5     TRANSFERRED OUT AT THE TIME.  AND, JUDGE, HERE

6     ARE THE ACTUAL BADGES OF FRAUD UNDER COUNT FIVE.

7     IT'S 726.105, PAREN 1, PAREN SMALL A.

8          WE HAVE TWO LITIGATIONS.  NOT JUST ONE.  BUT

9     WE HAVE THE DOMESTIC AND WE HAVE THE COMMERCIAL.

10    SO THAT'S TWO BADGES.  THAT -- THE COMMERCIAL

11    LAWSUIT WAS NOT SETTLED UNTIL FEBRUARY OF 2014.

12    THAT'S THE DEBTOR'S EXHIBIT 12.  IT WAS FILED ON

13    NOVEMBER 8TH, 2011.  AND THAT'S DEBTOR'S EXHIBIT

14    11.

15         THE DOMESTIC LAWSUIT WAS PENDING.  THE ORDER

16    WAS ENTERED FEBRUARY 13TH, 2012.  THAT'S

17    TRUSTEE'S 128.  AGAIN, THAT WAS JUST MONTHS, THE

18    MONTH BEFORE THE TRANSFERS.  THE TRANSFERS WERE

19    MADE IN MARCH OF 2012.

20         WE HAD DEBBIE YERIAN AS THE ACTUAL

21    CREDITOR'S SHOES I STEPPED INTO.  THERE WERE ALSO

22    MANY ON SCHEDULE F, JUDGE, ONE OF THE REASONS I

23    WENT THROUGH THE OPENING DATES OF ALL OF THOSE

24    ACCOUNTS.  YOU WILL ALSO REMEMBER MR. YERIAN'S

25    TESTIMONY THAT HE DEFAULTED ON HIS MORTGAGES IN

1    2011 EVEN THOUGH THEY MOVED TO FLORIDA IN 2012.

2    THERE'S A $68,000 MORTGAGE DEFICIENCY IN SCHEDULE

3    F, WHICH WAS IN DEFAULT AT THE TIME OF THESE

4    TRANSFERS.

5        THE TRANSFER WAS THROUGH AN INSIDER FROM

6    BOTH NAMES TO DEFENDANT PAK, THE WIFE.  WE ARGUED

7    DEBTOR RETAINED POSSESSION OR CONTROL BECAUSE HE

8    LIVED IN HER HOMESTEAD IN FLORIDA AND MOVED TO

9    FLORIDA.  WE BELIEVE THAT IT WAS CONCEALED AND

10    THAT THE FUNDS WERE WASHED FOR HER NAME ONLY WHEN

11    SHE COULD HAVE PURCHASED THE HOMESTEAD FROM THE

12    JOINT ACCOUNT.  WE JUST DON'T BELIEVE THAT BOTH

13    OF THOSE TESTIMONIES ARE CREDIBLE ON THAT ISSUE.

14        THE HOMESTEAD COULD HAVE BEEN PURCHASED FROM

15    THE JOINT ACCOUNT.  THERE WAS NO REASON TO WASH

16    IT INTO THE INDIVIDUAL ACCOUNT.  WE BELIEVE THAT

17    WHOLE SERIES OF TRANSACTIONS ALSO SHOWS CREDIBLE

18    INTENT AND THEIR TESTIMONY IS NOT CREDIBLE ON

19    THAT ISSUE.

20        WE BELIEVE THE DEBTOR WAS LIKELY INSOLVENT

21    OR BECAME INSOLVENT AFTER THE TRADE.  ALSO, WE

22    HAVE CONSTRUCTIVE FRAUD UNDER 726.1051, PAREN

23    SMALL B.  HE DIDN'T RECEIVE REASONABLY EQUIVALENT

24    VALUE FOR THAT.  HIS NAME WAS NOT PLACED ON THE

25    DEED TO THE HOMESTEAD IN FLORIDA, AND WE ASK FOR

1      A JUDGMENT AGAINST DEFENDANT PAK FOR $128,000.

2         FINALLY, THE DISCHARGE SHOULD BE DENIED

3      UNDER COUNT ONE, 727(A)2, PAREN CAPITAL A, AND

4      ALSO 727(A(4) FOR FALSE OATHS.

5         UNDER COUNT ONE, JUDGE, THE MAIN ARGUMENT

6      HERE IS THE CONCEALMENT.  MOST OF THE TRANSFERS

7      WERE OUTSIDE THE TIME FRAME OF ONE YEAR BUT THE

8      CONCEALMENT CONTINUES ALL THE WAY THROUGH THE

9      PETITION.  SO WE ARE NOT ARGUING TRANSFERS HERE,

10     JUDGE.  WE ARE ARGUING CONCEALMENT.

11        YOU HEARD THE TESTIMONY ABOUT THE BANKRUPTCY

12     PAPERS, JUDGE.  SOME OF THE BIG THINGS THAT WERE

13     LEFT OFF INITIALLY, THEY WERE AMENDED AND ADDED

14     LATER, BUT SOMETIMES, MANY TIMES LATER AND

15     SEVERAL AMENDMENTS LATER.  WE DIDN'T EVEN KNOW

16     ABOUT THE SELF-DIRECTED IRA.  THE DSO TO DEBBIE

17     YERIAN WAS NOT LISTED.  SHE DIDN'T EVEN GET

18     NOTICE OF THE 341 MEETING.  I HAVE AN OBLIGATION

19     TO SEND OUT A DSO LETTER AND THE 341 WAS

20     CONCLUDED.

21        WE FAILED TO DISCLOSE THE OWNERSHIP OF THE

22     SMART CAR.  THAT HAS NOT BEEN CORRECTED AS WE

23     STAND HERE TODAY.  FAILED TO DISCLOSE THE

24     OWNERSHIP IN I-MOBILE AND B-GLOBAL.  THE

25     SECRETARY OF STATE OF OHIO SHOWS THAT MR. YERIAN

1          AS THE DATE OF PETITION IS AN INCORPORATOR IN

2     BOTH OF THOSE COMPANIES, AND HE DOESN'T LIST IT

3     ON SOFA OR ANYONE ELSE.  HE CAN PUT ZERO VALUE

4     BUT THEY ARE NOT LISTED.  THEY ARE NOT DISCLOSED.

5     THEY ARE CONCEALED.

6          TRUSTEE'S 26 AND 27, JUDGE, WHICH YOU JUST

7     REVIEWED A MINUTE AGO.  DEBTOR FAILED TO DISCLOSE

8     HIS OWNERSHIP IN MEGUSEY SOFTWARE LLC.  YOU'VE

9     HEARD LOTS OF TESTIMONY.  I DON'T KNOW IF YOU'VE

10    HAD A CHANCE TO READ MR. MCLEOD'S DESIGNATION YET

11    BUT YOU HAVE A HIGHLIGHTED VERSION IN YOUR VOLUME

12    BOX.  IT MAKES IT A LITTLE EASIER ON YOU.

13         THE TESTIMONY IS HE IS LISTED AS A MANAGER

14    ON THE NEVADA RECORDS, STILL LISTED AS A MANAGER

15    TODAY.  NEVER BEEN CHANGED.  WE BELIEVE THAT HE

16    ESTABLISHED THAT COMPANY TO -- BASED ON THE

17    TESTIMONY OF EMERSON YERIAN, JUDGE.  YOU MAY

18    REMEMBER THERE WAS A DISCUSSION AT THE ETC

19    HEADQUARTERS WHERE EMERSON'S MOTHER, THE DEBTOR'S

20    FORMER WIFE, HEARD THE CONVERSATION.  AND THAT

21    CONVERSATION WAS TO SET UP THE COMPANY.

22         WE ALSO HEARD TESTIMONY THAT THAT COMPANY

23    ENDED UP BEING MEGUSEY.  ALL OF THE LARGE

24    CLIENTS -- MR. MCLEOD SAID HE HAD ONE SMALL

25    INSIGNIFICANT CLIENT -- WERE CLIENTS THAT THE

1       DEBTOR SENT TO MEGUSEY.  AND WE ALSO -- MEGUSEY

2       PAID FOR THE FOLLOWING EXPENSES.  AND WE THINK

3       THIS IS VERY IMPORTANT BECAUSE THERE'S AN

4       ECONOMIC BENEFIT HERE.  AND WHAT'S GOING ON IS

5       TRYING TO MAKE SURE DEBBIE YERIAN CAN'T GET TO

6       ANY ASSETS, TRYING TO MAKE SURE THAT THE W2

7       INCOME IS LOW SO THE ALIMONY AND CHILD SUPPORT

8       DON'T INCREASE.

9            MOVING EXPENSES FROM OHIO TO FLORIDA,

10      $12,000.  NEVER PAID BACK.  A THOUSAND DOLLARS A

11      MONTH FOR TO RENT A ROOM IN DEFENDANT PAK'S HOME

12      FOR MR. YERIAN'S OFFICE.  IT'S BEEN PAID,

13      TESTIMONY WAS SEPTEMBER 1ST, 2012 TO THE PRESENT

14      DAY.

15           INVOICES WERE DRAFTED BY MR. YERIAN AND

16      SUBMITTED WITH ALL CHECKS PAYABLE TO SUN PAK.

17      INTERNET, CABLE AND TV, USED BY BOTH FAMILIES

18      PAID BY MEGUSEY.  THE FLIGHT, YOU REMEMBER

19      DEFENDANT PAK'S FATHER PASSED IN KOREA, MEGUSEY

20      PAID FOR THAT FLIGHT.  FLIGHTS TO PUERTO RICO, NO

21      OFFSETS AGAINST THE RENT AND NEVER REPAID.

22           MEDICAL AND DENTAL INSURANCES WERE PAID.

23      AND THEN, THE MILEAGE ON THE CAR TRIPS FROM OHIO

24      AND FLORIDA.  THERE WERE MULTIPLE TRIPS, JUDGE.

25      AND THEY WERE 17 HOUR DRIVES EACH WAY.  NO AIR

1    FARE, NO RENTAL CARS.  BUT WHO DRIVES 17 HOURS

2    EACH WAY?  SOMEBODY WHO WANTS TO GET EXPENSES OUT

3    OF THE COMPANY THEY SET UP SO THEY DON'T HAVE

4    REPORTABLE W2 INCOME.

5        WE HEARD TESTIMONY THAT THERE WERE PAYMENTS

6    ON THE LOANS TO CMS BY MEGUSEY.  AGAIN, TO THE

7    DEBTOR'S BENEFIT.  HE RECEIVED A CREDIT CARD IN

8    JULY OF 2012.  THAT STARTS IN TRUSTEE'S EXHIBIT

9    NUMBER 59.  AND HIS NAME APPEARS ON THE

10   STATEMENTS.  AND AS I STATED, JUDGE, THERE'S A

11   LINE, A HORIZONTAL LINE WHERE MR. MCLEOD IS ABOVE

12   AND ALL CHARGES BY MR. YERIAN ARE BELOW.  AND

13   THERE ARE SUBSTANTIAL CHARGES.  THESE ARE

14   TRUSTEE'S EXHIBITS 59, 63, 64 AND 67.  THEY SHOW

15   MULTIPLE PURCHASES AND AGAIN UNREPORTED INCOME

16   FOR MR. YERIAN.

17       WE BELIEVE THAT THAT CONVERSATION WITH

18   EMERSON YERIAN IS DEFINITIVE ON THIS.  THE

19   COMPANY WAS GOING TO BE SET UP.  CUSTOMERS WERE

20   GOING TO BE TAKEN.  MEGUSEY IS INCORPORATED, AND

21   WE BELIEVE THAT THAT SHOWS ACTUAL INTENT AND

22   FRAUD FOR THE CONCEALMENT.

23       JUDGE, I WENT THROUGH AND DID SOME QUICK

24   FIGURING, THAT ALL THIS INFORMATION I HAVE

25   GLEANED DOWN FROM ADMITTED EXHIBITS.  IN 2011 --

1    I AM LOOKING FOR THE BENEFIT TO KEITH YERIAN AND

2    DEFENDANT PAK FROM MEGUSEY AND THEN I AM ALSO

3    GOING TO DO THE BENEFIT OF MR. MCLEOD WHO WAS

4    RETIRED ON SOCIAL SECURITY WHEN MEGUSEY WAS

5    FORMED.

6        IN THE YEAR 2011, WE HAVE $30,576 FOR THE

7    DEBTOR.  IN 2012 -- AND THIS IS THE YEAR OF THE

8    MOVING EXPENSES AND THE SALARY AND THE RENT

9    STARTS AND ALL OF THAT, BRIGHT HOUSE AND ALL OF

10   THAT -- $49,479.54 BENEFIT.  IN THE YEAR 2013,

11   $37,794.72 BENEFIT.  IN THE YEAR 2014, $54,500.

12   AND THIS IS NOT ALL W2 INCOME.  THIS IS

13   EVERYTHING ALL ADDED UP.  AND IN 2015,

14   $51,914.54.

15       NOW, IF WE LOOK AT THE SAME YEARS AND MR.

16   MCLEOD'S BENEFITS, IN 2011, HE HAD $24,000 OF

17   EARNINGS.  THIS IS TRUSTEE'S 49, THE PAYROLL

18   JOURNAL.  AND HE HAD K1 INCOME OF $186, TRUSTEE'S

19   EXHIBIT 88.  MS84 IS THE BATES NUMBER.  IN 2012,

20   HE RECEIVED COMPENSATION AS AN OFFICER OF

21   $35,050.  THAT'S TRUSTEE'S 58 AND TRUSTEE'S 96 AT

22   BATES STAMP MS92.  HE HAD K1 INCOME OF $3,418,

23   TRUSTEE'S 96 AT MS98.

24       IN 2013, A LITTLE HARDER TO FIGURE HERE,

25   JUDGE, BECAUSE OF THE DATA THAT WE HAVE.  BUT K1

1        INCOME TO MR. MCLEOD ARE $467, TRUSTEE'S 102,

2        BATES STAMP MS 112.  IT DOES APPEAR THAT HE DID

3        RECEIVE $18,839 OF OFFICER COMPENSATION AND 2,537

4        OF WAGES.  IN 2014, HE RECEIVED K1 INCOME OF

5        $392.  THAT'S TRUSTEE'S 108, BATES STAMP MS 132.

