UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
KEITH A YERIAN                                            CASE NO.: 6:15-bk-01720-KSJ
                                                         Chapter 7
        Debtor.
_____/                      6:15-ap-00064-KSJ


RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

        Plaintiff,

v.

KEITH A. YERIAN
SUN Y. PAK,

        Defendants.

_____/


## PLAINTIFF/TRUSTEE'S EXHIBIT LIST
Trial Date:  November 30, 2016

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| | **Jay Van Heyde Exhibit** | | | |
| 1 | Expert Report, dated June 3, 2016 | | | |
| | | | | |
| | **Sun Pak Exhibits** | | | |
| 2 | Composite - Invoice from Northeast Ohio Mover Services for Moving Expenses – dated August 20, 2012 for $675.00 along with email from Pak to McLeod and receipt for $8,000 | | | |
| 3 | Invoices from Pak to Mwagusi for rent for September through December 2012 | | | |
| 4 | E-Trade Statement #8472 from October 2008 – | | | |
| 5 | E-Trade Statement from March 2012 #8472 (JT) | | | |
| 6 | E-Trade Statement for March 2012 #5634 | | | |

[11000-710/5756060/3]

| | | | | |
|---|---|---|---|---|
| 7 | E-Trade Statement from July 2012 from #5634 | | | |
| 8 | As Is Residential Contract for Sale and Purchase - $175,000 – dated May 17 and 21, 2012 | | | |
| 9 | Warranty Deed July 27, 2012 | | | |
| 10 | Sun Y. Pak Bank Statements – January 14, 2012 through September 14, 2012 | | | |
| 11 | Composite - Note and Loan Documents (in Korean) | | | |
| 12 | Composite - Translated Note and Loan Documents with Translation | | | |
| 13 | Chart of Transfers of Funds from December 26, 2006 through January 7, 2009 | | | |
| 14 | 2010  Tax Return – Joint | | | |
| 15 | 2011 Tax Return – Pak Individually | | | |
| 16 | 2012 Tax Return – Pak Individually | | | |
| 17 | 2013 Tax Return – Pak Individually | | | |
| 18 | 2014 Tax Return – Joint | | | |
| 19 | 2015 Tax Return - Joint | | | |
| 20 | Sun Y. Pak's Responses to Plaintiff's Interrogatories | | | |
| 21 | Check from Mwagusi Software, LLC to Sun Y. Pak for Expenses - $2,200 – October 30, 2014 | | | |
| | | | | |
| | **Keith Yerian Exhibits** | | | |
| 22 | Petition/Schedules | | | |
| 23 | Transcript from 341 Meeting | | | |
| 24 | Amendments to Petition | | | |
| 25 | ETC Computers Corporation Report from Ohio | | | |
| 26 | IMobile Corporation Report from Ohio | | | |
| 27 | BGlobal Corporation Report from Ohio | | | |
| 28 | Operating Agreement for Yerian Properties, LLC – dated June 12, 2012 | | | |
| 29 | Articles of Organization for Yerian Properties, LLC – filed with Florida Secretary of State on May 22, 2012 | | | |
| 30 | Account Application for IRA with IRA Trust Services – dated May 24, 2012 | | | |
| 31 | IRA LLC Agreement dated June 1, 2012 | | | |
| 32 | Transfer Authorization from E-Trade Account 7414 to the IRA for $100,000 – dated May 24, 2012 | | | |
| 33 | Transfer Authorization from Fifth Third | | | |

