## Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 101

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:**  6:15-bk-01720-KSJ

*Adv. No.:*  6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____, **Deputy Clerk**

**APPENDIX B**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

May 10, 2012 through May 31, 2012
Account Number:  (d)(5)          334

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00168603 DRE 703 144 15312 NNNNNNNYNYN T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## No overdraft fees for purchases of $5 or less

Good news, we're making changes to help you avoid fees. For purchases of $5 or less that overdraw your account, we'll no longer charge you an Insufficient Funds Fee, Returned Item Fee, or Overdraft Protection Transfer Fee. This is in addition to our current policy of not charging those fees if your account is overdrawn by $5 or less at the end of the business day.

Effective July 22, 2012, these changes will be incorporated into the "Additional Banking Services and Fees" document as follows:

In the **Additional Banking Services and Fees,**

In the section called "Insufficient Funds, Returned Items, and Stop Payments" the fee descriptions will be changed to:

> *Insufficient Funds and Returned Item Fees*
> *We will not charge an Insufficient Funds Fee if your ending account balance is overdrawn by $5 or less. Additionally, even if your ending account balance is overdrawn we will not charge an Insufficient Funds or Returned Item Fee for any item that is $5 or less.*
>
> *Overdraft Protection Transfer Fee*
> *We will not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn by $5 or less or the Overdraft Protection transfer resulted from transactions that are all $5 or less.*

Please note that there will be no change to the amount of these fees. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## Change in fees for non-Chase ATM transactions

Good news. Starting July 22, 2012, we will reduce the number of non-Chase ATM fees charged when you perform balance inquiries or account transfers at a non-Chase ATM. For transactions performed by the same card at the same terminal within a 15 minute time period, balance inquiries and account transfers will not incur a fee if done in conjunction with a withdrawal. If only transfers and inquiries are performed only one non-Chase ATM fee will be charged. Other than this reduction in the number of fees charged for inquiries and transfers, there are no other changes to the Non-Chase ATM fee. As a reminder, the owner of the non-Chase ATM may impose an additional charge.

These changes will be reflected in your account agreement. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

MS000277



May 10, 2012 through May 31, 2012

Account Number: (d)(5)   5834

### Lower Fees for Counter Checks

Beginning July 22, 2012, we will charge $2 per sheet (3 checks to a page) of Counter Checks, instead of $2 per check. Also, we may waive this Counter Check fee for certain types of accounts.

These changes will be updated in the Additional Banking Services and Fees for Chase business checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## SAVINGS SUMMARY
Chase Business Select High Yield Savings

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 2 | 5,000.15 |
| **Ending Balance** | **2** | **$5,000.15** |
| Annual Percentage Yield Earned This Period |  | 0.05% |
| Interest Earned This Period |  | $0.15 |
| Interest Paid Year-to-Date |  | $0.15 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$0.00** |
| 05/10 | Transfer From Chk Xxxxx1281 | **5,000.00** | 5,000.00 |
| 05/31 | Interest Payment | **0.15** | 5,000.15 |
|  | **Ending Balance** |  | **$5,000.15** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000278



May 10, 2012 through May 31, 2012

Account Number: (d)(5)          834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions** **not shown on this statement:**

| Date | Amount | | Date | Amount | | Date | Amount |
|------|--------|--|------|--------|--|------|--------|
|      |        |  |      |        |  |      |        |
|      |        |  |      |        |  |      |        |

Step 2 Total:  $_____

3.  **Add Step 2 Total to Step 1 Balance.**          Step 3 Total:  $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | | Check Number or Date | Amount |
|----------------------|--------|--|----------------------|--------|
|                      |        |  |                      |        |
|                      |        |  |                      |        |
|                      |        |  |                      |        |
|                      |        |  |                      |        |
|                      |        |  |                      |        |
|                      |        |  |                      |        |

Step 4 Total:  -$_____

5.  **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER   JPMorgan Chase Bank, N.A. Member FDIC

