<u>**Exhibit Cover Sheet**</u>

**Party submitting:** Plaintiff      **Ex. #** 102

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:** Trial

---

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____ ,   **Deputy Clerk**

**APPENDIX B**

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2013** |

For calendar year 2013 or tax year beginning _____ , 2013, ending _____ , 20 ___

| **A** S election effective date 02/16/2011 | TYPE OR PRINT | **Name** Mwagusi Software LLC Systems Applications | **D** Employer identification number 27-5034956 |
|---|---|---|---|
| **B** Business activity code number (see instructions) 517000 | | Number, street, and room or suite no. If a P.O. box, see instructions. 7260 Azure Dr, Suite 140-862 | **E** Date incorporated 02/16/2011 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP code or foreign postal code Las Vegas, NV 89130 | **F** Total assets (see instructions) $ 10,000. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☐ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . ▶ 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **INCOME** | **1a** | Gross receipts or sales | 1a | 109,992. |
| | **b** | Returns and allowances | 1b | |
| | **c** | Balance. Subtract line 1b from line 1a | 1c | 109,992. |
| | **2** | Cost of goods sold (attach Form 1125-A) | 2 | |
| | **3** | Gross profit. Subtract line 2 from line 1c | 3 | 109,992. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | **5** | Other income (loss) (see instructions - attach statement) | 5 | |
| | **6** | Total income (loss). Add lines 3 through 5 ▶ | 6 | 109,992. |
| **DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)** | **7** | Compensation of officers (see instructions - attach Form 1125-E) | 7 | 18,839. |
| | **8** | Salaries and wages (less employment credits) | 8 | 16,287. |
| | **9** | Repairs and maintenance | 9 | 4,450. |
| | **10** | Bad debts | 10 | |
| | **11** | Rents | 11 | 8,300. |
| | **12** | Taxes and licenses | 12 | |
| | **13** | Interest | 13 | |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | **15** | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | **16** | Advertising | 16 | |
| | **17** | Pension, profit-sharing, etc., plans | 17 | |
| | **18** | Employee benefit programs | 18 | 10,147. |
| | **19** | Other deductions (attach statement) | 19 | 51,502. |
| | **20** | Total deductions. Add lines 7 through 19 ▶ | 20 | 109,525. |
| | **21** | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 467. |

EXHIBIT
22
McLeod
5/16/16
PENGAD 800-631-6989

| **TAX AND PAYMENTS** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
|---|---|---|---|---|---|---|
| | **b** | Tax from Schedule D (Form 1120S) | 22b | | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | 0. |
| | **23a** | 2013 estimated tax payments and 2012 overpayment credited to 2013 | 23a | | | |
| | **b** | Tax deposited with Form 7004 | 23b | | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | **d** | Add lines 23a through 23c | | | 23d | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| | **25** | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | 0. |
| | **26** | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| | **27** | Enter amount from line 26 Credited to 2014 estimated tax ▶ _____ Refunded ▶ | | | 27 | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer   Date ____   Title ▶ _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form **1120S** (2013)

02/28/2014 03:35:06PM

MS000107

Form 1120S (2013)   **Mwagusi Software LLC**                                          27-5034956   Page **2**

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:
  a Business activity ▶ **Software Development**   b Product or service ▶ **Computer Software**

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . . . .   | | X |

**4** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)
below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . .   | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . .   | | X |
  If "Yes," complete lines (i) and (ii) below.
  (i)  Total shares of restricted stock . . . . . . . . . . ▶ _____
  (ii)  Total shares of non-restricted stock . . . . . . . . ▶ _____
  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . . . .   | | X |
  If "Yes," complete lines (i) and (ii) below.
  (i)  Total shares of stock outstanding at the end of the tax year   ▶ _____
  (ii)  Total shares of stock outstanding if all instruments were executed  ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide
information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X |

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ▶ ☐
  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount
  Instruments.

