**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #**104

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** ______________ **, 20___.**

**By:**______________________**, Deputy Clerk**

**APPENDIX B**

# Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 1/5/2013 to 1/11/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,382.56

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/2013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 1/6/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 1/7/2013 | Local Travel to Nanotronics | | | | | | 83 | $46.90 | | 1 | | $46.90 |
| 1/8/2013 | Local Travel to Attorney Office | | | | | | 74 | $41.81 | | 1 | | $41.81 |
| 1/9/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 1/10/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 1/11/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | Total Mileage Reimbursement: | | $1,382.56 | | Total Reimbursement: | | $1,382.56 |




MS000140

## Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 2/4/2013 to 2/9/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,345.27

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 2/5/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 2/6/2013 | Local Travel to Nanotronics | | | | | | 83 | $46.90 | | 1 | | $46.90 |
| 2/7/2013 | Local Travel to Attorney Office | | | | | | 74 | $41.81 | | 1 | | $41.81 |
| 2/8/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 2/9/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | **Total Mileage Reimbursement:** | | **$1,345.27** | | **Total Reimbursement:** | | **$1,345.27** |

MS000141

## Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 3/3/2013 to 3/8/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,359.96

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/3013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 3/4/2013 | Local Travel to Nanotronics | | | | | | 83 | $46.90 | | 1 | | $46.90 |
| 3/5/2013 | Local Travel to Nanotronics | | | | | | 83 | $46.90 | | 1 | | $46.90 |
| 3/6/2013 | Local Travel to Nanotronics | | | | | | 83 | $46.90 | | 1 | | $46.90 |
| 3/7/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 3/8/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | **Total Mileage Reimbursement:** | | | **$1,359.96** | | **Total Reimbursement:** | | **$1,359.96** |

MS000142

## Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 3/22/2013 to 3/25/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $714.16

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2013 | Grant Fl to Atlanta GA | | | | | | 576 | $325.44 | | 1 | USD | $325.44 |
| 3/23/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 3/24/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 3/25/2013 | Atlanta GA to Grant Fl | | | | | | 576 | $325.44 | | 1 | | $325.44 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | Total Mileage Reimbursement: | | $714.16 | Total Reimbursement: | | | $714.16 |

MS000143

# Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 5/17/2013 to 5/21/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $745.80

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2013 | Grant Fl to Atlanta GA | | | | | | 576 | $325.44 | | 1 | USD | $325.44 |
| 5/18/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 5/19/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 5/20/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 5/21/2013 | Atlanta GA to Grant Fl | | | | | | 576 | $325.44 | | 1 | | $325.44 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | Total Mileage Reimbursement: | | $745.80 | | Total Reimbursement: | | $745.80 |

MS000144

## Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 7/14/2013 to 7/23/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,497.25

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/2013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 7/15/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 7/16/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 7/17/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 7/18/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 7/19/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 7/20/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 7/21/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 7/22/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 7/23/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | **Total Mileage Reimbursement:** | | **$1,497.25** | | **Total Reimbursement:** | | **$1,497.25** |

MS000145

# Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 9/24/2013 to 9/26/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $682.52

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2013 | Grant Fl to Atlanta GA | | | | | | 576 | $325.44 | | 1 | USD | $325.44 |
| 9/25/2013 | Local Travel to Pegasus Office | | | | | | 56 | $31.64 | | 1 | | $31.64 |
| 9/26/2013 | Atlanta GA to Grant Fl | | | | | | 576 | $325.44 | | 1 | | $325.44 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | Total Mileage Reimbursement: | | $682.52 | | Total Reimbursement: | | $682.52 |

MS000146

# Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 11/14/2013 to 11/20/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,378.60

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 11/15/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 11/16/2013 | Local Travel to Attorney | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 11/17/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 11/18/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 11/19/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 11/20/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | Total Mileage Reimbursement: | | $1,378.60 | | Total Reimbursement: | | $1,378.60 |

MS000147

## Travel Expense Report

**Name** Keith Yerian
**Department**
**Period** 12/14/2013 to 12/20/2013
**Per Mile Reimbursement** 0.565
**Total Reimbursement Due** $1,378.60

**Date Submitted**
**Authorized by**

| Date | Description of Expense | Airfare | Lodging | Ground Transportation (Gas, Rental Car, Taxi) | Meals & Tips | Conferences and Seminars | Miles (Personal Car Only) | Mileage Reimbursement | Miscellaneous | Currency Exchange Rate | Expense Currency | U.S. $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2013 | Grant Fl to Akron OH | | | | | | 1046 | $590.99 | | 1 | USD | $590.99 |
| 12/15/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 12/16/2013 | Local Travel to Wooster | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 12/17/2013 | Local Travel to Wooster | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 12/18/2013 | Local Travel to CMS | | | | | | 66 | $37.29 | | 1 | | $37.29 |
| 12/19/2013 | Local Travel to Attorney | | | | | | 72 | $40.68 | | 1 | | $40.68 |
| 12/20/2013 | Akron OH to Grant Fl | | | | | | 1046 | $590.99 | | 1 | | $590.99 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | | | | $0.00 | | 1 | | $0.00 |
| | | | | | Total Mileage Reimbursement: | | | $1,378.60 | Total Reimbursement: | | | $1,378.60 |