## Exhibit Cover Sheet

**Party submitting:** Plaintiff     **Ex. #** 107

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

**APPENDIX B**



**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2013 through January 31, 2013

Account Number:   (c)(1)   834

00168907 DRE 703 144 03213 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

**IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT**

We will be making the following changes to the Deposit Account Agreement for Chase
checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card
  transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice
  relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe
  circumstances where funds may not be available until the seventh business day after the
  day of deposit. We are deleting the sentence saying that the first $200 from your
  deposit will be available on the next business day, so if we delay availability in
  those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about
the changes, please call us at the number on this statement or visit your nearest branch.

---

### SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,001.60** |
| Deposits and Additions | 1 | 0.08 |
| **Ending Balance** | **1** | **$2,001.68** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.08 |
| Interest Paid Year-to-Date | | $0.08 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2012 for account 000003032285834 was $1.60.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

MS000399



January 01, 2013 through January 31, 2013
Account Number: (c)(1)          5834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$2,001.60** |
| 01/31 | Interest Payment | 0.08 | 2,001.68 |
| | **Ending Balance** | | **$2,001.68** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000400



January 01, 2013 through January 31, 2013

Account Number:  (c)(1)   5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          **Step 1 Balance:  $**_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                        **Step 2 Total:   $**_____

3. **Add Step 2 Total to Step 1 Balance.**                          **Step 3 Total:   $**_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                        **Step 4 Total:   -$**_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $**_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000401



January 01, 2013 through January 31, 2013
Account Number:   (c)(1)        5834

This Page Intentionally Left Blank

MS000402



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 01, 2013 through February 28, 2013

Account Number:  5834

00169481 DRE 703 144 06013 NNNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,001.68** |
| Deposits and Additions | 2 | 3,000.16 |
| **Ending Balance** | **2** | **$5,001.84** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.16 |
| Interest Paid Year-to-Date | | $0.24 |

Interest paid in 2012 for account 000003032285834 was $1.60.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,001.68** |
| 02/08 | Online Transfer From Chk ...1281 Transaction#: 3106001649 | **3,000.00** | **5,001.68** |
| 02/28 | Interest Payment | **0.16** | 5,001.84 |
| | **Ending Balance** | | **$5,001.84** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000403



February 01, 2013  through February 28, 2013

Account Number:     (c)(1)            334

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**      Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3.  **Add Step 2 Total to Step 1 Balance.**      Step 3 Total:   $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000404



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

March 01, 2013 through March 29, 2013
Account Number:  (c)(1)  834



IIIııııIIıIııIıIIıIııIıIIııIIıIıIaIıIııIaIıIıIıııIII
00173198 DRE 703 144 08913 NNNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We have reduced our Legal Processing Fee.
On March 24, 2013, we reduced the Legal Processing Fee to a maximum of $75 per order.
This fee is assessed for the processing of any garnishment, tax levy, or other court or
administrative order against an account. This change will be reflected in your account
agreement; all other terms remain the same. If you have questions, please call us at the
telephone number listed on this statement or visit your nearest Chase branch.

## SAVINGS SUMMARY     Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,001.84** |
| Deposits and Additions | 2 | 1,000.19 |
| Electronic Withdrawals | 1 | - 1,000.00 |
| **Ending Balance** | **3** | **$5,002.03** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.19 |
| Interest Paid Year-to-Date | | $0.43 |

Interest paid in 2012 for account 000003032285834 was $1.60.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,001.84** |
| 03/04 | 03/04 Online Transfer To Chk ...1281 Transaction#: 3148129121 | - 1,000.00 | 4,001.84 |
| 03/06 | Online Transfer From Chk ...1281 Transaction#: 3151448973 | **1,000.00** | 5,001.84 |
| 03/29 | Interest Payment | **0.19** | 5,002.03 |
| | **Ending Balance** | | **$5,002.03** |

**MS000405**



March 01, 2013  through  March 29, 2013

Account Number:   (c)(1)   **5834**

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000406**



March 01, 2013 through March 29, 2013

Account Number: (c)(1)    834

## BALANCING YOUR CHECKBOOK



**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $ _____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                              Step 2 Total:  $ _____

3. **Add Step 2 Total to Step 1 Balance.**                          Step 3 Total:  $ _____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
    not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                              Step 4 Total:  -$ _____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

MS000407



March 01, 2013 through March 29, 2013
Account Number:     (c)(l)          5834

This Page Intentionally Left Blank

MS000408



**CHASE** ⬣

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 30, 2013 through April 30, 2013
Account Number: (c)(1)  834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00170008 DRE 703 144 12113 NNNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,002.03** |
| Deposits and Additions | 1 | 0.16 |
| Electronic Withdrawals | 2 | - 2,000.00 |
| **Ending Balance** | 3 | **$3,002.19** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.16 |
| Interest Paid Year-to-Date | | $0.59 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,002.03** |
| 04/03 | 04/03 Online Transfer To Chk ...1281 Transaction#: 3199594993 | - 1,000.00 | 4,002.03 |
| 04/17 | 04/17 Online Transfer To Chk ...1281 Transaction#: 3224092376 | - 1,000.00 | 3,002.03 |
| 04/30 | Interest Payment | 0.16 | 3,002.19 |
| | **Ending Balance** | | **$3,002.19** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**MS000409**

