**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 108

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___ .

**By:** _____ ,   Deputy Clerk

APPENDIX B

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. <br> ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2014** |

For calendar year 2014 or tax year beginning _____ , ending _____

| A S election effective date | | Name | D Employer identification number |
|---|---|---|---|
| 02/16/2011 | TYPE OR PRINT | Mwagusi Software LLC | 27-5034956 |
| B Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date incorporated |
| 517000 | | 7260 Azure Dr, Suite 140-862 | 02/16/2011 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code <br> Las Vegas, NV 89130 | F Total assets (see instructions) <br> $ 10,000. |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☐ No   If "Yes," attach Form 2553 if not already filed
H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  128,140. | |
| b | Returns and allowances | 1b   2,500. | |
| c | Balance. Subtract line 1b from line 1a | 1c | 125,640. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 125,640. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | 125,640. |

EXHIBIT 29 McLeod 5/16/16

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | 47,146. |
| 9 | Repairs and maintenance | 9 | 3,324. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 12,000. |
| 12 | Taxes and licenses | 12 | 3,200. |
| 13 | Interest | 13 | 103. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 4,010. |
| 19 | Other deductions (attach statement) | 19 | 55,465. |
| 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | 125,248. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 392. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | 0. |
| 23a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2015 estimated tax ▶ _____ Refunded ▶ | 27 | 0. |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1120S** (2014)
UYA

02/17/2015 09:28:08AM

MS000126

Form 1120S (2014)    Mwagusi Software LLC                    27-5034956    Page **2**

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| | a Business activity ▶ Software Development   b Product or service ▶ Computer Software | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . . . . | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock . . . . . . . . . . . ▶ | | |
| | (ii) Total shares of non-restricted stock . . . . . . . . ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____ | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year.     $ _____ | | |
| 10 | Does the corporation satisfy **both** of the following conditions? | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . | X | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount of principal reduction   $ _____ | | |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . . . | | X |
| 13 a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

UYA                                                                                                     Form **1120S** (2014)

02/17/2015 09:28:08AM

MS000127

Form 1120S (2014)    Mwagusi Software LLC                                27-5034956    Page 3

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 392. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) ... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) · · · · · · · · Type ▶ | 10 | |
| Deductions | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶ _____ (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) ... Type ▶ | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits (see instructions) ... Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) ... Type ▶ | 13g | |
| Foreign Transactions | 14a Name of country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | |
| | e Repayment of loans from shareholders | 16e | |

UYA                                                                                                Form **1120S** (2014)

02/17/2015 09:29:09AM

**MS000128**

Form 1120S (2014)   Mwagusi Software LLC                                           27-5034956   Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 392. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | | | |

UYA                                                                                                 Form **1120S** (2014)

02/17/2015 09:28:08AM

**MS000129**

Form 1120S (2014)   Mwagusi Software LLC                                                27-5034956   Page 5

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. The corporation may be required to file Schedule M-3 (see instructions)

1. Net income (loss) per books . . . . . . . . . . .
2. Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____
3. Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize):
   a. Depreciation $ _____
   b. Travel and entertainment $ _____
4. Add lines 1 through 3 . . . . . . . . . . . . .
5. Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize):
   a. Tax-exempt interest $ _____
6. Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize):
   a. Depreciation $ _____
7. Add lines 5 and 6 . . . . . . . . . . . . . .
8. Income (loss) (Schedule K, line 18). Line 4 less line 7

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

|   | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -1,104. | | |
| 2 | Ordinary income from page 1, line 21 | 392. | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions | ( ) | ( ) | |
| 6 | Combine lines 1 through 5 | -712. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -712. | | |

UYA                                                                                              Form 1120S (2014)

# 2014 Other Deductions - Supporting Details for Form 1120-S, Line 19

Name(s) shown on return: **Mwagusi Software LLC**
Employer Identifying number: **27-5034956**

| # | Description | Amount |
|---|---|---:|
| 1. | Accounting fees | 975. |
| 2. | Bank fees | 15. |
| 3. | Gifts | 150. |
| 4. | Insurance | 332. |
| 5. | Legal and professional fees | 35,462. |
| 6. | Postage | 153. |
| 7. | Professional dues and subscriptions | 297. |
| 8. | Supplies | 1,143. |
| 9. | Telephone | 7,814. |
| 10. | Travel and entertainment expense not subject to limits | 7,924. |
| 11. | Utilities | 1,200. |

**Total Other Deductions** ................ **55,465.**

02/17/2015 09:28:08AM

MS000131

671113

| Schedule K-1 (Form 1120S) | 2014 | | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax
year beginning _____, 2014
ending _____, 20___

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
27-5034956

**B** Corporation's name, address, city, state, and ZIP code
Mwagusi Software LLC
7260 Azure Dr
Suite 140-862
Las Vegas, NV 89130

**C** IRS Center where corporation filed return
OGDEN, UT  84201

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
(d)(5)   3455

**E** Shareholder's name, address, city, state, and ZIP code
John D. McLeod
3845 Cedarbend Dr
La Crescenta, CA 91214

**F** Shareholder's percentage of stock ownership for tax year . . . . . . . . . . 100.0000 %

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | * 392. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | |

*For IRS Use Only*

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
UYA

Schedule K-1 (Form 1120S) 2014

02/17/2015 09:28:08AM

MS000132

## Schedule K-1 - Supplemental Information
Supporting Statement for Schedule K-1

**Corporation:** Mwagusi Software LLC          **EIN:** 27-5034956
**Shareholder:** John D McLeod          **ID Number:** [(d)(5)] 3455

| **Description** | **Amount** |
|---|---|
| Nonpassive ordinary income included in line 1 | $392. |

02/17/15   09:28 AM

MS000133

| Form **4562** | Depreciation and Amortization (Including Information on Listed Property) ▶ Attach to your tax return. | OMB No. 1545-0172 **2014** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Form 4562 and its separate instructions is at www.irs.gov/form4562 | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Mwagusi Software LLC | Software Development | 27-5034956 |

**Part I    Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions. | 5 | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12  ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B — Assets Placed in Service During 2014 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b    5-year property | | | | | | |
| c    7-year property | | | | | | |
| d    10-year property | | | | | | |
| e    15-year property | | | | | | |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a    Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    40-year | | | 40 yrs. | MM | S/L | |

**Part IV    Summary (See instructions)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate Instructions.
UYA

02/17/2015 09:28:08AM

Form **4562** (2014)

MS000134

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**Mwagusi Software LLC**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☑ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**7260 W Azure Dr Suite 140-862**

City, state, and ZIP code
**Las Vegas, NV 89130**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number
2 7 - 5 0 3 4 9 5 6

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here | Signature of U.S. person ▶ *[signature]* | Date ▶ 4/17/12

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 12-2011)

MS000135