## Exhibit Cover Sheet

**Party
submitting:** Plaintiff_____ **Ex. #**<u>111</u>

**Admitted: Yes   or   No  (circle one)**

**Debtor:**___Keith A. Yerian_____

**Case No.:**_6:15-bk-01720-KSJ_____

*Adv. No.:*___6:15-ap-00064-KSJ_____

**Nature of Hearing/
Docket No:**___Trial_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated**        _____ **, 20___.**

**By:**_____**,  Deputy Clerk**

**APPENDIX B**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2014 through January 31, 2014

Account Number: (c)(I)    **5834**

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00172615 DRE 703 144 03214 NNNNYNYNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## We will update your Deposit Account Agreement

Effective March 23, 2014, we will be updating your agreement, including:

- How we determine the exchange rate that we use for foreign-currency transactions. See the "Transactions in a Foreign Currency" section.

- How we handle demands for payment by another Chase customer whose item you cashed or deposited with us. See "Our right to charge back deposited or cashed checks."

- That we use the description of Returned Item fee if we decide to pay an item after we initially decide to return it. See "Insufficient funds, Returned Item, and Extended Overdraft fees."

- Why we may block or delay transactions or restrict an account to protect you or us or to comply with legal requirements. See "Restricting your account; blocking or delaying transactions."

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## SAVINGS SUMMARY
Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.51** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | **1** | **$1,002.55** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2013 for account 000003032285834 was $0.91.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

MS000535



January 01, 2014 through January 31, 2014

Account Number: (c)(1) 5834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|  | **Beginning Balance** |  | **$1,002.51** |
| 01/31 | Interest Payment | **0.04** | 1,002.55 |
|  | **Ending Balance** |  | **$1,002.55** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**MS000536**



January 01, 2014 through January 31, 2014

Account Number:   (c)(1)      35834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     Step 1 Balance:  $_____

2. **List and total all deposits & additions** not shown on this statement:

| Date        Amount | Date        Amount | Date        Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**     Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date        Amount | Check Number or Date        Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER     **JPMorgan Chase Bank, N.A. Member FDIC**

MS000537



January 01, 2014  through  January 31, 2014
Account Number:   (c)(1)   5834

This Page Intentionally Left Blank

MS000538



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

February 01, 2014 through February 28, 2014
Account Number:   (c)(1)   5834



00172944 DRE 703 144 06014 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.55** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | **1** | **$1,002.59** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.08 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2013 for account 000003032285834 was $0.91.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.55** |
| 02/28 | Interest Payment | **0.04** | 1,002.59 |
| | **Ending Balance** | | **$1,002.59** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000539**

 CHASE ⬤

February 01, 2014 through February 28, 2014
Account Number:     (c)(1)     **5834**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     Step 1 Balance:   $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**     Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do so, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**MS000540**


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2014 through March 31, 2014

Account Number:   (e)(1)   **5834**

Ⅱⅼⅼⅼⅲⅲⅼⅻⅼⅼⅼⅼⅼⅼⅻⅼⅼⅼⅼⅼⅼⅼⅼⅲⅲⅲⅼ
00172916 DRE 703 144 09114 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY
Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.59** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.63** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.12 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2013 for account 000003032285834 was $0.91.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.59** |
| 03/31 | Interest Payment | **0.04** | 1,002.63 |
| | **Ending Balance** | | **$1,002.63** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000541

 CHASE ○

March 01, 2014 through March 31, 2014
Account Number:   (c)(i)        **5834**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $ _____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                Step 2 Total:    $ _____

3. **Add Step 2 Total to Step 1 Balance.**                        Step 3 Total:    $ _____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                Step 4 Total:   -$ _____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation   .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   **JPMorgan Chase Bank, N.A. Member FDIC**

MS000542



**CHASE** 🔾

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 01, 2014 through April 30, 2014

Account Number: (c)(1)        35834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00172470 DRE 703 144 12114 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

**Manage your Business easier with Account Alerts**
Chase offers Account Alerts1 to help you manage all your business accounts. Choose the alerts and customize their settings.

Chase Instant Action AlertsSM - Receive a text if your balance dips below zero or your preset limit. You can immediately respond with a text to transfer funds. It's fast, easy and helps you avoid potential fees.

Daily Alerts - Monitor the transactions that exceed your thresholds with a daily text or email from us.

Security Alerts - Set dollar limits for different transactions, including ATM withdrawals, debit card activity, money transfers and online bill payments. We'll send a real-time alert when a transaction exceeds your specified amount.

To learn more, visit www.chase.com/bbalerts

1There is no charge from Chase, but message and data rates may apply. Such charges include those from your communications service provider. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.

## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.63** |
| Deposits and Additions | 1 | 0.04 |
| **Ending Balance** | 1 | **$1,002.67** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.16 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

MS000543


CHASE

April 01, 2014 through April 30, 2014

Account Number:  (c)(1)  5834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|  | **Beginning Balance** |  | **$1,002.63** |
| 04/30 | Interest Payment | **0.04** | 1,002.67 |
|  | **Ending Balance** |  | **$1,002.67** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000544



April 01, 2014 through April 30, 2014

Account Number: (c)(1)                 5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**        Step 1 Balance:    $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:    $_____

3. **Add Step 2 Total to Step 1 Balance.**        Step 3 Total:    $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:    -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER

JPMorgan Chase Bank, N.A. Member FDIC

MS000545



April 01, 2014 through April 30, 2014
Account Number:   (c)(1)        5834

This Page Intentionally Left Blank

MS000546



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 76265 -9754

May 01, 2014 through May 30, 2014
Account Number: (c)(1)   85834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00172332 DRE 703 144 15114 NNNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## A transaction fee for your <u>savings</u> account(s) is changing*

Starting August 1, the fee for all types of Cash Deposit Processing will be $0.25 per $100. The Cash Deposit Processing fee will apply after you exceed your account's cash deposit limit, which is not changing.

All other terms and conditions of your account remain the same.

Please call the number on your statement if you have any questions.

*Changes do not apply to Client Funds Savings accounts.

## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,002.67** |
| Deposits and Additions | 1 | 0.02 |
| Electronic Withdrawals | 2 | - 750.00 |
| **Ending Balance** | **3** | **$252.69** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.02 |
| Interest Paid Year-to-Date | | $0.18 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,002.67** |
| 05/12 | 05/10 Online Transfer To Chk ...1281 Transaction#: 3914222006 | - 500.00 | 502.67 |
| 05/12 | 05/11 Online Transfer To Chk ...1281 Transaction#: 3915338314 | - 250.00 | 252.67 |
| 05/30 | Interest Payment | 0.02 | 252.69 |
| | **Ending Balance** | | **$252.69** |

**MS000547**



May 01, 2014 through May 30, 2014

Account Number: (c)(1)           5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000548



May 01, 2014 through May 30, 2014

Account Number: (c)(1) 5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement:**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000549



May 01, 2014 through May 30, 2014
Account Number: (c)(1) 5834

This Page Intentionally Left Blank

MS000550



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

May 31, 2014 through June 30, 2014

Account Number:   (c)(1)      5834



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00516124 DRE 703 144 18214 NNNNNNNNNYNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

---

## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$252.69** |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | 1 | **$252.70** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.19 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$252.69** |
| 06/30 | Interest Payment | **0.01** | 252.70 |
| | **Ending Balance** | | **$252.70** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

MS000551



May 31, 2014 through June 30, 2014

Account Number: (c)(1)   **5834**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement:**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

**MS000552**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

July 01, 2014 through July 31, 2014

Account Number:  5834

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00022742 DRE 703 080 21314 NNNNNNNNNNNN 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$252.70** |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | 1 | **$252.71** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.20 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$252.70** |
| 07/31 | Interest Payment | **0.01** | 252.71 |
| | **Ending Balance** | | **$252.71** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

MS000553



July 01, 2014  through July 31, 2014

Account Number:    (c)(1)         5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**  Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**  Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement:**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000554



**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

August 01, 2014 through August 29, 2014
Account Number: (e)(1)      **5834**

### CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

‖‖‖ⅼⅼ‖‖‖‖‖ⅼ‖‖‖ⅼⅼ‖ⅼ‖‖‖ⅼ‖ⅼⅼ‖ⅼⅼ‖ⅼⅼ‖‖‖‖‖
00171829 DRE 703 144 24214 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## We will be updating your Business Deposit Account Agreement

Effective November 16, 2014, we will be updating your agreement. The updated agreement will explain that if you allow anyone to use your bank Card, or if you don't exercise ordinary care (examples of not exercising ordinary care: if you keep your PIN with your Card, or select your birthday as your PIN) you will be responsible for all authorized and unauthorized transactions. Please see Section I of the Electronic Funds Transfer Terms. You can review your agreement by logging on to chase.com or visiting a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

| SAVINGS SUMMARY | Chase Business Select High Yield Savings | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| **Beginning Balance** | | **$252.71** |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | **1** | **$252.72** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.21 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$252.71** |
| 08/29 | Interest Payment | **0.01** | 252.72 |
| | **Ending Balance** | | **$252.72** |

