**Exhibit Cover Sheet**


**Party submitting:** Plaintiff      **Ex. #** 112


**Admitted: Yes   or    No  (circle one)**


**Debtor:** Keith A. Yerian


**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ


**Nature of Hearing/ Docket No:** Trial


**United States Bankruptcy Court**
**Middle District of Florida**


**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**


**APPENDIX B**

2/6/2016             Chase Online - Check Details

**CHASE**      Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?    **LOG ON**

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print  ○ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1701     Post Date: 08/04/2014       Amount of Check: $1,000.00

**Front** 🔍 Enlarge/Reduce Check Image



```
                                                              1701
      MWAGUSI SOFTWARE LLC
      702-421-2329
      7050 W AZURE DR., STE. 140-962            DATE 1 Aug 2014
      LAS VEGAS, NV 89130-4413

  PAY
  TO THE  John  McLeod                               $ 1,000.00
  ORDER OF
   One thousand + 0/100                              DOLLARS

  CHASE
  JPMorgan Chase Bank, N.A.
  www.Chase.com
                                            Laura McLeod
  FOR

  ⑈001701⑈ ⑆322271527⑆  (d)(5)   281⑈
```

Need help printing or saving this check?

**Back** 🔍 Enlarge/Reduce Check Image



```
         (d)(5)                       691
                                      FCU
```

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

EXHIBIT
33
Mc Leod
5/16/16
PENGAD 800-631-6989

2/6/2016                                                Chase Online - Check Details

**CHASE**            Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you today?        Log Off

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                                    ○ Print ○ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number:  1707          Post Date:  09/22/2014          Amount of Check:  $1,000.00

Front 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices |

© 2016 JPMorgan Chase & Co.

https://banking.chase.com/Statements/CheckImage.aspx?PageSource=AA_AD&AI=296308928&PageIndex=8&Id=5a1a89ea-0945-4377-a276-4b250c07d9f1

2/6/2016                                          Chase Online - Check Details

**CHASE**       Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help us today?    **LOG OFF**

CHASE ONLINE℠   Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

   Print   Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1715     Post Date: 10/17/2014      Amount of Check: $1,000.00

Front   **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back   **Enlarge/Reduce Check Image**

(d)(5)

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today?　LOG OFF

CHASE Online℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1716　　Post Date: 10/23/2014　　Amount of Check: $500.00

**Front**　Enlarge/Reduce Check Image



Need help printing or saving this check?

**Back**　Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

**MS000734**

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español |          Search: How can we help you today?          LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print  ○ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1291)

Check Number: 1717          Post Date: 11/04/2014          Amount of Check: $1,000.00

**Front** 🔍 **Enlarge/Reduce Check Image**



Need help printing or saving this check?

**Back** 🔍 **Enlarge/Reduce Check Image**



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000735

2/6/2016                                          Chase Online - Check Details

CHASE 🅒                    Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you today? 🔍    Log Off

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                              ○ Print ○ Help with this page    I'd like to...
                                                                                ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1720        Post Date: 11/04/2014        Amount of Check: $2,200.00

Front 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000736

2/6/2016 Chase Online - Check Details



Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today?   LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

Print  Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1725     Post Date: 12/05/2014     Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000737

2/6/2016                 Chase Online - Check Details

# Chase Online

BUSINESSSELECT CHKG (...1281)

**Check Number:** 1623    **Post Date:** 03/03/2014    **Amount of Check:** $3,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

MS000738

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡                Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you today?    [ LOG OFF ]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                    ○ Print ○ Help with this page    I'd like to...
                                                                      ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 10050        Post Date: 02/27/2014        Amount of Check: $2,195.00



Need help printing or saving this check?

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000739

2/6/2016                                    Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?   🔍   **LOG OFF**

CHASE ONLINE℠   Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

● Print ● Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

**Check Number:** 1636       **Post Date:** 05/16/2014       **Amount of Check:** $1,000.00

Front 🔍 Enlarge/Reduce Check Image



*Need help printing or saving this check?*

Back 🔍 Enlarge/Reduce Check Image

*Need help printing or saving this check?*

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

**MS000740**

2/6/2016                        Chase Online - Check Details

# CHASE 🌐          Chase.com | Contact Us | Privacy Notice | En Español |     Search: How can we help you today?        [LOG OFF]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                    ⭘ Print ⭘ Help with this page     **I'd like to...**
                                                                        ▸ See Account Statements

**BUSINESSSELECT CHKG (...1281)**

Check Number: 1641        Post Date: 06/12/2014        Amount of Check: $1,000.00

Front 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices ▸

© 2016 JPMorgan Chase & Co.

