**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** Plaintiff          **Ex. #**<u>114</u>

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:_____,   Deputy Clerk**

**APPENDIX B**