**<u>Exhibit Cover Sheet</u>**


**Party
submitting:** Plaintiff_____     **Ex. #**<u>117</u>


**Admitted: Yes   or    No  (circle one)**


**Debtor:**   Keith A. Yerian_____


**Case No.:** 6:15-bk-01720-KSJ_____

*Adv. No.:*  6:15-ap-00064-KSJ_____

**Nature of Hearing/
Docket No:** Trial_____

_____


**United States Bankruptcy Court
Middle District of Florida**


**Dated**      _____ **, 20___.**

**By:** _____,  **Deputy Clerk**


**APPENDIX B**

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2015 through January 30, 2015
Account Number:  (c)(1)       5834



00171570 DRE 703 144 03115 NNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,252.90** |
| Deposits and Additions | 2 | 800.08 |
| **Ending Balance** | **2** | **$2,052.98** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.08 |
| Interest Paid Year-to-Date | | $0.08 |

Interest paid in 2014 for account ▓▓▓▓▓5834 was $0.39.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,252.90** |
| 01/06 | Online Transfer From Chk ...1281 Transaction#: 4372192803 | **800.00** | 2,052.90 |
| 01/30 | Interest Payment | **0.08** | 2,052.98 |
| | **Ending Balance** | | **$2,052.98** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

MS000663



January 01, 2015 through January 30, 2015
Account Number: (c)(1)   5834

# BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance: $_____

2. **List and total all deposits & additions   not shown on this statement:**

| Date     Amount | Date     Amount | Date     Amount |
|---|---|---|
| _____ _____ | _____ _____ | _____ _____ |
| _____ _____ | _____ _____ | _____ _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date     Amount | Check Number or Date     Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000664



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

January 31, 2015 through February 27, 2015
Account Number: (c)(1)         5834

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00170944 DRE 703 144 05915 NNNNNNNNNNN T 1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



We are updating your Deposit Account Agreement

We will update the Electronic Funds Transfer Service Terms in your agreement for business accounts effective March 22, 2015, to cover how you can use an eATM (formerly known as Express Banking kiosk) located inside a branch lobby during the branch operating hours:

- Each signer can withdraw up to $3,000 each day.   Business Associate card limits remain the same.

- At certain Chase eATMs, you or an authorized signer will be able to provide us personal identification that we accept, such as a driver's license. Our branch employee will then give you a temporary, one-time code so you can have full use of the eATM.

- All other withdrawals at eATMs count towards your daily ATM withdrawal limit.

These changes will happen over several months, so you should ask an employee in your branch if the eATM has been updated with these changes.

For a copy of your agreement, you can view it anytime by logging in at chase.com and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch.  If you have questions, please call us at the telephone number listed on this statement.

## SAVINGS SUMMARY     Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,052.98** |
| Deposits and Additions | 1 | 0.08 |
| **Ending Balance** | 1 | **$2,053.06** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.08 |
| Interest Paid Year-to-Date | | $0.16 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2014 for account          5834 was $0.39.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

MS000665



January 31, 2015 through February 27, 2015
Account Number: (c)(1)            5834

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|  | **Beginning Balance** |  | **$2,052.98** |
| 02/27 | Interest Payment | **0.08** | 2,053.06 |
|  | **Ending Balance** |  | **$2,053.06** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000666**



January 31, 2015  through February 27, 2015
Account Number:   (c)(1)   5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**    Step 1 Balance:   $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**    Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000667



January 31, 2015  through  February 27, 2015
Account Number:   (c)(I)      5834

This Page Intentionally Left Blank

MS000668


**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 28, 2015 through March 31, 2015

Account Number:   (c)(1)   5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00171353 DRE 703 144 09115 NNNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## SAVINGS SUMMARY
Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.06** |
| Deposits and Additions | 1 | 0.09 |
| **Ending Balance** | **1** | **$2,053.15** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.09 |
| Interest Paid Year-to-Date | | $0.25 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Interest paid in 2014 for account [        ]5834 was $0.39.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.06** |
| 03/31 | Interest Payment | **0.09** | 2,053.15 |
| | **Ending Balance** | | **$2,053.15** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**MS000669**



February 28, 2015 through March 31, 2015

Account Number:   (c)(1)   **5834**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1.  Write in the Ending Balance shown on this statement:**               Step 1 Balance:  $_____

**2.  List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:    $_____

**3.  Add Step 2 Total to Step 1 Balance.**                                Step 3 Total:    $_____

**4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

**5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000670


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 01, 2015 through April 30, 2015

Account Number: (c)(1)   5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00170844 DRE 703 144 12115 NNNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.15** |
| Deposits and Additions | 1 | 0.08 |
| **Ending Balance** | 1 | **$2,053.23** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.08 |
| Interest Paid Year-to-Date | | $0.33 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.15** |
| 04/30 | Interest Payment | **0.08** | 2,053.23 |
| | **Ending Balance** | | **$2,053.23** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000671**



April 01, 2015 through April 30, 2015

Account Number: (c)(1)      5834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**          Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do so, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000672


