## Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 2

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:*  6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated**          _____ , 20___.

**By:** _____ ,  **Deputy Clerk**

**APPENDIX B**

# JOB INVOICE

Northeast Ohio Mover Serv.

| | |
|---|---|
| SOLD TO: COD | DATE ORDERED / ORDER TAKEN BY |
| ADDRESS YOUR SUNPAK | PHONE NO. / CUSTOMER ORDER # |
| 17878 GAYLEHOUSE | JOB LOCATION |
| ATTENTION DOYELSTOWN | JOB PHONE / STARTING DATE |
| | TERMS |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | CRATING | | 675 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL MATERIALS | | 675 00 |

**DESCRIPTION OF WORK**

**MISCELLANEOUS CHARGES**

TOTAL MISCELLANEOUS

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| PD IN | | | 500 |
| FULL | | | |
| CK# | TOTAL LABOR | | |

| | |
|---|---|
| WORK ORDERED | TOTAL LABOR |
| DATE ORDERED | TOTAL MATERIALS |
| DATE COMPLETED  8/20/12 | TOTAL MISCELLANEOUS |
| | SUBTOTAL |
| STOMER PROVAL SIGNATURE  X | TAX |
| AUTHORIZED SIGNATURE | GRAND TOTAL  675 00 |

A-2817-3817 / T-3866

MS000149

## MATERIAL RECORD

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |
| | LESS RETURNED MATERIALS | | |
| | NET COST OF MATERIALS | | |

## LABOR RECORD

| DATE | MECHANIC | WORK DONE | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL LABOR COST | | |

| NOTES | | | | | |
|---|---|---|---|---|---|
| | TOTAL MATERIAL COSTS | | | TOTAL SELLING PRICE | |
| | TOTAL LABOR COSTS | | | LESS TOTAL COST | |
| | SUBCONTRACT COSTS | | | GROSS PROFIT | |
| JOB COMPLETE? ☐ YES ☐ NO | OTHER DIRECT COSTS | | | LESS OVERHEAD | |
| DATE BILLED: _____ | TOTAL COST | | | NET PROFIT | |

MS000150

Moving Expenses

Subject: Moving Expenses
From: Young Yerian <youngyerian@gmail.com>
Date: 8/22/2012 9:55 AM
To: jmcleod129@gmail.com

John,

Jeff's personal info is
Jeff Waickman
1501 W Arndale Rd
Stow, OH  44224
(330) 286-1027

Chase
Rt:  044000037
Act (d)(5) 2253

Thanks,
Keith