# Exhibit Cover Sheet

**Party submitting:** _Plaintiff_   **Ex. #** _6_

**Admitted:** Yes  or  No  (circle one)

**Debtor:** _Keith A. Yerian_

**Case No.:** _6:15-bk-01720-KSJ_

*Adv. No.:* _6:15-ap-00064-KSJ_

**Nature of Hearing/ Docket No:** _Trial_

---

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

APPENDIX B

PAGE 1 OF 6

March 1, 2012 - March 31, 2012
Account Number:     -5634
Account Type:     INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION
DEADLINE IS APRIL 17, 2012.**
Open a No Annual Fee, No Minimum IRA.



SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of Covered Securities sold in your taxable accounts on IRS Form 1099-B. Preview your 2011 tax lots online at etrade.com/2011taxsnapshot.

## Account At A Glance



$257,349.57

As of 02/29/12     As of 03/31/12

Net Change:     $257,349.57

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

DETACH HERE

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE

Use This Deposit Slip    Acct:     -5634

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

033120120001         56341

ETRADE000667



# E*TRADE FINANCIAL
Trading • Investing • Banking

## E*TRADE Platinum Investment Account

Account Number: *5634

Statement Period: March 1, 2012 - March 31, 2012

Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 250,000.00 | | 250,001.67 |
| E*TRADE Savings Bank | 0.00 | 7,349.57 | | 7,346.10 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 257,349.57 | 100.00 | 257,347.77 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| TOTAL CASH & CASH EQUIVALENTS | $0.00 | $257,349.57 | 100.00% | |
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY) | | $3.52 | | |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/12) | | 257,349.57 | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/26/12 | Interest | EXTND INS SWEEP ACCT (FDIC-INS) | | | 3.52 |
| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | | $3.52 |
| NET DIVIDENDS & INTEREST ACTIVITY | | | | | $3.52 |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37629285189; | | | 256,000.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37630631189; | | | 1,093.68 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX5800-1 REFID:37630714189; | | | 143.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37630739189; | | | 109.37 |
| NET WITHDRAWALS & DEPOSITS | | | | | $257,346.05 |