**Exhibit Cover Sheet**

**Party submitting:** Plaintiff    **Ex. #** 7

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

**APPENDIX B**

PAGE 1 OF 6

July 1, 2012 - July 31, 2012
Account Number: -5634
Account Type: INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more at etrade.com/education.

IMPORTANT INFORMATION:

E*TRADE 360 - Our all new online investing dashboard. It gives you everything you need on one page. Visit etrade.com/360 to learn more.

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

### Account At A Glance

$232,379.95 As of 06/30/12
$34,054.10 As of 07/31/12

Net Change: $-198,325.85

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).



DETACH HERE

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

Make checks payable to E*TRADE Clearing LLC.

DETACH HERE

Use This Deposit Slip    Acct:   -5634

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

073120120001   56341


EXHIBIT M



E*TRADE FINANCIAL
Trading • Investing • Banking



E*TRADE Platinum
Investment Account

Account Number: -5634

Statement Period: July 1, 2012 - July 31, 2012

Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account E*TRADE Bank | 232,379.95 | 34,054.10 | 100.00 | 230,717.73 |
| Extended Insurance Sweep Deposit Account Total | 232,379.95 | 34,054.10 | 100.00 | 230,717.73 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| TOTAL CASH & CASH EQUIVALENTS | $232,379.95 | $34,054.10 | 100.00% | |
|---|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY) | $43.35 | | | |

TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/12)   $34,054.10

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT CREDITED |
|---|---|---|---|---|
| 07/26/12 | Interest | EXTND INS/SWEEP ACCT(FDIC-INSF) | | 9.45 |
| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | $9.45 |
| NET DIVIDENDS & INTEREST ACTIVITY | | | | $9.45 |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | AMOUNT DEBITED | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 07/23/12 | Transfer | ACH WITHDRAWL REF ID:4140073918 | | 25,000.00 | |
| 07/25/12 | Wire | WIRE OUT | | 173,310.30 | |
| 07/25/12 | Other | OUTGOING WIRE FEE | | 25.00 | |
| NET WITHDRAWALS & DEPOSITS | | | | $198,335.30 | |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (0.0500% APY/0.0498% APY Earned as of 07/31/12)

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 07/01/12 | | OPENING BALANCE | $232,379.95 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-8260 • Member FINRA/SIPC