## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 9

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  **Deputy Clerk**

APPENDIX B

CFN 2012149191, OR BK 6656 Page 851, Recorded 07/31/2012 at 04:29 PM, Mitch Needelman, Clerk
Case 6:17-cv-00459-RBD Document 11-8 Filed 05/10/17 Page 2 of 3 PageID 1601
Case 6:15-ap-00064-KSJ Doc 1 Filed 06/04/15 Page 29 of 37

**EXHIBIT "G"**

Prepared By and Return To:
Supreme Title Closings, LLC
2202 S Babcock Street, Suite 201
Melbourne, FL 32901

File No. 11-08-0425

Property Appraiser's Parcel I.D. (folio) Number(s)
29-38-32-00-00068.0-0000

## WARRANTY DEED

THIS WARRANTY DEED dated July 27, 2012, by Marie Siegler, a married woman, whose post office address is 121 Roosevelt Way, Westbury, NY 11590, hereinafter called the grantor, to Sun Yo Pak a married adult, whose post office address is 5767 Treasure Lane, Grant Valkaria, Fl. 32949, hereinafter called the grantee: 

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Brevard County, Florida, viz:

The West 1/2 of the South 200 feet of the North 400 feet of the South 3/4 of Lot 29, Section 32, Township 29 South, Range 38 East FLORIDA INDIAN RIVER LAND COMPANY, a subdivision according to the plat thereof, as recorded in Plat Book 1, Page 166, Public Records of Brevard County, Florida, LESS the West 25 feet for road, utility and drainage right-of-way.

Grantor Warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is: 121 Roosevelt Way, Westbury, NY 11590.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2011

Warranty Deed (Individual to Individual)

OR BK 6656 PG 852
Case 6:17-cv-00459-RBD   Document 11-8   Filed 05/10/17   Page 3 of 3 PageID 1602
Case 6:15-ap-00064-KSJ   Doc 1   Filed 06/04/15   Page 30 of 37

# WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
(Witness Signature)
Nadine Rodriguez

_____
(Witness Signature)
Aji Peter

X _Marie Siegler_____
Marie Siegler

121 Roosevelt Way
(Address)

Westbury, NY 11590
(Address)

STATE OF New York
COUNTY OF Nassau

I, Samuel M. Clonmell, a Notary Public of the County and State first above written, do hereby certify that Marie Siegler personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 25th day of July, 2012.

_____
Notary Public

My Commission Expires: 8/13/2015

(SEAL)

```
SAMUEL M. CLONMELL
Notary Public - State of New York
NO. 01CL6172662
Qualified in Nassau County
My Commission Expires 8/13/2015
```

Warranty Deed (Individual to Individual)