## Exhibit Cover Sheet

**Party**
**submitting:** _Plaintiff_     **Ex. #** _10_

**Admitted: Yes   or    No  (circle one)**

**Debtor:** _Keith A. Yerian_

**Case No.:** _6:15-bk-01720-KSJ_

*Adv. No.:* _6:15-ap-00064-KSJ_

**Nature of Hearing/**
**Docket No:** _Trial_

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____ **,  Deputy Clerk**

**APPENDIX B**

# Free Checking Classic Statement
PNC Bank

 **PNC BANK**

Primary account number: ▮▮▮▮7738
Page 1 of 2
Number of enclosures:    0

**For the period** 01/14/2012 to 02/13/2012

SUN YO PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Checking Classic Account Summary

Sun Yo Pak

Account number: ▮▮▮▮7738

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.
Your account is currently Opted-Out of Overdraft Coverage.
To learn more, visit us online at pnc.com/overdraftsolutions

13,497 - points balance as of February 13, 2012 For CheckCard xxxx xxxx xxxx 0628

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 981.07 | 5,000.00 | 4,260.00 | 1,721.07 |
|  |  | Average monthly balance | Charges and fees |
|  |  | 1,986.23 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other Addition totaling $5,000.00.

| Date | Amount | Description |
|---|---|---|
| 01/27 | 5,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXXX5189 |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 555 | 200.00 | 01/30 | 089762590 | 557 | 1,800.00 | 01/30 | 089762588 |
| 556 | 1,800.00 | 01/30 | 089762589 |  |  |  |  |

* Gap in check sequence

There were 3 checks listed totaling $3,800.00.

SP000674



# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

**For the period** 01/14/2012 to 02/13/2012

SUN YO PAK

Primary account number: ▉▉7738
Page 2 of 2

Account Number: ▉▉7738  - continued

## Other Deductions

There was 1 Other Deduction totaling $460.00.

| Date | Amount | Description |
|------|--------|-------------|
| 02/10 | 460.00 | Debit Memo Reference No. 503241845 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 01/14 | 981.07 | 01/27 | 5,981.07 | 01/30 | 2,181.07 | 02/10 | 1,721.07 |

Ready to manage debt and move forward with savings?  Move your old high-rate balances to a new PNC Bank credit card with a low introductory balance transfer rate and take charge of your finances today.

Whether you want faster rewards for your everyday purchases or simply an affordable card with flexibility to help you save and earn, PNC Bank has a credit card that's right for you.
Rewards -- PNC points(R) Visa(R) credit card
Savings on interest, plus rewards -- PNC Flex(R) Visa(R) credit card

To apply or for more information, visit pnc.com/creditcards.

Subject to credit approval.

PNC Bank, National Association (PNC Bank) is the creditor and issuer of the credit cards referenced above.

PNC points and PNC Flex are registered marks of The PNC Financial Services Group, Inc.   Visa is a registered trademark of Visa International.

# Free Checking Classic Statement

PNC Bank

 **PNC BANK**

Primary account number: ████7738
Page 1 of 2
Number of enclosures:      0

**For the period  02/14/2012  to  03/13/2012**

SUN YO PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Checking Classic Account Summary

**Account number:** ████7738

Sun Yo Pak

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.
Your account is currently Opted-Out of Overdraft Coverage.
To learn more, visit us online at pnc.com/overdraftsolutions

### Balance Summary

13,497 - points balance as of March 13, 2012 For CheckCard xxxx xxxx xxxx 0628

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,721.07 | 10.00 | 813.00 | 918.07 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 1,015.25 | 5.00- |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 0 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 2 | 0 | 2 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other Addition totaling $10.00.

| Date | Amount | Description |
|---|---|---|
| 02/28 | 10.00 | Online Bill Pay Q1 |

### Banking/Check Card Withdrawals and Purchases

There were 2 Banking Machine withdrawals totaling $808.00.

There were 2 other Banking Machine/Check Card deductions totaling $5.00.

| Date | Amount | Description |
|---|---|---|
| 02/15 | 504.00 | ATM Withdrawal Bppr Luquillo 1 Luquillo Wi |
| 02/15 | 2.50 | ATM Withdrawal Fee |
| 02/22 | 304.00 | ATM Withdrawal Bppr Luquillo 2 Luquillo Wi |
| 02/22 | 2.50 | ATM Withdrawal Fee |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 02/14 | 1,721.07 | 02/15 | 1,214.57 | 02/22 | 908.07 | 02/28 | 918.07 |

SP000676

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ████████7738  - continued

**For the period**  **02/14/2012**  **to**  **03/13/2012**
SUN YO PAK
Primary account number: ████████7738
Page 2 of 2

Taking Retirement One Step at a Time.  Little changes to spending, saving and earning can have an impact on your retirement plan.  Let's make a plan together. Visit us for your free retirement review.

Member FDIC          Equal Housing Lender

# Free Checking Classic Statement



PNC Bank

---

Primary account number: ▮▮▮▮7738
Page 1 of 2
Number of enclosures:   0

**For the period   03/14/2012 to 04/12/2012**

SUN YO PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Enroll in online statements today through online banking, and have access to your checking and saving
statements for up to 6 years. Enroll today by visiting the Customer Service Tab in online banking.

## Free Checking Classic Account Summary

Sun Yo Pak

Account number:   ▮▮▮▮7738

**Overdraft Protection**   has not been established for this account.
    Please contact us if you would like to set up this service.
Your account is currently Opted-Out of Overdraft Coverage.
To learn more, visit us online at pnc.com/overdraftsolutions

13,497 - points balance as of April 12, 2012
For CheckCard xxxx xxxx xxxx 0628

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 918.07 | 10,000.00 | 406.50 | 10,511.57 |
| | | Average monthly balance | Charges and fees |
| | | 1,348.37 | 2.50 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 0 | 1 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other
Addition totaling $10,000.00.

| Date | Amount | Description |
|---|---|---|
| 04/11 | 10,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXXX3189 |

### Checks and Substitute Checks

There is 1 check listed totaling
$100.00.

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 560 | 100 00 | 03/16 | 090282815 |

SP000678

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ███████7738 - continued

**For the period** 03/14/2012 **to** 04/12/2012
SUN YO PAK
Primary account number: ███████7738
Page 2 of 2

## Banking/Check Card Withdrawals and Purchases

There was 1 Banking Machine Withdrawal totaling $304.00.

There was 1 other Banking Machine/Check Card deductions totaling $2.50.

| Date | Amount | Description |
|------|--------|-------------|
| 03/30 | 304.00 | ATM Withdrawal Bppr Luquillo 1 Luquillo Wi |
| 03/30 | 2.50 | ATM Withdrawal Fee |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/14 | 918.07 | 03/16 | 818.07 | 03/30 | 511.57 | 04/11 | 10,511.57 |

A Great Month to Start Saving!
Open a new free 'S' is for Savings(SM) or Statement Savings account for your child between April 1 and April 30, 2012, and earn a $10 reward credit when the account grows to $50 by September 30, 2012. Visit your local PNC Bank branch to learn more.

