## Exhibit Cover Sheet

**Party submitting:** Plaintiff         **Ex. #** 11

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   Deputy Clerk

**APPENDIX B**

경기도 평택시 동삭동 151-8  
(법률회관)  
[별지 제33호서식]

공증인가 **법무법인 한마음**

(전화) 031-657-9090  
(팩스) 031-657-9092

동부 2012년   제 2801 호

# 인 증 서

SP000813

# 확인서

본인은 2006. 12. 26.부터 2008. 10. 23.까지
딸 (PAK SUN YO) 및
사위(KEITH ALAN YERIAN)
에게 별지 내역과 같이 총금132,000,000원정을 송금한
사실이 있습니다.



2012. 9. 20.

확인인  황 춘 식 
평택시 현덕면 인광리 산122-1
영흥아파트 나-106

SP000814

공증인가 **법무법인 한마음**

(전화) 031-657-9090
(팩스) 031-657-9092

등부 2012 년     제 2801호

# 인 증

위 확인서------------------------------------------------------ 에 대하여

확인인 황춘식의 대리인 김윤나는-------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

본 공증인의 면전에서 위 사서증서의 기명날인   이 본인의 것임을 확인하였다. ----

본 공증인은 위 촉탁인이 제시한--------- 주민등록증-----------------

에 의하여 그 사람이 틀림없음을 인정하였다. ----------------------------

｀증서의 7번째줄에는 정1자 되었다.---------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

2012년 07월 20일   이 사무소에서 위 인증한다.

| | |
|---|---|
| 공중사무소명칭 | 공증인가 **법무법인 한마음** |
| 소  속 | 수원지방검찰청 |
| 소재지표시 | 경기도 평택시 동삭동 151-8 (법률회관) |
| 공증인 | 공증담당변호사   (서명) |

# 대출거래약정서(1형)
(가계 및 사업자등록증 없는 농업인용)

_____ 협동조합 앞

20○8년 6월 7일

| 본인 | 성 명 | 한○○ | (서명 또는 인) |
|---|---|---|---|
| | 주 소 | 경기도 평택시 ○○면 ○○리 ○○아파트 ○동 106호 | |

조합은 본인에게 이 약정서상의 중요한 내용을 설명하여야 하며, 회원조합여신거래기본약관과 이 약정서의 사본을 교부하여야 합니다.

본인은 귀 조합("이하"조합"이라 합니다)과 아래의 조건에 따라 대출거래를 함에 있어 "회원조합여신거래기본약관(가계용)"이 적용됨을 승인하고, 다음 각 조항을 확약합니다.

### 제 1 조 거래조건
거래조건은 다음과 같습니다. 직원의 설명을 듣고 해당 되는 "□"내에 "V"표시합니다.
1. 대출과목: 일반대출
   (대출종류: 종서대출)
2. 거래구분: □ 개별거래   □ 한도거래
3. 대출(한도)금액:
   금 일억이천만 원
   (₩                원)
4. 대출개시일: 20○8년 6월 17일
5. 대출기간 만료일: 20○○년 6월 17일
6. 이자율 등:
   □ 고정(여신거래기본약관 제3조 제2항 제1호 선택)
     대출기간 만료일까지 연(   )%  □ (   )+(   )%
   ☑ 변동(여신거래기본약관 제3조 제2항 제2호 선택)
     ☑ 기준금리 #.5 %       □ CD수익율 +(   )%
     □ 상호금융정기예치금리+(  )%  □ 기타(   )+(   )%
   다만, 변동금리(실세금리연동)의 변동주기(제8조 이자율의 변동 참조) 선택: □ 3월  □ 6월  □ 1년  □ 3년
7. 지연배상금율(여신거래기본약관 제3조 제5항 적용):최고 연(   )%
8. 이자 및 지연배상금 계산방법: 1년을 365일로 보고 1일 단위로 계산합니다.
9. 대출실행방법:
   ☑ 대출개시일에 전액 실행합니다.
   □ 대출개시일로부터 (   )년(   )월 이내에서 증빙서류나 현물 등에 의하여 조합이 필요금액을 확인하고 분할 실행합니다.
   □ 대출개시일로부터 (   )년(   )일 이내에서 매(   )개월마다 분할 실행합니다.
   □ 본인의 청구가 있는 대로 실행합니다.
   □ 기타(   )
10. 상환방법:
    ☑ 대출기간 만료일에 전액 상환합니다.
    □ 대출개시일로부터 (   )년(   )개월 동안 거치하고,(   )년(   )월(   )일부터 매(   )개월마다 분할 상환합니다.
    □ 최종의 대출 실행 후 최초로 도래하는 대출개시일 응당일부터 매(   )개월마다 분할 상환합니다.
    □ 매월 원리금 균등분할 상환합니다.
    □ 기타(   )
11. 이자지급 시기 및 방법
    ☑ 대출개시일부터 매(1)개월마다 정한 납입일에 지급합니다.
    □ 최초이자는 대출개시일로부터(   )개월이내에, 그 후의 이자는 지급한 이자의 계산 최종일 익일부터 (   )개월 이내에 지급합니다.
    □ 상환일부터 소급하여 매(   )개월마다 정한 납입일에 지급합니다.
    □ 분할상환원금 상환일 또는 월 적립금 납입일에 지급합니다.
    □ 조합이 정한 매월 결산일에 지급합니다.
    □ 대출기간 만료일에 지급합니다.
    □ 기타(   )
    ※ 위 제10조 및 제11조 사항은 조합영업시간 마감이후 자동화기기 또는 전자금융매체를 통한 계좌입금분은 당일 중 상환으로 처리되지 않을 수 있음을 유의하시기 바랍니다.
12. 상계특약
    적금관계대출금 (농어가목돈마련저축대출금 포함)의 월적립금의 납입이 4회 이상 지체된 경우 대출기간 만료일 이전 이더라도 통지에 의하여 관련예금과 대출금을 상계할 수 있기로 한다.
13. 기타특약 (   )

