**Exhibit Cover Sheet**

**Party submitting:** Plaintiff     **Ex. #** 12

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

APPENDIX B

Address: Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8
(Law Office)
(Enclosed Document Type 33)

Name of Law Firm: **Han Ma Eum**     (tel) 031-657-9090
                                     (fax) 031-657-9092

Registration Year 2012    Number 2801

# Certificate of Authentication

**SP000816**

(Law Office)
(Enclosed Document Type 35)

Name of Law Firm: **Han Ma Eum**                                    (tel) 031-657-9090
                                                                    (fax) 031-657-9092

Registration Year 2012    Number 2801

# Confirmation

In regards to this certification of confirmation above------------------------------------------------
the confirmer named Hwang, Choon Suk's legal representative Kim, Yoon Na------------------------
-------------------------------------------------------------------------------------------------------

was sworn to and subscribed before me and verified as the same person who produced
National Identification Card as identification.
The line 7 of this confirmation is numeral 1

Date of Verification from this Law Office: July 20, 2012

Name of Law Firm: Han Ma Eum
Affiliated With: Suwon District Public Prosecution Office
Location: Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8 (Law Office)
Notarization Person: Notary Lawyer in Charge    Oh, Sae Hyuk//signed//sealed//

## Confirmation Document

I, the undersigned affirmed that from December 26, 2006 to October 23, 2008 as stated in the accompanying paper, wire transferred my daughter (PAK SUN YO) and Son-in-Law (KEITH ALAN YERIAN) the total of W132,000,000.

//sealed//July ~~(September)~~ 20, 2012//sealed//

Confirming Person:  Hwang, Choon Sik//sealed//
Address: Pyong Taek-Si, Hyun Duk-Myon, In Kwang-Ri 122-1
Young Heung Apt Na-106

//sealed//



Sung Mun Official Court Interpreter (문 성구 법정통역관)

November 19, 2015

RE: Loan Agreement Contract and Certificate of Authentication—of
    Hwang, Choon Sik

## Certification

I, the undersigned, fluent in the Korean and English language, certify that the foregoing is a correct translation of the corresponding document in Korean to English and/or English to Korean. This translation is true and complete to the best of my knowledge, ability and belief. I am an official court translator/interpreter for the State of Florida.

Sung Mun
Official Court Interpreter



Sung Mun

Charles Hydovitz
Assistant Court Administrator

1180 Spring Center S. Blvd Suite 310 Altamonte Springs, Florida 32714
(office) 407 920 7803    407 682 3185 (fax)    email: sungtranslation@yahoo.com

SP000819

Customer's Copy (Type I)

**Loan Agreement Contract (Type I)**
**(For Farmers, Non Business)**

                      Approval by:   Self ( )  Clerk ( )  Manager ( )  Manager ( )  Chief Manager ( )

To:  _____ Credit Union                       Date: June 17, 2008

Name:  Hwang, Choon Sik                     (Signature or Seal)
Address:  Geyonggi-Do, Pyong Taek-Si, Hyun Duk-Myon, In Kwang-Ri, Young Heung Apt Na 106

The credit union shall explain to you the important details on this General Terms and Conditions and also credit union members shall be furnished with this loan agreement and a copy of the general terms and conditions.

Your loan provider (hereinafter referred to as the "Bank") and in accordance with the terms of the loan as the under the basic agreement transactions and conditions must approve each clause as applies.

Article 1.  Terms and Conditions.

The terms and conditions are as follow.  Please listen to the description of the bank representative and mark "v" in ☐ in the corresponding area.

1. Type of Loan Item: General
   (Type of Loan: Bond Loan)
2. Deal Classification: ☐ Individualization Dealings   ☐ Limited Dealings
3. Loan(limit) amount:  W120,000,000
4. Date of Loan:  June 17, 2008
5. Loan Maturity Date:  June 17, 2011
6. Interest Rate
   ☑Floating Rate (selection as Article 3, Section 2, Part 2 of this contract)
   ☑ Base Rate (.5%)
7. Floating Rate Risk Compensation (selection as article 3, section 2, part 2 of this contract): Yearly Maximum ( )%
8. Interest and compensation rate calculation methods reported a year as 365 days.
9. Lending Method:
   ☑Full amount on the Date of Loan

10. Repayment Method:
    ☑ Full amount on the loan maturity date
11. Interest payment methods and the payment date:
    ☑ Payment shall start on the Date of Loan and every (month) thereafter.
    *for all electronic payments applies to Article 10 and 11. Please note that the electronic payments made after the business hours may not be credited on the same date.

12. Special Clause:
    In the case of loan principal and interest payments (including Farmer's Loan) are four (4) times or more past due, you lose the benefit of the due date of such debt, and the bank is deemed necessary conservation measures for the bonds, the variation in delay compensations rate to be applied from that point.
13. Other Clauses: (                                                         )

Article 2.  Interest Rate Related Clause

Article 1 of the loan interest rate is to be calculated to the criteria changes of Korea Bond Rating, Bond Rating Nuys, KIS bond rating, and CD interest rate, fluctuations in the period from the date of the loan interest rate.

Article 3. Stamp Duty Payment

1. The Stamp Duty payment for this agreement shall be paid by. self ☐ bank ☐ or equally by the parties ☐
2. In the event the banks pay the note tax payment for the borrower, the borrower shall repay the amount immediately.

Article 4. Purpose of Pledge and Deposit Indication.

   Type:
   Account Number:
   Account Holder's Name:
   Amount:
   Date (from – to):
   Date of Document:
   Date of Payment

SP000822

Article 5. The Delay Payment compensation and Automatic Consent

1. Delay Payments compensation and Automatic Consent shall be applied as follows.
   a. Delay Payments of less than 1 month (30 days): Debtor's interest on the loan + (3%)
   b. Delay Payments of more than 1 month but less than 3 months (more than 31 days but less than 90 days): debtor's interest on the loan + (7%)
   c. Delay Payments of more than 3 months (91 days): debtor's the interest on the loan + (8%)
2. As section 1 above, delayed payment compensation and rate of particular compensation shall be less than 15% annum (member for 30 days of less 12%, 90 days or less 13%, more than 91 days 15%) to be applied and if it exceeds 21%, 21% shall be applied. But a day to repay loans precludes the application of the upper limit of interest rates.
3. The mentioning of (debtor's interest rate) in section 1 above is the interest rate before delayed payments and the second compensation shall applied to the second compensation rate.

Article 6. The period of Loan and Automatic Extension Clause

If term of the loan expiration has expired with remaining loan balance, the bank may reevaluate the loan through a credit check and credit screening of the debtor and may deemed possible to postpone the loan maturity date by (   ) years without obtaining a loan extension agreement from the debtor.

Article 7. Special Clause.

_____ Name _____ (Stamp)
I understand the General Terms and Conditions for credit union members and this loan agreement contract.

Self: Hwang, Choon Sik //signed//



November 19, 2015

RE: Loan Agreement Contract and Certificate of Authentication—of
    Hwang, Choon Sik

## Certification

I, the undersigned, fluent in the Korean and English language, certify that the foregoing is a correct translation of the corresponding document in Korean to English and/or English to Korean. This translation is true and complete to the best of my knowledge, ability and belief. I am an official court translator/interpreter for the State of Florida.

Sung Mun
Official Court Interpreter



1180 Spring Center S. Blvd Suite 310 Altamonte Springs, Florida 32714
(office) 407 920 7803    407 682 3185 (fax)    email: sungtranslation@yahoo.com

SP000824