**Exhibit Cover Sheet**

**Party
submitting:** Plaintiff          **Ex. #** 13

**Admitted: Yes   or    No  (circle one)**

**Debtor:**  Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**  Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____ **,  Deputy Clerk**

**APPENDIX B**

| 지점번호 | 설립/개거래일 | VALUE일 | 보회거래일 | 송급완료번호 | 고객번호 | 고객명 | 신청번호 | 통화 | 금액 | 출급수수료구분 | 출급수수료율 | 원화(DISPOSITION)금액 | 도지(세불)원화금액 | 수취인성명 | 수취인계좌번호 | 수취인은행명 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810-0379400008 | 2006-12-26 | 2006-12-26 | 2006-12-26 | 20061212125158 | 0450656815 | 홍춘식 | 4104073025123 | USD | ...,000.00 | 11-외상인부입 | 20.00 | 30,020.00 | 26,221,602.00 | PAN BUN YO | 7267 | NATIONAL CITY BANK |
| 810-0332177396 | 2007-01-03 | 2007-01-03 | 2007-01-03 | 20070101011584 | 0450558815 | 홍춘식 | 4104073025123 | USD | ...,000.00 | 11-외상인부입 | 0.00 | 30,000.00 | 27,927,000.00 | KEITH ALAN YERIAN | 9432 | NATIONAL CITY BANK |
| 810-0484548812 | 2007-11-13 | 2007-11-13 | 2007-11-13 | 20071107227219 | 0450558815 | 홍춘식 | 4104073025123 | USD | ...,000.00 | 11-송수외인부입 | 20.00 | 2,020.00 | 1,864,662.00 | PAN BUN YO | 7267 | NATIONAL CITY BANK |
| 810-0495868851 | 2008-10-23 | 2008-10-23 | 2008-10-23 | 20081011116802 | 0450558815 | 홍춘식 | 4104073025123 | USD | 40,000.00 | 11-외상인부입 | 20.00 | 50,020.00 | 71,203,470.00 | PAN BUN YO | 7267 | NATIONAL CITY BANK |
| 810-0617110021 | 2009-01-02 | 2009-01-02 | 2009-01-02 | 20090102029 | 0450558815 | 홍춘식 | 4104073025123 | USD | ...,000.00 | 12-송수착인부입 | 0.00 | 10,000.00 | 13,414,000.00 | KEITH ALAN YERIAN | 9432 | NATIONAL CITY BANK |
| 810-0818222266 | 2009-01-07 | 2009-01-07 | 2009-01-07 | 20090102335 | 0450558815 | 홍춘식 | 4104073025123 | USD | ...,000.00 | 12-송수착인부입 | 0.00 | 10,000.00 | 12,930,000.00 | KEITH ALAN YERIAN | 9432 | NATIONAL CITY BANK |

SP000825