## Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 14

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____,   **Deputy Clerk**

**APPENDIX B**

Department of the Treasury — Internal Revenue Service

**Form 1040**  **U.S. Individual Income Tax Return**  **2010**  (99)  IRS Use Only — Do not write or staple in this space.

| | For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20 | OMB No. 1545-0074 |
|---|---|---|

**Name, Address, and SSN**

See separate instructions.

| Your first name | MI | Last name | | Your social security number |
|---|---|---|---|---|
| Keith | A | Yerian | | ▓▓4554 |

| If a joint return, spouse's first name | MI | Last name | | Spouse's social security number |
|---|---|---|---|---|
| Sun | Y | Pak | | ▓▓0573 |

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

17878 Galehouse Rd

Make sure the SSN(s) ▲ above and on line 6c are correct.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code

Doylestown   OH   44230

**Presidential Election Campaign**

Checking a box below will not change your tax or refund.

Check here if you, or your spouse if filing jointly, want $3 to go to this fund? . . . . . . . . ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here . ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .
 b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . 2

| c **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| (1) First name   Last name | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you . . .
• did not live with you due to divorce or separation (see instrs) . .
Dependents on 6c not entered above .

If more than four dependents, see instructions and check here . . ► ☐

Add numbers on lines above . . . ► 2

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . . . . . . . | 8a | 740. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . . . . | 8b | 3,789. | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . | 9a | 168. |
| b | Qualified dividends . . . . . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 | -5,388. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . . ► ☐ | 13 | 68,490. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . 15a | b Taxable amount . . . . . . . . | 15b | |
| 16a | Pensions and annuities . . . 16a | b Taxable amount . . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | 16,128. |
| 20a | Social security benefits . . . . . . 20a | b Taxable amount . . . . . . . | 20b | |
| 21 | Other income | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** . . . . . . . . ► | 22 | 80,138. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN . . ► | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . . . . | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . ► | 37 | 80,138. |

**BAA** For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112  12/22/10   Form **1040** (2010)

SP000709

Form **1040** (2010)   Keith A Yerian & Sun Y Pak ▮▮▮▮4554   Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . | **38** | 80,138. |

**39a** Check if: ☐ **You** were born before January 2, 1946,  ☐ Blind.  **Total boxes**
☐ **Spouse** was born before January 2, 1946,  ☐ Blind.  **checked ► 39a** ☐

**b** If your spouse itemizes on a separate return, or you were a dual-status alien, check here . . . . . ► **39b** ☐

| | | | |
|---|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see instructions) . . . . . . . . . | **40** | 30,764. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 49,374. |
| 42 | **Exemptions.** Multiply $3,650 by the number on line 6d . . . . . . . . . . . . . . . | **42** | 7,300. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . | **43** | 42,074. |
| 44 | **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 . . . . . . . . . . . . . . . . | **44** | 0. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . | **45** | 0. |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **46** | 0. |
| 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . | **47** | 0. | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | **48** | | |
| 49 | Education credits from Form 8863, line 23 . . . . . . . . . . . | **49** | | |
| 50 | Retirement savings contributions credit. Attach Form 8880 . . . | **50** | | |
| 51 | Child tax credit (see instructions) . . . . . . . . . . . . . . . . | **51** | | |
| 52 | Residential energy credits. Attach Form 5695 . . . . . . . . . | **52** | | |
| 53 | Other crs from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **53** | | |
| 54 | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . . . . . . | **54** | 0. |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . . ► | **55** | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . | **56** | |
| 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 . . . . . . . . . | **57** | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . . | **58** | |
| 59a | ☐ Form(s) W-2, box 9  **b** ☐ Schedule H  **c** ☐ Form 5405, line 16 . . . . | **59** | |
| 60 | Add lines 55-59. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . ► | **60** | 0. |

| | | | |
|---|---|---|---|
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 . . . . . | **61** | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return . . . . | **62** | |

