**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 15

**Admitted: Yes  or  No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___ .

**By:** _____ ,  **Deputy Clerk**

**APPENDIX B**

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2011** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning _____, 2011, ending _____, 20___ See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Sun Y | Pak | ███-██-0793 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|  |  | ███-██-4554 |

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
17878 Galehouse Rd

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Doylestown OH 44230

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name _____ Foreign province/county _____ Foreign postal code _____

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Keith A Yerian
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

c **Dependents:**
| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see instructions) ____
Dependents on 6c not entered above ____

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 12. |
| b | Qualified dividends . . . . . . . . . | 9b | 12. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 10,105. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 10,117. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 10,117. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA REV 02/22/12 TTW Form **1040** (2011)

SP000722

Form 1040 (2011) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 10,117. |
| | 39a | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 203. |
| | 41 | Subtract line 40 from line 38 | 41 | 9,914. |
| | 42 | **Exemptions.** Multiply $3,700 by the number on line 6d | 42 | 3,700. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 6,214. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 0. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| • All others: | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| Single or Married filing separately, $5,800 | 47 | Foreign tax credit. Attach Form 1116 if required . . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 . . . . . | 49 | |
| Married filing jointly or Qualifying widow(er), $11,600 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) . . . . . . . | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 . . . . | 52 | |
| Head of household, $8,500 | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 0. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number  X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2012 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) . . . . . . 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below.  ☒ **No** | | |
| | | Designee's name ▶            Phone no. ▶            Personal identification number (PIN) ▶ | | |
| **Sign Here** | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See instructions. Keep a copy for your records. | | Your signature   Date   Your occupation: Business Owner   Daytime phone number (330) 310-9162 | | |
| | | Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | | |
| **Paid Preparer Use Only** | | Print/Type preparer's name   Preparer's signature   Date   Check ☐ if self-employed   PTIN | | |
| | | Firm's name ▶ SELF PREPARED   Firm's EIN ▶ | | |
| | | Firm's address ▶   Phone no. ▶ | | |

REV 02/22/12 TTW

Form **1040** (2011)

SP000723

| SCHEDULE A (Form 1040) | | Itemized Deductions | | OMB No. 1545-0074 2011 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to Form 1040.    ▶ See Instructions for Schedule A (Form 1040). | | Attachment Sequence No. 07 |

Name(s) shown on Form 1040: Sun Y Pak

Your social security number: ###-##-0793

| Section | # | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): a ☐ Income taxes, or  b ☐ General sales taxes | 5 | |
| | 6 | Real estate taxes (see instructions) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | 203. |
| | 15 | Add lines 10 through 14 | 15 | 203. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | 28 | |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | 29 | 203. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA   REV 12/06/11 TTW   Schedule A (Form 1040) 2011

SP000724

# SCHEDULE D (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Capital Gains and Losses

► Attach to Form 1040 or Form 1040NR. ► See Instructions for Schedule D (Form 1040).
► Use Form 8949 to list your transactions for lines 1, 2, 3, 8, 9, and 10.

OMB No. 1545-0074

2011
Attachment Sequence No. 12

Name(s) shown on return: Sun Y Pak
Your social security number: ███-██-0793

### Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

Complete Form 8949 before completing line 1, 2, or 3.
This form may be easier to complete if you round off cents to whole dollars.

| | (e) Sales price from Form(s) 8949, line 2, column (e) | (f) Cost or other basis from Form(s) 8949, line 2, column (f) | (g) Adjustments to gain or loss from Form(s) 8949, line 2, column (g) | (h) Gain or (loss) Combine columns (e), (f), and (g) |
|---|---|---|---|---|
| 1 Short-term totals from all Forms 8949 with **box A** checked in **Part I** | 6,680. | ( 6,477. ) | | 203. |
| 2 Short-term totals from all Forms 8949 with **box B** checked in **Part I** | | ( ) | | |
| 3 Short-term totals from all Forms 8949 with **box C** checked in **Part I** | | ( ) | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | 6 | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back | 7 | 203. |

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

Complete Form 8949 before completing line 8, 9, or 10.
This form may be easier to complete if you round off cents to whole dollars.

