# Exhibit Cover Sheet

**Party submitting:** Plaintiff       **Ex. #** 16

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, Deputy Clerk

APPENDIX B

| SCHEDULE A (Form 1040) | | Itemized Deductions | OMB No. 1545-0074 2012 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Information about Schedule A and its separate instructions is at www.irs.gov/form1040. ▶ Attach to Form 1040. | Attachment Sequence No. 07 |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| Sun Y Pak | ███-██-0573 |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38   [2] | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** | 5 | State and local (check only one box): a ☐ Income taxes, or b ☐ General sales taxes | 5 | |
| | 6 | Real estate taxes (see instructions) | 6 | 0. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | | 9 | 0. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | 11 | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | 1,569. |
| | 15 | Add lines 10 through 14 | | 15 | 1,569. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | 843. |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 21 | |
| | 22 | Tax preparation fees | 22 | 50. |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 50. |
| | 25 | Enter amount from Form 1040, line 38   [25] 1,989. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 40. |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 10. |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ _____ | | 28 | |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | 29 | 2,422. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA   REV 01/10/13 TTW   Schedule A (Form 1040) 2012

SP000732

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2012 Attachment Sequence No. 09 |

Name of proprietor: Sun Y Pak
Social security number (SSN): ###-##-0573

A Principal business or profession, including product or service (see instructions): web sales
B Enter code from instructions: ▶ 4 5 4 1 1 1

C Business name. If no separate business name, leave blank.: Open Claims / www.FrontLoadWasherKits.com
D Employer ID number (EIN), (see instr.): 2 7 - 2 9 7 2 8 7 8

E Business address (including suite or room no.) ▶ 5767 Treasure Ln
City, town or post office, state, and ZIP code: Grant, FL 32949

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
G Did you "materially participate" in the operation of this business during 2012? If "No," see instructions for limit on losses . [X] Yes [ ] No
H If you started or acquired this business during 2012, check here . . . . . . . . . . . . . ▶ [ ]
I Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions) . . . . . . . [ ] Yes [X] No
J If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . [ ] Yes [ ] No

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ [ ] | 1 | 3,900. |
| 2 | Returns and allowances (see instructions) . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 3,900. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | 600. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 3,300. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ▶ | 7 | 3,300. |

### Part II  Expenses
Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . | 9 | 1,299. | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions). . . . | 13 | 196. | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | a | Travel . . . . . . . . | 24a | |
| | | | | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . | 27a | 200. |
| b | Other . . . . . . | 16b | | b | Reserved for future use . . . | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | | | | | 28 | 1,695. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | | | | | 29 | 1,605. |
| 30 | Expenses for business use of your home. Attach **Form 8829.** Do **not** report such expenses elsewhere . . | | | | | 30 | 1,185. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 420. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 01/04/13 TTW   Schedule C (Form 1040) 2012

SP000733

Schedule C (Form 1040) 2012     Page **2**

### Part III — Cost of Goods Sold (see instructions)

33   Method(s) used to value closing inventory:   a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes   ☒ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 500. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 600. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1,100. |
| 41 | Inventory at end of year | 41 | 500. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 600. |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44   Of the total number of miles you drove your vehicle during 2012, enter the number of miles you used your vehicle for:

a   Business _____   b   Commuting (see instructions) _____   c   Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . ☐ Yes   ☐ No

   b   If "Yes," is the evidence written? . . . ☐ Yes   ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| Postage | 200. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a | **48**   200. |

REV 01/04/13 TTW     Schedule C (Form 1040) 2012

**SP000734**

# SCHEDULE D
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040 or Form 1040NR.
▶ Information about Schedule D and its separate instructions is at *www.irs.gov/form1040*.
▶ Use Form 8949 to list your transactions for lines 1, 2, 3, 8, 9, and 10.

OMB No. 1545-0074

2012

Attachment Sequence No. **12**

| Name(s) shown on return | Your social security number |
|---|---|
| Sun Y Pak | ▮▮▮-▮▮-0573 |

### Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| Complete Form 8949 before completing line 1, 2, or 3. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) from Form(s) 8949, Part I, line 2, column (d) | (e) Cost or other basis from Form(s) 8949, Part I, line 2, column (e) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1 Short-term totals from all Forms 8949 with **box A** checked in **Part I** . . . . . . . . . . . . . . . | 5,740. | 4,215. | | 1,525. |
| 2 Short-term totals from all Forms 8949 with **box B** checked in **Part I** . . . . . . . . . . . . . . . | | | | |
| 3 Short-term totals from all Forms 8949 with **box C** checked in **Part I** . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . | 6 | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . | 7 | 1,525. |

