**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 17

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____,  **Deputy Clerk**

APPENDIX B

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2013 OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____, 2013, ending _____, 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Sun Y | Pak | ▆▆▆▆▆0573 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
|  |  | ▆▆▆▆▆4554 |

Home address (number and street). If you have a P.O. box, see instructions. — 5767 Treasure Ln     Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Grant FL 32949

Foreign country name _____ Foreign province/state/county _____ Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Keith A Yerian
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
- lived with you: ___
- did not live with you due to divorce or separation (see instructions): ___

Dependents on 6c not entered above: ___

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . .  Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |  |
| 8a | Taxable interest. Attach Schedule B if required | 8a |  |
| b | Tax-exempt interest. **Do not** include on line 8a . . . 8b |  |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |  |
| b | Qualified dividends . . . . . . . . . . . 9b |  |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |  |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 30. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions . 15a ___ b Taxable amount | 15b |  |
| 16a | Pensions and annuities 16a ___ b Taxable amount | 16b |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits . 20a ___ b Taxable amount | 20b |  |
| 21 | Other income. List type and amount _____ | 21 |  |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 30. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |  |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |  |
| 26 | Moving expenses. Attach Form 3903 | 26 |  |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |  |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |  |
| 29 | Self-employed health insurance deduction | 29 |  |
| 30 | Penalty on early withdrawal of savings | 30 |  |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a |  |
| 32 | IRA deduction | 32 |  |
| 33 | Student loan interest deduction | 33 |  |
| 34 | Tuition and fees. Attach Form 8917 | 34 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |  |
| 36 | Add lines 23 through 35 | 36 |  |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 30. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 03/03/14 TTW   Form **1040** (2013)

SP000744

Form 1040 (2013) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 30. |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 3,869. |
| | 41 | Subtract line 40 from line 38 | 41 | -3,839. |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 3,900. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | 44 | 0. |
| • All others: Single or Married filing separately, $6,100 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . | 47 | |
| Married filing jointly or Qualifying widow(er), $12,200 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . | 51 | |
| Head of household, $8,950 | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 0. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X  ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶  75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions)  77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation  Business Owner | Daytime phone number  (330) 310-9162 |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶  Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 03/03/14 TTW                                                                                                      Form **1040** (2013)

SP000745

| | | |
|---|---|---|
| SCHEDULE A (Form 1040) | **Itemized Deductions** | OMB No. 1545-0074 **2013** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*. ▶ Attach to Form 1040. | Attachment Sequence No. 07 |

Name(s) shown on Form 1040: Sun Y Pak

Your social security number: ▉▉▉-▉▉-0573

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38  | 2 | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** | 5 | State and local (**check only one box**): a ☐ Income taxes, **or** b ☒ General sales taxes | 5 | 230. |
| | 6 | Real estate taxes (see instructions) | 6 | 3,639. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | | 9   3,869. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | 11 | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | 0. |
| | 15 | Add lines 10 through 14 | | 15   0. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | | 19 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 21 | |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | |
| | 25 | Enter amount from Form 1040, line 38  | 25 | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ _____ | | 28 |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $150,000? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | 29   3,869. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA        REV 03/03/14 TTW        Schedule A (Form 1040) 2013

SP000746

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2013 Attachment Sequence No. 09 |

Name of proprietor: Sun Y Pak
Social security number (SSN): ▮▮▮-▮▮-▮573

**A** Principal business or profession, including product or service (see instructions): web sales
**B** Enter code from instructions: ▶ 4 5 4 1 1 1
**C** Business name. If no separate business name, leave blank.: Open Claims / www.FrontLoadWasherKits.com
**D** Employer ID number (EIN), (see instr.): 27-2972878
**E** Business address (including suite or room no.): ▶ 5767 Treasure Ln
City, town or post office, state, and ZIP code: Grant, FL 32949
**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2013? If "No," see instructions for limit on losses. ☒ Yes ☐ No
**H** If you started or acquired this business during 2013, check here ▶ ☐
**I** Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
**J** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 5,571. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 5,571. |
| 4 | Cost of goods sold (from line 42) | 4 | 780. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 4,791. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 4,791. |

### Part II  Expenses
Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 2,679. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 314. | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 268. |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 3,261. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 1,530. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: 2400 and (b) the part of your home used for business: 300. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | 1,500. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 30. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**  BAA  REV 03/03/14 TTW  Schedule C (Form 1040) 2013

SP000747

Schedule C (Form 1040) 2013 — Page **2**

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:   a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☒ No

| Line | Description | Amount |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 500. |
| 36 | Purchases less cost of items withdrawn for personal use | 200. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | 580. |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 1,280. |
| 41 | Inventory at end of year | 500. |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 780. |

### Part IV — Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ 09/15/2011

44  Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

a  Business  4,144     b  Commuting (see instructions) _____     c  Other  296

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☒ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☒ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

### Part V — Other Expenses.

List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---:|
| Postage | 268. |
| 48  Total other expenses. Enter here and on line 27a | 268. |

REV 03/03/14 TTW      Schedule C (Form 1040) 2013

SP000748

| Form **4952** <br> Department of the Treasury <br> Internal Revenue Service (99) | **Investment Interest Expense Deduction** <br> ▶ Information about Form 4952 and its instructions is at *www.irs.gov/form4952*. <br> ▶ Attach to your tax return. | OMB No. 1545-0191 <br> 2013 <br> Attachment Sequence No. 51 |
|---|---|---|
| Name(s) shown on return <br> Sun Y Pak | | Identifying number <br> ▮▮▮▮▮0573 |

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2013 (see instructions) | 1 | |
| 2 | Disallowed investment interest expense from 2012 Form 4952, line 7 | 2 | 14,195. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 14,195. |

### Part II — Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | | |
| b | Qualified dividends included on line 4a | 4b | 0. | |
| c | Subtract line 4b from line 4a | | | 4c | 0. |
| d | Net gain from the disposition of property held for investment | 4d | | |
| e | Enter the **smaller** of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | | |
| f | Subtract line 4e from line 4d | | | 4f | 0. |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 0. |
| 5 | Investment expenses (see instructions) | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 0. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2014. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 14,195. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 0. |

For Paperwork Reduction Act Notice, see page 4.   BAA         REV 03/03/14 TTW                              Form **4952** (2013)

SP000749