# Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 18

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2014   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____, 2014, ending _____, 20___   See separate instructions.

| | | |
|---|---|---|
| Your first name and initial: Keith A | Last name: Yerian | Your social security number: ###-##-4554 |
| If a joint return, spouse's first name and initial: Sun Y | Last name: Pak | Spouse's social security number: ###-##-0573 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
5767 Treasure Ln

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Grant FL 32949

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- b ☒ Spouse
- c Dependents: (none listed)
- Boxes checked on 6a and 6b: 2
- Add numbers on lines above ▶ 2
- d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 22,500. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 277. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 2,475. |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 25,252. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ ###-##-2222 | 2,200. |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 2,200. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 23,052. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 05/19/15 TTW   Form **1040** (2014)

SP000750

Form 1040 (2014) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 23,052. |
| | 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. ☐ Spouse was born before January 2, 1950, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,200 Married filing jointly or Qualifying widow(er), $12,400 Head of household, $9,100 | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 12,400. |
| | 41 | Subtract line 40 from line 38 | 41 | 10,652. |
| | 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 7,900. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 2,752. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | 44 | 276. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 276. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . . . 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 49 | | |
| | 50 | Education credits from Form 8863, line 19 . . . . 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required . . 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 . . . 53 | | |
| | 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 276. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) _____ | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 276. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 . . 64 | 1,024. | |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return 65 | | |
| | 66a | **Earned income credit (EIC)** . . . . . . . . 66a | | |
| | b | Nontaxable combat pay election   66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 . . . 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 . . 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 . . . . . 69 | | |
| | 70 | Amount paid with request for extension to file . . . . 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld . . 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 . . . 72 | | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ Reserved **d** ☐ 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 1,024. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 748. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | 748. |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X  ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) . . . . . . 79 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ **Yes.** Complete below.  ☒ **No** Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Software Engineer | (330)310-9162 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | Housewife | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

www.irs.gov/form1040    REV 05/19/15 TTW    Form **1040** (2014)

SP000751

# SCHEDULE C-EZ (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Net Profit From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See instructions on page 2.

OMB No. 1545-0074

**2014**

Attachment Sequence No. **09A**

**Name of proprietor:** Sun Y Pak
**Social security number (SSN):** 0573

### Part I — General Information

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**
- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor, qualified joint venture, or statutory employee.

**And You:**
- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service: Web sales
**B** Enter business code (see page 2) ▶ 999999
**C** Business name. If no separate business name, leave blank.
**D** Enter your EIN (see page 2)
**E** Business address (including suite or room no.). Address not required if same as on page 1 of your tax return.
5767 Treasure Ln
City, town or post office, state, and ZIP code: Grant, FL 32949
**F** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see the Schedule C instructions) ☐ Yes ☒ No
**G** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part II — Figure Your Net Profit

| | | |
|---|---|---|
| 1 | **Gross receipts.** Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see *Statutory employees* in the instructions for Schedule C, line 1, and check here ▶ ☐ | 1,494. |
| 2 | **Total expenses** (see page 2). If more than $5,000, you **must** use Schedule C | 1,217. |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** and **Schedule SE, line 2** (see instructions). (Statutory employees **do not** report this amount on Schedule SE, line 2.) Estates and trusts, enter on **Form 1041, line 3** | 277. |

### Part III — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

**4** When did you place your vehicle in service for business purposes? (month, day, year) ▶ 02/20/2009

**5** Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:
**a** Business 1,970  **b** Commuting (see page 2) _____  **c** Other 402

**6** Was your vehicle available for personal use during off-duty hours? ☒ Yes ☐ No

**7** Do you (or your spouse) have another vehicle available for personal use? ☒ Yes ☐ No

**8a** Do you have evidence to support your deduction? ☒ Yes ☐ No
**b** If "Yes," is the evidence written? ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions for Schedule C (Form 1040).  BAA  REV 11/26/14 TTW  Schedule C-EZ (Form 1040) 2014

SP000752

| Form **8962** | **Premium Tax Credit (PTC)** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040, 1040A, or 1040NR.<br>▶ Information about Form 8962 and its separate instructions is at *www.irs.gov/form8962*. | **2014**<br>Attachment<br>Sequence No. **73** |

Name shown on your return: Keith A Yerian & Sun Y Pak

Your social security number: ███-██-4554

Relief (see instructions) ☐

### Part 1: Annual and Monthly Contribution Amount

| | | | |
|---|---|---|---|
| 1 | Family Size: Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | **1** | 2 |
| 2a | Modified AGI: Enter your modified AGI (see instructions) . . . . **2a** 23,052. | | |
| | **b** Enter total of your dependents' modified AGI (see instructions) | **2b** | |
| 3 | Household Income: Add the amounts on lines 2a and 2b | **3** | 23,052. |
| 4 | Federal Poverty Line: Enter the federal poverty amount as determined by the family size on line 1 and the federal poverty table for your state of residence during the tax year (see instructions). Check the appropriate box for the federal poverty table used.  **a** ☐ Alaska  **b** ☐ Hawaii  **c** ☒ Other 48 states and DC | **4** | 15,510. |
| 5 | Household Income as a Percentage of Federal Poverty Line: Divide line 3 by line 4. Enter the result rounded to a whole percentage. (For example, for 1.542 enter the result as 154, for 1.549 enter as 155.) (See instructions for special rules.) | **5** | 149 % |
| 6 | Is the result entered on line 5 less than or equal to 400%? (See instructions if the result is less than 100%.)<br>☒ **Yes.** Continue to line 7.<br>☐ **No.** You are not eligible to receive PTC. If you received advance payment of PTC, see the instructions for how to report your Excess Advance PTC Repayment amount. | | |
| 7 | Applicable Figure: Using your line 5 percentage, locate your "applicable figure" on the table in the instructions | **7** | 0.0394 |
| 8a | Annual Contribution for Health Care: Multiply line 3 by line 7 . . . **8a** 908. | | |
| | **b** Monthly Contribution for Health Care: Divide line 8a by 12. Round to whole dollar amount | **8b** | 76. |

### Part 2: Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

9 Did you share a policy with another taxpayer or get married during the year and want to use the alternative calculation? (see instructions)
☐ **Yes.** Skip to Part 4, Shared Policy Allocation, or Part 5, Alternative Calculation for Year of Marriage.  ☒ **No.** Continue to line 10.

10 Do all Forms 1095-A for your tax household include coverage for January through December with no changes in monthly amounts shown on lines 21–32, columns A and B?
☐ **Yes.** Continue to line 11. Compute your annual PTC. Skip lines 12–23 and continue to line 24.  ☒ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24.

| | Annual Calculation | A. Premium Amount (Form(s) 1095-A, line 33A) | B. Annual Premium Amount of SLCSP (Form(s) 1095-A, line 33B) | C. Annual Contribution Amount (Line 8a) | D. Annual Maximum Premium Assistance (Subtract C from B) | E. Annual Premium Tax Credit Allowed (Smaller of A or D) | F. Annual Advance Payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|---|
| 11 | Annual Totals | | | | | | |

| | Monthly Calculation | A. Monthly Premium Amount (Form(s) 1095-A, lines 21–32, column A) | B. Monthly Premium Amount of SLCSP (Form(s) 1095-A, lines 21–32, column B) | C. Monthly Contribution Amount (Amount from line 8b or alternative marriage monthly contribution) | D. Monthly Maximum Premium Assistance (Subtract C from B) | E. Monthly Premium Tax Credit Allowed (Smaller of A or D) | F. Monthly Advance Payment of PTC (Form(s) 1095-A, lines 21–32, column C) |
|---|---|---|---|---|---|---|---|
| 12 | January | | | | | | |
| 13 | February | | | | | | |
| 14 | March | | | | | | |
| 15 | April | | | | | | |
| 16 | May | 621. | 852. | 76. | 776. | 621. | 621. |
| 17 | June | 621. | 852. | 76. | 776. | 621. | 621. |
| 18 | July | 621. | 852. | 76. | 776. | 621. | 621. |
| 19 | August | 621. | 852. | 76. | 776. | 621. | 621. |
| 20 | September | 621. | 852. | 76. | 776. | 621. | 621. |
| 21 | October | 621. | 852. | 76. | 776. | 621. | 621. |
| 22 | November | 621. | 852. | 76. | 776. | 621. | 621. |
| 23 | December | 621. | 852. | 76. | 776. | 621. | 621. |

24 Total Premium Tax Credit: Enter the amount from line 11E or add lines 12E through 23E and enter the total here . **24** 4,968.

25 Advance Payment of PTC: Enter the amount from line 11F or add lines 12F through 23F and enter the total here . **25** 4,968.

26 Net Premium Tax Credit: If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If you elected the alternative calculation for marriage, enter zero. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 . **26** 0.

### Part 3: Repayment of Excess Advance Payment of the Premium Tax Credit

27 Excess Advance Payment of PTC: If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here **27**

28 Repayment Limitation: Using the percentage on line 5 and your filing status, locate the repayment limitation amount in the instructions. Enter the amount here . **28**

29 Excess Advance Premium Tax Credit Repayment: Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 . **29**

For Paperwork Reduction Act Notice, see your tax return instructions.   BA   REV 11/14/14 TT   Form **8962** (2014)

SP000753

Form 8962 (2014) Page **2**

## Part 4: Shared Policy Allocation
Complete the following information for up to four shared policy allocations. See instructions for allocation details.

### Shared Policy Allocation 1

| 30 | a Policy Number (Form 1095-A, line 2) | b SSN of taxpayer sharing allocation | c Allocation start month | d Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | e. Premium Percentage | f. SLCSP Percentage | g. Advance Payment of the PTC Percentage |
| | | | | |

### Shared Policy Allocation 2

| 31 | a Policy Number (Form 1095-A, line 2) | b SSN of taxpayer sharing allocation | c Allocation start month | d Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | e. Premium Percentage | f. SLCSP Percentage | g. Advance Payment of the PTC Percentage |
| | | | | |

### Shared Policy Allocation 3

| 32 | a Policy Number (Form 1095-A, line 2) | b SSN of taxpayer sharing allocation | c Allocation start month | d Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | e. Premium Percentage | f. SLCSP Percentage | g. Advance Payment of the PTC Percentage |
| | | | | |

### Shared Policy Allocation 4

| 33 | a Policy Number (Form 1095-A, line 2) | b SSN of taxpayer sharing allocation | c Allocation start month | d Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | e. Premium Percentage | f. SLCSP Percentage | g. Advance Payment of the PTC Percentage |
| | | | | |

34  Have you completed shared policy allocation information for all allocated Forms 1095-A?

☒ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add allocated amounts across all allocated policies with amounts for non-allocated policies from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns A, B, and F. Compute the amounts for lines 12–23, columns C–E, and continue to line 24.

☐ **No.** See the instructions to report additional shared policy allocations.

## Part 5: Alternative Calculation for Year of Marriage
Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part 5.

| 35 | Alternative entries for your SSN | a Alternative family size | b Monthly contribution | c Alternative start month | d Alternative stop month |
|---|---|---|---|---|---|
| 36 | Alternative entries for your spouse's SSN | a Alternative family size | b Monthly contribution | c Alternative start month | d Alternative stop month |

REV 11/14/14 TT

Form **8962** (2014)

SP000754

## ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** Keith A Yerian & Sun Y Pak
**Primary SSN:** ███4554

**Federal Return Submitted:** April 15, 2015   05:09 PM PDT
**Federal Return Acceptance Date:**

Your return was electronically transmitted on 04/15/2015

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

**1. THE INTUIT ELECTRONIC POSTMARK.**
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 15, 2015. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 15, 2015, your Intuit electronic postmark will indicate April 15, 2015, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 15, 2015, and a corrected return is submitted and accepted before April 20, 2015. If your return is submitted after April 20, 2015, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2015 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2015, and the corrected return is submitted and accepted by October 20, 2015.

**2. THE ACCEPTANCE DATE.**
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.