## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 19

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  **Deputy Clerk**

APPENDIX B

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2015** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning , 2015, ending , 20  See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Keith A | Yerian | (b) -4554 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Sun Y | Pak | (b) -0573 |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
5767 Treasure Ln

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Grant FL 32949

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name  Foreign province/state/county  Foreign postal code

**Filing Status**
Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
 b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **2**

c **Dependents:**
(1) First name  Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 27,500. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. **Do not** include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 0. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions . 15a         b Taxable amount | 15b |
| 16a | Pensions and annuities 16a       b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 12,000. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 1,650. |
| 20a | Social security benefits 20a       b Taxable amount | 20b |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 41,150. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ ████2222   31a | 4,129. |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 4,129. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37,021. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 12/30/15 TTW  Form **1040** (2015)

Form 1040 (2015) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 37,021. |
| | 39a | Check if: ☐ You were born before January 2, 1951, ☐ Blind. ☐ Spouse was born before January 2, 1951, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,250 | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 12,600. |
| | 41 | Subtract line 40 from line 38 | 41 | 24,421. |
| | 42 | **Exemptions.** If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 8,000. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 16,421. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | 1,643. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | 1,500. |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 3,143. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required . . | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 . . . | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 3,143. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| | 62 | Taxes from:  a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 3,143. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 . . | 64 | 1,228. |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | |
| | 66a | **Earned income credit (EIC)** . . No . . . . . | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 . . . . | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 . . . | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 . . . . . | 69 | |
| | 70 | Amount paid with request for extension to file . . . . | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld . . . | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 . . . | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 1,228. |
| **Refund** Direct deposit? See instructions. | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | |
| | ▶ b | Routing number  X X X X X X X X X  ▶c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number  X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want **applied to your 2016 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 1,915. |
| | 79 | Estimated tax penalty (see instructions) . . . . . . . 79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature  Date  Your occupation  Software Engineer  Daytime phone number  (330) 310-9162 Spouse's signature. If a joint return, **both** must sign.  Date  Spouse's occupation  Housewife  If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | | | |
| **Paid Preparer Use Only** | Print/Type preparer's name  Preparer's signature  Date  Check ☐ if self-employed  PTIN Firm's name ▶ Self-Prepared  Firm's EIN ▶ Firm's address ▶  Phone no. | | | |

www.irs.gov/form1040                                       REV 12/30/15 TTW       Form **1040** (2015)

# SCHEDULE E (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041.
▶ Information about Schedule E and its separate instructions is at www.irs.gov/schedulee.

OMB No. 1545-0074

**2015**

Attachment Sequence No. **13**

Name(s) shown on return: Keith A Yerian & Sun Y Pak

Your social security number: (b) -4554

### Part I  Income or Loss From Rental Real Estate and Royalties
Note: If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

A  Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
B  If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

**1a  Physical address of each property (street, city, state, ZIP code)**
A  5767 Treasure Ln Grant  FL 32949
B
C

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 4 | | A | 365 | 0 | ☐ |
| B |   | | B |   |   | ☐ |
| C |   | | C |   |   | ☐ |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land   7 Self-Rental
2 Multi-Family Residence    4 Commercial                   6 Royalties   8 Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3 | Rents received | 3 | 12,000. | | |
| 4 | Royalties received | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | | | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | | | |
| 15 | Supplies | 15 | | | |
| 16 | Taxes | 16 | | | |
| 17 | Utilities | 17 | | | |
| 18 | Depreciation expense or depletion | 18 | | | |
| 19 | Other (list) ▶ | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | | | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | 21 | 12,000. | | |
| 22 | Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | 22 | ( ) | ( ) | ( ) |

| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | 12,000. | |
|---|---|---|---|---|
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| c | Total of all amounts reported on line 12 for all properties | 23c | | |
| d | Total of all amounts reported on line 18 for all properties | 23d | | |
| e | Total of all amounts reported on line 20 for all properties | 23e | | |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | 12,000. | |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( ) | |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 12,000. | |

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 03/14/16 TTW   Schedule E (Form 1040) 2015

| Form **8962** | **Premium Tax Credit (PTC)** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040, 1040A, or 1040NR.<br>▶ Information about Form 8962 and its separate instructions is at www.irs.gov/form8962. | **2015**<br>Attachment<br>Sequence No. **73** |

| Name shown on your return | Your social security number |
|---|---|
| Keith A Yerian & Sun Y Pak | (b) ▓▓▓-▓▓-4554 |

You cannot claim the PTC if your filing status is married filing separately unless you are eligible for an exception (see instructions). If you qualify, check the box. ☐

### Part I — Annual and Monthly Contribution Amount

| | | | |
|---|---|---|---|
| 1 | Tax family size. Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | 1 | 2 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) . . . . . **2a** 37,021. | | |
| 2b | b Enter the total of your dependents' modified AGI (see instructions) . . . | 2b | |
| 3 | Household income. Add the amounts on lines 2a and 2b . . . . . . . . . | 3 | 37,021. |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used.  a ☐ Alaska  b ☐ Hawaii  c ☒ Other 48 states and DC | 4 | 15,730. |
| 5 | Household income as a percentage of federal poverty line (see instructions) . . . . . . . . . . . | 5 | 235 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.)<br>☒ **No.** Continue to line 7.<br>☐ **Yes.** You are not eligible to receive PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment amount. | | |
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . | 7 | 0.0757 |
| 8a | Annual contribution amount. Multiply line 3 by line 7 . . . . . . . . **8a** 2,802. | b Monthly contribution amount. Divide line 8a by 12. Round to whole dollar amount . . | **8b** 234. |

### Part II — Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

9 Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage (see instructions)?
☐ **Yes.** Skip to Part IV, Shared Policy Allocation, or Part V, Alternative Calculation for Year of Marriage.  ☒ **No.** Continue to line 10.

10 See the instructions to determine if you can use line 11 or must complete lines 12 through 23.
☒ **Yes.** Continue to line 11. Compute your annual PTC. Then skip lines 12–23 and continue to line 24.
☐ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24.

| Annual Calculation | (a) Annual enrollment premiums (Form(s) 1095-A, line 33a) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33b) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33c) |
|---|---|---|---|---|---|---|
| **11** Annual Totals | 11,957. | 12,188. | 2,802. | 9,386. | 9,386. | 11,148. |

| Monthly Calculation | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21–32, column a) | (b) Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21–32, column b) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly contribution) | (d) Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21–32, column c) |
|---|---|---|---|---|---|---|
| **12** January | | | | | | |
| **13** February | | | | | | |
| **14** March | | | | | | |
| **15** April | | | | | | |
| **16** May | | | | | | |
| **17** June | | | | | | |
| **18** July | | | | | | |
| **19** August | | | | | | |
| **20** September | | | | | | |
| **21** October | | | | | | |
| **22** November | | | | | | |
| **23** December | | | | | | |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | 24 | 9,386. |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here | 25 | 11,148. |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If you elected the alternative calculation for marriage, enter zero. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 . | 26 | |

### Part III — Repayment of Excess Advance Payment of the Premium Tax Credit

| | | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | 27 | 1,762. |
| 28 | Repayment limitation (see instructions) . . . . . . . . . . . . . . . . | 28 | 1,500. |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 | 29 | 1,500. |

For Paperwork Reduction Act Notice, see your tax return instructions.  BA  REV 12/04/15 TT  Form **8962** (2015)

Form 8962 (2015)                  Page **2**

## Part IV — Shared Policy Allocation

Complete the following information for up to four shared policy allocations. See instructions for allocation details.

**Shared Policy Allocation 1**

| 30 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Shared Policy Allocation 2**

| 31 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Shared Policy Allocation 3**

| 32 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Shared Policy Allocation 4**

| 33 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

34   Have you completed shared policy allocation information for all allocated Forms 1095-A?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add allocated amounts across all allocated policies with amounts for non-allocated policies from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☐ **No.** See the instructions to report additional shared policy allocations.

## Part V — Alternative Calculation for Year of Marriage

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | Alternative entries for your SSN | (a) Alternative family size | (b) Monthly contribution | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 36 | Alternative entries for your spouse's SSN | (a) Alternative family size | (b) Monthly contribution | (c) Alternative start month | (d) Alternative stop month |

REV 12/04/15 TT                         Form **8962** (2015)