# Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 20

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

APPENDIX B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.
_____/

Richard Blackstone Webber, II,
Chapter 7 Trustee

    Plaintiff,
v.

Keith A. Yerian and Sun Y. Pak,

    Defendants.
_____/

Chapter 7
Case No.: 6:15-bk-07120-KSJ

Adv. Proc. No. 6:15-ap-00064-KSJ

## RESPONSE OF DEFENDANT, SUN Y. PAK, TO PLAINTIFF'S INTERROGATORIES

1. Identify the person or persons answering these interrogatories.

    **ANSWER:** **Sun Yo Pak**

2. Identify all persons assisting in the answering of these interrogatories.

    **ANSWER:** **Frank M. Wolff, Esq.**

3. Identify any person known by you to have any knowledge concerning the Adversary Proceeding in this Chapter 7 bankruptcy case and as to each such person state a summary of the facts known or observed by the person.

    **ANSWER:** **Keith Yerian**
    **Sun Y Pak**

    **For summary of testimony, see allegations in the Defendants' Amended Answer.**

4. Identify all documents known to you that relate to any claim or defense in this Chapter 7 bankruptcy case in respect of the above-captioned Adversary Proceeding or Debtor's Chapter 7 bankruptcy case.

   **ANSWER:   All documents provided in response to the Plaintiff's Request to Produce (Bates Nos. SP000001 - SP000812)**

5. Identify any expert witness whom you intend or propose to use as a witness at the trial of the Adversary Proceeding in this Chapter 7 bankruptcy case and for each such expert identified state the following:

   a. The nature and substance of the opinion which you expect to elicit from each such person;
   b. State fully the factual basis upon which such opinions are founded; and
   c. State fully the qualifications which you contend make such a person an expert in the area of the opinions expressed.

   **ANSWER:   None**

6. Identify all documents: (a) generated by any person who is an expert witness which relate in any way to this case; and (b) all documents generated by you to such witness, including but not limited to all reports, tests, statements, letters, correspondence, notes or other recorded communications by such person or between you and such person.

   **ANSWER:   None**

7. For each person known to the parties or counsel to be a witness concerning the facts of the case, set forth either a summary sufficient to inform the other party of the important facts known to or observed by such witness, or provide a copy of any written or recorded statements taken from such witness.

   **ANSWER:   See answer to question Number 1 hereinabove.**

8. For every allegation of the Adversary Complaint that you deny, identify all documents upon which you rely or upon which you base your defense(s).

   **ANSWER:   All documents provided in response to the Plaintiff's Request to produce (Bates Nos. SP000001 - SP000812)**

9. Identify each document or exhibit that you may present at Trial in the above-captioned Adversary Proceeding.

   **ANSWER:   Not determined at this time.**

10. Identify each witness that you may present at Trial in the above-captioned Adversary Proceeding and a summary of their testimony.

   **ANSWER:** **Keith A Yerian**
   **Sun Y Pak**

11. Identify why Keith A. Yerian transferred $256,000 from his TD Ameritrade Account ending #8472 to your TD Ameritrade Account ending #5634 on or about March 15, 2012.

   **ANSWER:** **See response to Paragraph 18 of the Complaint in the Amended Answer. The E*Trade account #8472 was my account and my funds. Keith A. Yerian only had rights to view my account. The funds were transferred to an account that did not include Keith A. Yerian (E*Trade #5634) prior to my moving to Florida so that I could purchase my home.**

12. Identify how you spent the transfer of $256,000 from Keith A. Yerian's TD Ameritrade Account ending #8472 to your TD Ameritrade Account ending #5634 on or about March 15, 2012.

   **ANSWER:** **The entire premise of this question is wrong. There is no TD Amweritrade account #8472. E*Trade account #8472 was my account. There is no TD Amertitrade Account #5634. I used my money from my account E*TRADE #5634 to purchase my home at 5767 Treasure Ln Grant FL 32949, and for remodeling expenses, and monthly bills.**

13. Identify why Keith A. Yerian transferred $110,025 from his TD Ameritrade Account ending #7414 to your TD Ameritrade Account ending #5634 on or about March 20, 2013.

   **ANSWER:** **No such transfer occurred.**

14. Identify how you spent the transfer of $110,025 from Keith A. Yerian's TD Ameritrade Account ending #7414 to your TD Ameritrade Account ending #5634 on or about March 20, 2013

   **ANSWER:** **I never received these funds. No such transfer occurred.**

15. Identify why you purchased real property located at 5667 Treasure Lane, Grant-Valkaria, Florida 32949.

   **ANSWER:** **I needed a home when I left Keith A. Yerian in Ohio. The correct address is 5767.**

16. Identify the source of funds for your purchase of real property located at 5767 Treasure Lane, Grant-Valkaria, Florida 32949.

   ANSWER: My E*Trade account ending in #5634, which was funded from my E*Trade Account #8472, which was funded with monies from my family in Korea.

## VERIFICATION OF ANSWERS TO INTERROGATORIES UNDER PENALTY OF PERJURY

I, Sun Y. Pak, certify under penalty of perjury that the foregoing answers to interrogatories are true and correct to the best of my knowledge, information and belief.

By: _____
SUN Y. PAK

## CERTIFICATE OF SERVICE

I certify that this answer to interrogatories has been served on November 18, 2015 by first class United States mail and email to: Bradley J. Anderson, Esquire, Zimmerman, Kiser &Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000, email: banderson@zkslawfirm.com.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
fwolff@whmh.com

Attorneys for Defendants

4