## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 21

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___ .

**By:** _____ ,  Deputy Clerk

APPENDIX B

2/6/2016                                                          Chase Online - Check Details

## CHASE

Chase.com | Contact Us | Privacy Notice | En Español |   Search: How can we help you today?    LOG OFF

CHASE ONLINE℠  Saturday, February 06, 2016

My Accounts > Account Activity > Check Details

### Check Details

○ Print  ○ Help with this page    I'd like to...
▸ See Account Statements

**BUSINESSSELECT CHKG (...1281)**

Check Number: 1720   Post Date: 11/04/2014   Amount of Check: $2,200.00

Front  Enlarge/Reduce Check Image

```
                                                            1720
MWAGUSI SOFTWARE LLC
702-421-3329
7260 W AZURE DR, STE 140-862
LAS VEGAS, NV 89130-4413
                                    DATE 10/30/14

PAY TO THE ORDER OF  Sun Pak                      $ 2200.00

Two Thousand Two Hundred and 00/100            DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR  Expenses                    (d)(5)
#001720#  :322276627:           28 1#
```

Need help printing or saving this check?

Back  Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures | AdChoices
© 2016 JPMorgan Chase & Co.

17