## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 23

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___ .

**By:** _____ ,   **Deputy Clerk**

APPENDIX B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Keith A.Yerian | ) | Case # 6:15-bk-01720-KSJ |
| | ) | Chapter 7 |
| <u>        Debtor                             </u> | ) | |

## 341 TRANSCRIPT – APRIL 9, 2015

<u>Attendance:</u>
Richard B. Webber II, Trustee
Keith A. Yerian, Debtor
Isabel Freeman covering for Brett A. Elam, Attorney for Debtor

Debtor sworn in.

Trustee: Are there any creditors or parties of interest in this case? Let the record reflect that none have made an appearance here this morning.

Trustee: I have examined a valid driver's license which identifies the debtor and correct address. I am holding an original W2 wage and tax statement for the year 2005 from ETC Computers Inc. and the social security number matches the petition and satisfies the social security requirement.

Trustee: Did you read the bankruptcy information sheet?
Debtor: I did.

Trustee: Everything you filed in this case is it true and correct?
Debtor: Yes

Trustee: Did you list all of your assets?
Debtor: I did.

Trustee: Did you list all of your debts?
Debtor: Yes

Trustee: Are there any changes, corrections or amendments you need to tell me about at this time?
Debtor: No
Freeman: None known.

Trustee: Have you ever filed bankruptcy before?
Debtor: Yes
Trustee: Do you remember approximately when? How many years ago.
Debtor: In was in 1984 in Akron, Ohio

Trustee: And did you get a discharge?
Debtor: I did

Trustee: Do you expect an inheritance in the next six months?
Debtor: No

| | |
|---|---|
| Trustee: | Are you a beneficiary to a trust? |
| Debtor: | I am not. |

| | |
|---|---|
| Trustee: | Does anyone owe you any money for any reason? |
| Debtor: | No |

| | |
|---|---|
| Trustee: | Do you have any type of personal injury claim? |
| Debtor: | No |

| | |
|---|---|
| Trustee: | Where do you live?  Do you live with someone else? |
| Debtor: | Yes I live in Grant, FL and I live with my wife. |

| | |
|---|---|
| Trustee: | You have no household goods on Schedule B 4.  Is that true? |
| Debtor: | That is true. |

| | |
|---|---|
| Trustee: | How long have you been married? |
| Debtor: | Since 2005 |

| | |
|---|---|
| Trustee: | All the household goods are your wife's? |
| Debtor: | Yes |

| | |
|---|---|
| Trustee: | In the last two years, have you transferred or sold any real property such as land or personal property? |
| Debtor: | No |

| | |
|---|---|
| Trustee: | In the last one year, have you repaid any debts to relatives? |
| Debtor: | No |

| | |
|---|---|
| Trustee: | Have you loaned any money to relatives? |
| Debtor: | No |

| | |
|---|---|
| Trustee: | Do you owe any alimony or child support to anyone? |
| Debtor: | I do |
| Trustee: | Do we have that on E? |
| Assistant: | No |
| Freeman: | Amend Schedule E? |
| Trustee: | Yes please within 7 days. |
| Trustee: | Finally, have you taken your 2nd bankruptcy class? |
| Debtor: | I have |

| | |
|---|---|
| Trustee: | Alright good, your meeting is concluded. |