## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 25

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   Deputy Clerk

APPENDIX B

1/13/2016            Corporation Details



Jon Husted Ohio Secretary

Jon Husted & the Office | Elections & Voting | Business Service | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Business Filing Portal**      your BUSINESS begins here

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 962286 |
| Business Name | ETC COMPUTERS, INC. |
| Filing Type | CORPORATION FOR PROFIT |
| Status | Active |
| Original Filing Date | 12/19/1996 |
| Expiry Date | |
| Location: DOYLESTOWN | County: WAYNE     State: OHIO |

| Agent / Registrant Information |
|---|
| DEBORAH W YERIAN<br>17830 GALEHOUSE RD<br>DOYLESTOWN,OH 44230<br>Effective Date: 09/28/1998<br>Contact Status: Active |

| Incorporator Information |
|---|
| KEITH ALAN YERIAN<br>DEBORAH W YERIAN<br>CHRISTINA J YERIAN |

| Filings | | |
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| DOMESTIC ARTICLES/FOR PROFIT | 12/19/1996 | 5697_0483 |
| AGENT NAME/ADDRESS TAX UPDATE | 02/01/1999 | AGNTUPDT |
| AGENT NAME/ADDRESS TAX UPDATE | 04/07/1999 | AGNTUPDT |

[ Return To Search Page ] [ Return To Search List ] [ Printer Friendly Report ]




EXHIBIT
Trustees #4
Yerian
5/17/16 DOB

EXHIBIT A