**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 26

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, Deputy Clerk

APPENDIX B

1/14/2016            Corporation Details

# Jon Husted
# Ohio Secretary

Jon Husted & the Office | Elections & Voting | Business Service | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

## Business Filing Portal

your **BUSINESS** begins here

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

**Corporation Details**

| Corporation Details | |
|---|---|
| Entity Number | 1407654 |
| Business Name | IMOBILE, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 08/25/2003 |
| Expiry Date | |
| Location: | County:      State: |

**Agent / Registrant Information**

DEBBIE W. YERIAN
17830 GALEHOUSE ROAD
DOYLESTOWN, OH 442309714
Effective Date: 08/25/2003
Contact Status: Active

**Incorporator Information**

DEBBIE W. YERIAN
KEITH A. YERIAN

**Filings**

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO | 08/25/2003 | 200323803866 |
| TRADE NAME/ORIGINAL FILING | 09/08/2003 | 200325203488 |

Return To Search Page | Return To Search List | Printer Friendly Report


Trustee's #5
Yerian
5-17-16 DAB


EXHIBIT
B