## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 27

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  Deputy Clerk

APPENDIX B

1/14/2016            Corporation Details



**Jon Husted
Ohio Secretary**

Jon Husted & the Office | Elections & Voting | Business Service | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Business Filing Portal**         your **BUSINESS** begins here

General Information | Business Search | UCC Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

Business Name
Business Name - Exact
Detailed Business Search
Number Search
Agent/Contact Name
Agent/Contact Name - Exact
Prior Business Name

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 1424224 |
| Business Name | BGLOBAL, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 11/19/2003 |
| Expiry Date | |
| Location: | County:     State: |

**Agent / Registrant Information**

DEBBIE W. YERIAN
17830 GALEHOUSE ROAD
DOYLESTOWN, OH 44230
Effective Date: 11/19/2003
Contact Status: Active

**Incorporator Information**

DEBBIE W. YERIAN
KEITH A. YERIAN

**Filings**

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO | 11/19/2003 | 200332501878 |

Return To Search Page    Return To Search List    Printer Friendly Report



Trustees #6
Yerian
5/17/16 DNB



EXHIBIT C