## Exhibit Cover Sheet

**Party submitting:** Plaintiff           **Ex. #** 30

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___ .

**By:** _____ ,  **Deputy Clerk**

APPENDIX B

**IRA SERVICES TRUST COMPANY**

| IRA | BD | EST | ACC | 3rd PTY | PREP |
|---|---|---|---|---|---|
| 3038 | — | 55 | 75 | — | ch |

5.29.12 ch

**Account Application For:** Keith Alan Yerian
CHK TIA T/S

Name: Keith Alan Yerian
Telephone: 330-760-6941

Address: 17878 Galehouse Rd
Doylestown, OH 44230

Registration Code: 1214500021

# Traditional IRA: Agreement

I hereby acknowledge the following:

- That the retirement plan I am establishing is self-directed and that I am solely responsible for the success or failure of my investments.

- That IRA Services Trust Company is the designated IRA Custodian and IRA Services, Inc. is the Administrator.

- That I have read and understand the IRA Custodial Agreement and Fee Schedule, including the minimum cash requirements for the account.

- That with the exception of deposits in amounts under $250,000 held at a depository institution and/or other similar banking institutions, my investments are: (a) not insured by the FDIC or any other federal or state deposit guaranteed fund; (b) not guaranteed by IRA Services Trust Company, its subsidiaries, parent, and/or agents; and (c) are subject to investment risk, including the possible loss of the principal invested.

- That certain investments or classes of investments may pose administrative burdens and, therefore, the Custodian and/or Administrator reserve the right not to process or accept such investments. The decision not to act upon investment directions which the Custodian and/or Administrator determines to be unacceptable for administrative reasons should in no way be construed as a determination concerning the prudence or advisability of investing in the asset.

- My account is subject to an Arbitration provision that appears in the IRA Agreement.

- I hereby give my consent to the Custodian and/or Administrator to the following: (a) have my telephone conversations recorded, (b) accept e-mail as a form of written communication and (c) accept faxed investment authorizations.

- I hold harmless, protect and indemnify the Custodian and Administrator from and against any and all liabilities, losses, damages, expenses and charges, including but not limited to attorney's fees and expenses of litigation, which the Custodian and Administrator may sustain or might sustain resulting directly or indirectly from my investment direction or those received from my authorized financial representative and/or agent.

- By signing this Application I hereby (a) adopt and establish my account with IRA Services Trust Company, or its successors, as Custodian, (b) understand that the Custodial Account Agreement and this Application comprise my entire contractual agreement with IRA Services Trust Company, (c) confirm that I have received, read and agree to the terms and conditions contained in the Custodial Account Agreement for the type of account I selected in my Online Application, (d) confirm that I have received, read and agree to the terms and conditions of the appropriate financial disclosure statement and Publication 590, (e) acknowledge receipt of the current fee schedule, (f) confirm that I have received a copy of IRA Services Trust Company's privacy notice, (g) acknowledge receipt of a current prospectus of the asset(s) named in any Investment Authorization Form which is I included in the Online Application and (h) understand that IRA Services, Inc. will handle the daily administration of the account.

- If this Application is to transfer to IRA Services Trust Company the assets of an existing IRA or other retirement account, I understand that the appointment of IRA Services Trust Company as successor Custodian will be effective upon receipt of any of the Plan assets. Further, I understand that IRA Services Trust Company, Custodian, expressly does not assume or incur any liability by reason of or have a duty or responsibility to inquire into or take action with respect to any acts performed or omitted to be performed by the current Custodian/Trustee. I understand that this transfer may take six weeks or longer.

**I declare under penalty of perjury that the foregoing is true and correct, including my social security number.**

Participant Signature: [signed Keith Alan Yerian]
Date: May 24, 2012

Spouse Signature: [signed]
Date: May 24, 2012

*Only required in community or marital property states, if anyone other than the spouse is named as primary beneficiary. I acknowledge that I am the spouse of the above-named accountholder and do hereby give them any interest that I have in the funds or property in this account and consent to the beneficiary designation(s) indicated above. I assume full responsibility for any adverse consequences that may result. No tax or legal advice was given to me by the Custodian, or its agents or representatives.

| Copy of Government Issued photo ID: | ☒ Drivers License | ☐ Passport | ☐ Other (describe) |
|---|---|---|---|
| Prior Custodian/Plan Name: ETrade Securities LLC | | | Expected Rollover Amount: $100,000.00 |
| Payment of Fees | ☒ Total $130.00 (Established $55 and Annual Account $75) | | |

Sign, Date and Return


EXHIBIT Trustees #9 Yerian 5/17/16 DB3