**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 31

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, Deputy Clerk

APPENDIX B



# IRA LLC AGREEMENT

*If you are investing in an LLC which will be owned by your IRA, you MUST complete this form prior to making your investment.*
*If you are transferring an IRA LLC from another IRA or qualified retirement plan, you MUST complete this form to facilitate the transfer.*

Return by mail: PO Box 7080, San Carlos, CA 94070-7080 | fax: 650-591-2168 | e-mail: info@iraservices.com
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

| FULL NAME | PHONE NO. | ACCOUNT NUMBER |
|---|---|---|
| Keith Alan Yerian | (330) 760-6941 | ████8038 |

## B. OPERATING AGREEMENT PREPARER INFORMATION  Required

| NAME OF PREPARER (ATTORNEY OR FIRM) | ADDRESS | PHONE NO. |
|---|---|---|
| Self Directed IRA LLC | PO Box 777038, Henderson NV 89077 | (800) 936-0872 |

## C. TRANSACTION REVIEWER INFORMATION  Required

In order to assure that the LLC conforms to the requirements and prohibitions of the Internal Revenue Service and Department of Labor, I will have all transactions of the LLC reviewed by the attorney, accountant or other third party professional named below at least annually to avoid any action that would disqualify the IRA.

☐ Please check this box if the transaction reviewer is the same as the operating agreement preparer.
If it is not, please provide the required information below:

| NAME OF TRANSACTION REVIEWER | ADDRESS | PHONE NO. |
|---|---|---|
| Four Seasons Tax Service | 3282 Cleveland Massillon Rd, Norton OH 44203 | (330) 825-3620 |

## D. GENERAL ACKNOWLEDGMENT AND AGREEMENT

- I acknowledge that I am investing my account funds in an LLC and I agree to provide certain information about the LLC to the Custodian of my account to allow them to properly complete any required reporting to the Internal Revenue Service or other governmental agencies.
- I acknowledge that the Custodian may determine that the information I provide is not sufficient to complete its obligations to the Internal Revenue Service. After notifying me of such deficiencies and allowing me to correct them, the Custodian, at its sole discretion, may determine the sufficiency of the information to comply with the Internal Revenue Service regulations and if insufficient, elect to distribute the LLC to me.
- I agree that should I wish to make subsequent investments in the LLC, I will prior to such investment, provide the Custodian with a legal opinion that such investment is not in violation of any Internal Revenue Service regulations or other laws.
- I acknowledge that any future changes in Internal Revenue Service regulations or other laws and regulation may require further action by me to allow the Custodian to continue to maintain the LLC within my account.
- I agree to hold harmless, protect and indemnify the Custodian from and against any and all liabilities, losses, damages, expenses and charges, including but not limited to attorney's fees, penalties and expenses of litigation, which the Custodian may sustain or might sustain resulting directly or indirectly from this investment.

## E. VALUATION

- I agree to provide an annual statement of the LLC's fair market value to IRA Services Trust Company on the *IRA LLC VALUATION* form available on the IRA Services website.
- I understand that the Custodian may require a fair market valuation at the time of any taxable distribution, such as a Roth conversion, account holder distribution or required minimum distribution and that a licensed professional (CPA, appraiser, etc) knowledgeable about the LLC must certify such valuation. I will ensure that the appraiser signs the *IRA LLC VALUATION* form.

## F. PROHIBITED TRANSACTIONS (see IRS Publication 590 for further information)

A prohibited transaction is a transaction between a plan (the LLC) and a disqualified person that is prohibited by law.

Prohibited transactions generally include the following transactions:
- A transfer of plan income or assets to, or use of them by or for the benefit of, a disqualified person;
- Any act of a fiduciary by which plan income or assets are used for his or her own interest;
- The receipt of consideration by a fiduciary for his or her own account from any party dealing with the plan in a transaction that involves plan income or assets;
- The sale, exchange, or lease of property between a plan and a disqualified person;
- Lending money or extending credit between a plan and a disqualified person;
- Furnishing goods, services, or facilities between a plan and a disqualified person.

A disqualified person is any of the following:
- You, the owner of the plan (IRA);
- A member of your family (i.e., your spouse, ancestors, lineal descendants and their spouses);
- The Custodian/Administrator of the plan;
- Any person providing services to the plan;
- Any corporation, partnership, trust, or estate in which you own (either direct or indirect) 50% or more;
- An officer, director, 10% or more shareholder, or highly compensated employee of the 50% or more owned entity described above.

## G. GENERAL ACKNOWLEDGMENT AND AGREEMENT

By signing this agreement, I hereby acknowledge receipt of the "IRA LLC Requirements" and "Account Disclosure" forms and that I understand my responsibilities to the Custodian. I acknowledge that I have not and will not engage in any prohibited transactions within my retirement account or its asset holdings. I further acknowledge that if I do not provide the Custodian with the information required by this agreement, the Custodian may elect to distribute the account in whole or in part to me and that this may be a taxable distribution. The Custodian may rely on the information provided by me both now and in the future regarding my LLC investment. I hold the Custodian harmless from any action taken against them due to the inadequacy or inaccuracy of any information or documentation I provide.

*[signed]*
Signature of Participant

Date: 6 / 1 / 2012

| FOR CUSTODIAL USE ONLY |
| PROCESS DATE ___/___/___ |

V20110112