## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 32

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, Deputy Clerk

APPENDIX B

IMPORTANT: PLEASE READ THE PRECEDING INSTRUCTION SHEET THOROUGHLY PRIOR TO COMPLETING THIS FORM
*** IF THIS FORM IS COMPLETED INCORRECTLY, DELAYS IN FUNDING YOUR ACCOUNT WILL OCCUR ***

  7311

# TRANSFER AUTHORIZATION

<u>DO NOT complete this form if:</u> You are intending to transfer a 401k, 457, 403b, governmental or other tax-exempt employer/organization retirement plan (i.e. Profit Sharing Plans, Defined Benefit Plans, etc.) Movement of assets from these types of plans cannot be processed as a TRANSFER. You MUST contact your Plan Administrator to initiate a ROLLOVER of these types of plans.

Mail ORIGINAL form <u>with</u> a copy of your most recent statement to: PO Box 7080, San Carlos CA 94070 | Overnight Mail: 1160 Industrial Rd, Ste 1, San Carlos CA 94070
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

FULL NAME: Keith Alan Yerian
PHONE NO.: 330-760-694[_]
SSN: [redacted] 4554
IRA SERVICES TRUST COMPANY ACCOUNT INFORMATION
ACCOUNT NUMBER: [redacted]3038
ACCOUNT TYPE: TRAD

## B. ACCOUNT TO TRANSFER

You MUST submit a copy of your most recent statement from the Custodian you list below. We will NOT process your request without it.

Account Type (check one):
[X] Traditional IRA  [ ] Roth IRA  [ ] SEP IRA  [ ] SIMPLE IRA  [ ] Coverdell Education Savings Account  [ ] Other*: _____

* You may <u>not</u> TRANSFER a 401k, 457, 403b, profit sharing plan, defined benefit plan, Keogh, or other similar qualified retirement plan. Please read the Instruction Sheet for more information.

Account No.: [redacted]7414  →  800-355-3888 X 302,1357
Custodian Name: ETRADE Securities LLC
Custodian Address: PO Box 484
City/State/Zip: Jersey City, NJ 07303-0484
Contact Name: Russell Hamilton
Contact Phone No.: 800-503-9260
Contact Fax No.: 678-624-6470

Please read the instruction sheet prior to checking these boxes. In checking either of these boxes, you acknowledge and accept the fees associated with these services.

[ ] Please check this box if you would like your request EXPEDITED
[ ] Please check this box if you would like IRA Services to forward this request to your Custodian by OVERNIGHT DELIVERY*
   * Charge cost to FedEx Account #: _____
   If no account # is provided, it will be charged to your IRA account

## C. CASH/ASSETS TO TRANSFER

If you are transferring CASH, you MUST provide your financial institution with appropriate LIQUIDATION INSTRUCTIONS prior to submitting this form to IRA Services.

[ ] Transfer ALL available cash  By selecting this option, I confirm that I have provided my financial institution with liquidation instructions prior to submitting this form to IRA Services
[X] Transfer EXACTLY: $ 100,000  By selecting this option, I confirm that I have provided my financial institution with liquidation instructions prior to submitting this form to IRA Services
[ ] Transfer ALL assets in-kind* (including cash)

Transfer ONLY the following assets in-kind* (please attach a separate page if necessary):
Asset name: _____ No. of shares: _____ Value: $_____
Asset name: _____ No. of shares: _____ Value: $_____
Asset name: _____ No. of shares: _____ Value: $_____
Asset name: _____ No. of shares: _____ Value: $_____

If transferring assets in-kind, please provide on a separate page the most current contact information of your investment sponsors (company name, address, contact name, phone number, fax number & email address). We cannot complete your request without this.

* If you are transferring Real Estate or assets secured by Real Estate, please read the Instruction Sheet for more information.

## D. DELIVERY INSTRUCTIONS FOR CUSTODIAN

Please choose from the options below on how you would like your Custodian to deliver your cash/assets to IRA Services. If no option is selected, your Custodian will choose for you.

[X] Mail (For checks & in-kind documents)   Send checks and "in-kind" transfer documents (if applicable) to: IRA Services, PO Box 7080, San Carlos CA 94070
   Make checks payable to "IRA Services Trust Company CFBO <Participant Name> <IRA Services Account Number>"
   For overnight deliveries: IRA Services, 1160 Industrial Rd Suite 1, San Carlos CA 94070

[ ] Wire (incoming Wire Fee applies)   Institution Name: Fremont Bank / Beneficiary Acct Name: IRA Services Trust Company
<u>Do not send cash via ACH</u>   Routing Transit No. (ABA): 121107882 / Beneficiary Acct No.: [redacted]2328
   For Further Credit: "FBO <Participant Name> & <IRA Services Account Number>"

[ ] DTC (For publicly traded assets only such as stocks, bonds, mutual funds, etc.)
<u>Do not send cash via DTC</u>   Firm: Sorrento Pacific Financial / DTC No.: 0443 / Account Title: IRA Services Trust Company, Custodian / Account No.: [redacted]6319

## E. PARTICIPANT AUTHORIZATION

By signing below, I acknowledge that the appointment of IRA Services Trust Company as custodian will become effective upon receipt of the assets from the prior custodian/trustee. I further acknowledge that IRA Services Trust Company assumes no liability for the action or inaction of the prior custodian/trustee as to the proper and timely transfer of funds.

Participant Signature: [signed]   Date: 05/24/2012

## IRA SERVICES TRUST COMPANY'S LETTER OF ACCEPTANCE

This section is for IRA Services to complete. NOT to be completed by Participant.

IRA Services Trust Company accepts its appointment as Custodian.
Authorized IRA Services Signature: [signed] I. McIrain
Tax ID: 26-2627205
Date: MAY 31 2012

Medallion Signature Guarantee: [stamp] MEDALLION GUARANTEE IRA SERVICES TRUST

V20120210

[Exhibit sticker] Trustees #70 Yerian 5/17/16 DOB

 **IRA SERVICES TRUST COMPANY**   ADM OFC: PO BOX 7080, SAN CARLOS, CA 94070  |  TEL: 800-248-8447  |  FAX: 650-591-2168

May 31, 2012

E*TRADE
HARBORSIDE FINANCIAL CTR
501 PLAZA 2 34 EXCHANGE PLACE
JERSEY CITY NJ 07311

RE: Transfer Request FBO-YERIAN, KEITH ALAN
    Your Account Number: ▓▓▓7414

A signed Transfer Authorization form is enclosed for our mutual client. Please process this request immediately, as there may be investment instructions pending receipt of these assets. Be advised that IRA Services Trust Company, as custodian, is qualified to accept this transfer. The asset(s) will be held in a Retirement Account as indicated on the Transfer Authorization for the benefit of the above referenced Participant.

Please forward the asset(s) according to the Delivery Instructions on the attached Transfer Authorization. Should you have any questions or if there are any further requirements necessary to expedite this request, please call IRA Services at (650) 593-2221.

Thank you for your prompt attention to this matter.

Sincerely,

Transfer Department
IRA Services


Enc: Transfer Authorization Form(s)


iralo


Our Account #▓▓▓3038