## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 33

**Admitted: Yes  or  No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

APPENDIX B

ENT'D JUN 1 4 2012

# IRA SERVICES TRUST COMPANY

## INVESTMENT AUTHORIZATION

This form must be used to authorize the purchase of any investment, "in-kind" investment or exchange of assets.

☐ Please check this box to EXPEDITE this request (expedite fee applies). You must have sufficient funds in your account for the request to be expedited. In addition, any required documentation must be included with this form.

Return by mail: PO Box 7080, San Carlos, CA 94070 | fax: 650-745-2929 | e-mail: investment@iraservices.com
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

### A. PARTICIPANT IDENTIFICATION

FULL NAME: Keith Alan Yerian
PHONE NO.: (330) 760-6941
ACCOUNT NUMBER: ▇▇▇3038

### B. ACKNOWLEDGMENT & AUTHORIZATION

I hereby acknowledge that I am solely responsible for the investment instructions I am making. I hold harmless, protect and indemnify the Custodian and Administrator from and against any and all liabilities, losses, damages, expenses and charges that the Custodian and Administrator may sustain or might sustain resulting directly or indirectly from my investment. I further acknowledge that I am solely responsible for the success or failure of this investment. I hereby authorize the purchase of the asset listed below for my IRA Services account.

### C. INVESTMENT INSTRUCTIONS

Asset Name and Asset Type (i.e. Promissory Note, LLC, Limited Partnership, private REIT, private common/preferred stock, etc.)
**Yerian Properties LLC**

CUSTODIAL USE ONLY: SDI01 YERIAN

**Contact Information**
Sponsor/Managing Partner Name: Keith Alan Yerian
Address: 17878 Galehouse Rd   Doylestown, OH 44230
Telephone: (330) 760-6941
E-mail: KeithAlanYerian@gmail.com

**Amount to Purchase** (check one)
Please note we will hold back funds to complete the $300 minimum required balance and to cover any investment-related fees before sending your requested amount. If there are insufficient funds to cover the minimum balance and/or fees, your request will be put on hold until sufficient funds are available.

☉ Invest exactly $ __99,000.00__
☐ Invest all available cash, less minimum required balance (Please specify amount of cash required in custodial cash account before purchase is made: $_____)
☐ Total shares/units to purchase: _____

**When to Purchase** (check one)
☉ Purchase as soon as possible (default option)    ☐ Purchase each month OR quarter (circle one) beginning on or after (mm/dd/yyyy): ___/___/___

### D. IN-KIND INVESTMENT/EXCHANGE  Complete this section only if you are making an investment "in-kind" of assets into an IRA LLC or exchanging assets

Name of IRA LLC/Name of asset exchanging to: _____

Assets to Invest in-kind into the IRA LLC/Asset exchanging from: (Invest/exchange all shares unless otherwise noted)

| Asset Name | No. of Shares/Units | Amount/Value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### E. DOCUMENT REQUIREMENTS  Incomplete documentation may result in the inability of the custodian/administrator to complete your request in a timely manner.

There may be several documents required to complete your investment transaction. The investment package you send to us must contain all of the required documentation in order to be processed. Please refer to the INVESTMENT DOCUMENT REQUIREMENTS document. Please make sure that all forms are completed correctly. Administrator will complete the documentation including registration and Tax ID.

Assets are to be registered as follows:
IRA Services Trust Company, Custodian FBO [your name] [account no.]
Tax ID: 26-2627205

### F. FUNDING INSTRUCTIONS  Please indicate how funds from your account are to be sent for purchase of the asset listed above

☐ Send a check using the following service:
  ☐ Regular Mail
  ☐ Overnight Mail (overnight delivery fee + cost* applies)

  * Charge cost to FedEx or UPS (circle one) account #: _____
  If no account # is provided, it will be charged to your IRA Services account

Payee Name & Address:
Payee Name: _____
Address: _____
City/State/Zip: _____
If sending to a bank, please reference bank account number and "c/o or Attn to": _____

☉ Send a wire: (wire transfer fee applies)     ▇▇▇▇4221
  ☐ Please check this box if this is an international wire
  Please provide the domestic/intermediary bank instructions below and international bank instructions on a separate piece of paper.

Bank Name: Fifth Third Bank
Bank Address: 2335 Second Street   Cuyahoga Falls, OH   44221
Telephone Number: (330) 926-5080
ABA (wire routing number): 042000314
Account Name: Yerian Properties LLC
Account Number: ▇▇▇▇4168
Reference: Keith A Yerian / Yerian Properties LLC

### G. PARTICIPANT SIGNATURE

Participant Signature: /s/ Keith Alan Yerian
Date: 06 / 12 / 2012

V20110607


EXHIBIT Trustee's #11 Yerian 5/17/16 DOB

 **IRA Services Trust Company**  Adm Office: PO Box 7080, San Carlos, CA 94070-7080  Telephone: 650-593-2221  Fax: 650-591-2168

## OUTGOING WIRE FUNDS TRANSFER REQUEST

### DOMESTIC

**ISSUE TRANSFER**
- Transfer Date: JUN 14, 2012
- Transfer Time: 11:20 AM    (Before 1:00pm)
- Transfer Amount: $99,000.00
- From Account Nickname: Distribution Acct# ▮▮▮▮2336

**BENEFICIARY INFORMATION**
- Beneficiary Institution R/T Number: 0420 00314
- Beneficiary Institution Name: FIFTH-THIRD BANK
- Beneficiary Institution Address: 2335 SECOND ST
- Beneficiary Institution City/State/Zip: CUYAHOGA FALLS    OH 44221
- Beneficiary Account: ▮▮▮▮▮▮416 8
- Beneficiary Name: YERIAN PROPERTIES LLC
- Beneficiary Address: _____
- Beneficiary City/ST/ZIP: _____
- Beneficiary Instructions: IRA SVCS fbo YERIAN, KEITH ALAN ▮▮▮▮3038
- For Further Credit: KEITH A YERIAN/YERIAN PROP LLC

**Authorized Signature:** Michael McNair

Subject to terms and conditions of Bank's Funds Transfer Agreement


**IRA SERVICES TRUST COMPANY**

# IRA LLC AGREEMENT

*If you are investing in an LLC which will be owned by your IRA, you MUST complete this form prior to making your investment.*
*If you are transferring an IRA LLC from another IRA or qualified retirement plan, you MUST complete this form to facilitate the transfer.*

Return by mail: PO Box 7080, San Carlos, CA 94070-7080 | fax: 650-591-2168 | e-mail: info@iraservices.com
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

### A. PARTICIPANT IDENTIFICATION

**FULL NAME:** Keith Alan Yerian
**PHONE NO.:** (330) 760-6941
**ACCOUNT NUMBER:** ███3038

### B. OPERATING AGREEMENT PREPARER INFORMATION — Required

**NAME OF PREPARER (ATTORNEY OR FIRM):** Self Directed IRA LLC
**ADDRESS:** PO Box 777036, Henderson NV 89077
**PHONE NO.:** (800) 936-0872

### C. TRANSACTION REVIEWER INFORMATION — Required

In order to assure that the LLC conforms to the requirements and prohibitions of the Internal Revenue Service and Department of Labor, I will have all transactions of the LLC reviewed by the attorney, accountant or other third party professional named below at least annually to avoid any action that would disqualify the IRA.

☐ Please check this box if the transaction reviewer is the same as the operating agreement preparer.
If it is not, please provide the required information below:

**NAME OF TRANSACTION REVIEWER:** Four Seasons Tax Service
**ADDRESS:** 3282 Cleveland Massillon Rd, Norton OH 44203
**PHONE NO.:** (330) 825-3620

### D. GENERAL ACKNOWLEDGMENT AND AGREEMENT

- I acknowledge that I am investing my account funds in an LLC and I agree to provide certain information about the LLC to the Custodian of my account to allow them to properly complete any required reporting to the Internal Revenue Service or other governmental agencies.
- I acknowledge that the Custodian may determine that the information I provide is not sufficient to complete its obligations to the Internal Revenue Service. After notifying me of such deficiencies and allowing me to correct them, the Custodian, at its sole discretion, may determine the sufficiency of the information to comply with the Internal Revenue Service regulations and if insufficient, elect to distribute the LLC to me.
- I agree that should I wish to make subsequent investments in the LLC, I will prior to such investment, provide the Custodian with a legal opinion that such investment is not in violation of any Internal Revenue Service regulations or other laws.
- I acknowledge that any future changes in Internal Revenue Service regulations or other laws and regulation may require further action by me to allow the Custodian to continue to maintain the LLC within my account.
- I agree to hold harmless, protect and indemnify the Custodian from and against any and all liabilities, losses, damages, expenses and charges, including but not limited to attorney's fees, penalties and expenses of litigation, which the Custodian may sustain or might sustain resulting directly or indirectly from this investment.

### E. VALUATION

- I agree to provide an annual statement of the LLC's fair market value to IRA Services Trust Company on the *IRA LLC VALUATION* form available on the IRA Services website.
- I understand that the Custodian may require a fair market valuation at the time of any taxable distribution, such as a Roth conversion, account holder distribution or required minimum distribution and that a licensed professional (CPA, appraiser, etc) knowledgeable about the LLC must certify such valuation. I will ensure that the appraiser signs the *IRA LLC VALUATION* form.

### F. PROHIBITED TRANSACTIONS (see IRS Publication 590 for further information)

A prohibited transaction is a transaction between a plan (the LLC) and a disqualified person that is prohibited by law.

Prohibited transactions generally include the following transactions:
- A transfer of plan income or assets to, or use of them by or for the benefit of, a disqualified person;
- Any act of a fiduciary by which plan income or assets are used for his or her own interest;
- The receipt of consideration by a fiduciary for his or her own account from any party dealing with the plan in a transaction that involves plan income or assets;
- The sale, exchange, or lease of property between a plan and a disqualified person;
- Lending money or extending credit between a plan and a disqualified person;
- Furnishing goods, services, or facilities between a plan and a disqualified person.

A disqualified person is any of the following:
- You, the owner of the plan (IRA);
- A member of your family (i.e., your spouse, ancestors, lineal descendants and their spouses);
- The Custodian/Administrator of the plan;
- Any person providing services to the plan;
- Any corporation, partnership, trust, or estate in which you own (either direct or indirect) 50% or more;
- An officer, director, 10% or more shareholder, or highly compensated employee of the 50% or more owned entity described above.

### G. GENERAL ACKNOWLEDGMENT AND AGREEMENT

By signing this agreement, I hereby acknowledge receipt of the "IRA LLC Requirements" and "Account Disclosure" forms and that I understand my responsibilities to the Custodian. I acknowledge that I have not and will not engage in any prohibited transactions within my retirement account or its asset holdings. I further acknowledge that if I do not provide the Custodian with the information required by this agreement, the Custodian may elect to distribute the account in whole or in part to me and that this may be a taxable distribution. The Custodian may rely on the information provided by me both now and in the future regarding my LLC investment. I hold the Custodian harmless from any action taken against them due to the inadequacy or inaccuracy of any information or documentation I provide.

*[signed]*
**Signature of Participant**

**Date:** 6 / 1 / 2012

FOR CUSTODIAL USE ONLY
PROCESS DATE ___ / ___ / ___

V20110112



# Certified Copy

I certify the attached is a true and correct copy of the Articles of Organization of YERIAN PROPERTIES LLC, a limited liability company organized under the laws of the state of Florida, filed electronically on May 22, 2012, as shown by the records of this office

I further certify that this is an electronically transmitted certificate authorized by section 15.16, Florida Statutes, and authenticated by the code noted below.

The document number of this limited liability company is L12000069133.

Authentication Code: 120523091050-600235422636#1

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty Third day of May, 2012



Ken Detzner
Secretary of State

## Electronic Articles of Organization
## For
## Florida Limited Liability Company

L12000069133
FILED 8:00 AM
May 22, 2012
Sec. Of State
thampton

### Article I
The name of the Limited Liability Company is:
YERIAN PROPERTIES LLC

### Article II
The street address of the principal office of the Limited Liability Company is:
17878 GALEHOUSE RD
DOYLESTOWN, OH. US 44230

The mailing address of the Limited Liability Company is:
17878 GALEHOUSE RD
DOYLESTOWN, OH. US 44230

### Article III
The purpose for which this Limited Liability Company is organized is:
ANY AND ALL LAWFUL BUSINESS.

### Article IV
The name and Florida street address of the registered agent is:
NATIONWIDE CORPORATE SERVICES INC
80 SW 8TH ST
SUITE 2000
MIAMI, FL. 33130

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   THOMAS V WALKER OBO NATIONWIDE CORPORATE

## Article V

The name and address of managing members/managers are:

Title: MGR
KEITH A YERIAN
17878 GALEHOUSE RD
DOYLESTOWN, OH. 44230 US

L12000069133
FILED 8:00 AM
May 22, 2012
Sec. Of State
thampton

Signature of member or an authorized representative of a member

Electronic Signature: THOMAS V WALKER

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.