## Exhibit Cover Sheet

**Party submitting:** Plaintiff       **Ex. #** 34

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

### APPENDIX B



**IRA SERVICES TRUST COMPANY**

ENTERED JUL 2 0 2012

# INVESTMENT AUTHORIZATION

This form must be used to authorize the purchase of any investment.
Please read the attached instruction sheet on how to complete this form and what documents you will need to submit with this form.

Return by regular mail: PO Box 7080, San Carlos, CA 94070-7080 | Overnight mail: 1160 Industrial Rd, Suite 1, San Carlos, CA 94070-7080
Fax: 650-745-2929 | E-mail: investment@iraservices.com | For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

**FULL NAME:** Keith Alan Yerian  **PHONE NO:** (330) 760-6941  **ACCOUNT NUMBER:** ____3038

## B. INVESTMENT INSTRUCTIONS

[✓] **EXPEDITED SERVICE:** Check this box if you want this request to be expedited. Please read the attached instruction sheet for information regarding this service. By checking this box you agree to the fees and terms of this expedite service.

[ ] **CHANGE REQUEST:** Check this box if this request is a modification of an original request.

**CUSTODIAL USE ONLY:** SDI01-YERIAN

**Asset Name:** Yerian Properties LLC

**Asset Type (select one):**

( ) Unsecured promissory note  ( ) Secured promissory note  (●) IRA LLC (private, single-member, family)  ( ) Real estate  ( ) Tax lien  ( ) REIT  ( ) LLC or LP
( ) Private placement  ( ) Life settlement  ( ) Precious metals  ( ) Managed futures/foreign currency account  ( ) Private stock  ( ) Hedge fund
( ) Publicly traded security  ( ) Certificate of Deposit (CD)  ( ) Brokerage account  ( ) Other: _____

**Contact Information** (all fields must be completed unless otherwise specified):

**Investment Sponsor/Managing Partner Name:** Keith Alan Yerian
**Address:** 17878 Galehouse Rd Doylestown OH 44230

**Telephone Number:** (330) 760-6941  **Fax Number (optional):** _____  **Email Address:** KeithAlanYerian@gmail.com

**Amount to Purchase (select one):**

Please note we will retain enough cash to maintain your minimum required balance, and to cover any investment-related fees or any unpaid fees before sending your requested amount. If there are insufficient funds to cover the minimum balance and/or fees, your request will be put on hold until sufficient funds are available.

(●) Invest exactly $ 120,000.00
( ) Invest all available cash balance less funds on hold, required minimum balance, fees due and transaction fees
  ( ) Optional: Specify amount of cash required in custodial cash account before purchase is made: $ _____
  ( ) Optional: If you wish to retain more than the minimum required balance, specify amount to be retained: $ _____
( ) Total shares/units/interest to purchase: _____

**When to Purchase (select one):** (●) Purchase one-time only as soon as possible (default option)
( ) Purchase beginning on or after (mm/dd/yy): ___/___/___
Frequency: ( ) one-time  ( ) weekly  ( ) monthly  ( ) quarterly  ( ) semi-annually  ( ) annually

## C. DOCUMENT REQUIREMENTS
Your request will not be processed if you do not provide the required documents with this form.

Please refer to the attached INVESTMENT DOCUMENT REQUIREMENTS document. There may be several documents required to complete your investment transaction. Your investment request must contain all of the required documentation in order to be processed. Please make sure that all supporting documents are completed in full and submitted at the same time with this form. If this is a subsequent investment in an asset that is already held in your account, you are not required to submit any supporting documents. ASSETS MUST BE REGISTERED AS FOLLOWS: IRA SERVICES TRUST COMPANY, CUSTODIAN FBO [YOUR NAME] [ACCOUNT NO.] [TAX ID: 26-2627205]

## D. FUNDING INSTRUCTIONS
Please indicate how funds from your account are to be sent (check or wire) for the purchase of the asset listed above.

( ) Send a CHECK using the following service:
  ( ) Regular Mail
  ( ) Overnight Mail (via FedEx) (overnight delivery fee + cost applies)
* Charge cost of overnight delivery to:
FedEx Account #: _____
If no account # is provided, it will be charged to your IRA account

**Payee Name & Address:**
Payee Name: Yerian Properties LLC
Address: 17878 Galehouse Rd
City/State/Zip: Doylestown / OH / 44230
If sending to a bank, please reference bank name, account # & "c/o" or "Attn to" information:

(●) **Send a WIRE.** I have completed and attached a WIRE REQUEST form. I understand that an outgoing wire fee applies.

## E. ACKNOWLEDGMENT, AUTHORIZATION & PARTICIPANT SIGNATURE

I hereby acknowledge that I am solely responsible for the investment instructions I am making. I hold harmless, protect and indemnify the Custodian and Administrator from and against any and all liabilities, losses, damages, expenses and charges that the Custodian and Administrator may sustain or might sustain resulting directly or indirectly from my investment. I further acknowledge that I am solely responsible for the success or failure of this investment. I hereby authorize the purchase of the asset listed above for my IRA Services Trust Company account.

**Participant Signature:** _/s/ Keith Yerian_   **Date:** 07 / 18 / 12

V20120615



EXHIBIT Trustees #72 Yerian 5/17/16 DDB



# WIRE REQUEST

*This form is to be attached to the Investment Authorization or Distribution Request form if you are requesting that we wire your funds.*

Return Information for Investments – Mail: PO Box 7080, San Carlos, CA 94070-7080 | Fax: 650-745-2929 | E-mail: investment@iraservices.com
Return Information for Distributions – Mail: PO Box 7080, San Carlos, CA 94070-7080 | Fax: 650-745-1403 | E-mail: distributions@iraservices.com
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

**FULL NAME:** Keith Alan Yerian   **PHONE NO.** (330) 760-6941   **ACCOUNT NUMBER:** ▆3038

## B. WIRE INSTRUCTIONS  *Outgoing wire fee applies*

Please wire my funds to the following bank account (all fields below must be completed):   422)

| | |
|---|---|
| Bank Name | Fifth Third Bank |
| Bank Address | 2335 Second Street  Cuyahoga Falls, OH  44221 |
| Bank Phone Number | (330) 926-5080 |
| ABA (wire routing number) | 042000314 |
| Account Name | Yerian Properties LLC |
| Account Number | ▆168 |
| For Further Credit Account Name | Keith A Yerian / Yerian Properties LLC |
| For Further Credit Account Number | ▆168 |

## C. INTERNATIONAL WIRE   (Optional)  DO NOT COMPLETE THIS SECTION IF YOU DO NOT INTEND TO SEND AN INTERNATIONAL WIRE

For International Wires: Please provide the international wiring instructions in the area below. All international wires must go through a domestic intermediary bank (please fill in this information in the space indicated below). Outgoing international wire fee applies.

**INTERNATIONAL BANK:**

| | |
|---|---|
| Bank Name | |
| Bank Address | |
| SWIFT Code/IBAN | |
| Account Name | |
| Account Number | |
| For Further Credit Account Name | |
| For Further Credit Account Number | |

**DOMESTIC INTERMEDIARY BANK (REQUIRED):**

| | |
|---|---|
| Bank Name | |
| Bank Address | |
| Bank Phone Number | |
| ABA (wire routing number) | |

## C. AUTHORIZATION

Participant Signature: *[signed]*   Date: 07 / 18 / 12

V20120619



**IRA Services Trust Company**  ADM OFFICE: PO BOX 7080, SAN CARLOS, CA 94070-7080  TELEPHONE: 650-593-2221  FAX: 650-591-2168

## OUTGOING WIRE FUNDS TRANSFER REQUEST

### DOMESTIC

**ISSUE TRANSFER**
- Transfer Date:            JUL 24, 2012
- Transfer Time:            11:05 AM        (Before 1:00pm)
- Transfer Amount:          $120,000.00
- From Account Nickname:    Distribution Acct# ████ 2336

**BENEFICIARY INFORMATION**
- Beneficiary Institution R/T Number:        0420 00314
- Beneficiary Institution Name:              FIFTH-THIRD BANK
- Beneficiary Institution Address:           2335 SECOND ST
- Beneficiary Institution City/State/Zip:    CUYAHOGA FALLS        OH 44221
- Beneficiary Account:                       ████████ 416 8
- Beneficiary Name:                          YERIAN PROPERTIES LLC
- Beneficiary Address:                       _____
- Beneficiary City/ST/ZIP:                   _____
- Beneficiary Instructions:                  IRA SVCS fbo YERIAN, KEITH ALAN IRA313038
- For Further Credit:                        KEITH A YERIAN/YERIAN PROP LLC

Authorized Signature:                        _____
                                             Michael McNair

Subject to terms and conditions of Bank's Funds Transfer Agreement

**Mildred (IRAServices)**

**From:** Keith Alan Yerian [keithalanyerian@gmail.com]
**Sent:** Thursday, March 21, 2013 12:11 PM
**To:** investment@iraservices.com
**Subject:** Please fund this investment...
**Attachments:** WireTransferRequest.jpg; InvestAuth.jpg

To whom it may concern,

Please wire funds to my Self Directed IRA as specified in the attached documents. You currently have the Operating Agreement, Articles of Organization, EIN confirmation, and IRA LLC Agreement.

Thanks,
Keith Yerian
330.760.6941

1

ENTERED MAR 2 5 2013



# INVESTMENT AUTHORIZATION

This form must be used to authorize the purchase of any investment.
Please read the attached instruction sheet on how to complete this form and what documents you will need to submit with this form.
IMPORTANT: Asset documents *must* specify the following registration: "IRA Services Trust Company CFBO: [Investor Name] [IRA Account No.] (Tax ID: 26-2627205)"
Return by regular mail: PO Box 7080, San Carlos, CA 94070-7080 | Overnight mail: 1160 Industrial Rd, Suite 1, San Carlos, CA 94070-7080
Fax: 650-745-2929 | E-mail: investment@iraservices.com | For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

**FULL NAME:** Keith Alan Yerian  **PHONE NO.** (330) 760-6941  **ACCOUNT NUMBER** ████8038

## B. INVESTMENT INSTRUCTIONS

☐ **EXPEDITED SERVICE:** Check this box if you want this request to be expedited. Please read the attached instruction sheet for information regarding this service. By checking this box you agree to the fees and terms of this expedite service.

☐ **CHANGE REQUEST:** Check this box if this request is a modification of an original request.

CUSTODIAL USE ONLY: SDIOI- YERIAN

**Asset Name:** Yerian Properties LLC
**Asset Type:** LLC
(e.g. brokerage account, certificate of deposit (CD), hedge fund, IRA LLC, life settlement, LLC/LP, managed futures/foreign currency account, precious metals, private placement, private stock, promissory note (secured or unsecured), publicly-traded security (stock, bond, mutual fund), real property, REIT, tax lien, structured settlement, etc.)

Contact Information (all fields must be completed unless otherwise specified):

| Name of Investment Sponsor/Managing Entity | Address |
|---|---|
| Keith Alan Yerian / Yerian Properties LLC | 5767 Treasure Ln  Grant FL 32949 |
| Sun Yo Pak | 5767 Treasure Ln  Grant FL 32949 |

| Telephone Number | Fax Number (optional) | Email Address |
|---|---|---|
| (330) 760-6941 | | KeithAlanYerian@gmail.com |

**Amount to Purchase (select one):**
Please note we will retain enough cash to maintain your minimum required balance, and to cover any investment-related fees or any unpaid fees before sending your requested amount. If there are insufficient funds to cover the minimum balance and/or fees, your request will be put on hold until sufficient funds are available.

⦿ Invest exactly $ 110,000.00
○ Invest all available cash balance less funds on hold, required minimum balance, fees due and transaction fees

  Optional: Specify amount of cash required in custodial cash account before purchase is made: $_____
  Optional: If you wish to retain more than the minimum required balance, specify amount to be retained: $_____

○ Total shares/units/interest to purchase: _____

**When to Purchase (select one):** ⦿ Purchase one-time only as soon as possible (default option)
○ Purchase beginning on or after (mm/dd/yy): ___/___/___
Frequency:  ○ one-time  ○ weekly  ○ monthly  ○ quarterly  ○ semi-annually  ○ annually

## C. DOCUMENT REQUIREMENTS
Your request will not be processed if you do not provide the required documents with this form.
Please refer to the attached INVESTMENT DOCUMENT REQUIREMENTS document. There may be several documents required to complete your investment transaction. Your investment request must contain all of the required documentation in order to be processed. Please make sure that all supporting documents are completed in full and submitted at the same time with this form. If this is a subsequent investment in an asset that is already held in your account, you *may* be required to submit supporting documents. ASSETS MUST BE REGISTERED AS "IRA SERVICES TRUST COMPANY CFBO [INVESTOR NAME] [ACCOUNT NO.] (TAX ID: 26-2627205)".

## D. FUNDING INSTRUCTIONS
Please indicate how funds from your account are to be sent (check or wire) for the purchase of the asset listed above.

⦿ Send a WIRE. I have completed and attached a WIRE REQUEST form. I understand that an outgoing wire fee applies.
○ Send a CHECK using the following service:
  ○ Regular Mail
  ○ Overnight Mail (via FedEx) (overnight delivery fee + cost applies)
  Charge cost of overnight delivery to:
  FedEx Account #: _____
  If no account # is provided, it will be charged to your IRA account

Payee Name & Address (must not be a bank address*): ████ #221
Payee Name: _____
Address: _____
City/State/Zip: _____
*We will no longer mail checks to bank addresses.

## E. ACKNOWLEDGMENT, AUTHORIZATION & PARTICIPANT SIGNATURE

I hereby acknowledge that I am solely responsible for the investment instructions I am making; I hold harmless, protect and indemnify the Custodian and Administrator from and against any and all liabilities, losses, damages, expenses and claims that the Custodian and Administrator may sustain or might sustain resulting directly or indirectly from my investment. I acknowledge that I am solely responsible for the success or failure of this investment. I hereby authorize the purchase of the asset listed above for my IRA Services Trust Company account.

_[signature]_     Date: 03 / 21 / 13
Participant Signature

V20130312


**IRA SERVICES TRUST COMPANY**

# WIRE REQUEST

*This form is to be attached to the Investment Authorization or Distribution Request form if you are requesting that we wire your funds.*

For Investment wires: Return this form by – Mail: PO Box 7080, San Carlos, CA 94070-7080 | Fax: 650-745-2929 | E-mail: investment@iraservices.com
For Distribution wires: Return this form by – Mail: PO Box 7080, San Carlos, CA 94070-7080 | Fax: 650-745-1403 | E-mail: distributions@iraservices.com
For Inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

FULL NAME: Keith Alan Yerian   PHONE NO: (330) 760-6941   ACCOUNT NUMBER: ▮3038

## B. TRANSACTION TYPE

These wire instructions are for (select one):

- ● An investment; I am submitting an Investment Authorization with this Wire Request form
- ○ A distribution; I am submitting a Distribution Request with this Wire Request form

## C. WIRE INSTRUCTIONS   Outgoing wire fee applies

Please wire my funds to the following bank account (fields marked with an asterisk (*) are required):

#22)

| | |
|---|---|
| Bank Name* | Fifth Third Bank |
| Bank Address* | 2335 Second Street  Cuyahoga Falls, OH 44221 |
| Bank Phone Number* | (330) 928-5080 |
| ABA (wire routing number)* | 042000314 |
| Account Name* | Yerian Properties LLC |
| Account Number* | ▮4168 |
| For Further Credit Account Name | Keith A Yerian / Yerian Properties LLC |
| For Further Credit Account Number | ▮4168 |

## D. INTERNATIONAL WIRE   (Optional)  DO NOT COMPLETE THIS SECTION IF YOU DO NOT INTEND TO SEND AN INTERNATIONAL WIRE

For International Wires: Please provide the international wiring instructions in the area below. All international wires must go through a domestic intermediary bank (please fill in this information in the space indicated below). Outgoing International wire fee applies.

INTERNATIONAL BANK (fields marked with an asterisk (*) are required):

| | |
|---|---|
| Bank Name* | |
| Bank Address* | |
| SWIFT Code/IBAN* | |
| Account Name* | |
| Account Number* | |
| For Further Credit Account Name | |
| For Further Credit Account Number | |

DOMESTIC INTERMEDIARY BANK (MANDATORY) (fields marked with an asterisk (*) are required):

| | |
|---|---|
| Bank Name* | |
| Bank Address* | |
| Bank Phone Number* | |
| ABA (wire routing number)* | |

## E. AUTHORIZATION

Participant Signature: *[signature]*   Date: 03 / 21 / 13

V20121025



**IRA Services Trust Company**   ADM OFFICE: PO BOX 7080, SAN CARLOS, CA 94070-7080   TELEPHONE: 650-593-2221   FAX: 650-591-2168

## OUTGOING WIRE FUNDS TRANSFER REQUEST

### DOMESTIC

**ISSUE TRANSFER**
Transfer Date:            MAR 25, 2013
Transfer Time:            12:14 PM        (Before 1:00pm)
Transfer Amount:          $110,000.00
From Account Nickname:    Distribution Acct# ▓▓▓▓2336

**BENEFICIARY INFORMATION**
Beneficiary Institution R/T Number:        0420 00314
Beneficiary Institution Name:              FIFTH-THIRD BANK
Beneficiary Institution Address:           2335 SECOND ST
Beneficiary Institution City/State/Zip:    CUYAHOGA FALLS    OH 44221
Beneficiary Account:      ▓▓▓▓▓▓▓416 8
Beneficiary Name:         YERIAN PROPERTIES LLC
Beneficiary Address:      _____
Beneficiary City/ST/ZIP:  _____
Beneficiary Instructions: IRA SVCS fbo YERIAN, KEITH ALAN
                          IRA313038
For Further Credit:       KEITH A YERIAN/YERIAN PROP LLC

Authorized Signature:     _____
                          Michael McNair

Subject to terms and conditions of Bank's Funds Transfer Agreement