## Exhibit Cover Sheet

**Party submitting:** Plaintiff           **Ex. #** 35

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

APPENDIX B

IMPORTANT: PLEASE READ THE PRECEDING INSTRUCTION SHEET THOROUGHLY PRIOR TO COMPLETING THIS FORM
*** IF THIS FORM IS COMPLETED INCORRECTLY, DELAYS IN FUNDING YOUR ACCOUNT WILL OCCUR ***

  7311   **TRANSFER AUTHORIZATION**

DO NOT complete this form if: You are intending to transfer a 401k, 457, 403b, governmental or other tax-exempt employer/organization retirement plan (i.e. Profit Sharing Plans, Defined Benefit Plans, etc.) Movement of assets from these types of plans cannot be processed as a TRANSFER. You MUST contact your Plan Administrator to initiate a ROLLOVER of these types of plans.

Mail ORIGINAL form with a copy of your most recent statement to: PO Box 7080, San Carlos CA 94070 | Overnight Mail: 1160 Industrial Rd, Ste 1, San Carlos CA 94070
For inquiries, call: 800-248-8447 or visit www.IRAServices.com

### A. PARTICIPANT IDENTIFICATION
FULL NAME: Keith Alan Yerian    PHONE NO.: (330) 760-6941    SSN: ####4554
IRA SERVICES TRUST COMPANY ACCOUNT INFORMATION
ACCOUNT NUMBER: ####3038   ACCOUNT TYPE: TRAD

### B. ACCOUNT TO TRANSFER
You MUST submit a copy of your most recent statement from the Custodian you list below. We will NOT process your request without it.

Account Type (select one below):    Check this box if this is an inherited account ☐
(●) Traditional IRA  ( ) Roth IRA  ( ) SEP IRA  ( ) SIMPLE IRA  ( ) Coverdell Education Savings Account  ( ) Other*: ____

* You may not TRANSFER a 401k, 457, 403b, profit sharing plan, defined benefit plan, Keogh, or other similar qualified retirement plan. Please read the Instruction Sheet for more information.

Account No. (one per form): ####7414
Custodian Name: E*Trade Securities LLC
Custodian Address: PO Box 484
City/State/Zip: Jersey City / NJ / 07303
Contact Name (optional): Russell A Hamilton
Contact Phone No.: (800) 503-9260
Contact Fax No. (optional): (678) 624-6470

[✓] Check this box if you would like your request EXPEDITED
[✓] Check this box if you would like IRA Services Trust to forward this request to your Custodian by OVERNIGHT DELIVERY*
* Charge cost to FedEx Account #: ____
If no account # is provided, it will be charged to your IRA

### C. CASH/ASSETS TO TRANSFER
If you are transferring CASH, you MUST provide your financial institution with appropriate LIQUIDATION INSTRUCTIONS prior to submitting this form to IRA Services.

( ) Transfer ALL available cash  By selecting this option, I confirm that I have provided my financial institution with liquidation instructions prior to submitting this form to IRA Services
(●) Transfer EXACTLY: $ 110,000.00  By selecting this option, I confirm that I have provided my financial institution with liquidation instructions prior to submitting this form to IRA Services
( ) Transfer ALL assets in-kind* (including cash)
( ) Transfer ONLY the following assets in-kind* (please attach a separate page if necessary):
   Asset name: ____ No. of shares: ____ Value: $ ____
   Asset name: ____ No. of shares: ____ Value: $ ____
   Asset name: ____ No. of shares: ____ Value: $ ____
   Asset name: ____ No. of shares: ____ Value: $ ____

If transferring assets in-kind, please provide on a separate page the most current contact information of your Investment sponsors (company name, address, contact name, phone number, fax number & email address). We cannot complete your request without this.

* If you are transferring Real Estate or assets secured by Real Estate, please read the Instruction Sheet for more information.

### D. DELIVERY INSTRUCTIONS FOR CUSTODIAN
Please choose from the options below on how you would like your Custodian to deliver your cash/assets to IRA Services. If no option is selected, your Custodian will choose for you.

( ) **Mail** (For checks & in-kind documents)   Send checks and "in-kind" transfer documents (if applicable) to: IRA Services, PO Box 7080, San Carlos CA 94070
   Make checks payable to "IRA Services Trust Company CFBO <Participant Name> <IRA Services Account Number>"
   For overnight deliveries: IRA Services, 1160 Industrial Rd Suite 1, San Carlos CA 94070

(●) **Wire** (Incoming Wire Fee applies)   Institution Name: Fremont Bank / Beneficiary Acct Name: IRA Services Trust Company
Do not send cash via ACH   Routing Transit No. (ABA): 121107882 / Beneficiary Acct No. ####2328
   For Further Credit: "FBO <Participant Name> & <IRA Services Account Number>"

( ) **DTC** (For publicly traded assets only such as stocks, bonds, mutual funds, etc.)
Do not send cash via DTC   Firm: Sorrento Pacific Financial / DTC No.: 0443 / Account Title: IRA Services Trust Company, Custodian / Account No.: ####6319

### E. PARTICIPANT AUTHORIZATION
By signing below, I acknowledge that the appointment of IRA Services Trust Company as custodian will become effective upon receipt of the assets from the prior custodian/trustee. I further acknowledge that IRA Services Trust Company assumes no liability for the action or inaction of the prior custodian/trustee as to the proper and timely transfer of funds.

Participant Signature: [signature]    Date: 03 / 12 / 13

### IRA SERVICES TRUST COMPANY'S LETTER OF ACCEPTANCE  This section is for IRA Services to complete. NOT to be completed by Participant.

IRA Services Trust Company accepts its appointment as Custodian.    Medallion Signature Guarantee:

Authorized IRA Services Signature: [signature]
(Tax ID: 26-2627205)    Date: MAR 14 2013

V20121002

3/14



**FREMONT BANK**
39150 Fremont Boulevard
Fremont, CA 94538
www.FremontBank.com
800-359-BANK (2265)

Fremont Bank - Member FDIC  PAGE:
ACCOUNT:                    2328   03/29/20

IRA SERVICES TRUST COMPANY

BUSINESS ANALYZED CHECKING ACCOUNT    2328

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANC |
|---|---|---|---|---|
| WIRE:IN-201307900040;ORG KEITH A YERIAN | | 110,000.00 | 03/20/13 | 4591,803.8 |