## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 36

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

**APPENDIX B**



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is
available on our website at:

www.iraservices.com

click on the 'News' tab to
review the latest news and
information

**Account Number**
■■■■3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2012 - 12/31/2012

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL 32949

Page 1 of 2

## FINANCIAL SUMMARY

| | | |
|---|---|---|
| Custodial Cash Account $785.46 | Account Assets $219,486.00 | Account Balance $220,271.46 |

Account Tax ID:  ***-**-4554          Custodian Tax ID:  26-2627205

| | 2011 | 2012 |
|---|---|---|
| **Tax Year** | $.00 | $.00 |
| Contributions | | $.00 |
| Rollovers received from Prior Plans | | $.00 |
| Roth Conversion | | $.00 |
| Transfers received from Prior Custodians | | $220,000.00 |
| Custodial Fees received from Taxpayer | | $130.00 |
| Distributions which will be reported on a separate Form 1099R | | $.00 |
| Fair Market Value of LLCs not traded on securities market | | $219,486.00 |
| Total Fair Market Value as of 12/31 | | $220,271.46 |

[The foregoing information constitutes a substitute Form 5498 and will be furnished to the Internal Revenue Service in accordance with Federal Regulations.]
[The information on this statement represents the latest information available from various sources including investment sponsors and public sources.]

| **Custodial Fees** | Custodial Fees charged to your account this year | $345.00 |
|---|---|---|
| | Custodial Fees received from you this year | $130.00 |
| | Custodial Fees currently due | $.00 |

### CUSTODIAL CASH ACCOUNT

Interest Rate:  .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 5/30/2012 | CUSTODIAL FEE RECEIVED | 130.00 | 130.00 |
| 6/04/2012 | ESTABLISHMENT FEE PAID | 55.00- | 75.00 |
| 6/04/2012 | 2012 ACCOUNT FEE PAID | 75.00- | .00 |
| 6/12/2012 | TRANSFER FROM ETRADE | 100,000.00 | 100,000.00 |
| 6/14/2012 | BUY YERIAN PROPERTIES LLC | 99,000.00- | 1,000.00 |
| 6/14/2012 | ASSET PURCHASE FEE PAID | 40.00- | 960.00 |
| 6/14/2012 | WIRE FEE PAID | 25.00- | 935.00 |
| 7/09/2012 | 07/01/12 QRTRLY ASSET FEE PAID | | |
| | YERIAN PROPERTIES LLC | 10.00- | 925.00 |
| 7/24/2012 | TRANSFER FROM ETRADE | 120,000.00 | 120,925.00 |
| 7/24/2012 | BUY YERIAN PROPERTIES LLC | 120,000.00- | 925.00 |

(continued on next page)




**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:

www.iraservices.com

click on the 'News' tab to review the latest news and information

**Account Number**
████3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2012 - 12/31/2012

KEITH ALAN YERIAN

**CUSTODIAL CASH ACCOUNT (continued)**

Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 7/24/2012 | ASSET PURCHASE FEE PAID | 40.00- | 885.00 |
| 7/24/2012 | TRANSACTION FEE PAID | 15.00- | 870.00 |
| 7/24/2012 | TRANSACTION FEE PAID | 50.00- | 820.00 |
| 7/24/2012 | WIRE FEE PAID | 25.00- | 795.00 |
| 10/09/2012 | 10/01/12 QRTRLY ASSET FEE PAID YERIAN PROPERTIES LLC | 10.00- | 785.00 |
| 12/31/2012 | 2012 CUSTODIAL CASH DIVIDENDS | .46 | 785.46 |
| 12/31/2012 | Ending Balance | | $785.46 |

**YERIAN PROPERTIES LLC**

| Date | Description | Amount | Shares | Share Balance |
|---|---|---|---|---|
| 6/14/2012 | BUY YERIAN PROPERTIES LLC | $99,000.00 | 99,000.000 | 99,000.000 |
| 7/24/2012 | BUY YERIAN PROPERTIES LLC | $120,000.00 | 120,000.000 | 219,000.000 |
| 12/21/2012 | VALUATION ADJUSTMENT 12/21/12 | $486.00 | 486.000 | 219,486.000 |
| 12/31/2012 | Ending Balance | | | 219,486.000 |

| | | | Sponsor Valuation |
|---|---|---|---|
| Valuation at Period End | | $219,486.00 | $1.000 per share on 12/21/2012 |