# Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 37

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated**  _____ , 20___ .

**By:** _____ ,  **Deputy Clerk**

### APPENDIX B


**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:
www.iraservices.com
click on the 'News' tab to review the latest news and information

**Account Number**
███ 3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2013 - 12/31/2013

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL  32949

Page 1 of 2

## FINANCIAL SUMMARY

| Custodial Cash Account | Account Assets | Account Balance |
|---|---|---|
| $502.81 | $298,578.00 | $299,080.81 |

Account Tax ID: ***-**-4554    Custodian Tax ID: 26-2627205

| Tax Year | 2012 | 2013 |
|---|---|---|
| Contributions | $.00 | $.00 |
| Rollovers received from Prior Plans | | $.00 |
| Roth Conversion | | $.00 |
| Transfers received from Prior Custodians | | $110,000.00 |
| Distributions which will be reported on a separate Form 1099R | | $.00 |
| Fair Market Value of LLCs not traded on securities market | | $298,578.00 |
| Total Fair Market Value as of 12/31 | | $299,080.81 |

[The foregoing information constitutes a substitute Form 5498 and will be furnished to the Internal Revenue Service in accordance with Federal Regulations.]
[The information on this statement represents the latest information available from various sources including investment sponsors and public sources.]

**Custodial Fees**
Custodial Fees charged to your account this year    $283.00
Custodial Fees received from you this year    $.00
Custodial Fees currently due    $.00

**CUSTODIAL CASH ACCOUNT**    Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/01/2013 | Beginning Balance | 785.46 | 785.46 |
| 1/03/2013 | 2013 ACCOUNT FEE PAID | 75.00- | 710.46 |
| 1/03/2013 | 01/01/13 QRTRLY ASSET FEE PAID YERIAN PROPERTIES LLC | 10.00- | 700.46 |
| 3/18/2013 | PAYMENT OF TRANSACTION FEE | 38.00- | 662.46 |
| 3/18/2013 | TRANSFER AUTH EXPEDITE FEE PD | 50.00- | 612.46 |
| 3/21/2013 | TRANSFER FROM E*TRADE | 110,000.00 | 110,612.46 |
| 3/25/2013 | BUY YERIAN PROPERTIES LLC | 110,000.00- | 612.46 |
| 3/25/2013 | ASSET PURCHASE FEE PAID | 40.00- | 572.46 |
| 3/25/2013 | TRANSACTION FEE PAID | 15.00- | 557.46 |
| 3/25/2013 | WIRE FEE PAID | 25.00- | 532.46 |



(continued on next page)

3P.N...    Telephone: (800) 248-8447 - Facsimile: (650) 591-2168 - Download forms and access your account on the web at: www.iraservices.com



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:
www.iraservices.com
click on the 'News' tab to review the latest news and information

**Account Number**
        8038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2013 - 12/31/2013

KEITH ALAN YERIAN

Page 2 of 2

Interest Rate: .020%

### CUSTODIAL CASH ACCOUNT (continued)

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/08/2013 | 04/01/13 QRTRLY ASSET FEE PAID YERIAN PROPERTIES LLC | 10.00- | 522.46 |
| 7/08/2013 | 07/01/13 QRTRLY ASSET FEE PAID YERIAN PROPERTIES LLC | 10.00- | 512.46 |
| 10/07/2013 | 10/01/13 QRTRLY ASSET FEE PAID YERIAN PROPERTIES LLC | 10.00- | 502.46 |
| 12/31/2013 | 2013 CUSTODIAL CASH DIVIDENDS | .35 | 502.81 |
| 12/31/2013 | Ending Balance | | $502.81 |

### YERIAN PROPERTIES LLC

| Date | Description | Amount | Shares | Share Balance |
|---|---|---|---|---|
| 1/01/2013 | Beginning Balance | | | 219,486.000 |
| 3/25/2013 | BUY YERIAN PROPERTIES LLC | $110,000.00 | 110,000.000 | 329,486.000 |
| 12/31/2013 | VALUATION ADJUSTMENT 12/31/13 | $30,908.00- | 30,908.000- | 298,578.000 |
| 12/31/2013 | Ending Balance | | | 298,578.000 |

Valuation at Period End   $298,578.00

Sponsor Valuation
$1.000 per share on 12/31/2013