## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 38

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   **Deputy Clerk**

### APPENDIX B



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:

www.iraservices.com

click on the 'News' tab to review the latest news and information

**Account Number**
■■■3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2014 - 12/31/2014

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL  32949

Page 1 of 2

## FINANCIAL SUMMARY

| Custodial Cash Account | Account Assets | Account Balance |
|---|---|---|
| $366.89 | $357,000.00 | $357,366.89 |

Account Tax ID: ***-**-4554     Custodian Tax ID: 26-2627205

| | 2013 | 2014 |
|---|---|---|
| **Tax Year** | | |
| Contributions | $.00 | $.00 |
| Rollovers received from Prior Plans | | $.00 |
| Roth Conversion | | $.00 |
| Transfers received from Prior Custodians | | $.00 |
| Distributions which will be reported on a separate Form 1099R | | $.00 |
| Fair Market Value of LLCs not traded on securities market | | $357,000.00 |
| Total Fair Market Value as of 12/31 | | $357,366.89 |

[The foregoing information constitutes a substitute Form 5498 and will be furnished to the Internal Revenue Service in accordance with Federal Regulations.]
[The information on this statement represents the latest information available from various sources including investment sponsors and public sources.]

| **Custodial Fees** | | |
|---|---|---|
| Custodial Fees charged to your account this year | | $136.00 |
| Custodial Fees received from you this year | | $.00 |
| Custodial Fees currently due | | $.00 |

**CUSTODIAL CASH ACCOUNT**     Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/01/2014 | Beginning Balance | 502.81 | 502.81 |
| 1/06/2014 | 2014 QTR 1 ACCOUNT FEE PAID | 22.00- | 480.81 |
| 1/06/2014 | 01/01/14 QRTRLY ASSET FEE PAID Q1 YERIAN PROPERTIES LL | 12.00- | 468.81 |
| 4/14/2014 | 2014 QTR 2 ACCOUNT FEE PAID | 22.00- | 446.81 |
| 4/14/2014 | 04/01/14 QRTRLY ASSET FEE PAID Q2 YERIAN PROPERTIES LL | 12.00- | 434.81 |
| 7/02/2014 | 2014 QTR 3 ACCOUNT FEE PAID | 22.00- | 412.81 |
| 7/02/2014 | 07/01/14 QRTRLY ASSET FEE PAID Q3 YERIAN PROPERTIES L | 12.00- | 400.81 |
| 10/06/2014 | 2014 QTR 4 ACCOUNT FEE PAID | 22.00- | 378.81 |

(continued on next page)

3P.N...   Telephone: (800) 248-8447  -  Facsimile: (650) 591-2168  -  Download forms and access your account on the web at: www.iraservices.com


EXHIBIT Trustees #15 Yerian 5/17/16 DJB



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:
www.iraservices.com
click on the 'News' tab to review the latest news and information

**Account Number**
3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2014 - 12/31/2014

KEITH ALAN YERIAN

Page 2 of 2

### CUSTODIAL CASH ACCOUNT (continued)

Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/06/2014 | 10/01/14 QRTRLY ASSET FEE PAID Q4 YERIAN PROPERTIES L | 12.00- | 366.81 |
| 12/31/2014 | 2014 CUSTODIAL CASH DIVIDENDS | .08 | 366.89 |
| 12/31/2014 | Ending Balance | | $366.89 |

### YERIAN PROPERTIES LLC

| Date | Description | Amount | Shares | Share Balance |
|---|---|---|---|---|
| 1/01/2014 | Beginning Balance | | | 298,578.000 |
| 11/18/2014 | VALUATION ADJ RECVD 11/18/2014 | $58,422.00 | 58,422.000 | 357,000.000 |
| 12/31/2014 | Ending Balance | | | 357,000.000 |
| | Valuation at Period End | $357,000.00 | | Sponsor Valuation $1.000 per share on 11/18/2014 |