## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 39

**Admitted: Yes  or  No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___ .

**By:** _____ ,   **Deputy Clerk**

**APPENDIX B**



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:

www.iraservices.com

click on the 'News' tab to review the latest news and information

**Account Number**
▮3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2015 - 12/31/2015

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL  32949

Page 1 of 2

## FINANCIAL SUMMARY

| Custodial Cash Account | Account Assets | Account Balance |
|---|---|---|
| $210.94 | $357,000.00 | $357,210.94 |

Your custodial cash balance is below the required minimum of $300. Please bring the balance up to the minimum.

Account Tax ID: ***-**-4554      Custodian Tax ID: 26-2627205

| Tax Year | 2014 | 2015 |
|---|---|---|
| Contributions | $.00 | $.00 |
| Rollovers received from Prior Plans | | $.00 |
| Roth Conversion | | $.00 |
| Transfers received from Prior Custodians | | $.00 |
| Distributions which will be reported on a separate Form 1099R | | $.00 |
| Fair Market Value of LLCs not traded on securities market | | $357,000.00 |
| Total Fair Market Value as of 12/31 | | $357,210.94 |

[The foregoing information constitutes a substitute Form 5498 and will be furnished to the Internal Revenue Service in accordance with Federal Regulations.]
[The information on this statement represents the latest information available from various sources including investment sponsors and public sources.]

| **Custodial Fees** | | |
|---|---|---|
| Custodial Fees charged to your account this year | | $156.00 |
| Custodial Fees received from you this year | | $.00 |
| Custodial Fees currently due | | $.00 |

**CUSTODIAL CASH ACCOUNT**                                Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/01/2015 | Beginning Balance | 366.89 | 366.89 |
| 1/02/2015 | 2015 QTR 1 ACCOUNT FEE PAID | 24.00- | 342.89 |
| 1/02/2015 | 01/01/15 QRTRLY ASSET FEE PAID Q1 YERIAN PROPERTIES L | 15.00- | 327.89 |
| 4/06/2015 | 2015 QTR 2 ACCOUNT FEE PAID | 24.00- | 303.89 |
| 4/06/2015 | 04/01/15 QRTRLY ASSET FEE PAID Q2 YERIAN PROPERTIES L | 15.00- | 288.89 |
| 7/06/2015 | 2015 QTR 3 ACCOUNT FEE PAID | 24.00- | 264.89 |
| 7/06/2015 | 07/01/15 QRTRLY ASSET FEE PAID Q3 YERIAN PROPERTIES L | 15.00- | 249.89 |



(continued on next page)



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:
www.iraservices.com
click on the 'News' tab to review the latest news and information

**Account Number**
■■■3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2015 - 12/31/2015

KEITH ALAN YERIAN

Page 2 of 2

**CUSTODIAL CASH ACCOUNT (continued)**         Interest Rate: .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/05/2015 | 2015 QTR 4 ACCOUNT FEE PAID | 24.00- | 225.89 |
| 10/05/2015 | 10/01/15 QRTRLY ASSET FEE PAID Q4 YERIAN PROPERTIES L | 15.00- | 210.89 |
| 12/31/2015 | 2015 CUSTODIAL CASH DIVIDENDS | .05 | 210.94 |
| 12/31/2015 | Ending Balance | | $210.94 |

**YERIAN PROPERTIES LLC**

| Date | Description | Amount | Shares | Share Balance |
|---|---|---|---|---|
| 12/31/2015 | Ending Balance | | | 357,000.000 |
| | Valuation at Period End | $357,000.00 | | Sponsor Valuation $1.000 per share on 11/18/2014 |