# Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 40

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____ ,  Deputy Clerk

APPENDIX B



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:

www.iraservices.com

click on the 'News' tab to review the latest news and information

**Account Number** 3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2016 - 03/31/2016

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT, FL  32949

Page 1 of 2

## FINANCIAL SUMMARY

| Custodial Cash Account | Account Assets | Account Balance |
|---|---|---|
| $170.95 | $357,000.00 | $357,170.95 |

Your custodial cash balance is below the required minimum of $300. Please bring the balance up to the minimum.

Account Tax ID: ***-**-4554     Custodian Tax ID: 26-2627205

| Tax Year | 2015 | 2016 |
|---|---|---|
| Contributions | $.00 | $.00 |
| Rollovers received from Prior Plans | $.00 | $.00 |
| Roth Conversion | $.00 | $.00 |
| Transfers received from Prior Custodians | | $.00 |
| Distributions which will be reported on a separate Form 1099R | | $.00 |
| Total Fair Market Value as of 12/31 | $357,210.94 | |

[The foregoing information constitutes a substitute Form 5498 and will be furnished to the Internal Revenue Service in accordance with Federal Regulations.]
[The information on this statement represents the latest information available from various sources including investment sponsors and public sources.]

| Custodial Fees | | |
|---|---|---|
| Custodial Fees charged to your account this year | | $40.00 |
| Custodial Fees received from you this year | | $.00 |
| Custodial Fees currently due | | $.00 |

### CUSTODIAL CASH ACCOUNT
Interest Rate:  .020%

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/01/2016 | Beginning Balance | 210.94 | 210.94 |
| 1/11/2016 | 2016 QTR 1 ACCOUNT FEE PAID | 25.00- | 185.94 |
| 1/11/2016 | 01/01/16 QRTRLY ASSET FEE PAID Q1 YERIAN PROPERTIES L | 15.00- | 170.94 |
| 3/31/2016 | 2016 MONEY MKT DIV THIS PERIOD | .01 | 170.95 |
| 3/31/2016 | Ending Balance | | $170.95 |

### YERIAN PROPERTIES LLC

| Date | Description | Amount | Shares | Share Balance |
|---|---|---|---|---|
| 1/01/2016 | Beginning Balance | | | 357.000.000 |

(continued on next page)

EXHIBIT #17 Trustee Yerian 5/17/16 DOB



**IRA SERVICES TRUST COMPANY**
PO Box 7080 San Carlos, CA 94070-7080

The Quarterly Newsletter is available on our website at:

www.iraservices.com

click on the 'News' tab to review the latest news and information

**Account Number**
███3038

**Account Type**
Traditional IRA

**A Valued Customer Since**
05/29/2012

**Period**
01/01/2016 - 03/31/2016

KEITH ALAN YERIAN

Page 2 of 2

| YERIAN PROPERTIES LLC | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description (continued)** | | **Amount** | **Shares** | **Share Balance** |
| 1/07/2016 | VALUATION ADJ RECVD | 1/07/2016 | | | 357,000.000 |
| 3/31/2016 | Ending Balance | | | | 357,000.000 |
| | Valuation at Period End | | $357,000.00 | | Sponsor Valuation $1.000 per share on 1/07/2016 |

3P.N... Telephone: (800) 248-8447 - Facsimile: (650) 591-2168 - Download forms and access your account on the web at: www.iraservices.com