## Exhibit Cover Sheet

**Party submitting:** Plaintiff         **Ex. #** 41

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  Deputy Clerk

APPENDIX B

Case 6:17-cv-00459-RBD   Document 12-20   Filed 05/10/17   Page 2 of 3 PageID 1849
Detail by Entity Name                                                    Page 1 of 2
Case 6:15-ap-00064-KS   led 06/04/15   Page 13 of 37



# Detail by Entity Name

### Florida Limited Liability Company
YERIAN PROPERTIES LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L12000069133 |
| **FEI/EIN Number** | 45-5348049 |
| **Date Filed** | 05/22/2012 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

5767 Treasure Lane
Grant, FL 32949

Changed: 03/23/2013

### Mailing Address

5767 Treasure Lane
Grant, FL 32949

Changed: 03/23/2013

### Registered Agent Name & Address

NATIONWIDE CORPORATE SERVICES INC
80 SW 8TH ST
SUITE 2000
MIAMI, FL 33130

### Authorized Person(s) Detail

**Name & Address**

Title MGR

YERIAN, KEITH A
5767 Treasure Lane
Grant, FL 32949

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 03/23/2013 |
| 2014 | 04/24/2014 |




EXHIBIT D

**Document Images**

| | |
|---|---|
| 04/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 05/22/2012 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State