## Exhibit Cover Sheet

**Party submitting:** Plaintiff       **Ex. #** 42

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated**           , 20   .

**By:**            , Deputy Clerk

APPENDIX B

Case 6:17-cv-00459-RBD   Document 13-1   Filed 05/10/17   Page 2 of 2 PageID 1854
CFN 2012117430, OR BK 6624   Page 211, Recorded 06/19/2012 at 10:55 AM, Mitch Needelman, Clerk of Courts, Brevard County   Doc. D: $511.00
Case 6:15-ap-00064-KSJ   Doc 1   Filed 06/04/15   Page 18 of 37

**EXHIBIT "B"**

Prepared by and Return to:
Genesis Title Company
Tamara Decelles
1140 Kyle Wood Lane
Brandon, Florida 33511-4731
Our File Number: 0412009

For official use by Clerk's office only

STATE OF UTAH           )    **SPECIAL WARRANTY DEED**
COUNTY OF SALT LAKE     )    (Corporate Seller)
                        )

THIS INDENTURE, made this __30__ day of __May__, 2012, between DLJ Mortgage Capital, Inc., a corporation of the state of Delaware, whose mailing address is: 3815 Southwest Temple Street, Salt Lake City, Utah 84114, party of the first part, and Yerian Properties LLC, a Florida Limited Liability Company, whose mailing address is: 17878 Galehouse Road, Doylestown, OH 44230, party/parties of the second part,

WITNESSETH:

First party, for and in consideration of the sum of Seventy Three Thousand dollars & no cents ($73,000.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, to wit in the County of Brevard, State of Florida:

Lot 25, Block 1742, PORT MALABAR UNIT THIRTY SIX, as per plat thereof, recorded in Plat Book 19, Pages 82 through 94, of the Public Records of Brevard County, Florida

Parcel ID: 2904150

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth above.

Signed, sealed and delivered                    DLJ Mortgage Capital, Inc.
in the presence of:

_signature_  05/30/12                           By: _signature_  5-30-12
Witness signature                               Print Name: DEBRA REILLY, DOC. CONTROL OFFICER
Dhari Handy, REO Closer                         Doc. Control Officer-Select Portfolio Servicing, Inc.
Print witness name                              Attorney-in-Fact
_signature_  5/30/12                            3815 SW Temple St., Salt Lake City, UT 84114
Witness signature                               (Corporate Seal)
_____ Vanderlinden, REO Closer
Print witness name

State of Utah
County of Salt Lake

THE FOREGOING INSTRUMENT was acknowledged before me this __30__ day of __May__, 2012, by DEBRA REILLY, DOC. CONTROL OFFICER as Doc. Control Officer of Select Portfolio Servicing, Inc., as Attorney-in-Fact for DLJ Mortgage Capital, Inc., who is personally known to me or who has produced valid driver's license as identification.

_signature_
Notary Public
Print Notary Name
My Commission Expires: 10/10/2012

Notary Seal

DHARI HANDY
Notary Public State of Utah
My Commission Expires on:
October 10, 2012
Comm. Number: 576414

DEED - Special Warranty Deed - Corporate

EXHIBIT
Trustee #19
Yerian
5/17/16 DWB