## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 43

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____ **,  Deputy Clerk**

**APPENDIX B**

EXHIBIT
Trustee #20
Yerian
5/17/16 DDB

---Expedi   primera   copia
certificada el mismo día de su
otorgamiento a favor de YERIAN
PROPERTIES LLC-------------------
DOY FE -----------------------------

NOTARIA PÚBLICO

----------------------ESCRITURA NUMERO SIETE (7)----

--------------------------C O M P R A V E N T A-----------

-- En la ciudad de Bayamón, Puerto Rico, a los tres (3) días del mes de agosto
de dos mil doce (2012).-----------------------------------------------

----------------------------A N T E  M I--------------------

--- YIVETTE CARRION DE JESUS, Abogada y Notario Público de ésta Isla, con
residencia, vecindad y estudio abierto en Bayamón, Puerto Rico. -----------

------------------------- C O M P A R E C E N -----------------

---DE LA PRIMERA PARTE: DON JUAN VELAZQUEZ BIRD,   también
conocido como YuYú, mayor de edad, solteros por divorcio, vecino de Cayey,
Puerto Rico y DOÑA ANNIE RIVERA CASELLAS mayor de edad, soltera por
divorcio, vecina de San Juan Puerto Rico.   A quienes identifico mediante sus
licencias de conducir otorgadas por el Estado Libre Asociado de Puerto Rico,
las cuales contienen su foto y firma y fueron presentadas voluntariamente
denominados de aquí en  adelante como **"LA PARTE VENDEDORA".** Se aneja
**a la presente escritura Sentencia de Divorcio relativa al estado civil de Los**
**Vendedores.**-------------------------------------------------------

---**DE LA SEGUNDA PARTE: YERIAN PROPERTIES LLC, Corporación** -------
-**creada al amparo de las Leyes del Estado de la Florida, según surge de la**
**Resolución presentada en unidad de acto al presente otorgamiento, la**
**cual autoriza al Señor Keith Alan Yerian,  a comparecer en representación**
**de la Corporación,** quien es  mayor de edad, casado, propietario y vecino del
estado de Ohio de los Estados Unidos de América. Este a su vez confiere poder
autorizando **DON ERNESTO BERRIOS RIVERA,** para que lo represente en este
acto jurídico únicamente, quien es  mayor de edad, casado propietario y vecino
de Cayey, Puerto Rico.  A quien identifico personalmente mediante su licencia
de conducir la cual contiene su foto y firma, presentada voluntariamente.
Autorizado a comparecer y otorgar la presente escritura mediante  **Limited**
**Power Of Attorney,** suscrito el 27 de julio del corriente, en el estado de Florida
de los Estados Unidos de América,  elevado a Escritura de Protocolización de
Poder ante esta Fe Datario, el viernes 3 de agosto de 2012,   mediante la

KAY
PP( 28R)



KY000175

--- YIVETTE CARRION DE JESUS, Abogada y Notario Público de ésta Isla, con residencia, vecindad y estudio abierto en Bayamón, Puerto Rico. ------------------

------------------------------- C O M P A R E C E N -------------------------------

---DE LA PRIMERA PARTE: DON JUAN VELAZQUEZ BIRD, también conocido como YuYú, mayor de edad, solteros por divorcio, vecino de Cayey, Puerto Rico y DOÑA ANNIE RIVERA CASELLAS mayor de edad, soltera por divorcio, vecina de San Juan Puerto Rico. A quienes identifico mediante sus licencias de conducir otorgadas por el Estado Libre Asociado de Puerto Rico, las cuales contienen su foto y firma y fueron presentadas voluntariamente denominados de aquí en adelante como "LA PARTE VENDEDORA". Se aneja a la presente escritura Sentencia de Divorcio relativa al estado civil de Los Vendedores.------------------------------------------------------------------

---DE LA SEGUNDA PARTE: YERIAN PROPERTIES LLC, Corporación --------
-creada al amparo de las Leyes del Estado de la Florida, según surge de la Resolución presentada en unidad de acto al presente otorgamiento, la cual autoriza al Señor Keith Alan Yerian, a comparecer en representación de la Corporación, quien es mayor de edad, casado, propietario y vecino del estado de Ohio de los Estados Unidos de América. Este a su vez confiere poder autorizando DON ERNESTO BERRIOS RIVERA, para que lo represente en este acto jurídico únicamente, quien es mayor de edad, casado propietario y vecino de Cayey, Puerto Rico. A quien identifico personalmente mediante su licencia de conducir la cual contiene su foto y firma, presentada voluntariamente. Autorizado a comparecer y otorgar la presente escritura mediante Limited Power Of Attorney, suscrito el 27 de julio del corriente, en el estado de Florida de los Estados Unidos de América, elevado a Escritura de Protocolización de Poder ante esta Fe Datario, el viernes 3 de agosto de 2012, mediante la Escritura Número Seis (6) denominado de aquí en lo adelante como "LA PARTE COMPRADORA".------------------------------------------------------

------------------------------------ DOY FE ------------------------------------

---De haber identificado a los comparecientes de la Primera Parte y la Segunda Parte; como queda antes indicado en su comparecencia, por no conocerlos



1

KY000176

personalmente y de conformidad a los medios establecidos en el Artículo Diecisiete C (17c) de la Ley Notarial vigente. Yo, la Notario hago constar que ha habido unidad de acto en este otorgamiento y por sus dichos y manifestaciones también la doy de su edad, estado civil, ocupación y vecindad. Me aseguran tener y a mi juicio tienen, la capacidad legal necesaria para este otorgamiento, sin que me conste nada en contrario y en tal virtud libremente: ----------------------------

------------------------------------------ **EXPONEN** ----------------------------------------

--- **PRIMERO:** Manifiesta **"LA PARTE VENDEDORA"** es dueña en pleno dominio de la propiedad inmueble objeto de la presente escritura; la cual se describe a continuación: ----------------------------------------------------------------



---**URBANA: PROPIEDAD HORIZONTAL: Apartamento residencial siete guión L** de forma irregular que está localizado en el séptimo piso del edificio Condominio Lagomar situado en el kilómetro ocho, hectómetro dos de la carretera estatal veintiséis en el Barrio Cangrejo Arriba del Municipio de Carolina, Puerto Rico que mide veintinueve pies tres pulgadas de largo por su parte más larga, por cincuenta y ocho pies diez pulgadas de ancho por su parte más ancha que hacen un área de mil cuatrocientos diez punto treinta pies cuadrados aproximadamente, equivalentes a CIENTO VEINTIUNO PUNTO CERO SIETE metros cuadrados. Sus lindes y distancias son las siguientes: por el Norte, en distancia de nueve pies cuatro pulgadas con el poso de los elevadores, separado por pared interior y en una distancia de cincuenta pies seis pulgadas con parte del vestíbulo de los elevadores y corredor común separado por pared interior, puerta de entrada y conductos de ventilación; por el Este, en cuatro pies dos pulgadas con el espacio exterior separado por baranda de la terraza, en trece pies seis pulgadas con el apartamento siete guión A, separado por pared interior y en nueve pies siete pulgadas con el pozo y vestíbulo del elevador, separado por pared interior; por el Sur, en distancia de cincuenta y ocho pies diez pulgadas con el espacio exterior separado por pared exterior y baranda de la terraza; por el Oeste, en cuatro pies dos pulgadas con el espacio exterior separado por baranda de la terraza y en veinticinco pies una pulgada con el apartamento siete guión K separado por pared interior y conducto de ventilación.-----------------------------------------------------------------
---**Inscrito al Folio CIENTO SETENTA Y NUEVE (179) del Tomo QUINIENTOS NOVENTA Y CUATRO (594) de Carolina, Finca número TREINTA Y UN MIL QUINIENTOS DIEZ, inscripción primera; Registro de la Propiedad de Carolina, Sección Primera.**------------------------------------------

-------------------------------------------**TITULO**--------------------------------------------
---**El dominio de la descrita finca consta inscrito a favor de la parte vendedora.** Adquirió "La Parte Vendedora" estando casados dicho inmueble a título de dominio mediante la escritura número ciento sesenta y ocho (168) sobre Compraventa otorgada el veintiséis (26) de julio del año mil novecientos setenta y siete (1977), ante el notario Orlin P. Goble.---------
---**Inscrita al Folio ciento setenta y nueve (179) del Tomo quinientos noventa y cuatro (594), inscripción primera; Registro de la Propiedad de Carolina, Sección Primera.**-------------------------------------------------------------

--------------------------------------**CARGAS Y GRAVAMENES**--------------------------------

--- Escritura sobre Hipoteca número ciento veintiuno (121) otorgada el día seis (6) de mayo de dos mil cuatro (2004) ante la notario público Alexandra M. Serracante Cadilla, en San Juan, Puerto Rico, mediante la cual Ju██ ██████ ██77

------------------------------------- **EXPONEN** -------------------------------------

--- **PRIMERO:** Manifiesta **"LA PARTE VENDEDORA"** es dueña en pleno

dominio de la propiedad inmueble objeto de la presente escritura; la cual se

describe a continuación: ------------------------------------------------------------

---**URBANA: PROPIEDAD HORIZONTAL: Apartamento residencial siete guión L** de forma irregular que está localizado en el séptimo piso del edificio Condominio Lagomar situado en el kilómetro ocho, hectómetro dos de la carretera estatal veintiséis en el Barrio Cangrejo Arriba del Municipio de Carolina, Puerto Rico que mide veintinueve pies tres pulgadas de largo por su parte más larga, por cincuenta y ocho pies diez pulgadas de ancho por su parte más ancha que hacen un área de mil cuatrocientos diez punto treinta pies cuadrados aproximadamente, equivalentes a CIENTO VEINTIUNO PUNTO CERO SIETE metros cuadrados. Sus lindes y distancias son las siguientes: por el Norte, en distancia de nueve pies cuatro pulgadas con el poso de los elevadores, separado por pared interior y en una distancia de cincuenta pies seis pulgadas con parte del vestíbulo de los elevadores y corredor común separado por pared interior, puerta de entrada y conductos de ventilación; por el Este, en cuatro pies dos pulgadas con el espacio exterior separado por baranda de la terraza, en trece pies seis pulgadas con el apartamento siete guión A, separado por pared interior y en nueve pies siete pulgadas con el pozo y vestíbulo del elevador, separado por pared interior; por el Sur, en distancia de cincuenta y ocho pies diez pulgadas con el espacio exterior separado por pared exterior y baranda de la terraza; por el Oeste, en cuatro pies dos pulgadas con el espacio exterior separado por baranda de la terraza y en veinticinco pies una pulgada con el apartamento siete guión K separado por pared interior y conducto de ventilación.------------------------------------------------------------
---**Inscrito al Folio CIENTO SETENTA Y NUEVE (179) del Tomo QUINIENTOS NOVENTA Y CUATRO (594) de Carolina, Finca número TREINTA Y UN MIL QUINIENTOS DIEZ, inscripción primera; Registro de la Propiedad de Carolina, Sección Primera.**------------------------------------

-------------------------------------**TITULO**-------------------------------------

---**El dominio de la descrita finca consta inscrito a favor de la parte vendedora. Adquirió "La Parte Vendedora" estando casados dicho inmueble a título de dominio sobre Compraventa otorgada el veintiséis (26) de julio del año mil novecientos setenta y siete (1977), ante el notario Orlin P. Goble.**---------
---**Inscrita al Folio ciento setenta y nueve (179) del Tomo quinientos noventa y cuatro (594), inscripción primera; Registro de la Propiedad de Carolina, Sección Primera.**------------------------------------

-------------------------------------**CARGAS Y GRAVAMENES**-------------------------------------

--- Escritura sobre Hipoteca número ciento veintiuno (121) otorgada el día seis (6) de mayo de dos mil cuatro (2004) ante la notario público Alexandra M. Serracante Cadilla, en San Juan, Puerto Rico, mediante la cual Juan Velázquez Bird y Annie Rivera Casellas, constituyeron hipoteca a favor de Doral Mortage Corporation por noventa y seis mil dólares ($96,000.00), con intereses al cinco punto seiscientos veinticinco por ciento (5.625%) anual vencedero al primero (1ro) de junio de dos mil veinte (2034).------------------------------------
--- Inscrita al Folio dieciocho (18) del Tomo novecientos cincuenta y siete (957) inscripción octava (8va.), finca treinta y un mil quinientos diez (31510)————
---La misma será cancelada por el vendedor en su oportunidad.------------------------------------

---Por su procedencia: no afecta servidumbre alguna.------------------------------------

2

KY000178

------------------------------------------COMPRAVENTA------------------------------------------

Los Comparecientes tienen convenida la compraventa del inmueble descrito en la presente escritura y lo llevan a cabo conforme a las siguientes:------------------

------------------------------CLAUSULAS Y CONDICIONES------------------------------

---**Primera:** **"LA PARTE VENDEDORA"** por la presente vende, cede, y traspasa a **"LA PARTE COMPRADORA"** el inmueble descrito en el hecho expositivo PRIMERO de esta escritura, con todos sus usos, pertenencias accesiones y todo lo que le sea anejo y le pertenezca, quedando obligada **"LA PARTE VENDEDORA"** al saneamiento en caso de evicción y demás con arreglo a la Ley.------------------------------------------------------------------

---**Segunda:** Se verifica esta compraventa por el convenido y ajustado precio de **CIEN MIL DOLARES ($100,000.00)** cuya cantidad confiesa **"LA PARTE VENDEDORA"** haber recibido de manos de **"LA PARTE COMPRADORA"** al momento de otorgar la presente escritura.--------------------------------------

---**Tercera:** **"LA PARTE COMPRADORA"** entrará en posesión de la propiedad antes descrita sin otro acto que el presente otorgamiento, a menos que por escrito hayan llegado a otro acuerdo.-------------------------------------------

---Uno **(1): La SEGUNDA PARTE** entrará en posesión de el (los) inmueble (s) objeto de esta compraventa sin más formalidad que el presente otorgamiento. Adquiere el (los) inmueble (s) objeto de esta compraventa en pleno dominio, libre de cargas y gravámenes hipotecarios, aunque sujeta a aquellas servidumbres a que se encuentra afecta por su procedencia y que se encuentren inscritas en el Registro de la Propiedad.------------------------------

---Dos **(2): La SEGUNDA PARTE** manifiesta haber examinado detenidamente las condiciones físicas de el (los) inmueble (s) objeto de esta compraventa y que por no encontrar que dicha propiedad adolezca de vicios de ninguna clase, la (s) recibe y acepta la(s) misma(s) en las condiciones en que se encuentra(n) "as is". A su entera satisfacción, y en particular esta conforme con las condiciones topográficas del solar.-------------------------------------------

---Tres **(3):** Las partes se obligan a otorgar cualquier documentación adicional, necesaria y/o conveniente para que esta escritura pueda inscribirse en el Registro de la Propiedad, si así lo requiere cualquiera de ellas



KY000179

traspasa a **"LA PARTE COMPRADORA"** el inmueble descrito en el hecho expositivo PRIMERO de esta escritura, con todos sus usos, pertenencias accesiones y todo lo que le sea anejo y le pertenezca, quedando obligada **"LA PARTE VENDEDORA"** al saneamiento en caso de evicción y demás con arreglo a la Ley.------------------------------------------------------------------------



---**Segunda:** Se verifica esta compraventa por el convenido y ajustado precio de **CIEN MIL DOLARES ($100,000.00)** cuya cantidad confiesa **"LA PARTE VENDEDORA"** haber recibido de manos de **"LA PARTE COMPRADORA"** al momento de otorgar la presente escritura.--------------------------------------------

---**Tercera: "LA PARTE COMPRADORA"** entrará en posesión de la propiedad antes descrita sin otro acto que el presente otorgamiento, a menos que por escrito hayan llegado a otro acuerdo. ---------------------------------------------

---Uno **(1):** La SEGUNDA PARTE entrará en posesión de  el (los) inmueble (s) objeto de esta compraventa sin más formalidad que el presente otorgamiento. Adquiere el  (los) inmueble (s) objeto de esta compraventa en pleno dominio, libre de cargas y gravámenes hipotecarios, aunque sujeta a aquellas servidumbres  a que se encuentra afecta por su procedencia y que se encuentren inscritas en el Registro de la Propiedad.--------------------------------

---Dos **(2):  La SEGUNDA PARTE** manifiesta haber examinado detenidamente las condiciones físicas de el (los) inmueble (s) objeto de esta compraventa y que por no encontrar que dicha propiedad adolezca de vicios de ninguna clase, la (s) recibe y acepta la(s) misma(s) en las condiciones en que se encuentra(n) "as is".  A su entera satisfacción, y en particular esta conforme con las condiciones topográficas del solar.----------------------------------------------------

---Tres **(3):** Las partes se obligan a otorgar cualquier documentación adicional, necesaria y/o conveniente para que esta escritura pueda inscribirse en el Registro de la Propiedad, si así lo requiere cualquiera de ellas o la Notario Autorizante.----------------------------------------------------------------------------

---Cuatro (4): **"LA PRIMERA PARTE"** queda obligada al saneamiento para el caso de evicción y le garantiza a **"LA SEGUNDA PARTE"** un título inscribible sin más cargas ni gravámenes que los que se expresan en esta escritura. -----------

3

KY000180

----**Cuarta:** Pactan las partes que las contribuciones territoriales correspondientes a periodos anteriores al día de hoy sobre el inmueble objeto de esta compraventa, bien hayan sido ya impuestas o que sean impuestas posteriormente a la fecha del presente otorgamiento, serán por cuenta y cargo de **"LA PARTE VENDEDORA"** y las que se impongan correspondientes a periodos posteriores al día de hoy serán por cuenta y cargo de **"LA PARTE COMPRADORA".**----------------------------------------------------------------------

---**Quinta:** Los honorarios por concepto del otorgamiento de esta escritura y los sellos de rentas internas del original serán por cuenta y cargo de **"LA PARTE COMPRADORA"**; los de la copia certificada así como todos los demás gastos, incluyendo los de su inscripción en el Registro de la Propiedad serán por cuenta de **"LA PARTE COMPRADORA".** ----------------------------------------------------

---**Sexta:** Yo, la Notario, DOY FE de haberles hecho a las partes comparecientes las reservas y advertencias legales pertinentes.--------------------

---**Séptima:** Los aquí comparecientes manifiestan haber recibido copia de un estudio registral realizado hace menos de treinta (30) días atrás en el cual se expresa la situación registral de la propiedad descrita y de sus cargas y gravámenes existentes a la fecha en que el estudio se realizó; dichas cargas y gravámenes, si existen, son los que a su vez se reflejan en esta escritura. Reconocen los comparecientes que este Notario les ha explicado el alcance y significado de lo que expresa el estudio de título y manifiesta y garantiza **"LA PARTE VENDEDORA"** que dicho estudio refleja la realidad sobre la titularidad, cargas y gravámenes de la propiedad al día de hoy. Así mismo, reconocen los comparecientes que esta Notario les ha advertido de la conveniencia de que se acredite la titularidad y el estado de cargas con la certificación del Registro de la Propiedad, ello con el fin de corroborar la veracidad y vigencia de lo expresado en el ya referido estudio de título, en cualquiera de cuyo caso se podría posponer el cierre para hacer las gestiones pertinentes sin que por esta posposición la Notario vaya a hacer cargos adicionales a los ya facturados; más por ratificar **"LA PARTE VENDEDORA"** que es el único titular del inmueble y que no existen sobre la



K A Y
PP{EBR}

KY000181

de **"LA PARTE VENDEDORA"** y las que se impongan correspondientes a periodos posteriores al día de hoy serán por cuenta y cargo de **"LA PARTE COMPRADORA"**.-----------------------------------------------------------------------

---**Quinta:** Los honorarios por concepto del otorgamiento de esta escritura y los sellos de rentas internas del original serán por cuenta y cargo de **"LA PARTE COMPRADORA"**; los de la copia certificada así como todos los demás gastos, incluyendo los de su inscripción en el Registro de la Propiedad serán por cuenta de **"LA PARTE COMPRADORA"**. ----------------------------------------------------------

---**Sexta:** Yo, la Notario, DOY FE de haberles hecho a las partes comparecientes las reservas y advertencias legales pertinentes.--------------------

---**Séptima:** Los aquí comparecientes manifiestan haber recibido copia de un estudio registral realizado hace menos de treinta (30) días atrás en el cual se expresa la situación registral de la propiedad descrita y de sus cargas y gravámenes existentes a la fecha en que el estudio se realizó; dichas cargas y gravámenes, si existen, son los que a su vez se reflejan en esta escritura. Reconocen los comparecientes que este Notario les ha explicado el alcance y significado de lo que expresa el estudio de título y manifiesta y garantiza **"LA PARTE VENDEDORA"** que dicho estudio refleja la realidad sobre la titularidad, cargas y gravámenes de la propiedad al día de hoy. Así mismo, reconocen los comparecientes que esta Notario les ha advertido de la conveniencia de que se acredite la titularidad y el estado de cargas con la certificación del Registro de la Propiedad, ello con el fin de corroborar la veracidad y vigencia de lo expresado en el ya referido estudio de título, en cualquiera de cuyo caso se podría posponer el cierre para hacer las gestiones pertinentes sin que por esta posposición la Notario vaya a hacer cargos adicionales a los ya facturados; más por ratificar **"LA PARTE VENDEDORA"** que es el único titular del inmueble y que no existen sobre la propiedad gravámenes, contribuciones pendientes o cargas otras que no sean las que aquí antes han sido relacionadas, las partes comparecientes han acordado proceder con este otorgamiento sin mayor dilación, relevando en su consecuencia a la Notario de realizar toda otra gestión para corroborar el título y las cargas y gravámenes que actualmente pesan sobre el inmueble objeto de esta escritura. ---

---**Octava:** Se le advierte a **"LA PARTE COMPRADORA"** que es su deber y



K A Y
PP{EBR}

4

KY000182

obligación el solicitar el cambio de dueño, así como de cualificar para la exoneración contributiva si así fuere el caso, ante el Centro de Recaudaciones Municipales (CRIM) de la oficina del área que competa y entregar a la notaria autorizante copia de dicha solicitud dentro de los cinco (5) días del otorgamiento de la presente escritura. Yo, la Notaria, doy fe que de conformidad con el Artículo Once (11) de la Ley Setenta y Cinco (75) de dos de julio del mil novecientos ochenta y siete (1987), según enmendada por la Ley Doscientos Cincuenta (250) de cuatro (4) de septiembre de dos mil cuatro (2004), en este acto le entregué copia al Comprador del formulario sobre exoneración------------contributiva que deberá ser cumplimentada por éste si el inmueble adquirido fuere su residencia principal para ser entregado debidamente cumplimentado a la Notario otorgante para remitir al CRIM. --------------------------------------------------

---En este acto la notario autorizante entrega a **"LA PARTE VENDEDORA"** Planilla Informativa de Segregación, Agrupación o Traslado de Bienes Inmuebles para ser cumplimentada y firmada por el transmitente, a ser sometida al Departamento de Hacienda y para acompañar con el formulario de cambio de dueño y/o exoneración contributiva si procediere. ------------------------

---La notario autorizante entregará al Comprador el formulario sobre exoneración contributiva para que lo cumplimente para ser entregado a la Notario otorgante para remitir al CRIM. De no proceder la exoneración por no ser su residencia principal se advierte a la **"LA PARTE COMPRADORA"** hacer las gestiones pertinentes de inmediato para que el inmueble aparezca a su nombre, sometiendo evidencia a la notario autorizante.------------------------------

-------------------------- **OTORGAMIENTO Y LECTURA** --------------------------

---Así lo dicen y otorgan ante mí los comparecientes, quienes luego de haber leído la presente escritura, manifiestan quedar bien enterados de su contenido y se ratifican en el mismo, y proceden entonces a estampar sus firmas al final del documento y sus iniciales en todos y cada uno de los folios, después de Yo, la Notario, haberles hecho las advertencias legales pertinentes. En particular, le advertí al compareciente de la **SEGUNDA PARTE** que, de encontrarse en una zona inundable el inmueble objeto de esta transacción, cualquier titular y/u

KY000183

Artículo Once (11) de la Ley Setenta y Cinco (75) de dos de julio del mil novecientos ochenta y siete (1987), según enmendada por la Ley Doscientos Cincuenta (250) de cuatro (4) de septiembre de dos mil cuatro (2004), en este acto le entregué copia al Comprador del formulario sobre exoneración------------- contributiva que deberá ser cumplimentada por éste si el inmueble adquirido fuere su residencia principal para ser entregado debidamente cumplimentado a la Notario otorgante para remitir al CRIM. -------------------------------------------------

---En este acto la notario autorizante entrega a **"LA PARTE VENDEDORA"** Planilla Informativa de Segregación, Agrupación o Traslado de Bienes Inmuebles para ser cumplimentada y firmada por el transmitente, a ser sometida al Departamento de Hacienda y para acompañar con el formulario de cambio de dueño y/o exoneración contributiva si procediere. -------------------------





---La notario autorizante entregará al Comprador el formulario sobre exoneración contributiva para que lo cumplimente para ser entregado a la Notario otorgante para remitir al CRIM. De no proceder la exoneración por no ser su residencia principal se advierte a la **"LA PARTE COMPRADORA"** hacer las gestiones pertinentes de inmediato para que el inmueble aparezca a su nombre, sometiendo evidencia a la notario autorizante.------------------------------

------------------------------ **OTORGAMIENTO Y LECTURA** ------------------------------

---Así lo dicen y otorgan ante mí los comparecientes, quienes luego de haber leído la presente escritura, manifiestan quedar bien enterados de su contenido y se ratifican en el mismo, y proceden entonces a estampar sus firmas al final del documento y sus iniciales en todos y cada uno de los folios, después de Yo, la Notario, haberles hecho las advertencias legales pertinentes. En particular, le advertí al compareciente de la **SEGUNDA PARTE** que, de encontrarse en una zona inundable el inmueble objeto de esta transacción, cualquier titular y/u objeto de esta transacción, cualquier titular y/u ocupante presente y futuro del mismo queda obligado por ley a observar y cumplir con las disposiciones del Reglamento Sobre Zonas Susceptibles de Inundación, bajo apercibimiento de que incumplir con los mismos resultaría en un acto ilegal, a tenor de las disposiciones de la Sección tres (3) de la Ley número once (11) del ocho (8) de marzo de mil novecientos ochenta y ocho (1988), sobre Zonas Inundables, (23

5

KY000184

L.P.R.A. § 225 (g).  Además, les advertí a los comparecientes que de este documento debe tomarse razón en el Registro de la Propiedad.----------------------

---Leída la presente escritura por los otorgantes, están conformes y firman todos, ante mí, la Notario, estampando sus iniciales al margen de todos y cada uno de los folios de que consta la presente escritura, de todo lo cual y todo lo demás que aseguro o refiero en este Instrumento Público, DOY FE. ------------------------------



KAY
PP(EBR)
guan

Keith Blumes Xerran.

Annie

6

KY000186