## Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 45

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____ **,   Deputy Clerk**

**APPENDIX B**



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 10/1/2013 - 10/31/2013
Account Type: Regular Bus Checking
Account Number: ████44168

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

409

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 10/01 | Beginning Balance | $84,424.72 | Number of Days in Period | 31 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 10/31 | Ending Balance | $85,474.72 | | |

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 10/21 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 10/21 | 85,474.72 |



KY000107



This page intentionally left blank.

KY000108



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

Statement Period Date: 11/1/2013 - 11/30/2013
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

0

563

## Account Summary - ████ 4168

| | | | | |
|---|---|---|---|---|
| 11/01 | Beginning Balance | $85,474.72 | Number of Days in Period | 30 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 11/30 | Ending Balance | $86,524.72 | | |

## Deposits / Credits                                            1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 11/19 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 11/19 | 86,524.72 |



This page intentionally left blank.

KY000110



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



Statement Period Date: 12/1/2013 - 12/31/2013
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

0

462

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 12/01 | Beginning Balance | $86,524.72 | Number of Days in Period | 31 |
| 1 | Checks | $(1,726.99) | | |
| 1 | Withdrawals / Debits | $(687.28) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 12/31 | Ending Balance | $85,160.45 | | |

## Check

1 check totaling $1,726.99

* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9027 i | 12/16 | 1,726.99 |

## Withdrawals / Debits

1 item totaling $687.28

| Date | Amount | Description |
|---|---|---|
| 12/02 | 687.28 | DEBIT CARD PURCHASE AT CONDOMINIO LAGOMAR, ISLA VER, PR ON 112913 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 12/24 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02 | 85,837.44 | 12/16 | 84,110.45 | 12/24 | 85,160.45 |

.



This page intentionally left blank.

KY000112