**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** Plaintiff          **Ex. #** 46

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:*  6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated**         , **20** .

**By:**                , **Deputy Clerk**

**APPENDIX B**



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

Statement Period Date: 1/1/2014 - 1/31/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

0

601

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 01/01 | Beginning Balance | $85,160.45 | Number of Days in Period | 31 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 01/31 | Ending Balance | $86,210.45 | | |

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 01/14 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 01/14 | 86,210.45 |



KY000113



This page intentionally left blank.

KY000114



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

587

Statement Period Date: 2/1/2014 - 2/28/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

## Account Summary - ████ 4168

| | | | | |
|---|---|---|---|---|
| 02/01 | Beginning Balance | $86,210.45 | Number of Days in Period | 28 |
| 1 | Checks | $(388.75) | | |
| 1 | Withdrawals / Debits | $(457.92) | | |
| 1 | Deposits / Credits | $988.56 | | |
| 02/28 | Ending Balance | $86,352.34 | | |

## Check

1 check totaling $388.75

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9028 i | 02/10 | 388.75 |

## Withdrawals / Debits

1 item totaling $457.92

| Date | Amount | Description |
|---|---|---|
| 02/24 | 457.92 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 022214 FROM CARD#: XXXXXXXXXXX9690 |

## Deposits / Credits

1 item totaling $988.56

| Date | Amount | Description |
|---|---|---|
| 02/14 | 988.56 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/10 | 85,821.70 | 02/14 | 86,810.26 | 02/24 | 86,352.34 |

.

KY000115



This page intentionally left blank.

KY000116



## FIFTH THIRD BANK

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

541

Statement Period Date: 3/1/2014 - 3/31/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

### Account Summary ████ 4168

| | | | | |
|---|---|---|---|---|
| 03/01 | | Beginning Balance | $86,352.34 | Number of Days in Period | 31 |
| | 1 | Checks | $(300.00) | | |
| | 1 | Withdrawals / Debits | $(503.96) | | |
| | 1 | Deposits / Credits | $1,050.00 | | |
| 03/31 | | Ending Balance | $86,598.38 | | |

### Check

1 check totaling $300.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9030 i | 03/11 | 300.00 |

### Withdrawals / Debits

1 item totaling $503.96

| Date | Amount | Description |
|---|---|---|
| 03/27 | 503.96 | DEBIT CARD PURCHASE AT CONDOMINIO LAGOMAR, ISLA VER, PR ON 032614 FROM CARD#: XXXXXXXXXXXX9690 |

### Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 03/13 | 1,050.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/11 | 86,052.34 | 03/13 | 87,102.34 | 03/27 | 86,598.38 |

.



This page intentionally left blank.

KY000118



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

Statement Period Date: 4/1/2014 - 4/30/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Commercial Client Services: 1-866-475-0729

0

540

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $86,598.38 | Number of Days in Period | 30 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 04/30 | Ending Balance | $87,648.38 | | |

### Deposits / Credits
1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 04/07 | 1,050.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount |
|---|---|
| 04/07 | 87,648.38 |



This page intentionally left blank.

KY000120



## FIFTH THIRD BANK

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 5/1/2014 - 5/31/2014
Account Type: Regular Bus Checking
Account Number: ███4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

608

| Account Summary - ███4168 | | | |
|---|---|---|---|
| 05/01 | Beginning Balance | $87,648.38 | Number of Days in Period | 31 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| 1 | Deposits / Credits | $1,067.81 | | |
| 05/31 | Ending Balance | $88,716.19 | | |

## Deposits / Credits

1 item totaling $1,067.81

| Date | Amount | Description |
|---|---|---|
| 05/19 | 1,067.81 | DEPOSIT |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 05/19 | 88,716.19 |

KY000121



This page intentionally left blank.

KY000122



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

Statement Period Date: 6/1/2014 - 6/30/2014
Account Type: Regular Bus Checking
Account Number: ████ 4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

0

560

## Account Summary - ████ 4168

| | | | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $88,716.19 | Number of Days in Period | 30 |
| 3 | Checks | $(1,319.00) | | |
| 19 | Withdrawals / Debits | $(8,035.94) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 06/30 | Ending Balance | $80,411.25 | | |

### Checks

3 checks totaling $1,319.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 0000 i | 06/13 | 500.00 | 9031*i | 06/10 | 619.00 | 9032 i | 06/30 | 200.00 |

### Withdrawals / Debits

19 items totaling $8,035.94

| Date | Amount | Description |
|---|---|---|
| 06/13 | 117.10 | DEBIT CARD PURCHASE AT AUTORIDAD DE ACUED, SAN JUAN, PR ON 061114 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/13 | 1,175.24 | DEBIT CARD PURCHASE AT CONDOMINIO LAGOMAR, ISLA VER, PR ON 061114 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/16 | 201.06 | DEBIT CARD PURCHASE AT WM SUPERCENTER #58, SAN JUAN, B ON 061414 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/16 | 473.98 | DEBIT CARD PURCHASE AT BEST BUY 0001, SAN JUAN, PR ON 061414 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/18 | 537.16 | DEBIT CARD PURCHASE AT WAL-MART #1822, FAJARDO, PR ON 061714 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/19 | 42.80 | DEBIT CARD PURCHASE AT IKEA, CAROLINA, PR ON 061714 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/19 | 655.88 | DEBIT CARD PURCHASE AT SJC*ONELINK, 787-250-7780, NE ON 061914 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/20 | 89.66 | DEBIT CARD PURCHASE AT LIBERTY CABLEVISIO, LUQUILLO, PR ON 061814 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/23 | 196.98 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 061914 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/23 | 669.21 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062014 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/24 | 1,850.00 | DEBIT CARD PURCHASE AT RV ALUMINUM, CAROLINA, PR ON 062014 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/25 | 240.41 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062314 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/26 | 755.00 | DEBIT CARD PURCHASE AT COSOT NET, RIO GRAN, PR ON 062414 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/27 | 124.29 | DEBIT CARD PURCHASE AT WM SUPERCENTER #58, SAN JUAN, B ON 062614 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/27 | 199.60 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062514 FROM CARD#: XXXXXXXXXXXX9690 |

KY000123


**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/30 | 60.54 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062714 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/30 | 86.29 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062714 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/30 | 174.22 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062614 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/30 | 386.52 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062814 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|------|--------|-------------|
| 06/13 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/10 | 88,097.19 | 06/19 | 85,443.97 | 06/25 | 82,397.71 |
| 06/13 | 87,354.85 | 06/20 | 85,354.31 | 06/26 | 81,642.71 |
| 06/16 | 86,679.81 | 06/23 | 84,488.12 | 06/27 | 81,318.82 |
| 06/18 | 86,142.65 | 06/24 | 82,638.12 | 06/30 | 80,411.25 |

.

KY000124



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

0

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

546

Statement Period Date: 7/1/2014 - 7/31/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $80,411.25 | Number of Days in Period | 31 |
| 3 | Checks | $(4,935.00) | | |
| 11 | Withdrawals / Debits | $(1,823.53) | | |
| 3 | Deposits / Credits | $1,467.30 | | |
| 07/31 | Ending Balance | $75,120.02 | | |

### Checks
3 checks totaling $4,935.00

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9033 i | 07/01 | 2,000.00 | 9034 i | 07/14 | 2,185.00 | 9035 i | 07/22 | 750.00 |

### Withdrawals / Debits
11 items totaling $1,823.53

| Date | Amount | Description |
|---|---|---|
| 07/01 | 36.13 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 062914 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/03 | 23.47 | DEBIT CARD PURCHASE AT SEARS ROEBUCK 19, SAN JUAN 009, PR ON 070114 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/03 | 48.02 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 070114 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/03 | 117.68 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 070114 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/07 | 60.21 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 070414 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/07 | 274.03 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 070214 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/08 | 399.00 | DEBIT CARD PURCHASE AT ABLE AIR, 03212427400, FL ON 070714 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/09 | 300.00 | DEBIT CARD PURCHASE AT AEE 31 AVE 65 INF, CAROLINA, PR ON 070714 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/10 | 200.00 | DEBIT CARD PURCHASE AT AAA, GUAYNABO, PR ON 070814 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/14 | 46.70 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 071214 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/14 | 318.29 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 071214 FROM CARD#: XXXXXXXXXXXX9690 |

### Deposits / Credits
3 items totaling $1,467.30

| Date | Amount | Description |
|---|---|---|
| 07/09 | 20.74 | DEBIT CARD RETURN AT WAL-MART #2423, BO.SAN ANTON,, PR ON 070914 TO CARD#: XXXXXXXXXXXX9690 |
| 07/09 | 396.56 | DEBIT CARD RETURN AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 070914 TO CARD#: XXXXXXXXXXXX9690 |
| 07/14 | 1,050.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01 | 78,375.12 | 07/08 | 77,452.71 | 07/14 | 75,870.02 |
| 07/03 | 78,185.95 | 07/09 | 77,570.01 | 07/22 | 75,120.02 |
| 07/07 | 77,851.71 | 07/10 | 77,370.01 | | |

KY000125

**FIFTH THIRD BANK**

KY000126



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900





KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

618

Statement Period Date: 8/1/2014 - 8/31/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

| Account Summary - ████4168 | | | | |
|---|---|---|---|---|
| 08/01 | Beginning Balance | $75,120.02 | Number of Days in Period | 31 |
| | Checks | | | |
| 1 | Withdrawals / Debits | $(300.00) | | |
| | Deposits / Credits | | | |
| 08/31 | Ending Balance | $74,820.02 | | |

## Withdrawals / Debits

1 item totaling $300.00

| Date | Amount | Description |
|---|---|---|
| 08/04 | 300.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXX0760 |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 08/04 | 74,820.02 |

.



This page intentionally left blank.

KY000128



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



Statement Period Date: 9/1/2014 - 9/30/2014
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264



KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

0

540

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $74,820.02 | Number of Days in Period | 30 |
| | Checks | | | |
| 2 | Withdrawals / Debits | $(249.00) | | |
| 2 | Deposits / Credits | $2,100.00 | | |
| 09/30 | Ending Balance | $76,671.02 | | |

### Withdrawals / Debits
2 items totaling $249.00

| Date | Amount | Description |
|---|---|---|
| 09/11 | 100.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXX0760 |
| 09/26 | 149.00 | DEBIT CARD PURCHASE AT SELF DIRECTED IRA, 07023687530, NV ON 092514 FROM CARD#: XXXXXXXXXXX9690 |

### Deposits / Credits
2 items totaling $2,100.00

| Date | Amount | Description |
|---|---|---|
| 09/02 | 1,050.00 | DEPOSIT |
| 09/23 | 1,050.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/02 | 75,870.02 | 09/23 | 76,820.02 | 09/26 | 76,671.02 |
| 09/11 | 75,770.02 | | | | |

.



This page intentionally left blank.

KY000130



## FIFTH THIRD BANK

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900



Statement Period Date: 10/1/2014 - 10/31/2014
Account Type: Regular Bus Checking
Account Number: ████168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

0

597

---

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 10/01 | Beginning Balance | $76,671.02 | Number of Days in Period | 31 |
| 1 | Checks | $(865.00) | | |
| 2 | Withdrawals / Debits | $(1,505.61) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 10/31 | Ending Balance | $75,350.41 | | |

---

### Check

1 check totaling $865.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9036 i | 10/10 | 865.00 |

---

### Withdrawals / Debits

2 items totaling $1,505.61

| Date | Amount | Description |
|---|---|---|
| 10/14 | 833.86 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 100914 FROM CARD#: XXXXXXXXXXXX9690 |
| 10/23 | 671.75 | DEBIT CARD PURCHASE AT CONDOMINIO LAGOMAR, ISLA VER, PR ON 102114 FROM CARD#: XXXXXXXXXXXX9690 |

---

### Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 10/14 | 1,050.00 | DEPOSIT |

---

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/10 | 75,806.02 | 10/14 | 76,022.16 | 10/23 | 75,350.41 |

---

APP, TAP, DEPOSIT! SAVE TIME AND CONVENIENTLY DEPOSIT CHECKS INTO YOUR FIFTH THIRD BUSINESS CHECKING ACCOUNT USING THE MOBILE DEPOSIT FEATURE OF OUR MOBILE APP TODAY. EVEN BETTER?  NOW THERE IS NO ADDITIONAL SERVICE CHARGE TO DO SO!  DON'T HAVE THE MOBILE APP? SIMPLY DOWNLOAD OUR MOBILE APP BY TEXTING "MOBILE" TO 535353 OR BY VISITING THE APP STORE OR GOOGLE PLAY MARKET. THAT'S ALL THERE IS TO IT! MOBILE INTERNET DATA AND TEXT MESSAGE CHARGES MAY APPLY. PLEASE CONTACT YOUR MOBILE SERVICE PROVIDER FOR DETAILS.

KY000131



This page intentionally left blank.

KY000132



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



Statement Period Date: 11/1/2014 - 11/30/2014
Account Type: Regular Bus Checking
Account Number: ████ 4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

608

## Account Summary - ████ 4168

| | | | | |
|---|---|---|---|---|
| 11/01 | Beginning Balance | $75,350.41 | Number of Days in Period | 30 |
| 4 | Checks Withdrawals / Debits | $(4,994.93) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 11/30 | Ending Balance | $71,405.48 | | |

Analysis Period: 10/01/14 - 10/31/14

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 11/13/14 | $0.00 |

## Withdrawals / Debits
4 items totaling $4,994.93

| Date | Amount | Description |
|---|---|---|
| 11/20 | 530.01 | DEBIT CARD PURCHASE AT PAYPAL *ING, 4029357733, FL ON 111914 FROM CARD#: XXXXXXXXXXXX9690 |
| 11/20 | 3,973.00 | OUTGOING WIRE TRANS 112014 |
| 11/21 | 400.00 | DEBIT CARD PURCHASE AT PAYPAL *ING, 4029357733, FL ON 112014 FROM CARD#: XXXXXXXXXXXX9690 |
| 11/26 | 91.92 | DEBIT CARD PURCHASE AT FIREHOUSE GARAGE, SEBASTIAN, FL ON 112514 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits
1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 11/07 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/07 | 76,400.41 | 11/21 | 71,497.40 | 11/26 | 71,405.48 |
| 11/20 | 71,897.40 | | | | |

NEED THE PERFECT GIFT THIS HOLIDAY SEASON? LOOK NO FURTHER THAN THE FIFTH THIRD BANK PREPAID MASTERCARD GIFT CARD PROGRAM. IT'S IDEAL FOR EMPLOYEE RECOGNITION AND CUSTOMER APPRECIATION. ORDER TODAY AT WWW.ORDERCARDS-53GIFTCARD.COM.

KY000133



This page intentionally left blank.

KY000134



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

0

616

Statement Period Date: 12/1/2014 - 12/31/2014
Account Type: Regular Bus Checking
Account Number: ▮▮▮▮#168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

| Account Summary - ▮▮▮▮4168 | | | | |
|---|---|---|---|---|
| 12/01 | Beginning Balance | $71,405.48 | Number of Days in Period | 31 |
| 1 | Checks | $(1,200.00) | | |
| 17 | Withdrawals / Debits | $(5,898.42) | | |
| 1 | Deposits / Credits | $1,258.80 | | |
| 12/31 | Ending Balance | $65,565.86 | | |

Analysis Period: 11/01/14 - 11/30/14

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| WIRE [7] | $30.00 |
| Service Charge withdrawn on 12/10/14 | $30.00 |

[7]Charges for incoming and outgoing wires, as well as other wire activity.

## Check

1 check totaling $1,200.00

\* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 0000 i | 12/04 | 1,200.00 |

## Withdrawals / Debits

17 items totaling $5,898.42

| Date | Amount | Description |
|---|---|---|
| 12/01 | 32.07 | DEBIT CARD PURCHASE AT THE HOME DEPOT #85, SEBASTIAN, FL ON 112914 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/01 | 152.96 | DEBIT CARD PURCHASE AT AUTOZONE #1226, SEBASTIAN, FL ON 112914 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/03 | 400.00 | DEBIT CARD PURCHASE AT COPART #700.1107, 07076395000, CA ON 120214 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/04 | 1,605.85 | OUTGOING WIRE TRANS 120414 |
| 12/04 | 2,000.00 | PURCHASE OFFICIAL CHECK # 00024125966 REF # 00641083623 |
| 12/10 | 30.00 | SERVICE CHARGE |
| 12/22 | 48.65 | MERCHANT PAYMENT CNS ADVANCE STOR AT LOC 373620 949 US HIGHWAY 1 SEBASTIAN FL |
| 12/24 | 40.26 | DEBIT CARD PURCHASE AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 122214 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/24 | 281.35 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 122214 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/24 | 286.73 | DEBIT CARD PURCHASE AT INTERNAL ENGINE PA, TAMPA, FL ON 122214 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/24 | 310.80 | DEBIT CARD PURCHASE AT INTERNAL ENGINE PA, MOBILE, AL ON 122214 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/24 | 18.26 | MERCHANT PAYMENT CNS ADVANCE STOR AT LOC 373620 949 US HIGHWAY 1 SEBASTIAN FL |
| 12/24 | 162.07 | MERCHANT PAYMENT NST THE HOME DEP AT LOC 295352 13361 US HWY #1 SEBASTIAN FL |

KY000135



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 12/26 | 82.57 | DEBIT CARD PURCHASE AT INTERNAL ENGINE PA, TAMPA, FL ON 122314 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/26 | 100.00 | DEBIT CARD PURCHASE AT SQUID LIPS SEBASTI, SEBASTIAN, FL ON 122414 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/30 | 139.95 | DEBIT CARD PURCHASE AT JERRY BROWNS AUTO, 518-798-8141, NY ON 122914 FROM CARD#: XXXXXXXXXXXX9690 |
| 12/31 | 206.90 | DEBIT CARD PURCHASE AT IRC LICENSE/TAG/AS, VERO BEACH, FL ON 123014 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits                                              1 item totaling $1,258.80

| Date | Amount | Description |
|---|---|---|
| 12/04 | 1,258.80 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01 | 71,220.45 | 12/10 | 67,243.40 | 12/26 | 65,912.71 |
| 12/03 | 70,820.45 | 12/22 | 67,194.75 | 12/30 | 65,772.76 |
| 12/04 | 67,273.40 | 12/24 | 66,095.28 | 12/31 | 65,565.86 |

NEED THE PERFECT GIFT THIS HOLIDAY SEASON? LOOK NO FURTHER THAN THE FIFTH THIRD BANK PREPAID MASTERCARD GIFT CARD PROGRAM. IT'S IDEAL FOR EMPLOYEE RECOGNITION AND CUSTOMER APPRECIATION. ORDER TODAY AT WWW.ORDERCARDS-53GIFTCARD.COM.

KY000136