**Exhibit Cover Sheet**

**Party
submitting:** Plaintiff          **Ex. #** 47

**Admitted: Yes   or    No  (circle one)**

**Debtor:**  Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____**,   Deputy Clerk**

**APPENDIX B**


**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 1/1/2015 - 1/31/2015
Account Type: Regular Bus Checking
Account Number: 7522044168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

626

## Account Summary - ▒▒▒▒4168

| | | | | |
|---|---|---|---|---|
| 01/01 | Beginning Balance | $65,565.86 | Number of Days in Period | 31 |
| | Checks | | | |
| 5 | Withdrawals / Debits | $(803.26) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 01/31 | Ending Balance | $65,812.60 | | |

Analysis Period: 12/01/14 - 12/31/14

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| OFFICIAL CHECK ISSUED | $10.75 |
| WIRE [7] | $30.00 |
| Service Charge withdrawn on 01/13/15 | $40.75 |

[7] Charges for incoming and outgoing wires, as well as other wire activity.

### Withdrawals / Debits

5 items totaling $803.26

| Date | Amount | Description |
|---|---|---|
| 01/12 | 170.00 | DEBIT CARD PURCHASE AT MCKEES AUTO CENTER, TIFTON, GA ON 010815 FROM CARD#: XXXXXXXXXXXX9690 |
| 01/13 | 192.51 | DEBIT CARD PURCHASE AT PAYPAL *HERKO AUTO, 4029357733, CA ON 011215 FROM CARD#: XXXXXXXXXXXX9690 |
| 01/13 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXXXX6152 |
| 01/13 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXX0760 |
| 01/13 | 40.75 | SERVICE CHARGE |

### Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 01/12 | 1,050.00 | DEPOSIT |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/12 | 66,445.86 | 01/13 | 65,812.60 |



AT FIFTH THIRD, WE ARE COMMITTED TO BEING CLEAR, UPFRONT AND FAIR WITH ALL OF OUR CUSTOMERS-WITH NO HIDDEN FEES OR SURPRISES. YOUR ACCOUNT STATEMENT NOW PROVIDES MORE DETAIL FOR ANY SERVICE CHARGES THAT WERE ASSESSED DURING THE MONTH. IN ADDITION, A DETAILED OUTLINE OF THE SERVICE CHARGES ASSOCIATED WITH YOUR ACCOUNT TYPE IS AVAILABLE ONLINE AT 53.COM/BUSINESSACCOUNTPRICING. SIMPLY SELECT YOUR ACCOUNT TO LEARN MORE. IF YOU HAVE QUESTIONS ABOUT YOUR BUSINESS CHECKING ACCOUNT OR SERVICE CHARGES, PLEASE CONTACT US AT 877-534-2264. THANK YOU FOR CHOOSING FIFTH THIRD BANK.

KY000137



This page intentionally left blank.

KY000138



**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900



Statement Period Date: 2/1/2015 - 2/28/2015
Account Type: Regular Bus Checking
Account Number: ████ 4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN                          0
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203                   607

## Account Summary - ████ 4168

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/01 | Beginning Balance | $65,812.60 | Number of Days in Period | 28 |
| 3 | Checks | $(2,571.81) | | |
| 5 | Withdrawals / Debits | $(821.47) | | |
| | Deposits / Credits | | | |
| 02/28 | Ending Balance | $62,419.32 | | |

Analysis Period: 01/01/15 - 01/31/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 02/11/15 | $0.00 |

### Checks                                                     3 checks totaling $2,571.81

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9037 i | 02/17 | 388.75 | 9038 i | 02/20 | 1,943.43 | 9039 i | 02/17 | 239.63 |

### Withdrawals / Debits                                            5 items totaling $821.47

| Date | Amount | Description |
|---|---|---|
| 02/11 | 236.96 | DEBIT CARD PURCHASE AT US AUTO PARTS NETW, 800-913-6127, CA ON 021015 FROM CARD#: XXXXXXXXXXXX9690 |
| 02/18 | 11.93 | DEBIT CARD PURCHASE AT PAYPAL *QUIRKPARTS, 4029357733, CA ON 021715 FROM CARD#: XXXXXXXXXXXX9690 |
| 02/18 | 18.50 | DEBIT CARD PURCHASE AT PAYPAL *KENDALLCHE, 4029357733, CA ON 021715 FROM CARD#: XXXXXXXXXXXX9690 |
| 02/18 | 230.19 | DEBIT CARD PURCHASE AT NAPA AUTO PARTS OF, SEBASTIAN, FL ON 021715 FROM CARD#: XXXXXXXXXXXX9690 |
| 02/19 | 323.89 | DEBIT CARD PURCHASE AT FIREHOUSE GARAGE, SEBASTIAN, FL ON 021815 FROM CARD#: XXXXXXXXXXXX9690 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/11 | 65,575.64 | 02/18 | 64,686.64 | 02/20 | 62,419.32 |
| 02/17 | 64,947.26 | 02/19 | 64,362.75 | | |

KY000139



This page intentionally left blank.

KY000140



**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 3/1/2015 - 3/31/2015
Account Type: Regular Bus Checking
Account Number: ████ 4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

550

## Account Summary - ████ 4168

| | | | | |
|---|---|---|---|---|
| 03/01 | Beginning Balance | $62,419.32 | Number of Days in Period | 31 |
| | Checks | | | |
| 2 | Withdrawals / Debits | $(4,272.37) | | |
| 2 | Deposits / Credits | $2,113.62 | | |
| 03/31 | Ending Balance | $60,260.57 | | |

Analysis Period: 02/01/15 - 02/28/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 03/11/15 | $0.00 |

### Withdrawals / Debits
2 items totaling $4,272.37

| Date | Amount | Description |
|---|---|---|
| 03/16 | 4,000.00 | PURCHASE OFFICIAL CHECK # 00024561585 REF # 00655335940 |
| 03/27 | 272.37 | DEBIT CARD PURCHASE AT FIRESTONE 004545, MELBOURNE, FL ON 032515 FROM CARD#: XXXXXXXXXXXX9690 |

### Deposits / Credits
2 items totaling $2,113.62

| Date | Amount | Description |
|---|---|---|
| 03/16 | 2,100.00 | DEPOSIT |
| 03/30 | 13.62 | DEBIT CARD RETURN AT RBT FIRESTONE 0045, EasySavings, NY ON 032815 TO CARD#: XXXXXXXXXXXX9690 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/16 | 60,519.32 | 03/27 | 60,246.95 | 03/30 | 60,260.57 |

KY000141



This page intentionally left blank.

KY000142



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



Statement Period Date: 4/1/2015 - 4/30/2015
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

549

## Account Summary - ████4168

| | | | | |
|---|---|---|---|---|
| 04/01 | Beginning Balance | $60,260.57 | Number of Days in Period | 30 |
| | Checks | | | |
| 2 | Withdrawals / Debits | $(809.19) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 04/30 | **Ending Balance** | $60,501.38 | | |

Analysis Period: 03/01/15 - 03/31/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 04/10/15 | $0.00 |

## Withdrawals / Debits

2 items totaling $809.19

| Date | Amount | Description |
|---|---|---|
| 04/09 | 275.00 | DEBIT CARD PURCHASE AT SUPERIOR ANGRAN IN, GUAYNABO, PR ON 040715 FROM CARD#: XXXXXXXXXXXX9690 |
| 04/10 | 534.19 | DEBIT CARD PURCHASE AT COLONIAL INSURANCE, RIO PIED, PR ON 040815 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 04/09 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/09 | 61,035.57 | 04/10 | 60,501.38 |

KY000143



This page intentionally left blank.

KY000144



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 5/1/2015 - 5/31/2015
Account Type: Regular Bus Checking
Account Number: ███4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

593

| Account Summary - ███ 4168 | | | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 05/01 | Beginning Balance | $60,501.38 | Number of Days in Period | 31 |
| 1 | Checks | $(8,000.00) | | |
| 8 | Withdrawals / Debits | $(893.20) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 05/31 | Ending Balance | $52,658.18 | | |

Analysis Period: 04/01/15 - 04/30/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 05/12/15 | $0.00 |

**Check**

1 check totaling $8,000.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 0000 i | 05/13 | 8,000.00 |

**Withdrawals / Debits**

8 items totaling $893.20

| Date | Amount | Description |
|---|---|---|
| 05/01 | 318.00 | DEBIT CARD PURCHASE AT MCKEES AUTO CENTER, TIFTON, GA ON 042915 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/04 | 67.36 | DEBIT CARD PURCHASE AT UHI*U-HAUL-ACORN-M, SEBASTIAN, FL ON 043015 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/05 | 105.37 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 050315 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/11 | 2.67 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 050915 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/11 | 42.80 | DEBIT CARD PURCHASE AT TIRE KINGDOM 961, SEBASTIAN, FL ON 050915 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/11 | 58.84 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 050715 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/11 | 138.44 | DEBIT CARD PURCHASE AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 050915 FROM CARD#: XXXXXXXXXXXX9690 |
| 05/11 | 159.72 | DEBIT CARD PURCHASE AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 050715 FROM CARD#: XXXXXXXXXXXX9690 |

**Deposits / Credits**

1 item totaling $1,050.00

| Date | Amount | Description |
|---|---|---|
| 05/13 | 1,050.00 | DEPOSIT |



## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05/01 | 60,183.38 | 05/05 | 60,010.65 | 05/13 | 52,658.18 |
| 05/04 | 60,116.02 | 05/11 | 59,608.18 | | |

KY000146



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

533

Statement Period Date: 6/1/2015 - 6/30/2015
Account Type: Regular Bus Checking
Account Number: ████ 4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

## Account Summary - ████ 4168

| Date | | Amount | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $52,658.18 | Number of Days in Period | 30 |
| 2 | Checks | $(1,324.00) | | |
| 12 | Withdrawals / Debits | $(1,675.72) | | |
| 1 | Deposits / Credits | $1,050.00 | | |
| 06/30 | Ending Balance | $50,708.46 | | |

Analysis Period: 05/01/15 - 05/31/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 06/10/15 | $0.00 |

### Checks
2 checks totaling $1,324.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 9040 i | 06/05 | 674.00 | 9041 i | 06/10 | 650.00 |

### Withdrawals / Debits
12 items totaling $1,675.72

| Date | Amount | Description |
|---|---|---|
| 06/02 | 28.81 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 053115 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/04 | 42.78 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 060215 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/04 | 59.49 | DEBIT CARD PURCHASE AT WM SUPERCENTER #58, SAN JUAN, B ON 060315 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/05 | 68.94 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 060315 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/05 | 3.94 | MERCHANT PAYMENT WAL Wal-Mart Sto AT LOC 220015 1822 WAL-SAMS FAJARDO PR |
| 06/08 | 92.93 | DEBIT CARD PURCHASE AT WM SUPERCENTER #58, SAN JUAN, B ON 060715 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/09 | 28.79 | DEBIT CARD PURCHASE AT HOME DEPOT/P.R. #6, CAROLINA, PR ON 060715 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/10 | 17.32 | DEBIT CARD PURCHASE AT CONVENIENCE STORES, CAROLINA, PR ON 060715 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/12 | 945.00 | DEBIT CARD PURCHASE AT PAYPAL *SIMONTAYLO, 4029357733, CA ON 061115 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/15 | 90.48 | DEBIT CARD PURCHASE AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 061215 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/17 | 32.05 | DEBIT CARD PURCHASE AT UHI*U-HAUL-ACORN-M, SEBASTIAN, FL ON 061515 FROM CARD#: XXXXXXXXXXXX9690 |
| 06/29 | 265.19 | DEBIT CARD PURCHASE AT LOWES #02644*, PALM BAY, FL ON 062815 FROM CARD#: XXXXXXXXXXXX9690 |

KY000147



**FIFTH THIRD BANK**

## Deposits / Credits

1 item totaling $1,050.00

| Date | Amount | Description |
|------|--------|-------------|
| 06/18 | 1,050.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/02 | 52,629.37 | 06/09 | 51,658.50 | 06/17 | 49,923.65 |
| 06/04 | 52,527.10 | 06/10 | 50,991.18 | 06/18 | 50,973.65 |
| 06/05 | 51,780.22 | 06/12 | 50,046.18 | 06/29 | 50,708.46 |
| 06/08 | 51,687.29 | 06/15 | 49,955.70 | | |

KY000148



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900





KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

0

596

Statement Period Date: 7/1/2015 - 7/31/2015
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

## Account Summary - ████4168

| Date | | Amount | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $50,708.46 | Number of Days in Period | 31 |
| 1 | Checks | $(1,700.00) | | |
| 8 | Withdrawals / Debits | $(1,842.67) | | |
| 1 | Deposits / Credits | $2,079.00 | | |
| 07/31 | Ending Balance | $49,244.79 | | |

Analysis Period: 06/01/15 - 06/30/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 07/10/15 | $0.00 |

## Check
1 check totaling $1,700.00

* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9042 i | 07/27 | 1,700.00 |

## Withdrawals / Debits
8 items totaling $1,842.67

| Date | Amount | Description |
|---|---|---|
| 07/06 | 219.13 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 070415 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/06 | 230.28 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 070415 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/07 | 151.44 | DEBIT CARD PURCHASE AT THE HOME DEPOT 633, PALM BAY, FL ON 070515 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/08 | 28.46 | 5/3 ONLINE PYMT TO FLORIDA PO- ACCT XXXXXX9279 |
| 07/08 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXXXX6152 |
| 07/08 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXX0760 |
| 07/09 | 719.88 | DEBIT CARD PURCHASE AT COSOT NET, RIO GRAN, PR ON 070715 FROM CARD#: XXXXXXXXXXXX9690 |
| 07/23 | 93.48 | DEBIT CARD PURCHASE AT IRC LICENSE/TAG/AS, VERO BEACH, FL ON 072215 FROM CARD#: XXXXXXXXXXXX9690 |

## Deposits / Credits
1 item totaling $2,079.00

| Date | Amount | Description |
|---|---|---|
| 07/08 | 2,079.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/06 | 50,259.05 | 07/08 | 51,758.15 | 07/23 | 50,944.79 |
| 07/07 | 50,107.61 | 07/09 | 51,038.27 | 07/27 | 49,244.79 |

KY000149



KY000150



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900



KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL 32949-8203

0

525

Statement Period Date: 8/1/2015 - 8/31/2015
Account Type: Regular Bus Checking
Account Number: ████4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

| Account Summary - ████4168 | | |
|---|---|---|

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 08/01 | | Beginning Balance | $49,244.79 | Number of Days in Period | 31 |
| | 1 | Checks | $(2,500.00) | | |
| | 12 | Withdrawals / Debits | $(1,528.93) | | |
| | 2 | Deposits / Credits | $1,203.27 | | |
| 08/31 | | Ending Balance | $46,419.13 | | |

Analysis Period: 07/01/15 - 07/31/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 08/12/15 | $0.00 |

## Check

1 check totaling $2,500.00

* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9043 i | 08/03 | 2,500.00 |

## Withdrawals / Debits

12 items totaling $1,528.93

| Date | Amount | Description |
|---|---|---|
| 08/11 | 365.34 | DEBIT CARD PURCHASE AT FIREHOUSE GARAGE, SEBASTIAN, FL ON 081015 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/11 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXXXX6152 |
| 08/11 | 200.00 | 5/3 ONLINE PYMT TO AUTORIDAD- ACCT XXXXXX0760 |
| 08/12 | 45.00 | DEBIT CARD PURCHASE AT FIREHOUSE GARAGE, SEBASTIAN, FL ON 081115 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/13 | 190.43 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 081115 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/17 | 32.08 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 081515 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/17 | 101.15 | DEBIT CARD PURCHASE AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 081415 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/17 | 151.01 | MERCHANT PAYMENT AT LOC 254946 2211 North First Street San Jose CA |
| 08/18 | 161.13 | DEBIT CARD PURCHASE AT PAYPAL *CJFAUTOMOT, 4029357733, CA ON 081715 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/21 | 36.28 | DEBIT CARD PURCHASE AT MELBOURNE BMW, MELBOURNE, FL ON 082015 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/24 | 13.37 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 082215 FROM CARD#: XXXXXXXXXXXX9690 |
| 08/24 | 33.14 | DEBIT CARD PURCHASE AT ADVANCE AUTO PARTS, SEBASTIAN, FL ON 082215 FROM CARD#: XXXXXXXXXXXX9690 |

KY000151



**FIFTH THIRD BANK**

## Deposits / Credits

2 items totaling $1,203.27

| Date | Amount | Description |
|------|--------|-------------|
| 08/07 | 1,200.00 | DEPOSIT |
| 08/17 | 3.27 | DEBIT CARD RETURN AT HARBOR FREIGHT TOO, MELBOURNE, FL ON 081715 TO CARD#: XXXXXXXXXXXX9690 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/03 | 46,744.79 | 08/12 | 47,134.45 | 08/18 | 46,501.92 |
| 08/07 | 47,944.79 | 08/13 | 46,944.02 | 08/21 | 46,465.64 |
| 08/11 | 47,179.45 | 08/17 | 46,663.05 | 08/24 | 46,419.13 |

KY000152



**FIFTH THIRD BANK**

(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900



KEITH A YERIAN
YERIAN PROPERTIES LLC
5767 TREASURE LN
GRANT FL  32949-8203

Statement Period Date: 9/1/2015 - 9/30/2015
Account Type: Regular Bus Checking
Account Number: ▇▇▇4168

Banking Center: Cuyahoga Falls
Banking Center Phone: 330-926-5080
Business Banking Support: 877-534-2264

0

523

## Account Summary - ▇▇▇4168

| | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $46,419.13 | Number of Days in Period | 30 |
| 1 | Checks | $(2,330.00) | | |
| 1 | Withdrawals / Debits | $(85.56) | | |
| 1 | Deposits / Credits | $1,200.00 | | |
| 09/30 | Ending Balance | $45,203.57 | | |

Analysis Period: 08/01/15 - 08/31/15

| | |
|---|---|
| Standard Monthly Service Charge | $0.00 |
| Standard Monthly Service Charge Waived | $0.00 |
| Service Charge withdrawn on 09/11/15 | $0.00 |

## Check

1 check totaling $2,330.00

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount |
|---|---|---|
| 9044 i | 09/28 | 2,330.00 |

## Withdrawals / Debits

1 item totaling $85.56

| Date | Amount | Description |
|---|---|---|
| 09/28 | 85.56 | DEBIT CARD PURCHASE AT THE HOME DEPOT #85, SEBASTIAN, FL ON 092415 FROM CARD#: XXXXXXXXXXX9690 |

## Deposits / Credits

1 item totaling $1,200.00

| Date | Amount | Description |
|---|---|---|
| 09/08 | 1,200.00 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/08 | 47,619.13 | 09/28 | 45,203.57 |

KY000153