## Exhibit Cover Sheet

**Party submitting:** Plaintiff         **Ex. #** 48

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

APPENDIX B


*050102*



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the office of / Ross Miller, Secretary of State, State of Nevada

Document Number: 20110119585-23
Filing Date and Time: 02/16/2011 4:50 PM
Entity Number: E0090762011-5

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT — ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions)
MWAGUSI SOFTWARE LLC

[ ] Check box if a Series Limited-Liability Company
[ ] Check box if a Restricted Limited-Liability Company

**2. Registered Agent for Service of Process:** (check only one box)
[X] Commercial Registered Agent: GG INTERNATIONAL
[ ] Noncommercial Registered Agent (name and address below) **OR** [ ] Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity

Street Address / City / Nevada / Zip Code
Mailing Address (if different from street address) / City / Nevada / Zip Code

**3. Dissolution Date:** (optional)
Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (required)
Company shall be managed by: [X] Manager(s) **OR** [ ] Member(s) (check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)

1) JOHN MCLEOD-SEE ATTACHED
   C/O GG INTERNATIONAL 7260 — LAS VEGAS — NV — 89130
2) KEITH YERIAN -SEE ATTACHED
   C/O GG INTERNATIONAL 7260 — LAS VEGAS — NV — 89130
3)

**6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)
GG INTERNATI-SEE ATTACHED
X GG INTERNATIONAL (Organizer Signature)
7260 W AZURE DR STE 140-2 — LAS VEGAS — NV — 89130

**7. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X GG INTERNATIONAL
Date: 2/16/2011

EXHIBIT Trustee #25 Yerian 5/4/16 DB

This form must be accompanied by appropriate fees.
Nevada Secretary of State NRS 86 DLLC Articles
Revised 8-2-16

MS000727

# Articles of Organization
(PURSUANT TO NRS CHAPTER 86)
## CONTINUED
*Includes data that is too long to fit in the fields on the NRS 86 Form and all additional managers and organizers*

| ENTITY NAME: | MWAGUSI SOFTWARE LLC |
|---|---|
| FOREIGN NAME TRANSLATION: | Not Applicable |

| REGISTERED AGENT NAME: | GG INTERNATIONAL |
|---|---|
| STREET ADDRESS: | Not Applicable |
| MAILING ADDRESS: | Not Applicable |

| ADDITIONAL | Managers or Managing Members |
|---|---|
| Name: JOHN MCLEOD | Name: KEITH YERIAN |
| Address: C/O GG INTERNATIONAL 7260 W AZURE DR STE 140-212 | Address: C/O GG INTERNATIONAL 7260 W AZURE DR STE 140-212 |
| City: LAS VEGAS | City: LAS VEGAS |
| State: NV | State: NV |
| Zip Code: 89130 | Zip Code: 89130 |

| ADDITIONAL | Organizers |
|---|---|
| Name: GG INTERNATIONAL | |
| Address: 7260 W AZURE DR STE 140-212 | |
| City: LAS VEGAS | |
| State: NV | |
| Zip Code: 89130 | |

PAGE 2




# LIMITED LIABILITY COMPANY CHARTER

I, ROSS MILLER, the Nevada Secretary of State, do hereby certify that **MWAGUSI SOFTWARE LLC** did on February 16, 2011, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 16, 2011.

ROSS MILLER
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20110216-2933
You may verify this certificate
online at **http://www.nvsos.gov/**

MS000729

**INITIAL LIST OF MANAGERS OR MANAGING MEMBERS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

MWAGUSI SOFTWARE LLC

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF   FEB, 2011   TO   FEB, 2012. Due by Mar 31, 2011

FILE NUMBER

E0090762011-5

100401

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

GG INTERNATIONAL
7260 W AZURE DR STE 140-212
LAS VEGAS NV 89130

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                          ABOVE SPACE IS FOR OFFICE USE ONLY

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. List fee is $125.00. A $75.00 penalty must be added for failure to file this form by the deadline.
4. State business license fee is $200.00. Effective 2/1/2010, $100 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the incorporation/initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include initial list and business license fees will result in rejection of filing.

FILING FEE: $125.00    LATE PENALTY: $75.00            BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00

**Complete only if applicable**

☐ Pursuant to NRS, this entity is exempt from the business license fee.   Exemption code: _____

☐ Month and year your State Business License expires: __ __ 20 __ __

Section 7(2) Exemption Codes
001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business

NAME _____   (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
                                         MANAGER       MANAGING MEMBER
ADDRESS _____   CITY _____   STATE ___   ZIP CODE ___

NAME _____   (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
                                         MANAGER       MANAGING MEMBER
ADDRESS _____   CITY _____   STATE ___   ZIP CODE ___

NAME _____   (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
                                         MANAGER       MANAGING MEMBER
ADDRESS _____   CITY _____   STATE ___   ZIP CODE ___

NAME _____   (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED)
                                         MANAGER       MANAGING MEMBER
ADDRESS _____   CITY _____   STATE ___   ZIP CODE ___

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____          Title _____       Date _____

**Signature of Manager or Managing Member**

Nevada Secretary of State Initial List ManorMem
Revised

MS000730