## Exhibit Cover Sheet

**Party submitting:** Plaintiff            **Ex. #** 49

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, Deputy Clerk

APPENDIX B

# PAYROLL JOURNAL

*Payrolls by Paychex, Inc.*

40004 (R-9)
0089 A890-2733  Mwagusi Software LLC

| EMPLOYEE NAME / ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |
| **** 100 PAYROLL McLeod, John D  1 | Regular | | | 24,000.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>CA Income Tax<br>CA Disability | 1,008.00<br>348.00<br>1,000.00<br>226.78<br>288.00 | | Check # Unknown<br>Check Amt<br>Manual | 0.00<br>21,129.22 |
| | EMPLOYEE TOTAL | | | 24,000.00 | | | 2,870.78 | | Net Pay | 21,129.22 |
| Yerian, Keith  2 | Regular | | | 24,000.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>OH Income Tax | 1,008.00<br>348.00<br>1,000.00<br>486.16 | | Check # Unknown<br>Check Amt<br>Manual | 0.00<br>21,157.84 |
| | EMPLOYEE TOTAL | | | 24,000.00 | | | 2,842.16 | | Net Pay | 21,157.84 |
| **COMPANY TOTALS**<br>2 Person(s)<br>2 Transaction(s) | Regular | | | 48,000.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>CA Income Tax<br>CA Disability<br>OH Income Tax | 2,016.00<br>696.00<br>2,000.00<br>226.78<br>288.00<br>486.16 | | Check Amt<br>Manual | 0.00<br>42,287.06 |
| | COMPANY TOTAL | | | 48,000.00 | | | 5,712.94 | | Net Pay | 42,287.06 |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security<br>Medicare<br>Fed Unemploy<br>CA Unemploy<br>CA Emp Train<br>OH Unemploy | 2,976.00<br>696.00<br>84.00<br>238.00<br>7.00<br>243.00 | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY<br>TOTAL TAX LIABILITY | 4,244.00<br>9,956.94 | | | |

Period Start - End Date  12/01/11 - 12/31/11
Check Date  12/16/11

EXHIBIT 26
Trustee
Yerian
5/17/16 AB