## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 50

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214

A890-2733
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 12/16/2011 | Unknown |

*Payrolls by Paychex*

PAY TO THE ORDER OF

KEITH YERIAN
1787 GALEHOUSE RD
DOYLESTOWN OH  44230

For Reference Purposes Only
**$21157.84**
AMOUNT

VOID  THIS  IS  NOT  A  CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Keith Yerian
1787 Galehouse Rd
Doylestown, OH  44230

Soc Sec #: xxx-xx-4554   Employee ID: 2
Home Department: 100 Payroll

Pay Period: 12/01/11 to 12/31/11
Check Date: 12/16/11    Check #: Unknown

**NET PAY ALLOCATIONS**

| 'PTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Amount | 21157.84 | 21157.84 |
| **NET PAY** | **21157.84** | **21157.84** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 24000.00 | | 24000.00 |
| | **EARNINGS** | | | 24000.00 | | 24000.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | $1,008 | | 1008.00 | | 1008.00 |
| | Medicare | $348 | | 348.00 | | 348.00 |
| | Fed Income Tax | $1,000 | | 1000.00 | | 1000.00 |
| | OH Income Tax | $486.16 | | 486.16 | | 486.16 |
| | **TOTAL** | | | 2842.16 | | 2842.16 |



| NET PAY | | | | THIS PERIOD ($)  21157.84 | | YTD ($)  21157.84 |

*Payrolls by Paychex, Inc.*

0089 A890-2733   Mwagusi Software LLC · 3845 Cedarbend Dr · La Crescenta CA  91214

MS000016