**Exhibit Cover Sheet**

**Party submitting:** Plaintiff            **Ex. #** 51

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

# Expense Statement

**Statement No.**

## Employee

| | | | |
|---|---|---|---|
| Name | Keith Yerian | Emp # | |
| SSN | | Position | System Architect |
| Department | | | Manager |

## Pay Period

From 2/16/2011
To 12/31/2011

| Date | Account | Description | Lodging | Transport | Fuel | Meals | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2011 | | 163 Trips to CMS | | $ 3,097.00 | | | | | | $ 3,097.00 |
| 12/31/2011 | | 2 Trips to Pegasus | | $ 1,410.00 | | | | | | $ 1,410.00 |
| 12/31/2011 | | To/From Other Customers & CAK | | $ 600.00 | | | | | | $ 600.00 |
| 2/15/2011 | | Airfare SJU/CAK | | $ 387.00 | | | | | | $ 387.00 |
| 10/15/2011 | | Airfare SJU/CAK | | $ 402.00 | | | | | | $ 402.00 |
| 11/15/2011 | | Airfare SJU/CAK | | $ 394.00 | | | | | | $ 394.00 |
| 1/15/2011 | | Airfare SJU/CAK | | $ 286.00 | | | | | | $ 286.00 |

| | | |
|---|---|---|
| | Sub Total | $ 6,576.00 |
| | Advances | |
| | TOTAL | $ 6,576.00 |

$ 6,576.00 Reimbursement

**Notes**

**Approved** Office Use Only

*Insert Fine Print Here*

EXHIBIT 28 Trustee Yerian 5/17/16 DMB

MS000139