## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 53

**Admitted:** Yes  or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

# PAYROLL JOURNAL

0089 A890-2733  Mwagusi Software LLC

| EMPLOYEE NAME / ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | DEDUCTIONS | | |
| **** 100 PAYROLL | | | | | | | | | |
| Kincer, Dakota K  3 | Regular | | | 3,333.33 | | Social Security | 140.00 | Direct Deposit # 10003 | |
| | | | | | | Medicare | 48.34 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 341.88 | Chkg 3671 | 2,711.56 |
| | | | | | | OH Income Tax | 91.55 | | |
| | EMPLOYEE TOTAL | | | 3,333.33 | | | 621.77 | Net Pay | 2,711.56 |
| McLeod, John D  1 | Regular | | | 2,500.00 | | Social Security | 105.00 | Direct Deposit # 10004 | |
| | | | | | | Medicare | 36.25 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 55.83 | Chkg 7771 | 2,277.92 |
| | | | | | | CA Disability | 25.00 | | |
| | EMPLOYEE TOTAL | | | 2,500.00 | | | 222.08 | Net Pay | 2,277.92 |
| Yerian, Keith  2 | Regular | | | 2,500.00 | | Social Security | 105.00 | Direct Deposit # 10005 | |
| | | | | | | Medicare | 36.25 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 119.17 | Chkg 4229 | 2,179.93 |
| | | | | | | OH Income Tax | 59.65 | | |
| | EMPLOYEE TOTAL | | | 2,500.00 | | | 320.07 | Net Pay | 2,179.93 |
| COMPANY TOTALS | Regular | | | 8,333.33 | | Social Security | 350.00 | Check Amt | 0.00 |
| 3 Person(s) | | | | | | Medicare | 120.84 | Dir Dep | 7,169.41 |
| 3 Transaction(s) | | | | | | Fed Income Tax | 516.88 | | |
| | | | | | | CA Disability | 25.00 | | |
| | | | | | | OH Income Tax | 151.20 | | |
| | COMPANY TOTAL | | | 8,333.33 | | | 1,163.92 | Net Pay | 7,169.41 |
| | | | | | | *Employer Liabilities* | | | |
| | | | | | | Social Security | 516.67 | | |
| | | | | | | Medicare | 120.83 | | |
| | | | | | | Fed Unemploy | 50.00 | | |
| | | | | | | CA Unemploy | 85.00 | | |
| | | | | | | CA Emp Train | 2.50 | | |
| | | | | | | OH Unemploy | 157.50 | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | 932.50 | | |
| | | | | | | TOTAL TAX LIABILITY | 2,096.42 | | |

0089 A890-2733  Mwagusi Software LLC
Run Date 02/22/12  08:45 AM
Period Start - End Date  02/01/12 - 02/29/12
Payroll Journal
Page 1 of 1
MS000029

EXHIBIT Trustee #30 Yerian 5/17/16 DJR