## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 54

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   **Deputy Clerk**

### APPENDIX B

Subject: Loan to my IRA account...
From: Keith Alan Yerian <keithalanyerian@gmail.com>
Date: 5/16/2012 7:09 AM
To: <jmcleod129@gmail.com>

John,

Please send a $2,000 cashier check made out to Host Realty Inc. They will hold it in their escrow account until the bank selects the actual closing/title company. They want it overnighted to their office at the following address:

Host Realty Inc.
3155 West New Haven Ave
Melbourne FL 32904

Memo:
Keith Alan Yerian – Trust
Deposit for 1381 SW Giddings St Palm Bay, FL

Thanks,
Keith Yerian






**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

**Customer Copy** — Label 11-B, March 2004

**Post Office To Addressee**

EH 765085945 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 91046
Day of Delivery: Next
Postage: $18.95
Date Accepted: 05/16/02
Scheduled Date of Delivery: Month 05 Day 17
Time Accepted: 1:46 PM
Scheduled Time of Delivery: 3 PM
Total Postage & Fees: $18.95
Flat Rate or Weight: 1 lb 0 oz
Acceptance Emp. Initials: PX

**DELIVERY (POSTAL USE ONLY)** — (blank)

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE — (checked)

FROM: John McLeod
PHONE (818) 249-5927
3845 Cedar-bend Dr
La Crescenta, CA 91214

TO: Host Realty, Inc.
PHONE (330) 710-6941
3155 West New Haven Ave
Melbourne, FL 32904

FOR PICKUP OR TRACKING Visit www.usps.com  Call 1-800-222-1811

MS000137



**Customer Copy**
Label 11-B, March 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Post Office To Addressee**



EI 321022866 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 91346 | ☒ Next ☐ 2nd ☐ 2nd Del Day | $ 15.95 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 2 21 12 | 5/22/12 Month Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 2:33 ☒ PM | ☒ Noon ☐ 3 PM | $ / $ |
| Flat Rate ☐ or Weight | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 13.95 |
| lbs. 2 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials CM |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☒ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday     Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )

Morgan Software, LLC
7210 W. Haven Dr
Suite 140-162
Las Vegas, NV 89130

**TO:** (PLEASE PRINT) PHONE ( )

Self Directed IRA, LLC
8541 Hayerville Ave
Henderson, NV 89052

ZIP + 4: 89652 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



MS000138