**Exhibit Cover Sheet**

**Party submitting:** Plaintiff       **Ex. #** 55

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____,   **Deputy Clerk**

**APPENDIX B**

JPMorgan Chase Mortgage Department.pdf

27-Mar-13                                                                                                     21Mar13-396

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G21Mar13-396**
Sequence number 003480725591  Posting date 22-MAY-12

1568

Myragual Software LLC
7260 W Azure Dr Ste 140-662
Las Vegas, NV 89130-4410
818-249-5027

DATE 5/21/2012

PAY TO THE ORDER OF  Self Directed IRA, LLC                      $ 1575.00

Fifteen Hundred Seventy Five and 00/100 —————— DOLLARS

JP MORGAN CHASE BANK, N.A.

FOR  Yerian Properties, LLC

Loan    ⑈001568⑈ ⑆322271627⑆                    1281⑈        ⑈0000157500⑆



EXHIBIT #32
Yerian
5/17/16 DDB

JPMORGAN000264

Trustee's 814