## Exhibit Cover Sheet

**Party submitting:** Plaintiff     **Ex. #** 56

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   **Deputy Clerk**

**APPENDIX B**

Page 1 of 1





| | |
|---|---|
| Posting Date | 2012 Aug 20 |
| DB/CR Indicator | Debit |
| Amount | $3,575.00 |
| Posting Check Number | 9002 |
| Posting Account Number | |
| Posting Seq Number | 78756358 |
| Tran Code | 0 |
| ABA/RT Number | 4100271 |





EXHIBIT
G

https://s1flokydciweb01.info53.com/inquiry/page/itemprint.jsp?BEANNAME=ArchiveIt...   12/17/2015

Trustee's 3490