## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 58

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   Deputy Clerk

APPENDIX B

## Form W-2 Wage and Tax Statement 2012 — EMPLOYER REFERENCE COPY - DO NOT FILE     13005

| Field | Value |
|---|---|
| a Control number | 0089-A8902733  0000000003-000100 |
| b Employer's identification number | 27-5034956 |
| d Employee's social security number | (d)(5)-2642 |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal |
| c Employer's name, address, and ZIP code | MWAGUSI SOFTWARE LLC  3845 CEDARBEND DR  LA CRESCENTA CA 91214 |
| e Employee's name, address, and ZIP code | DAKOTA K KINCER  2564 PROGRESS PARK DR  STOW OH 44224 |
| 1 Wages, tips, other compensation | 33333.30 |
| 2 Federal income tax withheld | 3418.80 |
| 3 Social security wages | 33333.30 |
| 4 Social security tax withheld | 1400.00 |
| 5 Medicare wages and tips | 33333.30 |
| 6 Medicare tax withheld | 483.33 |
| 15 State | OH |
| Employer's state ID No. | 52-785820 3 |
| 16 State wages, tips, etc. | 33333.30 |
| 17 State income tax | 915.50 |

## Form W-2 Wage and Tax Statement 2012 — EMPLOYER REFERENCE COPY - DO NOT FILE

| Field | Value |
|---|---|
| a Control number | 0089-A8902733  0000000001-000100 |
| b Employer's identification number | 27-5034956 |
| d Employee's social security number | (d)(5)-3455 |
| 13 | Statutory employee / Retirement plan X / Third-party sick pay / Subtotal |
| 12 See Instrs. for Box 12 | D 4950.00 |
| 14 Other | CASDI 400.00 |
| c Employer's name, address, and ZIP code | MWAGUSI SOFTWARE LLC  3845 CEDARBEND DR  LA CRESCENTA CA 91214 |
| e Employee's name, address, and ZIP code | JOHN D MCLEOD  3845 CEDARBEND DR  LA CRESCENTA CA 91214 |
| 1 Wages, tips, other compensation | 35050.00 |
| 2 Federal income tax withheld | 1687.90 |
| 3 Social security wages | 40000.00 |
| 4 Social security tax withheld | 1680.00 |
| 5 Medicare wages and tips | 40000.00 |
| 6 Medicare tax withheld | 580.00 |
| 15 State | CA |
| Employer's state ID No. | 010-3251-5 |
| 16 State wages, tips, etc. | 35050.00 |
| 17 State income tax | 490.12 |

EXHIBIT  Trustee # 37  Yerian  5/17/16 DDB

## Form W-2 Wage and Tax Statement 2012 — EMPLOYER REFERENCE COPY - DO NOT FILE

| Field | Value |
|---|---|
| a Control number | 0089-A8902733  0000000002-000100 |
| b Employer's identification number | 27-5034956 |
| d Employee's social security number | (d)(5)-4554 |
| c Employer's name, address, and ZIP code | MWAGUSI SOFTWARE LLC  3845 CEDARBEND DR  LA CRESCENTA CA 91214 |
| e Employee's name, address, and ZIP code | KEITH YERIAN  1787 GALEHOUSE RD  DOYLESTOWN OH 44230 |
| 1 Wages, tips, other compensation | 30000.00 |
| 2 Federal income tax withheld | 1430.04 |
| 3 Social security wages | 30000.00 |
| 4 Social security tax withheld | 1260.00 |
| 5 Medicare wages and tips | 30000.00 |
| 6 Medicare tax withheld | 435.00 |
| 15 State | OH |
| Employer's state ID No. | 52-785820 3 |
| 16 State wages, tips, etc. | 30000.00 |
| 17 State income tax | 715.80 |

## Form W-2 Wage and Tax Statement 2012 — EMPLOYER REFERENCE COPY - DO NOT FILE

| Field | Value |
|---|---|
| a Control number | 0089-A8902733 |
| b Employer's identification number | 27-5034956 |
| d Employee's social security number | (blank) |
| 13 | Statutory employee / Retirement plan / Third-party sick pay / Subtotal X |
| c Employer's name, address, and ZIP code | MWAGUSI SOFTWARE LLC  3845 CEDARBEND DR  LA CRESCENTA CA 91214 |
| 1 Wages, tips, other compensation | 98383.30 |
| 2 Federal income tax withheld | 6536.74 |
| 3 Social security wages | 103333.30 |
| 4 Social security tax withheld | 4340.00 |
| 5 Medicare wages and tips | 103333.30 |
| 6 Medicare tax withheld | 1498.33 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 010-3251-5 | 35050.00 | 490.12 |
| OH | 52-785820 3 | 63333.30 | 1631.30 |