**<u>Exhibit Cover Sheet</u>**


**Party
submitting:** Plaintiff          **Ex. #** 60


**Admitted: Yes   or    No  (circle one)**


**Debtor:**    Keith A. Yerian


**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:*   6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**    Trial

_____


**United States Bankruptcy Court
Middle District of Florida**


**Dated** _____ **, 20___.**

**By:**_____**,  Deputy Clerk**


**APPENDIX B**

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 31, 2011 through January 31, 2012
Primary Account: (d)(5)    1281



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00144433 DRE 703 142 03212 NNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

Important Information about Chase BusinessSelect Checking(SM) Accounts

Beginning March 16, 2012, there will be two changes to your Chase BusinessSelect Checking account:
- The $5,000 monthly minimum balance will no longer waive the monthly Service Fee on your Chase BusinessSelect Checking account.
- The monthly Service Fee will be waived in any month you have an average daily balance of $25,000 or more in this Chase BusinessSelect Checking account and any Chase business savings accounts and CDs linked to this account.

All other terms and conditions of your account remain the same, including the following ways to waive your monthly Service Fee:
- Maintain an average daily balance of $7,500 in this Chase BusinessSelect Checking account; or
- Pay $50 or more on qualifying checking account fees (not including the monthly Service Fee); or
- Make $1,000 in purchases on your linked Chase Business Credit Card during the monthly checking statement cycle; or
- Maintain a linked qualifying personal checking account.

See your Deposit Account Agreement for further information.  If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338) or contact your banker for a free account review.

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|---|
| Chase BusinessSelect Checking | (d)(5) | 281 | $5,267.08 | $19,512.97 |
| **Total** | | | **$5,267.08** | **$19,512.97** |
| **TOTAL ASSETS** | | | **$5,267.08** | **$19,512.97** |



MS000301

 **CHASE**

December 31, 2011 through January 31, 2012
Primary Account: (d)(5)    **1281**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:** 　　　　Step 1 Balance:  $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.** 　　　　Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** 　　$_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

**MS000302**



December 31, 2011  through January 31, 2012
Primary Account (d)(5)            I281

## CONSOLIDATED BALANCE SUMMARY *(continued)*

### CREDIT CARDS, LOANS & LINES OF CREDIT



| | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| **Credit Cards** | | | |
| Mastercard | ************7296 | $4,702.97 | $797.03 |
| **Total** | | **$4,702.97** | **$797.03** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$4,702.97** | **$797.03** |

**All Summary Balances** shown are as of January 31, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE BUSINESSSELECT CHECKING

MWAGUSI SOFTWARE LLC                                        Account Number: (d)(5)          I281

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,267.08** |
| Deposits and Additions | 3 | 34,940.00 |
| Checks Paid | 5 | - 5,853.09 |
| Electronic Withdrawals | 12 | - 14,811.02 |
| Fees and Other Withdrawals | 1 | - 30.00 |
| **Ending Balance** | **21** | **$19,512.97** |

Cash bonuses paid to this account during 2011 totaled $100.00. This amount will be added to any interest paid during 2011 for tax reporting purposes.

Your monthly service fee was waived because you maintained an average checking balance of  $7,500.00 or a minimum checking balance of  $5,000.00 or more during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Deposit   153993939 | $17,740.00 |
| 01/23 | Deposit   974487826 | 2,200.00 |
| 01/24 | Deposit   974487827 | 15,000.00 |
| **Total Deposits and Additions** | | **$34,940.00** |

**MS000303**



December 31, 2011 through January 31, 2012
Primary Account:   (d)(5)   1281

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1547 ^ | | 01/03 | $1,335.00 |
| 1549 * ^ | | 01/10 | 332.76 |
| 1550 ^ | | 01/12 | 3,510.33 |
| 1556 * ^ | | 01/19 | 75.00 |
| 1558 * ^ | | 01/30 | 600.00 |

**Total Checks Paid** $5,853.09

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | 01/05 Fedwire Debit Via: Pnc Bank, Ohio/041000124 A/C: Keith Yerian Doylestown OH 44230 US Imad: 0105B1Qgc05C004635 Trn: 0880000005Es | $4,000.00 |
| 01/06 | Sprint8006396111 Achbillpay 842171668   Web ID: 2521616695 | 197.78 |
| 01/06 | Att       Payment   312161001Myw9C Web ID: 9864031005 | 116.20 |
| 01/06 | Capital One      Online Prnt 200539919012615 CCD ID: 9279744991 | 45.98 |
| 01/09 | Chase       Epay   1253856166      Web ID: 5760039224 | 515.35 |
| 01/17 | 01/16 Online Payment 2482354565 To Sprint | 300.00 |
| 01/24 | Paychex Inc.     Payroll   43388800005536X CCD ID: 1161124166 | 7,169.42 |
| 01/25 | Paychex Tps     Taxes   43393700007863X CCD ID: 1161124166 | 2,096.41 |
| 01/25 | Paychex Eib     Invoice   X43396000003115 CCD ID: 9000000089 | 173.79 |
| 01/27 | Chase       Epay   1266325857      Web ID: 5760039224 | 36.09 |
| 01/30 | American Express Elec Remit 120129060947537 PPD ID: 0005000008 | 118.00 |
| 01/31 | Paychex Tps     Taxes   43381200350646X CCD ID: 1161124166 | 42.00 |

**Total Electronic Withdrawals** $14,811.02

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Outgoing Domestic Wire Fee | $30.00 |

**Total Fees & Other Withdrawals** $30.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 01/03 | $21,672.08 | 01/19 | 12,548.68 |
| 01/05 | 17,642.08 | 01/23 | 14,748.68 |
| 01/06 | 17,282.12 | 01/24 | 22,579.26 |
| 01/09 | 16,766.77 | 01/25 | 20,309.06 |
| 01/10 | 16,434.01 | 01/27 | 20,272.97 |
| 01/12 | 12,923.68 | 01/30 | 19,554.97 |
| 01/17 | 12,623.68 | 01/31 | 19,512.97 |

MS000304

# CHASE ◆

December 31, 2011 through January 31, 2012
Primary Account:  (d)(5)      |281

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 16 |
| Deposits / Credits | 3 |
| Deposited Items | 3 |
| **Transaction Total** | **22** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



MS000305



December 31, 2011  through  January 31, 2012
Primary Account:    (d)(5)     **1281**

This Page Intentionally Left Blank



**CHASE** ◻
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

February 01, 2012 through February 29, 2012
Primary Account:   (d)(5)         1281

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



Ilil.....Il.l.il....Il..il...il..il.l.l.l.l.l.l.....Ill
00142325 DRE 703 14206112 NNNNNNNNNNN T  1 000000000 61 0000
MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- | --- |
| Chase BusinessSelect Checking | (d)(5) | 1281 | $19,512.97 | $17,381.00 |
| **Total** | | | **$19,512.97** | **$17,381.00** |
| **TOTAL  ASSETS** | | | **$19,512.97** | **$17,381.00** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| Credit Cards | ACCOUNT | AVAILABLE CREDIT | BALANCE |
| --- | --- | --- | --- |
| Mastercard | ***********7296 | $5,257.66 | $242.34 |
| **Total** | | **$5,257.66** | **$242.34** |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$5,257.66** | **$242.34** |

**All Summary Balances** shown are as of February 29, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

MS000307



February 01, 2012 through February 29, 2012
Primary Account: (d)(5)   281

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

MS000308

 **CHASE**

February 01, 2012 through February 29, 2012
Primary Account: (b)(5)        |281



## CHASE BUSINESSSELECT CHECKING

MWAGUSI SOFTWARE LLC                    Account Number (b)(5)        281

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $19,512.97 |
| Deposits and Additions | 1 | 14,500.00 |
| Checks Paid | 2 | - 458.13 |
| Electronic Withdrawals | 14 | - 16,173.84 |
| Ending Balance | 17 | $17,381.00 |

Cash bonuses paid to this account during 2011 totaled $100.00. This amount will be added to any interest paid during 2011 for tax reporting purposes.

Your monthly service fee was waived because you maintained an average checking balance of $7,500.00 or a minimum checking balance of $5,000.00 or more during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | Deposit   974487830 | $14,500.00 |
| **Total Deposits and Additions** |  | **$14,500.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1557 ^ |  | 02/06 | $343.13 |
| 1560 * ^ |  | 02/16 | 115.00 |
| **Total Checks Paid** |  |  | **$458.13** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

MS000309

**CHASE** ⬡

February 01, 2012 through February 29, 2012
Primary Account: (d)(5)     **281**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03 | Sprint8006396111 Achbillpay 842171668     Web ID: 2521616695 | $198.32 |
| 02/03 | Att        Payment   144251001Myw9E  Web ID: 9864031005 | 116.58 |
| 02/08 | 02/08 Online Payment 2517821757 To Anthem Insurance | 720.00 |
| 02/08 | 02/08 Online Payment 2517821781 To Sprint | 300.00 |
| 02/08 | 02/08 Online Payment 2517821771 To Sprint | 120.00 |
| 02/10 | Capital One     Online Pmt 204039919012266 CCD ID: 9279744991 | 50.29 |
| 02/16 | 02/16 Online ACH Payment 4235711220 To Keith (_######4229) | 1,000.00 |
| 02/16 | Chase        Epay    1278653433     Web ID: 5760039224 | 1,853.90 |
| 02/21 | Chase        Epay    1280395232     Web ID: 5760039224 | 591.64 |
| 02/22 | Charter Communic Charter CO 0331492740     Web ID: C824510000 | 54.99 |
| 02/24 | Paychex Inc.     Payroll  43817300033458X CCD ID: 1161124166 | 7,169.41 |
| 02/27 | Paychex Tps    Taxes    43818800018571X CCD ID: 1161124166 | 2,096.42 |
| 02/27 | Chase        Epay    1283931061     Web ID: 5760039224 | 1,818.89 |
| 02/27 | Paychex Eib    Invoice   X43831600008048 CCD ID: 9000000089 | 83.40 |
| **Total Electronic Withdrawals** | | **$16,173.84** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/03 | $19,198.07 |
| 02/06 | 18,854.94 |
| 02/08 | 17,714.94 |
| 02/10 | 17,664.65 |
| 02/16 | 14,695.75 |
| 02/21 | 28,604.11 |
| 02/22 | 28,549.12 |
| 02/24 | 21,379.71 |
| 02/27 | 17,381.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 12 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **14** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

MS000310



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2012 through March 30, 2012
Primary Account  (d)(5)    **281**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00145037 DRE 703 14209112 NNNNNNNNNNN T  1 000000000 61 0000

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

## Important Information About Your Account Statement

We understand the value of being able to easily read your statements and the benefit of balancing your account. To make your statement easier to follow, effective March 19, 2012, we moved the Balancing Your Checkbook page to the last page of the statement. This page may be used to balance your account for a given statement period. If you have any questions, please call us at the number on this statement or visit your branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- | --- |
| Chase BusinessSelect Checking | (d)(5) | 281 | $17,381.00 | $17,563.34 |
| **Total** | | | **$17,381.00** | **$17,563.34** |
| | | | | |
| **TOTAL ASSETS** | | | **$17,381.00** | **$17,563.34** |

### CREDIT CARDS, LOANS & LINES OF CREDIT

| | ACCOUNT | AVAILABLE CREDIT | BALANCE |
| --- | --- | --- | --- |
| **Credit Cards** | | | |
| Mastercard | ***********7296 | $4,766.21 | $733.79 |
| **Total** | | **$4,766.21** | **$733.79** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$4,766.21** | **$733.79** |

**All Summary Balances** shown are as of March 30, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

MS000311


**CHASE**

March 01, 2012 through March 30, 2012

Primary Account: (d)(5)      |281

## CHASE BUSINESSSELECT CHECKING

MWAGUSI SOFTWARE LLC                    Account Number (d)(5)        281

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$17,381.00** |
| Deposits and Additions | 1 | 14,500.00 |
| Checks Paid | 1 | - 343.13 |
| Electronic Withdrawals | 17 | - 13,974.53 |
| **Ending Balance** | 19 | **$17,563.34** |

Cash bonuses paid to this account during 2011 totaled $100.00. This amount will be added to any interest paid during 2011 for tax reporting purposes.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/23 | Deposit     974487832 | $14,500.00 |
| **Total Deposits and Additions** | | **$14,500.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1561  ^ | | 03/12 | $343.13 |
| **Total Checks Paid** | | | **$343.13** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Sprint8006396111 Achbillpay 842171668     Web ID: 2521616695 | $198.30 |
| 03/12 | 03/12 Online Payment 2569386654 To Anthem Insurance | 720.00 |
| 03/12 | 03/12 Online Payment 2569400948 To Sprint | 250.00 |
| 03/12 | 03/12 Online Payment 2569400919 To Sprint | 150.00 |
| 03/12 | 03/12 Online ACH Payment 4778931193 To Keith (_#######4229) | 2,000.00 |
| 03/12 | 03/12 Online Payment 2569564068 To American Express | 100.00 |
| 03/16 | Capital One     Online Pmt 207539919012781 CCD ID: 9279744991 | 360.79 |
| 03/16 | Charter Communic Charter CO 0331492740     Web ID: C824510000 | 29.99 |

MS000312