# Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 61

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:**_____, **Deputy Clerk**

**APPENDIX B**

# OHIO DEPARTMENT OF JOB AND FAMILY SERVICES
## OFFICE OF UNEMPLOYMENT COMPENSATION
### NOTICE OF BENEFITS PAID AND CHARGED TO EMPLOYER

4859 01/12/2012

**Employer**
MWAGUSI SOFTWARE LLC

| UI Account Number | Plant Number | Date Issued |
|---|---|---|
| 6009 | 000 | 10/08/2013 |

**ODJFS Office**

MWAGUSI SOFTWARE LLC
3845 CEDARBEND DR
LA CRESCENTA, CA  91214-3244

Employer Charging
PO Box 1618
Columbus, OH  43216-1618

Phone: (614) 466-4047
Fax:     (614) 387-7949

## THIS IS NOT A BILL – DO NOT MAKE PAYMENT FROM THIS NOTICE

For the week(s) indicated, the individual(s) listed below received unemployment compensation benefits which were charged to your account during the month of:

### SEPTEMBER 2013

You have received this notice in accordance with the Ohio Revised Code, Section 4141.24(D) which, in part, holds:

"The Director shall notify each employer at least once a month of the benefits charged to the employer's account since the last preceding notice. Such notice will show a summary of the amount of benefits paid which were charged to the employer's account. This notice shall not be deemed to be a determination of the claimant's eligibility for benefits."

An explanation of each column, as well as your appeal rights, appears at the end of this statement.

| 1. CLAIMANT'S NAME | 2. SOCIAL SECURITY NUMBER | 3. TRANS DATE | 4. WEEK CLAIMED | 5. SRCE | 6. STAT | 7. GROSS AMT PAID | 8. AMT CHARGED | 9. AMT CREDITED |
|---|---|---|---|---|---|---|---|---|
| KEITH A YERIAN | (d)(5) 554 | 09/03/2013 | 08/31/2013 | U | 1 | $312.00 | $312.00 | $0.00 |
| KEITH A YERIAN | 554 | 09/10/2013 | 09/07/2013 | U | 1 | $312.00 | $312.00 | $0.00 |
| KEITH A YERIAN | 554 | 09/16/2013 | 09/14/2013 | U | 1 | $312.00 | $312.00 | $0.00 |
| KEITH A YERIAN | 554 | 09/22/2013 | 09/21/2013 | U | 1 | $312.00 | $312.00 | $0.00 |
| KEITH A YERIAN | 554 | 09/29/2013 | 09/28/2013 | U | 1 | $312.00 | $312.00 | $0.00 |
| | | | | | **TOTAL MONTHLY CHARGES** | | | $1,560.00 |
| | | | | | **TOTAL MONTHLY CREDITS** | | | $0.00 |
| | | | | | **FISCAL YEAR-TO-DATE NET CHARGES** | | | $4,056.00 |



EXHIBIT Trustee #40 Yerian 5/17/16

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

DSN: 029067
Page 1 of 2

THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000378447106

PSN: 0028560
NOTICE: JI76N1

MS000064

## EXPLANATION OF COLUMNS

| | |
|---|---|
| **Columns 1 and 2** | Identify claimant(s) to whom ODJFS paid unemployment compensation benefits. |
| **Column 3** | Date on which the benefits were paid. |
| **Column 4** | Week ending date of the calender week of unemployment compensation for which benefits were paid. |
| **Column 5** | Source of the charge or credit:  U = UI; B = BWC; C = CWC |
| | Combined Wage Claim (CWC): Wage credits claimant earned with your organization were transferred to another state for payment of benefits under a combined wage plan in accordance with federal and state laws. No amount appears in Column 7. |
| | Bureau Of Workers' Compensation (BWC): Charges adjusted as a result of payments withheld from a BWC Temporary Total award that overlapped with unemployment benefits paid and charged to your account. No amount appears in either Column 7 or 8. |
| **Column 6** | Status of the claim associated with the charge or credit:  1 = Paid; 2 = Denied; 3 = Waiting Week; 4 = Penalty Week; 5 = Offset; 6 = Offset & Paid; 7 = Offset & Penalty Week, 8 = Overpaid; A = Charge Under Appeal |
| **Column 7** | Total gross amount paid to the claimant for the week shown in Column 4. WW: Appears if the week was credited as a waiting week. |
| **Column 8** | Portion of the gross amount paid in Column 7 charged to your account. |
| **Column 9** | Amount of a previous charge to your account that has been removed. |

## IMPORTANT INFORMATION

You have received this Notice of Benefits Paid and Charged to Employer in accordance with the Ohio Revised Code, Section 4141.24(D). This notice only provides a summary of the amount of benefits that were charged or credited to your account. This notice is not an appealable determination of a claimant's eligibility for benefits. A Determination of Unemployment Compensation Benefits was previously issued to you that explained each claimant's eligibility to receive benefits.

If you object to a claimant being paid benefits or feel you should not be charged for benefits, you must appeal the previously issued Determination of Unemployment Compensation Benefits. Your appeal rights are included on that determination. You may view the determination and file a timely appeal online at https://unemployment.ohio.gov. You may call any ODJFS claims processing center for more information. A list of processing center phone numbers can be found online at http://jfs.ohio.gov/ouc/Processing_Offices_by_SSN.pdf.

If you know specific facts that could affect a claimant's right to receive benefits for any week you should immediately file an eligibility notice online at https://unemployment.ohio.gov or notify any ODJFS claims processing center in writing. The written notice must identify a source who has first hand knowledge of the information or an informant who can identify the source; provide specific and detailed information that may disqualify the claimant; and provide the name and address of the source or the informant. An eligibility notice is timely filed if received or postmarked within 45 calendar days from the end of the week in which the issue occured.

**What to do if you disagree with the calculation of the Total Monthly Charges or Total Monthly Credit amounts or a claimant never worked for you:** Notify the Ohio Department of Job and Family Services at the address or fax number given on the front of this form. Your communications must be in writing, specifying the information to which you take exception and the reasons why.

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

DSN: 029057
Page 2 of 2
THIS SPACE FOR OFFICIAL USE ONLY
ID: 000000378447106
PSN: 0028560
NOTICE: JI76N1
MS000065