## Exhibit Cover Sheet

**Party submitting:** Plaintiff     **Ex. #** 65

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  Deputy Clerk

APPENDIX B

Keith's plan to file bankruptcy 11-27-2013.pdf

**dyerian**

**From:** Tricia Pycraft <tpycraft@ccj.com>
**Sent:** Wednesday, November 27, 2013 1:19 PM
**To:** dyerian; Tim Pettorini
**Subject:** Yerian

See below from Reid regarding witnesses and Keith filing Bankruptcy.

**From:** reid yoder [mailto:ryoder@dylawfirm.com]
**Sent:** Wednesday, November 27, 2013 12:16 PM
**To:** Tricia Pycraft
**Subject:** RE: calling court

Yes. They will all be appearing. Also it is my understanding that Keith will not file bankruptcy until after trial. Even if it is a Defense verdict he has assured me he will still file.

DICAUDO & YODER, LLC
520 South Main Street, Suite 500
Akron, Ohio 44311
Tel: (330) 762-7477
Fax: (330) 762-8059

DISCLAIMER: This electronic transmission contains confidential information from the law firm of DiCaudo & Yoder, LLC. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the Firm at 330.762.7477, and delete this email and destroy all copies. Thank you for your cooperation.

**From:** Tricia Pycraft [mailto:tpycraft@ccj.com]
**Sent:** Wednesday, November 27, 2013 11:38 AM
**To:** reid yoder
**Subject:** RE: calling court

Reid-
Can you please confirm Keith, McLeod and Messner plan to appear at trial?
Thanks, Tricia

1

