## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 66

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

**APPENDIX B**

Mileage expenses for the year

Subject: Mileage expenses for the year
From: Keith Alan Yerian <keithalanyerian@gmail.com>
Date: 12/18/2015 8:54 AM
To: "'John McLeod'" <john@mwagusisoftware.com>

John,

The following shows my mileage expenses for the year to balance against my credit card charges...

| | | | | |
|---|---|---|---|---|
| Trip to Atlanta (Jan 18th-23rd) | 2 | 588 | 0.575 | $676.20 |
| Lodging to Gigi | 8 | 39 | 0.575 | $179.40 |
| | | | | |
| Trip to Atlanta (May 1st-May 3rd) | 2 | 588 | 0.575 | $676.20 |
| Lodging to Gigi | 2 | 39 | 0.575 | $44.85 |
| | | | | |
| Trip to Sarasota to see Bob Harris (Platrinum Data) | 2 | 193 | 0.575 | $221.95 |
| | | | | |
| Monthly Mileage | Jan | 87 | 0.575 | $50.03 |
| | Feb | 94 | 0.575 | $54.05 |
| | Mar | 160 | 0.575 | $92.00 |
| | Apr | 75 | 0.575 | $43.13 |
| | May | 123 | 0.575 | $70.73 |
| | Jun | 88 | 0.575 | $50.60 |
| | Jul | 115 | 0.575 | $66.13 |
| | Aug | 135 | 0.575 | $77.63 |
| | Sep | 86 | 0.575 | $49.45 |
| | Oct | 88 | 0.575 | $50.60 |
| | Nov | 232 | 0.575 | $133.40 |
| | Dec | 147 | 0.575 | $84.53 |
| | | | | $2,352.33 |

Nov and Dec are high due to several trip to the Microsoft store at the Florida Mall to review the Surface Pro 4 tablet.

Thanks,
Keith Yerian
330.760.6941


EXHIBIT
Trustee 46
Yerian
5/7/16  JB

3/22/... MS000805