## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 68

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, Deputy Clerk

APPENDIX B

## Custom Movers Services Inc.
### Nationwide Third Party Services



Dec 9, 2014

Keith Yerian,

Below is the current payoff for the Smart car as of Dec 15th 2014 with interest and principle.

Smart    $7000 + $1290.13 = $8290.13

| | | | | | | |
|---|---|---|---|---|---|---|
| 15-Mar-13 | 15,000.00 | 0.01 | - | 15,000.00 | 8,000.00 | 7,000.00 |
| 15-Apr-13 | 15,000.00 | 0.01 | 150.00 | 15,150.00 | 8,080.00 | 7,070.00 |
| 15-May-13 | 15,150.00 | 0.01 | 151.50 | 15,301.50 | 8,160.80 | 7,140.70 |
| 15-Jun-13 | 15,301.50 | 0.01 | 153.02 | 15,454.52 | 8,242.41 | 7,212.11 |
| 15-Jul-13 | 15,454.52 | 0.01 | 154.55 | 15,609.06 | 8,324.83 | 7,284.23 |
| 15-Aug-13 | 15,609.06 | 0.01 | 156.09 | 15,765.15 | 8,408.08 | 7,357.07 |
| 15-Sep-13 | 15,765.15 | 0.01 | 157.65 | 15,922.80 | 8,492.16 | 7,430.64 |
| 15-Oct-13 | 15,922.80 | 0.01 | 159.23 | 16,082.03 | 8,577.08 | 7,504.95 |
| 15-Nov-13 | 16,082.03 | 0.01 | 160.82 | 16,242.85 | 8,662.85 | 7,580.00 |
| 15-Dec-13 | 16,242.85 | 0.01 | 162.43 | 16,405.28 | 8,749.48 | 7,655.80 |
| 15-Jan-14 | 16,405.28 | 0.01 | 164.05 | 16,569.33 | 8,836.98 | 7,732.35 |
| 15-Feb-14 | 16,569.33 | 0.01 | 165.69 | 16,735.03 | 8,925.35 | 7,809.68 |
| 15-Mar-14 | 16,735.03 | 0.01 | 167.35 | 16,902.38 | 9,014.60 | 7,887.78 |
| 15-Apr-14 | 16,902.38 | 0.01 | 169.02 | 17,071.40 | 9,104.75 | 7,966.65 |
| 15-May-14 | 17,071.40 | 0.01 | 170.71 | 17,242.11 | 9,195.79 | 8,046.32 |
| 15-Jun-14 | 17,242.11 | 0.01 | 172.42 | 17,414.53 | 9,287.75 | 8,126.78 |
| 15-Jul-14 | 17,414.53 | 0.01 | 174.15 | 17,588.68 | 9,380.63 | 8,208.05 |
| 15-Aug-14 | 17,588.68 | 0.01 | 175.89 | 17,764.57 | 9,474.44 | 8,290.13 |
| 15-Sep-14 | 17,764.57 | 0.01 | 177.65 | 17,942.21 | 9,569.18 | 8,373.03 |
| 15-Oct-14 | 17,942.21 | 0.01 | 179.42 | 18,121.63 | 9,664.87 | 8,456.76 |
| 15-Nov-14 | 18,121.63 | 0.01 | 181.22 | 18,302.85 | 9,761.52 | 8,541.33 |
| 15-Dec-14 | 18,302.85 | 0.01 | 183.03 | 18,485.88 | 9,859.14 | 8,626.74 |

Blue 2008 Smart Vin #WMEEJ31X18K131519 - **$8626.74**

Dean Barker
Custom Movers Services
3290 Kent Rd
Stow OH, 44224

