**Exhibit Cover Sheet**

**Party submitting:** Plaintiff        **Ex. #** 71

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____,  **Deputy Clerk**

APPENDIX B

Rental in PR.pdf

Gmail - FW: Maracaiva tes wa yautia

What are these?

########################################################################## Ce message et ses eventuelles pieces jointes sont adresses exclusivement a l'intention de leur(s) destinataire(s) et leur contenu est strictement confidentiel. Si vous recevez ce message par erreur, merci de le detruire et d'en avertir immediatement l'expediteur. L'Internet ne permettant pas d'assurer l'integrite de ce message et/ou des pieces jointes, LVMH, ainsi que les entites qu'il controle et qui le controlent (ci-apres le groupe LVMH),declinent toute responsabilite dans l'hypothese ou il(s) aurai(ent) ete intercepte ou modifie par quiconque. Les precautions raisonnables ayant ete prises pour eviter que des virus ne soient transmis par ce message et/ou d'eventuelles pieces jointes, le groupe LVMH decline toute responsabilite pour tout dommage cause par la contamination de votre systeme informatique. This message and its possible attachments are intended solely for the addressees and are confidential. If you receive this message in error, please delete it and immediately notify the sender. The Internet can not guarantee the integrity of this message and/or its possible attachments. LVMH and any of its subsidiaries or holding companies (hereinafter LVMH Group) shall not therefore be liable for this message if modified or intercepted by anyone.As reasonable precautionary measures have been implemented to prevent the transmission of viruses within this message and/or its possible attachments, LVMH Group refuses to accept any responsibility for any damage caused by the contamination of your information system. ##################################################################################################

########################################################################## Ce message et ses eventuelles pieces jointes sont adresses exclusivement a l'intention de leur(s) destinataire(s) et leur contenu est strictement confidentiel. Si vous recevez ce message par erreur, merci de le detruire et d'en avertir immediatement l'expediteur. L'Internet ne permettant pas d'assurer l'integrite de ce message et/ou des pieces jointes, LVMH, ainsi que les entites qu'il controle et qui le controlent (ci-apres le groupe LVMH),declinent toute responsabilite dans l'hypothese ou il(s) aurai(ent) ete intercepte ou modifie par quiconque. Les precautions raisonnables ayant ete prises pour eviter que des virus ne soient transmis par ce message et/ou d'eventuelles pieces jointes, le groupe LVMH decline toute responsabilite pour tout dommage cause par la contamination de votre systeme informatique. This message and its possible attachments are intended solely for the addressees and are confidential. If you receive this message in error, please delete it and immediately notify the sender. The Internet can not guarantee the integrity of this message and/or its possible attachments. LVMH and any of its subsidiaries or holding companies (hereinafter LVMH Group) shall not therefore be liable for this message if modified or intercepted by anyone.As reasonable precautionary measures have been implemented to prevent the transmission of viruses within this message and/or its possible attachments, LVMH Group refuses to accept any responsibility for any damage caused by the contamination of your information system. ##################################################################################################

**Thomas, Karen <Karen.Thomas@saint-gobain.com>**  Tue, Feb 15, 2011 at 4:12 PM
To: Keith Yerian <kyerian@etccomputers.net>

Hi Keith and Young,

I'm glad to hear you had a nice Valentine's Day due to the GSIG. We are so happy for you two or should I say 3! ha ha!

We also value your relationship.. When we are around you two there is no extra stress and we can relate well.. We always feel good at the beginning and end of our visit! Please feel free to stay with us in PA whenever you would like.

My trip went really well yesterday.. now I'm on my way to another area of China via a train.. I have to catch it at 6:30 a.m so I'm leaving now.. Wish I could sleep longer!

Karen

**From:** Keith Yerian [mailto:kyerian@etccomputers.net]
**Sent:** Tuesday, February 15, 2011 6:38 AM
**To:** Thomas, Karen
**Subject:** RE: Maracaiva tes wa yautia

Karen,



Gmail - FW: Maracaiva tes wa yautia

We had so much fun with you, Eric, and Olivia. We really value your friendship. Hope you had a good trip and good luck today at your meetings.

We went looking at houses yesterday. Ernesto (owns the beach house we are renting) showed us his house in Cayey. It was spectacular. Must be ½ million. The house we looked at was not right. We are trying to find the owner of the mountain (horse) house. We are also looking for the owner of the house next to the beach house in Luquillo.

GSIG went up another dollar on Monday. That made for a nice Valentine's Day dinner/celebration at a little restaurant on the square.

Thanks,

Keith

From: Thomas, Karen [mailto:Karen.Thomas@saint-gobain.com]
Sent: Monday, February 14, 2011 4:38 PM
To: Keith Yerian
Subject: FW: Maracaiva tes wa yautia

[Quoted text hidden]

https://mail.google.com/mail/?ui=2&ik=137f6a0396&view=pt&search=inbox&th=12e261baecd854ef

Trustee's 004374