## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 72

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

### APPENDIX B

PAGE 1 OF 7

March 1, 2012 - March 31, 2012
Account Number:    ■■■■8472
Account Type:      JOINT

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION DEADLINE IS APRIL 17, 2012.**
Open a No Annual Fee, No Minimum IRA.



**E*TRADE Platinum Investment Account**

**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of **Covered Securities** sold in your **taxable accounts** on IRS Form 1099-B. Preview your 2011 tax lots online at **etrade.com/2011taxsnapshot.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$257,285.61                    $14.06
As of 02/29/12               As of 03/31/12

Net Change:                  $-257,271.55

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

---



**E*TRADE FINANCIAL** — Banking · Investing · Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ■■■■8472

**Please do not send cash**

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
| **TOTAL DEPOSIT** | |



EXHIBIT
Trust #52
yerian
5/17/16 DOB

033120120001  ■■■■■■■84725          KY000610

E*TRADE Platinum Investment Account

E*TRADE FINANCIAL
Trading • Investing • Banking

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS, IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the/provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your Investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

### general information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11

# E*TRADE FINANCIAL
Trading • Investing • Banking

## E*TRADE Platinum
### Investment Account

**Account Number:** ▮▮▮▮-8472  **Statement Period:** March 1, 2012 - March 31, 2012  **Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**
**E*TRADE 360 -** Our all new online investing dashboard. It gives you everything you need on one page. Visit **etrade.com/360** to learn more.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | February 29, 2012 |
| Beginning Account Value (On 02/29/12): | $ 257,285.61 |
| Ending Account Value (On 03/31/12): | $ 14.06 |
| Net Change: | $ -257,271.55 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION (AS OF 03/31/12)



100.00% - Cash & Equivalents

## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/12 | AS OF 02/29/12 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 14.06 | $ 0.00 | - - |
| Margin Balance | $ 0.00 | $ 251,540.61 | -100.00% |
| **Total Cash/Margin Debt** | **$ 14.06** | **$ 251,540.61** | **-99.99%** |
| Stocks, Options & ETF (Long) | $ 0.00 | $ 267,291.87 | -100.00% |
| Stocks, Options & ETF (Short) | $ 0.00 | $ -261,546.87 | 100.00% |
| **Total Value of Securities** | **$ 0.00** | **$ 5,745.00** | **-100.00%** |
| **Net Account Value** | **$ 14.06** | **$ 257,285.61** | **-99.99%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

# E*TRADE FINANCIAL
Trading • Investing • Banking

## E*TRADE Platinum
### Investment Account

Account Number: 6268-8472          Statement Period: March 1, 2012 - March 31, 2012          Account Type: JOINT

## NET ACCOUNT VALUE BY MONTH END

| Month | % Change |
|---|---|
| MAR-11 | -17.49% |
| APR-11 | 10.15% |
| MAY-11 | 4.82% |
| JUN-11 | -0.58% |
| JUL-11 | 0.83% |
| AUG-11 | 0.00% |
| SEP-11 | -8.24% |
| OCT-11 | 0.40% |
| NOV-11 | 0.24% |
| DEC-11 | -0.15% |
| JAN-12 | -1.66% |
| FEB-12 | -0.06% |
| MAR-12 | -99.99% |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Sold | $ 5,739.90 | $ 5,739.90 |
| Interest Received | | |
| Taxable | $ 0.68 | $ 1.33 |
| Margin Interest | $ -64.08 | $ -185.07 |

## TOP 10 ACCOUNT HOLDINGS (AS OF 03/31/12)



**100.00% - CASH EQUIV**





**Account Number:** ▮▮▮8472  **Statement Period:** March 1, 2012 - March 31, 2012  **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 14.06 | | 250,000.51 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 14.06 | 100.00 | 250,000.51 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | |
|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | $0.00 | $14.06 | 100.00% |
| **TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)** | $1.33 | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 12.0600 | | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 12.0600 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/12)** | | | | | 14.06 | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/14/12 11:53 | 03/19/12 | ***GSI GROUP INC NEW | GSIG | Sold | -500 | 11.5000 | | 5,739.90 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$5,739.90** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/16/12 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.68 |
| 03/26/12 | Interest | FROM 02/26 THRU 03/25 @ 8.440% BAL    AVBAL  13,667 | | 64.08 | |



**E*TRADE FINANCIAL**
Trading • Investing • Banking

**E*TRADE Platinum**
**Investment Account**

**Account Number:** ████8472  **Statement Period:** March 1, 2012 - March 31, 2012  **Account Type:** JOINT

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | $64.08 | $0.68 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | $63.40 | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 03/05/12 | Mark to Mkt | MARK TO MARKET | | 10,470.98 |
| 03/05/12 | Mark to Mkt | MARK TO MARKET SHORT POS | 10,470.98 | |
| 03/12/12 | Mark to Mkt | MARK TO MARKET | 910.52 | |
| 03/12/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 910.52 |
| 03/13/12 | Journal | TFR FROM TYPE 5 TO CLOSE SHORT VS BOX | | 262,912.65 |
| 03/13/12 | Journal | TFR TO TYPE 2 TO CLOSE SHORT VS BOX | 262,912.65 | |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | | 251,540.61 |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | 251,540.61 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37629285189; | 256,000.00 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630631189; | 1,093.68 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630739189; | 109.37 | |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | | 5,662.44 |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | 5,662.44 | |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | | 77.46 |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | 77.46 | |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 64.08 | |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 64.08 |
| **NET WITHDRAWALS & DEPOSITS** | | | $257,203.05 | |



**E*TRADE Platinum Investment Account**

| Account Number: ▇▇8472 | Statement Period: March 1, 2012 - March 31, 2012 | Account Type: JOINT |
|---|---|---|

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 03/13/12 | ***GSI GROUP INC NEW TFR FROM TYPE 5 TO CLOSE SHORT VS BOX | GSIG | Journal | -22,763 | | | |
| 03/13/12 | ***GSI GROUP INC NEW TFR TO TYPE 2 TO CLOSE SHORT VS BOX | GSIG | Journal | 22,763 | | | |

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY**  ( 0.0500% APY/0.0496%APY Earned as of 03/31/12)

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 03/01/12 | | OPENING BALANCE | $0.00 |
| 03/14/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 251,540.61 |
| 03/16/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -251,540.61 |
| 03/19/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.68 |
| 03/20/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 77.46 |
| 03/27/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -64.08 |
| 03/31/12 | | CLOSING BALANCE | $14.06 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC     PAGE 7 of 7

KY000616