## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 73

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

### APPENDIX B

PAGE 1 OF 6

March 1, 2012 - March 31, 2012
Account Number:           -5634
Account Type:      INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION DEADLINE IS APRIL 17, 2012.**
Open a No Annual Fee, No Minimum IRA.



**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of Covered Securities sold in your taxable accounts on IRS Form 1099-B. Preview your 2011 tax lots online at etrade.com/2011taxsnapshot.

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

## Account At A Glance



| | $257,349.57 |
|---|---|
| As of 02/29/12 | As of 03/31/12 |
| Net Change: | $257,349.57 |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

DETACH HERE ▲

DETACH HERE
SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

Use This Deposit Slip      Acct:    -5634

Please do not send cash

Make checks payable to E*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

033120120001  111687756341



ETRADE000667

 

Account Number: -5634  Statement Period: March 1, 2012 - March 31, 2012  Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 250,000.00 | | 250,001.67 |
| E*TRADE Savings Bank | 0.00 | 7,349.57 | | 7,346.10 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 257,349.57 | 100.00 | 257,347.77 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | |
|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS | $0.00 | $257,349.57 | 100.00% |
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY) | $3.52 | | |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/12) | 257,349.57 | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/26/12 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 3.52 |
| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | | $3.52 |
| NET DIVIDENDS & INTEREST ACTIVITY | | | | | $3.52 |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37629285189; | | 256,000.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37630631189; | | 1,093.68 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX5800-1 REFID:37630714189; | | 143.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:37630739189; | | 109.37 |
| NET WITHDRAWALS & DEPOSITS | | | | $257,346.05 |

ETRADE000671  Case 6:15-ap-00064-KSJ Doc 1 Filed 06/04/15 Page 26 of 37

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC    PAGE 5 OF 6