## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 74

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

### APPENDIX B

# Form 1040 — U.S. Individual Income Tax Return (2011)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning _____, 2011, ending _____, 20 ___
See separate instructions.

**Your first name and initial:** Keith A
**Last name:** Yerian
**Your social security number:** ###-##-4554

**If a joint return, spouse's first name and initial:** (blank)
**Last name:** (blank)
**Spouse's social security number:** ###-##-0573

**Home address (number and street):** 17878 Galehouse Rd
**Apt. no.:** (blank)

**City, town or post office, state, and ZIP code:** Doylestown OH 44230

Foreign country name: (blank)   Foreign province/county: (blank)   Foreign postal code: (blank)

Presidential Election Campaign — You [ ]   Spouse [ ]

## Filing Status

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [X] Married filing separately. Enter spouse's SSN above and full name here. ▶ Sun Y Pak
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents: (none listed)

Boxes checked on 6a and 6b: **1**
Add numbers on lines above ▶ **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 24,000. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -1,977. |
| 13 | Capital gain or (loss). Attach Schedule D | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / 15b Taxable amount | |
| 16a | Pensions and annuities / 16b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / 20b Taxable amount | |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22,023. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 22,023. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 02/22/12 TTW   Form **1040** (2011)

KY001338

Form 1040 (2011) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 22,023. |
| | 39a | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 18,448. |
| | 41 | Subtract line 40 from line 38 | 41 | 3,575. |
| | 42 | **Exemptions.** Multiply $3,700 by the number on line 6d. | 42 | 3,700. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 0. |
| • All others: Single or Married filing separately, $5,800 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| Married filing jointly or Qualifying widow(er), $11,600 | 47 | Foreign tax credit. Attach Form 1116 if required . . . . 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441   48 | | |
| | 49 | Education credits from Form 8863, line 23 . . . . . 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880   50 | | |
| | 51 | Child tax credit (see instructions) . . . . . . . . 51 | | |
| Head of household, $8,500 | 52 | Residential energy credits. Attach Form 5695 . . . . 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐   53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 0. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099   62   1,000. | | |
| | 63 | 2011 estimated tax payments and amount applied from 2010 return   63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . . . . . . . 64a | | |
| | b | Nontaxable combat pay election   64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . . . 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 . . 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 . . 67 | | |
| | 68 | Amount paid with request for extension to file . . . . 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885   71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 1,000. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 1,000. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 0. |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X  ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number  X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2012 estimated tax** ▶   75   1,000. | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) . . . . . . 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ **No** | | |
| | | Designee's name ▶       Phone no. ▶       Personal identification number (PIN) ▶ | | |
| **Sign Here** | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See instructions. Keep a copy for your records. | | Your signature     Date     Your occupation  Software Engineer    Daytime phone number  (330) 760-6941 | | |
| | | Spouse's signature. If a joint return, **both must sign.**     Date     Spouse's occupation    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | | |
| **Paid Preparer Use Only** | | Print/Type preparer's name     Preparer's signature     Date     Check ☐ if self-employed     PTIN | | |
| | | Firm's name ▶ SELF PREPARED         Firm's EIN ▶ | | |
| | | Firm's address ▶         Phone no. | | |

REV 02/22/12 TTW    Form **1040** (2011)

KY001339

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 2011 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040.   ▶ See Instructions for Schedule A (Form 1040). | Attachment Sequence No. 07 |

Name(s) shown on Form 1040: Keith A Yerian
Your social security number: ▉▉▉-▉▉-4554

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | 1 | 3,470. | |
| | 2 Enter amount from Form 1040, line 38  [2]  22,023. | | | |
| | 3 Multiply line 2 by 7.5% (.075) | 3 | 1,652. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4  1,818. |
| **Taxes You Paid** | 5 State and local (check only one box): | | | |
| | a ☒ Income taxes, or | 5 | 486. | |
| | b ☐ General sales taxes | | | |
| | 6 Real estate taxes (see instructions) | 6 | 2,392. | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes. List type and amount ▶ | 8 | | |
| | 9 Add lines 5 through 8 | | | 9  2,878. |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 11,476. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 Add lines 10 through 14 | | | 15  11,476. |
| **Gifts to Charity** | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | |
| If you made a gift and got a benefit for it, see instructions. | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | 450. | |
| | 18 Carryover from prior year | 18 | | |
| | 19 Add lines 16 through 18 | | | 19  450. |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | | |
| | 22 Tax preparation fees | 22 | 66. | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ See Schedule A, Line 23 Statement | 23 | 2,200. | |
| | 24 Add lines 21 through 23 | 24 | 2,266. | |
| | 25 Enter amount from Form 1040, line 38  [25]  22,023. | | | |
| | 26 Multiply line 25 by 2% (.02) | 26 | 440. | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27  1,826. |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ | | | 28 |
| **Total Itemized Deductions** | 29 Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | | 29  18,448. |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA   REV 12/06/11 TTW   Schedule A (Form 1040) 2011

KY001340

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► For information on Schedule C and its instructions, go to *www.irs.gov/schedulec* ► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2011** Attachment Sequence No. **09** |

Name of proprietor: Keith A Yerian
Social security number (SSN): ####4554

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) Computer Consulting | B Enter code from instructions ► 5 4 1 5 1 0 |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instr.) |
| E | Business address (including suite or room no.) ► 17878 Galehouse Rd City, town or post office, state, and ZIP code  Doylestown, OH 44230 | |
| F | Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ► | |
| G | Did you "materially participate" in the operation of this business during 2011? If "No," see instructions for limit on losses | ☒ Yes ☐ No |
| H | If you started or acquired this business during 2011, check here ► ☐ | |
| I | Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes ☒ No |
| J | If "Yes," did you or will you file all required Forms 1099? | ☐ Yes ☐ No |

### Part I  Income

| | | | |
|---|---|---|---|
| 1a | Merchant card and third party payments. For 2011, enter -0- | 1a | 0. |
| b | Gross receipts or sales not entered on line 1a (see instructions) | 1b | 650. |
| c | Income reported to you on Form W-2 if the "Statutory Employee" box on that form was checked. Caution. See instr. before completing this line | 1c | |
| d | **Total gross receipts.** Add lines 1a through 1c | 1d | 650. |
| 2 | Returns and allowances plus any other adjustments (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1d | 3 | 650. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 650. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 650. |

### Part II  Expenses    Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 |
| 9 | Car and truck expenses (see instructions) | 9 | 1,827. | 19 | Pension and profit-sharing plans | 19 |
| | | | | 20 | Rent or lease (see instructions): | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 800. | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| | | | | 24 | Travel, meals, and entertainment: | |
| | | | | a | Travel | 24a |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 |
| 16 | Interest: | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ► | | | | | 28 | 2,627. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -1,977. |
| 30 | Expenses for business use of your home. Attach **Form 8829.** Do **not** report such expenses elsewhere | | | | | 30 | 0. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see instr. Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | -1,977. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | | | | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see the instructions for line 31. Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**    BAA    REV 01/11/12 TTW    Schedule C (Form 1040) 2011

KY001341

Schedule C (Form 1040) 2011                                                                                                          Page **2**

**Part III**    **Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | |
|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36  Purchases less cost of items withdrawn for personal use | 36 |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38  Materials and supplies | 38 |
| 39  Other costs | 39 |
| 40  Add lines 35 through 39 | 40 |
| 41  Inventory at end of year | 41 |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2011, enter the number of miles you used your vehicle for:

   **a**  Business _____    **b** Commuting (see instructions) _____    **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☐ Yes    ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ Yes    ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

   **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| ............................................................................. | |
| 48  **Total other expenses.** Enter here and on line 27a | 48 |

REV 01/11/12 TTW                              Schedule C (Form 1040) 2011

KY001342

| Form **4562**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>▶ See separate instructions.   ▶ Attach to your tax return. | OMB No. 1545-0172<br>**2011**<br>Attachment<br>Sequence No. **179** |
|---|---|---|
| Name(s) shown on return<br>Keith A Yerian | Business or activity to which this form relates<br>Sch C Computer Consulting | Identifying number<br>████4554 |

### Part I  Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---:|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | **2** 800. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | **3** 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** 250,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---:|---:|
| | Computer | 680. | 680. |
| | Local area network hubs | 120. | 120. |

| | | |
|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . .  **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | **8** 800. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . | **9** 800. |
| 10 | Carryover of disallowed deduction from line 13 of your 2010 Form 4562 . . . . . . . . . . | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** 22,823. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | **12** 800. |
| 13 | Carryover of disallowed deduction to 2012. Add lines 9 and 10, less line 12 ▶ **13**  0. | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **14** 0. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . | **15** |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . | **16** |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2011 . . . . . . . | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | |

**Section B—Assets Placed in Service During 2011 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2011 Tax Year Using the Alternative Depreciation System**

| 20a  Class life | | | | | S/L | |
|---|---|---|---|---|---|---|
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | |
|---|---|---:|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . | **22** 800. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . .   **23** | |

For Paperwork Reduction Act Notice, see separate instructions.  BAA        REV 02/07/12 TTW        Form **4562** (2011)

KY001343

Version A, Cycle 1

Form 4562 (2011) Page **2**

## Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed?  ☒ Yes  ☐ No   **24b** If "Yes," is the evidence written?  ☒ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . | | | | | | | 25 | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| BMW M Roadster | 10/30/2010 | 14.53 % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | | | 28 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . | | | | | | | | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) . | 2,730 | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | 0 | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | 16,060 | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . | 18,790 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . | ✗ | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . | ✗ | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | ✗ | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2011 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2011 tax year . . . . . . . . . . . | | | | 43 | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . | | | | 44 | |

REV 02/07/12 TTW

Form **4562** (2011)

KY001344

## ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** Keith A Yerian
**Primary SSN:** ███████4554

**Federal Return Submitted:** April 16, 2012    08:49 PM PDT
**Federal Return Acceptance Date:** 04/17/2012

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

#### 1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 17, 2012. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 17, 2012, your Intuit electronic postmark will indicate April 17, 2012, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 17, 2012, and a corrected return is submitted and accepted before April 22, 2012. If your return is submitted after April 22, 2012, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2012. If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2012, and the corrected return is submitted and accepted by October 20, 2012.

#### 2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.