**Exhibit Cover Sheet**

**Party submitting:** Plaintiff          **Ex. #** 75

**Admitted: Yes   or   No   (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

# Form 1040 — U.S. Individual Income Tax Return — 2012

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20 ___   See separate instructions.

**Your first name and initial:** Keith A
**Last name:** Yerian
**Your social security number:** ███-██-4554

**If a joint return, spouse's first name and initial:** _____
**Last name:** _____
**Spouse's social security number:** ███-██-0573

**Home address (number and street). If you have a P.O. box, see instructions.** 5767 Treasure Ln
**Apt. no.:** _____

**City, town or post office, state, and ZIP code.** Grant FL 32949

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

## Filing Status (Check only one box)

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Sun Y Pak
4. ☐ Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse

**Boxes checked on 6a and 6b:** 1

**c Dependents:** (none listed)

**d Total number of exemptions claimed** — Add numbers on lines above ▶ 1

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 30,000. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 30,000. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | 3,390. |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ ███-██-2222 | 2,200. |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 5,590. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 24,410. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 02/07/13 TTW   Form **1040** (2012)

Form 1040 (2012) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 24,410. |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b ☒ | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 9,374. |
| | 41 | Subtract line 40 from line 38 | 41 | 15,036. |
| | 42 | **Exemptions.** Multiply $3,800 by the number on line 6d. | 42 | 3,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 11,236. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | 44 | 1,249. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 46 | 1,249. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 49 | Education credits from Form 8863, line 19 . . . . . | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 . . . . | 52 | |
| Head of household, $8,700 | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ ____ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 1,249. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 1,249. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . | 62 | 1,430. |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election | 64b | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 . . | 66 | |
| | 67 | Reserved . . . . . . . . . . . . . . . | 67 | |
| | 68 | Amount paid with request for extension to file . . . . | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . | 70 | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☒ Reserved **c** ☐ 8801 **d** ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 1,430. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 181. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 181. |
| Direct deposit? See instructions. | b | Routing number: X X X X X X X X X ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number: X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2013 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) . . . . . . | 77 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Software Engineer | (330) 760-6941 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ SELF PREPARED | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 02/07/13 TTW

Form **1040** (2012)

KY001347

# SCHEDULE A (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/form1040*.
▶ Attach to Form 1040.

OMB No. 1545-0074

**2012**

Attachment Sequence No. **07**

Name(s) shown on Form 1040: Keith A Yerian

Your social security number: ###-##-4554

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 Medical and dental expenses (see instructions) | 1 | |
| | 2 Enter amount from Form 1040, line 38 [2] | | |
| | 3 Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** | 5 State and local (check only one box): | | |
| | a ☒ Income taxes, or | 5 | 716. |
| | b ☐ General sales taxes | | |
| | 6 Real estate taxes (see instructions) | 6 | 1,165. |
| | 7 Personal property taxes | 7 | |
| | 8 Other taxes. List type and amount ▶ | 8 | |
| | 9 Add lines 5 through 8 | 9 | 1,881. |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 4,882. |
| Note. Your mortgage interest deduction may be limited (see instructions). | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 Mortgage insurance premiums (see instructions) | 13 | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 Add lines 10 through 14 | 15 | 4,882. |
| **Gifts to Charity** | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | |
| | 18 Carryover from prior year | 18 | |
| | 19 Add lines 16 through 18 | 19 | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | |
| | 22 Tax preparation fees | 22 | 99. |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ Attorney and Accounting Fees | 23 | 3,000. |
| | 24 Add lines 21 through 23 | 24 | 3,099. |
| | 25 Enter amount from Form 1040, line 38 [25] 24,410. | | |
| | 26 Multiply line 25 by 2% (.02) | 26 | 488. |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 2,611. |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ | 28 | |
| **Total Itemized Deductions** | 29 Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | 29 | 9,374. |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA         REV 01/10/13 TTW            Schedule A (Form 1040) 2012

| Form **3903** | **Moving Expenses** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Form 3903 and its instructions is available at *www.irs.gov/form3903*.<br>▶ Attach to Form 1040 or Form 1040NR. | **2012**<br>Attachment Sequence No. **170** |

| Name(s) shown on return | Your social security number |
|---|---|
| Keith A Yerian | ▮▮▮-▮▮-4554 |

**Before you begin:**   ✓ See the **Distance Test** and **Time Test** in the instructions to find out if you can deduct your moving expenses.
 ✓ See **Members of the Armed Forces** in the instructions, if applicable.

| | | | |
|---|---|---|---:|
| 1 | Transportation and storage of household goods and personal effects (see instructions) . . . | 1 | 9,000. |
| 2 | Travel (including lodging) from your old home to your new home (see instructions). **Do not** include the cost of meals . . . . . . . . . . . . . . . . . . . . . . | 2 | 2,390. |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 11,390. |
| 4 | Enter the total amount your employer paid you for the expenses listed on lines 1 and 2 that is **not** included in box 1 of your Form W-2 (wages). This amount should be shown in box 12 of your Form W-2 with code P . . . . . . . . . . . . . . . . . . . | 4 | 8,000. |
| 5 | Is line 3 **more than** line 4? | | |
| | ☐ **No.** You **cannot** deduct your moving expenses. If line 3 is less than line 4, subtract line 3 from line 4 and include the result on Form 1040, line 7, or Form 1040NR, line 8. | | |
| | ☒ **Yes.** Subtract line 4 from line 3. Enter the result here and on Form 1040, line 26, or Form 1040NR, line 26. This is your **moving expense deduction** . . . . . . . . . | 5 | 3,390. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA         REV 11/13/12 TTW         Form **3903** (2012)

KY001349