## Exhibit Cover Sheet

**Party submitting:** Plaintiff        **Ex. #** 76

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , Deputy Clerk

APPENDIX B

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2013

OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____, 2013, ending _____, 20___   See separate instructions.

Your first name and initial: **Keith A**
Last name: **Yerian**
Your social security number: XXX-XX-4554

If a joint return, spouse's first name and initial: _____
Last name: _____
Spouse's social security number: XXX-XX-0573

Home address (number and street). If you have a P.O. box, see instructions: **5767 Treasure Ln**
Apt. no.: _____

City, town or post office, state, and ZIP code: **Grant FL 32949**

Foreign country name: _____   Foreign province/state/county: _____   Foreign postal code: _____

Presidential Election Campaign: ☐ You  ☐ Spouse

### Filing Status (Check only one box)
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ **Sun Y Pak**
4. ☐ Head of household (with qualifying person).
5. ☐ Qualifying widow(er) with dependent child

### Exemptions
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse
- Boxes checked on 6a and 6b: **1**
- Add numbers on lines above ▶ **1**

### Income
| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 13,750. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 461. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 6,864. |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 21,075. |

### Adjusted Gross Income
| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ XXX-XX-2222 | 2,200. |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 2,200. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 18,875. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 06/04/14 TTW  Form **1040** (2013)

KY001350

Form 1040 (2013) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 18,875. |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 9,285. |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 9,590. |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 3,900. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 5,690. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | 44 | 568. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 568. |
| • All others: Single or Married filing separately, $6,100 | 47 | Foreign tax credit. Attach Form 1116 if required . . . 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441  48 | | |
| | 49 | Education credits from Form 8863, line 19 . . . . . 49 | | |
| Married filing jointly or Qualifying widow(er), $12,200 | 50 | Retirement savings contributions credit. Attach Form 8880 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 . . . . 52 | | |
| Head of household, $8,950 | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ ___ 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 568. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) ___ | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 568. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . 62 | 579. | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return  63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . . . 64a | | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 . . 66 | | |
| | 67 | Reserved . . . . . . . . . . . . . . 67 | | |
| | 68 | Amount paid with request for extension to file . . . 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☒ Reserved **c** ☐ 8885 **d** ☐ 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 579. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 11. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 11. |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) . . . . . . 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** | | |
| | | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Software Engineer | (330) 760-6941 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

Joint return? See instructions. Keep a copy for your records.

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 06/04/14 TTW   Form **1040** (2013)

KY001351

| SCHEDULE A (Form 1040) | | Itemized Deductions | | OMB No. 1545-0074 2013 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*. ▶ Attach to Form 1040. | | Attachment Sequence No. 07 |

Name(s) shown on Form 1040: Keith A Yerian  
Your social security number: ###-##-4554

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38  [2] | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box):  a ☒ Income taxes, or  b ☐ General sales taxes | 5 | 300. |
| | 6 | Real estate taxes (see instructions) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 300. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | 1,430. |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 1,430. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | 450. |
| | 18 | Carryover from prior year | 18 | 350. |
| | 19 | Add lines 16 through 18 | 19 | 800. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ Deductible expenses from Form 2106 | 21 | 7,003. |
| | 22 | Tax preparation fees | 22 | 130. |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 7,133. |
| | 25 | Enter amount from Form 1040, line 38  [25]  18,875. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 378. |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 6,755. |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $150,000?  ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.  ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | 29 | 9,285. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA   REV 03/03/14 TTW   Schedule A (Form 1040) 2013

KY001352

**Form 2106-EZ**
Department of the Treasury
Internal Revenue Service (99)

# Unreimbursed Employee Business Expenses
▶ Attach to Form 1040 or Form 1040NR.
▶ Information about Form 2106 and its separate instructions is available at *www.irs.gov/form2106*.

OMB No. 1545-0074
2013
Attachment Sequence No. 129A

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| Keith A Yerian | Software Engineer | ▮▮▮-▮▮-4554 |

**You Can Use This Form Only if All of the Following Apply.**

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.
- You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).
- If you are claiming vehicle expense, you are using the standard mileage rate for 2013.

**Caution:** *You can use the standard mileage rate for 2013 only if: (a) you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, or (b) you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

## Part I   Figure Your Expenses

| | | | |
|---|---|---|---:|
| 1 | Complete Part II. Multiply line 8a by 56.5¢ (.565). Enter the result here | 1 | 5,256. |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | 127. |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | 1,340. |
| 5 | Meals and entertainment expenses: $ 560. × 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) | 5 | 280. |
| 6 | **Total expenses.** Add lines 1 through 5. Enter here and on **Schedule A (Form 1040), line 21** (or on **Schedule A (Form 1040NR), line 7**). (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) | 6 | 7,003. |

## Part II   Information on Your Vehicle. Complete this part **only** if you are claiming vehicle expense on line 1.

7   When did you place your vehicle in service for business use? (month, day, year) ▶ 06/02/2008

8   Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

   a  Business  9,302    b  Commuting (see instructions)  0    c  Other  902

9   Was your vehicle available for personal use during off-duty hours? ................ ☒ Yes  ☐ No

10  Do you (or your spouse) have another vehicle available for personal use? ........... ☒ Yes  ☐ No

11a Do you have evidence to support your deduction? .......................... ☒ Yes  ☐ No

  b If "Yes," is the evidence written? ................................. ☒ Yes  ☐ No

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 03/03/14 TTW   Form **2106-EZ** (2013)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ See separate instructions. ▶ Attach to your tax return. | OMB No. 1545-0172 **2013** Attachment Sequence No. **179** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | |
| Name(s) shown on return Keith A Yerian | Business or activity to which this form relates Form 2106 Software Engineer | Identifying number ▮▮▮▮▮4554 |

**Part I  Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1  Maximum amount (see instructions) | **1** | 500,000. |
| 2  Total cost of section 179 property placed in service (see instructions) | **2** | 480. |
| 3  Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000. |
| 4  Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5  Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 250,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | Laptop Computer | 480. | 480. |
| | | | |

| | | |
|---|---|---|
| 7  Listed property. Enter the amount from line 29 . . . . . . . . . . **7** | | |
| 8  Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 480. |
| 9  Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 480. |
| 10  Carryover of disallowed deduction from line 13 of your 2012 Form 4562 | **10** | |
| 11  Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | 13,750. |
| 12  Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 480. |
| 13  Carryover of disallowed deduction to 2014. Add lines 9 and 10, less line 12 ▶ **13** | | 0. |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | |
|---|---|---|
| 14  Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | 0. |
| 15  Property subject to section 168(f)(1) election | **15** | |
| 16  Other depreciation (including ACRS) | **16** | |

**Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17  MACRS deductions for assets placed in service in tax years beginning before 2013 | **17** | |
| 18  If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2013 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
|   b  5-year property | | | | | | |
|   c  7-year property | | | | | | |
|   d  10-year property | | | | | | |
|   e  15-year property | | | | | | |
|   f  20-year property | | | | | | |
|   g  25-year property | | | 25 yrs. | | S/L | |
|   h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
|   i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
|   b  12-year | | | 12 yrs. | | S/L | |
|   c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV  Summary (See instructions.)**

| | | |
|---|---|---|
| 21  Listed property. Enter amount from line 28 | **21** | |
| 22  **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 480. |
| 23  For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.  BAA**                                  REV 03/03/14 TTW                                  Form **4562** (2013)

Form 4562 (2013) Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A—Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed?  ☒ Yes ☐ No   24b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . | | | | | | | 25 | |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| Smart ForTwo | 06/02/2008 | 91.16 % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | | | 28 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . | | | | | | | | 29 |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2013 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2013 tax year . . . . . . . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . | | | | 44 | |

REV 03/03/14 TTW

Form **4562** (2013)

KY001355

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)**<br>▶ See separate instructions.    ▶ Attach to your tax return. | 2013<br>Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Keith A Yerian | Form 2106 Software Engineer | ███████4554 |

**Part I   Election To Expense Certain Property Under Section 179**
*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . | **2** | 480. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 250,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | Laptop Computer | 480. | 480. |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | **8** | 480. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . | **9** | 480. |
| 10 | Carryover of disallowed deduction from line 13 of your 2012 Form 4562 . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | 13,750. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | **12** | 480. |
| 13 | Carryover of disallowed deduction to 2014. Add lines 9 and 10, less line 12 ▶ | **13** | 0. | |

*Note: Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . | **14** | 0. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2013 . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2013 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b     5-year property | | | | | | |
| c     7-year property | | | | | | |
| d     10-year property | | | | | | |
| e     15-year property | | | | | | |
| f     20-year property | | | | | | |
| g     25-year property | | | 25 yrs. | | S/L | |
| h     Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i     Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b     12-year | | | 12 yrs. | | S/L | |
| c     40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary** (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 480. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . | **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.**  BAA                REV 03/03/14 TTW                Form **4562** (2013)

KY001356

Form 4562 (2013) Page 2

### Part V  Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed?  ☒ Yes ☐ No   **24b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| Smart ForTwo | 06/02/2008 | 91.16 % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . | | | | | | | **29** | |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

### Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2013 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2013 tax year . . . . . . . . . . . | | | | **43** | |
| **44 Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . | | | | **44** | |

REV 03/03/14 TTW

Form **4562** (2013)

KY001357