# Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 79

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,  **Deputy Clerk**

### APPENDIX B

**MEANSNO, FeeDeferred, 727OBJ, ADV**

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:15-bk-01720-KSJ

*Date filed:* 02/27/2015
*Assigned to:* Karen S. Jennemann
*341 meeting:* 04/09/2015
Chapter 7
*Deadline for filing claims:* 07/27/2015
Voluntary
*Deadline for objecting to discharge:* 06/08/2015
Asset

| | |
|---|---|
| *Debtor* <br> **Keith A Yerian** <br> 5767 Treasure Lane <br> Grant, FL 32949 <br> BREVARD-FL <br> SSN / ITIN: xxx-xx-4554 | represented by **Brett A Elam** <br> Law Offices of Brett A Elam PA <br> 105 S. Narcissus Avenue, Suite 802 <br> West Palm Beach, FL 33401 <br> 561-833-1113 <br> Fax : 561-833-1115 <br> Email: belam@brettelamlaw.com <br><br> **Frank M Wolff** <br> Frank Martin Wolff, P.A. <br> 19 E. Central Blvd <br> Orlando, FL 32801 <br> 407-982-4448 <br> Email: fwolff@fwolfflaw.com |
| *Trustee* <br> **Richard B Webber, Trustee** <br> Post Office Box 3000 <br> Orlando, FL 32802 <br> (407) 425-7010 | represented by **Bradley J Anderson** <br> Zimmerman Kiser & Sutcliffe PA <br> 315 East Robinson Street <br> Suite 600 <br> Orlando, FL 32801 <br> (407) 425-7010 <br> Fax : (407) 425-2747 <br> Email: banderson@zkslawfirm.com <br><br> **Richard B Webber, Trustee** <br> Post Office Box 3000 <br> Orlando, FL 32802 <br> (407) 425-7010 <br> Email: rbwebber@ecf.epiqsystems.com |

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building

400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301

| Filing Date | # | Docket Text |
|---|---|---|
| 02/27/2015 | [1](#) (6 pgs) | Voluntary Petition under Chapter 7. (Fee Paid.). Schedules and Statements Not Filed *Statement of Financial Affairs Not Filed. Disclosure of Compensation Not Filed or Not Required. Statement of Intentions Not Filed or Not Required. Statement of Income and Means Test Calculation Not Filed.* Filed by Brett A Elam on behalf of Keith A Yerian. (Elam, Brett) (Entered: 02/27/2015) |
| 02/27/2015 | [3](#) (1 pg) | Certificate of Credit Counseling. Date Course was Completed: 12/11/2014. Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 02/27/2015) |
| 03/02/2015 | | Assignment of the Honorable Karen S. Jennemann, Bankruptcy Judge to this case. The Trustee appointed to this case is Richard B Webber, Trustee . (autojtr-orl, orl) (Entered: 03/02/2015) |
| 03/02/2015 | [4](#) (2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 4/9/2015 at 08:30 AM at Orlando, FL (687) Suite 1203B, George C. Young Courthouse, 400 West Washington Street. Last day to oppose discharge or dischargeability is 6/8/2015. (Ahyen) (Entered: 03/02/2015) |
| 03/02/2015 | [5](#) (2 pgs) | Notice of Deficient Filing. Summary of Schedules, Statistical Summary, Schedules A-J, Statement of Financial Affairs, Statement of Intent, Statement of Income, Disclosure of Compensation, Filing Fee . (Ahyen) (Entered: 03/02/2015) |
| 03/04/2015 | [6](#) (3 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # [4](#))). Notice Date 03/04/2015. (Admin.) (Entered: 03/05/2015) |
| 03/04/2015 | [7](#) (3 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc |

| | | |
|---|---|---|
| | | # 5)). Notice Date 03/04/2015. (Admin.) (Entered: 03/05/2015) |
| 03/08/2015 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(6:15-bk-01720) [misc,volp7a2] ( 335.00). Receipt Number 44534465, Amount Paid $ 335.00 (U.S. Treasury) (Entered: 03/08/2015) |
| 03/13/2015 | 8<br>(2 pgs) | Ex Parte Motion to Extend Time *to File the Summary of Schedules, Schedules, Statement of Financial Affairs, Chapter 13 Plan Statement of Means Test Calculation and Disposable Income, Payment Advices* Filed by Brett A Elam on behalf of Debtor Keith A Yerian (Elam, Brett) (Entered: 03/13/2015) |
| 03/16/2015 | 9 | Order Granting Motion to Extend Time. This case came on for consideration on the Ex Parte Motion to Extend Time *to File the Summary of Schedules, Schedules, Statement of Financial Affairs, Chapter 13 Plan Statement of Means Test Calculation and Disposable Income, Payment Advices* Filed by Brett A Elam on behalf of Debtor Keith A Yerian (Document Number 8). It is ORDERED that the Motion is GRANTED, and the time is extended to March 23, 2015. By the Honorable Karen S. Jennemann (text-only order). *This entry is the Official Order of the Court. No document is attached. CERTIFICATE OF SERVICE via U.S. Mail to: Keith A Yerian, 5767 Treasure Lane, Grant, FL 32949 (related document(s)8). Service Instructions: Clerks Office to serve. (Melanie) (Entered: 03/16/2015)* |
| 03/23/2015 | 10<br>(2 pgs) | Second Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Brett A Elam on behalf of Debtor Keith A Yerian (Elam, Brett) (Entered: 03/23/2015) |
| 03/25/2015 | 11 | Second Order Granting Motion to Extend Time. This case came on for consideration on the Second Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Brett A Elam on behalf of Debtor Keith A Yerian (Document Number 10). It is ORDERED that the Motion is GRANTED, and the time is extended to 3/27/2015. By the Honorable Karen S. Jennemann (text-only order). *This entry is the Official Order of the Court.* |

| | | |
|---|---|---|
| | | *No document is attached. CERTIFICATE OF SERVICE via U.S. Mail to: Keith A Yerian 5767 Treasure Lane Grant, FL 32949 (related document(s)10). Service Instructions: Clerks Office to serve. (Karla) (Entered: 03/25/2015)* |
| 03/27/2015 | 12 (20 pgs) | Schedules A - J and Summary of Schedules, Filing Fee Not Paid or Not Required. Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 03/27/2015) |
| 03/27/2015 | 13 (8 pgs) | Statement of Financial Affairs Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 03/27/2015) |
| 03/27/2015 | 14 (4 pgs) | Chapter 7 Statement of Your Current Monthly Income Form B22A-1 and Means Test Calculation Form B22A-2 . Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 03/27/2015) |
| 03/27/2015 | 15 (2 pgs) | Statement of Intentions Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 03/27/2015) |
| 03/27/2015 | 16 (1 pg) | Statement/Disclosure of Compensation of Attorney Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 03/27/2015) |
| 03/30/2015 | | The Clerk's Office has reviewed this case and it appears that the requirements of 11 U.S.C. Section 521(a) have been met.. (Nadia) (Entered: 03/30/2015) |
| 04/08/2015 | 17 (1 pg) | Notice of Limited Appearance of Isabel E. Freeman, Esq. for the purpose of attending the Section 341 Meeting of Creditors on behalf of the attorney for debtor. Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 04/08/2015) |
| 04/09/2015 | | Meeting of Creditors Held and Concluded on **04/09/2015.** Chapter 7 Trustee's Report of No Distribution: I, Richard B Webber, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of |

| | | |
|---|---|---|
| | | the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 7245.00, Assets Exempt: $ 50230.01, Claims Scheduled: $ 234204.24, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 234204.24. Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 04/09/2015) |
| 04/14/2015 | [18](#) (4 pgs) | Amended Schedule E, (Fee Paid.) Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 04/14/2015) |
| 04/14/2015 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(6:15-bk-01720-KSJ) [misc,schaja] ( 30.00). Receipt Number 45014493, Amount Paid $ 30.00 (U.S. Treasury) (Entered: 04/14/2015) |
| 04/15/2015 | [19](#) (2 pgs) | Order Striking *Amended Schedule E* (related document(s)[18](#)). Service Instructions: Clerks Office to serve. (Melanie) (Entered: 04/15/2015) |
| 04/15/2015 | [20](#) (5 pgs; 2 docs) | Amended Schedule E, Filing Fee Not Paid or Not Required. Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)[18](#)). (Attachments: # [1](#) Declaration for Electronic Filing) (Elam, Brett) (Entered: 04/15/2015) |
| 04/15/2015 | [21](#) (1 pg) | Certificate of Service Re: Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)[4](#)). (Elam, Brett) (Entered: 04/15/2015) |
| 04/16/2015 | [22](#) (2 pgs) | Order Striking *Amendment to Schedule E* (related document(s)[20](#)). Service Instructions: Clerks Office to serve. (Scott) (Entered: 04/16/2015) |
| 04/17/2015 | | |

|  |  |  |
|---|---|---|
|  | 23 (3 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 19)). Notice Date 04/17/2015. (Admin.) (Entered: 04/18/2015) |
| 04/18/2015 | 24 (3 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 22)). Notice Date 04/18/2015. (Admin.) (Entered: 04/19/2015) |
| 04/22/2015 |  | Withdrawal of Report of No Distribution. Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 04/22/2015) |
| 04/22/2015 |  | The Trustee hereby gives notice of recovery of assets in the instant bankruptcy case. The Trustee respectfully requests that the Clerk of the Bankruptcy Court set a claims bar date and give notice of need to file proofs of claims to all creditors and parties in interest. Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 04/22/2015) |
| 04/22/2015 | 25 (1 pg) | Notice of the Deadline to file Proofs of Claim, served upon all creditors and parties in interest. Proofs of Claims due by 07/27/2015. (ADIclerk) (Entered: 04/22/2015) |
| 04/25/2015 | 26 (2 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 25)). Notice Date 04/25/2015. (Admin.) (Entered: 04/26/2015) |
| 05/21/2015 | 27 (2 pgs) | Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management. Failure to file a certification within 60 days after the first date set for the meeting of creditors will result in the case being closed without an entry of discharge. (ADIclerk) (Entered: 05/21/2015) |
| 05/24/2015 | 28 (3 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 27)). Notice Date 05/24/2015. (Admin.) (Entered: 05/25/2015) |
| 05/28/2015 | 29 (8 pgs) | Motion for Turnover of Property of the Estate. Contains negative notice. Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 05/28/2015) |
| 05/29/2015 |  |  |

|  |  |  |
|---|---|---|
|  | 30<br>(1 pg) | Certificate of Debtor Education Concerning Personal Financial Management Received from Agency. Date Course was Completed: April 8, 2015 . Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 05/29/2015) |
| 06/01/2015 | 31<br>(4 pgs) | Application to Employ Bradley J. Anderson as Attorney for Trustee Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 06/01/2015) |
| 06/01/2015 | 32<br>(2 pgs) | Order Approving Application to Employ/Retain Bradley J Anderson *as Attorney for Trustee* (Related Doc # 31). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (James) (Entered: 06/01/2015) |
| 06/02/2015 | 33<br>(1 pg) | Proof of Service of ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR TRUSTEE (Doc. # 32). Filed by Trustee Richard B Webber, Trustee (related document(s)32). (Webber, Trustee, Richard) (Entered: 06/02/2015) |
| 06/04/2015 | 34 | Complaint by Richard Blackstone Webber II against Keith A Yerian ; Sun Y Pak 6:15-ap-00064-KSJ; Nature of Suit(s): 41 (Objection / Revocation of Discharge - 727(c),(d),(e)). (Anderson, Bradley) (Entered: 06/04/2015) |
| 06/29/2015 | 35<br>(5 pgs; 3 docs) | Objection to *Trustee's Motion for Turnover of Property of the Estate* Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)29). (Attachments: # 1 Exhibit CarMax Appraisal of 1998 BMW M Roadster # 2 Exhibit CarMax Appraisal for 2008 Smart for Two) (Elam, Brett) (Entered: 06/29/2015) |
| 07/08/2015 | 36<br>(4 pgs) | Notice of Hearing on Trustees Motion for Turnover of Property of the Estate (Doc. # 29) and Debtors Objection to Trustee's Motion for Turnover of Property of the Estate (Doc. # 35) Filed by Trustee Richard B Webber, Trustee (related document(s)35, 29). Hearing scheduled for 9/10/2015 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Webber, Trustee, Richard) (Entered: 07/08/2015) |

| | | |
|---|---|---|
| 07/27/2015 | 37<br>(11 pgs) | Amended Schedule B,Schedule C,Schedule F, (Fee Paid.) Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 07/27/2015) |
| 07/27/2015 | 38<br>(1 pg) | Notice of Withdrawal of *DE#37, Amended Schedule B, Amended Schedule C, and Amended Schedule F* Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)37). (Elam, Brett) (Entered: 07/27/2015) |
| 07/27/2015 | 39<br>(11 pgs) | Amended Schedule B,Schedule C,Schedule F, (Fee Paid.) Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett) (Entered: 07/27/2015) |
| 07/27/2015 | 40<br>(1 pg) | Declaration re: *Amended Schedule B, Amended Schedule C, and Amended Schedule F* Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Elam, Brett). Related document(s) 39. Modified on 7/28/2015 (Melanie). (Entered: 07/27/2015) |
| 07/27/2015 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(6:15-bk-01720-KSJ) [misc,schaja] ( 30.00). Receipt Number 46392092, Amount Paid $ 30.00 (U.S. Treasury) (Entered: 07/27/2015) |
| 07/27/2015 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(6:15-bk-01720-KSJ) [misc,schaja] ( 30.00). Receipt Number 46392092, Amount Paid $ 30.00 (U.S. Treasury) (Entered: 07/27/2015) |
| 07/28/2015 | 41<br>(1 pg) | Order Striking *Amended Schedule C,Schedule F* (related document(s)39). Service Instructions: Clerks Office to serve. (Melanie) (Entered: 07/28/2015) |
| 07/28/2015 | 42<br>(16 pgs; 2 docs) | Amended Schedule B,Schedule C,Schedule E,Schedule F, Filing Fee Not Paid or Not Required. Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Attachments: # 1 Mailing Matrix) (Elam, Brett) (Entered: 07/28/2015) |
| 07/29/2015 | 43<br>(1 pg) | Order Striking *Amended Schedules E and F* (related document(s)42). Service Instructions: Clerks Office to serve. (Mary H.) (Entered: 07/29/2015) |
| 07/30/2015 | 44<br>(2 pgs) | |

| Date | Doc | Description |
|---|---|---|
| | | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 41)). Notice Date 07/30/2015. (Admin.) (Entered: 07/31/2015) |
| 07/31/2015 | 45 (2 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 43)). Notice Date 07/31/2015. (Admin.) (Entered: 08/01/2015) |
| 08/05/2015 | 46 (2 pgs) | Objection to Debtor's Claim of Exemptions . Filed by Trustee Richard B Webber, Trustee (related document(s)42). (Webber, Trustee, Richard) (Entered: 08/05/2015) |
| 08/05/2015 | 47 (2 pgs) | Motion to Consolidate Objection to Debtors Claim of Exemptions in Case No. 6:15-bk-01720 with Complaint in Adversary 6:15-ap-64 Filed by Richard B Webber, Trustee on behalf of Trustee Richard B Webber, Trustee (related document(s)46). (Webber, Trustee, Richard) (Entered: 08/05/2015) |
| 08/18/2015 | 48 (15 pgs; 2 docs) | Amended Schedule B,Schedule C,Schedule D,Schedule E,Schedule F, (Fee Paid.) Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Attachments: # 1 Declaration for Electronic Filing) (Elam, Brett) (Entered: 08/18/2015) |
| 08/18/2015 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(6:15-bk-01720-KSJ) [misc,schaja] ( 30.00). Receipt Number 46667317, Amount Paid $ 30.00 (U.S. Treasury) (Entered: 08/18/2015) |
| 08/18/2015 | 49 (3 pgs; 2 docs) | Certificate of Service Re: Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)48, 4). (Attachments: # 1 Mailing Matrix) (Elam, Brett) (Entered: 08/18/2015) |
| 08/26/2015 | 50 (4 pgs) | Objection to Debtor's Claim of Exemptions . Filed by Trustee Richard B Webber, Trustee (related document(s)48). (Webber, Trustee, Richard) (Entered: 08/26/2015) |
| 08/27/2015 | 51 (8 pgs; 2 docs) | Amended Schedule B,Schedule C, Filing Fee Not Paid or Not Required. Filed by Brett A Elam on behalf of Debtor Keith A Yerian. (Attachments: # 1 Declaration for Electronic Filing) (Elam, Brett) (Entered: 08/27/2015) |

| Date | Doc | Description |
|---|---|---|
| 08/27/2015 | 52 (3 pgs; 2 docs) | Certificate of Service Re: Filed by Brett A Elam on behalf of Debtor Keith A Yerian (related document(s)51). (Attachments: # 1 Mailing Matrix) (Elam, Brett) (Entered: 08/27/2015) |
| 09/10/2015 | 53 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Richard Webber, Trustee **RULING:** Trustee's Motion for Turnover of Property of the Estate **(Doc #29): Granted per agreement of the parties. Order by Webber** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 09/11/2015) |
| 09/15/2015 | 54 (2 pgs) | Order Granting Motion for Turnover of Property of the Estate (Related Doc # 29). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Karla) (Entered: 09/15/2015) |
| 09/16/2015 | 55 (2 pgs) | Proof of Service of ORDER GRANTING TRUSTEES MOTION FOR TURNOVER (Doc. # 54). Filed by Trustee Richard B Webber, Trustee (related document(s)54). (Webber, Trustee, Richard) (Entered: 09/16/2015) |
| 10/09/2015 | 56 (3 pgs) | Application to Employ Robert H. Ewald as Auctioneer Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 10/09/2015) |
| 10/09/2015 | 57 (1 pg) | Order Approving Application to Employ/Retain Robert H Ewald *as auctioneer* (Related Doc # 56). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Karla) (Entered: 10/09/2015) |
| 10/12/2015 | 58 (1 pg) | Proof of Service of ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER (Doc. # 57). Filed by Trustee Richard B Webber, Trustee (related document(s)57). (Webber, Trustee, Richard) (Entered: 10/12/2015) |
| 10/14/2015 | | |

| | | |
|---|---|---|
| | [59](#) (3 pgs) | Notice of Intent to Sell *(2008 Smart for Two VIN # WMEEJ31X18K131519) at Auction* Contains negative notice. Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 10/14/2015) |
| 11/09/2015 | [60](#) (1 pg) | Order *Granting Trustee's Notice of Intent to Sell (2008 Smart for Two VIN # WMEEJ31X18K131519) at Auction* (related document(s)[59](#)). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Susan G.) (Entered: 11/09/2015) |
| 11/10/2015 | [61](#) (2 pgs) | Proof of Service of ORDER GRANTING TRUSTEES NOTICE OF INTENT TO SELL (Doc. # 60). Filed by Trustee Richard B Webber, Trustee (related document(s)[60](#)). (Webber, Trustee, Richard) (Entered: 11/10/2015) |
| 11/20/2015 | [62](#) (16 pgs; 4 docs) | Application for Compensation *& Auctioneer's Affidavit* for Robert H Ewald, Auctioneer, Fee: $110.00, Expenses: $465.05. Filed by Auctioneer Robert H Ewald. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C) (Webber, Trustee, Richard) (Entered: 11/20/2015) |
| 01/28/2016 | [63](#) (15 pgs) | Motion to Compel *Third Party, Mwagusi Software, LLC, to Comply with Subpoena to Produce Documents* Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee. (Anderson, Bradley) **(See the "CORRECTIVE ACTION REQUIRED BY FILER" entry dated 01/29/2016.)** Modified on 01/29/2016 (Mary). (Entered: 01/28/2016) |
| 01/29/2016 | | **CORRECTIVE ACTION REQUIRED BY FILER** *(Related Doc: Motion to Compel Third Party, Mwagusi Software, LLC, to Comply with Subpoena to Produce Documents Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee. (Anderson, Bradley))***Deficiency:** The attached pdf is filed in the incorrect case by the filer. **Solution:** The filer is directed to re-file the document in the correct case if such has not already occurred.**No further action will be taken on this filing by the Court.**(related document(s) [63](#)). (Mary H.) (Entered: 01/29/2016) |

| | | |
|---|---|---|
| 04/08/2016 | 64 (2 pgs) | Statement/Disclosure of Compensation of Attorney *for Debtor in Adversary Proceeding No. 6:15-ap-00064-KSJ* Filed by Frank M Wolff on behalf of Debtor Keith A Yerian. (Wolff, Frank) (Entered: 04/08/2016) |
| 04/26/2016 | 65 (4 pgs) | Interim Report *03/31/2016* Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 04/26/2016) |
| 05/06/2016 | 66 (5 pgs) | Notice of Filing *Subpoena to JPMorgan Chase Bank* Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee. (Anderson, Bradley) (Entered: 05/06/2016) |
| 05/10/2016 | 67 (2 pgs) | Supplemental Statement/Disclosure of Compensation of Attorney Filed by Frank M Wolff on behalf of Debtor Keith A Yerian. (Wolff, Frank) (Entered: 05/10/2016) |
| 05/24/2016 | 68 (4 pgs) | Application to Retain Joseph "Jay" Van Heyde II as Expert Witness Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 05/24/2016) |
| 05/25/2016 | 69 (2 pgs) | Order Approving Application to Employ/Retain Joseph Van Heyde II *as Expert Witness* (Related Doc # 68). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Melanie) (Entered: 05/25/2016) |
| 05/26/2016 | 70 (1 pg) | Proof of Service of ORDER AUTHORIZING RETENTION OF EXPERT WITNESS FOR TRUSTEE (Doc. # 69). Filed by Trustee Richard B Webber, Trustee (related document(s)69). (Webber, Trustee, Richard) (Entered: 05/26/2016) |
| 06/23/2016 | 71 (3 pgs) | Application to Employ Steven M. Vanderwilt as Accountant Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 06/23/2016) |
| 06/23/2016 | 72 (1 pg) | Order Approving Application to Employ/Retain Steven M Vanderwilt *as Accountant* (Related Doc # 71). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested |

| | | |
|---|---|---|
| | | parties and file a proof of service within 3 days of entry of the order. (Nadia) (Entered: 06/23/2016) |
| 06/24/2016 | 73 (1 pg) | Proof of Service of ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE (Doc. # 72). Filed by Trustee Richard B Webber, Trustee (related document(s)72). (Webber, Trustee, Richard) (Entered: 06/24/2016) |
| 08/04/2016 | | Change of address submitted to the Court on August 4, 2016 by attorney Frank M Wolff of Frank Martin Wolff, PA, 19 E. Central Blvd, Orlando FL 32801. (Sarah) (Entered: 08/04/2016) |
| 09/26/2016 | 74 (3 pgs) | Application to Employ Jack Wingo and Advanced Home Inspections as Inspector Filed by Trustee Richard B Webber, Trustee. (Webber, Trustee, Richard) (Entered: 09/26/2016) |
| 09/26/2016 | 75 (3 pgs) | Amended Application to Employ Jack Wingo and Advanced Home Inspections as Inspector Filed by Trustee Richard B Webber, Trustee (related document(s)74). (Webber, Trustee, Richard) (Entered: 09/26/2016) |
| 09/26/2016 | 76 (2 pgs) | Order Approving Application to Employ/Retain Jack Wingo , *Advanced Home Inspections as Inspector* (Related Doc # 75). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Adrienne) (Entered: 09/26/2016) |
| 09/27/2016 | 77 (1 pg) | Proof of Service of ORDER AUTHORIZING EMPLOYMENT OF INSPECTOR (Doc. # 76). Filed by Trustee Richard B Webber, Trustee (related document(s)76). (Webber, Trustee, Richard) (Entered: 09/27/2016) |
| 10/10/2016 | 78 (9 pgs) | Motion for Turnover of Property of the Estate. Contains negative notice. Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee (Anderson, Bradley) (Entered: 10/10/2016) |
| 10/13/2016 | 79 (3 pgs) | Application for Compensation for Jack Wingo, Other Professional, Fee: $350.00, Expenses: $0.00. Filed by Interested Party Jack Wingo. (Webber, Trustee, Richard) (Entered: 10/13/2016) |

| | | |
|---|---|---|
| 10/13/2016 | 80 (3 pgs) | **DOCUMENT NOT PROCESSED (Docket event/PDF combination do not match). NO ACTION WILL BE TAKEN BY THE COURT ON THIS DOCUMENT.** Motion for Payment of Administrative Expenses Amount Requested: 350.00 Contains negative notice. Filed by Trustee Richard B Webber, Trustee (related document(s)79). (Webber, Trustee, Richard) Modified on 11/09/2016 (Karla) (Entered: 10/13/2016) |
| 10/27/2016 | 81 (4 pgs) | Motion to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee (related document(s)78, 46). (Anderson, Bradley) (Entered: 10/27/2016) |
| 11/01/2016 | | Preliminary Hearing Scheduled for 11/10/2016 02:00pm Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial Doc 81. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)81). (Dkt) (Entered: 11/01/2016) |
| 11/01/2016 | 82 (3 pgs) | Motion to Reschedule Hearing On *Trustee's Motion to Consolidate* Filed by Frank M Wolff on behalf of Debtor Keith A Yerian (related document(s)81). (Wolff, Frank) (Entered: 11/01/2016) |
| 11/02/2016 | 83 (2 pgs) | Notice of Hearing on Trustee's Motion to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with |

| | | |
|---|---|---|
| | | Adversary Proceeding 6:15-ap-64 for Trial Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee (related document(s)81). Hearing scheduled for 11/10/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Anderson, Bradley) (Entered: 11/02/2016) |
| 11/02/2016 | 84 (1 pg) | Response to *Trustee's Motion for Turnover of Property of the Estate* Filed by Frank M Wolff on behalf of Debtor Keith A Yerian (related document(s)78). (Wolff, Frank) (Entered: 11/02/2016) |
| 11/09/2016 | | **ERROR NOTIFICATION** to Richard Webber, Trustee. The event you selected does not match the Pdf image you filed. **NO ACTION WILL BE TAKEN BY THE COURT ON THIS FILING,** (related document(s) 80). (Karla) (Entered: 11/09/2016) |
| 11/10/2016 | 85 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: Bradley Anderson (Chpt 7 Trustee) Frank Wolff (Def. Atty) WITNESSES: EVIDENCE: RULING:** 1) Motion by Trustee to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial **(Doc #81): DENIED.** 2) Motion by Debtor to Reschedule Hearing On Trustee's Motion to Consolidate **(Doc #82): DENIED.** Pro memo by SV. Note: Trial Set for 11/30/16 at 10am with one day reserved Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 11/16/2016) |
| 11/16/2016 | 86 (1 pg) | Order Denying Motion To Reschedule Hearing *On Trustee's Motion to Consolidate* (Related Doc # 82). Service Instructions: Frank Wolff is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/16/2016) |
| 11/16/2016 | | Service completed via CM/ECF electronic notification. Filed by Frank M Wolff on behalf of |

| | | |
|---|---|---|
| | | Debtor Keith A Yerian (related document(s)86). (Wolff, Frank) (Entered: 11/16/2016) |
| 11/17/2016 | 87 (1 pg) | Order Denying Motion To Consolidate Contested Matters (Related Doc # 81). Service Instructions: Bradley Anderson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Mary H.) (Entered: 11/17/2016) |
| 11/17/2016 | 88 (3 pgs) | Notice of Hearing on Trustees Motion for Turnover of Property of the Estate (Doc # 78) and Response (Doc # 84) Filed by Trustee Richard B Webber, Trustee (related document(s)78, 84). Hearing scheduled for 12/12/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Webber, Trustee, Richard) (Entered: 11/17/2016) |
| 11/17/2016 | 89 (1 pg) | Proof of Service of Order Denying Motion to Consolidate Contested Matters. Filed by Bradley J Anderson on behalf of Trustee Richard B Webber, Trustee (related document(s)87). (Anderson, Bradley) (Entered: 11/17/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/22/2016 12:08:07 | | | |
| **PACER Login:** | zk0100:3645028:0 | **Client Code:** | 11000-710 |
| **Description:** | Docket Report | **Search Criteria:** | 6:15-bk-01720-KSJ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |