**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** Plaintiff        **Ex. #** 80

**Admitted: Yes   or    No  (circle one)**

**Debtor:**  Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:*  6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**  Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated**        , 20___.

**By:**                , **Deputy Clerk**

**APPENDIX B**

**727OBJ, ADV, FeeDeferred, MEDIAT**

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
## Adversary Proceeding #: 6:15-ap-00064-KSJ

*Assigned to:* Karen S. Jennemann                          *Date Filed:* 06/04/15
*Lead BK Case:* 15-01720
*Lead BK Title:* Keith A Yerian
*Lead BK Chapter:* 7
*Demand:* $360000

*Nature[s] of Suit:* 41 Objection / Revocation of Discharge - **727(c),(d),(e)**
                     13 Recovery of money/property - 548 fraudulent transfer

### Plaintiff
-----------------------
**Richard Blackstone Webber, II**          represented by **Bradley J Anderson**
Zimmerman Kiser & Sutcliffe PA                            Zimmerman Kiser & Sutcliffe PA
315 East Robinson Street                                  315 East Robinson Street
Suite 600                                                 Suite 600
Orlando, FL 32801                                         Orlando, FL 32801
                                                          (407) 425-7010
                                                          Fax : (407) 425-2747
                                                          Email: banderson@zkslawfirm.com
                                                          *LEAD ATTORNEY*

                                                          **Richard B Webber, Trustee**
                                                          Post Office Box 3000
                                                          Orlando, FL 32802
                                                          (407) 425-7010
                                                          Email: rbwebber@ecf.epiqsystems.com

V.

### Defendant
----------------------
**Keith A Yerian**                         represented by **Brett A Elam**
5767 Treasure Lane                                        Law Offices of Brett A Elam PA
Grant, FL 32949                                           105 S. Narcissus Avenue, Suite 802
SSN / ITIN: xxx-xx-4554                                   West Palm Beach, FL 33401
                                                          561-833-1113
                                                          *TERMINATED: 10/02/2015*

                                                          **Frank M Wolff**

Frank Martin Wolff, P.A.
19 E. Central Blvd
Orlando, FL 32801
407-982-4448
Email: fwolff@fwolfflaw.com

**J. Reid Yoder**
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street 3rd Floor
Akron, OH 44308
330-762-7477
Fax : 330-762-8059
Email: ryoder@dpylaw.com

*Defendant*
----------------------
**Sun Y Pak**                      represented by **Brett A Elam**
5767 Treasur Lane                                 Law Offices of Brett A Elam PA
Grant, FL 32949                                   105 S. Narcissus Avenue, Suite 802
                                                  West Palm Beach, FL 33401
                                                  561-833-1113
                                                  *TERMINATED: 10/02/2015*

                                                  **Frank M Wolff**
                                                  (See above for address)

                                                  **J. Reid Yoder**
                                                  (See above for address)

*Defendant*
----------------------
**Mwagusi Software, LLC**          represented by **Bradley J Anderson**
c/o Frank Martin Wolff, P.A.                      (See above for address)
1851 West Colonial Drive
Suite 200                                         **Frank M Wolff**
Orlando, FL 32804                                 (See above for address)
407-648-0058

| Filing Date | # | Docket Text |
|---|---|---|
| 06/04/2015 | 1<br>(37 pgs) | Complaint by Richard Blackstone Webber II against Keith A Yerian, Sun Y Pak. Filing Fee Deferred. Nature of Suit: [41 (Objection / Revocation of Discharge - 727(c),(d),(e))],[13 (Recovery of money/property - 548 fraudulent transfer)]. (Anderson, Bradley) (Entered: 06/04/2015) |

| | 2 | Summons Issued Summons Issued on Keith A Yerian . Answer Due 07/6/2015; Sun Y Pak . Answer Due 07/6/2015. If one or more defendants are the United States or an officer or agency thereof, add an additional five days to the Answer Due date. (Anderson, Bradley) (Entered: 06/04/2015) |
| 06/04/2015 | | |
| 06/04/2015 | 3 (47 pgs; 3 docs) | Service Executed of Summons, Complaint, Administrative Order FLMB-2014-10 on Keith Yerian Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)1, 2 ). (Attachments: # 1 Complaint # 2 FLMB-2014-10 Admin Order) (Anderson, Bradley) (Entered: 06/04/2015) |
| 06/04/2015 | 4 (47 pgs; 3 docs) | Service Executed of Summons, Complaint, Administrative Order FLMB-2014-10 on Sun Y. Pak Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s) 1, 2 ). (Attachments: # 1 Complaint # 2 FLMB-2014-10 Admin Order) (Anderson, Bradley) (Entered: 06/04/2015) |
| 06/04/2015 | 5 (47 pgs; 3 docs) | Service Executed of Summons, Complaint, Administrative Order FLMB-2014-10 on Brett A. Elam Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)1, 2 ). (Attachments: # 1 Complaint # 2 FLMB-2014-10 Admin Order) (Anderson, Bradley) (Entered: 06/04/2015) |
| 07/03/2015 | 6 (2 pgs) | Notice of Appearance and Request for Notice Filed by Brett A Elam on behalf of Defendants Sun Y Pak, Keith A Yerian. (Elam, Brett) (Entered: 07/03/2015) |
| 07/03/2015 | 7 (2 pgs) | Motion to Extend Time *to File Response to Plaintiff/Trustee's Complaint* Filed by Brett A Elam on behalf of Defendants Sun Y Pak, Keith A Yerian. (Elam, Brett) (Entered: 07/03/2015) |
| 07/13/2015 | 8 (2 pgs) | Order Granting Motion to Extend Time *to Respond to Plaintiff's Complaint to July 27, 2015* (Related Doc # 7). Service Instructions: Brett Elam is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Susan G.) (Entered: 07/13/2015) |

| | | |
|---|---|---|
| 07/17/2015 | | A properly docketed and related Proof or Certificate of Service for Order 8 is not indicated on the docket. Brett Elam is reminded to serve the order and to file a properly docketed and related Proof of Service indicating service or contact the Court if this reminder entry appears to be entered in error. Failure to do so may result in further action. (ADIclerk) (Entered: 07/17/2015) |
| 07/23/2015 | 9 (1 pg) | Certificate of Service Re: *Order Granting Motion to Extend Time to Respond to Plaintiff's Complaint* Filed by Brett A Elam on behalf of Defendant Keith A Yerian (related document(s)8). (Elam, Brett) Modified on 7/24/2015 (Rutha). (Entered: 07/23/2015) |
| 07/27/2015 | 10 (7 pgs) | Answer to Complaint *and Affirmative Defenses* (Related Doc # 1). Filed by Brett A Elam on behalf of Defendants Sun Y Pak, Keith A Yerian. (Elam, Brett) (Entered: 07/27/2015) |
| 07/31/2015 | 11 (2 pgs) | Notice of Pretrial/ Status Conference. (related document(s)1). Pre-Trial Conference set for 8/27/2015 at 10:15 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Melanie) (Entered: 07/31/2015) |
| 08/02/2015 | 12 (3 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 11)). Notice Date 08/02/2015. (Admin.) (Entered: 08/03/2015) |
| 08/05/2015 | 13 (2 pgs) | Motion to Consolidate Objection to Debtor's Claim of Exemptions in Case No. 6:15-bk-01720 with Complaint in Adversary 6:15-ap-64 Filed by Richard B Webber, Trustee on behalf of Plaintiff Richard Blackstone Webber II. (Webber, Trustee, Richard) (Entered: 08/05/2015) |
| 08/17/2015 | | Preliminary Hearing Scheduled for 08/27/2015 10:15 AM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Consolidate Objection to Debtor's Claim of Exemptions in Case No. 6:15-bk-01720 with Complaint in Adversary 6:15-ap-64 Doc 13. **This entry is not an official notice of hearing from the court. Noticing Instructions: Richard B Webber, Trustee is directed to prepare, file and serve the notice of hearing on interested parties** |

| | | |
|---|---|---|
| | | **within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)13). (Dkt) (Entered: 08/17/2015) |
| 08/17/2015 | | Preliminary Hearing Scheduled for 08/27/2015 10:15 AM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Consolidate Objection to Debtor's Claim of Exemptions in Case No. 6:15-bk-01720 with Complaint in Adversary 6:15-ap-64 Doc 13. **This entry is not an official notice of hearing from the court. Noticing Instructions: Richard B Webber, Trustee is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)13). (Dkt) (Entered: 08/17/2015) |
| 08/18/2015 | 14 (4 pgs) | Notice of Hearing *on Trustees Motion to Consolidate Objection to Debtors Claim of Exemptions in Case # 6:15-bk-01720 (Doc. 46) with Complaint in Adversary # 6:15-ap-64 (Doc. 13)* Filed by Richard B Webber, Trustee on behalf of Plaintiff Richard Blackstone Webber II (related document(s)13, , ). Hearing scheduled for 8/27/2015 at 10:15 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Webber, Trustee, Richard) (Entered: 08/18/2015) |
| 08/27/2015 | 15 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Bradley Anderson (Plaintiff) Brett Elam (Defendant) **RULING:** Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak (1) Pretrial Conference: **Continued in open court to November 19, 2015 at 2:00 p.m. No further notice will be given** (2) Motion to Consolidate Objection to Debtor's Claim of Exemptions in Case No. 6:15-bk-01720 with Complaint in Adversary 6:15-ap-64 **(Doc #13): Granted. Order by Anderson** (3) Hearing in general case 9/10/15 at 2:00 p.m. to proceed as scheduled. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| 08/31/2015 | 16<br>(2 pgs) | Order Granting Motion To Consolidate Contested Matters (Related Doc # 13). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Nadia) (Entered: 09/01/2015) |
| 09/02/2015 | 17<br>(1 pg) | Proof of Service of ORDER GRANTING PLAINTIFFS MOTION TO CONSOLIDATE TRUSTEES OBJECTION TO DEBTORS CLAIM OF EXEMPTIONS IN THE MAIN CASE WITH ADVERSARY PROCEEDING 6:15-ap-64 FOR DISCOVERY AND TRIAL (Doc. # 16). Filed by Plaintiff Richard Blackstone Webber II (related document(s)16). (Webber, Trustee, Richard) (Entered: 09/02/2015) |
| 09/29/2015 | 18<br>(2 pgs) | Consent Motion for Substitution of Counsel Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 09/29/2015) |
| 09/30/2015 | 19<br>(17 pgs; 3 docs) | Amended Answer to Complaint (Related Doc # 1). Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Wolff, Frank) (Entered: 09/30/2015) |
| 10/02/2015 | 20<br>(2 pgs) | Order Granting Motion for Substitution of Counsel adding Frank M Wolff for Sun Y Pak and Keith A Yerian, terminating Brett A Elam. (Related Doc # 18). Service Instructions: Frank Wolff is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Nadia) (Entered: 10/02/2015) |
| 10/02/2015 | | Service completed via CM/ECF electronic notification. Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)20). (Wolff, Frank) (Entered: 10/02/2015) |
| 10/15/2015 | 21<br>(2 pgs) | Certificate of Service Re: *Interrogatories to Debtor, Keith A. Yerian* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 10/15/2015) |
| 10/15/2015 | | |

| | | |
|---|---|---|
| | 22<br>(2 pgs) | Certificate of Service Re: *Interrogatories to Defendant, Sun Y. Pak* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 10/15/2015) |
| 11/03/2015 | 23<br>(4 pgs) | Disclosure *Rule 26(a)(1)* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 11/03/2015) |
| 11/05/2015 | 24<br>(2 pgs) | Certificate of Service Re: *Answers to Interrogatories* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 11/05/2015) |
| 11/10/2015 | 25<br>(5 pgs) | Motion *for Authority to Destroy Recording* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley). Related document(s) 26. Modified on 11/12/2015 (Nadia). (Entered: 11/10/2015) |
| 11/10/2015 | 26<br>(1 pg) | Corrective Certificate of Service Re: *Trustee's Motion for Authority to Destroy Recording* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)25). (Anderson, Bradley) (Entered: 11/10/2015) |
| 11/10/2015 | 27<br>(4 pgs) | Disclosure - *Plaintiff's Amended Rule 26(a)(1) Disclosures* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 11/10/2015) |
| 11/11/2015 | 28<br>(4 pgs; 2 docs) | Motion for Turnover *of Unlawful Recording* Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Attachments: # 1 Exhibit A) (Wolff, Frank) (Entered: 11/11/2015) |
| 11/13/2015 | | Preliminary Hearing Scheduled for 11/19/2015 02:00 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Disclosure - Plaintiff's Amended Rule 26(a)(1) Disclosures Doc 27. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this** |

| | | |
|---|---|---|
| | | **specific matter.** (related document(s)27). (Dkt) (Entered: 11/13/2015) |
| 11/13/2015 | | Preliminary Hearing Scheduled for 11/19/2015 02:00 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion for Authority to Destroy Recording Doc 25. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)25). (Dkt) (Entered: 11/13/2015) |
| 11/13/2015 | | Preliminary Hearing Scheduled for 11/19/2015 02:00 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion for Turnover of Unlawful Recording Doc 28. **This entry is not an official notice of hearing from the court. Noticing Instructions: Frank M Wolff is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)28). (Dkt) (Entered: 11/13/2015) |
| 11/13/2015 | 29 (2 pgs) | Notice of *Preliminary* Hearing Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)28). Hearing scheduled for 11/19/2015 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Wolff, Frank) (Entered: 11/13/2015) |
| 11/16/2015 | 30 (3 pgs) | Notice of Hearing on Plaintiff's Motion for Authority to Destroy Recording (Doc # 25) and Plaintiffs Amended Rule 26(a)(1) Disclosures (Doc # 27) Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)25, , 27, ). Hearing scheduled for 11/19/2015 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Anderson, Bradley) (Entered: 11/16/2015) |

| 11/18/2015 | 31<br>(11 pgs) | Amended Motion *for Authority to Destroy Recording* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)25). (Anderson, Bradley) (Entered: 11/18/2015) |
| --- | --- | --- |
| 11/19/2015 | 32<br>(1 pg) | Corrective Certificate of Service Re: *Amended Motion to Destroy Recording* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)31). (Anderson, Bradley) (Entered: 11/19/2015) |
| 11/19/2015 | 34<br>(2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Frank Wolff (Defendant) Bradley Anderson (Atty for Trustee) Richard Webber (Trustee) **RULING:** Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak (1) Pretrial Conference: **CIOC to February 3, 2016 at 1:30 pm.** (2) Plaintiff's Amended Motion for Authority to Destroy Recording **(Doc #31): granted/denied. Court to seal recording pending further Court order. Trustee to hand deliver recording to Court. Order by Trustee.** (3) Defendants' Motion for Turnover of Unlawful Recording **(Doc #28): granted/denied. Court to seal recording pending further Court order. Trustee to hand deliver recording to Court. Order by Trustee.** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 11/24/2015) |
| 11/20/2015 | 33<br>(2 pgs) | Motion *for Mediation Order* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 11/20/2015) |
| 11/25/2015 | 35<br>(7 pgs) | Notice of Filing *Subpoena of Mwagusi Software LLC* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 11/25/2015) |
| 12/02/2015 | 36<br>(2 pgs) | Order Partially Granting Motion for Turnover (Related Doc 28). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Melanie) |

| | | |
|---|---|---|
| | | Modified on 12/2/2015 (Melanie). (Entered: 12/02/2015) |
| 12/04/2015 | [37](3 pgs) | Proof of Service of ORDER PARTIALLY GRANTING DEBTORS MOTION FOR TURNOVER (Doc. # 36). Filed by Plaintiff Richard Blackstone Webber II (related document(s)36). (Webber, Trustee, Richard) (Entered: 12/04/2015) |
| 01/19/2016 | [38](5 pgs) | Motion *for Authority to pay Mediator Michael A. Tessitore, Esq.* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 01/19/2016) |
| 01/20/2016 | [39](2 pgs) | Mediator's Report and Notice of Inability to Reach an Agreement in Mediation Filed by Michael A Tessitore on behalf of Mediator Michael A Tessitore. (Tessitore, Michael) (Entered: 01/20/2016) |
| 01/25/2016 | [40](2 pgs) | Order Granting Motion *for Authority to pay Mediator Michael A. Tessitore, Esq* (Related Doc # 38). Service Instructions: Richard Webber is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 01/25/2016) |
| 01/26/2016 | [41](2 pgs) | Proof of Service of ORDER GRANTING TRUSTEES MOTION FOR AUTHORITY TO PAY MEDIATOR, MICHAEL A. TESSITORE, ESQ. (Doc. # 40). Filed by Plaintiff Richard Blackstone Webber II (related document(s)40). (Webber, Trustee, Richard) (Entered: 01/26/2016) |
| 01/28/2016 | [42](2 pgs) | Order Directing Mediation (related document(s)33). Service Instructions: Clerks Office to serve. (Nadia) (Entered: 01/28/2016) |
| 01/30/2016 | [43](3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 42)). Notice Date 01/30/2016. (Admin.) (Entered: 01/31/2016) |
| 02/01/2016 | [44](15 pgs) | Motion to Compel *Third Party, Mwagusi Software, LLC, to Comply with a Subpoena to Produce Documents* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 02/01/2016) |
| 02/02/2016 | | |

| | 45<br>(20 pgs; 3 docs) | Motion For *Partial* Summary Judgment Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Attachments: # 1 Affidavit of Keith A Yerian # 2 Affidavit of Sun Y Pak) (Wolff, Frank) (Entered: 02/02/2016) |
|---|---|---|
| 02/03/2016 | 46<br>(3 pgs) | Notice Regarding Opposing Motions for Summary Judgment (related document(s)45). (Nadia) (Entered: 02/03/2016) |
| 02/03/2016 | 47<br>(2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Frank Wolff (atty for Debtor/Defendant) Bradley Anderson (atty for Trustee) **RULING:** Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak (1) Pretrial Conference: **continued to April 7, 2016 at 2:45 pm. A.O.C.N.F.N.G.** (2) Plaintiff's Motion to Compel Third Party, Mwagusi Software, LLC, to Comply with a Subpoena to Produce Documents (Doc #44): **Granted in part, direct Debtor/Defendants to turn over documents. The Trustee should retain possession in confidential nature. The parties need to work on the terms of confidentiality. Order by Mr. Anderson pursuant to discussion in Court. Documents are due by February 12. Amended Complaint is due on or before February 26. Amended answer is due on or before March 11.** . Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 02/06/2016) |
| 02/03/2016 | 49<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 02/03/2016 13:51:06 ]. (ADIclerk) (Entered: 02/10/2016) |
| 02/05/2016 | 48<br>(4 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 46)). Notice Date 02/05/2016. (Admin.) (Entered: 02/06/2016) |
| 02/11/2016 | 50<br>(3 pgs) | Order Granting in Part and Denying in Part Motion To Compel *Third Party, MWAGUSI Software, LLC to Comply with Subpoena to Produce Documents* (Related Doc # 44). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service |

| | | within 3 days of entry of the order. (Nadia) (Entered: 02/11/2016) |
|---|---|---|
| 02/12/2016 | 51<br>(3 pgs) | Proof of Service of ORDER PARTIALLY GRANTING AND PARTIALLY DENYING TRUSTEES MOTION TO COMPEL THIRD PARTY, MWAGUSI SOFTWARE, LLC, TO COMPLY WITH A SUBPOENA TO PRODUCE DOCUMENTS (Doc. # 50). Filed by Plaintiff Richard Blackstone Webber II (related document(s) 50). (Webber, Trustee, Richard) (Entered: 02/12/2016) |
| 02/13/2016 | 52<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 50)). Notice Date 02/13/2016. (Admin.) (Entered: 02/14/2016) |
| 02/22/2016 | 53<br>(7 pgs) | Motion *to Deny the Defendants' Motion for Partial Summary Judgment as Moot or, in the Alternative, to Extend Deadline to Respond to Defendants' Motion for Partial Summary Judgment* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)45). (Anderson, Bradley) (Entered: 02/22/2016) |
| 02/25/2016 | | Change of address submitted to the Court on February 25, 2016 by attorney Frank M. Wolff formerly of Wolff, Hill, McFarlin & Herron, P.A., now known as Frank M. Wolff of Frank Martin Wolff, P.A., 1851 West Colonial Drive, Suite 200,Orlando, FL 32804. (Sarah) (Entered: 02/25/2016) |
| 02/26/2016 | 54<br>(1 pg) | Notice of Change of Address. Frank M. Wolff Substituted for Frank M. Wolff as Attorney for Keith A. Yerian and Sun Y. Pak Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Wolff, Frank) Modified on 3/2/2016 (Nadia). (Entered: 02/26/2016) |
| 02/26/2016 | 55<br>(58 pgs) | Amended Complaint *Objecting to Discharge of Debtor, to Avoid Fraudulent Transfers and Recover the Value Thereof, and for Injunctive Relief* Nature of Suit: 41 (Objection / Revocation of Discharge - 727(c),(d),(e)) by Bradley J Anderson on behalf of Richard Blackstone Webber II against all defendants. (related document(s)1). (Anderson, Bradley) (Entered: 02/26/2016) |

| | | |
|---|---|---|
| 03/01/2016 | | Preliminary Hearing Scheduled for 04/07/2016 02:45 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Deny the Defendants' Motion for Partial Summary Judgment as Moot or, in the Alternative, to Extend Deadline to Respond to Defendants' Motion for Partial Summary Judgment Doc 53. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)53). (Dkt) (Entered: 03/01/2016) |
| 03/01/2016 | | Preliminary Hearing Scheduled for 04/07/2016 02:45 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Deny the Defendants' Motion for Partial Summary Judgment as Moot or, in the Alternative, to Extend Deadline to Respond to Defendants' Motion for Partial Summary Judgment Doc 53. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)53). (Dkt) (Entered: 03/01/2016) |
| 03/02/2016 | 56 (3 pgs) | Notice of Hearing *on Plaintiffs Motion to Deny the Defendants' Motion for Partial Summary Judgment as Moot or, in the Alternative, to Extend Deadline to Respond to Defendants' Motion for Partial Summary Judgment Doc 53 filed February 22, 2016* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s), 53, ). Hearing scheduled for 4/7/2016 at 02:45 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Anderson, Bradley) (Entered: 03/02/2016) |
| 03/02/2016 | 57 | Request for Summons after Amended Complaint Adding Defendant(s) Mwagusi Software, LLC. Answer Due 04/1/2016. Filed by Bradley J |

| | | Anderson. (Anderson, Bradley) (Entered: 03/02/2016) |
|---|---|---|
| 03/07/2016 | 58<br>(7 pgs) | Answer to Amended Complaint (Related Doc # 55). Filed by Frank M Wolff on behalf of Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 03/07/2016) |
| 03/10/2016 | 59<br>(2 pgs) | Withdrawal *of Motion for Partial Summary Judgment* Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)45). (Wolff, Frank) (Entered: 03/10/2016) |
| 03/11/2016 | 60<br>(3 pgs) | Supplemental Response to *Defendant's Request for Production* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 03/11/2016) |
| 03/15/2016 | 61<br>(8 pgs) | Second Request *to Produce to Mwagusi Software LLC* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 03/15/2016) |
| 03/24/2016 | 62<br>(4 pgs) | Motion of J. Reid Yoder to Appear pro hac vice Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 03/24/2016) |
| 03/25/2016 | 63<br>(2 pgs) | Order Granting Motion To Appear pro hac vice. Upon completion of the required registration form, a temporary login and password will be issued. Filing privileges are limited to this case and any related adversary proceedings. The attorney is directed to file a statement notifying the Clerk when Attorneys involvement in this case is concluded *Re: J. Reid Yoder* (Related Doc # 62). Service Instructions: Clerks Office to serve. (Scott) (Entered: 03/25/2016) |
| 03/27/2016 | 64<br>(3 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 63)). Notice Date 03/27/2016. (Admin.) (Entered: 03/28/2016) |
| 03/31/2016 | 65<br>(2 pgs) | Notice of Withdrawal of *Trustee's Motion to Deny the Defendants' Motion for Partial Summary Judgment as Moot or, in the Alternative, to Extend Deadline to Respond to Defendants' Motion for Partial Summary Judgment* Filed by Bradley J |

| | | Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)53). (Anderson, Bradley) (Entered: 03/31/2016) |
|---|---|---|
| 04/05/2016 | 66 (2 pgs) | Notice of Compliance *of Reid Yoder with Local Rule 2090-1(c)* Filed by Frank M Wolff on behalf of Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian (related document(s)63). (Wolff, Frank) (Entered: 04/05/2016) |
| 04/05/2016 | 67 (9 pgs) | Notice of Filing *Proofs of Services of Subpoenas to interested parties, Debbie Yerian and Emerson Yerian* Filed by Frank M Wolff on behalf of Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 04/05/2016) |
| 04/07/2016 | 68 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Bradley Anderson (Plaintiff) Frank Wolff (Defendant) **RULING:** Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak Pretrial Conference: **Trial is scheduled for September 8, 2016. The whole day will be reserved. The Court will issue the order setting trial and all of the deadlines discussed at the hearing.** Pltf Atty: Bradley Anderson Def Atty: Frank Wolff NOTE: Continued from 11/19/15; 2/3/16 Answer to Amended Complaint filed by Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian (Doc #58) Plaintiff's Supplemental Response to Defendant's Request for Production (Doc #60). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 04/07/2016) |
| 04/07/2016 | 69 (1 pg) | ◀))) PDF with attached Audio File. Court Date & Time [ 04/07/2016 15:13:13 ]. (ADIclerk) (Entered: 04/08/2016) |
| 04/13/2016 | 70 (2 pgs) | Order Scheduling Trial (related document(s)15, 11, 68). Trial date set for 9/8/2016 at 10:00 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Clerks Office to serve. (Susan G.) (Entered: 04/13/2016) |

| | | |
|---|---|---|
| 04/15/2016 | [71](#) (5 pgs) | Notice of Filing *Subpoena to IRA Services Trust Company* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/15/2016) |
| 04/15/2016 | [72](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [70](#))). Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 04/19/2016 | [73](#) (5 pgs) | Agreed Motion to Extend Time *to File Expert Witness Designation and Report* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/19/2016) |
| 04/20/2016 | [74](#) (2 pgs) | Notice of Taking Depositions Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/20/2016) |
| 04/20/2016 | [75](#) (2 pgs) | Notice of Taking Depositions Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/20/2016) |
| 04/21/2016 | [76](#) (2 pgs) | Order Granting Agreed Motion to Extend Time *to File Expert Witness Designation and Report* (Related Doc [73](#)). Service Instructions: Richard Webber is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Melanie) Modified on 4/21/2016 (Melanie). (Entered: 04/21/2016) |
| 04/21/2016 | [77](#) (2 pgs) | Notice of Taking Depositions Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/21/2016) |
| 04/26/2016 | [78](#) (5 pgs) | Notice of Filing *of Subpoena to John McLeod, Corporate Representative of Mwagusi Software, LLC* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 04/26/2016) |
| 05/11/2016 | [79](#) (3 pgs) | Supplemental Response to *Defendants' Request for Production* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 05/11/2016) |

Case 6:17-cv-00459-RBD   Document 14-19   Filed 05/10/17   Page 18 of 25 PageID 2311

| | | |
|---|---|---|
| 05/19/2016 | [80](#) (5 pgs) | Notice of Filing *Subpoena to Fifth Third Bank* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 05/19/2016) |
| 05/19/2016 | [81](#) (5 pgs) | Notice of Filing *Subpoena to Florida Department of Economic Opportunity* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 05/19/2016) |
| 06/03/2016 | [82](#) (2 pgs) | Disclosure *of Expert Witness and Certificate of Service of Expert Report* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)[76](#)). (Anderson, Bradley) (Entered: 06/03/2016) |
| 06/09/2016 | [83](#) (2 pgs) | Notice *of Unavailability for Plaintiff, Richard B. Webber II Trustee from 8/30/16 - 10/31/16* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 06/09/2016) |
| 06/09/2016 | [84](#) (2 pgs) | Notice *of Unavailability for Attorney for Trustee, Bradley J. Anderson, from 8/9/16 - 8/19/16* Filed by Bradley J Anderson on behalf of Attorney for Trustee Bradley J Anderson. (Anderson, Bradley) (Entered: 06/09/2016) |
| 06/14/2016 | [85](#) (2 pgs) | Notice *of Production and Certificate of Service of Document Produced by Fifth Third Bank in Response to Subpoena* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 06/14/2016) |
| 06/15/2016 | [86](#) (2 pgs) | Motion *for Pre-Trial Conference* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 06/15/2016) |
| 06/16/2016 | [87](#) (2 pgs) | Motion to Extend Time *for Debtor/Defendant to File Expert Witness Designation and Report* Filed by Frank M Wolff on behalf of Defendant Keith A Yerian. (Wolff, Frank) (Entered: 06/16/2016) |
| 06/22/2016 | [88](#) (2 pgs) | Order Granting Motion *for Pre-Trial Conference* (Related Doc # [86](#)). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this |

|  |  |  |
|---|---|---|
|  |  | order on interested parties and file a proof of service within 3 days of entry of the order. (Coleman-Giddens, Faye) (Entered: 06/22/2016) |
| 06/23/2016 | 89 (2 pgs) | Amended Order *Granting Trustee's Motion for Pre-Trial Conference; Scheduled July 14, 2016 at 2:00pm* (related document(s)88, 86). Service Instructions: Richard Webber, Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Nadia) (Entered: 06/23/2016) |
| 06/23/2016 | 90 (2 pgs) | Motion to Reschedule Hearing On *9/8/16 @ 10:00 a.m.* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)70, 84, 83). (Anderson, Bradley) (Entered: 06/23/2016) |
| 06/23/2016 | 91 (2 pgs) | Proof of Service of AMENDED ORDER GRANTING TRUSTES MOTION FOR PRE-TRIAL CONFERENCE (Doc. # 89). Filed by Plaintiff Richard Blackstone Webber II (related document(s)88, 89). (Webber, Trustee, Richard) (Entered: 06/23/2016) |
| 06/24/2016 | 92 (2 pgs) | Order Granting Motion to Extend Time *to File Expert Witness Designation and Report* (Related Doc # 87). Service Instructions: Frank Wolff is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Karla) (Entered: 06/24/2016) |
| 06/24/2016 |  | Service completed via CM/ECF electronic notification. Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)92). (Wolff, Frank) (Entered: 06/24/2016) |
| 06/24/2016 | 93 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 88)). Notice Date 06/24/2016. (Admin.) (Entered: 06/25/2016) |
| 06/27/2016 |  | Preliminary Hearing Scheduled for 7/14/2016 2:00 pm Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Reschedule Hearing On 9/8/16 @ 10:00 a.m. Doc 90. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that** |

| | | |
|---|---|---|
| | | **addresses this specific matter.** (related document(s)90). (Dkt) (Entered: 06/27/2016) |
| 06/27/2016 | 94 (3 pgs) | Notice of Hearing on Plaintiff's Motion to Reschedule Hearing on 9/8/16 @ 10:00 a.m. (Doc # 90) Filed by Trustee for Trustee Bradley J Anderson (related document(s)90, ). Hearing scheduled for 7/14/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Webber, Trustee, Richard) (Entered: 06/27/2016) |
| 07/01/2016 | 95 (2 pgs) | Motion to Reschedule Hearing On *Pretrial Conference, Scheduled for July 14, 2016* Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 07/01/2016) |
| 07/14/2016 | 96 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 07/14/2016 14:07:14 ]. (ADIclerk) (Entered: 07/15/2016) |
| 07/14/2016 | 97 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: Bradley Anderson (Trustee) RULING:** Richard Webber, Trustee -v- Keith Yerian, Sun Y. Pak and Mwagusi Software, LLC (1) Pretrial Conference (2) Plaintiff's Motion to Reschedule Hearing On 9/8/16 @ 10:00 **(Doc #90) : granted. Continued to November 30, 2016 at 10:00 a.m. Order by Mr. Anderson. ***Case Manager to re-notice for Trial*** Provide as much information about video witnesses, location, and that the Clerk is directed to make arrangements for video witnesses. Pro Memo prepared by DLM..** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 07/15/2016) |
| 07/19/2016 | 98 (2 pgs) | Order Scheduling Trial (related document(s)97, 11). Trial date set for 11/30/2016 at 10:00 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Clerks Office to serve. (Susan G.) (Entered: 07/19/2016) |
| 07/21/2016 | 99 (3 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 98)). Notice Date 07/21/2016. (Admin.) (Entered: 07/22/2016) |
| 07/22/2016 | 100 (2 pgs) | Order Granting Motion To Reschedule Hearing *Trial* (Related Doc # 90). Hearing scheduled for 11/30/2016 at 10:00 AM at Orlando, FL - Courtroom 6A, 6th Floor, |

| | | George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Bradley Anderson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Susan G.) (Entered: 07/22/2016) |
|---|---|---|
| 07/25/2016 | [101](#) (2 pgs) | Proof of Service of Order Granting Trustee's Motion to Reschedule Trial. Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s) [100](#)). (Anderson, Bradley) (Entered: 07/25/2016) |
| 08/04/2016 | | Change of address submitted to the Court on August 4, 2016 by attorney Frank M Wolff of Frank Martin Wolff, PA, 19 E. Central Blvd, Orlando FL 32801. (Sarah) (Entered: 08/04/2016) |
| 10/27/2016 | [102](#) (4 pgs) | Motion to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 10/27/2016) |
| 10/28/2016 | [103](#) (68 pgs) | Motion *for Leave to File Second Amended Complaint and Request for Pre-Trial Conference or Hearing Before Trial Scheduled for November 30, 2016* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II. (Anderson, Bradley) (Entered: 10/28/2016) |
| 11/01/2016 | | Preliminary Hearing Scheduled for 11/10/2016 02:00pm Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial Doc [102](#). **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)[102](#)). (Dkt) (Entered: 11/01/2016) |
| 11/01/2016 | | Preliminary Hearing Scheduled for 11/10/2016 02:00pm Orlando, FL - Courtroom 6A, 6th Floor, George C. Young |

| | | |
|---|---|---|
| | | Courthouse, 400 W. Washington Street. Re: Motion for Leave to File Second Amended Complaint and Request for Pre-Trial Conference or Hearing Before Trial Scheduled for November 30, 2016 Doc 103. **This entry is not an official notice of hearing from the court. Noticing Instructions: Bradley J Anderson is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)103). (Dkt) (Entered: 11/01/2016) |
| 11/01/2016 | 104 (3 pgs) | Motion to Reschedule Hearing On *Plaintiff's Motion to Consolidate & Motion to Amend Complaint* Filed by Frank M Wolff on behalf of Defendant Keith A Yerian (related document(s)102, 103). (Wolff, Frank) (Entered: 11/01/2016) |
| 11/02/2016 | 105 (4 pgs) | Witness List *of Plaintiff and Designations of Deposition* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)98). (Anderson, Bradley) (Entered: 11/02/2016) |
| 11/02/2016 | 106 (2 pgs) | Notice of Hearing *on Plaintiff's Motion for Leave to File Second Amended Complaint* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)103). Hearing scheduled for 11/10/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Anderson, Bradley) (Entered: 11/02/2016) |
| 11/02/2016 | 107 (2 pgs) | Notice of Hearing *on Plaintiff's Motion to Consolidate* Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)102). Hearing scheduled for 11/10/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Anderson, Bradley) (Entered: 11/02/2016) |
| 11/02/2016 | 108 (2 pgs) | Witness List Filed by Frank M Wolff on behalf of Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 11/02/2016) |
| 11/03/2016 | 109 (14 pgs) | Notice of Filing *Intent to Introduce Translated Documents into Evidence* Filed by Frank M Wolff on behalf of Defendant Keith A Yerian. (Wolff, Frank) (Entered: 11/03/2016) |
| 11/03/2016 | | |

| | | |
|---|---|---|
| | 110<br>(2 pgs) | Motion *in Limine for an Order on use of Translations at Trial* Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian. (Wolff, Frank) (Entered: 11/03/2016) |
| 11/07/2016 | | Preliminary Hearing Scheduled for 11/10/2016 02:00 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion to Reschedule Hearing On Plaintiff's Motion to Consolidate & Motion to Amend Complaint Doc 104. **This entry is not an official notice of hearing from the court. Noticing Instructions: Frank M Wolff is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)104). (Dkt) (Entered: 11/07/2016) |
| 11/07/2016 | | Preliminary Hearing Scheduled for 11/10/2016 02:00 PM Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Motion in Limine for an Order on use of Translations at Trial Doc 110. **This entry is not an official notice of hearing from the court. Noticing Instructions: Frank M Wolff is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)110). (Dkt) (Entered: 11/07/2016) |
| 11/08/2016 | 111<br>(2 pgs) | Notice of *Preliminary* Hearing *on Motion in Limine for an Order on use of Translations at Trial and Motion to Reschedule Hearing on Plaintiffs Motion to Consolidate & Motion to Amend Complaint* Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)110, 104). Hearing scheduled for 11/10/2016 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Wolff, Frank) (Entered: 11/08/2016) |
| 11/10/2016 | 112<br>(2 pgs) | Order Denying Motion *for Leave to File Second Amended Complaint and Request for Pre-Trial Conference or Hearing Before Trial Scheduled for November 30, 2016* (Related Doc # 103). Service Instructions: Bradley Anderson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Scott) (Entered: 11/10/2016) |
| | | |

Case 6:17-cv-00459-RBD   Document 14-19   Filed 05/10/17   Page 24 of 25 PageID 2317

| | | |
|---|---|---|
| 11/10/2016 | [117](link)<br>(2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: Bradley Anderson (Chpt 7 Trustee Atty) Frank Wolff (Def. Atty) WITNESSES: EVIDENCE: RULING:** 1) Motion by Trustee to Consolidate Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. and Trustee's Objection to Debtor's Claim of Exemption in Case No 6:15-bk-01720 with Adversary Proceeding 6:15-ap-64 for Trial **(Doc #102): DENIED.** 2) Motion by Trustee for Leave to File Second Amended Complaint and Request for Pre-Trial Conference or Hearing Before Trial Scheduled for November 30, 2016 **(Doc #103): DENIED.** 3) Motion by Defendant to Reschedule Hearing On Plaintiff's Motion to Consolidate & Motion to Amend Complaint **(Doc #104): DENIED.** 4) Motion by Defendant in Limine for an Order on use of Translations at Trial **(Doc #110) - CONT to NOV. 30, 2016 at 10:00 am (A.O.C.N.F.G.) Pro Memo by SV.** Note: Trial scheduled for 11/30/16 with one day reserved Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1 (c). **This docket entry/document is not an official order of the Court**. (Dkt) (Entered: 11/16/2016) |
| 11/11/2016 | [113](link)<br>(2 pgs) | Proof of Service of Order Denying Motion by Trustee for Leave to File Second Amended Complaint. Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s)[112](link)). (Anderson, Bradley) (Entered: 11/11/2016) |
| 11/12/2016 | [114](link)<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [112](link))). Notice Date 11/12/2016. (Admin.) (Entered: 11/13/2016) |
| 11/14/2016 | [115](link)<br>(1 pg) | Order Denying Motion To Reschedule Hearing (Related Doc # [104](link)). Service Instructions: Frank Wolff is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Melanie) (Entered: 11/14/2016) |
| 11/15/2016 | | Service completed via CM/ECF electronic notification. Filed by Frank M Wolff on behalf of Defendants Sun Y Pak, Keith A Yerian (related document(s)[115](link)). (Wolff, Frank) (Entered: 11/15/2016) |
| 11/15/2016 | [116](link)<br>(1 pg) | Order Denying Motion To Consolidate Contested Matters (Related Doc # [102](link)). Service Instructions: Bradley Anderson is directed to serve a copy of this order on interested parties |

| | | and file a proof of service within 3 days of entry of the order. (Karla) (Entered: 11/15/2016) |
|---|---|---|
| 11/17/2016 | <u>118</u> (2 pgs) | Proof of Service of Order Denying Motion to Consolidate Contested Matters. Filed by Bradley J Anderson on behalf of Plaintiff Richard Blackstone Webber II (related document(s) <u>116</u>). (Anderson, Bradley) (Entered: 11/17/2016) |
| 11/17/2016 | <u>119</u> (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # <u>116</u>)). Notice Date 11/17/2016. (Admin.) (Entered: 11/18/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/22/2016 12:10:18 | | |
| **PACER Login:** | zk0100:3645028:0 | **Client Code:** | 11000-710 |
| **Description:** | Docket Report | **Search Criteria:** | 6:15-ap-00064-KSJ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |