# Exhibit Cover Sheet

**Party submitting:** Plaintiff           **Ex. #** 82

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

APPENDIX B

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | WBSCK9334WLC87296 | **Year/Make:** | 1998 BMW |
| **Previous Title State:** | OHIO | **Registration Expiration Date:** | 6/25/2015 |
| **Title:** | 116841612 | **Title Issue Date:** | 11/12/2014 |
| **Title Status:** | ACTIVE | **Title Print Date:** | 11/17/2014 |
| **Odometer Reading/Status:** | 137,864 ACTUAL MILEAGE | **Odometer Date:** | 11/12/2014 |
| **Color:** | ALUMINUM / SILVER | **Vehicle Type:** | AUTO |
| **Net Weight:** | 3,086 | **Owner Information:** | 1 owner |
| Paper Title | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.