## Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 84

**Admitted:** Yes   or   No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ ,   Deputy Clerk

APPENDIX B

# PAYROLL JOURNAL

Payrolls by Paychex, Inc.

40004 (R-9)
0089 A890-2733  Mwagusi Software LLC

| EMPLOYEE NAME / ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| **** 100 PAYROLL | | | | | | | | | |
| McLeod, John D  1 | Regular | | | 24,000.00 | | Social Security | 1,008.00 | | Check # Unknown 0.00 |
| | | | | | | Medicare | 348.00 | | Check Amt |
| | | | | | | Fed Income Tax | 1,000.00 | | Manual 21,129.22 |
| | | | | | | CA Income Tax | 226.78 | | |
| | | | | | | CA Disability | 288.00 | | |
| | EMPLOYEE TOTAL | | | 24,000.00 | | | 2,870.78 | | Net Pay 21,129.22 |
| Yerian, Keith  2 | Regular | | | 24,000.00 | | Social Security | 1,008.00 | | Check # Unknown 0.00 |
| | | | | | | Medicare | 348.00 | | Check Amt |
| | | | | | | Fed Income Tax | 1,000.00 | | Manual 21,157.84 |
| | | | | | | OH Income Tax | 486.16 | | |
| | EMPLOYEE TOTAL | | | 24,000.00 | | | 2,842.16 | | Net Pay 21,157.84 |
| COMPANY TOTALS | | | | | | | | | |
| 2 Person(s) 2 Transaction(s) | Regular | | | 48,000.00 | | Social Security | 2,016.00 | | Check Amt 0.00 |
| | | | | | | Medicare | 696.00 | | Manual 42,287.06 |
| | | | | | | Fed Income Tax | 2,000.00 | | |
| | | | | | | CA Income Tax | 226.78 | | |
| | | | | | | CA Disability | 288.00 | | |
| | | | | | | OH Income Tax | 486.16 | | |
| | COMPANY TOTAL | | | 48,000.00 | | | 5,712.94 | | Net Pay 42,287.06 |
| | | | | | | *Employer Liabilities* | | | |
| | | | | | | Social Security | 2,976.00 | | |
| | | | | | | Medicare | 696.00 | | |
| | | | | | | Fed Unemploy | 84.00 | | |
| | | | | | | CA Unemploy | 238.00 | | |
| | | | | | | CA Emp Train | 7.00 | | |
| | | | | | | OH Unemploy | 243.00 | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | 4,244.00 | | |
| | | | | | | TOTAL TAX LIABILITY | 9,956.94 | | |

EXHIBIT 2 McLeod 5/16/16
PENGAD 800-631-6989