## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 85

**Admitted: Yes  or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

**APPENDIX B**

Statement No.

# Expense Statement

**Employee**

Name: Keith Yerian
SSN:
Department:

Emp #
Position: System Architect
Manager

**Pay Period**

From 2/16/2011
To 12/31/2011

| Date | Account | Description | Lodging | Transport | Fuel | Meals | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2011 | | 163 Trips to CMS | | $ 3,097.00 | | | | | | $ 3,097.00 |
| 12/31/2011 | | 2 Trips to Pegasus | | $ 1,410.00 | | | | | | $ 1,410.00 |
| 12/31/2011 | | To/From Other Customers & CAK | | $ 600.00 | | | | | | $ 600.00 |
| 2/15/2011 | | Airfare SJU/CAK | | $ 387.00 | | | | | | $ 387.00 |
| 10/15/2011 | | Airfare SJU/CAK | | $ 402.00 | | | | | | $ 402.00 |
| 11/15/2011 | | Airfare SJU/CAK | | $ 394.00 | | | | | | $ 394.00 |
| 1/15/2011 | | Airfare SJU/CAK | | $ 286.00 | | | | | | $ 286.00 |

$ 6,576.00

Sub Total $ 6,576.00
Advances
TOTAL $ 6,576.00

Approved

Notes

Reimbursement

*Insert Fine Print Here*

Office Use Only

EXHIBIT 5 McLeod 5/16/16