## Exhibit Cover Sheet

**Party submitting:** <u>Plaintiff</u>   **Ex. #** <u>86</u>

**Admitted:** Yes  or  No  (circle one)

**Debtor:** <u>Keith A. Yerian</u>

**Case No.:** <u>6:15-bk-01720-KSJ</u>

*Adv. No.:* <u>6:15-ap-00064-KSJ</u>

**Nature of Hearing/ Docket No:** <u>Trial</u>

United States Bankruptcy Court
Middle District of Florida

**Dated** _____, 20___.

**By:**_____,  **Deputy Clerk**

APPENDIX B

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 09/11/11 | $50.00 | 50.00 | $10.00 |

Account number: xxxx 7296

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000010000000050000000000000000002

05389 BEX Z 23111 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B          72965


from CHASE

Manage your account online:
www.chase.com/businesscards

Customer Service
1-800-346-5538

Additional contact
information on back

## ACCOUNT SUMMARY

| Account Number: xxxx 7296 | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | -$193.96 |
| Purchases | +$243.96 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $50.00 |
| Opening/Closing Date | 07/20/11 - 08/19/11 |
| Total Credit Line | $5,500 |
| Available Credit | $5,450 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $50.00 |
| Payment Due Date | 09/11/11 |
| Minimum Payment Due | $10.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/08 | Payment - Thank You | -193.96 |
| 07/26 | DAVES TIP TOP STOW OH | 12.61 |
| 07/26 | CARRABBA'S #8603 CANTON OH | 130.00 |
| 07/27 | PIZZA HUT #00783379461 STOW OH | 20.00 |
| 07/29 | DAVES TIP TOP STOW OH | 20.00 |
| 07/28 | KING DRAGON CHINESE STOW OH | 11.35 |
| 08/17 | OVS*MONIKER.COM 800-6886311 CA | 50.00 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296) $50.00
INCLUDING PAYMENTS RECEIVED

### 2011 Totals Year-to-Date

| Total fees charged in 2011 | $0.00 |
|---|---|
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 0.00% | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 0.00% | -0- | -0- |

**This Statement is a Facsimile - Not an original**

0000001 FIS3333B C 1    000 N Z 19 11/08/19    Page 1 of 2    00225 MA DA 05389    23110000010000538901

EXHIBIT
6
McLeod
5/16/16

MS000153

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____

Home Phone: _____   Work Phone: _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

| By Telephone: | | | |
|---|---|---|---|
| In U.S. | 1-800-346-5538 | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
| Español | 1-888-795-0574 | P.O. Box 15298 | P.O. Box 94014 | www.chase.com/businesscards |
| TDD | 1-800-955-8060 | Wilmington, DE 19850-5298 | Palatine, IL 60094-4014 | |
| Pay by phone 1-800-436-7958 | | | | |
| Outside U.S. call collect | | | | |
| 1-430-350-7099 | | | | |



### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address shown on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 5 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 5 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not effect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date:   07/20/11 - 08/19/11
Account Number:   (xxx)    7296
Page 2 of 2

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate                                                                 31 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**This Statement is a Facsimile - Not an original**

X 0000001 FIS33336 C 1         000  N  Z  19  11/06/19         Page 2 of 2         00226   MA DA 05389   7311000001000053292

MS000155



| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 11/13/11 | $50.29 | $0.00 | $25.00 |

Account number: (dx5)   7296

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000000502900000000000005

82577 BEX Z 29211 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

5000 160 28   7296 5

*ink.*
from CHASE

Manage your account online:
www.chase.com/businesscards

Customer Service
1-800-346-5538

Additional contact
information on back

## ACCOUNT SUMMARY

| Account Number: (dx5)  7296 | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | $0.00 |
| Purchases | +$50.29 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $50.29 |
| Opening/Closing Date | 09/20/11 - 10/19/11 |
| Total Credit Line | $5,500 |
| Available Credit | $5,449 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $50.29 |
| Payment Due Date | 11/13/11 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 10/08 | FRY'S ELECTRONICS #11 BURBANK CA | 30.44 |
| 10/10 | DU VAC ELECTRONICS INC PASADENA CA | 19.85 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296)   $50.29
INCLUDING PAYMENTS RECEIVED

### 2011 Totals Year-to-Date

| Total fees charged in 2011 | $0.00 |
|---|---|
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate                           30 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**This Statement is a Facsimile - Not an original**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____

Home Phone: _____   Work Phone: _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

---

### To contact us regarding your account:

**By Telephone:**
- In U.S.   1-800-346-5538
- Español   1-888-795-0574
- TDD   1-800-955-8060
- Pay by phone 1-800-436-7958
- Outside U.S. call collect 1-480-350-7099



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon, and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 5 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 5 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days of one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge, however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

0A6292010

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 12/13/11 | $973.76 | $0.00 | $25.00 |

Account number: (d)(5)   7296

$ [            ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000009737600000000000009

20613 BEX Z 32311 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA  91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

5000160 28         72965


from CHASE

Manage your account online: www.chase.com/businesscards
Customer Service 1-800-346-5538
Additional contact information on back

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: (d)(5)    7296 | |
| Previous Balance | $50.29 |
| Payment, Credits | -$50.29 |
| Purchases | +$973.76 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $973.76 |
| Opening/Closing Date | 10/20/11 - 11/19/11 |
| Total Credit Line | $5,500 |
| Available Credit | $4,526 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $973.76 |
| Payment Due Date | 12/13/11 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/05 | Payment - Thank You | -50.29 |
| 10/29 | TRAVEL INSURANCE POLIC 08007296021 VA | 16.24 |
| 10/28 | UNITED    0162134120679 ROSEMONT IL | 360.80 |
| 11/01 | USPS 05812409036017556 VERDUGO CITY CA | 20.45 |
| 11/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 7.74 |
| 11/08 | VAN NUYS AIRPORT FLYAW VAN NUYS CA | 7.00 |
| 11/08 | MSE INTERNATIONAL LLC NORTH CANTON OH | 6.50 |
| 11/08 | CHILIS F04 ORD20258174 CHICAGO IL | 13.87 |
| 11/08 | CHICAGO BLACKH20250130 CHICAGO IL | 12.42 |
| 11/09 | MARCELITAS HUDSON OH | 60.00 |
| 11/09 | ISALY'S II STOW OH | 15.00 |
| 11/10 | THAI GOURMET STOW OH | 20.00 |
| 11/10 | FIVE GUYS-OH # 035 AKRON OH | 18.16 |
| 11/11 | DIAMOND DELI AKRON OH | 17.92 |
| 11/12 | PANERA BREAD #3396 N CANTON OH | 15.51 |
| 11/12 | VAN NUYS AIRPORT FLYAW VAN NUYS CA | 7.00 |
| 11/16 | STAPLES      00113472 BURBANK CA | 326.23 |
| 11/16 | FRY'S ELECTRONICS #11 BURBANK CA | 46.82 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296)   $923.47
INCLUDING PAYMENTS RECEIVED

| 2011 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2011 | $0.00 |
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

**This Statement is a Facsimile - Not an original**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____

Home Phone: _____   Work Phone: _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

| To contact us regarding your account: | | | |
|---|---|---|---|
| **By Telephone:**<br>In U.S. 1-800-346-5538<br>Español 1-888-795-0574<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect<br>1-480-350-7099 |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | **Mail Payments to:**<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | **Visit Our Website:**<br>www.chase.com/businesscards |

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon, and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 5 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 5 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

MS000160

Statement Date:  10/20/11 - 11/19/11
Account Number: (xxx)       7296
Page 2 of 2

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate                                                                 31 Days In Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

MS000162



| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 01/13/12 | $346.35 | $0.00 | $25.00 |

Account number: (d)(5)  7296

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000003463500000000000000000

17994 9EX Z 36311 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA  91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

5000160 28           72965

from CHASE

Manage your account online:
www.chase.com/businesscards

Customer Service
1-800-346-5538

Additional contact information on back →

## ACCOUNT SUMMARY

| Account Number (d)(5) | 7296 |
|---|---|
| Previous Balance | $973.76 |
| Payment, Credits | -$1,000.00 |
| Purchases | +$372.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $346.35 |
| Opening/Closing Date | 11/20/11 - 12/19/11 |
| Total Credit Line | $5,500 |
| Available Credit | $5,153 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| New Balance | $346.35 |
|---|---|
| Payment Due Date | 01/13/12 |
| Minimum Payment Due | $25.00 |

Late Payment Warning: If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

Minimum Payment Warning: Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/02 | Payment - Thank You | -1,000.00 |
| 11/25 | LOWES #01144* BURBANK CA | 23.24 |
| 11/26 | LOWES #01144* BURBANK CA | 41.49 |
| 11/26 | ORCHARD SUPPLY #700 LA CRESCENTA CA | 59.99 |
| 12/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 12/03 | LOWES #01144* BURBANK CA | 4.52 |
| 12/09 | DU VAC ELECTRONICS INC PASADENA CA | 34.25 |
| 12/09 | FRY'S ELECTRONICS #11 BURBANK CA | 26.08 |
| 12/15 | LOWES #01144* BURBANK CA | 26.06 |
| 12/16 | DU VAC ELECTRONICS INC PASADENA CA | 70.08 |
| 12/16 | ALL ELECTRONICS COR VAN NUYS CA | 66.88 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296)   -$627.41
INCLUDING PAYMENTS RECEIVED

### 2011 Totals Year-to-Date

| Total fees charged in 2011 | $0.00 |
|---|---|
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |

**This Statement is a Facsimile - Not an original**

0000001  FIS33338 C 1      000  N  Z  19  11/12/19      Page 1 of 4      00225  MA DA  17994      35310000010001799401

X 0418

**MS000163**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____   Zip: _____

Home Phone: _____   Work Phone: _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

### To contact us regarding your account:

**By Telephone:**
- In U.S.  1-800-346-5538
- Español  1-888-795-0574
- TDD  1-800-955-8060
- Pay by phone 1-800-436-7958
- Outside U.S. call collect  1-480-350-7099

 **Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

 **Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days of one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.



OAI1042011   **MS000164**

Statement Date: 11/20/11 - 12/19/11
Account Number: (4)(5)       /296
Page 2 of 4

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate                                                                 30 Days In Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000166

# 0%*
**1st or 2nd check: APR**
through your billing cycle that ends in November 2012

or

# 1.99%*
**3rd check: APR**
through your billing cycle that ends in November 2013

Once your promotional rate expires, any remaining balances from this offer are subject to your standard balance transfer APR, or the penalty APR if applicable. A transaction fee of 1% (minimum $5; no maximum) applies to the amount of each transaction from this offer.

## Use these Balance Transfer checks today to take advantage of these low rates.

- Save by transferring balances from higher-APR accounts.
- Improve productivity by purchasing new equipment.
- Pay for inventory or supplies.
- Make a tax or vendor payment.

*Checks must post to your account by the use by date on the check(s).
*See "Important Information" section for more details.

Para información o existencia con relación a esta oferta, por favor comuníquese con el número gratuito al reverso de su tarjeta de crédito.

MKT16890

---

*Must post to your account by the use by date of 01/31/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3014

999
DATE _____ 56-1551/441

PAY TO THE
ORDER OF _____ $ [_____]

**Void   Void   Void   Void   Void**

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

_____209_____
MEMO                             SIGNATURE

⑈044115511⑈ ▓▓▓▓▓▓ 72961 3014

---

*Must post to your account by the use by date of 01/31/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3015

999
DATE _____ 56-1551/441

PAY TO THE
ORDER OF _____ $ [_____]

**Void   Void   Void   Void   Void**

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

_____209_____
MEMO                             SIGNATURE

⑈044115511⑈ ▓▓▓▓▓▓ 72961 3015

---

*Must post to your account by the use by date of 01/31/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3016

999
DATE _____ 56-1551/441

PAY TO THE
ORDER OF _____ $ [_____]

**Void   Void   Void   Void   Void**

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

_____209_____
MEMO                             SIGNATURE

⑈044115511⑈ ▓▓▓▓▓▓ 72961 3016

**MS000167**

**IMPORTANT INFORMATION:**
These are the terms for the checks included with your statement.

**Balance Transfer Maximum:** The total of all Balance Transfers (including Balance Transfer checks) written against your account may not exceed 80% of your credit line. Just make sure you have enough available credit for the transaction(s), interest, and related fees. The total of checks written in cash to yourself may not exceed $5,000 or 80% of your credit line (whichever is lower). These limits apply to previous and future promotional Balance Transfers over any ninety (90) day period of time. Any transaction(s) that exceed(s) these maximums may be declined.

The use of the attached check or draft will constitute a charge against your credit account. A transaction fee of 1% (minimum $5; no maximum) applies to the amount of each transaction from this offer. If your credit card has a rewards program, you will not earn rewards on checks from this offer. Transactions from this offer that are made payable to Chase, Bank One or First USA or one of our related banks or companies may be declined.

**Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, if we reasonably believe that you will be unable or unwilling to repay the balance or for any other reason provided in your Business Card Agreement), we may decline to process your transaction, in which case you will be notified.

**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any payments not allocated or not disclosed to you may be shorter based on your payment amounts and APRs on other balances.

**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the date disclosed in this offer and your account must not be in default. Transactions that post after the use by date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Business Card Agreement, or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Business Card Agreement.

**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due, if your account is over limit, or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate.

**Grace Period:** A grace period will not apply to transactions from this offer.

**Business Card Agreement:** For further details about terms or conditions on your account, please refer to your Business Card Agreement.

**Other Terms:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "cc brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. Other offers may supersede this offer.

DSC15363

ENDORSE HERE
✕
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE
✕
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE
✕
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

MS000168