## Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 89

**Admitted: Yes   or    No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:**_____, **Deputy Clerk**

**APPENDIX B**

# PAYROLL JOURNAL

0089 A890-2733  Mwagusi Software LLC

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |
| **\*\*\*\* 100 PAYROLL** | | | | | | | | | | |
| Kincer, Dakota K 3 | Regular | | | 3,333\|33 | | Social Security Medicare Fed Income Tax OH Income Tax | 140\|00 48\|34 341\|88 91\|55 | | Direct Deposit # 10003 Check Amt Chkg 3671 | 0\|00 2,711\|56 |
| | EMPLOYEE TOTAL | | | 3,333\|33 | | | 621\|77 | | Net Pay | 2,711\|56 |
| McLeod, John D 1 | Regular | | | 2,500\|00 | | Social Security Medicare Fed Income Tax CA Disability | 105\|00 36\|25 55\|83 25\|00 | | Direct Deposit # 10004 Check Amt Chkg 7771 | 0\|00 2,277\|92 |
| | EMPLOYEE TOTAL | | | 2,500\|00 | | | 222\|08 | | Net Pay | 2,277\|92 |
| Yerian, Keith 2 | Regular | | | 2,500\|00 | | Social Security Medicare Fed Income Tax OH Income Tax | 105\|00 36\|25 119\|17 59\|65 | | Direct Deposit # 10005 Check Amt Chkg 4229 | 0\|00 2,179\|93 |
| | EMPLOYEE TOTAL | | | 2,500\|00 | | | 320\|07 | | Net Pay | 2,179\|93 |
| **COMPANY TOTALS** 3 Person(s) 3 Transaction(s) | Regular | | | 8,333\|33 | | Social Security Medicare Fed Income Tax CA Disability OH Income Tax | 350\|00 120\|84 516\|88 25\|00 151\|20 | | Check Amt Dir Dep | 0\|00 7,169\|41 |
| | COMPANY TOTAL | | | 8,333\|33 | | | 1,163\|92 | | Net Pay | 7,169\|41 |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security Medicare Fed Unemploy CA Unemploy CA Emp Train OH Unemploy | 516\|67 120\|83 50\|00 85\|00 2\|50 157\|50 | | | |
| | | | | | TOTAL EMPLOYER LIABILITY TOTAL TAX LIABILITY | | 932\|50 2,096\|42 | | | |

EXHIBIT 9 McLeod 5/16/16  PENGAD 800-631-6989

Period Start - End Date    02/01/12 - 02/29/12

0089 A890-2733  Mwagusi Software LLC
Run Date 02/22/12  06:45 AM