## Exhibit Cover Sheet

**Party
submitting:** _Plaintiff_     **Ex. #** _90_

**Admitted: Yes   or    No  (circle one)**

**Debtor:** _Keith A. Yerian_

**Case No.:** _6:15-bk-01720-KSJ_

*Adv. No.:* _6:15-ap-00064-KSJ_

**Nature of Hearing/
Docket No:** _Trial_

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.**

**By:** _____, **Deputy Clerk**

**APPENDIX B**

Loan to my IRA account...

Subject: Loan to my IRA account...
From: Keith Alan Yerian <keithalanyerian@gmail.com>
Date: 5/16/2012 7:09 AM
To: <jmcleod129@gmail.com>

John,

Please send a $2,000 cashier check made out to Host Realty Inc. They will hold it in their escrow account until
the bank selects the actual closing/title company.  They want it overnighted to their office at the following
address:

Host Realty Inc.
3155 West New Haven Ave
Melbourne FL 32904

Memo:
Keith Alan Yerian – Trust
Deposit for 1381 SW Giddings St Palm Bay, FL

Thanks,
Keith Yerian



EXHIBIT
10
McLeod
5/16/16

5/16/... MS000136

**Customer Copy**
Label 11-B, March 2004

# EXPRESS MAIL

## UNITED STATES POSTAL SERVICE®

## Post Office To Addressee

**MS000137**

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

### CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No. _____

Federal Agency Acct. No. or
Postal Service Acct. No. _____

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

_M. M. Mas._
Mailer Signature

**NO DELIVERY**
☐ Weekend ☐ Holiday

TO: (PLEASE PRINT)   PHONE ( 334 ) 720 - 6991

Hist Realty, Inc.
3155 West New Haven Ave
Melbourne, FL 32904

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EH 765085945 US

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 91046 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 18 95 |
| | Scheduled Date of Delivery | Return Receipt Fee |
| Date Accepted | Month ___ Day ___ | $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| 05/16/12 | ☐ Noon ☑ 3 PM | $ | $ |
| Time Accepted | Military | Total Postage & Fees |
| 1:46 ☐ AM ☑ PM | ☐ 2nd Day ☐ 3rd Day | $ 18 95 |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| 1.50 lbs. ___ ozs. | | |

FROM: (PLEASE PRINT)   PHONE ( 818 ) 249 - 5927

John McLeod
3895 Cedarbend Dr.
La Crescenta, CA 91214

## FOR PICKUP OR TRACKING

Visit **www.usps.com**

Call **1-800-222-1811**



**Customer Copy**
Label 11-B, March 2004

# EXPRESS MAIL

**UNITED STATES POSTAL SERVICE ®**

## Post Office To Addressee

**MS000138**

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.    Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

### CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☑ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

Mailer Signature

**NO DELIVERY**    PHONE (
☐ Weekend  ☐ Holiday

**TO: (PLEASE PRINT)**

Self Directed IRA, LLC
2541 Hagerville Ave
Henderson, NV F9052

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

8  9  6  5  2  +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

EI 321022866 US

### ORIGIN (POSTAL SERVICE USE ONLY)

**PO ZIP Code**
91046

**Date Accepted**
5  21  12
Mo.  Day  Year

**Time Accepted**
2:33  ☐ AM ☑ PM

**Flat Rate ☐ or Weight**
lbs.  2  ozs.

| Day of Delivery | Postage |
|---|---|
| ☐ Next ☐ 2nd ☐ 2nd Del. Day  TUE | $ 13.95 |
| Scheduled Date of Delivery | Return Receipt Fee |
| 5/22/12    Month  Day | $ |
| Scheduled Time of Delivery | COD Fee | Insurance Fee |
| ☑ Noon ☐ 3 PM | $ | $ |
| Military | Total Postage & Fees |
| ☐ 2nd Day ☐ 3rd Day | $ 13.95 |
| Int'l Alpha Country Code | Acceptance Emp. Initials |
| | Th |

**FROM: (PLEASE PRINT)**    PHONE (

Anaya't Software, LLC
7260 W Azure Dr.
Suite 140-862
Las Vegas, NV 89130

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

