# Exhibit Cover Sheet

**Party submitting:** Plaintiff          **Ex. #** 91

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

APPENDIX B

27-Mar-13                                                                                           21Mar13-396

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G21Mar13-396**
Sequence number 003480725591   Posting date 22-MAY-12

```
                                                                              1568
Unugual Software LLC
7200 W Azure Dr Ste 140-662
Las Vegas, NV 89130-4413                            DATE 5/21/2012
818-249-5027

PAY TO THE
ORDER OF  Self Directed IRA, LLC                        $ 1575.00

Fifteen Hundred Seventy Five and 00/100 ------------ DOLLARS

JP MORGAN CHASE BANK, N.A.
...

FOR Yerra Properties, LLC                           [signature]

  "001568"  :322271627:                      1281         7500/
```

(check image with bank endorsement stamps, dated 05/22/12, 2250311823)

JPMORGAN000264



EXHIBIT 11
McLeod
5/16/16

Trustee's 814