# Exhibit Cover Sheet

**Party
submitting:** Plaintiff          **Ex. #** 93

**Admitted: Yes   or    No  (circle one)**

**Debtor:**   Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:*  6:15-ap-00064-KSJ

**Nature of Hearing/
Docket No:**   Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ , 20___.

**By:**_____,  **Deputy Clerk**

**APPENDIX B**

# JOB INVOICE

Northeast OHIO Mover Sixv,

| | |
|---|---|
| SOLD TO: | COD |
| ADDRESS | VEVR SUNPAK |
| | 17878 GAYLEHOUSE |
| ATTENTION | DoyELS TOWN |

| | |
|---|---|
| DATE ORDERED | ORDER TAKEN BY |
| PHONE NO. | CUSTOMER ORDER # |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | CRATING | | 675 00 |
| | | | |
| | | | |

**DESCRIPTION OF WORK**

EXHIBIT
13
McLeod
5/16/16

**MISCELLANEOUS CHARGES**

TOTAL MISCELLANEOUS

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

PD IN
FULL 566
cK#

| | TOTAL MATERIALS | 675 00 | TOTAL LABOR | |
|---|---|---|---|---|

| | |
|---|---|
| WORK ORDERED | |
| DATE ORDERED | |
| DATE COMPLETED | 8/20/12 |
| USTOMER PPROVAL SIGNATURE | X |
| AUTHORIZED SIGNATURE | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 675 00 |

A-2817-3817 / T-3866

**MS000149**

# MATERIAL RECORD

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |
| | LESS RETURNED MATERIALS | | |
| | NET COST OF MATERIALS | | |

# LABOR RECORD

| DATE | MECHANIC | WORK DONE | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL LABOR COST | | |

| NOTES | | | |
|---|---|---|---|
| | TOTAL MATERIAL COSTS | | TOTAL SELLING PRICE |
| | TOTAL LABOR COSTS | | LESS TOTAL COST |
| | SUBCONTRACT COSTS | | GROSS PROFIT |
| JOB COMPLETE? ☐ YES ☐ NO | OTHER DIRECT COSTS | | LESS OVERHEAD |
| DATE BILLED: _____ | TOTAL COST | | NET PROFIT |

MS000150

Moving Expenses

Subject: Moving Expenses
From: Young Yerian <youngyerian@gmail.com>
Date: 8/22/2012 9:55 AM
To: jmcleod129@gmail.com

John,

Jeff's personal info is
Jeff Waickman
1501 W Arndale Rd
Stow, OH  44224
(330) 286-1027

Chase
Rt:  044000037
Act (d)(5)  2253

Thanks,
Keith

CHASE

CHASE

CHASE

CHASE

CHASE