## Exhibit Cover Sheet

**Party submitting:** _Plaintiff_     **Ex. #** _94_

**Admitted:** Yes  or   No  (circle one)

**Debtor:** _Keith A. Yerian_

**Case No.:** _6:15-bk-01720-KSJ_

*Adv. No.:* _6:15-ap-00064-KSJ_

**Nature of Hearing/ Docket No:** _Trial_

### United States Bankruptcy Court
### Middle District of Florida

**Dated** _____ , 20___.

**By:** _____, **Deputy Clerk**

### APPENDIX B

# Sun Pak

5767 Treasure Ln  
Grant, FL  32949  
Phone (330) 310-9162

**BILL TO:**  
Mwagusi Software LLC  
3845 Cedarbend Dr  
La Crescenta CA  91214  
818.249.5927

**DATE:** September 1, 2012  
**INVOICE #** 4409

**FOR:** Office space / rent  
Per. John McLeod

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rent of office space - Sept 2012 | 1.00 | 1000.00 | 1,000.00 |
| | | TOTAL  $ | 1,000.00 |

Make all checks payable to Sun Pak



MS000023

# Sun Pak

5767 Treasure Ln
Grant, FL  32949
Phone (330) 310-9162

**BILL TO:**
Mwagusi Software LLC
3845 Cedarbend Dr
La Crescenta CA  91214
818.249.5927

**DATE:** October 1, 2012
**INVOICE #** 4410

**FOR:** Office space / rent
Per. John McLeod

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rent of office space - Oct 2012 | 1.00 | 1000.00 | 1,000.00 |
| | | TOTAL  $ | 1,000.00 |

Make all checks payable to Sun Pak

MS000024

# Sun Pak

5767 Treasure Ln
Grant, FL  32949
Phone (330) 310-9162

**BILL TO:**
Mwagusi Software LLC
3845 Cedarbend Dr
La Crescenta CA  91214
818.249.5927

**DATE:** November 1, 2012
**INVOICE #** 4411

**FOR:** Office space / rent
Per. John McLeod

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rent of office space - Nov 2012 | 1.00 | 1000.00 | 1,000.00 |
| | | TOTAL  $ | 1,000.00 |

Make all checks payable to Sun Pak

# Sun Pak

5767 Treasure Ln
Grant, FL  32949
Phone (330) 310-9162

**BILL TO:**
Mwagusi Software LLC
3845 Cedarbend Dr
La Crescenta CA  91214
818.249.5927

**DATE:** December 1, 2012
**INVOICE #** 4412

**FOR:** Office space / rent
Per. John McLeod

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rent of office space - Dec 2012 | 1.00 | 1000.00 | 1,000.00 |
| | | TOTAL  $ | 1,000.00 |

Make all checks payable to Sun Pak

MS000026