## Exhibit Cover Sheet

**Party submitting:** Plaintiff      **Ex. #** 95

**Admitted: Yes   or   No  (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

**United States Bankruptcy Court
Middle District of Florida**

**Dated** _____ **, 20___.**

**By:** _____, **Deputy Clerk**

APPENDIX B

# Chase Online

Pay Bills - Step 3 of 3

## Payment Scheduled!

Your payment to ANTHEM INSURANCE - (...6855) for $846.82 on 12/05/2012 has been successfully scheduled. Your payment Transaction Number is 2994715278. Check the Bill Payment Activity page to review payment details.

| Pay To | Pay From | Send On | Deliver By | Delivery Method | Transaction Number | Amount |
|---|---|---|---|---|---|---|
| ANTHEM INSURANCE (...6855) | BUSINESSSELECT CHKG (...1281) $9,116.67 | 12/4/2012 | 12/5/2012 | | 2994715278 | $846.82 |

Payment Description: Keith Yerian

Total Payments: $846.82

© 2012 JPMorgan Chase & Co.



EXHIBIT 15
McLeod
5/16/16

MS000152