# Exhibit Cover Sheet

**Party submitting:** Plaintiff     **Ex. #** 97

**Admitted:** Yes  or  No  (circle one)

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No.:* 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

United States Bankruptcy Court
Middle District of Florida

**Dated** _____ , 20___.

**By:** _____ , **Deputy Clerk**

APPENDIX B

## W-2 #1 — Dakota K Kincer

**Form W-2 Wage and Tax Statement 2012** — EMPLOYER REFERENCE COPY - DO NOT FILE — 13005

- a Control number: 0089-A8902733 / 0000000003-000100
- b Employer's identification number: 27-5034956
- d Employee's social security number: (d)(5) -2642
- 13 Statutory employee / Retirement plan / Third-party sick pay / Subtotal
- c Employer's name, address, and ZIP code: MWAGUSI SOFTWARE LLC, 3845 CEDARBEND DR, LA CRESCENTA CA 91214
- Department of the Treasury - Internal Revenue Service, OMB No. 1545-0008
- 1 Wages, tips, other compensation: 33333.30
- 2 Federal income tax withheld: 3418.80
- 3 Social security wages: 33333.30
- 4 Social security tax withheld: 1400.00
- 5 Medicare wages and tips: 33333.30
- 6 Medicare tax withheld: 483.33
- e Employee's name, address, and ZIP code: DAKOTA K KINCER, 2564 PROGRESS PARK DR, STOW OH 44224
- 15 State: OH, Employer's state ID No.: 52-785820 3
- 16 State wages, tips, etc.: 33333.30
- 17 State income tax: 915.50

EXHIBIT 17 McLeod 5/16/16

## W-2 #2 — John D McLeod

**Form W-2 Wage and Tax Statement 2012** — EMPLOYER REFERENCE COPY - DO NOT FILE

- a Control number: 0089-A8902733 / 0000000001-000100
- b Employer's identification number: 27-5034956
- d Employee's social security number: (d)(5) -3455
- 13 Statutory employee / Retirement plan: X
- c Employer: MWAGUSI SOFTWARE LLC, 3845 CEDARBEND DR, LA CRESCENTA CA 91214
- 1 Wages, tips, other compensation: 35050.00
- 2 Federal income tax withheld: 1687.90
- 3 Social security wages: 40000.00
- 4 Social security tax withheld: 1680.00
- 5 Medicare wages and tips: 40000.00
- 6 Medicare tax withheld: 580.00
- 12 See Instrs. for Box 12: D 4950.00
- 14 Other: CASDI 400.00
- e Employee: JOHN D MCLEOD, 3845 CEDARBEND DR, LA CRESCENTA CA 91214
- 15 State: CA, Employer's state ID No.: 010-3251-5
- 16 State wages, tips, etc.: 35050.00
- 17 State income tax: 490.12

## W-2 #3 — Keith Yerian

**Form W-2 Wage and Tax Statement 2012** — EMPLOYER REFERENCE COPY - DO NOT FILE

- a Control number: 0089-A8902733 / 0000000002-000100
- b Employer's identification number: 27-5034956
- d Employee's social security number: (d)(5) 4554
- c Employer: MWAGUSI SOFTWARE LLC, 3845 CEDARBEND DR, LA CRESCENTA CA 91214
- 1 Wages, tips, other compensation: 30000.00
- 2 Federal income tax withheld: 1430.04
- 3 Social security wages: 30000.00
- 4 Social security tax withheld: 1260.00
- 5 Medicare wages and tips: 30000.00
- 6 Medicare tax withheld: 435.00
- e Employee: KEITH YERIAN, 1787 GALEHOUSE RD, DOYLESTOWN OH 44230
- 15 State: OH, Employer's state ID No.: 52-785820 3
- 16 State wages, tips, etc.: 30000.00
- 17 State income tax: 715.80

## W-2 #4 — Totals

**Form W-2 Wage and Tax Statement 2012** — EMPLOYER REFERENCE COPY - DO NOT FILE

- a Control number: 0089-A8902733
- b Employer's identification number: 27-5034956
- 13 Third-party sick pay Subtotal: X
- c Employer: MWAGUSI SOFTWARE LLC, 3845 CEDARBEND DR, LA CRESCENTA CA 91214
- 1 Wages, tips, other compensation: 98383.30
- 2 Federal income tax withheld: 6536.74
- 3 Social security wages: 103333.30
- 4 Social security tax withheld: 4340.00
- 5 Medicare wages and tips: 103333.30
- 6 Medicare tax withheld: 1498.33

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 010-3251-5 | 35050.00 | 490.12 |
| OH | 52-785820 3 | 63333.30 | 1631.30 |

Page MS000061

000011390 A-014 0089-A8902733