**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 98

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated ______________ , 20___.**

**By:______________________, Deputy Clerk**

**APPENDIX B**

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 02/13/12 | $36.09 | $0.00 | $25.00 |

Account number (d)(5) 7296

$ .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back

7296000025000000360900000000000003

45340 BEX Z 01912 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B 72965

ink. from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 7296

| | |
|---|---|
| Previous Balance | $346.35 |
| Payment, Credits | -$515.35 |
| Purchases | +$205.09 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $36.09 |
| Opening/Closing Date | 12/20/11 - 01/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $5,463 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $36.09 |
| Payment Due Date | 02/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/09 | Payment - Thank You | -515.35 |
| 12/19 | LOWES #01144* BURBANK CA | 9.33 |
| 12/19 | LOWES #01144* BURBANK CA | 11.51 |
| 12/21 | FRY'S ELECTRONICS #11 BURBANK CA | 17.38 |
| 12/21 | FRY'S ELECTRONICS #11 BURBANK CA | 32.60 |
| 12/22 | FRY'S ELECTRONICS #11 BURBANK CA | 4.34 |
| 12/24 | FRY'S ELECTRONICS #11 BURBANK CA | 64.11 |
| 12/28 | DU VAC ELECTRONICS INC PASADENA CA | 9.73 |
| 01/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 01/05 | OHIO BUREAU OF WRKS CO 08006446292 OH | 10.00 |
| 01/16 | FRY'S ELECTRONICS #11 BURBANK CA | 26.09 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296) -$310.26
INCLUDING PAYMENTS RECEIVED

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____ Zip: ________ ________

Home Phone: ____ ____ ____ Work Phone: ____ ____ ____

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S, call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement)

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

DA11042011

Statement Date: 12/20/11 - 01/19/12
Account Number: (d)(3) 7296
Page 2 of 4

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Create and print your own year-end summary using our business expense report tool or track spending by category for any time period in the last 24 months. Log onto your account at chase.com/ink and click on the Create expense report link on the right side under Customer Center.

It is easy to pay your recurring business expenses automatically with your Ink business card. Simply visit www.chasebillmanager.com today or contact your vendors directly to set up automatic payments.



MS000226

# 0%*

1st or 2nd check: APR through your billing cycle that ends in December 2012

or

# 1.99%*

3rd check: APR through your billing cycle that ends in December 2013

Once your promotional rate expires, any remaining balances from this offer are subject to your standard balance transfer APR, or the penalty APR if applicable. A transaction fee of 2% (minimum $5; no maximum) applies to the amount of each transaction from this offer.

## Use these Balance Transfer checks today to take advantage of these low rates.

- Save by transferring balances from higher-APR accounts.
- Improve productivity by purchasing new equipment.
- Pay for inventory or supplies.
- Make a tax or vendor payment.

*Checks must post to your account by the use by date on the check(s).
*See "Important Information" section for more details.
Para información o asistencia con relación a esta oferta, por favor comuníquese con el número gratuito al reverso de su tarjeta de crédito.

MKT15799

*Must post to your account by the use by date of 02/29/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3451

999
DATE ____________ 56-1551/441

PAY TO THE ORDER OF ____________ $[ ]

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

MEMO ____________ 209 SIGNATURE ____________

044115511 [redacted] 72961 3451

*Must post to your account by the use by date of 02/29/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3452

999
DATE ____________ 56-1551/441

PAY TO THE ORDER OF ____________ $[ ]

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

MEMO ____________ 209 SIGNATURE ____________

044115511 [redacted] 72961 3452

*Must post to your account by the use by date of 02/29/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

3453

999
DATE ____________ 56-1551/441

PAY TO THE ORDER OF ____________ $[ ]

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

MEMO ____________ 209 SIGNATURE ____________

044115511 [redacted] 72961 3453

**IMPORTANT INFORMATION:**

These are the terms for the checks included with your statement.

**Balance Transfer Maximum:** Balance Transfers (including Balance Transfer checks) may not exceed 80% of your line. Just make sure you have enough available credit for the transaction(s), interest, and related fees. Checks written to cash or yourself may not exceed $5,000 or 80% of your line (whichever is lower). Any transaction that exceeds these maximums may be declined.

The use of the attached check or draft will constitute a charge against your credit account. A transaction fee of 2% (minimum $5, no maximum) applies to the amount of each transaction from this offer. If your credit card has a rewards program, you will not earn rewards on checks from this offer. Transactions from this offer that are made payable to Chase, Bank One or First USA or one of our related banks or companies may be declined.

**Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, if we reasonably believe that you will be unable or unwilling to repay the balance or for any other reason provided in your Business Card Agreement), we may decline to process your transaction, in which case you will be notified.

**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the use by date disclosed in this offer and your account must not be in default. Transactions that post after the use by date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Business Card Agreement, or any subsequent change in terms; or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Business Card Agreement.

**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is over limit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate.

**Grace Period:** A grace period will not apply to transactions from this offer.

**Business Card Agreement:** For further details about terms or conditions on your account, please refer to your Business Card Agreement.

**Other Terms:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. Other offers may supersede this offer.

DSC15442

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/13/12 | $1,818.89 | $0.00 | $25.00 |

Account number (4)(5) 7296

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000018188900000000000006

13498 BEX Z 05012 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602 8 72965

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (4)(5) 7296

| | |
|---|---|
| Previous Balance | $36.09 |
| Payment, Credits | -$2,481.63 |
| Purchases | +$4,264.43 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $1,818.89 |
| Opening/Closing Date | 01/20/12 - 02/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $3,681 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,818.89 |
| Payment Due Date | 03/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/27 | Payment - Thank You | -36.09 |
| 02/16 | Payment - Thank You | -1,853.90 |
| 02/19 | Payment - Thank You | -591.64 |
| 01/25 | NEVADA LLC CORP 7023962256 NV | 449.00 |
| 01/27 | USPS 05812409036017556 VERDUGO CITY CA | 9.00 |
| 01/28 | OFFICE DEPOT #517 LACRESCENTA CA | 23.69 |
| 01/28 | FRY'S ELECTRONICS #11 BURBANK CA | 315.34 |
| 02/01 | FRY'S ELECTRONICS #11 BURBANK CA | 97.86 |
| 02/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 02/02 | PAULS TV 104 VAN NUYS VAN NUYS CA | 958.74 |
| 02/06 | AMERICAN 00123036518790 DALLAS TX | 627.40 |
| | 1 N CLE JFK | |
| | 2 N JFK SJU | |
| | 3 V SJU JFK | |
| | 4 V JFK CLE | |
| 02/07 | PLN*PRICELINE.COM AIR 800-340-0575 CT | 885.70 |
| 02/08 | TAXACT *SOFTWARE 2 800-573-4287 IA | 39.95 |
| 02/08 | COMP MANAGEMENT 06147665223 OH | 50.00 |
| 02/08 | MCGRAW-800-303-5000 MENLO PARK CA | 332.00 |
| 02/08 | AMERICAN 00123037876240 DALLAS TX | 440.80 |
| | 1 O LAX MIA | |
| | 2 O MIA SJU | |
| | 3 O SJU MIA | |
| | 4 O MIA LAX | |
| 02/17 | FRY'S ELECTRONICS #11 BURBANK CA | 34.95 |
| 02/17 | PRIME TIME SHUTTLE TEL3105367922 CA | 25.00 |
| 02/17 | PRIME TIME SHUTTLE TEL3105367922 CA | 25.00 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296) $1,782.80
INCLUDING PAYMENTS RECEIVED

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____ Zip: ________ ________

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ______________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

**By Telephone:**
In U.S. 1-800-345-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in [illegible] [illegible] [illegible] on your account.

Statement Date: 01/20/12 - 02/19/12
Account Number: (d)(5) 7296
Page 2 of 2

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Create and print your own year-end summary using our business expense report tool or track spending by category for any time period in the last 24 months. Log onto your account at chase.com/ink and click on the Create expense report link on the right side under Customer Center.

Save time on employee reimbursements. Improve expense tracking. Maintain control with individual spending limits. Call the number on the back of your card today to request additional employee cards and take full advantage of your Chase Business Card account



MS000232

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/13/12 | $384 67 | $0.00 | $25.00 |

Account number: (d)(5) 7296

$ .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000003846700000000000003

30245 BEX Z 07912 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B 72965

ink. from CHASE

Manage your account online: www.chase.com/business

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 7296

| | |
|---|---|
| Previous Balance | $1,818.89 |
| Payment, Credits | -$1,818.89 |
| Purchases | +$384.67 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $384.67 |
| Opening/Closing Date | 02/20/12 - 03/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $5,115 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $384.67 |
| Payment Due Date | 04/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/25 | Payment - Thank You | -1,818.89 |
| 02/21 | OFFICE DEPOT #517 LACRESCENTA CA | 16.30 |
| 02/23 | SAMS CLUB HUMACAO ZWE | 226 04 |
| 03/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 03/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 29.95 |
| 03/18 | FRY'S ELECTRONICS #11 BURBANK CA | 92.38 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296) -$1,434.22
INCLUDING PAYMENTS RECEIVED

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 24 24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 11 24% (v) | -0- | -0- |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____ Zip: ________ ________

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date: 02/20/12 - 03/19/12
Account Number: [redacted] 7296
Page 2 of 4

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate

**29 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000236

**0%*** — **1st or 2nd check: APR** through your billing cycle that ends in May 2013

**or**

**1.99%*** — **3rd check: APR** through your billing cycle that ends in February 2014

Once your promotional rate expires, any remaining balances from this offer are subject to your standard balance transfer APR, or the penalty APR if applicable. A transaction fee of 1% (minimum $5; no maximum) applies to the amount of each transaction from this offer.

## Use these Balance Transfer checks today to take advantage of these low rates.

- Save by transferring balances from higher-APR accounts.
- Improve productivity by purchasing new equipment.
- Pay for inventory or supplies.
- Make a tax or vendor payment.

*Checks must post to your account by the use by date on the check(s).
*See "Important Information" section for more details.
Para información o asistencia con relación a esta oferta, por favor comuníquese con el número gratuito al reverso de su tarjeta de crédito.

MKT15848

*Must post to your account by the use by date of 04/30/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4012

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO

SIGNATURE

044115511 [redacted] 72961 4012

*Must post to your account by the use by date of 04/30/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4013

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO

SIGNATURE

044115511 [redacted] 72961 4013

*Must post to your account by the use by date of 04/30/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4014

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO

SIGNATURE

044115511 [redacted] 72961 4014

**IMPORTANT INFORMATION:**

These are the terms for the checks included with your statement.

**Balance Transfer Maximum:** Balance Transfers (including Balance Transfer checks) may not exceed 80% of your line. Just make sure you have enough available credit for the transaction(s), interest, and related fees. Checks written to cash or yourself may not exceed $5,000 or 80% of your line (whichever is lower). Any transaction that exceeds these maximums may be declined.

The use of the attached check or draft will constitute a charge against your credit account. A transaction fee of 1% (minimum $5, no maximum) applies to the amount of each transaction from this offer. If your credit card has a rewards program, you will not earn rewards on checks from this offer. Transactions from this offer that are made payable to Chase, Bank One or First USA or one of our related banks or companies may be declined.

**Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, if you write a check for more than the maximum amount disclosed, if we reasonably believe that you will be unable or unwilling to repay the balance or for any other reason provided in your Business Card Agreement), we may decline to process your transaction, in which case you will be notified.

**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the use by date disclosed in this offer and your account must not be in default. Transactions that post after the use by date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Business Card Agreement, or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Business Card Agreement.

**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is over limit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate.

**Grace Period:** A grace period will not apply to transactions from this offer.

**Business Card Agreement:** For further details about terms or conditions on your account, please refer to your Business Card Agreement.

**Other Terms:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. Other offers may supersede this offer.

DSC15521

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 - FEDERAL RESERVE BLG CC

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 05/13/12 | $955.12 | $0.00 | $25.00 |

Account number: (d)(5) 7296

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000009551200000000000009

78024 BEX Z 11012 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B 72965

ink
from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 7296

| | |
|---|---|
| Previous Balance | $384.67 |
| Payment, Credits | -$385.12 |
| Purchases | +$955.57 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $955.12 |
| Opening/Closing Date | 03/20/12 - 04/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $4,544 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $955.12 |
| Payment Due Date | 05/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/10 | Payment - Thank You | -384.67 |
| 04/17 | Easy Savings Fuelman F Rebate NY | -.45 |
| 03/23 | TAXACT *ONLINE 1 800-573-4287 IA | 13.95 |
| 03/24 | AMERICAN 00106335831680 DALLAS TX | 33.00 |
| | 1 X XAA XAA | |
| 03/24 | AMERICAN 00123065816990 DALLAS TX | 283.20 |
| | 1 O LAX DFW | |
| | 2 Q DFW CLE | |
| | 3 Q CLE DFW | |
| | 4 Q DFW LAX | |
| 03/25 | TRAVEL INSURANCE POLIC 08007296021 VA | 18.97 |
| 04/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 04/11 | VAN NUYS AIRPORT FLYAW VAN NUYS CA | 7.00 |
| 04/11 | BURGER KING 4 30051247 LOS ANGELES CA | 4.77 |
| 04/12 | TIP TOP RESTAURANT STOW OH | 39.00 |
| 04/12 | JAKE'S RESTAURANT MT. VERNON OH | 30.00 |
| 04/11 | GOLDEN DRAGON RESTAURA CUYAHOGA FALL OH | 107.12 |
| 04/13 | GIANT #432 QPS NORTON OH | 45.33 |
| 04/14 | CRACKER BARREL #114 AK COPLEY OH | 23.62 |
| 04/15 | CIRCLE K 05628 NORTON OH | 44.69 |
| 04/13 | JAKE'S RESTAURANT WOOSTERS OH | 63.16 |
| 04/14 | ACME NO. 15 AKRON OH | 27.90 |
| 04/15 | BOB EVANS REST #0039 AKRON OH | 24.05 |
| 04/16 | VAN NUYS AIRPORT FLYAW VAN NUYS CA | 7.00 |
| 04/16 | AMERICAN 00100422407570 ONBOARD SALE TX | 14.00 |
| | 1 X DFW LAX | |
| 04/14 | BRAVO AKRON AKRON OH | 77.73 |
| 04/16 | The Pub-Cleveland Middleburg He OH | 24.50 |
| 04/15 | PAD THAI FAIRLAWN FAIRLAWN OH | 46.38 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____ Zip: ______ ______

Home Phone: ____ ____ ____ Work Phone: ____ ____ ____

E-mail Address: ______________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-346-5538<br>Español 1-888-795-0574<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-480-350-7099 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/businesscards |

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution

You may make payments by regular U S mail Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account

Statement Date: 03/20/12 - 04/19/12
Account Number: 1dd5) 7296
Page 2 of 4

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | JOHN MCLEOD<br>TRANSACTIONS THIS CYCLE (CARD 7296) $570.45<br>INCLUDING PAYMENTS RECEIVED | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate **31 Days In Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000242

**0%*** 1st or 2nd check: APR through your billing cycle that ends in June 2013

or

**1.99%*** 3rd check: APR through your billing cycle that ends in March 2014

Once your promotional rate expires, any remaining balances from this offer are subject to your standard balance transfer APR, or the penalty APR if applicable. A transaction fee of 2% (minimum $5; no maximum) applies to the amount of each transaction from this offer.

## Use these Balance Transfer checks today to take advantage of these low rates.

- Save by transferring balances from higher-APR accounts.
- Improve productivity by purchasing new equipment.
- Pay for inventory or supplies.
- Make a tax or vendor payment.

*Checks must post to your account by the use by date on the check(s).
*See "Important Information" section for more details.
Para información o asistencia con relación a esta oferta, por favor comuníquese con el número gratuito al reverso de su tarjeta de crédito.

MKT15866

*Must post to your account by the use by date of 05/31/2012 to get the APR stated in your offer*

JOHN MCLEOO
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4254

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO SIGNATURE

044115511 [redacted] 72961 4254

*Must post to your account by the use by date of 05/31/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4255

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO SIGNATURE

044115511 [redacted] 72961 4255

*Must post to your account by the use by date of 05/31/2012 to get the APR stated in your offer*

JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

4256

999
56-1551/441

DATE

PAY TO THE ORDER OF $

Void Void Void Void Void Dollars

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through:
First USA, Westerville, OH 43081

*This check does not earn rewards*

209

MEMO SIGNATURE

044115511 [redacted] 72961 4256

**IMPORTANT INFORMATION:**

These are the terms for the checks included with your statement.

**Balance Transfer Maximum:** Balance Transfers (Including Balance Transfer checks) may not exceed 80% of your line. Just make sure you have enough available credit for the transaction(s), interest, and related fees. Checks written to cash or yourself may not exceed $5,000 or 80% of your line (whichever is lower). Any transaction that exceeds these maximums may be declined.

The use of the attached check or draft will constitute a charge against your credit account. A transaction fee of 2% (minimum $5; no maximum) applies to the amount of each transaction from this offer. If your credit card has a rewards program, you will not earn rewards on checks from this offer. Transactions from this offer that are made payable to Chase, Bank One or First USA or one of our related banks or companies may be declined.

**Right to Decline:** Under certain circumstances (for example, if your account is past due or over limit, if you write a check for more than the maximum amount disclosed, if we reasonably believe that you will be unable or unwilling to repay the balance or for any other reason provided in your Business Card Agreement), we may decline to process your transaction, in which case you will be notified.

**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that any promotional period disclosed to you may be shorter based on your payment amounts and APRs on other balances.

**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transactions from this offer must post to your account by the use by date disclosed in this offer and your account must not be in default. Transactions that post after the use by date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Business Card Agreement, or any subsequent change in terms, or will be declined. The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Business Card Agreement.

**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment to us is not received by the date and time your payment is due; if your account is over limit; or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate.

**Grace Period:** A grace period will not apply to transactions from this offer.

**Business Card Agreement:** For further details about terms or conditions on your account, please refer to your Business Card Agreement.

**Other Terms:** If your credit line (credit access line/revolving credit line for Visa Signature/World MasterCard accounts) or cash access line, which may appear within, is lowered for any reason since the time your account was selected for this offer, it could affect the available credit on your account and your ability to take advantage of this offer. Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, only checks that we issue for your account are valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks that access your account must be presented to us in paper form, as we may not accept electronic checks. Other offers may supersede this offer.

DSC15539

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 • FEDERAL RESERVE BLG. CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 • FEDERAL RESERVE BLG. CC

ENDORSE HERE

X

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL BANKING ACT OF 1987 • FEDERAL RESERVE BLG. CC

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/13/12 | $503.09 | $0.00 | $25.00 |

**Account number:** (d)(5) 7296

$ .

**Make your check payable to:** Chase Card Services. Please write amount enclosed. New address or e-mail? Print on back.

AVOID LATE FEES. Make same day payments online at chase.com or by phone with Customer Service.

7296000025000005030900000000000004

14200 BEX Z 14012 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B 72965

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

**Account Number:** (d)(5) 7296

| | |
|---|---|
| Previous Balance | $955.12 |
| Payment, Credits | -$982.30 |
| Purchases | +$530.27 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $503.09 |
| Opening/Closing Date | 04/20/12 - 05/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $4,996 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $503.09 |
| Payment Due Date | 06/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/24 | FRY'S ELECTRONICS #11 BURBANK CA | -27.18 |
| 05/03 | Payment - Thank You | -955.12 |
| 04/24 | FRY'S ELECTRONICS #11 BURBANK CA | 27.18 |
| 04/26 | NEVADA LLC CORP 7023952255 NV | 325.00 |
| 05/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 05/03 | BARNES & NOBLE #2715 BURBANK CA | 16.30 |
| 05/03 | FRY'S ELECTRONICS #11 BURBANK CA | 28.70 |
| 05/04 | CKW*CHECKWORKS 800-971-4223 CA | 11.94 |
| 05/05 | LOS ANGELES TIMES 08005284637 CA | 15.20 |
| 05/10 | USPS 05812409036017556 VERDUGO CITY CA | 9.00 |
| 05/12 | CANNERY SEAFOOD OF THE NEWPORT BEACH CA | 58.00 |
| 05/16 | USPS 05812409036017556 VERDUGO CITY CA | 18.95 |

JOHN MCLEOD
TRANSACTIONS THIS CYCLE (CARD 7296) -$452.03
INCLUDING PAYMENTS RECEIVED

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____ Zip: ______________

Home Phone: ______________ Work Phone: ______________

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

DA11042011

Statement Date: 04/20/12 - 05/19/12
Account Number: [illegible] 7296
Page 2 of 2

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **CASH ADVANCES** | | | |
| Cash Advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate

**30 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

PAY ONLINE. ON TIME. EVERYTIME.
Save time and help avoid late fees. Make online payments at chase.com by 8pm ET for same day payment.
It's simple, convenient and FREE.



MS000248

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 07/13/12 | $791.45 | $0.00 | $25.00 |

Account number: (d)(5) 7296

$ .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

7296000025000007914500000000000005

35441 BEX Z 17112 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

500016028 ?2965

ink from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 7296

| | |
|---|---|
| Previous Balance | $503.09 |
| Payment, Credits | -$1,020.23 |
| Purchases | +$1,308.59 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $791.45 |
| Opening/Closing Date | 05/20/12 - 06/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $4,708 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $791.45 |
| Payment Due Date | 07/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/01 | Payment - Thank You | -1,019.65 |
| 06/09 | Easy Savings Fuelman F Rebate NY | -.26 |
| 05/18 | AT&T S812 5729 GLENDALE CA | 108.75 |
| 05/21 | USPS 05812409036017556 VERDUGO CITY CA | 18.95 |
| 05/22 | FRY'S ELECTRONICS #11 BURBANK CA | 37.16 |
| 05/24 | PLN*PRICELINE.COM AIR 800-340-0575 CT | 351.70 |
| 06/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 06/02 | FRY'S ELECTRONICS #11 BURBANK CA | 127.78 |
| 06/05 | VAN NUYS AIRPORT FLYAW VAN NUYS CA | 7.00 |
| 06/05 | MCDONALD'S F15753 LOS ANGELES CA | 4.01 |
| 06/05 | GIANT #432 OPS NORTON OH | 43.01 |
| 06/06 | TIP TOP RESTAURANT STOW OH | 22.56 |
| 06/07 | CIRCLE K 05628 NORTON OH | 26.34 |
| 06/07 | THAI GOURMET STOW OH | 26.32 |
| 06/07 | CVS PHARMACY #3360 Q03 STOW OH | 7.24 |
| 06/09 | GREAT LAKES BREWERY CLEVELAND OH | 9.00 |
| 06/08 | JAKE'S RESTAURANT WOOSTERS OH | 80.81 |
| 06/09 | LA SALSA PRONTO AIRPOR HOUSTON TX | 8.65 |
| 06/09 | PANERA BREAD #4635 WADSWORTH OH | 21.57 |
| 06/10 | UNITED 01629297132573 HOUSTON TX | 7.00 |
| 06/12 | THREE DRUNKEN GOATS MONTROSE CA | 37.00 |
| | JOHN MCLEOD TRANSACTIONS THIS CYCLE (CARD 7296) -$56.06 INCLUDING PAYMENTS RECEIVED | |
| 06/12 | Easy Savings Fuelman F Rebate NY | -.32 |
| 06/05 | PAPA BEARS CANTON OH | 25.30 |
| 06/05 | PAPA BEARS CANTON OH | 12.63 |
| 06/05 | COVERED BRIDGE DRIVE T CLINTON OH | 27.67 |
| 06/08 | PAPA JOHNS 365 STOW OH | 33.49 |
| 06/09 | CIRCLE K 05628 NORTON OH | 31.77 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________

State: ___ Zip: ______ ____

Home Phone: ___ ___ ____ Work Phone: ___ ___ ____

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date: 05/20/12 - 06/19/12
Account Number: (dXs) 7298
Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/12 | SPRINT *WIRELESS 800-639-6111 KS | 100.00 |
| 06/13 | OFFICE MAX STOW OH | 13.61 |
| 06/14 | SHEETZ 00003244 MEDINA OH | 40.24 |
| 06/15 | USPS 38203802227603378 STOW OH | 18.95 |
| 06/18 | CIRCLE K 05628 NORTON OH | 40.08 |

KEITH YERIAN
TRANSACTIONS THIS CYCLE (CARD 7208) $343.42

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000252

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 08/13/12 | $513.54 | $0.00 | $25.00 |

Account number: (d)(5) 7296

$ [ . ]

Make your check payable to: Chase Card Services. Please write amount enclosed. New address or e-mail? Print on back.

7296000025000005135400000000000003

30719 BEX Z 20112 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

500016028 72965

ink from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number (d)(5) 7296

| | |
|---|---|
| Previous Balance | $791.45 |
| Payment, Credits | -$792.57 |
| Purchases | +$514.66 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $513.54 |
| Opening/Closing Date | 06/20/12 - 07/19/12 |
| Total Credit Line | $5,500 |
| Available Credit | $4,986 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $513.54 |
| Payment Due Date | 08/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/29 | Payment - Thank You | -791.45 |
| 06/21 | BRADLEY J AGUIRRE DPM GLENDALE CA | 15.00 |
| 06/26 | VERDUGO HILLS MEDICAL GLENDALE CA | 15.00 |
| 06/27 | FRY'S ELECTRONICS #11 BURBANK CA | 101.00 |
| 07/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 07/02 | LA TIMES SUBSCRIPTION 08005284637 CA | 16.20 |
| | JOHN MCLEOD<br>TRANSACTIONS THIS CYCLE (CARD 7296) -$625.25<br>INCLUDING PAYMENTS RECEIVED | |
| 06/20 | Easy Savings Fuelman F Rebate NY | -.40 |
| 06/26 | Easy Savings Fuelman F Rebate NY | -.33 |
| 07/03 | Easy Savings Fuelman F EasySavings NY | -.39 |
| 06/19 | STEVEN Q PARIS DDS AKRON OH | 107.00 |
| 06/21 | CILANTRO THAI & SUSHI AKRON OH | 19.45 |
| 06/23 | CIRCLE K 05626 NORTON OH | 32.87 |
| 06/26 | STEVEN Q PARIS DDS AKRON OH | 113.00 |
| 06/29 | USPS 38010200027800069 AKRON OH | 18.95 |
| 06/30 | GET GO #3601 WADSWORTH OH | 38.71 |
| 06/29 | KING DRAGON 330-6888800 OH | 4.50 |
| 07/02 | CVS PHARMACY #3360 Q03 STOW OH | 1.70 |
| 07/02 | ROCKNE'S - STOW STOW OH | 12.28 |
| | KEITH YERIAN<br>TRANSACTIONS THIS CYCLE (CARD 7208) $347.34 | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________

State: ____ Zip: __________

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the Instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date: 06/20/12 - 07/19/12
Account Number: (d)(5) [illegible] 7296
Page 2 of 2

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 11.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 11.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 24.24% (v) | -0- | -0- |

(v) = Variable Rate **30 Days In Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000256