6        AND $24,646 OF WAGES.  AND FINALLY, 2015, K1

7        INCOME OF $590, TRUSTEE'S EXHIBIT 113, BATES

8        STAMP MS801.  AND WE BELIEVE THAT THE MATH SHOWS

9        MR. MCLEOD RECEIVED WAGES OF ONLY $9,350.

10        YOU PUT THOSE SIDE BY SIDE, JUDGE, FOR EVERY

11        YEAR, THERE'S ONE THAT'S PRETTY CLOSE.  BUT

12        BESIDES THAT, IT'S ALWAYS IN MR. YERIAN'S FAVOR.

13        THAT HE GETS THE LARGEST BENEFIT OUT OF MEGUSEY.

14        AND WE BELIEVE THAT THE TESTIMONY THAT HE WASN'T

15        AN OWNER IS JUST NOT CREDIBLE AND THAT THAT

16        OWNERSHIP AND THOSE BENEFITS WERE CONCEALED FROM

17        THE TRUSTEE.

18        FINALLY, THIS IS COUNT TWO, JUDGE, 727A4,

19        FALSE OATHS AND ACCOUNTS.  HE FAILED TO READ ANY

20        OF THE PETITION DOCUMENTS DESPITE SIGNING UNDER

21        PENALTY OF PERJURY THAT HE HAD.  HE MADE FALSE

22        STATEMENTS TO ME AT THE 341 MEETING.  YOU HAVE

23        THE 341 TRANSCRIPT IN EVIDENCE.

24        HE INCLUDED LIENS ON THE VEHICLES TO DEAN

25        BARKER WHEN THEY WERE NOT ON THE TITLES.  AND

1    BOTH OF THOSE TITLES WILL BE IN EVIDENCE AND THEY

2    SHOW NO LIENS.  AND MR. YERIAN HAS OWNED SEVERAL

3    VEHICLES AND HE SAID HE CAN READ TITLES BUT YET

4    HE SAYS THAT THERE ARE LIENS TO MR. BARKER WHEN

5    HE FILES BANKRUPTCY.

6         WE BELIEVE THAT WAS DONE INTENTIONALLY TO

7    HAVE ME BELIEVE THERE WAS NO EQUITY IN EITHER

8    VEHICLE SO THAT I WOULDN'T PURSUE THEM FOR

9    ADMINISTRATION LITIGATION.  HE MAINTAINED THAT

10   CARSON LIVED WITH HIM ON SCHEDULE I.  WE ALL KNOW

11   THAT CARSON NEVER MOVED WITH HIM TO FLORIDA.

12   THAT'S HIS NOW 18 YEAR OLD SON.  I BELIEVE MAY OF

13   THIS YEAR HE TURNED 18.  THAT'S A FALSE OATH.

14        HE IDENTIFIED UTILITIES THAT HE WAS PAYING

15   AND THEY WERE BEING PAID BY MEGUSEY.  WE HAVE ALL

16   THE EVIDENCE IN THE RECORD THAT SHOWS ALL OF

17   THAT.  HE HAD A STATEMENT OF INTENTION TO

18   REAFFIRM THE DEBT TO BARKER BUT HE'S TESTIFIED NO

19   REAFFIRMATION AGREEMENTS WERE FILED.  AND TO THE

20   CONTRARY OF HIS OWN TESTIMONY, HE AMENDED

21   SCHEDULE C TO CLAIM IT AS EXEMPT AND PREVENT ME

22   FROM ADMINISTRATING $1,500 OF A VEHICLE THAT HAD

23   NO LIEN.

24        THEN WE HAVE THE 2014 SMART CAR.  IT WAS

25   NOT -- IT IS TITLED IN HIS NAME.  IT WAS NOT

1       DISCLOSED.  IT WAS CONCEALED.  I-GLOBAL AND

2       B-MOBILE WERE NOT LISTED AND CONCEALED.

3           WE BELIEVE THAT THE DEBTOR'S DISCHARGE

4       SHOULD BE DENIED UNDER BOTH COUNTS ONE AND TWO.

5       THANK YOU, JUDGE.

6           THE COURT:  THANK YOU.  AND MR. WOLFF.

7                        CLOSING ARGUMENT

8           MR. WOLFF:  YOUR HONOR, I AM GOING TO TAKE

9       THIS IN THE REVERSE ORDER THAT MR. WEBBER DID AND

10      I AM GOING TO START WITH THE 727 ACT.

11          THE COURT:  UM-HMM.

12          MR. WOLFF:  THE FIRST IS THAT THE ALLEGATION

13      IS THAT THE DEBTOR WITH THE INTENT TO HINDER

14      DELAY OR DEFRAUD A CREDITOR HAS TRANSFERRED OR

15      CONCEALED PROPERTY TO STAY WITHIN ONE YEAR OF THE

16      PETITION DATE.

17          YOUR HONOR, THERE -- HE SEEMS TO BE POINTING

18      TO THE BANKRUPTCY SCHEDULES WHICH WERE FILED 30

19      DAYS AFTER THE BANKRUPTCY CASE IS FILED.  HE

20      DEMONSTRATES NO -- EXCUSE ME -- NO ACTION BY THE

21      DEBTOR THAT EITHER TRANSFERRED OR CONCEALED ANY

22      PROPERTY WITHIN ONE YEAR OF THE FILING OF THE

23      PETITION.

24          IN COUNT TWO, HE STATES THAT HE FAILED TO

25      LIST YERIAN PROPERTIES LLC.  WELL, THAT'S NOT

1      FALSE.  THE SCHEDULES ARE CORRECT AS FAR AS

2      THAT'S CONCERNED BECAUSE AS THE TRUSTEE

3      ACKNOWLEDGES NOW, THAT THE DEBTOR DOES NOT OWN

4      YERIAN PROPERTIES LLC.  HE -- PARAGRAPH 59 FAILED

5      TO DISCLOSE THE OWNERSHIP IN THE SELF-DIRECTED

6      IRA.  WELL, THEY WERE UP AGAINST THE FACT THAT

7      MR. YERIAN WAS APPARENTLY NOT WELL SERVED BY HIS

8      PRIOR COUNSEL.

9          IN DECEMBER 11, 2014, HE PROVIDED TO HIS

10     COUNSEL DETAILED SCHEDULES IN THE FORM OF

11     WORKSHEETS, STATEMENTS.  THE SELF-DIRECTED IRA

12     WAS DISCLOSED.  THE STATEMENTS WERE ATTACHED TO

13     WHAT WAS SENT.  ALL OF THE ALLEGED DISCREPANCIES

14     WITH THE SCHEDULES WERE CORRECTLY STATED IN WHAT

15     WAS COMMUNICATED TO COUNSEL.

16         COUNT -- THE RECORD SHOWS THAT PRIOR COUNSEL

17     THEN FILED TWO MOTIONS TO EXTEND THE TIME FOR

18     FILING THE SCHEDULES.  THE DATE OF PETITION IS

19     FEBRUARY 17TH.  THE SCHEDULES WEREN'T FILED UNTIL

20     MARCH 27TH, 2015, A GOOD FOUR MONTHS AFTER HE WAS

21     PROVIDED FOR THEM AND THE CREDITORS' MEETING WAS

22     VERY SHORTLY THEREAFTER, APRIL 9, 2015.

23         AND THE UNCONTROVERTED TESTIMONY IS THAT MY

24     CLIENT WAS NOT PROVIDED A COPY OF THE SCHEDULES

25     AND WAS NOT AWARE THAT THERE WERE INACCURACIES

1      WHEN HE WAS AT THE CREDITORS' MEETING.

2           IF YOU LOOK AT THE TRANSCRIPT OF THAT VERY,

3      VERY SHORT 341 MEETING, THE ALLEGATION MADE BY

4      THE TRUSTEE OF THE FALSE OATH WAS:  ARE YOUR

5      SCHEDULES TRUE AND CORRECT OR DO THEY NEED TO BE

6      FIXED?  MR. YERIAN SAID NO AND ISABEL FREEMAN,

7      BLESS HER HEART, SAYS NONE KNOWN.  THAT IS THE

8      SUBSTANCE OF THE FALSE OATH WITH REGARD TO THE

9      341 MEETING.

10          AND LIKE IF YOU LOOK, GO THROUGH THE

11     MATERIALS PROVIDED TO PRIOR COUNSEL, THE

12     SCHEDULES, AND IF THEY HAD FOLLOWED WHAT HE DID,

13     I DON'T THINK THE TRUSTEE WOULD HAVE -- WOULD

14     HAVE SUED UNDER 727 AT ALL.

15          HE -- PARAGRAPH 16 -- KNOWINGLY AND

16     FRAUDULENTLY FAILED TO LIST MEGUSEY SOFTWARE ON

17     SCHEDULE B13, BOTH -- THAT'S OWNERSHIP AND

18     STATEMENT OF FINANCIAL AFFAIRS, QUESTION 18.  THE

19     TESTIMONY OF BOTH MR. MCLEOD AND MR. YERIAN IS HE

20     DID NOT HAVE AN OWNERSHIP INTEREST AND THAT HE

21     WAS NOT A MANAGER.

22          THERE'S AN ERROR IN THE PUBLIC RECORDS.  BUT

23     THAT DOESN'T CHANGE ANYTHING.  YOU KNOW, THIS IS

24     A SINGLE CELL I.T. COMPANY.  NO REAL ASSETS.

25     NOTHING OF VALUE.  AND YET, WE ARE TREATING THIS

1    AS IF IT'S A HORRIBLE THING.

2         I AM NOT SURE THAT I UNDERSTAND THE

3    TRUSTEE'S POINT WITH REGARD TO THE BENEFITS TO

4    MR. YERIAN.  ALL OF WHAT I HEARD WAS THAT THERE

5    WERE REIMBURSEMENT OF LEGITIMATE EXPENSES LIKE

6    MILEAGE, ET CETERA, AND ALSO PAYMENT ON AN HOURLY

7    BASIS FOR THE TIME HE WORKED AND BILLED FOR

8    MEGUSEY SOFTWARE.

9         THAT DOESN'T MAKE SOMEONE AN OWNER.  THAT

10   DOESN'T MAKE SOMEONE A MANAGER.  HE WAS NOT A

11   SIGNATORY ON THE BANK ACCOUNT.  THE FACT THAT

12   THERE WAS MORE OR LESS MONEY GOING TO MR. MCLEOD

13   IS BETWEEN MR. MCLEOD AND MR. YERIAN.  IT DOESN'T

14   CREATE A FALSE OATH OR AN ATTEMPT TO MISLEAD THIS

15   BANKRUPTCY TRUSTEE.  THERE'S NO EVIDENCE THAT

16   THAT'S HAPPENING REGARDLESS OF ALL THE NUMBERS.

17        AND WE'VE NOTED, YOUR HONOR, WE'RE NOT SURE

18   THAT WE AGREE WITH THE NUMBERS THAT WERE ADDED

19   UP.  IT SEEMS THAT HE'S IGNORING MR. MCLEOD'S

20   CREDIT CARD STATEMENTS OF HIS REIMBURSEMENT FROM

21   THE COMPANY.

22        DEAN BARKER.  YOUR HONOR, MR. YERIAN

23   PROVIDED A COPY OF THE TITLE TO HIS PRIOR COUNSEL

24   AND THE STATEMENT THAT HE HAS A LIEN.  AND, YOUR

25   HONOR, IT'S IN EVIDENCE, THIS COGNOVIT NOTE -- I

1      DON'T KNOW WHAT COGNOVIT MEANS -- BUT THAT NOTE

2      GRANTED A LIEN ON THOSE TWO VEHICLES AND THE

3      EVIDENCE IS THAT MR. BARKER HAD COPIES OF THE

4      TITLE.

5           YOUR HONOR, IF YOU WERE TO ASK ALL THE LAY

6      PEOPLE IN THE ROOM, I WOULD VENTURE THAT 75 OR 80

7      OR 90 PERCENT OF THEM WOULD SAY THEN THAT PERSON

8      HAS A LIEN.  WELL, THEN ACTUALLY, THEY DO HAVE A

9      LIEN.  AS BETWEEN MR. YERIAN AND MR. BARKER,

10     THERE'S A LIEN.  BECAUSE IT'S IMPERFECTED, THE

11     TRUSTEE, WHO HAS STRONG-ARM POWERS, CAN IGNORE

12     THAT.  BUT THAT DOESN'T MAKE IT GO AWAY.  IT'S A

13     LIEN.

14          AND WHAT WE ARE TRYING TO ESTABLISH HERE,

15     YOUR HONOR, NOT AS WHETHER OR NOT THERE'S A TRUE

16     LIEN, BUT THE LISTING OF IT AS A SECURED CREDITOR

17     BY MR. YERIAN ON HIS SCHEDULES, WAS THAT DONE

18     WITH THE INTENT TO HINDER, DELAY OR DEFRAUD THE

19     TRUSTEE AND WAS THAT DONE KNOWINGLY AND

20     FRAUDULENTLY?  AND, YOUR HONOR, THAT JUST DOESN'T

21     RISE TO THAT LEVEL.

22          PARAGRAPH 64, FAILED TO LIST ETC COMPUTERS

23     ON SCHEDULE B.  WELL, ACTUALLY WE DID.  EVEN THE

24     ORIGINAL SCHEDULES WE LISTED E -- EXCUSE ME --

25     ETC COMPUTERS.  I-MOBILE AND B-GLOBAL, TWO

1    ENTITIES, YOUR HONOR, THAT NEVER WERE ANYTHING,

2    BUT AGAIN, BUT FOR THE RECORD IN -- OF THE

3    INCORPORATED STATE, THE TESTIMONY WAS THAT ETC

4    COMPUTERS OWNED THAT ENTITY -- THOSE TWO ENTITIES

5    TO THE EXTENT THERE'S ANY SIGNIFICANCE AT ALL.

6        SO, THAT'S -- THAT IS THE ATTACKS OF THE

7    FIRST TWO ELEMENTS OF -- UNDER 727.

8        THE NEXT RELATES TO THE MONEY FROM SUN YO

9    PAK.  YOUR HONOR, IT'S UNCONTROVERTED AS TO

10   TESTIMONY THAT THAT WAS MISS PAK'S MONEY.  IT

11   CAME IN FROM KOREA AND WENT INTO THIS ACCOUNT,

12   JOINT TENANTS WITH RIGHT OF SURVIVORSHIP.

13       YOUR HONOR, EITHER THOSE ACCOUNTS ARE

14   TENANTS BY THE ENTIRETIES WITH ALL THE UNITIES,

15   OR UNDER SECTION 541D, IT'S NOT PROPERTY OF THE

16   ESTATE BECAUSE THE DEBTOR HOLDS, AS OF THE

17   COMMENCEMENT OF THE CASE, ONLY LEGAL TITLE AND NO

18   EQUITABLE INTEREST.

19       IT WOULD -- IF THERE IS A PRESUMPTION, YOUR

20   HONOR, THAT THIS WAS TO BE A GIFT TO MR. YERIAN,

21   IT CERTAINLY IS A REBUTTABLE PRESUMPTION AND I

22   BELIEVE THE EVIDENCE REBUTS THAT PRESUMPTION.

23   THAT MONEY -- EXCUSE ME, YOUR HONOR.

24       THE COURT:  UM-HMM.  TAKE YOUR TIME.

25       MR. WOLFF:  THAT MONEY AT NO TIME BECAME

1        KEITH YERIAN'S.  IT WENT -- $20,000 OF IT WENT

2        THROUGH HIS ACCOUNT BUT I THINK THAT -- HE WAS A

3        MERE CONDUIT AT THAT POINT.  IT DIDN'T CHANGE THE

4        PARTIES' INTENT.  AND SO, IT'S EITHER A TENANTS

5        BY THE ENTIRETIES ACCOUNT UNDER (INAUDIBLE) BANK

6        OR IT'S NOT PROPERTY OF THE BANKRUPTCY ESTATE

7        UNDER SECTION 541D.

8            AND THAT WOULD HANDLE, YOUR HONOR, BOTH THE

9        727A5 CLAIM FOR COUNT THREE AND THE CLAIM AGAINST

10       SUN YO PAK UNDER COUNT FOUR AND FIVE FOR THE

11       $256,000.  THE ALLEGATION IS THAT THERE'S BEEN NO

12       EXPLANATION OF WHAT TO THE $81,000.  WE KNOW WHAT

13       HAPPENED TO THE $81,000 AND IT WASN'T THE

14       DEBTOR'S MONEY IN ANY CASE.

15           AND WITH THAT, YOUR HONOR, WE MOVE TO THE

16       OBJECTION TO THE EXEMPTION.  YOUR HONOR, THERE'S

17       TWO GROUNDS FOR THE OBJECTION TO THE EXEMPTIONS.

18       THE TRUSTEE DOES NOT IN HIS ARGUMENT MENTION THE

19       FIRST ONE.  BUT HE SAYS THAT BECAUSE WE FAILED TO

20       LIST IT IN THE FIRST SCHEDULES, IT LOST ITS

21       EXEMPTION.  IN YOUR CASE OF JORGE RIVERA CITRON,

22       THIS VERY SAME TRUSTEE ARGUING THE SAME THING,

23       YOU SAID THAT'S A NOT A BASIS FOR OBJECTING TO

24       THE EXEMPTION.

25           FOR THE REST, YOUR HONOR, I -- BECAUSE THIS

1        IS IMPORTANT ENOUGH TO MY CLIENT AND I THINK

2        THERE'S SOME ISSUE HERE, I PREPARED A BENCH

3        MEMORANDUM, IF I MAY APPROACH?

4                THE COURT:  YES.

5                MR. WOLFF:  AND IF WE'LL TURN TO PAGE FOUR

6        OF THE BENCH MEMORANDUM, THIS IS THE STATUTE THAT

7        WE ARE DEALING WITH.

8                THE COURT:  UM-HMM.

9                MR. WOLFF:  AND YOU RECALL THAT THE

10       PLAINTIFF'S EXPERT SAID THAT THIS WAS A PROPERLY

11       SET UP IRA.  IN FACT, THAT'S WHAT MR. WEBBER

12       STATED IN HIS CLOSING ARGUMENT.

13               SO IF YOU LOOK AT 222.21(1) AT THE TOP OF

14       PAGE FOUR, IT SAYS MAINTAIN IN ACCORDANCE WITH

15       THE MASTER PLAN, VOLUME SUBMITTER PLAN, PROTOTYPE

16       PLAN OR ANY OTHER PLAN GOVERNING -- OR GOVERNING

17       INSTRUMENT THAT HAS BEEN PREAPPROVED BY THE

18       INTERNAL REVENUE SERVICE AS EXEMPT FROM TAXATION.

19               OKAY.  SO IF I RECALL FROM MR. VAN HEYDE'S

20       TESTIMONY, THE BOXES WERE CHECKED.  THIS WAS A

21       VALID IRA.  WELL, THEN YOU LOOK DOWN BELOW AND IT

22       SAYS UNLESS, SO IT'S EXEMPT, UNLESS IT HAS BEEN

23       SUBSEQUENTLY DETERMINED THAT THE PLAN OR

24       GOVERNING INSTRUMENT IS NOT EXEMPT FROM TAXATION

25       IN A PROCEEDING THAT HAS BECOME FINAL AND NOT

1    APPEALABLE.

2        YOUR HONOR, THE REST OF THIS MEMO CITES TO

3    THE LAW THAT YOU LOOK AT THE EXEMPTIONS ON THE

4    DATE OF FILING THE BANKRUPTCY CASE, WHICH WAS

5    FEBRUARY 27, 2015.  THERE WAS NO PROCEEDING BY

6    THE IRS, MUCH LESS A FINAL NON APPEALABLE

7    DETERMINATION BY THE IRS CONCERNING THIS IRA.

8    ACCORDING TO MR. VAN HEYDE'S TESTIMONY, IT WAS

9    PROPERLY SET UP, AND, YOUR HONOR, I BELIEVE UNDER

10   THIS STATUTE THAT IT IS EXEMPT FOR THE PURPOSES

11   OF THIS BANKRUPTCY AND THERE'S NO -- THAT THAT'S

12   NOT GOING TO CHANGE.

13       I CITE IN MY LEGAL MEMORANDUM THE ANALYSIS

14   OF THIS STATUTE WHEN IT WAS -- BECAME LAW JUNE

15   1ST, 2005 BY THE SENATE COMMITTEE.  AND THEY SAY

16   THAT UNDER THIS BILL, THE PAST EXEMPT

17   DETERMINATION MADE BY THE IRS OR TAX COURT.  THEY

18   WERE GETTING THE NON TAX COURTS OUT OF THE ISSUE

19   OF DETERMINING WHETHER OR NOT THESE ACCOUNTS ARE

20   EXEMPT.

21       AND THEREFORE, YOUR HONOR, EVEN IF THERE'S A

22   PROBLEM WITH THE ACCOUNT, IT IS EXEMPT -- FOR TAX

23   EXEMPT PURPOSES, IT'S EXEMPT FROM THE

24   ADMINISTRATION BY THIS TRUSTEE.  AND QUITE

25   FRANKLY, YOUR HONOR, THAT'S A GOOD THING, BECAUSE

1        AS IS OF THE TESTIMONY, THE TAX CONSEQUENCES TO

2        THE ESTATE WOULD BE $165,000 AND THE BENEFIT ON

3        THE BEST DAY WOULD BE $170,000.  AND THEN YOU'VE

4        GOT ALL THE EXPENSE OF THIS LITIGATION AS WELL.

5        SO I BELIEVE THE FLORIDA LEGISLATURE KNOWS WHAT

6        HE'S DOING AND CHANGED THIS LAW AND THIS HAS BEEN

7        THE LAW THIS WAY SINCE 2005.

8            SO, YOUR HONOR, I DON'T BELIEVE THE TRUSTEE

9        HAS CARRIED HIS BURDEN, EITHER TO TAKE DISCHARGE,

10       TO ESTABLISH A CLAIM AGAINST SUN YO PAK OR TO

11       DENY THE CLAIM OF EXEMPTION FOR THIS PROPERTY.

12           SUN YO PAK DID NOT LOSE ALL OF HER MONEY

13       BECAUSE SHE MARRIED KEITH YERIAN.  SHE DID NOT

14       UNINTENTIONALLY MAKE A GIFT TO HER HUSBAND.  THAT

15       MUST HAVE INTENTION.  AND NEITHER DID THIS DEBTOR

16       WITH SOME MISTAKES WHICH HE BELIEVES HE CAN FIX

17       IN HIS IRA LOSE THAT ACCOUNT TO THE BANKRUPTCY

18       TRUSTEE TO BE ADMINISTERED.  THANK YOU.

19           THE COURT:  THANK YOU.  AND MR. WEBBER, YOUR

20       RESPONSE?

21                        RESPONSE

22           MR. WEBBER:  YES, JUDGE.  AS TO THE

23       OBJECTION TO EXEMPTION, I HAVE THIRTY DAYS TO

24       FILE IT.  I TIMELY FILED IT AND BELIEVE UNDER

25       FLORIDA STATUTE 222.21, IT'S NOT EXEMPT.  WE

1      HEARD THE REASONS WHY IT WAS NOT EXEMPT AND WE

2      BELIEVE UNDER 502 AND 522(B)(3)(C) YOU HAVE

3      JURISDICTION TO RULE ON THAT.

4           THE COURT:  OKAY.  THANK YOU.  I WILL TAKE

5      THE MATTER UNDER ADVISEMENT.  I WILL LOOK MORE

6      CLOSELY AT THE EXHIBITS.  I AM INTENDING TO ORDER

7      THE TRANSCRIPT AND I WILL ASK -- WE WILL FRONT

8      THAT BILL.  SO I WILL ASK MISS LEWIS TO GO AHEAD

9      AND ORDER THE TRANSCRIPT FROM THE TRIAL AND

10     TODAY'S ORAL ARGUMENT AND REMAINDER OF THE

11     TESTIMONY.

12          AND I WILL THEN EITHER -- WELL, LET'S SET A

13     DATE.  IT'S GOING TO TAKE ME A FEW DAYS, AND

14     GIVEN WHERE WE ARE AT IN THE YEAR TO GET THE

15     TRANSCRIPT.  AND THEN I WILL NEED SOME TIME TO

16     LOOK IT OVER.

17          SO I AM GOING TO SET A DATE FOR AN ORAL

18     RULING BUT I MAY CANCEL THAT AND WRITE ON IT.  I

19     AM NOT SURE WHICH ONE I AM GOING TO DO.  BUT THIS

20     SORT OF KEEPS ME HONEST, SO TO SPEAK.

21          I WILL SET THAT FOR 11:30 ON FEBRUARY 14TH.

22     AND AS I SAID, IF I GET IT QUICKLY, I WILL TRY TO

23     RULE ON IT QUICKER BUT I SORT OF THINK THAT'S A

24     MORE REALISTIC DATE AND THAT'S MOSTLY DEFINED FOR

25     ME.

1        MR. WOLFF?

2        MR. WOLFF:  THAT'S VALENTINE'S DAY, YOUR

3    HONOR.

4        THE COURT:  IT IS INDEED.  I KNOW IT WILL

5    BE -- I HAVE, A NUMBER OF YEARS, THE THING THAT

6    WORKS THE LEAST WITH ME IS FOR SOMEBODY TO TELL

7    ME HAPPY VALENTINE'S DAY ON VALENTINE'S DAY.  IT

8    IS JUST A DAY OF COURT.  SO BUT WE WILL SET A

9    POTENTIAL ORAL RULING FOR FEBRUARY THE 14TH AT

10   11:30.

11       THERE ARE THE TWO OTHER MATTERS.  I DON'T

12   KNOW IF WE WANT TO DISCUSS THOSE RIGHT NOW OR

13   NOT.

14       MR. WEBBER:  YES, JUDGE.  I THINK BOTH THE

15   MOTION FOR TURNOVER AND THE MOTION FOR SANCTIONS

16   WILL BE DETERMINED BY HOW YOU RULE.  ONE, IS

17   $30,000 OF PAYMENTS TO MR. WOLFF FROM THE

18   SELF-DIRECTED IRA THAT WASN'T EXEMPT AND THE 541

19   PROPERTY TO THE ESTATE.  IF YOU RULE IT'S EXEMPT,

20   THEN IT'S NOT.

21       AND ALSO THE MOTION FOR SANCTIONS, WHILE

22   THEY TAKE A LOT OF ISSUES WITH HOW I PLED CERTAIN

23   THINGS, WE THINK THAT THE EVIDENCE DOES MATCH UP

24   AND IN GOOD FAITH MEETS THOSE STANDARDS.  BUT

25   AGAIN, DEPENDING ON HOW YOU RULE, THEN WE CAN GO

1      THROUGH EACH ARGUMENT, I THINK.

2          AND SO I WOULD SAY THAT WE SHOULD CONTINUE

3      BOTH OF THOSE TO FEBRUARY 14TH.

4          THE COURT:  WHAT DO YOU THINK, MR. WOLFF, ON

5      THOSE TWO RELATED ISSUES?  ARE YOU STILL GOING

6      FORWARD FIRST WITH THE MOTION FOR SANCTIONS AT

7      THIS JUNCTION?

8          MR. WOLFF:  I HATE TO SAY SO, YOUR HONOR, I

9      HAVE NEVER FILED ONE BEFORE.  BUT I FEEL LIKE I

10     AM DUTY BOUND TO.

11         THE COURT:  OKAY.  WHAT IS YOUR THOUGHTS

12     ABOUT JUST CONTINUING IT OVER UNTIL AFTER THE

13     RULING ON THE MAIN ISSUE?

14         MR. WOLFF:  I THINK IT NEEDS TO BE ROLLED,

15     YOUR HONOR.

16         THE COURT:  OKAY.  WE WILL SET THOSE OVER

17     FOR FURTHER PRELIMINARY HEARING ON FEBRUARY THE

18     14TH AT 11:30 TO THE EXTENT THAT THEY ARE STILL

19     RIPE FOR DECISION.

20         ANYTHING ELSE TODAY?  OKAY.  WELL, THANK YOU

21     FOR COMING BACK.  IT TOOK US ABOUT AN HOUR AND

22     15, AN HOUR AND 20 MINUTES.  I'M GLAD WE HAD TO

23     COME BACK.  I DIDN'T MAKE YOU COME BACK IN FOR

24     JUST A FEW MINUTES.  AND I APPRECIATE -- I'M

25     SORRY YOU DID BUT I APPRECIATE YOU DOING THAT.

1           AND AS I SAID, I WILL TAKE THE MATTER UNDER

2      ADVISEMENT AND RULE ACCORDINGLY.  THANK YOU VERY

3      MUCH.  I AM GOING TO FINISH MY NOTES BUT YOU ALL

4      TAKE YOUR TIME TO PACK UP.

5           MR. WEBBER:  THANK YOU, YOUR HONOR.

6           THE COURT:  THANK YOU.

7           MR. WOLFF:  THANK YOU.

8           (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED

9   AT 12:34 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2                    CERTIFICATE OF OATH
 3   STATE OF FLORIDA)
 4   COUNTY OF ORANGE)
 5           I, JUDY K. BRAITHWAITE, NOTARY PUBLIC,
 6       CERTIFY THAT I WAS AUTHORIZED TO AND DID
 7       TRANSCRIBE THE FOREGOING PROCEEDINGS FROM A CD
 8       AND THAT THE TRANSCRIPT IS A TRUE RECORD.
 9           I FURTHER CERTIFY THAT I AM NOT A RELATIVE,
10       EMPLOYEE, ATTORNEY OR COUNSEL OF ANY OF THE
11       PARTIES, NOR AM I FINANCIALLY INTERESTED IN THE
12       ACTION.
13           DATED THIS 26TH DAY OF DECEMBER, 2016.
14
15                       _____
16                       JUDY K. BRAITHWAITE,
                         NOTARY PUBLIC - STATE OF FLORIDA
17                       MY COMMISSION NO. FF 913413
                         MY COMMISSION EXPIRES:  08/30/19
18
19
20
21
22
23
24
25
```

**$**

$1,500 [1] 45/22
$10,000 [5] 16/25 17/19 18/4
 18/15 32/24
$12,000 [1] 41/10
$128,000 [1] 39/1
$14,000 [1] 6/5
$16,200 [1] 6/12
$165,000 [1] 55/2
$170,000 [1] 55/3
$175,000 [1] 20/23
$18,839 [1] 44/3
$186 [1] 43/18
$20,000 [1] 52/1
$23,000 [1] 6/24
$24,000 [1] 43/16
$24,646 [1] 44/6
$256,000 [1] 52/11
$257,285.61 [1] 33/23
$3,000 [1] 19/10
$3,418 [1] 43/22
$30,000 [1] 57/17
$30,576 [1] 43/6
$35,050 [1] 43/21
$37,794.72 [1] 43/11
$392 [1] 44/5
$467 [1] 44/1
$49,479.54 [1] 43/10
$5,000 [1] 7/4
$50,000 [4] 15/25 16/13 16/15
 32/18
$51,914.54 [1] 43/14
$54,500 [1] 43/11
$590 [1] 44/7
$60,000 [1] 15/20
$68,000 [1] 38/2
$8,000 [1] 29/11
$81,000 [4] 21/9 21/12 52/12
 52/13
$9,350 [1] 44/9

**'**

'09 [1] 18/15

**0**

00064 [1] 1/3
08/30/19 [1] 60/17

**1**

1,500 [2] 12/5 23/25
10 [2] 35/5 35/5
102 [1] 44/1
108 [1] 44/5
1099R'S [1] 29/16
11 [4] 15/18 35/7 37/14 47/9
112 [1] 44/2
113 [1] 44/7
119 [1] 28/12
11:08 [1] 1/12
11:09 [1] 4/9
11:15 [1] 4/10
11:30 [3] 56/21 57/10 58/18
12 [5] 1/12 22/4 22/6 22/7
 37/12
120 [1] 28/21
125 [1] 29/11
128 [1] 37/17
128,000 [1] 37/4
12:34 [2] 1/12 59/9
13 [7] 15/7 16/16 16/24
 18/21 32/19 32/22 33/6
13,000 [1] 7/11
130 [1] 31/6

132 [2] 23/12 44/5
13TH [19] 27/15
14 [3] 11/14 11/18 12/7
14,000 [1] 6/10
14TH [4] 56/21 57/9 58/3
 58/18
15 [1] 58/22
15-1720 [2] 1/2 3/4
15-64 [1] 3/5
16 [6] 16/4 17/6 17/14 17/20
 33/18 48/15
1622 [1] 7/18
1662 [1] 7/17
17 [2] 41/25 42/1
17,439 [1] 6/23
1720 [2] 1/2 3/4
17TH [1] 47/19
18 [4] 11/18 45/12 45/13
 48/18
18TH [1] 11/14
19 [1] 60/17
1995 [1] 36/4
1998 [4] 7/24 10/24 10/25
 11/25
1ST [3] 30/3 41/13 54/15

**2**

2,537 [1] 44/3
20 [2] 35/6 58/22
2002 [1] 12/13
2005 [3] 5/24 54/15 55/7
2006 [2] 22/24 23/19
2007 [1] 28/17
2008 [4] 23/5 23/22 32/13
 33/16
2009 [2] 18/13 18/18
2011 [7] 10/4 10/6 37/13
 38/1 42/25 43/6 43/16
2012 [17] 9/24 10/2 10/15
 12/13 13/15 13/19 33/6 33/17
 33/23 34/21 37/16 37/19 38/1
 41/13 42/8 43/7 43/19
2013 [2] 43/10 43/24
2014 [10] 13/20 28/7 28/18
 29/22 30/1 37/11 43/11 44/4
 45/24 47/9
2015 [8] 11/14 11/18 29/24
 43/13 44/6 47/20 47/22 54/5
2016 [2] 1/12 60/13
20TH [1] 33/6
21ST [1] 5/24
222.21 [2] 53/13 55/25
23RD [1] 23/5
24 [5] 11/6 11/7 11/10 11/16
 11/17
25 [1] 12/9
256,000 [1] 34/2
26 [3] 9/3 22/24 40/6
26TH [1] 60/13
27 [4] 9/14 29/23 40/6 54/5
27TH [1] 47/20
2:00 [1] 25/14
2ND [2] 18/13 18/15

**3**

30 [1] 46/18
30TH [2] 3/18 3/19
32949 [1] 14/21
341 [6] 39/18 39/19 44/22
 44/23 48/3 48/9

**4**

408 [2] 27/5 29/20

46 [2] 28/8 28/21
48 [3] 17/2 11/10 19/8
48e98729 [3] 34/21 34/23 35/1
49 [1] 43/17
497 [1] 27/11
4975 [1] 27/23

**5**

50 [3] 15/22 15/23 35/5
50,000 [2] 15/21 17/2
502 [1] 56/2
52 [1] 16/10
522 [3] 27/6 30/8 56/2
541 [3] 30/9 37/2 57/18
541D [2] 51/15 52/7
550 [2] 31/23 32/4
5767 [1] 14/20
58 [1] 43/21
59 [3] 42/9 42/14 47/4

**6**

60,000 [1] 17/1
63 [1] 42/14
64 [3] 3/5 42/14 50/22
66 [1] 36/3
664 [1] 36/3
67 [2] 36/4 42/14

**7**

726.105 [1] 37/7
726.1051 [1] 38/22
727 [7] 26/16 26/17 39/3
 39/4 46/10 48/14 51/7
727A4 [1] 44/18
727A5 [1] 52/9
75 [1] 50/6
77 [1] 31/5
78 [1] 35/9

**8**

80 [1] 50/6
818 [1] 22/10
8472 [1] 31/22
86 [2] 18/8 18/9
88 [1] 43/19
8TH [1] 37/13

**9**

90 [1] 50/7
913413 [1] 60/17
96 [2] 43/21 43/23
96725 [3] 34/21 34/23 35/1
98 [1] 10/9
9TH [1] 18/17

**A**

A.M [3] 1/12 4/10 4/10
A15 [1] 1/3
A15-00064 [1] 1/3
ABLE [2] 7/15 8/13
ABOUT [15] 5/8 6/1 7/23 8/20
 8/22 10/2 10/24 14/13 20/23
 28/15 36/15 39/11 39/16
 58/12 58/21
ABOVE [2] 10/13 42/11
ABSENT [1] 35/22
ACCORDANCE [1] 53/14
ACCORDING [1] 54/8
ACCORDINGLY [1] 59/2
ACCOUNT [48] 16/2 16/2 17/16
 17/17 17/24 18/1 18/23 19/8
 19/16 19/20 19/23 19/24 20/3
 20/17 21/10 26/13 26/14
 27/21 30/15 31/22 32/13

# A

**ACCOUNT [27]** 32/16 32/25 33/22 34/2 34/3 34/7 34/9 34/13 35/14 35/16 35/18 35/19 35/20 35/22 35/25 36/5 36/18 37/2 38/12 38/15 38/16 49/11 51/11 52/2 52/5 54/22 55/17
**ACCOUNTS [4]** 37/24 44/19 51/13 54/19
**ACCRUED [1]** 6/9
**ACCURATE [2]** 6/5 24/2
**ACKNOWLEDGES [1]** 47/3
**ACT [3]** 27/18 29/12 46/10
**ACTION [2]** 46/20 60/12
**ACTIONS [1]** 31/8
**ACTIVE [2]** 9/8 9/18
**ACTUAL [4]** 33/13 37/6 37/20 42/21
**ACTUALLY [4]** 50/8 50/23
**ADDED [3]** 39/13 43/13 49/18
**ADDITIONAL [2]** 4/17 29/12
**ADDRESS [3]** 5/15 14/18 26/2
**ADMINISTERED [1]** 55/18
**ADMINISTRATING [1]** 45/22
**ADMINISTRATION [3]** 30/10 45/9 54/24
**ADMITTED [4]** 26/23 31/4 31/6 42/25
**ADVERSARY [2]** 1/3 3/4
**ADVISEMENT [2]** 56/5 59/2
**AFFAIRS [1]** 48/18
**AFTER [12]** 8/13 10/4 10/6 22/15 26/2 33/5 33/7 33/8 38/21 46/19 47/20 58/12
**AFTERNOON [1]** 25/14
**AGAIN [8]** 16/24 18/6 34/22 37/17 42/6 42/15 51/2 57/25
**AGAINST [8]** 6/19 31/21 33/12 39/1 41/21 47/6 52/9 55/10
**AGO [1]** 40/7
**AGREE [11]** 7/24 9/7 9/17 9/21 9/24 9/25 10/2 12/17 22/20 31/15 49/18
**AGREEMENTS [1]** 45/19
**AHEAD [7]** 3/8 4/15 5/1 14/10 25/6 26/6 56/8
**AIR [2]** 21/3 41/25
**AIR-CONDITIONING [1]** 21/3
**AL [1]** 1/7
**ALAN [5]** 16/22 17/10 17/12 17/20 23/9
**ALIMONY [3]** 6/4 6/7 41/7
**ALL [43]** 4/11 9/2 10/5 11/23 18/14 21/2 21/3 21/5 24/10 29/17 30/3 30/20 32/14 32/21 33/4 34/12 34/15 35/23 36/11 36/23 37/23 39/8 40/23 41/16 42/12 42/24 43/9 43/9 43/12 43/13 45/10 45/15 45/16 47/13 48/14 49/4 49/16 50/5 51/5 51/14 55/4 55/12 59/3
**ALLEGATION [3]** 46/12 48/3 52/11
**ALLEGED [1]** 47/13
**ALLOWED [1]** 9/24
**ALLUDED [1]** 30/25
**ALMOST [1]** 8/12
**ALSO [24]** 6/2 9/24 17/20 20/16 25/13 25/21 28/17 28/20 29/10 31/23 33/10 33/11 35/11 36/10 37/21 37/24 38/17 38/21 39/4 40/22 41/11 51/24 51/25 57/6
**ALWAYS [1]** 44/12
**AM [20]** 5/9 10/8 10/17 11/13 11/14 11/20 30/11 43/1 43/2 46/8 46/10 49/2 56/6 56/17 56/19 56/19 58/10 59/3 60/9 60/11
**AMENDED [3]** 11/23 39/13 45/20
**AMENDING [1]** 10/25
**AMENDMENTS [1]** 39/15
**AMOUNT [5]** 6/5 6/10 8/6 21/9 21/10
**AMY [2]** 1/16 3/12
**ANALYSIS [1]** 54/13
**ANOTHER [2]** 17/19 18/18
**ANY [25]** 4/17 7/13 10/3 13/2 16/21 18/3 19/5 19/17 19/17 19/20 21/14 21/16 24/19 30/14 31/2 31/2 34/18 35/7 41/6 44/19 46/21 51/5 52/14 53/16 60/10
**ANYBODY [1]** 7/16
**ANYONE [1]** 40/3
**ANYTHING [10]** 3/24 6/25 7/15 13/22 14/3 24/7 24/11 48/23 51/1 58/20
**APOLOGIZE [1]** 7/18
**APPARENTLY [1]** 47/7
**APPEALABLE [2]** 54/1 54/6
**APPEAR [1]** 44/2
**APPEARANCES [2]** 1/15 3/9
**APPEARS [1]** 42/9
**APPLY [1]** 10/16
**APPRECIATE [2]** 58/24 58/25
**APPROACH [1]** 53/3
**APPROXIMATELY [1]** 20/22
**APRIL [1]** 47/22
**ARE [52]** 3/2 3/15 3/17 3/21 11/18 12/11 14/13 15/1 16/4 16/7 18/20 22/10 22/23 23/16 25/2 25/10 25/13 25/15 25/24 26/7 27/13 27/14 30/4 30/18 31/20 32/3 32/21 35/20 37/3 37/6 38/13 39/9 39/10 40/4 40/4 40/5 42/12 42/13 42/13 44/1 45/4 47/1 48/4 48/25 50/14 51/13 53/7 54/19 56/14 57/11 58/5 58/18
**AREA [1]** 26/16
**AREAS [3]** 25/10 26/7 27/14
**ARGUED [1]** 38/6
**ARGUING [3]** 39/9 39/10 52/22
**ARGUMENT [8]** 25/8 31/11 39/5 46/7 52/18 53/12 56/10 58/1
**ARGUMENTS [1]** 25/7
**ARIZONA [1]** 20/11
**ARM [1]** 50/11
**AS [40]** 3/4 3/4 5/13 5/16 6/23 7/8 8/8 10/25 11/22 19/23 24/8 30/6 30/13 31/6 33/1 35/4 36/11 37/20 39/22 40/1 40/13 40/14 42/10 43/20 45/21 47/1 47/1 47/2 49/1 50/9 50/15 50/16 51/9 51/16 53/18 55/1 55/4 55/22 56/22 59/1
**ASK [5]** 30/21 38/25 50/5 56/7 56/8
**ASKING [2]** 30/11 30/18
**ASSETS [8]** 27/18 27/20 27/25 30/4 30/13 31/1 41/6 48/24
**ASSISTANCE [1]** 33/20
**ASSOCIATE [1]** 3/12
**ASSUME [1]** 14/5
**AM [43]** 3/1 11/12 11/14 11/17 11/21 12/15 14/14 15/18 16/15 19/8 20/8 20/11 22/9 25/14 29/17 30/6 32/20 35/6 35/8 36/22 37/5 38/3 40/18 43/15 43/21 43/23 44/22 48/1 48/2 48/14 51/5 51/25 52/3 53/13 53/13 54/3 56/6 56/14 57/9 58/6 58/18 59/9
**ATTACHED [1]** 47/12
**ATTACKS [1]** 51/6
**ATTEMPT [1]** 49/14
**ATTORNEY [4]** 3/13 6/12 6/18 60/10
**AUGUST [2]** 11/14 11/18
**AUTHORIZED [1]** 60/6
**AUTOMOBILES [1]** 11/24
**AWARE [1]** 47/25
**AWAY [2]** 21/6 50/12

# B

**B-GLOBAL [5]** 8/21 9/15 13/9 39/24 50/25
**B-MOBILE [1]** 46/2
**B13 [1]** 48/17
**BACK [9]** 4/13 12/6 16/24 18/6 22/4 41/10 58/21 58/23 58/23
**BAD [1]** 20/5
**BADGES [2]** 37/6 37/10
**BALLPARK [2]** 31/13 31/17
**BANK [7]** 15/12 15/12 28/10 30/15 35/19 49/11 52/5
**BANKRUPTCY [18]** 1/1 4/12 7/1 13/10 13/13 13/16 27/6 29/23 30/7 39/11 45/5 46/18 46/19 49/15 52/6 54/4 54/11 55/17
**BARKER [9]** 7/23 8/1 8/7 44/25 45/4 45/18 49/22 50/3 50/9
**BASED [1]** 40/16
**BASIS [2]** 49/7 52/23
**BATES [9]** 5/10 5/19 6/3 16/8 43/19 43/22 44/2 44/5 44/7
**BAY [1]** 30/16
**BE [29]** 4/14 8/13 9/2 11/6 12/7 16/21 17/11 22/4 24/18 24/22 25/16 29/4 31/10 31/12 35/21 39/2 42/19 42/20 45/1 46/4 46/17 48/5 51/20 55/2 55/3 55/18 57/5 57/16 58/14
**BECAME [3]** 38/21 51/25 54/14
**BECAUSE [15]** 19/14 20/5 32/20 34/9 35/13 38/7 41/3 43/25 47/2 50/10 51/16 52/19 52/25 54/25 55/13
**BECOME [1]** 53/25
**BEEN [17]** 4/23 5/21 7/15 8/6 8/7 20/5 28/14 29/12 37/2 38/14 39/22 40/15 41/12 52/11 53/17 53/22 55/6
**BEFORE [8]** 1/14 3/24 8/12 22/12 25/12 30/21 37/18 58/9
**BEHIND [2]** 15/7 16/4
**BEING [5]** 25/15 34/14 36/11 40/23 45/15
**BELIEVE [30]** 4/21 5/7 5/20 5/25 8/20 13/1 23/19 33/13 36/4 36/10 36/25 38/9 38/12 38/16 38/20 40/15 42/17

**B**

BELIEVE... [13] 12/21 44/8 44/14 45/6 45/7 45/12 46/3 51/22 54/9 55/5 55/8 55/24 56/2

BELIEVES [1] 55/16

BELONG [1] 12/16

BELOW [10] 6/11 7/6 7/6 9/10 10/13 17/1 17/2 17/19 42/12 53/21

BENCH [1] 53/2 53/6

BENEFIT [10] 27/17 29/4 41/4 42/7 43/1 43/3 43/10 43/11 44/13 55/2

BENEFITS [3] 43/16 44/16 49/3

BESIDES [1] 44/12

BEST [3] 4/25 12/21 55/3

BETTER [1] 20/11

BETWEEN [4] 6/6 33/16 49/13 50/9

BIG [1] 39/12

BILL [2] 54/16 56/8

BILLED [1] 49/7

BILLS [1] 6/18

BINDER [1] 9/23

BIT [1] 26/10

BLESS [1] 48/7

BMW [4] 7/24 10/24 10/25 11/25

BOOK [2] 5/10 16/4

BOTH [17] 25/22 32/15 32/17 33/25 36/6 36/7 38/6 38/12 40/2 41/17 45/1 46/4 48/17 48/19 52/8 57/14 58/3

BOTTOM [6] 11/21 11/23 15/16 15/19 18/17 30/1

BOUGHT [2] 13/20 34/6

BOUND [1] 58/10

BOX [1] 40/12

BOXED [1] 4/1

BOXES [2] 4/5 53/20

BRAITHWAITE [2] 60/5 60/16

BREAK [1] 25/2

BRIGHT [1] 43/9

BURDEN [1] 55/9

BUT [49] 3/23 4/17 4/24 4/25 5/25 10/16 12/25 13/20 13/21 20/9 20/11 23/13 23/16 23/17 24/22 26/1 26/22 29/7 31/13 31/16 33/19 35/10 36/20 37/8 39/7 39/14 40/4 40/11 42/1 43/25 44/11 45/3 45/18 48/22 50/1 50/12 50/16 51/2 51/2 52/2 52/19 56/18 56/19 56/23 57/8 57/24 58/9 58/25 59/3

BUY [2] 20/6 34/5

**C**

CABLE [1] 41/17

CALCULATED [1] 31/13

CALL [2] 14/9 16/8

CALLED [1] 36/1

CAME [2] 35/4 51/11

CAN [13] 5/1 14/6 15/3 16/2 17/15 24/14 29/3 35/10 40/3 45/3 50/11 55/16 57/25

CAN'T [4] 20/4 20/6 29/4 41/5

CANCEL [1] 56/18

CAPITAL [8] 27/7 27/13 27/13 27/24 28/1 36/1 36/2 39/3

CAR [9] 12/13 13/15 13/19

28/7 28/12 28/15 39/22 41/23 45/21

CARD [5] 7/25 10/1 10/19 42/7 49/20

CARPET'S [1] 21/5

CARRIED [1] 55/9

CARS [2] 8/15 42/1

CARSON [2] 45/10 45/11

CASE [11] 1/2 1/3 14/14 34/17 34/20 36/1 46/19 51/17 52/14 52/21 54/4

CASH [3] 29/10 30/14 31/11

CAUSED [1] 26/25

CD [1] 60/7

CELL [1] 48/24

CERTAIN [1] 57/22

CERTAINLY [3] 13/6 21/23 51/21

CERTIFICATE [1] 60/2

CERTIFY [2] 60/6 60/9

CETERA [1] 49/6

CHANCE [2] 13/21 40/10

CHANGE [3] 48/23 52/3 54/12

CHANGED [2] 40/15 55/6

CHANGING [1] 11/3

CHAPTER [1] 3/11

CHARGES [5] 10/12 10/13 10/16 42/12 42/13

CHECK [1] 25/1

CHECKED [1] 53/20

CHECKS [1] 41/16

CHILD [3] 6/4 6/7 41/7

CHOOSE [1] 20/7

CITE [1] 54/13

CITES [1] 54/2

CITRON [1] 52/21

CITY [1] 20/11

CLAIM [7] 10/25 30/12 45/21 52/9 52/9 55/10 55/11

CLAIMED [1] 11/22

CLEAR [3] 32/21 35/22 36/9

CLIENT [3] 40/25 47/24 53/1

CLIENTS [2] 40/24 40/25

CLOSE [1] 44/11

CLOSELY [1] 56/6

CLOSING [6] 24/17 25/7 25/8 26/3 46/7 53/12

CMS [1] 42/6

CODE [5] 27/5 27/6 27/11 27/23 30/7

COGNOVIT [2] 49/25 50/1

COLOR [1] 21/5

COLUMN [7] 12/4 15/18 16/25 17/6 17/14 17/20 32/23

COLUMNS [2] 15/16 32/20

COME [3] 19/22 58/23 58/23

COMING [2] 28/9 58/21

COMMENCEMENT [1] 51/17

COMMERCIAL [3] 33/8 37/9 37/10

COMMISSION [2] 60/17 60/17

COMMITTEE [1] 54/15

COMMUNICATED [1] 47/15

COMPANIES [1] 40/2

COMPANY [8] 10/1 40/16 40/21 40/22 42/3 42/19 48/24 49/21

COMPENSATION [2] 43/20 44/3

COMPLAINT [1] 32/1

COMPLETELY [1] 29/15

COMPUTERS [3] 50/22 50/25 51/4

CONCEALED [7] 38/9 40/5 44/16 46/1 46/2 46/15 46/21

CONCEALMENT [4] 39/6 39/8 39/13 42/22

CONCERNED [1] 47/2

CONCERNING [2] 21/8 54/7

CONCLUDED [4] 4/16 24/17 39/20 59/8

CONCLUSIONS [1] 29/19

CONDITION [3] 13/18 13/24 20/25

CONDITIONING [1] 21/3

CONDO [2] 29/5 29/5

CONDOMINIUM [2] 28/25 29/5

CONDUIT [1] 52/3

CONFIRM [1] 35/12

CONFIRMATION [2] 22/12 36/5

CONFIRMED [1] 33/17

CONGRATULATIONS [1] 20/19

CONNECTION [1] 3/3

CONSEQUENCE [1] 31/18

CONSEQUENCES [1] 55/1

CONSTRUCTIVE [1] 38/22

CONTINUATION [1] 1/11

CONTINUE [1] 58/2

CONTINUED [3] 3/3 3/18 25/16

CONTINUES [1] 39/8

CONTINUING [2] 3/21 58/12

CONTRARY [2] 35/23 45/20

CONTRIBUTED [1] 35/19

CONTROL [1] 38/7

CONTROLLED [1] 36/19

CONTROLS [1] 27/25

CONVERSATION [3] 40/20 40/21 42/17

CONVERTIBLE [2] 7/24 11/25

CONVINCING [2] 35/22 36/9

COOPERATION [1] 30/15

COPIES [1] 50/3

COPY [4] 15/13 28/22 47/24 49/23

CORPORATION [2] 8/2 9/8

CORRECT [18] 4/22 5/23 7/25 12/11 12/12 12/15 15/20 16/11 17/21 22/6 22/25 23/1 25/23 25/25 29/6 32/2 47/1 48/5

CORRECTED [1] 39/22

CORRECTLY [1] 47/14

COULD [9] 13/21 15/9 15/10 16/8 20/25 34/5 34/6 38/11 38/14

COUNSEL [7] 47/8 47/10 47/15 47/16 48/11 49/23 60/10

COUNT [13] 30/17 30/18 31/20 31/23 32/4 37/6 39/3 39/5 44/18 46/24 47/16 52/9 52/10

COUNTS [5] 26/12 30/25 31/21 32/1 46/4

COUNTY [1] 60/4

COUPLE [2] 12/6 22/4

COURT [11] 1/1 4/9 4/12 15/11 20/25 22/14 25/9 26/23 28/5 54/17 57/8

COURT'S [1] 4/7

COURTROOM [1] 3/15

COURTS [1] 54/18

COVERS [1] 12/20

CREATE [1] 49/14

CREATES [1] 29/8

CREDIBLE [5] 36/12 38/13 38/17 38/18 44/15

CREDIT [5] 9/25 10/1 10/19 42/7 49/20

CREDITOR [2] 46/14 50/16

**C**

CREDITOR'S [1]  37/21
CREDITORS' [2]  47/21 48/1
CROSS [4]  4/21 5/5 12/21
22/1
CROSS-EXAMINATION [2]  5/5
22/1
CURRENT [2]  12/3 13/23
CUSTOMERS [1]  42/19

**D**

DAD [1]  36/14
DAMAGE [2]  21/2 21/4
DATA [1]  43/25
DATE [12]  5/23 13/10 13/12
30/14 33/6 40/1 46/16 47/18
54/14 56/13 56/17 56/24
DATED [3]  11/13 11/18 60/13
DATES [4]  22/23 33/1 33/15
37/23
DAUGHTER [1]  23/7
DAY [11]  8/12 17/18 18/1
36/16 41/14 55/3 57/2 57/7
57/7 57/8 60/13
DAYS [5]  4/24 12/25 46/19
55/23 56/13
DCA [1]  36/4
DE [2]  36/1 36/3
DEALING [1]  53/7
DEALS [1]  27/20
DEAN [3]  7/23 44/24 49/22
DEAR [2]  4/2 4/2
DEBBIE [8]  7/8 33/8 33/12
34/9 36/21 37/20 39/16 41/5
DEBT [2]  8/2 45/18
DEBTOR [21]  28/13 30/5 30/16
30/25 31/8 33/12 33/18 33/21
34/17 36/7 36/18 38/7 38/20
40/7 41/1 43/7 46/13 46/21
47/3 51/16 55/15
DEBTOR'S [13]  5/8 5/19 16/4
18/7 33/17 34/8 36/25 37/12
37/13 40/19 42/7 46/3 52/14
DECEMBER [6]  1/12 22/24 28/7
28/18 47/9 60/13
DECIDED [1]  20/6
DECISION [1]  58/19
DEED [1]  38/25
DEEMED [1]  30/4
DEEMING [1]  31/1
DEFAULT [1]  38/3
DEFAULTED [1]  37/25
DEFENDANT [15]  31/21 32/15
33/2 33/20 34/17 35/17 36/7
36/12 36/17 36/21 38/6 39/1
41/11 41/19 43/2
DEFENDANTS [3]  1/8 1/17 3/14
DEFICIENCY [1]  38/2
DEFINED [1]  56/24
DEFINITELY [2]  31/17 31/17
DEFINITIONS [2]  27/9 27/10
DEFINITIVE [1]  42/18
DEFRAUD [2]  46/14 50/18
DELAY [2]  46/14 50/18
DEMONSTRATES [1]  46/20
DENIED [2]  39/2 46/4
DENTAL [1]  41/22
DENY [1]  55/11
DEPENDING [1]  57/25
DEPOSIT [8]  16/13 17/1 17/15
18/12 18/15 18/18 19/10
19/13

DEPOSITION [1]  6/15
DEPOSITS [5]  18/13 19/2 19/4
19/20 32/24
DEPRESSED [1]  20/14
DESCRIBE [1]  20/25
DESIGNATION [1]  40/10
DESPITE [1]  44/20
DETAILED [1]  47/10
DETERMINATION [2]  54/7 54/17
DETERMINED [2]  53/23 57/16
DETERMINING [1]  54/19
DID [35]  4/17 7/11 7/12 8/6
10/22 13/9 13/12 13/15 17/17
19/1 19/1 19/5 19/20 19/22
20/2 20/7 20/21 20/22 21/16
22/14 22/21 29/21 36/16
36/16 42/23 44/2 46/9 48/12
48/20 50/23 55/12 55/13
55/15 58/25 60/6
DIDN'T [8]  12/15 12/15 12/16
38/23 39/15 39/17 52/3 58/23
DIFFERENCE [1]  21/9
DIFFERENT [2]  20/9 23/14
DIFFERENTLY [1]  19/23
DIRECT [1]  14/24
DIRECTED [3]  26/21 26/25
27/2 28/11 28/14 29/7 30/4
39/16 47/5 47/11 57/18
DIRECTLY [5]  7/8 17/1 17/15
18/1 27/12
DISCHARGE [3]  39/2 46/3 55/9
DISCLAIMED [1]  34/18
DISCLAIMS [1]  34/18
DISCLOSE [4]  39/21 39/23 40/7
47/5
DISCLOSED [3]  40/4 46/1 47/12
DISCREPANCIES [1]  47/13
DISCUSS [3]  3/24 24/20 57/12
DISCUSSION [1]  40/18
DISPUTE [1]  33/1
DISQUALIFIED [8]  26/24 27/10
27/17 27/19 27/22 28/3 28/4
29/21
DISTRIBUTED [2]  30/5 31/2
DISTRIBUTIONS [1]  29/18
DISTRICT [2]  1/1 4/12
DIVISIBLE [2]  35/16 37/1
DIVISION [1]  1/1
DO [35]  4/25 5/12 5/15 7/24
8/10 8/21 8/23 9/4 9/6 9/10
9/12 9/14 9/16 10/19 10/24
11/21 11/25 12/9 13/18 13/21
13/23 14/13 16/25 17/6 18/11
18/15 25/1 31/2 31/5 34/1
43/3 48/5 50/8 56/19 58/4
DOCUMENT [5]  11/13 11/17 12/8
15/12 22/12
DOCUMENTATION [2]  22/17 22/19
DOCUMENTED [1]  33/5
DOCUMENTS [2]  7/9 44/20
DOES [9]  15/24 16/13 28/20
31/15 36/8 44/2 47/3 52/18
57/23
DOESN'T [7]  40/2 48/23 49/9
49/10 49/13 50/12 50/20
DOING [3]  8/2 55/6 58/25
DOLLAR [4]  23/16 23/19 23/20
23/25
DOLLARS [3]  13/25 23/15 41/10
DOMESTIC [3]  33/10 37/9 37/15
DON'T [22]  5/25 7/4 8/11
8/16 10/3 11/3 11/3 14/11
17/18 22/16 25/15 31/25 35/9

36/10 38/12 40/9 41/8 42/3
48/62 50/2 55/8 57/17
DONE [5]  9/23 96/2 45/6
50/17 50/19
DOWN [5]  14/7 20/10 24/14
42/25 53/21
DOYLESTOWN [1]  5/21
DRAFTED [1]  41/15
DRIVES [2]  41/25 42/1
DSO [2]  39/16 39/19
DUE [1]  6/4
DURING [1]  6/9
DUTY [1]  58/10

**E**

E2 [2]  27/24 28/1
EACH [3]  41/25 42/2 58/1
EARNINGS [1]  43/17
EASIER [1]  40/12
ECONOMIC [1]  41/4
EDMOND [1]  6/11
EITHER [7]  18/4 45/7 46/21
51/13 52/4 55/9 56/12
ELEMENTS [1]  51/7
ELEVEN [1]  4/23
ELSE [3]  14/3 40/3 58/20
EMERSON [3]  36/13 40/17 42/18
EMERSON'S [1]  40/19
EMPLOYEE [1]  60/10
END [1]  27/13
ENDED [1]  40/23
ENOUGH [1]  53/1
ENTERED [1]  37/16
ENTIRE [1]  21/7
ENTIRETIES [4]  34/19 35/12
51/14 52/5
ENTIRETY [3]  34/13 35/7 35/13
ENTITIES [2]  51/1 51/4
ENTITY [1]  51/4
ENTRIES [1]  15/15
ENTRY [2]  11/21 11/23
EQUITABLE [1]  51/18
EQUITY [1]  45/7
EQUIVALENT [1]  38/23
ERROR [1]  48/22
ESQUIRE [3]  1/16 1/16 1/17
ESTABLISH [2]  50/14 55/10
ESTABLISHED [1]  40/16
ESTATE [6]  30/9 37/3 51/16
52/6 55/2 57/19
ESTIMATED [1]  23/17
ET [2]  1/7 49/6
ETC [4]  40/18 50/22 50/25
51/3
ETRADE [14]  16/2 17/15 18/1
19/16 20/17 26/13 26/13
31/22 32/25 34/2 34/3 34/7
35/16 37/1
EVEN [6]  17/18 38/1 39/15
39/17 50/23 54/21
EVERY [4]  32/23 33/19 33/19
44/10
EVERYBODY [1]  3/6
EVERYTHING [2]  21/3 43/13
EVIDENCE [14]  26/22 26/23
32/12 35/22 36/8 36/9 44/23
45/1 45/16 49/15 49/25 50/3
51/22 57/23
EX [2]  6/7 20/4
EX-WIFE [2]  6/7 20/4
EXACTLY [1]  22/16
EXAMINATION [4]  5/5 13/7
14/24 22/1

## E

**EXAMINED [1]** 12/17
**EXCHANGE [2]** 23/14 23/15
**EXCUSE [5]** 12/13 21/5 46/20 50/24 51/23
**EXEMPT [21]** 11/1 11/4 11/4 11/22 29/20 30/6 30/13 45/21 53/18 53/22 53/24 54/10 54/16 54/20 54/22 54/23 54/23 55/25 56/1 57/18 57/19
**EXEMPTION [10]** 12/3 25/11 26/8 27/4 29/16 52/16 52/21 52/24 55/11 55/23
**EXEMPTIONS [3]** 30/12 52/17 54/3
**EXHIBIT [23]** 5/8 5/10 5/18 6/3 9/3 9/13 9/14 10/15 11/6 12/7 16/4 22/4 26/19 28/8 32/19 32/22 33/18 33/24 37/12 37/13 42/8 43/19 44/7
**EXHIBITS [5]** 3/25 18/7 42/14 42/25 56/6
**EXPENSE [1]** 55/4
**EXPENSES [5]** 41/2 41/9 42/2 43/8 49/5
**EXPERT [3]** 26/20 29/3 53/10
**EXPIRES [1]** 60/17
**EXPLANATION [1]** 52/12
**EXPRESSLY [1]** 34/18
**EXTEND [1]** 47/17
**EXTENT [2]** 51/5 58/18

## F

**FACT [4]** 7/11 47/6 49/11 53/11
**FADE [1]** 21/6
**FAILED [9]** 39/21 39/23 40/7 44/19 46/24 47/4 48/16 50/22 52/19
**FAITH [1]** 57/24
**FALSE [8]** 39/4 44/19 44/21 45/13 47/1 48/4 48/8 49/14
**FAMILIES [1]** 41/17
**FAMILY [3]** 16/18 18/2 28/1
**FAR [2]** 12/4 47/1
**FARE [1]** 42/1
**FATHER [1]** 41/19
**FAVOR [1]** 44/12
**FEBRUARY [9]** 29/23 37/11 37/16 47/19 54/5 56/21 57/9 58/3 58/17
**FEEL [1]** 58/9
**FEES [1]** 6/20
**FEW [4]** 12/25 13/25 56/13 58/24
**FF [1]** 60/13
**FIDUCIARY [3]** 27/19 27/24 28/2
**FIFTH [2]** 28/10 30/15
**FIGURE [1]** 43/24
**FIGURING [1]** 42/24
**FILE [1]** 55/24
**FILED [15]** 6/7 6/19 7/1 13/10 13/13 29/23 33/8 37/12 45/19 46/18 46/19 47/17 47/19 55/24 58/9
**FILES [1]** 45/5
**FILING [3]** 46/22 47/18 54/4
**FINAL [2]** 53/25 54/6
**FINALLY [4]** 24/17 39/2 44/6 44/18
**FINANCIAL [1]** 48/18

**FINANCIALLY [1]** 60/11
**FIND [2]** 20/19 60/18
**FINE [1]** 22/20
**FINISH [1]** 59/3
**FIRST [9]** 8/14 10/16 22/23 29/22 46/12 51/7 52/19 52/20 58/6
**FIVE [8]** 26/12 31/20 32/2 32/3 32/6 32/8 37/6 52/10
**FIX [3]** 21/6 21/13 55/16
**FIXED [1]** 48/6
**FLIGHT [2]** 41/18 41/20
**FLIGHTS [1]** 41/20
**FLOOR [1]** 21/5
**FLORIDA [16]** 1/1 4/13 14/21 20/7 36/4 38/1 38/8 38/9 38/25 41/9 41/24 45/11 55/5 55/25 60/3 60/16
**FOLD [1]** 33/23
**FOLLOWED [1]** 48/12
**FOLLOWING [1]** 41/2
**FORECLOSED [1]** 5/21
**FOREGOING [1]** 60/7
**FORM [1]** 47/10
**FORMED [1]** 43/5
**FORMER [2]** 33/11 40/20
**FORWARD [2]** 3/19 58/6
**FOUR [14]** 22/14 29/15 31/23 32/1 32/4 32/6 32/8 33/5 33/7 33/23 47/20 52/10 53/5 53/14
**FOUR-FOLD [1]** 33/23
**FRAME [1]** 39/7
**FRANK [1]** 1/17
**FRANKLY [1]** 54/25
**FRAUD [3]** 37/6 38/22 42/22
**FRAUDULENT [5]** 26/11 30/20 30/24 31/21 32/3
**FRAUDULENTLY [2]** 48/16 50/20
**FRED [1]** 3/13
**FREEMAN [1]** 48/6
**FRONT [3]** 8/11 32/1 56/7
**FULL [2]** 10/7 14/18
**FUND [1]** 35/24
**FUNDED [1]** 32/18
**FUNDS [5]** 35/3 35/17 35/19 36/20 38/10
**FURTHER [11]** 13/3 14/1 14/4 21/18 24/5 24/7 24/8 24/11 24/19 58/17 60/9

## G

**GAIN [1]** 18/3
**GAVE [1]** 8/4
**GET [8]** 17/3 21/16 24/3 39/17 41/5 42/2 56/14 56/22
**GETS [1]** 44/13
**GETTING [2]** 15/24 54/18
**GIFT [4]** 17/11 35/21 51/20 55/14
**GIVE [3]** 8/24 14/14 22/21
**GIVEN [5]** 15/12 16/18 16/21 30/7 56/14
**GLAD [1]** 58/22
**GLEANED [1]** 42/25
**GLOBAL [6]** 8/21 9/15 13/9 39/24 46/1 50/25
**GO [22]** 3/8 4/15 5/1 7/17 10/9 10/17 10/23 11/23 14/10 15/8 16/3 16/7 16/8 16/24 18/7 25/6 26/6 32/23 48/10 50/12 56/8 57/25
**GOD [1]** 14/15

**GOES [1]** 30/3
**GOING [22]** 5/6 5/7 8/19 9/10 9/19 40/11 24/17 26/16 26/9 31/15 32/22 41/4 42/19 42/20 43/3 46/8 46/10 49/12 54/12 56/13 56/17 56/19 58/5 59/3
**GOLD [1]** 19/15
**GONE [2]** 21/3 33/15
**GOOD [13]** 3/10 4/20 5/7 14/6 15/1 15/2 20/10 24/13 31/19 34/19 47/20 54/25 57/24
**GOT [5]** 10/2 10/3 15/17 26/2 55/4
**GOVERNING [3]** 53/16 53/16 53/24
**GRANT [1]** 14/21
**GRANTED [1]** 50/2
**GROUNDS [1]** 52/17
**GUARDIANSHIP [1]** 36/3
**GUESS [1]** 18/14

## H

**HAD [30]** 4/16 5/7 10/1 12/25 13/21 19/24 21/4 21/4 21/6 21/6 23/13 23/22 24/16 24/19 26/22 29/1 29/2 34/1 37/20 40/10 40/24 43/16 43/18 43/22 44/21 45/17 45/22 48/12 50/3 58/22
**HALF [5]** 6/8 18/1 35/16 37/1 37/4
**HAND [1]** 14/12
**HANDLE [1]** 52/8
**HANDWRITING [1]** 7/19
**HAPPENED [3]** 6/6 21/12 52/13
**HAPPENING [1]** 49/16
**HAPPY [1]** 57/7
**HARD [1]** 4/24
**HARDER [1]** 43/24
**HAS [14]** 5/21 7/5 8/6 39/22 45/2 46/14 49/24 50/8 50/11 53/17 53/22 53/25 55/6 55/9
**HASN'T [1]** 8/9
**HATE [1]** 58/8
**HAVE [68]**
**HAVEN'T [1]** 13/21
**HAVING [1]** 4/24
**HE [70]**
**HE'S [3]** 45/18 49/19 55/6
**HEADQUARTERS [1]** 40/19
**HEARD [12]** 26/8 28/25 29/3 34/11 36/12 39/11 40/9 40/20 40/22 42/5 49/4 56/1
**HEARING [3]** 6/8 25/14 58/17
**HEART [1]** 48/7
**HELD [1]** 1/12
**HELP [1]** 14/15
**HELPS [1]** 33/13
**HER [11]** 20/6 22/18 22/18 22/21 33/3 34/3 38/8 38/10 48/7 55/12 55/14
**HERE [13]** 3/3 3/6 3/17 8/8 20/10 37/5 39/6 39/9 39/23 41/4 43/24 50/14 53/2
**HERS [1]** 35/8
**HEYDE [2]** 26/9 26/20
**HEYDE'S [3]** 29/19 53/19 54/8
**HIGH [1]** 19/15
**HIGHER [1]** 23/16
**HIGHLIGHTED [1]** 40/11
**HIM [7]** 6/24 6/25 8/4 8/11 8/12 45/10 45/11
**HINDER [2]** 46/13 50/18

## H

**HIS [26]** 1/4 1/11 1/11 1/13 2/3
20/4 26/9 27/21 27/21 28/9
36/14 37/25 38/24 40/8 42/9
45/12 45/20 45/25 47/7 47/9
49/20 49/23 50/17 52/2 52/18
53/12 55/9 55/17
**HMM [6]** 8/25 27/3 31/9 46/11
51/24 53/8
**HOLD [1]** 15/8
**HOLDING [1]** 30/13
**HOLDS [1]** 51/16
**HOLE [1]** 21/6
**HOME [4]** 5/20 20/22 21/11
41/11
**HOMESTEAD [6]** 34/12 36/20
38/8 38/11 38/14 38/25
**HONEST [1]** 56/20
**HONOR [42]** 3/7 3/14 4/19
13/5 14/2 14/5 14/9 21/19
21/22 21/25 22/7 24/6 24/9
24/12 24/25 28/17 46/8 46/17
49/17 49/22 49/25 50/5 50/15
50/20 51/1 51/9 51/13 51/20
51/23 52/8 52/15 52/16 52/25
54/2 54/9 54/21 54/25 55/8
57/3 58/8 58/15 59/5
**HONORABLE [2]** 1/14 4/13
**HORIZONTAL [1]** 42/11
**HORRIBLE [1]** 49/1
**HOUR [3]** 41/25 58/21 58/22
**HOURLY [1]** 49/6
**HOURS [1]** 42/1
**HOUSE [7]** 20/6 20/7 20/10
21/13 34/6 34/6 43/9
**HOW [17]** 7/3 8/10 8/15 8/17
12/4 13/18 13/23 15/1 17/17
20/7 20/16 20/21 24/17 31/12
57/16 57/22 57/25
**HUMICK [1]** 3/16
**HUNDRED [1]** 13/25
**HUSBAND [12]** 16/22 17/10
17/11 18/3 18/24 19/1 19/2
19/24 21/8 21/16 23/10 55/14
**HUSBAND'S [3]** 19/18 20/2
21/14
**HYPHEN [1]** 11/22

## I

**I'LL [2]** 4/25 17/3
**I'M [20]** 4/24 7/17 9/23
10/24 15/2 15/24 15/24 17/3
22/9 22/19 22/22 24/23 25/3
25/5 26/9 31/15 32/22 35/9
58/22 58/24
**I'VE [1]** 12/25
**I-GLOBAL [1]** 46/1
**I-MOBILE [5]** 8/21 9/8 13/12
39/24 50/25
**I.T [1]** 48/24
**IDEA [3]** 5/17 10/3 33/20
**IDENTIFIED [4]** 18/20 19/7
28/5 45/14
**IF [38]** 5/9 5/18 6/2 9/13
11/5 11/12 11/12 11/23 12/6
14/11 15/7 15/9 15/18 16/3
16/8 16/24 22/19 25/15 30/2
31/13 35/6 35/8 40/9 43/15
48/2 48/10 48/12 49/1 50/5
51/19 53/3 53/5 53/13 53/19
54/21 56/22 57/12 57/19
**IGNORE [1]** 50/11

**IGNORING [1]** 49/19
**III [1]** 9/16
**IMPERFECTED [1]** 50/10
**IMPLICATIONS [1]** 31/1
**IMPORTANT [2]** 41/3 53/1
**IMPROPER [2]** 29/7 29/10
**IMPROVEMENT [1]** 28/6
**IN [136]**
**INACCURACIES [1]** 47/25
**INAUDIBLE [2]** 23/17 52/5
**INCLUDED [1]** 44/24
**INCOME [11]** 27/17 27/20 41/7
42/4 42/15 43/12 43/18 43/22
44/1 44/4 44/7
**INCORPORATED [2]** 42/20 51/3
**INCORPORATION [1]** 9/21
**INCORPORATOR [2]** 9/11 40/1
**INCORPORATORS [1]** 9/20
**INCREASE [1]** 41/8
**INCREASED [1]** 33/22
**INDEED [1]** 57/4
**INDEX [1]** 2/1
**INDIVIDUAL [3]** 28/19 35/18
38/16
**INDIVIDUALLY [1]** 28/23
**INFORMATION [3]** 9/11 9/22
42/24
**INITIAL [1]** 32/18
**INITIALLY [1]** 39/13
**INJUNCTION [1]** 30/18
**INSIDER [1]** 38/5
**INSIGNIFICANT [1]** 40/25
**INSOLVENT [2]** 38/20 38/21
**INSTALLMENTS [1]** 35/5
**INSTRUMENT [2]** 53/17 53/24
**INSURANCES [1]** 41/22
**INTENDED [3]** 16/21 17/11 18/2
**INTENDING [1]** 56/6
**INTENT [6]** 33/14 38/18 42/21
46/13 50/18 52/4
**INTENTION [2]** 45/17 55/15
**INTENTIONALLY [1]** 45/6
**INTEREST [9]** 13/9 13/12 27/21
34/15 35/16 35/23 37/1 48/20
51/18
**INTERESTED [1]** 60/11
**INTERNAL [4]** 27/5 27/11 27/23
53/18
**INTERNET [1]** 41/17
**INTERROGATORIES [1]** 35/11
**INTO [10]** 19/7 19/16 19/20
32/25 34/3 35/17 36/20 37/21
38/16 51/11
**INVOICES [1]** 41/15
**INVOLVES [1]** 26/12
**IRA [18]** 26/21 26/25 27/2
27/18 28/11 28/14 29/7 30/4
30/7 31/1 39/16 47/6 47/11
53/11 53/21 54/7 55/17 57/18
**IRS [5]** 31/11 31/16 54/6
54/7 54/17
**IS [124]**
**ISABEL [1]** 48/6
**ISSUE [5]** 38/13 38/19 53/2
54/18 58/13
**ISSUED [1]** 29/12
**ISSUES [2]** 57/22 58/5
**IT [124]**
**IT'S [41]** 4/23 5/10 6/21 9/2
10/9 11/13 11/18 13/20 13/23
17/18 23/15 30/8 31/13 31/16
32/1 32/21 33/4 34/7 35/8
35/12 35/13 35/14 36/1 36/17

37/7 41/12 44/12 49/1 49/25
50/16 50/22 51/11 51/15 52/4
52/6 53/22 54/23 55/25 56/13
57/19 57/20
**ITS [5]** 13/23 27/4 29/20
30/6 52/20

## J

**JANUARY [7]** 10/6 18/13 18/14
18/14 18/17 30/1 30/3
**JELLICORSE [2]** 1/16 3/12
**JENNEMANN [2]** 1/14 4/14
**JEWELRY [4]** 19/14 19/15 19/17
19/18
**JOINT [14]** 26/13 26/14 31/22
32/13 32/14 34/7 35/14 35/14
35/19 35/23 37/1 38/12 38/15
51/12
**JOINTLY [1]** 36/18
**JORGE [1]** 52/21
**JOURNAL [1]** 43/18
**JTWROS [1]** 32/14
**JUDGE [37]** 3/10 4/5 4/24
8/24 10/8 10/12 12/20 24/21
25/10 27/10 28/8 29/13 31/10
32/9 32/20 33/16 33/21 34/19
34/24 35/20 36/10 37/5 37/22
39/5 39/10 39/12 40/6 40/17
41/24 42/10 42/23 43/25
44/10 44/18 46/5 55/22 57/14
**JUDGMENT [2]** 37/3 39/1
**JUDY [2]** 60/5 60/16
**JULY [2]** 33/6 42/8
**JUNCTION [1]** 58/7
**JUNE [1]** 54/14
**JURISDICTION [1]** 56/3
**JUST [19]** 3/25 6/17 13/5
15/7 21/21 21/24 25/1 27/10
32/9 32/25 37/8 37/17 38/12
40/6 44/15 50/20 57/8 58/12
58/24

## K

**K1 [5]** 43/18 43/22 43/25
44/4 44/6
**KAREN [2]** 1/14 4/13
**KEEP [1]** 36/21
**KEEPS [1]** 56/20
**KEITH [14]** 1/7 3/14 5/4
16/22 17/10 17/12 17/20 23/9
27/1 33/3 33/12 43/1 52/1
55/13
**KEITH'S [1]** 17/24
**KNOW [26]** 4/23 5/25 7/4 8/10
8/16 8/17 10/3 10/16 12/15
22/16 22/16 22/18 23/13
23/14 25/15 32/14 34/12 35/4
39/15 40/9 45/10 48/23 50/1
52/12 57/4 57/12
**KNOWINGLY [3]** 13/15 48/15
50/19
**KNOWN [1]** 48/7
**KNOWS [1]** 55/5
**KOREA [5]** 16/19 33/2 36/6
41/19 51/11
**KOREAN [1]** 15/12
**KY001549 [1]** 5/11
**KY001558 [1]** 6/3
**KY001559 [1]** 6/22
**KY001662 [1]** 7/17
**KY1552 [1]** 5/19

## L

**LABELED [1]** 32/20

# L

**LACK [1]** 30/3
**LANE [1]** 14/21
**LARGE [2]** 36/19 40/23
**LARGEST [1]** 44/13
**LAS [1]** 20/11
**LAST [4]** 5/8 7/10 24/16 30/19
**LATER [4]** 17/4 39/14 39/14 39/15
**LAUREN [1]** 3/15
**LAW [6]** 23/9 33/3 54/3 54/14 55/6 55/7
**LAWSUIT [5]** 6/19 7/8 33/9 37/11 37/15
**LAWYER [1]** 6/15
**LAY [1]** 50/5
**LEAST [1]** 57/6
**LEFT [2]** 9/3 39/13
**LEGAL [3]** 6/20 51/17 54/13
**LEGISLATURE [1]** 55/5
**LEGITIMATE [1]** 49/5
**LESS [3]** 18/1 49/12 54/6
**LET [2]** 10/23 30/21
**LET'S [6]** 4/15 7/17 14/10 18/6 19/8 56/12
**LETTER [1]** 39/19
**LEVEL [1]** 50/21
**LEWIS [1]** 56/8
**LIEN [10]** 7/23 8/6 45/23 49/24 50/2 50/8 50/9 50/10 50/13 50/16
**LIENS [3]** 44/24 45/2 45/4
**LIFE [1]** 8/15
**LIGHT [1]** 36/8
**LIKE [8]** 3/2 6/8 6/24 7/4 17/25 48/10 49/5 58/9
**LIKELY [1]** 38/20
**LINDA [1]** 3/15
**LINE [11]** 10/11 10/13 10/14 10/17 10/17 18/13 22/23 23/6 30/1 42/11 42/11
**LIQUIDATE [1]** 30/16
**LIST [6]** 13/15 40/2 46/25 48/16 50/22 52/20
**LISTED [10]** 11/2 12/1 12/11 12/14 39/17 40/4 40/13 40/14 46/2 50/24
**LISTING [1]** 50/16
**LITIGATION [6]** 25/11 33/11 34/9 36/23 45/9 55/4
**LITIGATIONS [1]** 37/8
**LITTLE [3]** 26/10 40/12 43/24
**LIVE [1]** 20/4
**LIVED [2]** 38/8 45/10
**LIVING [1]** 21/4
**LLC [7]** 8/21 9/8 9/15 29/6 40/8 46/25 47/4
**LOAN [2]** 7/7 7/13
**LOANS [1]** 42/6
**LONG [1]** 17/17
**LONGER [1]** 19/24
**LOOK [17]** 5/9 11/12 15/3 15/18 19/8 20/10 35/6 35/8 35/10 43/15 48/2 48/10 53/13 53/21 54/3 56/5 56/16
**LOOKED [4]** 7/9 16/15 29/17 32/19
**LOOKING [6]** 11/13 11/14 20/8 20/13 22/9 43/1
**LOOKS [1]** 3/2
**LOSE [4]** 27/4 29/15 55/12
55/17
**LOSES [1]** 30/6
**LOST [2]** 29/20 52/20
**LOT [4]** 21/2 21/4 36/16 57/22
**LOTS [1]** 40/9
**LOW [1]** 41/7
**LOWER [2]** 16/7 20/9

# M

**MADE [9]** 7/5 20/16 22/19 24/18 33/19 37/19 44/21 48/3 54/17
**MAIN [4]** 25/10 26/7 39/5 58/13
**MAINTAIN [2]** 30/8 53/14
**MAINTAINED [1]** 45/9
**MAKE [11]** 19/20 22/19 31/2 36/19 41/5 41/6 49/9 49/10 50/12 55/14 58/23
**MAKES [1]** 40/12
**MANAGER [4]** 40/13 40/14 48/21 49/10
**MANY [3]** 8/15 37/22 39/14
**MARCH [4]** 5/24 33/23 37/19 47/20
**MARITAL [1]** 5/13
**MARRIAGE [1]** 34/14
**MARRIED [3]** 5/13 18/24 55/13
**MASTER [1]** 53/15
**MATCH [1]** 57/23
**MATERIALS [1]** 48/11
**MATH [1]** 44/8
**MATTER [2]** 56/5 59/1
**MATTERS [1]** 57/11
**MAY [11]** 4/14 14/22 21/21 22/4 25/9 27/8 31/10 40/17 45/12 53/3 56/18
**MAYBE [2]** 7/4 31/16
**MCLEOD [8]** 40/24 42/11 43/3 44/1 44/9 48/19 49/12 49/13
**MCLEOD'S [5]** 6/15 10/12 40/10 43/16 49/19
**ME [26]** 3/12 8/11 8/24 9/7 9/17 9/25 12/13 12/18 15/9 15/14 20/12 21/5 30/21 31/14 32/1 44/22 45/7 45/21 46/20 50/24 51/23 56/13 56/20 56/25 57/6 57/7
**MEAN [1]** 31/15
**MEANS [1]** 50/1
**MEDICAL [1]** 41/22
**MEET [1]** 36/8
**MEETING [6]** 39/18 44/22 47/21 48/1 48/3 48/9
**MEETS [2]** 34/13 57/24
**MEGUSEY [25]** 5/15 6/19 6/19 6/22 7/7 7/11 7/14 8/1 8/8 9/24 10/23 40/8 40/23 41/1 41/1 41/18 41/19 42/6 42/20 43/2 43/4 44/13 45/15 48/16 49/8
**MEMBER [1]** 28/1
**MEMO [1]** 54/2
**MEMORANDUM [3]** 53/3 53/6 54/13
**MENTION [1]** 52/18
**MERE [1]** 52/3
**MIDDLE [4]** 1/1 3/22 4/12 5/12
**MIGHT [1]** 13/3
**MILEAGE [2]** 41/23 49/6
**MILLION [1]** 23/12
**MIND [1]** 14/11
**MINIMUM [1]** 39/13
**MINUTE [3]** 8/24 21/21 40/7
**MINUTES [2]** 58/22 58/24
**MISLEAD [1]** 49/14
**MISS [5]** 15/1 24/13 26/15 51/10 56/8
**MISTAKES [1]** 55/16
**MOBILE [6]** 8/21 9/8 13/12 39/24 46/2 50/25
**MONEY [29]** 8/7 15/14 16/18 16/21 19/2 19/2 19/5 19/12 19/17 19/22 19/24 20/2 20/21 21/10 21/14 21/14 21/16 22/15 22/18 28/9 33/1 37/4 49/12 51/8 51/10 51/23 51/25 52/14 55/12
**MONIES [1]** 18/3
**MONTH [2]** 37/18 41/11
**MONTHS [3]** 33/8 37/17 47/20
**MORE [3]** 49/12 56/5 56/24
**MORNING [3]** 3/10 5/7 15/1
**MORTGAGE [2]** 5/24 38/2
**MORTGAGES [1]** 37/25
**MOST [3]** 7/5 21/13 39/6
**MOSTLY [1]** 56/24
**MOTHER [7]** 15/13 15/13 16/20 22/14 33/2 36/5 40/19
**MOTION [6]** 25/19 25/22 57/15 57/15 57/21 58/6
**MOTIONS [1]** 47/17
**MOVE [2]** 30/21 52/15
**MOVED [5]** 23/23 25/18 38/1 38/8 45/11
**MOVING [2]** 41/9 43/8
**MR [75]**
**MRS [1]** 14/11
**MS [2]** 44/2 44/5
**MS801 [1]** 44/8
**MS84 [1]** 43/19
**MS92 [1]** 43/22
**MS98 [1]** 43/23
**MUCH [10]** 7/3 8/10 12/4 13/18 13/23 14/7 20/11 20/21 54/6 59/3
**MULTIPLE [2]** 41/24 42/15
**MUST [1]** 55/15
**MY [25]** 3/12 3/21 4/21 4/25 6/7 6/14 6/18 7/5 9/21 11/2 12/20 12/21 14/20 15/13 15/13 16/2 16/20 17/10 23/7 47/23 53/1 54/13 59/3 60/17 60/17

# N

**N/A [1]** 5/16
**NAME [19]** 5/15 9/10 9/21 12/18 14/18 14/20 17/6 17/9 17/14 20/3 28/13 28/19 28/23 34/3 34/8 38/10 38/24 42/9 45/25
**NAMES [2]** 32/17 38/6
**NEED [6]** 3/24 3/25 25/2 29/14 48/5 56/15
**NEEDS [1]** 58/14
**NEIGHBOR [1]** 20/5
**NEITHER [1]** 55/15
**NEVADA [1]** 40/14
**NEVER [6]** 40/15 41/10 41/21 45/11 51/1 58/9
**NEXT [8]** 6/21 9/13 15/8 16/25 16/25 20/4 23/6 51/8
**NINE [1]** 30/17

**N**

**NO [51]** 1/2 2/17 3/5 5/17
6/24 8/9 10/21 13/11 13/14
13/17 14/1 14/4 16/23 17/13
18/5 19/6 19/19 19/21 19/24
21/15 21/17 21/18 22/24 24/5
24/12 29/4 29/13 29/16 29/18
31/4 33/1 33/20 38/15 41/20
41/25 42/11 45/2 45/7 45/18
45/23 46/20 46/20 48/6 48/24
49/15 51/17 51/25 52/11 54/5
54/11 60/17
**NON [4]** 11/3 30/13 54/6
54/18
**NONE [1]** 48/7
**NOR [1]** 60/11
**NOT [58]** 7/15 10/9 10/17
12/14 13/15 17/18 19/3 22/22
24/16 24/21 28/13 31/16
32/22 35/13 36/8 37/8 37/11
38/18 38/24 39/9 39/17 39/22
40/4 40/4 43/12 44/15 44/25
45/25 45/25 46/2 46/25 47/3
47/7 47/24 47/25 48/20 48/21
49/2 49/9 49/17 50/15 50/15
51/15 52/6 52/18 52/23 53/24
53/25 54/12 54/19 55/12
55/13 55/25 56/1 56/19 57/13
57/20 60/9
**NOTARY [2]** 60/5 60/16
**NOTE [2]** 49/25 50/1
**NOTED [1]** 49/17
**NOTES [2]** 3/22 59/3
**NOTHING [2]** 24/8 48/25
**NOTICE [1]** 39/18
**NOTICED [1]** 25/13
**NOVEMBER [3]** 3/18 3/19 37/13
**NOW [12]** 6/24 7/19 8/1 10/24
12/6 15/10 20/21 32/23 43/15
45/12 47/3 57/12
**NUMBER [29]** 5/8 5/10 5/19 6/3
9/3 9/14 11/6 15/3 15/6 15/7
15/17 15/18 16/4 16/16 17/6
22/4 26/19 30/8 31/16 31/22
33/18 33/24 34/22 35/6 35/9
35/10 42/9 43/19 57/5
**NUMBERED [1]** 15/16
**NUMBERS [2]** 49/16 49/18

**O**

**OATH [5]** 45/13 48/4 48/8
49/14 60/2
**OATHS [2]** 39/4 44/19
**OBJECTING [1]** 52/23
**OBJECTION [6]** 25/11 26/8
30/12 52/16 52/17 55/23
**OBLIGATION [1]** 39/18
**OCCURRED [2]** 26/25 31/7
**OCCURRING [1]** 33/11
**OCCURS [2]** 30/2 36/23
**OCTOBER [1]** 23/5
**OFF [6]** 8/7 12/25 20/3 33/25
34/8 39/13
**OFFICE [1]** 41/12
**OFFICER [2]** 43/20 44/3
**OFFSETS [1]** 41/21
**OH [4]** 4/2 4/2 7/17 20/19
**OHIO [6]** 5/21 9/4 9/15 39/25
41/9 41/23
**OKAY [34]** 4/15 6/2 6/11 6/25
7/13 9/10 9/23 10/10 11/5
12/22 12/24 13/2 13/2 15/18

16/12 17/5 18/10 19/9 22/23
23/3 24/14 25/11 25/23 32/11
23/19 26/5 26/15 29/25 32/11
53/19 56/4 58/11 58/16 58/20
**OLD [2]** 15/24 45/12
**ON [64]**
**ONCE [2]** 6/18 29/15
**ONE [33]** 9/2 9/20 11/6 13/5
15/4 15/6 16/8 18/12 21/24
22/4 22/17 23/20 26/19 27/25
29/14 29/15 34/14 35/20
35/25 37/8 37/22 39/3 39/5
39/7 40/24 44/11 46/4 46/15
46/22 52/19 56/19 57/16 58/9
**ONLY [9]** 4/23 12/18 26/15
29/14 34/4 35/8 38/10 44/9
51/17
**OPEN [1]** 34/1
**OPENED [3]** 18/23 32/13 32/17
**OPENING [1]** 37/23
**OPPORTUNITY [1]** 24/19
**OR [41]** 3/19 8/6 13/5 15/15
17/4 18/2 19/1 19/23 20/11
21/16 25/2 27/16 27/16 27/17
27/20 29/4 29/14 31/2 38/7
38/21 40/3 46/14 46/14 46/21
48/5 49/12 49/14 50/6 50/7
50/15 50/18 51/15 52/6 53/16
53/16 53/23 54/17 54/19
55/10 57/12 60/10
**ORAL [3]** 56/10 56/17 57/9
**ORANGE [1]** 60/4
**ORDER [6]** 30/11 32/10 37/15
46/9 56/6 56/9
**ORIGINAL [2]** 6/9 50/24
**ORIGINALLY [1]** 6/4
**ORLANDO [1]** 1/1
**OTHER [7]** 11/24 26/16 27/18
31/12 35/21 53/16 57/11
**OUR [1]** 3/2
**OUT [11]** 5/23 19/23 21/10
28/9 32/10 34/6 37/5 39/19
42/2 44/13 54/18
**OUTLINES [1]** 27/15
**OUTSIDE [1]** 39/7
**OVER [9]** 3/21 8/12 15/14
16/2 25/16 32/25 56/16 58/12
58/16
**OWE [4]** 6/24 6/24 22/18
22/18
**OWED [4]** 8/3 8/4 8/7 8/10
**OWN [7]** 5/20 13/9 13/12
27/21 27/21 45/20 47/3
**OWNED [3]** 8/15 45/2 51/4
**OWNER [2]** 44/15 49/9
**OWNER'S [1]** 35/20
**OWNERS [3]** 35/21 35/23 35/25
**OWNERSHIP [7]** 39/21 39/24
40/8 44/16 47/5 48/17 48/20

**P**

**P.M [2]** 1/12 59/9
**PACK [1]** 59/4
**PAGE [12]** 2/2 5/12 6/21
11/14 11/18 12/7 15/8 18/11
19/10 22/9 36/4 53/5 53/14
**PAGES [1]** 12/6
**PAID [13]** 6/15 6/18 6/22
6/25 7/8 8/7 41/2 41/10
41/12 41/18 41/20 41/22
45/15
**PAK [27]** 3/15 14/9 14/11
14/20 14/23 15/1 23/7 24/13

26/15 28/2 29/2 31/21 32/15
34/68 35/2 36/7 36/6+ 36/18
51/9 52/10 55/10 55/12
**PAK'S [8]** 28/19 28/22 33/2
33/20 35/18 41/11 41/19
51/10
**PALM [1]** 30/16
**PAPERS [1]** 39/12
**PARAGRAPH [3]** 47/4 48/15
50/22
**PAREN [19]** 23/7 27/5 27/5
27/6 27/6 27/7 27/11 27/12
27/12 27/13 27/23 27/24
27/24 29/20 29/21 37/7 37/7
38/22 39/3
**PARENT [1]** 28/1
**PART [1]** 5/15
**PARTIES [4]** 3/2 24/19 25/15
60/11
**PARTIES' [1]** 52/4
**PARTS [2]** 30/19
**PASSED [1]** 41/19
**PAST [1]** 54/16
**PAY [1]** 7/11
**PAYABLE [1]** 41/16
**PAYING [5]** 6/20 8/1 8/3 8/13
45/14
**PAYMENT [1]** 49/6
**PAYMENTS [7]** 7/5 42/5 57/17
**PAYROLL [1]** 43/17
**PENALTIES [1]** 31/12
**PENALTY [1]** 44/21
**PENDING [1]** 37/15
**PEOPLE [1]** 50/6
**PERCENT [1]** 50/7
**PERIOD [1]** 6/17
**PERJURY [1]** 44/21
**PERMISSION [1]** 19/1
**PERSON [5]** 27/17 27/19 28/3
28/4 50/7
**PERSONAL [1]** 7/7
**PERSONS [3]** 26/24 27/22 29/21
**PETITION [11]** 13/10 13/13
29/24 30/14 31/8 39/9 40/1
44/20 46/16 46/23 47/18
**PHYSICALLY [1]** 33/19
**PLACE [1]** 21/7
**PLACED [1]** 38/24
**PLAINTIFF [3]** 1/6 1/16 3/11
**PLAINTIFF'S [1]** 53/10
**PLAN [6]** 27/20 53/15 53/15
53/16 53/16 53/23
**PLEASE [7]** 9/13 11/5 11/12
14/12 14/17 22/3 25/9
**PLED [1]** 57/22
**PLENTY [1]** 32/12
**POINT [4]** 30/6 34/20 49/3
52/3
**POINTING [1]** 46/17
**POSITION [1]** 34/8
**POSSESSES [1]** 35/15
**POSSESSION [2]** 34/15 38/7
**POTENTIAL [1]** 57/9
**POWERS [1]** 50/11
**PRE [2]** 29/24 31/8
**PRE-PETITION [2]** 29/24 31/8
**PREAPPROVED [1]** 53/17
**PRELIMINARY [3]** 25/21 25/24
58/17
**PREPARED [1]** 53/2
**PRESENT [2]** 3/15 41/13
**PRESIDING [1]** 4/14

**P**

PRESUMED [1]  55/21
PRESUMPTION [3]  51/19 51/21
51/22
PRETTY [1]  44/11
PREVENT [1]  45/21
PRICE [4]  19/15 20/10 20/12
23/17
PRINT [1]  32/21
PRINTOUT [2]  9/4 9/15
PRIOR [5]  23/19 47/8 47/16
48/11 49/23
PROBABLY [2]  8/16 13/25
PROBLEM [1]  54/22
PROCEED [7]  3/24 4/4 4/16 5/1
25/7 25/12 26/6
PROCEEDING [3]  36/24 53/25
54/5
PROCEEDINGS [3]  2/1 59/8 60/7
PROHIBITED [11]  26/24 27/9
27/14 28/5 28/16 28/24 29/8
29/12 29/22 29/24 30/2
PROPERLY [3]  26/21 53/10 54/9
PROPERTIES [4]  20/13 29/6
46/25 47/4
PROPERTY [11]  11/22 12/16
21/1 30/9 37/2 46/15 46/22
51/15 52/6 55/11 57/19
PROTOTYPE [1]  53/15
PROVIDED [5]  47/9 47/21 47/24
48/11 49/23
PUBLIC [3]  48/22 60/5 60/16
PUERTO [4]  28/25 29/2 30/16
41/20
PUMPS [1]  21/3
PURCHASE [6]  20/17 20/22
21/11 28/6 28/18 34/11
PURCHASED [3]  21/1 38/11
38/14
PURCHASES [1]  42/15
PURPOSE [1]  22/21
PURPOSES [2]  54/10 54/23
PURSUE [1]  45/8
PUT [4]  16/2 19/15 40/3
44/10

**Q**

QUESTION [5]  12/9 21/25 31/14
35/6 48/18
QUESTIONS [6]  4/18 13/3 14/1
14/4 21/18 24/5
QUICK [1]  42/23
QUICKER [1]  56/23
QUICKLY [1]  56/22
QUITE [1]  54/24

**R**

R-E-I-D [1]  6/22
RAISE [1]  14/12
RAMIFICATIONS [1]  31/7
RATE [1]  23/14
RE [3]  1/4 14/10 34/20
RE-SWEAR [1]  14/10
READ [4]  8/17 40/10 44/19
45/3
READY [8]  5/2 24/22 24/23
24/25 25/2 25/3 25/4 25/5
REAFFIRM [1]  45/18
REAFFIRMATION [1]  45/19
REAL [1]  48/24
REALISTIC [1]  56/24
REALLY [6]  19/15 20/5 20/5

20/5 20/8 20/9
REASON [1]  14  34/15
REASONABLY [1]  50/25
REASONS [2]  37/22 56/1
REBUILD [1]  13/21
REBUTS [1]  51/22
REBUTTABLE [1]  51/21
RECALL [2]  53/9 53/19
RECEIVE [2]  38/23 44/3
RECEIVED [4]  42/7 43/20 44/4
44/9
RECESS [2]  4/3 4/7
RECESSED [1]  4/9
RECOGNIZE [1]  19/2
RECOLLECTION [1]  12/21
RECORD [13]  3/9 6/21 10/8
11/15 12/7 14/19 27/1 28/21
29/23 45/16 47/16 51/2 60/8
RECORDS [2]  40/14 48/22
RECOVER [1]  31/24
REDIRECT [1]  13/7
REFERENCE [2]  15/19 28/8
REFERENCES [1]  17/20
REFLECT [1]  3/22
REGARD [2]  48/8 49/3
REGARDING [1]  36/11
REGARDLESS [1]  49/16
REID [2]  6/22 7/6
REIMBURSEMENT [2]  49/5 49/20
RELATED [1]  58/5
RELATES [1]  51/8
RELATIVE [1]  60/9
RELIEF [1]  30/19
REMAINDER [1]  56/10
REMAINING [1]  30/14
REMEMBER [11]  8/21 10/25 11/2
11/3 11/3 27/8 29/19 36/22
37/24 40/18 41/18
REMEMBERING [1]  4/25
RENT [3]  41/11 41/21 43/8
RENTAL [1]  42/1
REPAID [2]  7/13 41/21
REPAIRS [1]  34/12
REPAY [1]  7/15
REPORT [1]  26/20
REPORTABLE [1]  42/4
REPRESENT [1]  15/25
RESPONSE [3]  31/3 55/20 55/21
RESPONSES [1]  35/11
REST [2]  52/25 54/2
RESULT [1]  7/8
RETAINED [1]  38/7
RETIRED [1]  43/4
RETURNS [3]  29/17 29/18 36/19
REVENUE [4]  27/5 27/11 27/23
53/18
REVERSE [1]  46/9
REVIEW [2]  26/9 27/10
REVIEWED [2]  26/22 40/7
RICHARD [2]  1/5 1/16
RICK [1]  3/10
RICO [2]  28/25 29/2 30/17
41/20
RIGHT [28]  5/21 6/1 6/11
6/16 6/24 7/6 7/6 7/19 8/18
10/5 12/4 14/12 16/7 19/5
23/6 23/10 24/10 26/4 26/4
26/14 26/15 30/20 32/15
34/16 35/14 35/15 51/12
57/12
RIGHTS [1]  18/3
RIPE [1]  58/19
RISE [2]  4/11 50/21

RISSMAN [1]  34/19
RIVERA [1]  72 32/21
ROADSTER [1]  19/25
ROLLED [1]  58/14
ROOM [3]  21/4 41/11 50/6
ROWS [2]  15/15 15/19
RULE [6]  56/3 56/23 57/16
57/19 57/25 59/2
RULING [3]  56/18 57/9 58/13

**S**

S-O-T-O [1]  36/2
S-T-E-P-H-E-N-S-O-N [1]  34/21
SAID [9]  23/18 24/22 40/24
45/3 48/6 52/23 53/10 56/22
59/1
SALARY [1]  43/8
SALE [1]  20/24
SALWIN [1]  6/12
SAME [10]  5/18 6/3 12/7
16/15 17/23 23/15 33/10
43/15 52/22 52/22
SANCTIONS [4]  25/22 57/15
57/21 58/6
SAW [1]  29/10
SAY [7]  11/22 29/3 33/25
50/7 54/15 58/2 58/8
SAYS [12]  7/7 9/7 11/13 22/9
23/6 35/8 36/6 45/4 48/7
52/19 53/14 53/22
SCHEDULE [10]  8/4 10/25 11/22
13/16 37/22 38/2 45/10 45/21
48/17 50/23
SCHEDULES [13]  11/2 46/18
47/1 47/10 47/14 47/18 47/19
47/24 48/5 48/12 50/17 50/24
52/20
SCREEN [1]  36/14
SEASONED [1]  36/14
SEAT [1]  14/22
SEATED [1]  4/14
SECOND [3]  16/3 28/16 36/3
SECRETARY [3]  9/4 9/15 39/25
SECTION [5]  30/8 31/23 37/2
51/15 52/7
SECURED [1]  50/16
SECURITY [1]  43/4
SEE [12]  5/12 9/4 9/10 9/14
10/12 11/21 11/25 12/9 16/25
17/6 18/11 18/15
SEEKING [1]  37/3
SEEMS [2]  46/17 49/19
SEEN [1]  22/12
SELF [11]  26/21 26/25 27/2
28/11 28/14 29/7 30/4 39/16
47/5 47/11 57/18
SELF-DIRECTED [11]  26/21
26/25 27/2 28/11 28/14 29/7
30/4 39/16 47/5 47/11 57/18
SENATE [1]  54/15
SEND [5]  15/13 16/1 16/1
16/1 39/19
SENT [2]  41/1 47/13
SEPARATE [2]  34/1 36/2
SEPTEMBER [1]  41/13
SERIES [2]  15/10 38/17
SERVED [1]  47/7
SERVICE [1]  53/18
SESSION [1]  4/13
SET [11]  26/21 40/21 42/3
42/19 53/11 54/9 56/12 56/17
56/21 57/8 58/16
SETS [1]  36/23

**S**

SETTLE [1] 37/17
SETTLEMENT [2] 7/9 7/9
SEVEN [1] 33/7
SEVERAL [3] 20/9 39/15 45/2
SHE [16] 15/13 16/1 16/1
16/1 22/17 22/19 22/21 23/17
28/19 28/20 34/5 34/6 38/11
39/17 55/13 55/13
SHE'S [1] 20/5
SHOES [1] 37/21
SHORT [3] 4/3 20/23 48/3
SHORTLY [1] 47/22
SHOULD [7] 11/6 11/21 15/8
31/12 39/2 46/4 58/2
SHOW [4] 16/13 33/13 42/14
45/2
SHOWED [1] 26/23
SHOWN [1] 29/14
SHOWS [12] 10/11 28/8 28/12
28/22 31/7 32/22 38/17 39/25
42/21 44/8 45/16 47/16
SIDE [3] 24/11 44/10 44/10
SIGN [1] 22/20
SIGNATORY [1] 49/11
SIGNIFICANCE [1] 51/5
SIGNING [1] 44/20
SINCE [2] 6/25 55/7
SINGLE [3] 26/13 33/19 48/24
SIR [1] 11/13
SIT [1] 8/8
SITUATION [1] 17/23
SIX [8] 26/12 27/14 31/20
32/2 32/3 32/7 32/8 34/13
SMALL [9] 27/5 27/6 27/12
29/20 32/21 36/2 37/7 38/23
40/24
SMART [7] 12/13 13/15 13/19
28/7 28/12 39/22 45/24
SO [41] 5/8 6/9 8/19 14/15
15/6 15/16 16/2 17/15 19/15
20/6 20/10 20/13 21/6 22/17
22/18 23/14 23/15 26/7 29/24
32/1 32/6 34/5 36/25 37/10
39/9 41/7 42/3 45/8 51/6
52/4 53/13 53/19 53/22 55/5
55/8 56/8 56/17 56/20 57/8
58/2 58/8
SOCIAL [1] 43/4
SOFA [1] 40/3
SOFTWARE [5] 6/19 6/20 40/8
48/16 49/8
SOLD [2] 19/14 19/15
SOLEMNLY [1] 14/13
SOME [5] 39/12 42/23 53/2
55/16 56/15
SOMEBODY [2] 42/2 57/6
SOMEONE [2] 49/9 49/10
SOMETHING [2] 7/4 22/19
SOMETIMES [4] 23/13 23/14
23/16 39/14
SON [3] 23/9 33/3 45/12
SON-IN-LAW [2] 23/9 33/3
SOONER [1] 17/3
SORRY [6] 7/18 15/24 17/3
32/10 35/9 58/25
SORT [2] 56/20 56/23
SOTO [2] 36/1 36/3
SOUNDS [1] 5/25
SOURCE [1] 19/12
SOUTHERN [1] 36/3
SP [1] 18/7

SP000818 [1] 22/9
SP129 [1] 19/4
SP52 [1] 16/5
SP86 [1] 18/7
SPEAK [1] 56/20
SPECIFICALLY [1] 30/17
SPELL [1] 14/18
SPENT [2] 20/23 21/13
SPOKEN [1] 24/21
SPOUSE [2] 5/16 33/11
STAMP [4] 43/22 44/2 44/5
44/8
STAMPS [1] 16/8
STAND [3] 4/6 36/9 39/23
STANDARDS [1] 57/24
START [4] 5/9 8/13 25/6
46/10
STARTED [3] 3/18 6/20 10/6
STARTS [2] 42/8 43/9
STATE [7] 9/4 9/15 14/18
39/25 51/3 60/3 60/16
STATED [4] 19/23 42/10 47/14
53/12
STATEMENT [4] 28/10 45/17
48/18 49/24
STATEMENTS [5] 42/10 44/22
47/11 47/12 49/20
STATES [5] 1/1 4/11 20/9
20/12 46/24
STATUS [4] 5/13 9/17 29/20
30/6
STATUTE [4] 53/6 54/10 54/14
55/25
STAY [7] 16/3 17/17 17/23
17/25 20/6 29/4 46/15
STAYED [1] 29/1
STAYING [1] 29/8
STEP [2] 14/7 24/14
STEPHENSON [1] 34/20
STEPPED [1] 37/21
STILL [6] 10/19 22/18 22/18
40/14 58/5 58/18
STOCK [2] 20/17 33/16
STOP [1] 10/22
STOPPED [1] 12/23
STRAIGHT [1] 17/3
STRONG [1] 50/11
STRONG-ARM [1] 50/11
SUBJECT [1] 30/9
SUBMITTED [1] 41/16
SUBMITTER [1] 53/15
SUBSEQUENTLY [1] 53/23
SUBSTANCE [1] 48/8
SUBSTANTIAL [1] 42/13
SUBSTITUTE [1] 31/5
SUBURBAN [1] 28/17
SUED [1] 48/14
SUING [1] 21/8
SUN [11] 14/9 14/20
14/23 23/7 28/19 41/16 51/8
52/10 55/10 55/12
SUPPORT [3] 6/4 6/7 41/7
SURE [6] 22/22 41/5 41/6
49/2 49/17 56/19
SURVIVED [1] 35/24
SURVIVORSHIP [5] 26/15 32/15
34/16 35/15 51/12
SUSTAINING [1] 30/11
SWEAR [2] 14/10 14/13

**T**

TAB [4] 5/10 15/7 16/4 16/4
TABS [1] 22/5

TAG [1] 15/7
TAKE [13] 4/21 8/7 21/16
51/2 46/6 51/24 55/9 56/4
56/13 57/22 59/1 59/4
TAKEN [3] 20/3 33/25 42/20
TALKED [3] 8/11 24/16 36/15
TALKING [2] 10/24 25/13
TAX [9] 29/17 29/18 30/25
31/7 31/18 54/17 54/18 54/22
55/1
TAXATION [2] 53/18 53/24
TELL [3] 15/11 22/14 57/6
TEN [2] 8/16 8/17
TENANT [1] 35/14
TENANTS [4] 32/14 51/12 51/14
52/4
TENDENCY [5] 34/13 34/18 35/7
35/12 35/13
TESTIFIED [6] 5/8 23/22 26/20
28/20 32/16 45/18
TESTIFYING [1] 8/20
TESTIMONIES [1] 38/13
TESTIMONY [39] 3/23 4/17 4/25
5/4 6/14 8/21 14/13 14/23
23/19 26/9 28/9 28/14 29/1
33/18 33/21 34/5 34/11 36/7
36/11 36/13 37/25 38/18
39/11 40/9 40/13 40/17 40/22
41/13 42/5 44/14 45/20 47/23
48/19 51/3 51/10 53/20 54/8
55/1 56/11
THANK [26] 4/8 5/3 11/9 14/6
14/7 14/17 14/22 15/9 20/20
21/24 24/13 24/15 31/9 32/5
34/25 35/2 46/5 46/6 55/18
55/19 56/4 58/20 59/2 59/5
59/6 59/7
THAT [258]
THAT'S [46] 4/22 6/9 7/17
10/15 15/6 15/7 15/23 16/9
22/25 23/9 25/19 26/12 27/1
28/10 28/20 30/17 31/14 32/6
32/11 33/17 33/21 33/24 36/1
36/15 36/15 37/10 37/12
37/13 37/16 43/21 44/5 44/11
45/12 45/13 46/25 47/2 48/17
49/16 51/6 52/23 53/11 54/11
54/25 56/23 56/24 57/2
THEIR [4] 32/17 34/5 35/24
38/18
THEM [7] 10/7 26/2 32/9 36/6
45/8 47/21 50/7
THEN [36] 4/3 5/18 6/2 6/11
6/18 6/19 6/21 7/6 8/20
11/18 17/6 18/1 18/17 23/6
23/22 26/11 26/16 27/22 30/3
33/25 34/2 34/14 34/15 36/20
41/23 43/2 45/24 47/17 50/7
50/8 53/21 55/3 56/12 56/15
57/20 57/25
THEORY [1] 36/17
THERE [56] 3/23 4/5 5/9 6/17
9/5 10/9 11/19 11/20 12/1
12/11 12/11 12/14 15/10
15/17 16/3 16/5 16/7 17/7
17/14 17/25 18/13 18/18
19/10 19/14 19/22 20/8 20/9
20/23 21/2 22/10 25/10 27/14
28/2 29/1 29/3 29/8 29/16
29/17 31/10 31/12 33/15
37/21 38/15 40/18 41/24 42/5
42/13 45/4 45/7 46/17 47/25
49/4 49/12 51/19 54/5 57/11

**T**

**THERE [125]** 6/15 7/17 10/17 15/15 15/19 17/19 25/21 28/14 29/13 33/1 34/19 38/2 41/3 42/10 44/11 48/22 49/15 50/10 50/15 51/5 52/11 52/16 53/2 54/11 54/21
**THEREAFTER [1]** 47/22
**THEREFORE [1]** 54/21
**THESE [3]** 38/3 42/13 54/19
**THEY [30]** 7/12 23/13 23/16 24/3 29/2 29/24 33/25 34/1 34/8 35/4 38/1 39/13 40/4 40/4 40/5 41/25 42/3 42/3 42/14 44/25 45/1 45/15 47/6 48/5 48/12 50/8 54/15 54/17 57/22 58/18
**THING [4]** 49/1 52/22 54/25 57/5
**THINGS [2]** 39/12 57/23
**THINK [30]** 4/16 8/4 8/19 9/2 12/20 13/18 13/23 17/18 22/4 22/21 23/18 23/22 24/17 25/22 29/14 31/4 31/6 31/10 31/13 32/21 41/2 48/13 52/2 53/1 56/23 57/14 57/23 58/1 58/4 58/14
**THIRD [4]** 28/10 28/24 30/15 36/4
**THIRTY [1]** 55/23
**THIS [75]**
**THOSE [21]** 8/22 18/4 18/20 20/12 27/11 30/19 31/7 37/23 38/13 40/2 44/10 44/16 45/1 50/2 51/4 51/13 57/12 57/24 58/3 58/5 58/16
**THOUGH [2]** 3/9 38/1
**THOUGHT [2]** 13/20 24/22
**THOUGHTS [1]** 58/11
**THOUSAND [4]** 23/15 23/16 23/20 41/10
**THOUSANDS [1]** 33/16
**THREE [10]** 4/5 15/15 15/19 19/7 25/10 26/7 28/5 29/14 35/5 52/9
**THRESHOLD [1]** 29/13
**THROUGH [12]** 10/17 27/8 31/8 32/23 33/15 37/23 38/5 39/8 42/23 48/10 52/2 58/1
**TIED [1]** 28/9
**TIME [27]** 1/12 4/24 5/8 6/6 6/8 6/9 6/17 7/10 10/7 10/16 12/15 14/14 19/22 20/10 33/10 34/14 35/4 36/22 37/5 38/3 39/7 47/17 49/7 51/24 51/25 56/15 59/4
**TIMELY [1]** 55/24
**TIMES [1]** 39/14
**TIMING [1]** 33/13
**TITLE [10]** 8/17 12/17 12/18 28/22 29/5 34/14 35/4 49/23 50/4 51/17
**TITLED [3]** 28/13 28/19 45/25
**TITLES [3]** 44/25 45/1 45/3
**TODAY [7]** 15/17 8/8 10/19 25/16 39/23 40/15 58/20
**TODAY'S [1]** 56/10
**TOLD [3]** 8/12 25/15 26/1
**TOO [1]** 25/14
**TOOK [5]** 5/23 12/4 19/22 21/10 58/21
**TOP [3]** 11/12 11/17 53/13

**TOTAL [1]** 23/12
**TOTALED [1]** 13/20
**TRADE [3]** 33/19 33/20 38/21
**TRADES [4]** 20/16 33/16 36/11 36/15
**TRADING [1]** 36/16
**TRAILERS [1]** 11/24
**TRANSACTION [5]** 27/9 28/16 28/24 29/9 30/3
**TRANSACTIONS [8]** 26/24 27/14 28/6 29/22 29/25 31/11 33/5 38/17
**TRANSCRIBE [1]** 60/7
**TRANSCRIPT [6]** 44/23 48/2 56/7 56/9 56/15 60/8
**TRANSFER [9]** 26/11 27/16 30/20 30/24 31/21 31/24 32/4 35/24 38/5
**TRANSFERRED [9]** 22/15 23/7 32/24 34/3 35/17 36/20 37/5 46/14 46/21
**TRANSFERS [6]** 33/7 37/18 37/18 38/4 39/6 39/9
**TRAVELED [1]** 29/2
**TREASURE [1]** 14/21
**TREATING [1]** 48/25
**TRIAL [4]** 1/11 3/3 3/18 56/9
**TRIED [1]** 31/5
**TRIPS [2]** 41/23 41/24
**TROUBLING [1]** 33/4
**TRUCKS [1]** 11/24
**TRUE [3]** 48/5 50/15 60/8
**TRULY [1]** 25/4
**TRUSTEE [16]** 1/5 3/11 21/8 30/10 44/17 47/2 48/4 48/13 49/15 50/11 50/19 52/18 52/22 54/24 55/8 55/18
**TRUSTEE'S [43]** 9/3 9/14 10/9 11/5 11/10 11/17 15/3 16/16 16/24 18/21 22/3 22/6 22/7 26/19 28/8 28/12 28/21 28/21 29/11 30/12 31/6 32/19 32/22 33/6 33/24 34/7 35/6 35/9 35/11 36/17 37/17 40/6 42/8 42/14 43/17 43/18 43/21 43/21 43/23 44/1 44/5 44/7 49/3
**TRUTH [1]** 14/15
**TRY [1]** 56/22
**TRYING [3]** 41/5 41/6 50/14
**TURN [9]** 5/19 6/2 9/13 11/5 12/6 15/6 18/6 22/3 53/5
**TURNED [1]** 45/13
**TURNOVER [3]** 25/20 30/14 57/15
**TV [1]** 41/17
**TWENTY [2]** 8/16 8/17
**TWO [20]** 12/11 13/5 18/11 18/20 30/19 32/24 36/23 37/8 37/10 44/18 46/4 46/24 47/17 50/2 50/25 51/4 51/7 52/17 57/11 58/5

**U**

**U.S [1]** 23/20
**UM [6]** 8/25 27/3 31/9 46/11 52/24 53/8
**UM-HMM [6]** 8/25 27/3 31/9 46/11 51/24 53/8
**UNCONTROVERTED [2]** 47/23 51/9
**UNDER [22]** 9/21 27/4 29/20 30/17 37/6 38/22 39/3 39/5 44/20 46/4 48/14 51/7 51/15

52/5 52/7 52/10 54/9 54/16 55/14 56/3 56/15 59/1
**UNDERSTAND [3]** 22/17 23/18 49/2
**UNDERSTANDING [1]** 6/14
**UNINTENTIONALLY [1]** 55/14
**UNITED [2]** 1/1 4/11
**UNITIES [3]** 34/14 35/3 51/14
**UNLESS [2]** 53/22 53/22
**UNREPORTED [1]** 42/15
**UNTIL [4]** 6/7 37/11 47/19 58/12
**UP [17]** 4/1 15/9 18/23 26/21 32/13 35/10 40/21 40/23 42/3 42/19 43/13 47/6 49/19 53/11 54/9 57/23 59/4
**US [1]** 58/21
**USE [7]** 9/24 20/22 27/16 28/20 28/24 29/4 29/7
**USED [3]** 21/10 36/18 41/17
**USING [1]** 10/22
**UTILITIES [1]** 45/14

**V**

**VALENTINE'S [3]** 57/2 57/7 57/7
**VALID [1]** 53/21
**VALUE [7]** 12/3 20/14 31/24 33/22 38/24 40/3 48/25
**VAN [5]** 26/8 26/20 29/19 53/19 54/8
**VEGAS [1]** 20/11
**VEHICLE [4]** 28/18 28/20 45/8 45/22
**VEHICLES [5]** 11/24 12/11 44/24 45/3 50/2
**VENTURE [1]** 50/6
**VERSION [1]** 40/11
**VERSUS [1]** 31/11
**VERY [14]** 4/3 4/20 14/6 14/7 18/17 20/21 24/13 31/19 41/3 47/22 48/2 48/3 52/22 59/2
**VETERAN [1]** 36/14
**VIDEO [1]** 36/13
**VOLUME [6]** 9/2 11/6 15/3 22/3 40/11 53/15

**W**

**W2 [3]** 41/6 42/4 43/12
**WAGES [3]** 44/4 44/6 44/9
**WALL [1]** 21/6
**WANT [2]** 22/17 57/12
**WANTED [2]** 25/1 25/12
**WANTS [1]** 42/2
**WAS [123]**
**WASH [1]** 38/15
**WASHED [1]** 38/10
**WASHING [1]** 34/8
**WASN'T [5]** 8/2 8/2 44/14 52/13 57/18
**WAY [9]** 9/3 11/23 20/19 22/17 34/1 39/8 41/25 42/2 55/7
**WE [103]**
**WE'LL [2]** 3/8 53/5
**WE'RE [1]** 49/17
**WE'VE [5]** 12/17 19/7 29/14 32/19 49/17
**WEBBER [9]** 1/5 1/16 3/11 4/20 21/20 24/10 46/9 53/11 55/19
**WELL [20]** 3/4 6/23 15/10 18/14 18/14 20/8 20/21 21/13

**W**

**WELL [12]**   22/16  34/6  36/14
46/25  47/6  47/7  50/8  50/23
53/21  55/4  56/12  58/20
**WELL-SEASONED [1]**   36/14
**WENT [11]**   18/1  26/14  27/8
27/12  27/22  32/25  37/23
42/23  51/11  52/1  52/1
**WERE [47]**   3/19  3/22  4/5  8/20
18/24  20/13  22/5  26/1  27/11
28/2  29/16  29/18  29/24  30/13
33/15  34/8  35/17  37/18  37/21
38/10  39/7  39/12  39/13  40/25
41/15  41/22  41/24  41/25  42/5
42/19  44/16  44/25  45/15
45/19  46/2  46/18  47/6  47/12
47/14  47/25  49/5  49/18  50/5
51/1  53/20  54/18  59/8
**WEREN'T [1]**   47/19
**WESTLAW [1]**   34/21
**WHAT [30]**   6/6  6/9  8/4  13/18
15/11  15/13  15/24  16/8  19/12
21/12  22/16  22/23  23/5  23/18
29/8  32/22  36/15  36/16  47/13
47/14  48/12  49/4  50/1  50/14
52/12  52/12  53/11  55/5  58/4
58/11
**WHAT'S [4]**   15/7  16/7  34/22
41/4
**WHEN [18]**   6/6  6/17  10/3  10/6
10/22  10/23  18/23  21/1  24/16
29/2  32/13  35/17  38/10  43/4
44/25  45/4  48/1  54/14
**WHENEVER [1]**   5/2
**WHERE [7]**   5/12  12/23  22/5
26/14  40/19  42/11  56/14
**WHEREBY [1]**   27/19
**WHEREUPON [2]**   4/9  59/8
**WHETHER [2]**   50/15  54/19
**WHICH [19]**   6/18  9/8  9/14
21/9  26/25  27/13  28/22  31/23
32/14  32/19  32/19  36/19  37/4
38/3  40/6  46/18  54/4  55/16
56/19
**WHILE [2]**   25/13  57/21
**WHO [6]**   27/19  27/25  42/1
42/2  43/3  50/11
**WHOLE [3]**   14/14  21/6  38/17
**WHOSE [1]**   17/9
**WHY [6]**   5/15  17/14  20/2  20/2
22/14  56/1
**WIFE [5]**   6/7  7/5  20/4  38/6
40/20
**WILL [25]**   4/2  4/3  10/12
14/17  16/24  22/19  22/20
22/20  25/7  37/24  45/1  56/4
56/5  56/7  56/7  56/8  56/12
56/15  56/21  56/22  57/4  57/8
57/16  58/16  59/1
**WIRE [3]**   22/15  23/6  32/18
**WITHDRAWAL [1]**   29/10
**WITHIN [2]**   46/15  46/22
**WITNESS [4]**   4/6  14/5  24/9
29/3
**WOLFF [12]**   1/17  3/13  3/23
4/6  4/16  13/2  14/8  24/22
46/6  57/1  57/17  58/4
**WON [5]**   23/12  23/15  23/16
23/20  23/25
**WOOD [1]**   21/5
**WORD [1]**   36/2
**WORKED [1]**   49/7

**WORKING [1]**   10/6
**WORKS [6]**   57/22
**WORKSHEETS [1]**   47/11
**WORTH [1]**   13/23
**WOULD [31]**   5/9  5/18  6/2  8/13
9/2  9/7  9/13  9/17  9/23  9/25
10/2  11/5  11/12  12/7  12/17
15/18  17/25  18/3  22/3  26/2
29/12  37/2  48/13  48/13  50/6
50/7  51/19  52/8  55/2  55/3
58/2
**WOULDN'T [1]**   45/8
**WRITE [1]**   56/18
**WRITTEN [1]**   17/7

**Y**

**Y-O-D-E-R [1]**   6/22
**YEAH [11]**   6/6  8/19  15/8
15/15  15/23  16/20  17/2  17/3
23/2  23/24  24/1
**YEAR [14]**   6/8  8/14  30/2  39/7
43/6  43/7  43/10  43/11  44/11
45/12  45/13  46/15  46/22
56/14
**YEARS [6]**   15/14  22/15  33/5
33/7  43/15  57/5
**YERIAN [58]**   1/7  3/4  3/14  5/4
5/7  7/8  7/21  9/5  10/20  12/16
13/4  13/9  14/7  16/22  17/10
17/12  17/20  23/9  27/1  27/25
28/3  29/1  29/6  32/16  32/24
33/3  33/8  33/12  33/12  34/10
35/15  36/8  36/13  36/19  36/21
37/20  39/17  39/25  40/17  41/5
41/15  42/12  42/16  42/18  43/1
45/2  46/25  47/4  47/7  48/6
48/19  49/4  49/13  49/22  50/9
50/17  51/20  55/13
**YERIAN'S [7]**   3/23  10/13  35/10
37/24  41/12  44/12  52/1
**YES [60]**   3/7  3/20  4/7  4/7
4/22  5/3  5/9  5/14  5/22  6/13
6/17  7/2  7/12  7/20  7/22  8/3
8/6  9/9  9/19  10/1  11/8  11/9
12/2  12/10  12/19  14/16  15/6
15/23  16/6  16/14  16/17  17/8
17/22  17/25  18/12  18/14
18/16  18/19  18/22  18/25  19/4
19/11  20/1  20/15  20/18  22/11
22/13  23/8  23/11  23/21  24/3
26/5  30/23  32/6  32/9  34/24
34/24  53/4  55/22  57/14
**YESTERDAY [1]**   8/12
**YET [4]**   7/16  40/10  45/3
48/25
**YO [10]**   3/14  14/9  14/20
14/23  23/7  28/19  51/8  52/10
55/10  55/12
**YODER [2]**   6/22  7/7
**YOU [182]**
**YOU'D [1]**   16/3
**YOU'RE [2]**   5/2  9/20
**YOU'VE [5]**   6/25  34/11  40/8
40/9  55/3
**YOUR [84]**
**YOURS [2]**   4/6  6/14

**Z**

**ZERO [1]**   40/3