| | | | | |
|---|---|---|---|---|
| | Account to the IRA for $99,000 – dated June 12, 2012 | | | |
| 34 | Investment Authorization into Yerian Properties, LLC for $120,000 – dated July 18, 2012 | | | |
| 35 | Transfer Authorization from E-Trade Account 7414 to the IRA for $110,000 – dated March 12, 2013 | | | |
| 36 | 2012 IRA Statement from IRA Services Trust Company – Jan 2012 through December 2012 | | | |
| 37 | 2013 IRA Statement from IRA Services Trust Company – Jan 2013 through December 2013 | | | |
| 38 | 2014 IRA Statement from IRA Services Trust Company – Jan 2014 through December 2014 | | | |
| 39 | 2015 IRA Statement from IRA Services Trust Company – Jan 2015 through December 2015 | | | |
| 40 | 2016 IRA Statement from IRA Services Trust Company – Jan 2016 through March 2016 | | | |
| 41 | Sunbiz report for Yerian Properties, LLC | | | |
| 42 | Deed for Palm Bay – May 30, 2012 | | | |
| 43 | Deed for Puerto Rico (in Spanish) – August 3, 2012 | | | |
| 44 | Operating Agreement from Yerian Properties, LLC – September 26, 2014 | | | |
| 45 | 2013 Bank Statements - Fifth Third/Yerian Properties, LLC – November 2013 to December 2013 | | | |
| 46 | 2014 Bank Statements - Fifth Third/Yerian Properties, LLC – January 2014 to December 2014 | | | |
| 47 | 2015 Bank Statements - Fifth Third/Yerian Properties, LLC – January 2015 to September 2015 | | | |
| 48 | Articles of Organization for Mwagusi Software with Corporate Charter | | | |
| 49 | Payroll Journal for Mwagusi Software – December 1, 2011 through December 31, 2011 | | | |
| 50 | Check to Yerian from Mwagusi for $21,156 – December 16, 2011 | | | |
| 51 | Yerian's 2011 Expense Report with Mwagusi | | | |
| 52 | Mwagusi Software Bank Statements – February 2011 through December 2011 | | | |
| 53 | Mwagusi Software Payroll Journal for February 2012 | | | |
| 54 | Email from Yerian to McLeod May 16, 2012 – with shipping receipts | | | |

[11000-710/5756060/3]

| | | | | |
|---|---|---|---|---|
| 55 | Check from Mwagusi Software to Self Directed IRA, LLC - $1,575 - dated May 21, 2012 | | | |
| 56 | Check from Yerian Properties, LLC Account to Mwagusi for $3575 – dated August 14, 2012 | | | |
| 57 | Anthem Insurance Receipt – December 5, 2012 | | | |
| 58 | Mwagusi Software 2012 W2s | | | |
| 59 | Mwagusi 2012 Credit Card Statements – Chase Bank – September 2012 through December 2012 | | | |
| 60 | Mwagusi Software 2012 Checking Statements – Chase Bank – December 2011 through March 2012 | | | |
| 61 | Ohio Unemployment Benefit Notice for Yerian – October 2013 | | | |
| 62 | Yerian's 2013 Monthly Expense Reports for Mwagusi | | | |
| 63 | Mwagusi Software 2013 Credit Card Statements – February 2013 through December 2013 | | | |
| 64 | Mwagusi Software 2014 Credit Card Statements – January 2014 through December 2014 | | | |
| 65 | Yerian's counsel's email re: Keith's plans to file BK – November 27, 2013 | | | |
| 66 | Yerian's 2015 Expense Report in email to McLeod – December 18, 2015 | | | |
| 67 | Mwagusi Software 2015 Credit Card Statements – January 2015 through November 2015 | | | |
| 68 | Payoff Statement for Smart Car Loan from Dean Barker to Yerian – December 9, 2014 | | | |
| 69 | E-Trade Statement from October 2008 | | | |
| 70 | E-Trade October 2010 Statement - #8472 (JT) | | | |
| 71 | Email from KY to Karen February 15, 2011 | | | |
| 72 | E-Trade March 2012 Statement - #8472 (JT) – | | | |
| 73 | E-Trade Statement March 2012 | | | |
| 74 | 2011 Tax Return – Yerian filing individually | | | |
| 75 | 2012 Tax Return – Yerian filing individually | | | |
| 76 | 2013 Tax Return – Yerian filing individually | | | |
| 77 | Proposed amended 2014 Tax Return | | | |
| 78 | Yerian's Responses to Trustee's Interrogatories | | | |
| 79 | Main Case Docket | | | |

| | | | | |
|---|---|---|---|---|
| 80 | Adversary Proceeding Docket | | | |
| 81 | Smartcar Title | | | |
| 82 | BMW VIN check | | | |
| | | | | |
| | **John McLeod – Mwagusi Software** | | | |
| 83 | Articles of Organization for Mwagusi, dated February 16, 2011 | | | |
| 84 | Payroll Journal, dated December 15, 2011 | | | |
| 85 | Keith Yerian's 2011 Expense Report, dated December 31, 2011 | | | |
| 86 | 2011 Credit Card Statements from Mwagusi Software – September 2011 through December 2011 | | | |
| 87 | 2011 Checking Account Statements from Mwagusi Software – February 2011 through December 2011 | | | |
| 88 | Mwagusi Software 2011 Tax Return | | | |
| 89 | Mwagusi Software Payroll Journal for February 2012 | | | |
| 90 | Email from Yerian to McLeod May 16, 2012 – with shipping receipts | | | |
| 91 | Check from Mwagusi Software to Self Directed IRA, LLC - $1,575 - dated May 21, 2012 | | | |
| 92 | Check from Yerian Properties, LLC Account to Mwagusi for $3575 –  dated August 14, 2012 | | | |
| 93 | Composite - Invoice from Northeast Ohio Mover Services for  Moving Expenses – dated August 20, 2012 | | | |
| 94 | Invoices from Pak to Mwagusi for rent for September through December 2012 | | | |
| 95 | Anthem Insurance Payment Receipt, dated December 5, 2012 | | | |
| 96 | Mwagusi Software's 2012 Tax Return | | | |
| 97 | Mwagusi Software's 2012 W-2s | | | |
| 98 | 2012 Mwagusi Software Credit Card Statement 7296 – February 2012 through August 2012 | | | |
| 99 | 2012 Mwagusi Software Credit Card Statements 3356 – September 2012 through December 2012 | | | |
| 100 | 2012 Mwagusi Software Checking Account Statements 1281 – January 2012 through December 2012 | | | |

[11000-710/5756060/3]

| 101 | 2012 Savings Account Statements 5834 – May 2012 through December 2012 | | | |
|---|---|---|---|---|
| 102 | Mwagusi Software's 2013 Tax Return | | | |
| 103 | Unemployment Benefits Notice regarding Keith Yerian, dated October 2013 | | | |
| 104 | Keith Yerian's 2013 Expense Reports | | | |
| 105 | 2013 Mwagusi Software Credit Card Statements 3356 – January 2013 through December 2013 | | | |
| 106 | 2013 Mwagusi Software Checking Account Statements 1281– January 2013 through December 2013 | | | |
| 107 | 2013 Mwagusi Software Savings Account Statements 5834 – January 2013 through December 2013 | | | |
| 108 | Mwagusi Software's 2014 Tax Return | | | |
| 109 | 2014 Credit Card Statements 3356 -  January 2014 through December 2014 | | | |
| 110 | 2014 Checking Account Statements -  January 2014 through December 2014 | | | |
| 111 | 2014 Savings Account Statements 5834- January 2014 through December 2014 | | | |
| 112 | Copies of Checks from August 2014 through March 2016 | | | |
| 113 | Mwagusi Software's 2015 Tax Return | | | |
| 114 | Keith Yerian's 2015 Expense Report | | | |
| 115 | 2015 Credit Card Statements 3356 – January 2015 through November 2015 | | | |
| 116 | 2015 Checking Account Statements 1281 – January 2015 through October 2015 | | | |
| 117 | 2015 Savings Account Statements 5834 – January 2015 through October 2015 | | | |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.