MS000279



May 10, 2012 through May 31, 2012

Account Number: (d)(5) 5834

This Page Intentionally Left Blank

MS000280

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2012 through June 29, 2012

Account Number: (c)(1)  5834



IIliilIIliiilIiIiilIiIiiilIiiilIiliiilIiiilIiiilIiliiilIiiiIIll
00604672 DRE 703 144 18212 NNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We are eliminating the following fees for Business Banking customers

You already enjoy many complimentary banking services because you are a Chase Business Banking customer. And you'll be getting more services for free just for having a Chase Business Banking checking or savings account, starting August 1, 2012:

There will be NO FEE for:
- Cash Strap Orders
- Coin Roll Orders
- Cash Bag Deposits
- Multiple Mailed Statements

This is another way to reward our Business Banking customers for choosing Chase. All other terms of your account remain the same. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338) or contact your banker.

## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,000.15** |
| Deposits and Additions | 1 | 0.20 |
| **Ending Balance** | **1** | **$5,000.35** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.20 |
| Interest Paid Year-to-Date | | $0.35 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,000.15** |
| 06/29 | Interest Payment | 0.20 | 5,000.35 |
| | **Ending Balance** | | **$5,000.35** |

MS000281



June 01, 2012 through June 29, 2012

Account Number: (s)(1)          5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000282



June 01, 2012 through June 29, 2012

Account Number: (c)(1) 5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**    Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                           Step 2 Total:    $_____

3. **Add Step 2 Total to Step 1 Balance.**                 Step 3 Total:    $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                           Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000283



June 01, 2012 through June 29, 2012

Account Number:   (c)(1)   5834

This Page Intentionally Left Blank

MS000284


**JPMorgan Chase Bank, N.A.**
P O Box 659754
San Antonio, TX 78265 - 9754

June 30, 2012 through July 31, 2012
Account Number:   (c)(1)   85834


00168513 DRE 703 144 21412 NNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,000.35** |
| Deposits and Additions | 1 | 0.22 |
| **Ending Balance** | 1 | **$5,000.57** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.22 |
| Interest Paid Year-to-Date | | $0.57 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,000.35** |
| 07/31 | Interest Payment | 0.22 | 5,000.57 |
| | **Ending Balance** | | **$5,000.57** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000285

 CHASE

June 30, 2012 through July 31, 2012

Account Number: (c)(1)       5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**      Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**      Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER   **JPMorgan Chase Bank, N.A. Member FDIC**

MS000286

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2012 through August 31, 2012

Account Number: (c)(1)  ‌834



00168763 DRE 703 144 24512 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## SAVINGS SUMMARY — Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,000.57** |
| Deposits and Additions | 1 | 0.21 |
| **Ending Balance** | **1** | **$5,000.78** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.21 |
| Interest Paid Year-to-Date | | $0.78 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,000.57** |
| 08/31 | Interest Payment | 0.21 | 5,000.78 |
| | **Ending Balance** | | **$5,000.78** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

MS000287



August 01, 2012  through  August 31, 2012

Account Number:    (c)(1)          5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**      Step 1 Balance:   $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**      Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING LENDER   JPMorgan Chase Bank, N.A. Member FDIC

MS000288

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

September 01, 2012 through September 28, 2012

Account Number: (d)(5)  35834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00580893 DRE 703 144 27312 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,000.78** |
| Deposits and Additions | 1 | 0.19 |
| **Ending Balance** | **1** | **$5,000.97** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.19 |
| Interest Paid Year-to-Date | | $0.97 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,000.78** |
| 09/28 | Interest Payment | **0.19** | 5,000.97 |
| | **Ending Balance** | | **$5,000.97** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000289**



September 01, 2012 through September 28, 2012

Account Number:   (d)(5)      i834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**      Step 1 Balance:  $ _____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $ _____

3.  **Add Step 2 Total to Step 1 Balance.**      Step 3 Total:  $ _____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$ _____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**      $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000290

## CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 29, 2012 through October 31, 2012
Account Number:  (c)(1)  5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00168512 DRE 703 144 30612 YNNNNNNYNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,000.97** |
| Deposits and Additions | 1 | 0.22 |
| **Ending Balance** | 1 | **$5,001.19** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.22 |
| Interest Paid Year-to-Date | | $1.19 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,000.97** |
| 10/31 | Interest Payment | 0.22 | 5,001.19 |
| | **Ending Balance** | | **$5,001.19** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000291



September 29, 2012 through October 31, 2012

Account Number:    (c)(1)        5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | | Date | Amount | | Date | Amount |
|------|--------|--|------|--------|--|------|--------|
| | | | | | | | |
| | | | | | | | |

                                                                  Step 2 Total:   $_____

3.  **Add Step 2 Total to Step 1 Balance.**                         Step 3 Total:   $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
    not shown on this statement.**

| Check Number or Date | Amount | | Check Number or Date | Amount |
|----------------------|--------|--|----------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

                                                                  Step 4 Total:   -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000292



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 01, 2012 through November 30, 2012
Account Number: (c)(1)    5834



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00168502 DRE 703 144 33612 NNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

You will see more information about your ATM deposits on your account statement.

Tracking your ATM deposits will be even easier beginning November 12, 2012.
In the Deposits and Additions section of your statement, you will see the date you made
your deposit (in addition to the date we posted it to your account), and the last
four digits of the card number for each ATM deposit.

In the ATM & Debit Card Summary section, ATM and debit card transactions will be totaled
by cardholder. This will help you track activity by cardholder.  Please note that any ATM
deposit transactions that post to your account before November 12, 2012, will not show
this additional information and will not be included in the  ATM & Debit Card Summary
section at the end of your statement.

We value you as a Chase customer. If you have questions, please call us at the number on
this statement or visit your nearest branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,001.19** |
| Deposits and Additions | 1 | 0.20 |
| **Ending Balance** | 1 | **$5,001.39** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.20 |
| Interest Paid Year-to-Date | | $1.39 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,001.19** |
| 11/30 | Interest Payment | **0.20** | 5,001.39 |
| | **Ending Balance** | | **$5,001.39** |

**MS000293**



You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000294**



November 01, 2012 through November 30, 2012

Account Number: (c)(1)　　　**5834**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**　　　　**Step 1 Balance: $_____**

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Step 2 Total:　$_____**

3. **Add Step 2 Total to Step 1 Balance.**　　　　　　　　　**Step 3 Total:　$_____**

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Step 4 Total:　-$_____**

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**　**$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER　　**JPMorgan Chase Bank, N.A. Member FDIC**

MS000295



This Page Intentionally Left Blank

MS000296



**CHASE** ◆
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2012 through December 31, 2012
Account Number: (c)(1)    5834

Ilhlmmlllhllmllldululmlllllulllulllulllmlll
00620613 DRE 703 144 00113 NNYNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase
checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card
  transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice
  relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe
  circumstances where funds may not be available until the seventh business day after the
  day of deposit. We are deleting the sentence saying that the first $200 from your
  deposit will be available on the next business day, so if we delay availability in
  those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about
the changes, please call us at the number on this statement or visit your nearest branch.

---

### SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,001.39** |
| Deposits and Additions | 1 | 0.21 |
| Electronic Withdrawals | 1 | - 3,000.00 |
| **Ending Balance** | **2** | **$2,001.60** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.21 |
| Interest Paid Year-to-Date | | $1.60 |

---

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

MS000297



December 01, 2012 through December 31, 2012

Account Number:       (c)(1)       834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$5,001.39** |
| 12/31 | 12/31 Online Transfer To  Chk ...1281 Transaction#: 3038686782 | - 3,000.00 | 2,001.39 |
| 12/31 | Interest Payment | **0.21** | 2,001.60 |
|  | **Ending Balance** |  | **$2,001.60** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000298**



December 01, 2012 through December 31, 2012

Account Number: (c)(1)        5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                            Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**                  Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                            Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000299



December 01, 2012  through  December 31, 2012

Account Number:    (c)(1)       5834

This Page Intentionally Left Blank

**MS000300**