**8** If the corporation: (a) was a C corporation before it elected to be an S corporation  or  the corporation acquired an
asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in
the hands of a C corporation  and (b) has net unrealized built-in gain in excess of the net recognized built-in gain
from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see
instructions) . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year.             $ _____

**10** Does the corporation satisfy both of the following conditions?
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . .   | | |
  **b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . .   | X | |
  If "Yes," the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the
terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X |
  If "Yes," enter the amount of principal reduction       $ _____

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . . .   | | X |

**13 a** Did the corporation make any payments in 2013 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . .   | | X |
  **b** If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . .   | | |

UYA                                                                              Form **1120S** (2013)

02/28/2014 03:35:06PM

**MS000108**

Form 1120S (2013)   **Mwaqusi Software LLC**   27-5034956   Page **3**

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . | **1** | 467. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . | **2** | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . **3a** | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | **3c** | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | 5 | Dividends:  a Ordinary dividends . . . . . . . . . . . . . . . . | **5a** | |
| | | b Qualified dividends . . . . . . . . . . . . . . **5b** | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . | **8a** | |
| | b | Collectibles (28%) gain (loss). . . . . . . . . . . . . **8b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . **8c** | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . | **9** | |
| | 10 | Other income (loss) (see instructions) . . . . . . . . . Type ▶ | **10** | |
| **Deduc-tions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . | **11** | 2,737. |
| | 12 a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . | **12a** | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . | **12b** | |
| | c | Section 59(e)(2) expenditures     (1) Type ▶ _____  (2) Amount ▶ | **12c(2)** | |
| | d | Other deductions (see instructions). . . . . . . Type ▶ | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . | **13a** | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) . . . . . . . . . . . | **13c** | |
| | d | Other rental real estate credits (see instructions)     Type ▶ _____ | **13d** | |
| | e | Other rental credits (see instructions). . . . . . . Type ▶ _____ | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . | **13f** | |
| | g | Other credits (see instructions) . . . . . . . . . Type ▶ | **13g** | |
| **Foreign Transac-tions** | 14a | Name of country or U.S. possession  ▶ _____ | | |
| | b | Gross income from all sources | **14b** | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | **14d** | |
| | e | General category . . . . . . . . . . . . . . . . . . . . . . . . | **14e** | |
| | f | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | **14f** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense. . . . . . . . . . . . . . . . . . . . . . . . . | **14g** | |
| | h | Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14h** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | **14i** | |
| | j | General category . . . . . . . . . . . . . . . . . . . . . . . . | **14j** | |
| | k | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | **14k** | |
| | | Other information | | |
| | l | Total foreign taxes (check one):  ▶ ☐ Paid  ☐ Accrued . . . . . . . . . | **14l** | |
| | m | Reduction in taxes available for credit (attach statement) . . . . . . . . . . . . | **14m** | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . | **15a** | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . | **15c** | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . | **15d** | |
| | e | Oil, gas, and geothermal properties - deductions. . . . . . . . . . . . | **15e** | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . | **15f** | |
| **Items Affecting Share-holder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . | **16a** | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . | **16b** | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . | **16c** | 388. |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . | **16d** | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . | **16e** | |

UYA                                                                                      Form **1120S** (2013)

MS000109

Form 1120S (2013)  **Mwaqusi Software LLC**                                    27-5034956  Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| **Recon-ciliation** | **18** Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -2,270. |

## Schedule L — Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| **1** Cash | | | | |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | ( ) | | ( ) | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach statement) | | | | |
| **7** Loans to shareholders | | | | |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | | | | |
| **b** Less accumulated depreciation | ( ) | | ( ) | |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | ( ) | | ( ) | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | ( ) | | ( ) | |
| **14** Other assets (attach statement) | | | | |
| **15** Total assets | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach statement) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock | | | | |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | | | |
| **25** Adjustments to shareholders' equity (attach stmt.) | | | | |
| **26** Less cost of treasury stock | | ( ) | | ( ) |
| **27** Total liabilities and shareholders' equity | | | | |

UYA                                                                      Form **1120S** (2013)

02/28/2014 03:35:06PM

**MS000110**

Form 1120S (2013)   **Mwaqusi Software LLC**                                          27-5034956   Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note.** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . . | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | - | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | | | |
| | | | 7 | Add lines 5 and 6 . . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . | | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . | 1,554. | | |
| 2 | Ordinary income from page 1, line 21 . . . . . . | 467. | | |
| 3 | Other additions . . . . . . . . . . . . . . . | | | |
| 4 | Loss from page 1, line 21 . . . . . . . . . . . | ( ) | | |
| 5 | Other reductions . . . . . . . . . . . . . . | ( 3,125.) | ( ) | |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . | -1,104. | | |
| 7 | Distributions other than dividend distributions . . | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . | -1,104. | | |

UYA                                                                               Form **1120S** (2013)

02/28/2014 03:35:06PM

**MS000111**

671113

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax
year beginning _____ , 2013
ending _____ , 20____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 and separate Instructions.

| Part III | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) **467.** | **13** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Foreign transactions |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | | |
| **10** | Other income (loss) | **15** | Alternative minimum tax (AMT) items |

| Part I | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number

**27-5034956**

**B** Corporation's name, address, city, state, and ZIP code

**Mwagusi Software LLC**
**7260 Azure Dr**
**Suite 140-862**
**Las Vegas, NV 89130**

**C** IRS Center where corporation filed return

**OGDEN, UT  84201**

| Part II | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
(d)(5)  ...455

**E** ...ne, address, city, state, and ZIP code

**John D. McLeod**
**3845 Cedarbend Dr**
**La Crescenta, CA 91214**

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . _____ **100.0000** %

**For IRS Use Only**

| | | | |
|---|---|---|---|
| **11** | Section 179 deduction **2,737.** | **16** C | Items affecting shareholder basis **388.** |
| **12** | Other deductions | | |
| | | **17** | Other information |

* See attached statement for additional information.

Schedule K-1 (Form 1120S) 2013

02/28/2014 03:35:06PM

**MS000112**

**Mwagusi Software LLC**                                         **27-5034956**

Schedule K-1 (Form 1120S) 2013                                         Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Shareholder's Instructions

3. Other net rental income (loss)
   Net income — Schedule E, line 28, column (g)
   Net loss — See the Shareholder's Instructions

4. Interest income — Form 1040, line 8a

5a. Ordinary dividends — Form 1040, line 9a

5b. Qualified dividends — Form 1040, line 9b

6. Royalties — Schedule E, line 4

7. Net short-term capital gain (loss) — Schedule D, line 5

8a. Net long-term capital gain (loss) — Schedule D, line 12

8b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)

8c. Unrecaptured section 1250 gain — See the Shareholder's Instructions

9. Net section 1231 gain (loss) — See the Shareholder's Instructions

10. Other income (loss)
   Code
   A  Other portfolio income (loss) — See the Shareholder's Instructions
   B  Involuntary conversions — See the Shareholder's Instructions
   C  Sec. 1256 contracts & straddles — Form 6781, line 1
   D  Mining exploration costs recapture — See Pub. 535
   E  Other income (loss) — See the Shareholder's Instructions

11. Section 179 deduction — See the Shareholder's Instructions

12. Other deductions
   A  Cash contributions (50%)
   B  Cash contributions (30%)
   C  Noncash contributions (50%)
   D  Noncash contributions (30%)
   E  Capital gain property to a 50% organization (30%)
   F  Capital gain property (20%)
   G  Contributions (100%) — See the Shareholder's Instructions
   H  Investment interest expense — Form 4952, line 1
   I  Deductions - royalty income — Schedule E, line 19
   J  Section 59(e)(2) expenditures — See the Shareholder's Instructions
   K  Deductions - portfolio (2% floor) — Schedule A, line 23
   L  Deductions - portfolio (other) — Schedule A, line 28
   M  Preproductive period expenses — See the Shareholder's Instructions
   N  Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
   O  Reforestation expense deduction — See the Shareholder's Instructions
   P  Domestic production activities information — See Form 8903 Instructions
   Q  Qualified production activities income — Form 8903, line 7b
   R  Employer's Form W-2 wages — Form 8903, line 17
   S  Other deductions — See the Shareholder's Instructions

13. Credits
   A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
   B  Low-income housing credit (other) from pre-2008 buildings
   C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings
   D  Low-income housing credit (other) from post-2007 buildings — See the Shareholder's Instructions
   E  Qualified rehabilitation expenditures (rental real estate)
   F  Other rental real estate credits
   G  Other rental credits
   H  Undistributed capital gains credit — Form 1040, line 71, box a
   I  Biofuel producer credit
   J  Work opportunity credit
   K  Disabled access credit — See the Shareholder's Instructions
   L  Empowerment zone and renewal community employment credit
   M  Credit for increasing research activities

| Code | | Report on |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

14. Foreign transactions
   A  Name of country or U.S. possession
   B  Gross income from all sources — Form 1116, Part I
   C  Gross income sourced at shareholder level

   Foreign gross income sourced at corporate level
   D  Passive category
   E  General category — Form 1116, Part I
   F  Other

   Deductions allocated and apportioned at shareholder level
   G  Interest expense — Form 1116, Part I
   H  Other — Form 1116, Part I

   Deductions allocated and apportioned at corporate level to foreign source income
   I  Passive category
   J  General category — Form 1116, Part I
   K  Other

   Other information
   L  Total foreign taxes paid — Form 1116, Part II
   M  Total foreign taxes accrued — Form 1116, Part II
   N  Reduction in taxes available for credit — Form 1116, line 12
   O  Foreign trading gross receipts — Form 8873
   P  Extraterritorial income exclusion — Form 8873
   Q  Other foreign transactions — See the Shareholder's Instructions

15. Alternative minimum tax (AMT) items
   A  Post-1986 depreciation adjustment
   B  Adjusted gain or loss
   C  Depletion (other than oil & gas)
   D  Oil, gas, & geothermal - gross income
   E  Oil, gas, & geothermal - deductions
   F  Other AMT items — See the Shareholder's Instructions and the Instructions for Form 6251

16. Items affecting shareholder basis
   A  Tax-exempt interest income — Form 1040, line 8b
   B  Other tax-exempt income
   C  Nondeductible expenses
   D  Distributions
   E  Repayment of loans from shareholders — See the Shareholder's Instructions

17. Other information
   A  Investment income — Form 4952, line 4a
   B  Investment expenses — Form 4952, line 5
   C  Qualified rehabilitation expenditures (other than rental real estate) — See the Shareholder's Instructions
   D  Basis of energy property — See the Shareholder's Instructions
   E  Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
   F  Recapture of low-income housing credit (other) — Form 8611, line 8
   G  Recapture of investment credit — See Form 4255
   H  Recapture of other credits — See the Shareholder's Instructions
   I  Look-back interest - completed long-term contracts — See Form 8697
   J  Look-back interest - income forecast method — See Form 8866
   K  Dispositions of property with section 179 deductions
   L  Recapture of section 179 deduction
   M  Section 453(l)(3) information
   N  Section 453A(c) information
   O  Section 1260(b) information
   P  Interest allocable to production expenditures — See the Shareholder's Instructions
   Q  CCF nonqualified withdrawals
   R  Depletion information - oil and gas
   S  Amortization of reforestation costs
   T  Section 108(i) information
   U  Net investment income
   V  Other information

UYA

MS000113

# Schedule K-1 - Supplemental Information
## Supporting Statement for Schedule K-1

**Corporation:** Mwagusi Software LLC          **EIN:** 27-5034956
**Shareholder:** John D McLeod          **ID Number:** (d)(5) 3455

| Description | Amount |
| --- | --- |
| Ordinary income included in line 1 | $467. |

02/28/14   03:35 PM

**MS000114**

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ See separate instructions.   ▶ Attach to your tax return. | **2013**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| **Mwagusi Software LLC** | **Software Development** | **27-5034956** |

### Part I   Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing<br>separately, see instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 500,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2012 Form 4562 · · · · · · · · · · · · · | **10** | 2,737. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | 19,306. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. . . . . . . . . | **12** | 2,737. |
| 13 | Carryover of disallowed deduction to 2014. Add lines 9 and 10, less line 12 . . . . ▶ | **13** | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service<br>during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . | **16** | |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2013 . . . . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more<br>general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

#### Section B — Assets Placed in Service During 2013 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C — Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . | **22** | 0. |
| 23 | For assets shown above and placed in service during the current year,<br>enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate Instructions.
UYA

Form **4562** (2013)

02/28/2014 03:35:06PM

MS000115

# 2013 Other Deductions - Supporting Details for Form 1120-S, Line 19

| Name(s) shown on return | Employer identifying number |
|---|---|
| Mwaqusi Software LLC | 27-5034956 |

| # | Item | Line | Amount |
|---|---|---|---|
| 1. | Accounting | 1 | |
| 2. | Amortization | 2 | |
| 3. | Bank fees | 3 | 15. |
| 4. | Commissions | 4 | |
| 5. | Contracted servicers and independent contractor expenses | 5 | |
| 6. | Credit card convenience fees | 6 | |
| 7. | Gifts | 7 | |
| 8. | Insurance | 8 | 332. |
| 9. | Janitorial | 9 | |
| 10. | Legal and professional fees | 10 | 14,111. |
| 11. | Organizational costs before factoring deduction | 11 | |
| 12. | Postage | 12 | 204. |
| 13. | Professional dues and subscriptions | 13 | 462. |
| 14. | Reimbursed Employee Expenses | 14 | 10,824. |
| 15. | Start-up costs before factoring deduction | 15 | |
| 16. | Supplies | 16 | 1,027. |
| 17. | Telephone | 17 | 10,873. |
| 18. | Total farm expense | 18 | |
| 19. | Travel and entertainment expense subject to 50% limitation | 19 | 389. |
| 20. | Travel and entertainment expense not subject to limitations | 20 | 13,265. |
| 21. | Utilities | 21 | |
| 22. | Vehicle expense | 22 | |

**Total Other Deductions** ... 51,502.

MS000116

**2013**           **Schedule M-2 Adjustments to AAA Worksheet**

| Name shown on Form 1120S | Federal Employer ID Number |
|---|---|
| Mwagusi Software LLC | 27-5034956 |

Line 3:  Other Additions to Accumulated Adjustment Account

**Description**

| Amount |
|---|

| | Amount |
|---|---|
| 1. Net rental real estate income | |
| 2. Other net rental income | |
| 3. Interest income | |
| 4. Dividend income | |
| 5. Royalty income | |
| 6. Net short-term capital gain | |
| 7. Net long-term capital gain | |
| 8. Net section 1231 gain | |
| 9. Other income | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| **Total.** | |

Line 5:  Other Reductions to Accumulated Adjustment Account

**Description**

| Amount |
|---|

| | Amount |
|---|---|
| 1. Net rental real estate loss | |
| 2. Other net rental loss | |
| 3. Net short-term capital loss | |
| 4. Net long-term capital loss | |
| 5. Net section 1231 loss | |
| 6. Nondeductible expenses | 388. |
| 7. Other losses | |
| 8. Section 179 deduction | 2,737. |
| 9. Contributions | |
| 10. Investment interest expense | |
| 11. Section 59(e)(2) expenditures | |
| 12. Other deductions | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| **Total.** | 3,125. |

UYA

02/28/2014 03:35:06PM

MS000117