 CHASE

March 30, 2013 through April 30, 2013

Account Number:     (c)(t)     **5834**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          **Step 1 Balance: $**_____

2.  List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                              **Step 2 Total:  $**_____

3.  Add Step 2 Total to Step 1 Balance.                       **Step 3 Total:  $**_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                              **Step 4 Total:  -$**_____

5.  Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:    **$**_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation   .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000410



**CHASE** ◉

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 01, 2013 through May 31, 2013

Account Number: (c)(1)     834

Ilılllıılldlııllılldıllılllıllıllılllllıılllldlıllıdıllıllıımılll
00169982 DRE 703 144 15213 NNNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,002.19** |
| Deposits and Additions | 1 | 0.04 |
| Electronic Withdrawals | 1 | - 2,000.00 |
| **Ending Balance** | **2** | **$1,002.23** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.63 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$3,002.19** |
| 05/01 | 05/01 Online Transfer To Chk ...1281 Transaction#: 3248161808 | - 2,000.00 | 1,002.19 |
| 05/31 | Interest Payment | **0.04** | 1,002.23 |
| | **Ending Balance** | | **$1,002.23** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000411**



May 01, 2013 through May 31, 2013

Account Number:    (c)(1)        834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                    Step 2 Total:    $_____

3.  **Add Step 2 Total to Step 1 Balance.**                          Step 3 Total:    $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                    Step 4 Total:   -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation   .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

**MS000412**

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2013 through June 28, 2013

Account Number:    (c)(1)        5834

00593256 DRE 703 144 18013 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We're clarifying a transaction and fee description

We're clarifying a transaction and fee description that we use on account statements and online activity.
Starting July 22, 2013, if you cash a check and it's returned to us without being paid, we will identify:
- The transaction as **Cashed Check Returned**, and
- The related fee as Cashed Check Returned Fee (not all checking products are charged a fee for this transaction but for those that are, this fee will still be $12).

**This is not a new transaction type or fee** , just a clearer description of this type of account activity. Today, we describe both deposited and cashed items that are returned to us without being paid as Deposited Item Returned. After July 22, we will use this description only for deposited checks that are returned.

All of the terms and conditions of your account remain the same. If you have questions, please call us toll-free at the number on this statement or visit any Chase branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.23** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.27** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.67 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.23** |
| 06/28 | Interest Payment | 0.04 | 1,002.27 |
| | **Ending Balance** | | **$1,002.27** |

**MS000413**



June 01, 2013 through June 28, 2013

Account Number:   (c)(1)   5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.   There is a $0.20 fee for each additional deposited item.

MS000414



June 01, 2013 through June 28, 2013

Account Number:    (c)(1)    5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**  **Step 1 Balance:** $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:**  $_____

3. **Add Step 2 Total to Step 1 Balance.**  **Step 3 Total:**  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:**  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000415



June 01, 2013 through June 28, 2013

Account Number: (c)(1)     834

This Page Intentionally Left Blank

MS000416

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 29, 2013 through July 31, 2013
Account Number: (c)(1)        834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00172848 DRE 703 144 21313 NNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



We are limiting our Returned Item fees

Good News|  We will charge only one Returned Item fee for any payment request
we return unpaid more than once per month, even if the biller submits the same request
multiple times.  This is just one of the ways that we are working to make banking easier
and less expensive for our customers.

We are here to help. If you have any questions, please call us at the number on this
statement or visit your nearest branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.27** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.31** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.04% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.71 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.27** |
| 07/31 | Interest Payment | **0.04** | 1,002.31 |
| | **Ending Balance** | | **$1,002.31** |

MS000417



June 29, 2013 through July 31, 2013

Account Number:   (c)(1)      5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000418



June 29, 2013 through July 31, 2013

Account Number:   (c)(1)        **5834**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:   $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**          Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

**MS000419**



June 29, 2013 through July 31, 2013

Account Number:   (c)(1)          334

This Page Intentionally Left Blank

**MS000420**



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2013 through August 30, 2013
Account Number:    (c)(1)    35834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00172979 DRE 703 144 24313 NNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

**Deposit Account Agreement Update**

We will update Section H in our Deposit Account Agreement titled Closing Your Account.

Effective July 21, 2013. If you have pending transactions on your account,
or are overdrawn, we may not immediately close the account. However, if you ask us,
we will restrict additional withdrawals from your account, other than the pending
transactions. We will not pay any interest on the account after we have restricted
your account.

This change will be reflected in your account agreement; all other terms remain the same.
If you have questions, please call us at the telephone number listed on this account
statement or visit the nearest Chase branch.

### CHANGE IN WIRE TRANSFER CUTOFF TIME FOR CALIFORNIA BRANCHES

Starting September 23, the cutoff time for initiating domestic and international wire transfers in California branches is
now 2 p.m. PT.

If you have questions, please call us at the number on this statement or visit your nearest branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.31** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | **1** | **$1,002.35** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.75 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

**MS000421**



August 01, 2013 through August 30, 2013

Account Number: (c)(1)    5834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$1,002.31** |
| 08/30 | Interest Payment | 0.04 | 1,002.35 |
| | **Ending Balance** | | **$1,002.35** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000422

 **CHASE**

August 01, 2013 through August 30, 2013
Account Number:  (c)(1)   **5834**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**        **Step 1 Balance: $_____**

2.  **List and total all deposits & additions   not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:   $_____**

3.  **Add Step 2 Total to Step 1 Balance.**        **Step 3 Total:   $_____**

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:   -$_____**

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**

**MS000423**



This Page Intentionally Left Blank

MS000424


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 31, 2013 through September 30, 2013
Account Number: (c)(1)  5834



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

վՈլ...ılՈ..ıՈ..ıՈ.ıl.Ո.ılՈ.ı.ılı.ıՈ.ı.ılı.ılՈ.ıllll
00537996 DRE 703 144 27413 NNNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

We will no longer allow wire transfers from business savings accounts.
Beginning November 17, you will no longer be able to send domestic or international
wire transfers from your Chase business savings account. You will still be able to
receive them. We will cancel any wire transfers, including recurring ones, you scheduled
to be sent after this date.

You can send domestic wire transfers from any Chase business checking account.
If you need to send an international wire transfer, please visit a branch or
call the number on your statement to understand your options.
These changes will help us more effectively manage the risks involved
with these types of transactions.

All other terms and conditions of your account remain the same.

## SAVINGS SUMMARY  Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.35** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | **1** | **$1,002.39** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.79 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.35** |
| 09/30 | Interest Payment | 0.04 | 1,002.39 |
| | **Ending Balance** | | **$1,002.39** |

MS000425



August 31, 2013 through September 30, 2013

Account Number:        (c)(1)          34

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000426



August 31, 2013 through September 30, 2013
Account Number:  (c)(1)    85834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**     Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000427



August 31, 2013 through September 30, 2013
Account Number:   (c)(1)   5834

This Page Intentionally Left Blank

MS000428



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2013 through October 31, 2013

Account Number:   (c)(1)   5834

00172929 DRE 703 144 30513 NNNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## SAVINGS SUMMARY
Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.39** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.43** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.83 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.39** |
| 10/31 | Interest Payment | 0.04 | 1,002.43 |
| | **Ending Balance** | | **$1,002.43** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000429

 **CHASE**

October 01, 2013  through October 31, 2013

Account Number:  (c)(1)        5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     **Step 1 Balance:** $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                    **Step 2 Total:**   $_____

3. **Add Step 2 Total to Step 1 Balance.**                **Step 3 Total:**   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                    **Step 4 Total:**   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

MS000430


CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

November 01, 2013 through November 29, 2013
Account Number:   (c)(1)        834

Ililmulmlulmllmlluluululullluullull
00172811 DRE 703 144 33413 NNNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Agreement Updates for Deposit Accounts and Chase Liquid ® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us.  You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.43** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.47** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.87 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.43** |
| 11/29 | Interest Payment | 0.04 | 1,002.47 |
| | **Ending Balance** | | **$1,002.47** |

MS000431



November 01, 2013  through  November 29, 2013

Account Number: (c)(1)          834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000432



November 01, 2013 through November 29, 2013

Account Number: (c)(1)       5834

## BALANCING YOUR CHECKBOOK



**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**       Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

Step 2 Total:    $_____

3. **Add Step 2 Total to Step 1 Balance.**       Step 3 Total:    $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:    -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000433



November 01, 2013  through  November 29, 2013

Account Number:   (c)(1)          i834

This Page Intentionally Left Blank

MS000434



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 30, 2013 through December 31, 2013

Account Number:   (c)(1)      5834



00528856 DRE 703 144 00114 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.47** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | **1** | **$1,002.51** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.91 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.47** |
| 12/31 | Interest Payment | **0.04** | 1,002.51 |
| | **Ending Balance** | | **$1,002.51** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000435

 CHASE

November 30, 2013 through December 31, 2013
Account Number: (c)(1)                5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**     Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **EQUAL HOUSING LENDER**     JPMorgan Chase Bank, N.A. Member FDIC

MS000436