**MS000555**



August 01, 2014 through August 29, 2014
Account Number:   (c)(1)      **5834**

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000556**





## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000557



August 01, 2014 through August 29, 2014

Account Number:   (c)(1)        5834

This Page Intentionally Left Blank

MS000558



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 30, 2014 through September 30, 2014
Account Number:   (c)(1)        85834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00477741 DRE 703 144 27414 NNNNNNNNNNNN T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## We will be updating your Business Deposit Account Agreement

Effective November 16, 2014, we will be updating your agreement. The updated agreement will explain that if you allow anyone to use your bank Card, or if you don't exercise ordinary care (examples of not exercising ordinary care: if you keep your PIN with your Card, or select your birthday as your PIN) you will be responsible for all authorized and unauthorized transactions. Please see Section I of the Electronic Funds Transfer Terms. You can review your agreement by logging on to chase.com or visiting a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$252.72** |
| Deposits and Additions | 2 | 1,000.02 |
| **Ending Balance** | **2** | **$1,252.74** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.02 |
| Interest Paid Year-to-Date | | $0.23 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$252.72** |
| 09/24 | Online Transfer From Chk ...1281 Transaction#: 4170803236 | **1,000.00** | 1,252.72 |
| 09/30 | Interest Payment | **0.02** | 1,252.74 |
| | **Ending Balance** | | **$1,252.74** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

**MS000559**



August 30, 2014 through September 30, 2014

Account Number:    (c)(1)        5834

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000560



August 30, 2014 through September 30, 2014

Account Number:   (c)(1)   85834

## BALANCING YOUR CHECKBOOK



**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**        **Step 1 Balance:  $**_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                **Step 2 Total:    $**_____

3. **Add Step 2 Total to Step 1 Balance.**        **Step 3 Total:    $**_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                **Step 4 Total:    -$**_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**    **$**_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC

MS000561



August 30, 2014 through September 30, 2014

Account Number:     (c)(1)        5834

This Page Intentionally Left Blank

MS000562



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2014 through October 31, 2014

Account Number: (c)(1)    5834



00172046 DRE 703 144 30514 NNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,252.74** |
| Deposits and Additions | 1 | 0.05 |
| **Ending Balance** | **1** | **$1,252.79** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.05 |
| Interest Paid Year-to-Date | | $0.28 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,252.74** |
| 10/31 | Interest Payment | 0.05 | 1,252.79 |
| | **Ending Balance** | | **$1,252.79** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000563

 **CHASE**

October 01, 2014 through October 31, 2014

Account Number:   (c)(1)        5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**  Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**  Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

MS000564



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 01, 2014 through November 28, 2014
Account Number: (c)(1)            5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00172835 DRE 703 144 33314 NNNNNNNNNNN T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



---

### SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,252.79** |
| Deposits and Additions | 1 | 0.05 |
| **Ending Balance** | **1** | **$1,252.84** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.05 |
| Interest Paid Year-to-Date | | $0.33 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,252.79** |
| 11/28 | Interest Payment | **0.05** | 1,252.84 |
| | **Ending Balance** | | **$1,252.84** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000565



November 01, 2014  through November 28, 2014
Account Number:  (c)(1)                    5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance:  $_____

2. **List and total all deposits & additions   not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000566



**CHASE** ⬤
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 29, 2014 through December 31, 2014
Account Number: (6)(1)             85834




## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00455937 DRE 703 144 00115 NNNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

We updated your Deposit Account Agreement
We added clarifying information about overdrafts to your agreement on
November 16, 2014, including:
- A revised explanation of the order in which withdrawals post to your account.  As a
reminder, deposits will generally continue to post first to your account.
- Details about our end of business day cutoff times so you know when you can
add money to your account to avoid an overdraft.

For a copy of your agreement, you can view it anytime by logging in at chase.com and
clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch.

If you have questions, please call us at the telephone number listed on this statement
or visit your nearest Chase branch.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,252.84** |
| Deposits and Additions | 1 | 0.06 |
| **Ending Balance** | 1 | **$1,252.90** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.06 |
| Interest Paid Year-to-Date | | $0.39 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail
in the future if there is no activity on your account. You can always view your account activity and statement by logging on
to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,252.84** |
| 12/31 | Interest Payment | 0.06 | 1,252.90 |
| | **Ending Balance** | | **$1,252.90** |

**MS000567**



November 29, 2014 through December 31, 2014

Account Number: (c)(1)    5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000568



November 29, 2014 through December 31, 2014
Account Number:     (c)(1)        35834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**       Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date      Amount | Date      Amount | Date      Amount |
|------------------|------------------|------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

                                                        Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**                Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.**

| Check Number or Date      Amount | Check Number or Date      Amount |
|----------------------------------|----------------------------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

                                                        Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000569



This Page Intentionally Left Blank

MS000570