**MS000741**

2/6/2016                                                    Chase Online - Check Details

 CHASE ◯          Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today? 🔍        Logon

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

# Check Details

○ Print ○ Help with this page        I'd like to...
                                       ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1645        Post Date: 07/09/2014        Amount of Check: $1,000.00

**Front** 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

**Back** 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures| AdChoices

© 2016 JPMorgan Chase & Co.

MS000742

2/6/2016                                      Chase Online - Check Details

CHASE           Chase.com  |  Contact Us  |  Privacy Notice  |  En Español  |   Search: How can we help you today?    [LOG OFF]

                                                                    CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

# Check Details                    ○ Print ○ Help with this page      I'd like to...
                                                                       ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1646        Post Date: 07/21/2014         Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000743

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español |      Search: How can we help you today?        [LOG OFF]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▶ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1726        Post Date: 12/24/2014        Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000744

2/6/2016                                   Chase Online - Check Details

# CHASE 🟠

Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you today? 🔍    [Log Off]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

🔘 Print  🔘 Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1730        Post Date: 01/13/2015        Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000745

2/6/2016

Chase Online - Check Details

# CHASE 🛇

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?   LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1261)

Check Number: 1731          Post Date: 01/14/2015          Amount of Check: $1,500.00

**Front** 🔍 Enlarge/Reduce Check Image

MWAGUSI SOFTWARE LLC
702-471-1289
7765 W AZURE DR., STE., 140-862
LAS VEGAS, NV 89130-4413
1731

PAY TO THE ORDER OF  CMS                    DATE 12/21/14    $ 1500.00

Fifteen Hundred and 0⁄100                           DOLLARS

CHASE 🛇
JPMorgan Chase Bank, N.A.
Chase.com

FOR Nsl Acc Tax

(d)(5)   1261

⑈001731⑈ ⑆322271627⑆

Need help printing or saving this check?

**Back** 🔍 Enlarge/Reduce Check Image

(d)(5)

Pay to the Order of
Fifth Third Bank
For Deposit Only 7524150191
Custom Movers Services AKA Movin

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices
© 2016 JPMorgan Chase & Co.

**MS000746**

2/6/2016                          Chase Online - Check Details

 **CHASE**          Chase.com | Contact Us | Privacy Notice | En Español |     Search: How can we help you today?         [LOG ON]

CHASE ONLINE℠ Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                    ○ Print  ○ Help with this page     I'd like to...

▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1732      Post Date: 02/03/2015      Amount of Check: $1,000.00

Front 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000747

2/6/2016                                Chase Online - Check Details

# CHASE 🪙

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today? 🔍   Log Off

CHASE ONLINE℠   Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                        ○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1734      Post Date: 02/20/2015      Amount of Check: $500.00

Front 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000748

2/6/2016                                          Chase Online - Check Details

# CHASE 🏦                Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?           Log off

CHASE ONLINE℠   Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                              ⊙ Print ⊙ Help with this page    I'd like to...
                                                                                ▶ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1736       Post Date: 03/03/2015       Amount of Check: $1,000.00

Front 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000749

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡                Chase.com | Contact Us | Privacy Notice | En Español |      Search: How can we help you today? 🔍        LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                          ⬤ Print  ⬤ Help with this page      **I'd like to...**
                                                                              › See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1738        Post Date: 03/12/2015        Amount of Check: $500.00

Front 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures| AdChoices

© 2016 JPMorgan Chase & Co.

https://banking.chase.com/Statements/CheckImage.aspx?PageSource=AA_AD&AI=296308928&PageIndex=5&Id=9b54f222-a111-4c3b-bda9-17263b24ad62            1/1

**MS000750**

2/6/2016

Chase Online - Check Details

# CHASE 🔘

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today?   🔍   [LOG OFF]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

🔘 Print  🔘 Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number:  1741        Post Date:  04/02/2015        Amount of Check:  $1,000.00

Front 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍  Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000751

2/6/2016

Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today?

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

Print   Help with this page

I'd like to...
> See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1745     Post Date: 04/08/2015     Amount of Check: $500.00

**Front** Enlarge/Reduce Check Image



Need help printing or saving this check?

**Back** Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000752

2/6/2016                                      Chase Online - Check Details

# CHASE 🛢

Chase.com | Contact Us | Privacy Notice | En Español |     Search: How can we help you today? 🔍     LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

🔘 Print 🔘 Help with this page    I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1748        Post Date: 05/05/2015        Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices ▷

© 2016 JPMorgan Chase & Co.

MS000753

2/6/2016         Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?   LOGON

My Accounts > Account Activity > Check Details

## Check Details

Print   Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1751     Post Date: 05/05/2015     Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000754

2/6/2016                                          Chase Online - Check Details



2/6/2016 Chase Online - Check Details

# CHASE 🟠

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today?

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1761     Post Date: 07/13/2015     Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

https://banking.chase.com/Statements/CheckImage.aspx?PageSource=AA_AD&AI=296308928&PageIndex=4&Id=6a7cccf8-9caa-4657-aa72-4242b826b535

**MS000756**

2/6/2016                                      Chase Online - Check Details

CHASE ⬡                   Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?        LOGOFF

My Accounts > Account Activity > Check Details

## Check Details                                    ⊙ Print ⊙ Help with this page    I'd like to...
                                                                                      ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number:  1762        Post Date: 07/15/2015        Amount of Check:  $500.00

Front 🔍  **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍  **Enlarge/Reduce Check Image**

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices
© 2016 JPMorgan Chase & Co.

**Chase Online**                            **Thursday, March 17, 2016**

**Check Details for Check Number 6726**

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2014-04-07 00:00:00.0 | $10,000.00 | (d)(5) 813 | 061000104 |

**Check Images (Front and Back)**



This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank, N.A. Member FDIC

© 2016 JPMorgan Chase & Co.

MS000758

JPMorgan Chase & Co.

Post date:        12/09/2015

Amount:          $ 6000.00



© 2013 JPMorgan Chase & Co.

2/6/2016
Chase Online - Check Details

**CHASE** 🗘

Chase.com | Contact Us | Privacy Notice | En Español |

Search: How can we help you today? 🔍

⬛ Log Off

CHASE ONLINE℠ Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

⊙ Print ⊙ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1621        Post Date: 02/10/2014        Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

(d)(5)

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000760

JP MORGAN CHASE & CO.

Post date:       03/13/2015
Amount:          $ 7500.00

PEGASUS INFORMATION SYSTEMS
A DIVISION OF PEGASUS SOFTWARE DEV CO

8811

DATE *March 13, 2015*

PAY TO THE ORDER OF *Mwazisi Software*      $ 7,500 00/100

*Seven Thousand Five Hundred* 00/100                        DOLLARS

SUNTRUST

(d)(5)

For *pegasis only*
*Mwazisi Software*
*9558128*

© 2013 JPMorgan Chase & Co.

JPMorgan Chase & Co.

Post date:       03/30/2015
Amount:         $ 1000.00

**A. Arnold**
World Class Relocation

141228

*******1000 Dollars and 00 Cents

MVP-ZUSI SOFTWARE
3645 CEDARBEND DRIVE
LA CRESCENTA, CA 91214

(d)(5)

© 2013 JPMorgan Chase & Co.

# JPMorgan Chase & Co.

Post date:    08/17/2015

Amount:      $ 1500.00



© 2013 JPMorgan Chase & Co.

**MS000763**

JPMorgan Chase & Co.

Post date:   05/13/2015
Amount:      $ 7500.00



© 2013 JPMorgan Chase & Co.

MS000764

3/17/2016                                      Chase Online - Check Details

## Chase Online

BUSINESSSELECT CHKG (...1281)

**Check Number:** 1628     **Post Date:** 04/11/2014     **Amount of Check:** $1,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

**MS000765**

MWAGUSI SOFTWARE LLC
703-421-2229
7280 W AZURE DR., STE. 140-862
LAS VEGAS, NV 89130-4413

1789

PAY TO THE ORDER OF: NHMH

DATE 12/11/15

$ 500.00

Five Hundred and 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Referro

⑈0017B9⑈ ⑆32227162⑇ 281⑈

| Field | Value |
|---|---|
| #1 | |
| Posting Date: | 20151216 |
| Sequence Number | (d)(5) 2851 |
| Amount: | $500.00 |
| Account | (d)(5) 281 |
| Routing Transit Number: | 32227162 |
| Check/Serial Number: | 000000001789 |
| Bank Number: | 703 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000000390 |
| UDK | (d)(5) 2851 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000000 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

PAY TO THE ORDER OF WITHIN NAMED PAYEE
7200 WOLF HILL MCFARLIN HERON
48807220

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

3/18/2016

MS000766

**MWAGUSI SOFTWARE LLC**
702-421-2329
7260 W AZURE DR., STE. 140-802
LAS VEGAS, NV 89130-4413

1787

PAY TO THE ORDER OF _CMS_

DATE 12/1/15

$ 500.00

_Five Hundred and 00/100_ DOLLARS

**CHASE O**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑆001787⑆ ⑈322271627⑉    (d)(5)  281⑆

Pay to the Order of
Fifth Third Bank
For Deposit Only 7524190191
Custom Movers Services AKA Movin

| #1 | |
|---|---|
| Posting Date: 20151209 | |
| Sequence Number (d)(5) 431 | |
| Amount: $500.00 | |
| Account (d)(5) 281 | |
| Routing Transit Number: 32227162 | |
| Check/Serial Number: 000000001787 | |
| Bank Number: 703 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number: 0000003043 | |
| UDK: (d)(5) 431 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved.

**MWAGUSI SOFTWARE LLC**
762-421-2329
7260 W AZURE DR, STE. 140-865
LAS VEGAS, NV 29130-4413

1785

PAY TO THE ORDER OF _John Mcleod_    $ 1000.00

_One Thousand and 00/100_ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _Loan Repayment_

⑈001785⑈ ⑆322227162⑆ (d)(5) 281⑆

| | |
|---|---|
| #1 | |
| Posting Date: | 20151130 |
| Sequence Number: | (d)(5) 547 |
| Amount: | $1,000.00 |
| Account | (d)(5) 281 |
| Routing Transit Number: | 32227162 |
| Check/Serial Number: | 000000001785 |
| Bank Number: | 703 |
| IRD Indicator: | 0 |
| BOFD: | 111900057 |
| Capture Source: | BY |
| Entry Number: | 0000009434 |
| UDK: | 70315113002070115547 |
| Cost Center: | 740815 |
| Teller Number: | 5 |
| Teller Sequence Number: | 90 |
| Missing Image: | 5 |
| PE Indicator: | P |
| Application Code: | 1 |
| Trancode: | 000000 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

3/18/2016   MS000768

MWAGUSI SOFTWARE LLC
702-421-2370
7260 W AZURE DR, STE. 140-663
LAS VEGAS, NV 89130-4413

1784

DATE 11/26/15

PAY TO THE ORDER OF _WAge WoRks_                    $ 158.65

_One hundred Fifty · eight + 65/100_                    DOLLARS

CHASE O
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _02-10:491-910 454554- John D McLeod_   Lauren McLeod

⑆001784⑆ ⑈322271627⑈        281⑆

| #1 | |
|---|---|
| Posting Date: 20151202 | |
| Sequence Number: 9590551131 | |
| Amount: $158.65 | |
| Account (d)(5) 281 | |
| Routing Transit Number: 32227162 | |
| Check/Serial Number: 000000001784 | |
| Bank Number: 703 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number (d)(5) 3811 | |
| UDK (d)(5) 131 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

20151202
*021000021<
PNC Bank
RET. TO CK. PAYEE
ABS. OF RED. END.
*021000022<

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

| | |
|---|---|
| **MWAGUSI SOFTWARE LLC** 1783 | #1 |
| 702-421-2529 | Posting Date: 20151123 |
| 7250 W AZURE DR., STE. 140-662 | Sequence Number ___(d)(5)___ 6391 |
| LAS VEGAS, NV 89130-4413 | Amount: $67.50 |
| PAY TO THE ORDER OF Verdugo Radiology Medical Group Inc $ 67.50 | Account: 954871281 |
| Sixty seven + 50/100 DOLLARS | Routing Transit Number ___(d)(5)___ 7162 |
| CHASE | Check/Serial Number: 000000001783 |
| JPMorgan Chase Bank, N.A. www.Chase.com | Bank Number: 703 |
| FOR Acct 666133566 Laura McLeod | IRD Indicator: 0 |
| ⑈⑆0017 83⑈⑆ ⑆3222716 27⑆ ___(d)(5)___ 281⑈ | BOFD: 000000000 |

#1
Posting Date: 20151123
Sequence Number ___(d)(5)___ 6391
Amount: $67.50
Account: 954871281
Routing Transit Number ___(d)(5)___ 7162
Check/Serial Number: 000000001783
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number: 0000010314
UDK ___(d)(5)___ 6391
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 000000
DB/CR: DB
Item Type: P
Processing Date:

For Deposit Only
VERDUGO RADIOLOGY
ACCT#
2015-11-23
>122203471<
2015-11-23 18:16

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MWAGUSI SOFTWARE LLC
702-421-2323
7260 W AZURE DR. STE. 140-852
LAS VEGAS, NV 89130-4413

1788

PAY TO THE ORDER OF _Reid Yoder_                    DATE _12/9/15_

$ _5439.31_

_Five Thousand Four Hundred Thirty Nine and 31/100_                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.chase.com

FOR _Final Payout Yosemite et al_

⑆001788⑆ ⑆322271627⑆ (d)(5) 428 4⑆

20151218 000200162860 07000481004

_for deposit_

#1

Posting Date: 20151218
Sequence Number (d)(5) 3587
Amount: $5,439.31
Account (d)(5) 281
Routing Transit Number: 32227162
Check/Serial Number: 000000001788
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number: 0000005159
UDK: (d)(5) 3587
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 000000
DB/CR: DB
Item Type: P
Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MS000771

MWAGUSI SOFTWARE LLC
703-421-2320
7200 W AZURE DR , STE. 140-862
LAS VEGAS, NV 89130-4413

1789

PAY TO THE
ORDER OF _NHMH_

DATE _12/1/15_

$ _500-00_

_Five Hundred and_ °°/100 _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _Retainer_

⑈0001789⑈ ⑆322271627⑆ 281⑈

| | |
|---|---|
| #1 | |
| Posting Date: 20151216 | |
| Sequence Number (d)(5) 851 | |
| Amount: $500.00 | |
| Account (d)(5) 281 | |
| Routing Transit Number (d)(5) 162 | |
| Check/Serial Number: 000000001789 | |
| Bank Number: 703 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number (d)(5) 0390 | |
| UDK (d)(5) 2851 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

PAY TO THE ORDER OF WITHIN IMAGED PAYEE
72207 WOLF HILL MORGAN HERRON
48160732207

76597041 IREMTAHARK 03698090901268 12132015

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MWAGUSI SOFTWARE LLC
702-421-2329
7760 W AZURE DR., STE. 140-852
LAS VEGAS, NV 89130-4413

1786

DATE 12/1/15

PAY TO THE ORDER OF  Reid Ysker                                    $ 1,000.00

One Thousand and 00/100                                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑆0041786⑆ ⑆322271627⑆   (d)(5)  281⑆

#1

Posting Date: 20151218

Sequence Number: (d)(5) 3588

Amount: $1,000.00

Account (d)(5) 281

Routing Transit Number (d)(5) 7162

Check/Serial Number (d)(5) 1786

Bank Number: 703

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number (d)(5) 5159

UDK (d)(5) 3588

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

20151218 000200162861 07000481004

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MS000773

| | #1 |
|---|---|
| | Posting Date: 20160120 |
| | Sequence Number: (d)(5) 992 |
| | Amount: $1,000.00 |
| | Account (d)(5) 281 |
| | Routing Transit Number (d)(5) 162 |
| | Check/Serial Number (d)(5) 790 |
| | Bank Number: 703 |
| | IRD Indicator: 0 |
| | BOFD: 000000000 |
| | Capture Source: PV |
| | Entry Number (d)(5) 692 |
| | UDK (d)(5) 992 |
| | Cost Center: |
| | Teller Number: |
| | Teller Sequence Number: |
| | Missing Image: 5 |
| | PE Indicator: N |
| | Application Code: 1 |
| | Trancode: 000000 |
| | DB/CR: DB |
| | Item Type: P |
| | Processing Date: |

**MWAGUSI SOFTWARE LLC**
703-421-2309
7260 W AZURE DR. STE. 140-352
LAS VEGAS, NV 89130-4413

1790

DATE 1/14/15

PAY TO THE ORDER OF Sun Pak    $ 1000, 00

One Thousand and 00/100    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

#001790# #322291627# 28 1#

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved.

MS000774



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

| | |
|---|---|

**MWAGUSI SOFTWARE LLC** 1795
702-431-2329
7260 W AZURE DR, STE. 140-882
LAS VEGAS, NV 89130-4413

PAY TO THE ORDER OF _Wage Works_    DATE _2/25/16_    $ _239 19_

_Two hundred thirty-nines 19/100_ _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.

(d)(5)    /554 John D McLeod    _Laura McLeod_

⑈001795⑈ ⑆32227162⑈    (d)(5)    281⑈

```
#1
Posting Date: 20160302
Sequence Number (d)(5) 662
Amount: $239.19
Account (d)(5) 281
Routing Transit Number: 32227162
Check/Serial Number: 000000001795
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number (d)(5) 8586
UDK (d)(5) 662
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 000000
DB/CR: DB
Item Type: P
Processing Date:
```

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MS000776

| | |
|---|---|
| **MWAGUSI SOFTWARE LLC** | **#1** |
| 703-421-2329 | Posting Date: 20160216 |
| 7260 W AZURE DR, STE. 140-862 | Sequence Number: 5180588648 |
| LAS VEGAS, NV 89130-4413 | Amount: $1,000.00 |
| 1793 | Account _(d)(5)_ 281 |
| DATE 2/18/16 | Routing Transit Number _(d)(5)_ 162 |
| PAY TO THE ORDER OF _Sun Pak_ | Check/Serial Number: 000000001793 |
| $ 1,000.00 | Bank Number: 703 |
| _One Thousand and 00/100_ DOLLARS | IRD Indicator: 0 |
| CHASE | BOFD: 000000000 |
| JPMorgan Chase Bank, N.A. | Capture Source: PV |
| www.Chase.com | Entry Number: _(d)(5)_ 208 |
| FOR _Rent_ | UDK _(d)(5)_ 8648 |
| ⑃001793⑃ ⑃322271627⑃ (d)(5) 281 | Cost Center: |
| | Teller Number: |
| | Teller Sequence Number: |
| | Missing Image: 5 |
| | PE Indicator: N |
| | Application Code: 1 |
| | Trancode: 000000 |
| | DB/CR: DB |
| | Item Type: P |
| | Processing Date: |

20160216 003300046435 00100751002

Copyright © 2010 J P Morgan Chase & Co. All Rights Reserved

3/18/2016

**MS000777**

MWAGUSI SOFTWARE LLC
702-421-2329
7260 W AZURE DR, STE. 140-882
LAS VEGAS, NV 89130-4413

1792

DATE 2/3/16

PAY
TO THE
ORDER OF WAGE WORKS                                    $ 478.38

Four hundred seventy-eight + 38/100 _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 02-101491-910494554 —John D McLeod          Laura McLeod

⑈001792⑈ ⑈322272627⑈     (d)(5)  4281⑈

---

**#1**

Posting Date: 20160208

Sequence Number: 9470552038

Amount: $478.38

Accoun (d)(5) 281

Routing Transit Number: 32227162

Check/Serial Number: 000000001792

Bank Number: 703

IRD Indicator: 0

BOFD: 000000000

Capture Source: PV

Entry Number: 0000009451

UDK (d)(5) 2038

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image: 5

PE Indicator: N

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved.

MWAGUSI SOFTWARE LLC

1791

702-421-2329
7250 W AZURE DR, STE, 140-882
LAS VEGAS, NV 09100-4413

PAY TO THE ORDER OF _Cash_____

DATE _1/22/16_

$ _100.00_

_One Hundred and 00/100_____ DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _Travel Advance__

⑈0001791⑈ ⑆322271627⑆ 28 1⑈

#1

Posting Date: 20160122

Sequence Number (d)(5) 7677

Amount: $100.00

Account (d)(5) 1281

Routing Transit Number (d)(5) 7162

Check/Serial Number (d)(5) 791

Bank Number: 703

IRD Indicator: 0

BOFD: 111900057

Capture Source: BY

Entry Number (d)(5) 6047

UDK (d)(5) 7677

Cost Center: 740815

Teller Number: 5

Teller Sequence Number: 87

Missing Image: 5

PE Indicator: P

Application Code: 1

Trancode: 000000

DB/CR: DB

Item Type: P

Processing Date:

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

3/18/2016  MS000780

| | |
|---|---|
| MWAGUSI SOFTWARE LLC | **1797** |

MWAGUSI SOFTWARE LLC
702-471-2329
7260 W AZURE DR., STE. 140-862
LAS VEGAS, NV 89130-4413

DATE 3/4/16

PAY TO THE ORDER OF *Golub and Sen. tt* $ 350.00

*Three hundred fifty + 00/100* DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

*Laura McLeod*

⑆001797⑆ ⑉322271627⑉ 281⑈

(d)(5) 281

PAY TO THE ORDER OF
CITIZENS BUSINESS BANK
FOR DEPOSIT ONLY
Golub & Smith
04401&600

⑈26⑈232⑈730⑈20⑈603⑈08⑈⑈2223⑈149⑈

PC Glendale
3122734145C
2016-03-08
Trace 2612327730
Batch# 2376566

| #1 | |
|---|---|
| Posting Date: 20160308 | |
| Sequence Number | (d)(5) 709 |
| Amount: $350.00 | |
| Account | (d)(5) 281 |
| Routing Transit Number: | (d)(5) 7162 |
| Check/Serial Number: | (d)(5) 797 |
| Bank Number: 703 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: PV | |
| Entry Number | (d)(5) 6886 |
| UDI | (d)(5) 709 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

3/18/2016

MS000781

| #1 | |
|---|---|
| Posting Date: 20160308 | |
| Sequence Number (d)(5) 2556 | |
| Amount: $800.00 | |
| Account: 954871281 | |
| Routing Transit Number: 32227162 | |
| Check/Serial Number: 000000001798 | |
| Bank Number: 703 | |
| IRD Indicator: 0 | |
| BOFD (d)(5) 9962 | |
| Capture Source: PV | |
| Entry Number (d)(5) 755 | |
| UDK (d)(5) 2556 | |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: 5 | |
| PE Indicator: N | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: DB | |
| Item Type: P | |
| Processing Date: | |

MAGNUS SOFTWARE LLC
7C2-421-2329
7202 W AZURE DR., STE. 140-862
LAS VEGAS, NV 89130-4413

1798

DATE 3/4/16

PAY TO THE ORDER OF  FRANCHISE TAX BOARD                    $ 800 00

Eight hundred + 00/100 ————————————— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Tax Payment 9322294                    Laura McLeod

⑈001798⑈ ⑆32227162⑈    28 ⑈

16067A01900S

JPM Chase
Deposit Only. CA ST Trees. FTB
23069485 IBE
Absence of Prior Endorse. Guar.

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

MS000782

**Chase Online**

BUSINESSSELECT CHKG (...1281)

**Check Number:** 1708     **Post Date:** 09/30/2014     **Amount of Check:** $800.00



Need help printing or saving this check?

Need help printing or saving this check?

© 2014 JPMorgan Chase & Co.

MS000783

**Chase Online**

BUSINESSSELECT CHKG (...1281)

**Check Number:** 1711    **Post Date:** 09/30/2014    **Amount of Check:** $800.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2014 JPMorgan Chase & Co.

MS000784

**Chase Online**

JUSINESSSELECT CHKG (...1281)

**Check Number:** 1710     **Post Date:** 09/30/2014     **Amount of Check:** $800.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2014 JPMorgan Chase & Co.

MS000785

**Chase Online**

вUSINESSSELECT CHKG (...1281)

**Check Number:** 1709      **Post Date:** 10/03/2014      **Amount of Check:** $800.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2014 JPMorgan Chase & Co.

MS000786

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help us today?

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

⬚ Print  ⬚ Help with this page

**I'd like to...**
► See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1766        Post Date: 08/06/2015        Amount of Check: $500.00



Need help printing or saving this check?

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000787

2/6/2016                                     Chase Online - Check Details

# CHASE ✿          Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today? ⚲          LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                              ⦿ Print ⦿ Help with this page     **I'd like to...**
                                                                                ▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1765          Post Date: 08/07/2015          Amount of Check: $1,000.00

Front ⚲  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back ⚲  Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000788

2/6/2016                                    Chase Online - Check Details

 CHASE

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?   LOGOFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1771          Post Date: 09/09/2015          Amount of Check: $880.00

Front ⊕ Enlarge/Reduce Check Image



Need help printing or saving this check?

Back ⊕ Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

**MS000789**

2/6/2016                                    Chase Online - Check Details



# Check Details

○ Print ○ Help with this page

I'd like to...

▸ See Account Statements

BUSINESSSELECT CHKG (...1261)

Check Number: 1772        Post Date: 03/14/2015        Amount of Check: $1,000.00

Front 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000790

2/6/2016                                              Chase Online – Check Details

# CHASE ♦

Chase.com | Contact Us | Privacy Notice | En Español |        Search: How can we help you today?        LOG OFF

CHASE ONLINE℠   Saturday, February 06, 2015

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...

♦ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1769          Post Date: 09/23/2015          Amount of Check: $500.00

Front 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices ▷

© 2016 JPMorgan Chase & Co.

**MS000791**

1/1

2/6/2016                                    Chase Online - Check Details

# CHASE 🏦

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today? ↳       LOG OFF

CHASE ONLINE℠   Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

⊙ Print ⊙ Help with this page     I'd like to...

♦ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1775        Post Date: 10/08/2015        Amount of Check: $500.00

Front 🔍  **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Back 🔍  **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000792

2/6/2016                                    Chase Online - Check Details

# CHASE &#9673;

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?  &#9632;   Log Off

My Accounts > Account Activity > Check Details

## Check Details

&#9673; Print &#9673; Help with this page

**I'd like to...**

&#9654; See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1776          Post Date: 10/14/2015          Amount of Check: $1,000.00

**Front** &#128269; **Enlarge/Reduce Check Image**



Need help printing or saving this check?

**Back** &#128269; **Enlarge/Reduce Check Image**



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

**MS000793**

2/6/2016                                         Chase Online - Check Details

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?   [Log Off]

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1780        Post Date: 11/09/2015        Amount of Check: $2,000.00

[Front] 🔍 Enlarge/Reduce Check Image



Need help printing or saving this check?

[Back] 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000794

2/6/2016                                    Chase Online - Check Details

# CHASE ⬡          Chase.com | Contact Us | Privacy Notice | En Español |    Search: How can we help you today?        LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

## Check Details                                    ○ Print  ○ Help with this page    I'd like to...
                                                                                      ▶ See Account Statements

BUSINESSSELECT CHKG (...1281)

Check Number: 1782        Post Date: 11/10/2015        Amount of Check: $500.00

[Front] 🔍 **Enlarge/Reduce Check Image**



**Need help printing or saving this check?**

[Back] 🔍 **Enlarge/Reduce Check Image**

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices

© 2016 JPMorgan Chase & Co.

MS000795

JPMorgan Chase & Co.

Post date:     02/17/2015
Amount:        $ 30000.00



© 2013 JPMorgan Chase & Co.

MS000811

JPMorgan Chase & Co.

Post date:     09/15/2015
Amount:        $ 30000.00



© 2013 JPMorgan Chase & Co.

MS000810