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

May 01, 2015 through May 29, 2015
Account Number:  (c)(1)    5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00170957 DRE 703 144 15015 NNNNNNNNNNNY T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

---

## SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.23** |
| Deposits and Additions | 1 | 0.08 |
| **Ending Balance** | **1** | **$2,053.31** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.08 |
| Interest Paid Year-to-Date | | $0.41 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.23** |
| 05/29 | Interest Payment | **0.08** | 2,053.31 |
| | **Ending Balance** | | **$2,053.31** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000673**



May 01, 2015 through May 29, 2015
Account Number:     (c)(1)     35834

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2. **List and total all deposits & additions   not shown on this statement:**

| Date          Amount | Date         Amount | Date        Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**                              Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date          Amount | Check Number or Date          Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000674


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 30, 2015 through June 30, 2015
Account Number:  (c)(1)  35834



00399436 DRE 703 144 18215 NNYNNNNNNNY T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



**Our worksheet for balancing your checkbook is now on chase.com**

Beginning July 20, your statement will no longer include our worksheet for balancing your checkbook. You can still access this form on chase.com.

To find this guide online:
1. Go to chase.com/checking/account-tips
2. Scroll down to the section titled Track Your Spending
3. Download the Balancing your Checkbook Worksheet

Please call us at the number on this statement if you have any questions.

### SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.31** |
| Deposits and Additions | 1 | 0.09 |
| **Ending Balance** | **1** | **$2,053.40** |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.09 |
| Interest Paid Year-to-Date | | $0.50 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.31** |
| 06/30 | Interest Payment | **0.09** | 2,053.40 |
| | **Ending Balance** | | **$2,053.40** |

**MS000675**



May 30, 2015 through June 30, 2015
Account Number:   (c)(1)          5834

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000676**



May 30, 2015 through June 30, 2015
Account Number:   (c)(1)   5834



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**    Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3.  **Add Step 2 Total to Step 1 Balance.**    Step 3 Total:  $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

MS000677



May 30, 2015 through June 30, 2015

Account Number:        (c)(1)        5834

This Page Intentionally Left Blank

**MS000678**


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

July 01, 2015 through July 31, 2015

Account Number:  (c)(1)    5834

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00170269 DRE 703 144 21315 NNNNNNNNNNN T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



**Our worksheet for balancing your checkbook is now on chase.com**

Beginning July 20, your statement will no longer include our worksheet for balancing your checkbook. You can still access this form on chase.com.

To find this guide online:
1.  Go to chase.com/checking/account-tips
2.  Scroll down to the section titled Track Your Spending
3.  Download the Balancing your Checkbook Worksheet

Please call us at the number on this statement if you have any questions.

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.40** |
| Deposits and Additions | 1 | 0.09 |
| **Ending Balance** | **1** | **$2,053.49** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.05% |
| Interest Earned This Period | | $0.09 |
| Interest Paid Year-to-Date | | $0.59 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.40** |
| 07/31 | Interest Payment | 0.09 | 2,053.49 |
| | **Ending Balance** | | **$2,053.49** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

Page 1 of 2

**MS000679**



July 01, 2015 through July 31, 2015

Account Number:   (c)(1)   35834

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

**MS000680**


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2015 through August 31, 2015

Account Number:   (c)(1)   5834

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00170492 DRE 703 144 24415 NNNNNNNNNNY T 1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244



We're making changes to non-Chase ATM fees and Travelers Checks

Your relationship is important to us, and we are committed to keeping you informed about changes that may affect you beginning November 9.

Non-Chase ATMs

When you use an ATM that is not owned by Chase we charge a non-Chase ATM fee; which will change beginning November 9. The new fees listed below apply to each transaction made at a non-Chase ATM:

- $2.50 for any Inquiries, Transfers or Withdrawals while using a non-Chase ATM in the U.S., Puerto Rico and the U.S. Virgin Islands.
- $2.50 for any Transfers or Inquiries at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands. As a reminder, we will still charge $5 per Withdrawal at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands.

As a reminder, there is no fee to use at any of the 15,500 Chase ATMs.

For the products listed below, we'll continue to waive our fee when you use a non-Chase ATM but you will have to pay the fees charged by the ATM owner.

- Chase Platinum Business Checking(SM)
- Chase Performance Business Checking(SM) and Chase Performance Business Checking with Interest(SM)
- Chase Analysis Business Checking(SM) and Chase Analysis Business Checking with Interest(SM)
- Commercial Checking(SM) and Commercial Checking with Interest(SM)
- Chase Total Business Checking(SM) with Chase Military Banking benefits
- Chase BusinessSelect Checking(SM) with Chase Military Banking benefits linked to Chase Premier Plus
- Chase BusinessClassic CheckingSM with Chase Military Banking benefits linked to Chase Premier Plus
- Chase Client Funds Checking(SM)
- Chase Client Funds Savings(SM)
- Trust Accounts for Lawyers and Realtors (names vary by market)

Travelers Checks

Beginning November 9, we will no longer sell Travelers Checks. There are other alternatives to Travelers Checks, please talk to a banker to learn more. We apologize for the inconvenience.

All other terms and conditions of your Deposit Account Agreement still apply. If you have any questions, please call the number listed at the top of this statement.

**MS000681**



August 01, 2015 through August 31, 2015

Account Number:   (c)(1)   35834

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$2,053.49** |
| Deposits and Additions | 1 | 0.09 |
| **Ending Balance** | 1 | **$2,053.58** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.09 |
| Interest Paid Year-to-Date | $0.68 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$2,053.49** |
| 08/31 | Interest Payment | **0.09** | 2,053.58 |
|  | **Ending Balance** |  | **$2,053.58** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

**MS000682**



**CHASE** ⬤

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2015 through September 30, 2015
Account Number: (c)(1)     5834



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

‖‖..‖.....‖.‖..‖..‖‖.‖..‖.‖..‖‖.‖.‖..‖.‖..‖‖‖
00358810 DRE 703 144 27415 NNNNNNNNNNY T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

We're making changes to non-Chase ATM fees and Travelers Checks

Your relationship is important to us, and we are committed to keeping you informed about changes that may affect you beginning November 9.

Non-Chase ATMs

When you use an ATM that is not owned by Chase we charge a non-Chase ATM fee; which will change beginning November 9. The new fees listed below apply to each transaction made at a non-Chase ATM:

- $2.50 for any Inquiries, Transfers or Withdrawals while using a non-Chase ATM in the U.S., Puerto Rico and the U.S. Virgin Islands.
- $2.50 for any Transfers or Inquiries at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands. As a reminder, we will still charge $5 per Withdrawal at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands.

As a reminder, there is no fee to use any of the 15,500 Chase ATMs.

For the products listed below, we'll continue to waive our fee when you use a non-Chase ATM but you will have to pay the fees charged by the ATM owner.

- Chase Platinum Business Checking(SM)
- Chase Performance Business Checking(SM) and Chase Performance Business Checking with Interest(SM)
- Chase Analysis Business Checking(SM) and Chase Analysis Business Checking with Interest(SM)
- Commercial Checking(SM) and Commercial Checking with Interest(SM)
- Chase Total Business Checking(SM) with Chase Military Banking benefits
- Chase BusinessSelect Checking(SM) with Chase Military Banking benefits linked to Chase Premier Plus
- Chase BusinessClassic CheckingSM with Chase Military Banking benefits linked to Chase Premier Plus
- Chase Client Funds Checking(SM)
- Chase Client Funds Savings(SM)
- Trust Accounts for Lawyers and Realtors (names vary by market)

Travelers Checks

Beginning November 9, we will no longer sell Travelers Checks. There are other alternatives to Travelers Checks, please talk to a banker to learn more. We apologize for the inconvenience.

All other terms and conditions of your Deposit Account Agreement still apply. If you have any questions, please call the number listed at the top of this statement.

Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount you can deposit at no charge as a benefit of your specific deposit product is $2.50 per $1,000 deposited, as previously disclosed to you.  Please refer to the Product Features for your account(s) in the Additional Banking Services and Fees disclosure we gave you when you opened your account.

**MS000683**



September 01, 2015 through September 30, 2015
Account Number:   (c)(1)        I5834

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault services. These methods may result in lower fees. Please visit a branch or speak with your banker for more information.

## SAVINGS SUMMARY
Chase Business Select High Yield Savings

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$2,053.58** |
| Deposits and Additions | 1 | 0.08 |
| **Ending Balance** | **1** | **$2,053.66** |

| Annual Percentage Yield Earned This Period | 0.05% |
|---|---|
| Interest Earned This Period | $0.08 |
| Interest Paid Year-to-Date | $0.76 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$2,053.58** |
| 09/30 | Interest Payment | 0.08 | 2,053.66 |
|  | **Ending Balance** |  | **$2,053.66** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

**MS000684**



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2015 through October 30, 2015

Account Number:   (c)(1)   5834



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00170335 DRE 703 144 30415 NNYYNNNNNNNN T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount you can deposit at no charge as a benefit of your specific deposit product is $2.50 per $1,000 deposited, as we previously disclosed to you.  Please refer to the Product Features for your account(s) in the Additional Banking Services and Fees disclosure we gave you when you opened your account.

We offer alternative methods of depositing cash, such as Chase ATMs and cash vault services.  These methods may result in lower fees.  Please visit a branch or speak with your banker for more information.

### SAVINGS SUMMARY   Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,053.66** |
| Deposits and Additions | 1 | 0.06 |
| **Ending Balance** | 1 | **$2,053.72** |
| Annual Percentage Yield Earned This Period | | 0.04% |
| Interest Earned This Period | | $0.06 |
| Interest Paid Year-to-Date | | $0.82 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,053.66** |
| 10/30 | Interest Payment | 0.06 | 2,053.72 |
| | **Ending Balance** | | **$2,053.72** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

**MS000685**



October 01, 2015 through October 30, 2015

Account Number: (e)(1) 5834

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

MS000686