* Offer available for new to bank minor child (under the age of 18) who opens a savings account from April 1 - 30, 2012. Account balance must reach $50 by September 30, 2012 to receive a $10 account credit. The account has no monthly balance requirement or monthly service charge until the child reaches age of 18. Offer is limited to one account per minor. The $10 reward may be tax reportable.

# Free Checking Classic Statement

 **PNC BANK**

PNC Bank

| | |
|---|---|
| | Primary account number: ████7738 |
| | Page 1 of 3 |
| **For the period** 04/13/2012 to 05/11/2012 | Number of enclosures: 0 |

SUN YO PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

🖳 For 24-hour banking, and transaction or
interest rate information, sign-on to
☎ PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
🖳 Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

Enroll in online statements today through online banking, and have access to your checking and saving
statements for up to 6 years. Enroll today by visiting the Customer Service Tab in online banking.

## Free Checking Classic Account Summary

Sun Yo Pak

**Account number:** ████7738

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.
Your account is currently Opted-Out of Overdraft Coverage.
To learn more, visit us online at pnc.com/overdraftsolutions

13,497 - points balance as of May 11, 2012
For CheckCard xxxx xxxx xxxx 0628

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 10,511.57 | 5,000.00 | 11,396.05 | 4,115.52 |
| | | Average monthly balance | Charges and fees |
| | | 5,758.94 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 6 | 0 | 3 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other
Addition totaling $5,000.00.

| Date | Amount | Description |
|---|---|---|
| 04/13 | 5,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXX7189 |

### Checks and Substitute Checks

| Check number | | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|
| 93 | T | 5,000.00 | 04/17 | 004316199 | 519 | 1,800.00 | 04/16 | 089472652 |
| 517 * | | 1,800.00 | 04/16 | 089472653 | 623 * | 240.00 | 04/27 | 096340369 |
| 518 | | 1,800.00 | 04/16 | 089472654 | 624 | 60.00 | 04/18 | 014103059 |

* Gap in check sequence   "T" Teller Cashed Check

There were 6 checks listed totaling
$10,700.00.

SP000680

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

**For the period**   04/13/2012   to   05/11/2012

SUN YO PAK

Primary account number: _____ 7738

Page 2 of 3

Account Number: _____ 7738 - continued

## Banking/Check Card Withdrawals and Purchases

There were 3 Check Card/Bank card PIN POS purchases totaling $456.05.

| Date | Amount | Description |
|---|---|---|
| 04/13 | 305.36 | POS Purchase Walgreens Call Luquillo Oh |
| 04/13 | 95.72 | POS Purchase Wal-Mart #3682 Luquillo Pr |
| 05/07 | 54.97 | POS Purchase Walgreens Call Luquillo Oh |

## Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking Deduction totaling $240.00.

| Date | Amount | Description |
|---|---|---|
| 05/10 | 240.00 | Web Pmt Single - Online Pmt State Life Ins Ckf046687792POS |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/13 | 15,110.49 | 04/17 | 4,710.49 | 04/27 | 4,410.49 | 05/10 | 4,115.52 |
| 04/16 | 9,710.49 | 04/18 | 4,650.49 | 05/07 | 4,355.52 | | |

DID YOU KNOW... THE GREATER YOUR RELATIONSHIP, THE GREATER YOUR REWARD.

When you have a qualifying checking account and meet minimum balance and/or direct deposit requirements, you enjoy rewards or cash back on a PNC CashBuilder®, points® or Flex® Visa® credit card.  Here are some of your options:

- PNC CashBuilder credit card paired with Performance checking products offers the potential to earn even more cash back -- whatever your level of spending.

-  PNC points credit card paired with Performance checking products or Virtual Wallet ® offers the potential to earn a bonus on the base points you earn.

- PNC Flex Visa credit card paired with Performance checking products, Virtual Wallet, Foundation or Free Checking offers the opportunity to boost your points earning potential  and save money on balance transfers from higher rate credit cards.

To learn more about making your banking more rewarding, visit any PNC Bank branch or:
> Call 1-877-CALL-PNC (1-877-225-5762)
> Visit us at pnc.com

Credit cards subject to credit approval.

PNC Bank, National Association (PNC Bank) is the creditor and issuer of the credit cards referenced above.
Member FDIC
CashBuilder, PNC points and PNC Flex are registered marks of The PNC Financial Services Group, Inc.  Visa is a registered trademark of Visa International Service Association and used under license.

Need to make a deposit? Try it on your SmartPhone.

Using Mobile Deposit is easy. First download the Virtual Wallet App or PNC App, enter the amount and where you want the funds deposited, then take a picture of the front and back of the check.

Third party message and data rates may apply.  Use of the Mobile Deposit feature requires a supported camera-equipped device and you must download a PNC mobile banking app. Eligible PNC Bank account and PNC

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▢▢▢7738 - continued

**For the period** 04/13/2012 **to** 05/11/2012
SUN YO PAK
Primary account number: ▢▢▢7738
Page 3 of 3

---

Bank Online Banking required. Certain other restrictions apply.

Give Mom, Dad or Grad the gift they have always wanted

The PNC Bank Visa® Gift Card is perfect for everyone on your gift list. PNC Bank Visa Gift Cards are easy to purchase at most of our branch locations. They come with a gift card carrier of your choice to highlight the special occasion.  To learn more, visit your local PNC Bank branch or pnc.com/giftcard.

Visa(R) is a registered trademark of Visa USA, Inc.

---

# Free Checking Classic Statement

 **PNC BANK**

PNC Bank

| | |
|---|---|
| | Primary account number: ████ 7738 |
| | Page 1 of 4 |
| **For the period  05/12/2012  to  06/13/2012** | Number of enclosures:   0 |
| SUN YO PAK | |
| 17878 GALEHOUSE RD | For 24-hour banking, and transaction or |
| DOYLESTOWN OH 44230-9374 | interest rate information, sign-on to |
| | PNC Bank Online Banking at pnc.com |
| | For customer service call 1-888-PNC-BANK |
| | Monday - Friday: 7 AM - 10 PM ET |
| | Saturday & Sunday: 8 AM - 5 PM ET |
| | Para servicio en espanol, 1-866-HOLA-PNC |

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Checking Classic Account Summary

Sun Yo Pak

**Account number:** ████ 7738

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.
Your account is currently Opted-Out of Overdraft Coverage.
To learn more, visit us online at pnc.com/overdraftsolutions

### Balance Summary

13,497 - points balance as of June 13, 2012
For CheckCard xxxx xxxx xxxx 0628

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 4,115.52 | 10,000.00 | 8,289.85 | 5,825.67 |
| | | Average monthly balance | Charges and fees |
| | | 7,197.40 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 6 | 27 | 4 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other
Addition totaling $10,000.00.

| Date | Amount | Description |
|---|---|---|
| 05/23 | 10,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXXX3189 |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 522 | 1,500.00 | 05/21 | 089013189 | 525 | 45.00 | 05/18 | 095531897 |
| 523 | 250.00 | 05/16 | 090758746 | 526 | 120.00 | 05/18 | 095531898 |
| 524 | 170.00 | 06/07 | 089853777 | 527 | 130.00 | 05/30 | 089090978 |

* Gap in check sequence

There were 6 checks listed totaling
$2,215.00.

SP000683

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▉▉▉▉7738 - continued

**For the period**   05/12/2012   to   06/13/2012
SUN YO PAK
Primary account number: ▉▉▉▉7738
Page 2 of 4

## Banking/Check Card Withdrawals and Purchases

There were 4 Check Card/Bank card PIN POS purchases totaling $517.17.

There were 27 other Banking Machine/Check Card deductions totaling $5,187.68.

| Date | Amount | Description |
|---|---|---|
| 05/21 | 140.33 | POS Purchase Wal-Mart Super Luquillo Pr |
| 05/21 | 39.36 | 0628 Check Card Purchase Shell Luquillo Luquil |
| 05/23 | 329.40 | 0628 Check Card Purchase Jetblue  Atlanta Ga |
| 05/23 | 329.40 | 0628 Check Card Purchase Jetblue  Atlanta Ga |
| 05/29 | 668.75 | 0628 Check Card Purchase Sol Moving Group |
| 05/29 | 50.00 | 0628 Check Card Purchase Texaco Cayey Plaza |
| 05/29 | 37.45 | 0628 Check Card Purchase La Nails  Luquillo Pr |
| 05/29 | 27.26 | POS Purchase Wal-Mart Super Luquillo Pr |
| 05/30 | 42.60 | 0628 Check Card Purchase Squid Lips Overwater G |
| 05/30 | 15.67 | 0628 Check Card Purchase Burger King #11438 |
| 05/31 | 59.90 | POS Purchase Wal-Mart Super Luquillo Pr |
| 05/31 | 27.80 | 0628 Check Card Purchase Chukeria Inc Yauco |
| 05/31 | 23.00 | 0628 Check Card Purchase Aut De Los Puertos L |
| 06/01 | 30.68 | 0628 Check Card Purchase Food Space Luquillo P |
| 06/04 | 28.02 | 0628 Check Card Purchase Food Space Luquillo P |
| 06/04 | 25.00 | 0628 Check Card Purchase Boardriders Inc |
| 06/04 | 17.80 | 0628 Check Card Purchase Food Space Luquillo P |
| 06/05 | 875.00 | 0628 Check Card Purchase Crowley Maritime Corp |
| 06/05 | 40.00 | 0628 Check Card Purchase Luquillo Animal Hosp |
| 06/05 | 19.00 | 0628 Check Card Purchase Panda Express 1926 |
| 06/06 | 392.93 | 0628 Check Card Purchase Autobahn Servicecentr |
| 06/06 | 289.68 | POS Purchase Acme No. 15 Akron Oh |
| 06/06 | 138.00 | 0628 Check Card Purchase Airtranair  Atlanta Ga |
| 06/06 | 48.00 | 0628 Check Card Purchase Elys Place Luquillo P |
| 06/06 | 28.37 | 0628 Check Card Purchase Texaco Los Angeles |
| 06/06 | 21.29 | 0628 Check Card Purchase Cafe Caribe  San Juan |
| 06/07 | 722.25 | 0628 Check Card Purchase Sol Moving Group |
| 06/07 | 114.92 | 0628 Check Card Purchase Asian Food Market Inc. |
| 06/08 | 580.00 | 0628 Check Card Purchase Autobahn Servicecentr |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▓▓▓7738 - continued

For the period   05/12/2012   to   06/13/2012
SUN YO PAK
Primary account number: ▓▓▓▓7738
Page 3 of 4

## Banking/Check Card Withdrawals and Purchases          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/11 | 410.00 | 0628 Check Card Purchase Insepect and Save |
| 06/13 | 132.99 | 0628 Check Card Purchase Valuepetsupplies |

## Online and Electronic Banking Deductions

There were 2 Online or Electronic Banking Deductions totaling $370.00.

| Date | Amount | Description |
|------|--------|-------------|
| 05/25 | 295.00 | Web Pmt Single - Online Pmt GE Cap Cons Card Ckf046687792POS |
| 06/11 | 75.00 | Web Pmt Single - Online Pmt Macys Ckf046687792POS |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 05/12 | 4,115.52 | 05/25 | 11,067.03 | 06/01 | 9,953.92 | 06/07 | 7,023.66 |
| 05/16 | 3,865.52 | 05/29 | 10,283.57 | 06/04 | 9,883.10 | 06/08 | 6,443.66 |
| 05/18 | 3,700.52 | 05/30 | 10,095.30 | 06/05 | 8,949.10 | 06/11 | 5,958.66 |
| 05/21 | 2,020.83 | 05/31 | 9,984.60 | 06/06 | 8,030.83 | 06/13 | 5,825.67 |
| 05/23 | 11,362.03 | | | | | | |

PNC CHECK READY GIVES YOU THE POWER OF A CASH BUYER

You're in control because we put the financing in place and the check in your hand.*
At PNC Bank, you'll get a decision on your auto loan in as little as
15 minutes for most applications.* If approved, leave the bank with a 'blank'
Check Ready check, or receive a check in the mail the next business day.*
Plus, now through July 20, get $100 for your new
Check Ready Auto Loan. **

* Credit is subject to approval. Certain restrictions and conditions apply. Same day check delivery excludes
Sundays and holidays.
**To qualify for the incentive: (a) application must be received between June 1 and July 20, 2012 (b)
applicant must be approved for a Check Ready auto loan with a minimum loan amount of $7,500, (c) account must
be booked no later than August 20, 2012 and (d) applicant must have an existing PNC Checking account. Only
one incentive per account booked. Incentive will be deposited into the borrower's PNC Checking account within
90 days after the account is booked. Incentive is not valid on existing PNC auto loans, may not be available
in all markets and is subject to change at anytime without notice.

Need to make a deposit? Try it on your SmartPhone.

Using Mobile Deposit is easy. First download the Virtual Wallet App or PNC App, enter the amount and where
you want the funds deposited, then take a picture of the front and back of the check.

Third party message and data rates may apply.  Use of the Mobile Deposit feature requires a supported
camera-equipped device and you must download a PNC mobile banking app.  Eligible PNC Bank account and PNC
Bank Online Banking required. Certain other restrictions apply.

Sign on to Online Banking today to:

Check Balances
> Transfer Funds

SP000685

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc com

Account Number: ███████7738 - continued

**For the period**   **05/12/2012**   **to**   **06/13/2012**
SUN YO PAK
Primary account number: ███████7738
Page 4 of 4

> Pay Bills
> Monitor your accounts via email or text message with PNC Alerts

Give Mom, Dad or Grad the gift they have always wanted

The PNC Bank Visa® Gift Card is perfect for everyone on your gift list. PNC Bank Visa Gift Cards are easy to purchase at most of our branch locations. They come with a gift card carrier of your choice to highlight the special occasion.  To learn more, visit your local PNC Bank branch or pnc.com/giftcard.

Visa®  is a registered trademark of Visa USA, Inc.

Member FDIC                    Equal Housing Lender                    **SP000686**

# Free Checking Classic Statement



PNC Bank

| | |
|---|---|
| **For the period**   06/14/2012  to  07/13/2012 | Primary account number: ███████7738 |
| | Page 1 of 3 |
| SUN YO PAK | Number of enclosures:   0 |
| 17878 GALEHOUSE RD | |
| DOYLESTOWN OH 44230-9374 | |

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Checking Classic Account Summary

Sun Yo Pak

**Account number:** ██████7738

**Overdraft Protection**   has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage** - Your account is currently   **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

### Balance Summary

13,497 - points balance as of July 13, 2012
For CheckCard xxxx xxxx xxxx 0628

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,825.67 | 1,500.00 | 3,318.93 | 4,006.74 |
| | | Average monthly balance | Charges and fees |
| | | 4,712.74 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 14 | 15 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other Addition totaling $1,500.00.

| Date | Amount | Description |
|---|---|---|
| 07/05 | 1,500.00 | Deposit Reference No.  119468035 |

### Banking/Check Card Withdrawals and Purchases

There were 15 Check Card/Bank card PIN POS purchases totaling $890.32.

There were 14 other Banking Machine/Check Card deductions totaling $633.61.

| Date | Amount | Description |
|---|---|---|
| 06/15 | 61.36 | POS Purchase Buehlers Wadsw Wadsworth Oh |
| 06/18 | 200.57 | POS Purchase Acme No. 15 Akron Oh |
| 06/18 | 30.63 | 0628 Check Card Purchase Ta # 67 Barkeyville |

Banking/Check Card Withdrawals and Purchases continued on next page

SP000687

# Free Checking Classic Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number:  ███7738  - continued

**For the period**  06/14/2012  to  07/13/2012
SUN YO PAK
Primary account number:  ███7738
Page 2 of 3

## Banking/Check Card Withdrawals and Purchases          *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 06/18 | 30.58 | 0628 Check Card Purchase Circle K 05628 Norton |
| 06/18 | 10.11 | POS Purchase Acme No. 15 Akron Oh |
| 06/21 | 18.00 | 0628 Check Card Purchase Clearwater Systems 2 |
| 06/21 | 11.69 | POS Purchase Acme No. 15 Akron Oh |
| 06/22 | 111.56 | 0628 Check Card Purchase Asian Food Market Inc. |
| 06/22 | 25.53 | POS Purchase Tj Tj Maxx Akron Oh |
| 06/22 | 20.00 | 0628 Check Card Purchase Best Cuts Fairlawn Oh |
| 06/25 | 92.97 | POS Purchase Acme No. 15 Akron Oh |
| 06/25 | 89.42 | POS Purchase Petsmart Inc 5 Fairlawn Oh |
| 06/25 | 63.25 | 0628 Check Card Purchase Dn Nails & Spa Akron |
| 06/25 | 42.58 | POS Purchase Macy's Akron Oh |
| 06/25 | 16.00 | 0628 Check Card Purchase Rittman Orchards |
| 06/27 | 100.23 | 0628 Check Card Purchase Outback 3631 Akron Oh |
| 07/02 | 46.00 | POS Purchase Petco Animal S Wadsworth Oh |
| 07/02 | 45.44 | POS Purchase Giant Eagle In Wadsworth Oh |
| 07/02 | 19.15 | POS Purchase Bedbath&Beyond Wadsworth Oh |
| 07/02 | 18.09 | POS Purchase Petco Animal S Wadsworth Oh |
| 07/09 | 163.60 | POS Purchase Acme No. 15 Akron Oh |
| 07/09 | 97.58 | 0628 Check Card Purchase Asian Food Market Inc. |
| 07/09 | 26.90 | 0628 Check Card Purchase Park To Shop Clevelan |
| 07/10 | 17.13 | POS Purchase Buehlers Wadsw Wadsworth Oh |
| 07/10 | 7.55 | 0628 Check Card Purchase Giant #432 Norton Oh |
| 07/11 | 3.83 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 07/12 | 62.26 | 0628 Check Card Purchase Arirang Asian Market |
| 07/13 | 46.68 | POS Purchase Rite Aid Corp. Barberton Oh |
| 07/13 | 45.24 | 0628 Check Card Purchase Tensuke Columbus Oh |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 06/25 | 295.00 | Web Pmt Single - Online Pmt  GE Cap Cons Card Ckf046687792POS |
| 07/02 | 1,000.00 | Web Pmt Single - Receiver Sun Bang 409867283 |
| 07/03 | 500.00 | Web Pmt Single - Receiver Sun Bang 410437329 |

There were 3 Online or Electronic Banking Deductions totaling $1,795.00.

SP000688

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number ▉▉▉▉ 7738  - continued

**For the period**   06/14/2012   to   07/13/2012
SUN YO PAK
Primary account number: ▉▉▉▉ 7738
Page 3 of 3

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 06/14 | 5,825.67 | 06/22 | 5,305.64 | 07/03 | 2,977.51 | 07/11 | 4,160.92 |
| 06/15 | 5,764.31 | 06/25 | 4,706.42 | 07/05 | 4,477.51 | 07/12 | 4,098.66 |
| 06/18 | 5,492.42 | 06/27 | 4,606.19 | 07/09 | 4,189.43 | 07/13 | 4,006.74 |
| 06/21 | 5,462.73 | 07/02 | 3,477.51 | 07/10 | 4,164.75 | | |

Enroll in online statements today through online banking, and have access to your checking and saving statements for up to 6 years. Enroll today by visiting the Customer Service Tab in online banking.

# Free Checking Classic Statement

PNC Bank

 PNC BANK

Primary account number: ▮▮▮▮7738
Page 1 of 6
Number of enclosures:    0

**For the period**  07/14/2012  to  08/13/2012

SUN YO PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT NOTICE ABOUT PNC POINTS®: The PNC points Program is being discontinued for customers with PNC Bank
Visa® Check Cards.  However, the PNC Purchase Payback Rewards Program will be enhanced to offer cash rewards
to eligible debit and credit customers for qualifying purchases at participating merchants. PNC points® and
PNC Flex® Visa credit card customers will continue to enjoy the benefits of PNC points.

For PNC Bank Visa Check Card customers:
> You will no longer be able to enroll or link your Consumer or Business Check Card(s) in PNC points on or
after November 1, 2012.
> Any Check Cards enrolled or linked in PNC points before November 1, 2012 will continue to earn points
through January 31, 2013.
> If your Check Card isn't linked to a PNC points participating credit card in your name, the points in your
account must be redeemed before
December 1, 2013 or they will be forfeited.

Look for exciting, new information about the PNC Purchase Payback Rewards Program later this fall.

(If your Check Card is associated with a Free Checking, Foundation or Virtual Wallet checking product and was
previously enrolled or linked in PNC points but is no longer earning points, you cannot reopen your PNC
points account by changing your checking account type to one that participates in PNC points effective
November 1, 2012.)

IMPORTANT ACCOUNT INFORMATION

The information below amends the PNC Consumer Funds Availability Policy.  Please read this information and
retain it with your records.

Effective August 20, 2012

Determining Availability of a Deposit:
The cut-off time for a mobile device and a remote deposit scanner is 10:00 p.m. Funds deposited after this
time will be considered deposited the next business day.

All other cut-off times and terms of the Funds Availability Policy remain the same. If you have questions or

SP000690

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: **████**738 - continued

**For the period**  07/14/2012  to  08/13/2012
SUN YO PAK
Primary account number: **████**7738
Page 2 of 6

would like a copy of the complete Consumer Funds Availability Policy, please visit your local PNC branch or call us at the Customer Service phone number listed above.

## Free Checking Classic Account Summary

Sun Yo Pak

**Account number:**   42-2586-7738

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage** - Your account is currently   **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions. Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft Protection settings.

13,497 - points balance as of August 13, 2012 For CheckCard xxxx xxxx xxxx 0628

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 4,006.74 | 59,535.59 | 26,044.65 | 37,497.68 |
| | | Average monthly balance | Charges and fees |
| | | 18,585.65 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 4 | 62 | 20 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $59,535.59.

| Date | Amount | Description |
|---|---|---|
| 07/23 | 25,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXXX9189 |
| 07/30 | 35.59 | POS Return Cracker Barrel Gaffney Sc |
| 08/08 | 34,000.00 | Direct Deposit - ACH Trnsfr E*Trade XXXXXXX4189 |
| 08/09 | 500.00 | Deposit Reference No.  119179088 |

### Checks and Substitute Checks

| Check number | | Amount | Date paid | Reference number | Check number | | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|---|
| 561 | | 8,000.00 | 07/27 | 096320994 | 5098 * | | 75.00 | 08/06 | 089451727 |
| 563 * | T | 5,000.00 | 08/09 | 056420499 | | | | | |

* Gap in check sequence  "T" Teller Cashed Check

There were 3 checks listed totaling $13,075.00.

### Banking/Check Card Withdrawals and Purchases

There was 1 Banking Machine Withdrawal totaling $100.00.

There were 19 Check Card/Bank card PIN POS purchases totaling $1,874.09.

There were 62 other Banking Machine/Check Card deductions totaling $6,888.56.

| Date | Amount | Description |
|---|---|---|
| 07/16 | 79.83 | 0628 Check Card Purchase Jake's Restaurant |
| 07/16 | 52.09 | POS Purchase Corning Revere Burbank Oh |
| 07/16 | 29.44 | 0628 Check Card Purchase Marathon Petro085639 |
| 07/17 | 51.09 | 0628 Check Card Purchase Kitchen Collection #14 |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: ▓▓▓▓-7738 - continued

**For the period**  07/14/2012  to  08/13/2012
SUN YO PAK
Primary account number: ▓▓▓▓-7738
Page 3 of 6

---

## Banking/Check Card Withdrawals and Purchases   *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 07/18 | 3.83 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 07/19 | 501.11 | POS Purchase Sam's Club Fairlawn Oh |
| 07/19 | 219.43 | POS Purchase Acme No. 15 Akron Oh |
| 07/19 | 97.88 | POS Purchase Acme No. 15 Akron Oh |
| 07/19 | 37.20 | 0628 Check Card Purchase Circle K 05628 Norton |
| 07/19 | 28.13 | 0628 Check Card Purchase Circle K 05628 Norton |
| 07/19 | 15.09 | POS Purchase Acme No. 15 Akron Oh |
| 07/23 | 30.12 | 0628 Check Card Purchase Sheetz  Dubois PA |
| 07/24 | 31.82 | 0628 Check Card Purchase Circle K 05628 Norton |
| 07/24 | 18.09 | 0628 Check Card Purchase The Beverage Center Of |
| 07/24 | 1.28 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 07/25 | 6.56 | POS Purchase Acme No. 15 Akron Oh |
| 07/25 | 1.28 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 07/26 | 31.74 | POS Purchase Murphy6783Atwa Suwanee Ga |
| 07/26 | 14.04 | 0628 Check Card Purchase Schlotzsky's 2143 |
| 07/26 | 2.08 | POS Purchase Pilot #0331 Atlanta Ga |
| 07/27 | 49.12 | POS Purchase Walgreens 1160 Palm Bay Fl |
| 07/27 | 18.69 | 0628 Check Card Purchase McDonald's F13403 |
| 07/27 | 12.75 | 0628 Check Card Purchase Panda Express 1538 |
| 07/27 | 11.58 | 0628 Check Card Purchase Burger King #13654 |
| 07/27 | 2.56 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 07/30 | 199.88 | POS Purchase Wal-Mart #3462 Suwanee Ga |
| 07/30 | 54.84 | POS Purchase Cracker Barrel Gaffney Sc |
| 07/30 | 52.01 | 0628 Check Card Purchase Squid Lips Overwater G |
| 07/30 | 37.89 | POS Purchase Murphy6783Atwa Suwanee Ga |
| 07/30 | 36.50 | 0628 Check Card Purchase Kangaroo Exp # 6513 |
| 07/30 | 35.59 | POS Purchase Cracker Barrel Gaffney Sc |
| 07/30 | 32.16 | 0628 Check Card Purchase B & B #2  Lake City Fl |
| 07/30 | 31.56 | 0628 Check Card Purchase Super H Mart, Inc |
| 07/30 | 16.39 | 0628 Check Card Purchase Taco Bell #13-23300 |
| 07/30 | 15.35 | 0628 Check Card Purchase Wok N Roll  Palm Bay F |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

**For the period** 07/14/2012 **to** 08/13/2012
SUN YO PAK
Primary account number: ▇▇▇7738
Page 4 of 6

Account Number: ▇▇▇7738 - continued

## Banking/Check Card Withdrawals and Purchases                    *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 07/30 | 14.12 | 0628 Check Card Purchase Subway  Lake City Fl |
| 07/30 | 13.45 | 0628 Check Card Purchase Kyung Sung 888 |
| 07/30 | 10.62 | 0628 Check Card Purchase Wendys #1656 Q25 |
| 07/30 | 6.97 | 0628 Check Card Purchase McDonald's F33138 |
| 07/31 | 40.54 | 0628 Check Card Purchase Little General #4105 |
| 07/31 | 21.80 | 0628 Check Card Purchase Panera Bread #601541 |
| 07/31 | 21.36 | 0628 Check Card Purchase Ljs #31016 Parkersbur |
| 07/31 | 17.87 | 0628 Check Card Purchase Hikari  Duluth Ga |
| 07/31 | 6.03 | 0628 Check Card Purchase McDonald's F10592 |
| 07/31 | 4.01 | 0628 Check Card Purchase Ljs #31016 Parkersbur |
| 08/01 | 1,624.45 | 0628 Check Card Purchase Alltech Water Co Inc |
| 08/01 | 849.53 | 0628 Check Card Purchase Glass Doctor |
| 08/01 | 54.45 | 0628 Check Card Purchase Dong Won Oriental Food |
| 08/01 | 26.50 | 0628 Check Card Purchase Chili`s #0503 Akron O |
| 08/01 | 24.25 | 0628 Check Card Purchase Kangaroo Express 3961 |
| 08/03 | 42.54 | 0628 Check Card Purchase Valero Of Lyndhurst |
| 08/03 | 21.24 | 0628 Check Card Purchase Apl*Apple Itunes Store |
| 08/06 | 1,624.45 | 0628 Check Card Purchase Alltech Water Co Inc |
| 08/06 | 100.00 | ATM Withdrawal 25 S. Portage St. Doylestown Oh |
| 08/06 | 35.90 | 0628 Check Card Purchase Uni Mart #4765 Girard |
| 08/06 | 34.98 | 0628 Check Card Purchase Sams Pizza Doylestow |
| 08/06 | 18.10 | 0628 Check Card Purchase Doylestown Beverage Ce |
| 08/06 | 6.98 | 0628 Check Card Purchase McDonald's F28166 |
| 08/06 | 4.99 | POS Purchase Acme No. 15 Akron Oh |
| 08/07 | 237.12 | 0628 Check Card Purchase Schindlers Broad Run C |
| 08/07 | 31.21 | 0628 Check Card Purchase Circle K 05628 Norton |
| 08/07 | 9.82 | 0628 Check Card Purchase Schindlers Broad Run C |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

**For the period**  07/14/2012  to  08/13/2012
SUN YO PAK
Primary account number: ▆▆▆▆738
Page 5 of 6

Account Number: ▆▆▆▆7738 - continued

## Banking/Check Card Withdrawals and Purchases          *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 08/07 | 3.99 | 0628 Check Card Purchase Circle K 05628 Norton |
| 08/08 | 19.14 | 0628 Check Card Purchase Clinton's Supply |
| 08/08 | 2.56 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 08/09 | 925.49 | 0628 Check Card Purchase Smilek's Car Care Co |
| 08/09 | 141.19 | POS Purchase Sam's Club Fairlawn Oh |
| 08/09 | 136.87 | POS Purchase Sam's Club Fairlawn Oh |
| 08/09 | 105.03 | 0628 Check Card Purchase Smilek's Car Care Co |
| 08/09 | 92.46 | 0628 Check Card Purchase Asian Food Market Inc. |
| 08/09 | 55.14 | POS Purchase Petco Animal S Wadsworth Oh |
| 08/10 | 68.60 | 0628 Check Card Purchase Dn Nails & Spa Akron |
| 08/13 | 219.82 | POS Purchase Carter's #725 Medina Oh |
| 08/13 | 138.30 | 0628 Check Card Purchase USPS 38168702127813195 |
| 08/13 | 50.09 | 0628 Check Card Purchase Circle K 05628 Norton |
| 08/13 | 41.08 | 0628 Check Card Purchase Marathon Petro155937 |
| 08/13 | 36.17 | 0628 Check Card Purchase Sheetz  Medina Oh |
| 08/13 | 29.99 | 0628 Check Card Purchase Rittman Orchards |
| 08/13 | 17.83 | 0628 Check Card Purchase Panera Bread #4635 |
| 08/13 | 12.78 | POS Purchase Carter's #725 Medina Oh |
| 08/13 | 2.56 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 08/13 | 1.28 | 0628 Check Card Purchase Redbox *Dvd Rental |

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking Deductions totaling $607.00.

| Date | Amount | Description |
|------|--------|-------------|
| 07/23 | 256.00 | Web Pmt Single - Online Pmt GE Cap Cons Card Ckf046687792POS |
| 07/23 | 176.00 | Web Pmt Single - Online Pmt Macys Ckf046687792POS |
| 08/03 | 175.00 | Web Pmt Single - Online Pmt Fp&L Ckf046687792POS |

## Other Deductions

There was 1 Other Deduction totaling $3,500.00.

| Date | Amount | Description |
|------|--------|-------------|
| 08/08 | 3,500.00 | Withdrawal          Tel 0700048302 0184 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 07/14 | 4,006.74 | 07/18 | 3,790.46 | 07/24 | 27,378.31 | 07/27 | 19,227.91 |
| 07/16 | 3,845.38 | 07/19 | 2,891.62 | 07/25 | 27,370.47 | 07/30 | 18,706.17 |
| 07/17 | 3,794.29 | 07/23 | 27,429.50 | 07/26 | 27,322.61 | 07/31 | 18,594.56 |

Daily Balance Detail continued on next page

SP000694

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number:  ▮▮▮7738  - continued

**For the period**   07/14/2012   to   08/13/2012
SUN YO PAK
Primary account number: ▮▮▮738
Page 6 of 6

## Daily Balance Detail   - continued

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 08/01 | 16,015.38 | 08/06 | 13,876.20 | 08/08 | 44,072.36 | 08/10 | 38,047.58 |
| 08/03 | 15,776.60 | 08/07 | 13,594.06 | 08/09 | 38,116.18 | 08/13 | 37,497.68 |

Did you know you can send money to family and friends just by knowing their cell phone number?
Try using popmoney today  - the easy and convenient way to send money to just about anyone using popmoney.

Learn more at pnc.com/alwaysopen

Manage old bills.  Make new plans.
See what you can do with your home's equity and see how much you can save with interest rate discounts of up to 0.50% on Home Equity Loans and Lines of Credit.*  You've put a lot into your home, and it has done a lot in return. Whether you're making home improvements, consolidating bills or paying for college expenses, our competitive rates could make it more affordable.  To learn more about the Home Equity solutions available, call 1-877-CALL-PNC (1-877-225-5762) or visit pnc.com/equitydiscount.**

*Credit is subject to approval. Certain terms and conditions apply.

**Rate Discount Eligibility: (1) Application must be received between July 16-August 31 and must close no later than October 12, 2012, (2) a draw or loan disbursement of $25,000 - $49,999 is required at closing to qualify for a 0.25% discount off the approved rate, (3) a draw or disbursement of $50,000 or more is required at closing to qualify for the 0.50% discount off the approved rate, (4) the eligible amount drawn at closing excludes any funds used to pay PNC debt, (5) the mortgage lien must be in a first-lien position  and (6) discount offer may be modified or discontinued at anytime.

Equal Housing Lender.

# Free Checking Classic Statement

 **PNC BANK**

PNC Bank

**For the period** 08/14/2012 to 09/14/2012

SUN YO PAK
5767 TREASURE LN
GRANT FL 32949-8203

Primary account number: ███738
Page 1 of 6
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT NOTICE ABOUT PNC POINTS®: The PNC points Program is being discontinued for customers with PNC Bank
Visa® Check Cards.  However, the PNC Purchase Payback Rewards Program will be enhanced to offer cash rewards
to eligible debit and credit customers for qualifying purchases at participating merchants. PNC points® and
PNC Flex® Visa credit card customers will continue to enjoy the benefits of PNC points.

For PNC Bank Visa Check Card customers:
> You will no longer be able to enroll or link your Consumer or Business Check Card(s) in PNC points on or
after November 1, 2012.
> Any Check Cards enrolled or linked in PNC points before November 1, 2012 will continue to earn points
through January 31, 2013.
> If your Check Card isn't linked to a PNC points participating credit card in your name, the points in your
account must be redeemed before
December 1, 2013 or they will be forfeited.

Look for exciting, new information about the PNC Purchase Payback Rewards Program later this fall.

(If your Check Card is associated with a Free Checking, Foundation or Virtual Wallet checking product and was
previously enrolled or linked in PNC points but is no longer earning points, you cannot reopen your PNC
points account by changing your checking account type to one that participates in PNC points effective
November 1, 2012.)

## Free Checking Classic Account Summary

Sun Yo Pak

**Account number:** ███738

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage** - Your account is currently **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

SP000696

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ████7738 - continued

**For the period** 08/14/2012 **to** 09/14/2012

SUN YO PAK

Primary account number: ████7738

Page 2 of 6

13,497 - points balance as of September 14, 2012 For CheckCard xxxx xxxx xxxx 0628

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 37,497.68 | 2,171.49 | 39,236.85 | 432.32 |
| | | Average monthly balance | Charges and fees |
| | | 8,473.02 | 25.00 |

## Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 12 | 61 | 37 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

# Activity Detail

## Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $2,171.49.

| Date | Amount | Description |
|---|---|---|
| 08/31 | 1,100.00 | Deposit Reference No. 135940253 |
| 09/04 | 9.50 | POS Return The Home Depot Sebastian Fl |
| 09/11 | 61.99 | POS Return The Home Depot Palm Bay Fl |
| 09/12 | 1,000.00 | Deposit Reference No. 135512109 |

## Checks and Substitute Checks

| Check number | | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|
| 565 | T | 5,000.00 | 08/16 | 004762541 | 571 | 100.00 | 09/10 | 090776007 |
| 566 | | 675.00 | 08/21 | 096351483 | 5097 * | 85.00 | 08/14 | 095661876 |
| 567 | | 2,313.77 | 08/27 | 095443136 | 5102 * | 25.00 | 08/27 | 090666183 |
| 568 | | 3,000.00 | 08/27 | 071002838 | 5103 | 210.00 | 08/24 | 090426551 |
| 569 | | 3,370.00 | 08/27 | 095130507 | 5104 | 4,000.00 | 08/23 | 089252945 |
| 570 | | 1,050.00 | 08/27 | 090780454 | 5106 * | 393.00 | 09/14 | 090772739 |

* Gap in check sequence  "T" Teller Cashed Check

There were 12 checks listed totaling $20,221.77.

## Banking/Check Card Withdrawals and Purchases

There were 35 Check Card/Bank card PIN POS purchases totaling $2,286.58.

There were 62 other Banking Machine/Check Card deductions totaling $4,347.50.

| Date | Amount | Description |
|---|---|---|
| 08/14 | 225.00 | 0628 Check Card Purchase R&R Sanitation, Inc |
| 08/14 | 9.01 | 0628 Check Card Purchase Menchie's #Menb621 |
| 08/14 | 2.39 | 0628 Check Card Purchase Menchie's #Menb621 |
| 08/15 | 73.21 | 0628 Check Card Purchase Corning Revere #40 |
| 08/15 | 3.83 | 0628 Check Card Purchase Redbox *Dvd Rental |
| 08/16 | 219.43 | POS Purchase Acme No. 15 Akron Oh |
| 08/16 | 121.29 | POS Purchase Target T0988 Stow Oh |
| 08/16 | 17.09 | POS Purchase Acme No. 15 Akron Oh |
| 08/17 | 87.27 | 0628 Check Card Purchase Ob Gyn Of Akron Inc. |
| 08/17 | 47.38 | 0628 Check Card Purchase BP Gas #1115 Stow Oh |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

**For the period** 08/14/2012 to 09/14/2012

SUN YO PAK

Primary account number: ▉▉▉738

Page 3 of 6

Account Number: ▉▉▉7738 - continued

## Banking/Check Card Withdrawals and Purchases                    - continued

| Date | Amount | Description |
|------|--------|-------------|
| 08/20 | 25.28 | 0628 Check Card Purchase Panera Bread #4626 St |
| 08/21 | 2,313.45 | 0628 Check Card Purchase Alltech Water Co Inc |
| 08/22 | 33.66 | 0628 Check Card Purchase Par Mar Store #19 |
| 08/22 | 24.75 | 0628 Check Card Purchase Subway Doylestown |
| 08/23 | 51.97 | 0628 Check Card Purchase Super H Mart Suwanee |
| 08/23 | 37.09 | POS Purchase Petco Animal S Buford Ga |
| 08/23 | 32.98 | 0628 Check Card Purchase Shell Oil 20641220207 |
| 08/23 | 8.94 | 0628 Check Card Purchase McDonald's F10592 |
| 08/24 | 25.41 | 0628 Check Card Purchase Man Doo Suwanee Ga |
| 08/24 | 21.17 | POS Purchase The Home Depot Suwanee Ga |
| 08/24 | 15.37 | 0628 Check Card Purchase Tous Les Jours Suwane |
| 08/24 | 5.91 | POS Purchase Wal-Mart Super Suwanee Ga |
| 08/24 | 5.60 | 0628 Check Card Purchase McDonald's F10592 |
| 08/27 | 205.59 | POS Purchase The Home Depot Palm Bay Fl |
| 08/27 | 197.25 | POS Purchase Wal-Mart Super Palm Bay Fl |
| 08/27 | 90.02 | POS Purchase The Home Depot Palm Bay Fl |
| 08/27 | 89.94 | POS Purchase The Home Depot Palm Bay Fl |
| 08/27 | 58.74 | 0628 Check Card Purchase Squid Lips Overwater G |
| 08/27 | 53.40 | POS Purchase Publix Super M Palm Bay Fl |
| 08/27 | 34.68 | POS Purchase The Home Depot Palm Bay Fl |
| 08/27 | 31.42 | POS Purchase 7-Eleven Palm Bay Fl |
| 08/27 | 28.80 | 0628 Check Card Purchase Gate 1136  White Sprin |
| 08/27 | 28.15 | 0628 Check Card Purchase Locust Grove BP |
| 08/27 | 25.32 | 0628 Check Card Purchase Exxonmobil  Palm Bay F |
| 08/27 | 24.15 | 0628 Check Card Purchase Wok N Roll  Palm Bay F |
| 08/27 | 21.56 | 0628 Check Card Purchase McDonald's M6611 Of Fl |
| 08/27 | 20.99 | 0628 Check Card Purchase Smart Style Suwanee G |
| 08/27 | 17.75 | 0628 Check Card Purchase Wok N Roll  Palm Bay F |
| 08/27 | 15.35 | 0628 Check Card Purchase McDonald's F17199 |
| 08/27 | 10.57 | 0628 Check Card Purchase McDonald's M6609 Of Fl |
| 08/27 | 7.41 | 0628 Check Card Purchase Babcock Foundation |

Banking/Check Card Withdrawals and Purchases continued on next page

SP000698

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

**For the period**  08/14/2012  **to**  09/14/2012
SUN YO PAK
Primary account number: ███████ 7738
Page 4 of 6

Account Number: ███████ 7738 - continued

## Banking/Check Card Withdrawals and Purchases          *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 08/28 | 108.94 | POS Purchase Kyung Sung 888 Melbourne Fl |
| 08/28 | 67.15 | POS Purchase The Home Depot Palm Bay Fl |
| 08/28 | 19.65 | 0628 Check Card Purchase Panera Bread #4155 |
| 08/28 | 16.89 | 0628 Check Card Purchase Burger King #1960 |
| 08/28 | 7.36 | POS Purchase Wal-Mart Super Palm Bay Fl |
| 08/28 | 4.54 | 0628 Check Card Purchase McDonald's M6611 Of Fl |
| 08/28 | 1.05 | 0628 Check Card Purchase Panera Bread #4155 |
| 08/30 | 45.12 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 08/30 | 14.45 | 0628 Check Card Purchase Wok N Roll  Palm Bay F |
| 08/30 | 8.14 | 0628 Check Card Purchase McDonald's M6609 Of Fl |
| 08/30 | 7.49 | 0628 Check Card Purchase Dunkin #340594 Palm B |
| 08/31 | 44.21 | POS Purchase Wal-Mart Super Sebastian Fl |
| 08/31 | 42.45 | POS Purchase Publix Super M Sabastian Fl |
| 08/31 | 15.82 | POS Purchase The Home Depot Sebastian Fl |
| 08/31 | 10.59 | 0628 Check Card Purchase Wendys #1656 Palm Bay |
| 08/31 | 6.35 | 0628 Check Card Purchase Burger King #11438 |
| 08/31 | 4.75 | 0628 Check Card Purchase McDonald's M6609 Of Fl |
| 09/04 | 40.26 | POS Purchase The Home Depot Sebastian Fl |
| 09/04 | 36.02 | POS Purchase The Home Depot Palm Bay Fl |
| 09/04 | 34.34 | 0628 Check Card Purchase China Max  Palm Bay Fl |
| 09/04 | 24.24 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/04 | 13.65 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/04 | 12.16 | 0628 Check Card Purchase McDonald's M6609 Of Fl |
| 09/04 | 7.98 | 0628 Check Card Purchase McDonald's F10406 |
| 09/04 | 3.64 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/05 | 331.70 | N0905 0628 Payment Paypal *Sales San Jose Ca |
| 09/05 | 115.77 | POS Purchase Publix Super M Palm Bay Fl |
| 09/05 | 23.25 | 0628 Check Card Purchase Hop Bo Chinese Restaur |
| 09/06 | 14.45 | 0628 Check Card Purchase Perfect Image Pool and |
| 09/07 | 101.60 | 0628 Check Card Purchase Sebastian Pool & Patio |

Banking/Check Card Withdrawals and Purchases continued on next page

# Free Checking Classic Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

**For the period**   08/14/2012   to   09/14/2012
SUN YO PAK
Primary account number ▉▉▉738
Page 5 of 6

Account Number: ▉▉▉7738 - continued

## Banking/Check Card Withdrawals and Purchases          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 09/07 | 46.56 | POS Purchase The Home Depot Palm Bay Fl |
| 09/07 | 19.74 | 0628 Check Card Purchase Wendys 302 Sebastian |
| 09/07 | 10.59 | 0628 Check Card Purchase Wendys #1656 Palm Bay |
| 09/10 | 218.49 | POS Purchase The Home Depot Palm Bay Fl |
| 09/10 | 80.99 | 0628 Check Card Purchase Kyung Sung 888 |
| 09/10 | 73.91 | POS Purchase The Home Depot Palm Bay Fl |
| 09/10 | 33.68 | 0628 Check Card Purchase Squid Lips Overwater G |
| 09/10 | 33.38 | POS Purchase The Home Depot Palm Bay Fl |
| 09/10 | 31.78 | 0628 Check Card Purchase Malabar Discount Bever |
| 09/10 | 29.03 | 0628 Check Card Purchase Sonny's Bbq #178 |
| 09/10 | 20.12 | POS Purchase Winn-Dixie Micco Fl |
| 09/10 | 18.95 | POS Purchase USPS 115798046 Melbourne Fl |
| 09/10 | 17.60 | 0628 Check Card Purchase Burger King #13072 |
| 09/10 | 2.99 | 0628 Check Card Purchase Apl*Apple Itunes Store |
| 09/11 | 71.41 | POS Purchase The Home Depot Palm Bay Fl |
| 09/11 | 12.58 | POS Purchase The Home Depot Palm Bay Fl |
| 09/12 | 23.18 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/12 | 3.14 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/13 | 58.29 | POS Purchase Petsmart Inc 3 Melbourne Fl |
| 09/14 | 98.20 | 0628 Check Card Purchase Highlands Animal Hospi |
| 09/14 | 51.92 | POS Purchase Publix Super M Palm Bay Fl |
| 09/14 | 43.92 | POS Purchase The Home Depot Palm Bay Fl |
| 09/14 | 34.74 | 0628 Check Card Purchase Fired Up A Coal Oven P |
| 09/14 | 29.61 | POS Purchase The Home Depot Palm Bay Fl |
| 09/14 | 11.52 | 0628 Check Card Purchase Wendys #1656 Palm Bay |
| 09/14 | 5.18 | POS Purchase Publix Super M Palm Bay Fl |

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking Deductions totaling $12,356.00.

| Date | Amount | Description |
|------|--------|-------------|
| 08/14 | 256.00 | Web Pmt Single - Online Pmt |
| | | GE Cap Cons Card Ckf046687792POS |
| 08/16 | 12,000.00 | Fed Wire Out 017083 |
| 09/06 | 100.00 | Web Pmt Single - Online Pmt |
| | | Fp&L Ckf046687792POS |

SP000700

# Free Checking Classic Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: ████7738 - continued

**For the period**   08/14/2012   to   09/14/2012
SUN YO PAK
Primary account number: ████7738
Page 6 of 6

## Other Deductions

There was 1 Other Deduction totaling $25.00.

| Date | Amount | Description |
|------|--------|-------------|
| 08/16 | 25.00 | Wire Transfer Fee - Outgoing Wire |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 08/14 | 36,920.28 | 08/22 | 16,253.64 | 08/31 | 1,794.39 | 09/10 | 207.02 |
| 08/15 | 36,843.24 | 08/23 | 12,122.66 | 09/04 | 1,631.60 | 09/11 | 185.02 |
| 08/16 | 19,460.43 | 08/24 | 11,839.20 | 09/05 | 1,160.88 | 09/12 | 1,158.70 |
| 08/17 | 19,325.78 | 08/27 | 1,119.34 | 09/06 | 1,046.43 | 09/13 | 1,100.41 |
| 08/20 | 19,300.50 | 08/28 | 893.76 | 09/07 | 867.94 | 09/14 | 432.32 |
| 08/21 | 16,312.05 | 08/30 | 818.56 | | | | |

Member FDIC          Equal Housing Lender          **SP000701**