### 제 2 조 이자율관련 특약
제1조에서 이자율을 국고채 실세금리, 산업금융채권 실세금리, CD실세금리 및 상호금융특별회계 정기예치금리에 연동하는 변동금리로 약정한 경우로서 조합이 기간별 가산금리를 적용하는 상품은 기간경과에 따라 대출금리를 아래와 같이 가산하여 적용하기로 합니다.

| 기간 | 대출실행 후 1년이 되는 날부터 2년이 되는 날 전일까지 | 대출실행 후 2년이 되는 날부터 3년이 되는 날 전일까지 | 대출실행 후 3년이 되는 날부터 4년이 되는 날 전일까지 | 대출실행 후 4년이 되는 날부터 5년이 되는 날 전일까지 | 대출실행 후 5년이 되는 날부터 대출 상환일 전일까지 |
|---|---|---|---|---|---|
| 가산율 | | | | | |

### 제 3 조 인지세의 부담
① 이 약정서 작성에 따른 인지세는 (□ 본인, □ 조합, □ 각 50%씩 본인과 조합)이 부담합니다.
② 제1항에 의하여 본인이 부담하기로 한 인지세를 조합이 대신 지급한 경우에는 회원조합여신거래기본약관 제4조에 준하여 곧 갚기로 합니다.

### 제 4 조 질권의 목적인 예금의 표시

| 종별 | 증서번호 / 계좌번호 | 명의인 또는 위탁자 | 금액 (계약액) | 년 월 일 까지 입금누계액 | 증서 일자 | 지급 기일 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

### 제 5 조 지연배상금 등 차등적용
① 이 약정에 의한 지연배상금률 및 특별배상금률은 연체기간에 따라 다음과 같이 차등 적용하기로 합니다.
  1. 연체기간이 1개월 미만(30일 이하):
     채무자 대출금리+(3)%  단, 정책자금대출은(   )%
  2. 연체기간이 1개월 이상 3개월 미만(31일 이상 90일 이하):
     채무자 대출금리+(7)%  단, 정책자금대출은(   )%
  3. 연체기간이 3개월 이상(91일 이상):
     채무자 대출금리+(8)%  단, 정책자금대출은(   )%
② 제1항의 지연배상금률 및 특별배상금률이 연 15% 미만(조합원은 30일 이하 12%, 90일 이하13%, 91일 이상 15%)인 경우는15%(조합원은 30일 이하 12%, 90일 이하 13%, 91일 이상 15%)로 적용 하기로 하고 연 21%를 초과 하는 경우는 연 21%로 적용하기로 합니다. 단, 일일상환 대출은 상한금리의 적용을 배제합니다.
③ 제1항에서 "채무자 대출금리」라 함은 연체 직전의 정상 이자율을 말하며, 이차보상을 받는 대출은 이차보상금리를 포함합니다.

### 제 6 조 대출기간 자동연장 특약
제1조의 대출기간 만료일까지 대출금을 상환하지 아니할 경우 조합은 본인에 대한 신용조사 및 여신심사를 거쳐 기한연기가 가능하다고 판단되는 경우 본인으로 부터 별도의 기한연기동의서를 받지 않고 대출기간을 (   )년 단위로 연기할 수 있기로 합니다.

### 제 7 조 기타특약

| | 본인 | (인) |
|---|---|---|
| | | |

본인은 회원조합여신거래기본약관 및 이 약정서 사본을 확실히 수령하고, 주요 내용에 대하여 충분한 설명을 듣고 이해하였습니다.

| 본 인 | 한○○ | (인) |
|---|---|---|

SP000820