*If you have a qualifying child, attach Schedule EIC.*

| | | | |
|---|---|---|---|
| 63 | Making work pay credit. Attach Schedule M . . . . . . . . . . | **63** | 0. | |
| 64a | **Earned income credit (EIC)** . . . . . . . . . . . . . . . . . | **64a** | | |
| **b** | Nontaxable combat pay election . . . ► | **64b** | | |
| 65 | Additional child tax credit. Attach Form 8812 . . . . . . . . . . | **65** | | |
| 66 | American opportunity credit from Form 8863, line 14 . . . . . . | **66** | | |
| 67 | First-time homebuyer credit from Form 5405, line 10 . . . . . . | **67** | | |
| 68 | Amount paid with request for extension to file . . . . . . . . . | **68** | | |
| 69 | Excess social security and tier 1 RRTA tax withheld . . . . . . | **69** | | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . | **70** | | |
| 71 | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | **71** | | |
| 72 | Add lns 61-63, 64a, & 65-71. These are your **total pmts** . . . . . . . . . . . . . . . . ► | **72** | 0. |

| | | | |
|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** . . . . . . . . . | **73** | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . ► ☐ | **74a** | |

**► b** Routing number . . . . . `XXXXXXXXX`   **► c** Type: ☐ Checking  ☐ Savings

*Direct deposit? See instructions.*

**► d** Account number . . . . . `XXXXXXXXXXXXXXXXX`

| | | | |
|---|---|---|---|
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** . . . . ► | **75** | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay see instructions . . . . . . . . . ► | **76** | 0. |
| | 77 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | **77** | | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . ☐ **Yes.** Complete below.  ☒ **No** |

Designee's name ► ___  Phone no. ► ___  Personal identification number (PIN) ► ___

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | Software Engineer | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| ► | | housewife | |

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|

Firm's name ► Self-Prepared

Firm's address ►   Firm's EIN ►

Phone no.

Form **1040** (2010)

**SP000710**

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040.    ► See Instructions for Schedule A (Form 1040). | **2010** Attachment Sequence No. 07 |

Name(s) shown on Form 1040: Keith A Yerian & Sun Y Pak

Your social security number: ███ 4554

| **Medical and Dental Expenses** | | | | |
|---|---|---|---|---|
| | Caution. Do not include expenses reimbursed or paid by others. | | | |
| 1 | Medical and dental expenses (see instructions) | 1 | 6,823. | |
| 2 | Enter amount from Form 1040, line 38 ... **2** 80,138. | | | |
| 3 | Multiply line 2 by 7.5% (.075) | 3 | 6,010. | |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 813. |

| **Taxes You Paid** | | | | |
|---|---|---|---|---|
| 5 | State and local (check only one box): | | | |
| | a [X] Income taxes, or | 5 | 1,584. | |
| | b [ ] General sales taxes | | | |
| 6 | Real estate taxes (see instructions) | 6 | 2,392. | |
| 7 | New motor vehicle taxes from line 11 of the worksheet on page 2 (for certain vehicles purchased in 2009). Skip this line if you checked box 5b | 7 | | |
| 8 | Other taxes. List type and amount ► _____ | 8 | | |
| 9 | Add lines 5 through 8 | | 9 | 3,976. |

| **Interest You Paid** | | | | |
|---|---|---|---|---|
| 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 11,645. | |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ | 11 | | |
| **Note.** Your mortgage interest deduction may be limited (see instrs). | | | | |
| 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | 10,583. | |
| 15 | Add lines 10 through 14 | | 15 | 22,228. |

| **Gifts to Charity** | | | | |
|---|---|---|---|---|
| | If you made a gift and got a benefit for it, see instructions. | | | |
| 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | | |
| 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | 350. | |
| 18 | Carryover from prior year | 18 | | |
| 19 | Add lines 16 through 18 | | 19 | 350. |

| **Casualty and Theft Losses** | | | | |
|---|---|---|---|---|
| 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |

| **Job Expenses and Certain Miscellaneous Deductions** | | | | |
|---|---|---|---|---|
| 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► See Statement 4,922. | 21 | 4,922. | |
| 22 | Tax preparation fees | 22 | | |
| 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► See Statement 78. | 23 | 78. | |
| 24 | Add lines 21 through 23 | 24 | 5,000. | |
| 25 | Enter amount from Form 1040, line 38 ... **25** 80,138. | | | |
| 26 | Multiply line 25 by 2% (.02) | 26 | 1,603. | |
| 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 3,397. |

| **Other Miscellaneous Deductions** | | | | |
|---|---|---|---|---|
| 28 | Other — from list in instructions. List type and amount ► _____ | | 28 | |

| **Total Itemized Deductions** | | | | |
|---|---|---|---|---|
| 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | 29 | 30,764. |
| 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301  12/21/10    Schedule A (Form 1040) 2010

SP000711

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br><br>► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.<br>► Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2010**<br>Attachment<br>Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Sun Y Pak | ████████0573 |

| **A** Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|
| www.FrontLoadWasherKits.com | ► 454111 |

| **C** Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |
|---|---|
| | 27-2972878 |

**E** Business address (including suite or room no.) ► 17878 Galehouse Rd
City, town or post office, state, and ZIP code Doylestown, OH 44230

**F** Accounting method: **(1)** [X] Cash **(2)** [ ] Accrual **(3)** [ ] Other (specify) ► _____

**G** Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses . . . . . [X] **Yes** [ ] **No**

**H** If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ► [X]

## Part I Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses . . . . . . . . . . . . . . . ► [ ] | **1** | 1,123. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 0. |
| 3 | Subtract line 2 from line 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 1,123. |
| 4 | Cost of goods sold (from line 42 on page 2). . . . . . . . . . . . . . . . . . . . . . | **4** | 1,567. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . | **5** | -444. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0. |
| 7 | **Gross Income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ► | **7** | -444. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | | |
|---|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . . . . . . . . . . | **8** | | | 18 | Office expense . . . . . . . . . . . . . . . | **18** | 320. |
| 9 | Car and truck expenses (see instructions) . . . . . . . | **9** | 2,165. | | 19 | Pension and profit-sharing plans . . . . . . | **19** | |
| | | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . . . | **10** | | | | **a** Vehicles, machinery, and equipment . . . . | **20a** | |
| 11 | Contract labor (see instructions) . . . . . . . . | **11** | | | | **b** Other business property . . . . . . . . . . | **20b** | |
| 12 | Depletion . . . . . . . . . . . . | **12** | | | 21 | Repairs and maintenance . . . . . . . . . | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | **13** | 409. | | 22 | Supplies (not included in Part III) . . . . . . | **22** | |
| | | | | | 23 | Taxes and licenses . . . . . . . . . . . . . | **23** | |
| | | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | | | **a** Travel . . . . . . . . . . . . . . . . . . . | **24a** | 1,300. |
| 14 | Employee benefit programs (other than on line 19) . . . . . | **14** | | | | **b** Deductible meals and entertainment (see instructions) . . . . . . . . . . . . . . | **24b** | |
| 15 | Insurance (other than health) . . | **15** | | | 25 | Utilities . . . . . . . . . . . . . . . . . . . | **25** | 300. |
| 16 | Interest: | | | | 26 | Wages (less employment credits). . . . . . | **26** | |
| | **a** Mortgage (paid to banks, etc) . . . . | **16a** | | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . . . . . . . . . . . . | **27** | 300. |
| | **b** Other. . . . . . . . . . . . . . | **16b** | | | | | | |
| 17 | Legal & professional services . . | **17** | 150. | | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . . . . . . ► | **28** | 4,944. |
| 29 | **Tentative profit or (loss).** Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | -5,388. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br><br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | -5,388. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br><br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br><br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** [X] All investment is at risk.<br>**32b** [ ] Some investment is not at risk. | |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**  Schedule **C** (Form 1040) 2010

FDIZ0112  12/27/10

**SP000712**

Schedule **C** (Form 1040) 2010   Sun Y Pak      ▮0573     Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

33   Method(s) used to value closing inventory:    **a** [X] Cost    **b** [ ] Lower of cost or market     **c** [ ] Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] **Yes**   [X] **No**

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . | **35** | 0. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | **36** | 980. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | 267. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | 320. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 1,567. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 0. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . | **42** | 1,567. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43   When did you place your vehicle in service for business purposes? (month, day, year)     ▶ _ _ _ _ _ _ _ _ _ _ .

44   Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:
   **a** Business _ _ _ _ _ _ _ _ _ _    **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _    **c** Other _ _ _ _ _ _ _ _ _ _

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] **Yes**   [ ] **No**

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . [ ] **Yes**   [ ] **No**

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] **Yes**   [ ] **No**

   **b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] **Yes**   [ ] **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. | |
|---|---|---:|
| Postage | | 300. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **48** | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . **48** | 300. |

Schedule **C** (Form 1040) 2010

FDIZ0112   12/27/10

SP000713

| SCHEDULE D | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | ►Attach to Form 1040 or Form 1040NR.  ►See Instructions for Schedule D (Form 1040). | **2010** |
| Department of the Treasury Internal Revenue Service   (99) | ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | Attachment Sequence No. **12** |

| Name(s) shown on return | Your social security number |
|---|---|
| Keith A Yerian & Sun Y Pak | ████4554 |

## Part I    Short-Term Capital Gains and Losses — Assets Held One Year or Less

| | **(a)** Description of property (Example: 100 shares XYZ Co) | **(b)** Date acquired (Mo, day, yr) | **(c)** Date sold (Mo, day, yr) | **(d)** Sales price (see instructions) | **(e)** Cost or other basis (see instructions) | **(f)** Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | Various Short Term Gains | 01/01/10 | 07/01/10 | 9,674.00 | 0.00 | 9,674.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . | **2** | | |
| 3 | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 9,674. | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **4** | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . | **5** | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . . . . . . . . . . . . . . . | **7** | | 9,674. |

## Part II    Long-Term Capital Gains and Losses — Assets Held More Than One Year

| | **(a)** Description of property (Example: 100 shares XYZ Co) | **(b)** Date acquired (Mo, day, yr) | **(c)** Date sold (Mo, day, yr) | **(d)** Sales price (see instructions) | **(e)** Cost or other basis (see instructions) | **(f)** Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 8 | Various Long Term Gains | 06/01/09 | 07/01/10 | 58,816.00 | 0.00 | 58,816.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . | **9** | | |
| 10 | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 58,816. | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | **11** | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . | **12** | | |
| 13 | Capital gain distributions. See instrs . . . . . . . . . . . . . . . . . . . | **13** | | |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| 15 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | 58,816. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**                    Schedule **D** (Form 1040) 2010

FDIA0612   12/22/10

SP000714

Schedule **D** (Form 1040) 2010    Keith A Yerian & Sun Y Pak ▮1554    Page **2**

| Part III | Summary |

**16** Combine lines 7 and 15 and enter the result ........................................ | **16** | 68,490.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then to go line 22.

**17** Are lines 15 and 16 **both** gains?

   ☒ **Yes.** Go to line 18.

   ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions. ............ ► | **18** |

**19** Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions ................................................ ► | **19** |

**20** Are lines 18 and 19 **both** zero or blank?

   ☒ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

   ☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

   .................................. | **21** |

   **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

   ☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42).

   ☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule **D** (Form 1040) 2010

FDIA0612   12/22/10

**SP000715**

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | ► **Attach to your tax return.** | **2010** Attachment Sequence No. **51** |

| Name(s) shown on return | Identifying number |
|---|---|
| Keith A Yerian & Sun Y Pak | ████4554 |

## Part I   Total Investment Interest Expense

| | | | |
|---|---|---|---:|
| 1 | Investment interest expense paid or accrued in 2010 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 14,550. |
| 2 | Disallowed investment interest expense from 2009 Form 4952, line 7 . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 14,550. |

## Part II   Net Investment Income

| | | | | | |
|---|---|---|---:|---|---:|
| 4 a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) . . . . . . . . . . . . . . . . . . . | **4 a** | 909. | | |
| b | Qualified dividends included on line 4a . . . . . . . . . . . . . . . . . | **4 b** | 0. | | |
| c | Subtract line 4b from line 4a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **4 c** | 909. |
| d | Net gain from the disposition of property held for investment . . . . . . . . . . . . | **4 d** | 68,490. | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) . . . . . . . . . . . . . . . . . . . . | **4 e** | 58,816. | | |
| f | Subtract line 4e from line 4d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **4 f** | 9,674. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) . . . . . . . | | | **4 g** | |
| h | Investment income. Add lines 4c, 4f, and 4g . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **4 h** | 10,583. |
| 5 | Investment expenses (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5** | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | | | **6** | 10,583. |

## Part III   Investment Interest Expense Deduction

| | | | |
|---|---|---|---:|
| 7 | Disallowed investment interest expense to be carried forward to 2011. Subtract line 6 from line 3. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 3,967. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions . . . . . . . . . . . . | **8** | 10,583. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                    Form **4952** (2010)

FDIZ1201   06/22/10

SP000716

OMB No. 1545-0172

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

**Depreciation and Amortization**
(Including Information on Listed Property)
► See separate instructions.   ► Attach to your tax return.

**2010**

Attachment
Sequence No.   **67**

Name(s) shown on return

Keith A Yerian & Sun Y Pak

Identifying number

████4554

Business or activity to which this form relates

Sch C www.FrontLoadWasherKits.com

## Part I   Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2009 Form 4562 . . . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. . . . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12. . . . . . . ► | **13** | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 225. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III   MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2010. . . . . . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

### Section B — Assets Placed in Service During 2010 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property . . . . . . | | | | | | |
| b 5-year property . . . . . . | | 2,327. | 5.0 yrs | MQ | 200 DB | 184. |
| c 7-year property . . . . . . | | | | | | |
| d 10-year property . . . . . | | | | | | |
| e 15-year property . . . . . | | | | | | |
| f 20-year property . . . . . | | | | | | |
| g 25-year property . . . . . | | | 25 yrs | | S/L | |
| h Residential rental property . . . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property . . . . . . . . . | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life . . . . . . . . . | | | | | S/L | |
| b 12-year. . . . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year. . . . . . . . . . | | | 40 yrs | MM | S/L | |

## Part IV   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . . . . . . . | **22** | 409. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | **23** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**    FDIZ0812 10/29/10    Form **4562** (2010)

SP000717

Form 4562 (2010)     Keith A Yerian & Sun Y Pak                          ████4554     Page 2

## Part V | Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

24 a Do you have evidence to support the business/investment use claimed? . . . . . . [X] Yes [ ] No   24b If 'Yes,' is the evidence written?. . . . [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| 2008 Smart Car | 01/20/10 | 47.16 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles). . . . . . . . . . . . . | 2,659 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . | 0 | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | 2,979 | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . | 5,638 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . | X | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

## Part VI | Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2010 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2010 tax year . . . . . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . | | | | 44 | |

FDIZ0812 10/29/10                                                              Form **4562** (2010)

SP000718

Form **2106-EZ**

Department of the Treasury
Internal Revenue Service (99)

**Unreimbursed Employee Business Expenses**

► **Attach to Form 1040 or Form 1040NR.**

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **129A**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| Keith A Yerian | Software Engineer/Consult | ████ 4554 |

**You Can Use This Form Only if All of the Following Apply.**

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.

- You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).

- If you are claiming vehicle expense, you are using the standard mileage rate for 2010.

**Caution:** *You can use the standard mileage rate for 2010 **only if: (a)** you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, **or (b)** you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

| **Part I** | **Figure Your Expenses** | | |
|---|---|---|---|
| 1 | Vehicle expense using the standard mileage rate. Complete Part II and multiply line 8a by 50¢ (.50) . . . . . . . . | **1** | 1,325. |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc, that **did not** involve overnight travel or commuting to and from work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 140. |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 3,457. |
| 5 | Meals and entertainment expenses: $ _____ x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Total expenses.** Add lines 1 through 5. Enter here and on **Schedule A (Form 1040), line 21** (or on **Schedule A (Form 1040NR), line 9**). (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 4,922. |

| **Part II** | **Information on Your Vehicle.** Complete this part **only** if you are claiming vehicle expense on line 1. |
|---|---|

7 When did you place your vehicle in service for business use? (month, day, year) . . . . . . . . . . . . . . . . . . . . . . . . . ► 05/01/2008

8 Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

  **a** Business _ _ _ _ _ _ 2,650 **b** Commuting (see instr) _ _ _ _ _ _ _ _ _ _ _ _ _ **c** Other _ _ _ _ _ _ _ 4,713

9 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

10 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

11a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

  **b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **2106-EZ** (2010)

FDIA7501   06/28/10

**SP000719**

Keith A Yerian & Sun Y Pak 4554                                                                1

Election Statement
**Election out of Qualified Economic Stimulus Property**

## Election Out of Qualified Economic Stimulus Property

Attach to your income tax return

Taxpayer hereby elects under IRC Section 168(k)(2)(D)(iii) out of having Qualified
Economic Stimulus property for the following asset classes placed in service during
the tax year ending:                                             12/31/2010

5 Year Property

SP000720

| Schedule A<br>Lines 21, 23, 28 | Miscellaneous Itemized Deductions Statement<br>► Attach to return (after all IRS forms) | 2010<br>Statement ____ |
|---|---|---|

| Name(s) Shown on Return<br>Keith A Yerian & Sun Y Pak | Social Security Number<br>█████554 |
|---|---|

## Employee Business Expenses — Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 1 | Deductible expenses from Form 2106, line 10 less deductions for performing artists and armed forces reservists claimed elsewhere | 1 | 4,922.00 |
| 2 a | Qualified Educator Expenses (from Educator Expenses Worksheet) | 2a | |
| b | Educator Expense Deduction (from 1040, line 23) | 2b | |
| c | Excess Educator Expenses (line 2a less line 2b) | 2c | |
| 3 | Union and professional dues | 3 | |
| 4 | Professional subscriptions | 4 | |
| 5 | Uniforms and protective clothing | 5 | |
| 6 | Job search costs | 6 | |
| 7 | Other: | 7 | |
| 8 | Combine lines 1 through 7 (to Schedule A, line 21) | 8 | 4,922.00 |

## Miscellaneous Expenses — Subject to 2% Limitation
*Check the box in investment column if an investment expense*

Investment expense ↓

| | | Inv | | |
|---|---|---|---|---|
| 9 | Depreciation and amortization deductions | X | 9 | |
| 10 | Casualty/theft losses of property used in services as an employee | | 10 | |
| 11 | REMIC expenses, from Schedule E | X | 11 | |
| 12 | Investment expenses related to interest and dividend income | X | 12 | |
| 13 | Expenses related to portfolio income, from Schedule(s) K-1 | X | 13 | |
| 14 | Miscellaneous deductions, from Schedule(s) K-1 | | 14 | |
| 15 | Excess deductions on termination, from Schedule(s) K-1 | | 15 | |
| 16 | Investment counsel and advisory fees | X | 16 | |
| 17 | Certain attorney and accounting fees | X | 17 | |
| 18 | Safe deposit box rental fees | X | 18 | |
| 19 | IRA custodial fees | X | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs | | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs | | 21 | |
| 22 | Hobby expense (limited to hobby income) | | 22 | |
| 23 | Other:<br>Magazine Subscription | | 23 | 78.00 |
| 24 | Combine lines 9 through 23 (to Schedule A, line 23) | | 24 | 78.00 |

## Other Miscellaneous Deductions — Not Subject to 2% Limitation

| | | | | |
|---|---|---|---|---|
| 25 | Expenses related to portfolio income, from Schedule(s) K-1 | X | 25 | |
| 26 | Federal estate tax paid on decedent's income reported on this return | | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 | | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86 | | 28 | |
| 29 | Gambling losses | | 29 | |
| 30 | Casualty/theft losses of income-producing property | | 30 | |
| 31 | Other: | | 31 | |
| 32 | Combine lines 25 through 31 (to Schedule A, line 28) | | 32 | |

SP000721