| | (e) Sales price from Form(s) 8949, line 4, column (e) | (f) Cost or other basis from Form(s) 8949, line 4, column (f) | (g) Adjustments to gain or loss from Form(s) 8949, line 4, column (g) | (h) Gain or (loss) Combine columns (e), (f), and (g) |
|---|---|---|---|---|
| 8 Long-term totals from all Forms 8949 with **box A** checked in **Part II** | | ( ) | | |
| 9 Long-term totals from all Forms 8949 with **box B** checked in **Part II** | 17,903. | ( 8,001. ) | | 9,902. |
| 10 Long-term totals from all Forms 8949 with **box C** checked in **Part II** | | ( ) | | |

| | | |
|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13 Capital gain distributions. See the instructions | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | 14 | ( ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (h). Then go to Part III on the back | 15 | 9,902. |

For Paperwork Reduction Act Notice, see your tax return instructions. BAA    REV 11/22/11 TTW    Schedule D (Form 1040) 2011

SP000725

Schedule D (Form 1040) 2011     Page **2**

## Part III    Summary

**16**    Combine lines 7 and 15 and enter the result     **16**    10,105.

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17**    Are lines 15 and 16 **both** gains?
     ☒ **Yes.** Go to line 18.
     ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**    Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions    ▶    **18**

**19**    Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions    ▶    **19**

**20**    Are lines 18 and 19 **both** zero or blank?
     ☒ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.
     ☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21**    If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)      **21** (      )

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**    Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

     ☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).
     ☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

REV 11/22/11 TTW      Schedule D (Form 1040) 2011

SP000726

| Form **8949** | **Sales and Other Dispositions of Capital Assets** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See Instructions for Schedule D (Form 1040).<br>▶ For more information about Form 8949, see *www.irs.gov/form8949*<br>▶ Attach to Schedule D to list your transactions for lines 1, 2, 3, 8, 9, and 10. | 2011<br>Attachment Sequence No. **12A** |

| Name(s) shown on return | Your social security number |
|---|---|
| Sun Y Pak | ███████0793 |

**Part I**   Short-Term Capital Gains and Losses—Assets Held One Year or Less

**Note:** You **must** check **one** of the boxes below. Complete a *separate* Form 8949, page 1, for **each** box that is checked.

*****Caution.** Do not complete column (b) or (g) until you have read the instructions for those columns (see the Instructions for Schedule D (Form 1040)). Columns (b) and (g) do not apply for most transactions and should generally be left blank.

☒ **(A)** Short-term transactions reported on Form 1099-B with basis **reported** to the IRS
☐ **(B)** Short-term transactions reported on Form 1099-B but basis not **reported** to the IRS
☐ **(C)** Short-term transactions for which you cannot check box A or B

| 1 | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Code, if any, for column (g)* | (c) Date acquired (Mo., day, yr.) | (d) Date sold (Mo., day, yr.) | (e) Sales price (see instructions) | (f) Cost or other basis (see instructions) | (g) Adjustments to gain or loss, if any* |
|---|---|---|---|---|---|---|---|
| | 120.00 CADENCE PHARMACEUTICALS INC | | 03/04/11 | 06/03/11 | 1,154. | 1,030. | |
| | 125.00 CARROLS RESTAURANT GROUP INC | | 03/04/11 | 06/03/11 | 1,132. | 1,029. | |
| | 25.00 HASBRO INC | | 03/04/11 | 06/03/11 | 1,101. | 1,166. | |
| | 30.00 KBR INC | | 03/04/11 | 06/03/11 | 1,104. | 1,076. | |
| | 26.00 SUPERIOR ENERGY SERVICES INC | | 03/04/11 | 06/03/11 | 944. | 1,022. | |
| | 50.00 TYLER TECHNOLOGIES INC | | 03/04/11 | 06/03/11 | 1,245. | 1,154. | |

| 2 | **Totals.** Add the amounts in columns (e) and (f). Also, combine the amounts in column (g). Enter here and include on Schedule D, **line 1** (if **box A** above is checked), **line 2** (if **box B** above is checked), or **line 3** (if **box C** above is checked) ▶ | 2 | 6,680. | 6,477. | |
|---|---|---|---|---|---|

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 12/15/11 TTW   Form **8949** (2011)

SP000727

Form 8949 (2011)      Attachment Sequence No. **12A**    Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.
Sun Y Pak

Your social security number: ▓▓▓▓▓ 0793

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

**Note:** You **must** check **one** of the boxes below. Complete a *separate* Form 8949, page 2, for **each** box that is checked.

*****Caution.** Do not complete column (b) or (g) until you have read the instructions for those columns (see the Instructions for Schedule D (Form 1040)). Columns (b) and (g) do not apply for most transactions and should generally be left blank.

☐ **(A)** Long-term transactions reported on Form 1099-B with basis reported to the IRS

☒ **(B)** Long-term transactions reported on Form 1099-B but basis not reported to the IRS

☐ **(C)** Long-term transactions for which you cannot check box A or B

| 3 | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Code, if any, for column (g)* | (c) Date acquired (Mo., day, yr.) | (d) Date sold (Mo., day, yr.) | (e) Sales price (see instructions) | (f) Cost or other basis (see instructions) | (g) Adjustments to gain or loss, if any* |
|---|---|---|---|---|---|---|---|
| | 300.00 HUNTINGTON BANCSHARES INC | | 07/16/09 | 01/03/11 | 2,093. | 1,163. | |
| | 2,000.00 RAM ENERGY RESOURCES INC | | 07/31/09 | 01/03/11 | 3,630. | 1,435. | |
| | 1,000.00 GSI GROUP INC | | 07/24/09 | 07/01/11 | 12,180. | 5,403. | |

| 4 | **Totals.** Add the amounts in columns (e) and (f). Also, combine the amounts in column (g). Enter here and include on Schedule D, **line 8** (if **box A** above is checked), **line 9** (if **box B** above is checked), or **line 10** (if **box C** above is checked) ▶ | 4 | 17,903. | 8,001. |

REV 12/15/11 TTW      Form **8949** (2011)

SP000728

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to your tax return. | 2011<br>Attachment Sequence No. 51 |

| Name(s) shown on return | Identifying number |
|---|---|
| Sun Y Pak | ▓▓▓▓0793 |

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---:|
| 1 | Investment interest expense paid or accrued in 2011 (see instructions) | 1 | 12,000. |
| 2 | Disallowed investment interest expense from 2010 Form 4952, line 7 | 2 | 3,967. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 15,967. |

### Part II — Net Investment Income

| | | | | | |
|---|---|---|---:|---|---:|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 12. | | |
| b | Qualified dividends included on line 4a | 4b | 12. | | |
| c | Subtract line 4b from line 4a | | | 4c | 0. |
| d | Net gain from the disposition of property held for investment | 4d | 10,105. | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | 9,902. | | |
| f | Subtract line 4e from line 4d | | | 4f | 203. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 203. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 203. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---:|
| 7 | Disallowed investment interest expense to be carried forward to 2012. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 15,764. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 203. |

For Paperwork Reduction Act Notice, see back of form.   BAA          REV 12/01/11 TTW          Form **4952** (2011)

SP000729

# Form 1040 — U.S. Individual Income Tax Return (2012)

Department of the Treasury—Internal Revenue Service (99)  
OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning , 2012, ending , 20    See separate instructions.

**Your first name and initial:** Sun Y  
**Last name:** Pak  
**Your social security number:** ###-##-0573

**If a joint return, spouse's first name and initial:**  
**Last name:**  
**Spouse's social security number:** ###-##-4554

**Home address (number and street).** 5767 Treasure Ln  
**Apt. no.:**  

**City, town or post office, state, and ZIP code.** Grant FL 32949

**Foreign country name:**    **Foreign province/state/county:**    **Foreign postal code:**

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Keith A Yerian
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse
- Boxes checked on 6a and 6b: **1**
- c Dependents: (none)
- d Total number of exemptions claimed
- Add numbers on lines above ▶ **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 44. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 0. |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 420. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 1,525. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 1,989. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 1,989. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 02/07/13 TTW   Form **1040** (2012)

SP000730

Form 1040 (2012) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 1,989. |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 2,422. |
| | 41 | Subtract line 40 from line 38 | 41 | -433. |
| | 42 | **Exemptions.** Multiply $3,800 by the number on line 6d | 42 | 3,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | 44 | 0. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| Head of household, $8,700 | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 0. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8801 **d** ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X ▶c Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2013 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Business Owner | (330) 310-9162 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ SELF PREPARED | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 02/07/13 TTW   Form **1040** (2012)

SP000731