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| Complete Form 8949 before completing line 8, 9, or 10. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) from Form(s) 8949, Part II, line 4, column (d) | (e) Cost or other basis from Form(s) 8949, Part II, line 4, column (e) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 4, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8 Long-term totals from all Forms 8949 with **box A** checked in **Part II** . . . . . . . . . . . | | | | |
| 9 Long-term totals from all Forms 8949 with **box B** checked in **Part II** . . . . . . . . . . . | | | | |
| 10 Long-term totals from all Forms 8949 with **box C** checked in **Part II** . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13 Capital gain distributions. See the instructions . . . . . . . . . . . . . . . . . . | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . | 14 | ( ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (h). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 01/02/13 TTW   Schedule D (Form 1040) 2012

SP000735

Schedule D (Form 1040) 2012 Page **2**

### Part III  Summary

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | 16 | 1,525. |

  - If line 16 is a **gain**, enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
  - If line 16 is a **loss**, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
  - If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

17  Are lines 15 and 16 **both** gains?
  ☐ **Yes.** Go to line 18.
  ☒ **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions ▶  | 18 | |

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions ▶ | 19 | |

20  Are lines 18 and 19 **both** zero or blank?
  ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

  ☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:
  - The loss on line 16 or
  - ($3,000), or if married filing separately, ($1,500)

  | 21 | ( ) |

  **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

  ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

  ☒ **No.** Complete the rest of Form 1040 or Form 1040NR.

REV 01/02/13 TTW  Schedule D (Form 1040) 2012

SP000736

Form **8949**
Department of the Treasury
Internal Revenue Service

**Sales and Other Dispositions of Capital Assets**
▶ Information about Form 8949 and its separate instructions is at *www.irs.gov/form8949*.
▶ File with your Schedule D to list your transactions for lines 1, 2, 3, 8, 9, and 10 of Schedule D.

OMB No. 1545-0074
2012
Attachment Sequence No. **12A**

Name(s) shown on return: Sun Y Pak

Social security number or taxpayer identification number: ███-██-0573

*Most brokers issue their own substitute statement instead of using Form 1099-B. They also may provide basis information (usually your cost) to you on the statement even if it is not reported to the IRS. Before you check Box A, B, or C below, determine whether you received any statement(s) and, if so, the transactions for which basis was reported to the IRS. Brokers are required to report basis to the IRS for most stock you bought in 2011 or later.*

**Part I** — **Short-Term.** Transactions involving capital assets you held one year or less are short term. For long-term transactions, see page 2.

**You must check Box A, B, or C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☒ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis **was** reported to the IRS
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see *Column (e)* in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| 500 shares GSI GROUP INC | 09/09/11 | 03/14/12 | 5739.90 | 4214.99 | | | 1524.91 |

**2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked). ▶ | 5739.90 | 4214.99 | | | 1524.91

**Note.** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 01/02/13 TTW   Form **8949** (2012)

SP000737

| Form **4684** | **Casualties and Thefts** | OMB No. 1545-0177 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Information about Form 4684 and its separate instructions is at *www.irs.gov/form4684*.<br>▶ Attach to your tax return.<br>▶ Use a separate Form 4684 for each casualty or theft. | 2012<br>Attachment<br>Sequence No. 26 |

| Name(s) shown on tax return | Identifying number |
|---|---|
| Sun Y Pak | ███████0573 |

**SECTION A—Personal Use Property** (Use this section to report casualties and thefts of property **not** used in a trade or business or for income-producing purposes.)

1. Description of properties (show type, location, and date acquired for each property). Use a separate line for each property lost or damaged from the same casualty or theft.

   Property **A**  Well Pump, Water Softener, misc          07/28/2012
   Property **B**
   Property **C**
   Property **D**

| | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 2 | Cost or other basis of each property | 3,249. | | | |
| 3 | Insurance or other reimbursement (whether or not you filed a claim) (see instructions) | 2,107. | | | |
| | Note: *If line 2 is more than line 3, skip line 4.* | | | | |
| 4 | Gain from casualty or theft. If line 3 is **more** than line 2, enter the difference here and skip lines 5 through 9 for that column. See instructions if line 3 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | | | | |
| 5 | Fair market value **before** casualty or theft | 3,249. | | | |
| 6 | Fair market value **after** casualty or theft | 0. | | | |
| 7 | Subtract line 6 from line 5 | 3,249. | | | |
| 8 | Enter the **smaller** of line 2 or line 7 | 3,249. | | | |
| 9 | Subtract line 3 from line 8. If zero or less, enter -0- | 1,142. | | | |

| | | | |
|---|---|---|---|
| 10 | Casualty or theft loss. Add the amounts on line 9 in columns A through D | 10 | 1,142. |
| 11 | Enter the **smaller** of line 10 or $100 | 11 | 100. |
| 12 | Subtract line 11 from line 10 | 12 | 1,042. |
| | **Caution:** *Use only one Form 4684 for lines 13 through 18.* | | |
| 13 | Add the amounts on line 12 of all Forms 4684 | 13 | 1,042. |
| 14 | Add the amounts on line 4 of all Forms 4684 | 14 | 0. |
| 15 | • If line 14 is **more** than line 13, enter the difference here and on Schedule D. **Do not** complete the rest of this section (see instructions).<br>• If line 14 is **less** than line 13, enter -0- here and go to line 16.<br>• If line 14 is **equal** to line 13, enter -0- here. **Do not** complete the rest of this section. | 15 | 0. |
| 16 | If line 14 is **less** than line 13, enter the difference | 16 | 1,042. |
| 17 | Enter 10% of your adjusted gross income from Form 1040, line 38, or Form 1040NR, line 37. Estates and trusts, see instructions | 17 | 199. |
| 18 | Subtract line 17 from line 16. If zero or less, enter -0-. Also enter the result on Schedule A (Form 1040), line 20, or Form 1040NR, Schedule A, line 6. Estates and trusts, enter the result on the "Other deductions" line of your tax return | 18 | 843. |

For Paperwork Reduction Act Notice, see instructions.   BAA             REV 11/13/12 TTW                Form **4684** (2012)

SP000738

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Form 4952 and its instructions is at *www.irs.gov/form4952*. ▶ Attach to your tax return. | 2012 Attachment Sequence No. 51 |

| Name(s) shown on return | Identifying number |
|---|---|
| Sun Y Pak | ▮▮▮▮▮0573 |

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---:|
| 1 | Investment interest expense paid or accrued in 2012 (see instructions) | 1 | |
| 2 | Disallowed investment interest expense from 2011 Form 4952, line 7 | 2 | 15,764. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 15,764. |

### Part II — Net Investment Income

| | | | | | |
|---|---|---|---:|---|---:|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 44. | | |
| b | Qualified dividends included on line 4a | 4b | 0. | | |
| c | Subtract line 4b from line 4a | | | 4c | 44. |
| d | Net gain from the disposition of property held for investment | 4d | 1,525. | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | 0. | | |
| f | Subtract line 4e from line 4d | | | 4f | 1,525. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 1,569. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 1,569. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---:|
| 7 | Disallowed investment interest expense to be carried forward to 2013. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 14,195. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 1,569. |

For Paperwork Reduction Act Notice, see page 4.   BAA        REV 11/13/12 TTW        Form **4952** (2012)

SP000739

# Form 8829 — Expenses for Business Use of Your Home

Form **8829**
Department of the Treasury
Internal Revenue Service (99)

▶ File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.
▶ Information about Form 8829 and its separate instructions is at *www.irs.gov/form8829*.

OMB No. 1545-0074
2012
Attachment Sequence No. **176**

Name(s) of proprietor(s): Sun Y Pak
Your social security number: ###-##-0573

## Part I — Part of Your Home Used for Business        web sales

| Line | Description | Value |
|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | 300 |
| 2 | Total area of home | 2,400 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | 12.50 % |
| 4 | Multiply days used for daycare during year by hours used per day | hr. |
| 5 | Total hours available for use during the year (366 days x 24 hours) (see instructions) | 8,784 |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | 12.50 % |

## Part II — Figure Your Allowable Deduction

| Line | Description | (a) Direct expenses | (b) Indirect expenses | Total |
|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any gain derived from the business use of your home and shown on Schedule D or Form 4797, minus any loss from the trade or business not derived from the business use of your home and shown on Schedule D or Form 4797. See instructions | | | 1,605. |
| 9 | Casualty losses (see instructions) | | | |
| 10 | Deductible mortgage interest (see instructions) | | | |
| 11 | Real estate taxes (see instructions) | | 0. | |
| 12 | Add lines 9, 10, and 11 | | 0. | |
| 13 | Multiply line 12, column (b) by line 7 | | 0. | |
| 14 | Add line 12, column (a) and line 13 | | | 0. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 1,605. |
| 16 | Excess mortgage interest (see instructions) | | | |
| 17 | Insurance | | 3,600. | |
| 18 | Rent | | | |
| 19 | Repairs and maintenance | | 1,273. | |
| 20 | Utilities | | 2,424. | |
| 21 | Other expenses (see instructions) | 273. | | |
| 22 | Add lines 16 through 21 | 273. | 7,297. | |
| 23 | Multiply line 22, column (b) by line 7 | | 912. | |
| 24 | Carryover of operating expenses from 2011 Form 8829, line 42 | | | |
| 25 | Add line 22, column (a), line 23, and line 24 | | | 1,185. |
| 26 | Allowable operating expenses. Enter the **smaller** of line 15 or line 25 | | | 1,185. |
| 27 | Limit on excess casualty losses and depreciation. Subtract line 26 from line 15 | | | 420. |
| 28 | Excess casualty losses (see instructions) | | | |
| 29 | Depreciation of your home from line 41 below | | | |
| 30 | Carryover of excess casualty losses and depreciation from 2011 Form 8829, line 43 | | | |
| 31 | Add lines 28 through 30 | | | |
| 32 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 27 or line 31 | | | |
| 33 | Add lines 14, 26, and 32 | | | 1,185. |
| 34 | Casualty loss portion, if any, from lines 14 and 32. Carry amount to **Form 4684** (see instructions) | | | |
| 35 | **Allowable expenses for business use of your home.** Subtract line 34 from line 33. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | 1,185. |

## Part III — Depreciation of Your Home

| Line | Description | Value |
|---|---|---|
| 36 | Enter the **smaller** of your home's adjusted basis or its fair market value (see instructions) | |
| 37 | Value of land included on line 36 | |
| 38 | Basis of building. Subtract line 37 from line 36 | |
| 39 | Business basis of building. Multiply line 38 by line 7 | |
| 40 | Depreciation percentage (see instructions) | % |
| 41 | Depreciation allowable (see instructions). Multiply line 39 by line 40. Enter here and on line 29 above | |

## Part IV — Carryover of Unallowed Expenses to 2013

| Line | Description | Value |
|---|---|---|
| 42 | Operating expenses. Subtract line 26 from line 25. If less than zero, enter -0- | 0. |
| 43 | Excess casualty losses and depreciation. Subtract line 32 from line 31. If less than zero, enter -0- | |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 01/16/13 TTW    Form **8829** (2012)

SP000740

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | **(Including Information on Listed Property)**<br>▶ See separate instructions.   ▶ Attach to your tax return. | **2012**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Sun Y Pak | Sch C web sales | ▓▓▓▓0573 |

**Part I   Election To Expense Certain Property Under Section 179**
    *Note: If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | 1 | 500,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 . . . . . . . . . | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2011 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2013. Add lines 9 and 10, less line 12 ▶ | 13 | |

*Note: Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

**Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2012 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2012 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 980. | 5.0 yrs | HY | 200 DB | 196. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2012 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary (See instructions.)**

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 196. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.   BAA**          REV 12/10/12 TTW          Form **4562** (2012)

SP000741

Form 4562 (2012) Page **2**

### Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A—Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

**24a** Do you have evidence to support the business/investment use claimed?  ☒ Yes ☐ No    **24b** If "Yes," is the evidence written?  ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2002 Volvo | 09/15/2011 | 95.79 % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | | | **28** | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . | | | | | | | | **29** |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) . | 1,980 | | | | | |
| **31** Total commuting miles driven during the year | 0 | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . | 87 | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . | 2,067 | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | Yes / No: X Yes | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | X Yes | | | | | |
| **36** Is another vehicle available for personal use? | X Yes | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2012 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2012 tax year . . . . . . . . . . . . . | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . | | | | **44** | |

REV 12/10/12 TTW

Form **4562** (2012)

SP000742

# Special Depreciation Allowance Elections under
## IRC Section 168(k)(2)(D)(iii), IRC Section 168(l)(4)(D), IRC Section 168(n)(2)(B)(v) and IRC Section 1400N(d)(2)(B)(iv)

▶ Attach to your income tax return

| Name(s) Shown on Return | Identification Number |
|---|---|
| Sun Y Pak | ███0573 |

Tax Year: 2012

## Election Out of Qualified Economic Stimulus Property

Attach to your income tax return

Taxpayer hereby elects under IRC Section 168(k)(2)(D)(iii) out of having Qualified Economic Stimulus property for the following asset classes placed in service during the tax year ending: 12/31/2012

5 Year Property

## Election Out of Cellulosic Biomass Ethanol Plant Property

Taxpayer hereby elects under IRC Section 168(l)(4)(D) out of having Qualified Cellulosic Biomass Ethanol Plant property for the following asset classes placed in service during the tax year ending:

## Election Out of Qualified Disaster Assistance Property

Taxpayer hereby elects under IRC Section 168(n)(2)(B)(v) out of having Qualified Disaster Assistance property for the following asset classes placed in service during the tax year ending:

## Election Out of Qualified Gulf Opportunity Zone Property

Taxpayer hereby elects under IRC Section 1400N(d)(2)(B)(iv) out of having Qualified Gulf Opportunity Zone property for the following asset classes placed in service during the tax year ending: