**Exhibit Cover Sheet**

**Party submitting:** Plaintiff **Ex. #** 99

**Admitted: Yes or No (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

***Adv. No.:*** 6:15-ap-00064-KSJ

**Nature of Hearing/ Docket No:** Trial

---

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** ______________ **, 20___.**

**By:**______________________**, Deputy Clerk**

**APPENDIX B**

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 09/13/12 | $2,133.62 | $0.00 | $25.00 |

Account number (d)(3) 3356

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

[REDACTED]3356000025000021336200000000000005

02619 BEX Z 23212 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B [REDACTED]33565

from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 3356

| | |
|---|---|
| Previous Balance | $513.54 |
| Payment, Credits | -$514.16 |
| Purchases | +$2,134.24 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $2,133.62 |
| Opening/Closing Date | 07/20/12 - 08/19/12 |
| Revolving Credit Amount | $5,500 |
| Available Credit | $3,366 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $2,133.62 |
| Payment Due Date | 09/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## CHASE ULTIMATE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| + 1 point per $1 earned on all purchases | 1,825 |
| + Points for Ultimate Rewards Travel | 0 |
| + Bonus points from Ultimate Rewards Mall | 0 |
| + 4pts per $1 intrnt, cable, phone, ofc sply st | 118 |
| + 1 pt per $1 on hotels & gas stations | 116 |
| = Total points available for redemption | 2,059 |

It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com/ultimaterewards to see the options & to book travel.

Your Ink Classic business card earns 1 point per $1 spent on every purchase. You earn an additional 1 point per $1 on your first $25,000 spent annually on hotels and gas stations. You earn an additional 4 points per $1 on your first $25,000 spent annually on internet, cable, phone & office supply stores. Your points never expire.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 07/28 | Easy Savings Fuciman F EasySavings NY | -.40 |
| 07/30 | Payment - Thank You | -513.54 |
| 07/19 | Amazon.com AMZN.COM/BILL WA | 146.71 |
| 07/23 | USPS 05812409036017556 VERDUGO CITY CA | 20.35 |
| 07/24 | DU VAC ELECTRONICS INC PASADENA CA | 79.54 |
| 07/25 | WENDYS #29 Q25 BRASELTON GA | 6.83 |
| 07/25 | LITTLE ROCK FOOD MAQ39 CHARLOTTE NC | 41.89 |
| 07/25 | GO MART #31 CHARLESTON WV | 39.55 |
| 07/26 | SUNSHINE #66 QPS JACKSONVILLE FL | 3.38 |
| 07/26 | FEDEX 876243974550 MEMPHIS TN | 45.00 |
| 07/26 | SUNOCO 0114286800 ASHBURN GA | 30.20 |
| 07/28 | FRY'S ELECTRONICS #11 BURBANK CA | 8.69 |
| 08/01 | OFFICE DEPOT #517 LACRESCENTA CA | 29.34 |
| 08/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 08/06 | USPS 05812409036017556 VERDUGO CITY CA | 9.00 |
| 08/12 | Amazon.com AMZN.COM/BILL WA | 539.97 |
| 08/11 | FRY'S ELECTRONICS #11 BURBANK CA | 65.24 |
| 08/11 | Amazon.com AMZN.COM/BILL WA | 119.99 |

**This Statement is a Facsimile - Not an original**

EXHIBIT 18 McLeod 5/16/16 PENGAD 800-631-6989

MS000257

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________

State: ___ Zip: _______ ______

Home Phone: ___ ___ _____ Work Phone: ___ ___ _____

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

DA11042011

Statement Date: 07/20/12 - 08/19/12
Account Number: (d)(3) 3356
Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/13 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 200.75 |
| 08/14 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 664.87 |
| | JOHN MCLEOD | |
| | TRANSACTIONS THIS CYCLE (CARD 3356) $1,557.36 | |
| | INCLUDING PAYMENTS RECEIVED | |
| 07/26 | Easy Savings Fuelman F EasySavings NY | -.22 |
| 07/24 | WAL-MART #1895 FAIRLAWN OH | 41.24 |
| 07/24 | CIRCLE K 05628 NORTON OH | 21.70 |
| | KEITH YERIAN | |
| | TRANSACTIONS THIS CYCLE (CARD 3384) $62.72 | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 13.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 19.24% (v) | -0- | -0- |

(v) = Variable Rate **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000260

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 10/13/12 | $1,318.24 | $0.00 | $25.00 |

Account number: (d)(5) 3356

$ .

**Make your check payable to:**
**Chase Card Services.**
**Please write amount enclosed.**
**New address or e-mail? Print on back.**

335600002500001318240000000000000003

23708 BEX Z 28312 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602833565

ink from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 3356

| | |
|---|---|
| Previous Balance | $2,133.62 |
| Payment, Credits | -$2,135.39 |
| Purchases | +$1,320.01 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $1,318.24 |
| Opening/Closing Date | 08/20/12 - 09/19/12 |
| Revolving Credit Amount | $5,500 |
| Available Credit | $4,181 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,318.24 |
| Payment Due Date | 10/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## CHASE ULTIMATE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 2,059 |
| + 1 point per $1 earned on all purchases | 1,321 |
| + Points for Ultimate Rewards Travel | 0 |
| + Bonus points from Ultimate Rewards Mall | 0 |
| + 4pts per $1 intrnt, cable, phone, ofc sply st | 802 |
| + 1 pt per $1 on hotels & gas stations | 478 |
| = Total points available for redemption | 4,660 |

It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com/ultimaterewards to see the options & to book travel.

Your Ink Classic business card earns 1 point per $1 spent on every purchase. You earn an additional 1 point per $1 on your first $25,000 spent annually on hotels and gas stations. You earn an additional 4 points per $1 on your first $25,000 spent annually on Internet, cable, phone & office supply stores. Your points never expire.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/06 | Fuelman Fuel Rebate EasySavings NY | -.25 |
| 09/05 | CIRCLE K 05626 NORTON OH | 24.79 |
| | KEITH YERIAN | |
| | TRANSACTIONS THIS CYCLE (CARD 7208) $24.54 | |
| 09/10 | Payment - Thank You | -2,133.62 |
| 08/24 | BRADLEY J AGUIRRE DPM GLENDALE CA | 15.00 |
| 08/27 | LA TIMES SUBSCRIPTION 08005284637 CA | 15.20 |
| 09/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 09/02 | MAX GEEK KEYBOARD 4086891188 CA | 157.68 |
| 08/31 | BRADLEY J AGUIRRE DPM GLENDALE CA | 15.00 |
| 09/06 | MAX GEEK KEYBOARD 4086891188 CA | 168.83 |
| 09/14 | OFFICE DEPOT #517 LACRESCENTA CA | 16.85 |
| 09/17 | SQ *GO GREEN STEAM La Canada Fli CA | 95.00 |
| | JOHN MCLEOD | |
| | TRANSACTIONS THIS CYCLE (CARD 3356) -$1,630.06 | |
| | INCLUDING PAYMENTS RECEIVED | |
| 08/22 | Easy Savings Fuelman F EasySavings NY | -.29 |
| 08/22 | Easy Savings Fuelman F EasySavings NY | -.41 |
| 08/23 | Easy Savings Fuelman F EasySavings NY | -.38 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ____________________

City: ____________________

State: ____ Zip: ________ ________

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ____________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-346-5538<br>Español 1-888-795-0574<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-480-350-7099 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/businesscards |

Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date: 08/20/12 - 09/19/12
Account Number: [illegible] 3356
Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/06 | Fuelman Fuel Rebate EasySavings NY | -.44 |
| 08/21 | PAR MAR STORE #19 QPS PARKERSBURG WV | 29.37 |
| 08/21 | PAR MAR STORE #19 QPS PARKERSBURG WV | 40.53 |
| 08/22 | BURGER KING #3650 Q07 CHARLESTOWN WV | 9.62 |
| 08/22 | BURGER KING #3650 Q07 CHARLESTOWN WV | 4.02 |
| 08/21 | SHELL OIL 206412202QPS CHARLOTTE NC | 38.05 |
| 08/21 | AAA OHIO AUTO CLUB 036 WADSWORTH OH | 95.00 |
| 08/24 | MCDONALD'S M6471 OF WHITE SPRINGS FL | 3.94 |
| 08/24 | LOCUST GROVE BP QPS LOCUST GROVE GA | 42.31 |
| 08/24 | 7-ELEVEN 32756 PALM BAY FL | 33.37 |
| 08/24 | GATE 1136 Q80 WHITE SPRINGS FL | 32.00 |
| 08/27 | SUNSHINE FOOD MART Q39 GRANT FL | 44.31 |
| 08/28 | BRIGHT HOUSE NETWORKS 407-291-2500 FL | 109.43 |
| 08/28 | SUNSHINE FOOD MART Q39 GRANT FL | 7.74 |
| 09/01 | EXXONMOBIL 97604144 PALM BAY FL | 45.11 |
| 09/05 | KANGAROO EXP # 6513QPS PALM BAY FL | 43.87 |
| 09/10 | HESS 09477 PALM BAY FL | 40.76 |
| 09/16 | CHEVRON 0355217 PALM BAY FL | 36.36 |
| 09/17 | BABCOCK FOUNDATION QPS PALM BAY FL | 44.68 |
| 09/18 | STAPLES 00110577 PALM BAY FL | 74.19 |
| 09/18 | BUFFALO WILD WINGS 032 W MELBOURNE FL | 18.01 |
| | KEITH YERIAN | |
| | TRANSACTIONS THIS CYCLE (CARD 3364) $790.14 | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 13.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 19.24% (v) | -0- | -0- |

(v) = Variable Rate **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000264

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 11/13/12 | $2,473.85 | $0.00 | $25.00 |

Account number (d)(5) 3356

$ .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

3356000025000024738500000000000003

08727 BEX Z 29312 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B 33565

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-345-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 3356

| | |
|---|---|
| Previous Balance | $1,318.24 |
| Payment, Credits | -$2,759.79 |
| Purchases | +$3,915.40 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $2,473.85 |
| Opening/Closing Date | 09/20/12 - 10/18/12 |
| Revolving Credit Amount | $5,500 |
| Available Credit | $3,026 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $2,473.85 |
| Payment Due Date | 11/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## CHASE ULTIMATE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 4,660 |
| + 1 point per $1 earned on all purchases | 3,793 |
| + Points for Ultimate Rewards Travel | 0 |
| + Bonus points from Ultimate Rewards Mall | 0 |
| + 4pts per $1 intrnt, cable, phone, ofc sply st | 2,434 |
| + 1 pt per $1 on hotels & gas stations | 163 |
| = Total points available for redemption | 11,050 |

It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com/ultimaterewards to see the options & to book travel.

Your Ink Classic business card earns 1 point per $1 spent on every purchase. You earn an additional 1 point per $1 on your first $25,000 spent annually on hotels and gas stations. You earn an additional 4 points per $1 on your first $25,000 spent annually on internet, cable, phone & office supply stores. Your points never expire.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/28 | Payment - Thank You | -1,318.24 |
| 10/12 | Payment - Thank You | -1,318.24 |
| 09/23 | BELLACORCOM 8777235522 MN | 421.24 |
| 10/03 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 10/04 | PLN*PRICELINE.COM AIR 800-340-0575 CT | 16.00 |
| 10/04 | ICHIBAN JAPANESE RESTA LA CANADA CA | 83.18 |
| 10/03 | AMERICAN 00171165484895 NORWALK CT | 301.20 |
| | 1 G LAX DFW | |
| | 2 G DFW CLE | |
| | 3 G CLE DFW | |
| | 4 G DFW LAX | |
| 10/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 158.82 |
| | JOHN MCLEOD | |
| | TRANSACTIONS THIS CYCLE (CARD 3356) -$1,635.04 | |
| | INCLUDING PAYMENTS RECEIVED | |
| 09/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | -24.65 |
| 09/28 | Amazon.com AMZN.COM/BILL WA | -32.82 |
| 09/28 | Amazon.com AMZN.COM/BILL WA | -7.86 |
| 09/29 | Amazon.com AMZN.COM/BILL WA | -57.98 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________

City: ______________________

State: ____ Zip: ______ ______

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ______________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-345-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.00 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

Statement Date: 09/20/12 - 10/19/12
Account Number: [redacted] 3356
Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/19 | THE HOME DEPOT #8545 SEBASTIAN FL | 6.40 |
| 09/19 | RADIO SHACK DEALER 2 SEBASTIAN FL | 82.35 |
| 09/27 | Amazon.com AMZN.COM/BILL WA | 35.25 |
| 09/27 | Amazon.com AMZN.COM/BILL WA | 850.56 |
| 09/27 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 176.56 |
| 09/26 | SUNSHINE FOOD MART Q39 GRANT FL | 28.79 |
| 09/27 | BRIGHT HOUSE NETWORKS 407-291-2500 FL | 109.43 |
| 09/28 | Amazon.com AMZN.COM/BILL WA | 126.47 |
| 10/05 | FLORIDA BULB & BALLAST MELBOURNE FL | 103.88 |
| 10/06 | Amazon.com AMZN.COM/BILL WA | 346.13 |
| 10/06 | SUNSHINE # 12 QPS OKEECHOBEE FL | 30.86 |
| 10/07 | CHEVRON 0356217 PALM BAY FL | 25.30 |
| 10/09 | 7-ELEVEN 32232 ROCKLEDGE FL | 42.97 |
| 10/10 | BEST BUY MHT 00005124 MELBOURNE FL | 356.07 |
| 10/10 | BEST BUY MHT 00005124 MELBOURNE FL | 52.69 |
| 10/11 | MS *MICROSOFT STORE 877-696-7786 CA | 499.00 |
| 10/15 | SUNSHINE FOOD MART Q39 GRANT FL | 34.47 |
| 10/16 | MUSTARD'S LAST STAND MELBOURNE FL | 8.46 |
| | KEITH YERIAN | |
| | TRANSACTIONS THIS CYCLE (CARD 3364) $2,791.65 | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdrafts | 19.24% (v) | -0- | -0- |

(v) = Variable Rate **30 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



MS000268

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 12/13/12 | $2,518.44 | $0.00 | $25.00 |

Account number: (d)(5) 3356

$ .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

[REDACTED]33560000250000251844000000000000008

35040 BEX Z 32412 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001602B [REDACTED]33565

ink. from CHASE

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

**Account Number: 5589 6710 0661 3356**

| | |
|---|---|
| Previous Balance | $2,473.85 |
| Payment, Credits | -$2,627.23 |
| Purchases | +$2,669.43 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | +$2.39 |
| Interest Charged | $0.00 |
| New Balance | $2,518.44 |
| Opening/Closing Date | 10/20/12 - 11/19/12 |
| Revolving Credit Amount | $5,500 |
| Available Credit | $2,981 |
| Cash Access Line | $1,100 |
| Available for Cash | $1,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $2,518.44 |
| Payment Due Date | 12/13/12 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## CHASE ULTIMATE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 11,050 |
| + 1 point per $1 earned on all purchases | 2,518 |
| + Points for Ultimate Rewards Travel | 0 |
| + Bonus points from Ultimate Rewards Mall | 0 |
| + 4pts per $1 intrnt, cable, phone, ofc sply st | 1,005 |
| + 1 pt per $1 on hotels & gas stations | 661 |
| = Total points available for redemption | 15,234 |

It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com/ultimaterewards to see the options & to book travel.

Your Ink Classic business card earns 1 point per $1 spent on every purchase. You earn an additional 1 point per $1 on your first $25,000 spent annually on hotels and gas stations. You earn an additional 4 points per $1 on your first $25,000 spent annually on internet, cable, phone & office supply stores. Your points never expire.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 10/27 | Payment - Thank You | -2,473.85 |
| 10/21 | RADIOSHACK COR00136184 TUJUNGA CA | 22.83 |
| 10/22 | WWW.NCHSOFTWARE.COM TURNER<br>10/24 AUSTRALIAN DOLLAR<br>77.60 X 1.030541237 (EXCHG RATE) | 79.97 |
| 10/23 | FOREIGN TRANSACTION FEE | 2.39 |
| 10/22 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 22.32 |
| 10/22 | CARRABBAS 8503 CANTON OH | 110.63 |
| 10/22 | VAN NUYS FLYAWAY SHUTT VAN NUYS CA | 7.00 |
| 10/23 | KOREA HOUSE CLEVELAND OH | 131.00 |
| 10/22 | BURGER KING 4 30051247 LOS ANGELES CA | 7.37 |
| 10/24 | TIP TOP RESTAURANT STOW OH | 20.00 |
| 10/23 | AMPCO PARKING 1 WEST E AKRON OH | 1.00 |
| 10/25 | THAI GOURMET STOW OH | 32.52 |
| 10/24 | KASAI JAPANESE RESTAUR WADSWORTH OH | 150.00 |
| 10/25 | BUFFALO WILD WINGS MED MEDINA OH | 81.08 |
| 10/26 | TIP TOP RESTAURANT STOW OH | 19.00 |
| 10/26 | STEAK ON A STONE AKRON OH | 149.50 |
| 10/26 | AMPCO PARKING 1 WEST E AKRON OH | 1.00 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________

State: ____ Zip: ________ ______

Home Phone: ____ ____ ______ Work Phone: ____ ____ ______

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

**By Telephone:**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 94014
Palatine, IL 60094-4014

**Visit Our Website:**
www.chase.com/businesscards

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

DA11042011

Statement Date: 10/20/12 - 11/19/12
Account Number: (d)(5) 3356
Page 2 of 3
OVER

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 10/26 | AMPCO PARKING 1 WEST E AKRON OH | 1.00 |
| 10/27 | SUNOCO 0510700800 CUYAHOGA FALL OH | 38.70 |
| 10/27 | ON TAP MONTROSE II AKRON OH | 28.00 |
| 10/27 | AMERICAN 00123730494070 DALLAS TX<br>1 G CLE DFW<br>2 G DFW LAX | 150.00 |
| 10/27 | AMERICAN 00106385993400 DALLAS TX<br>1 X XAA XAA | 25.00 |
| 10/29 | TIP TOP RESTAURANT STOW OH | 25.00 |
| 10/29 | A WOK AKRON OH | 35.72 |
| 10/28 | ON TAP MEDINA II CUYAHOGA FALL OH | 74.09 |
| 10/28 | CVS PHARMACY #3360 Q03 STOW OH | 16.80 |
| 10/29 | CIRCLE K 05628 NORTON OH | 39.89 |
| 10/28 | PARASSONS ITALIAN REST STOW OH | 43.21 |
| 11/01 | MARCELITA'S RESTAURANT HUDSON OH | 56.50 |
| 10/29 | ISALY'S II STOW OH | 7.00 |
| 10/30 | ISALY'S II STOW OH | 20.00 |
| 10/31 | ROMANOS 1064 AKRON OH | 130.00 |
| 11/01 | GREAT LAKES BREWERY CLEVELAND OH | 9.00 |
| 11/02 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 11/02 | AMERICAN 00100449143790 ONBOARD SALE TX<br>1 X CLE DFW | 6.58 |
| 11/08 | STARBUCKS CORP00114454 LA CRESENTA CA | 3.95 |
| 11/16 | VERDUGO HILLS MEDICAL GLENDALE CA | 15.00 |
| | JOHN MCLEOD<br>TRANSACTIONS THIS CYCLE (CARD 3356) -$890.80<br>INCLUDING PAYMENTS RECEIVED | |
| 10/22 | Fuelman Fuel Rebate EasySavings NY | -.33 |
| 10/22 | Fuelman Fuel Rebate EasySavings NY | -.35 |
| 10/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | -151.91 |
| 11/07 | Fuelman Fuel Rebate EasySavings NY | -.40 |
| 11/09 | Fuelman Fuel Rebate EasySavings NY | -.39 |
| 10/21 | SPEEDWAY 09379 NOR NORTH CANTON OH | 32.94 |
| 10/21 | EXXONMOBIL 47856976 PRINCETON WV | 34.97 |
| 10/19 | ADEL CITGO Q39 ADEL GA | 25.82 |
| 10/19 | SHELL OIL 575265992QPS PORT ORANGE FL | 33.31 |
| 10/21 | SHELL OIL 57544770001 ANDERSON SC | 37.46 |
| 10/23 | USPS 38010200027800069 AKRON OH | 19.51 |
| 10/22 | OHIO TURNPIKE ATPM 4402342081 OH | 3.00 |
| 10/23 | CIRCLE K 05628 NORTON OH | 41.53 |
| 10/25 | CIRCLE K 05628 NORTON OH | 39.78 |
| 11/01 | MARATHON PETRO073601 TWINSBURG OH | 36.70 |
| 11/01 | BURGER KING #8697 O07 BLOOMSBURG PA | 11.84 |
| 11/01 | PILOT 00007096 MILL HALL PA | 37.91 |
| 11/04 | K & S CONVENIENCE WEST PITTSTON PA | 29.23 |
| 11/03 | DAMONS GRILL CLARKS SUMMIT PA | 80.45 |
| 11/04 | K & S CONVENIENCE WEST PITTSTON PA | 28.09 |
| 11/05 | MCDONALD'S F5268 VERONA VA | 10.98 |
| 11/06 | BURGER KING #18132 Q07 PITTSTON PA | 11.84 |
| 11/05 | MARATHON PETRO126714 GASTONIA NC | 33.11 |
| 11/05 | SCHLOTZSKY'S 2143 GASTONIA NC | 13.00 |
| 11/05 | SHELL OIL 575421480QPS VERONA VA | 39.72 |
| 11/06 | MURPHY6783ATWALMRT SUWANEE GA | 22.89 |
| 11/07 | MCDONALD'S F14334 BYRON GA | 15.03 |
| 11/07 | BRIGHT HOUSE NETWORKS 407-291-2500 FL | 109.43 |
| 11/07 | SQUID LIPS SEBASTIAN L SEBASTIAN FL | 66.44 |
| 11/07 | HARVEYS GROVE ROCKLEDG ROCKLEDGE FL | 8.45 |
| 11/07 | EXXONMOBIL 42222125 MACCLENNY FL | 39.28 |
| 11/10 | MICCO BP QPS MICCO FL | 32.08 |
| 11/12 | BUFFALO WILD WINGS 032 W MELBOURNE FL | 15.31 |
| 11/15 | STAPLES 00110577 PALM BAY FL | 121.13 |
| 11/15 | STAPLES 00110577 PALM BAY FL | 20.45 |
| 11/15 | RACETRAC570 00005702 ORLANDO FL | 37.09 |
| | KEITH YERIAN<br>TRANSACTIONS THIS CYCLE (CARD 3364) $935.39 | |

**This Statement is a Facsimile - Not an original**

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $2.39 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |
| **OVERDRAFTS** | | | |
| Overdraft Advances | 19.24% (v) | -0- | -0- |

(v) = Variable Rate

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 01/13/13 | $3,451.54 | $0.00 | $34.00 |

Account number: (d)(5) 3356

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

[redacted]33560000340000345154000000000000000

37168 BEX Z 35412 C
JOHN MCLEOD
MWAGUSI SOFTWARE LL
3845 CEDARBEND DR
LA CRESCENTA CA 91214-3244

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

50001 6028 [redacted] 33565

Manage your account online: www.chase.com/businesscards

Customer Service 1-800-346-5538

Additional contact information on back

## ACCOUNT SUMMARY

Account Number: (d)(5) 3356

| | |
|---|---|
| Previous Balance | $2,518.44 |
| Payment, Credits | -$2,518.82 |
| Purchases | +$3,451.92 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $3,451.54 |
| Opening/Closing Date | 11/20/12 - 12/19/12 |
| Revolving Credit Amount | $15,500 |
| Available Credit | $12,048 |
| Cash Access Line | $3,100 |
| Available for Cash | $3,100 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $3,451.54 |
| Payment Due Date | 01/13/13 |
| Minimum Payment Due | $34.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

## YOUR ACCOUNT MESSAGES

Your credit line has been increased. Take advantage of your enhanced spending power to make purchases and transfer balances today.

## CHASE ULTIMATE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 15,234 |
| + 1 point per $1 earned on all purchases | 3,452 |
| + Points for Ultimate Rewards Travel | 0 |
| + Bonus points from Ultimate Rewards Mall | 0 |
| + 4pts per $1 intrnt, cable, phone, ofc sply st | 3,364 |
| + 1 pt per $1 on hotels & gas stations | 517 |
| = Total points available for redemption | 22,567 |

It's easy to redeem your points for cash back or gift cards from popular merchants. Please visit www.chase.com/ultimaterewards to see the options & to book travel.

Your Ink Classic business card earns 1 point per $1 spent on every purchase. You earn an additional 1 point per $1 on your first $25,000 spent annually on hotels and gas stations. You earn an additional 4 points per $1 on your first $25,000 spent annually on internet, cable, phone & office supply stores. Your points never expire.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/29 | FRY'S ELECTRONICS #11 BURBANK CA | 184.85 |
| 11/30 | FRY'S ELECTRONICS #11 BURBANK CA | 71.78 |
| 12/03 | GOOGLE*APPS_MWAGUSISOF CC@GOOGLE.COM CA | 20.00 |
| 12/03 | BARNES & NOBLE #2715 BURBANK CA | 16.30 |
| 12/10 | OFFICE DEPOT #517 LACRESCENTA CA | 34.79 |
| 12/10 | GNC #6455 LA CRESCENTA CA | 27.18 |
| | JOHN MCLEOD<br>TRANSACTIONS THIS CYCLE (CARD 3356) $354.90<br>INCLUDING PAYMENTS RECEIVED | |
| 12/14 | Fuelman Fuel Rebate EasySavings NY | -.38 |
| 11/19 | USPS 11352504529416328 GRANT FL | 4.23 |
| 11/18 | PILOT 00000901 FORT PIERCE FL | 28.83 |
| 11/24 | SPRINT *WIRELESS 800-639-6111 KS | 300.00 |
| 11/24 | SPRINT *WIRELESS 800-639-6111 KS | 300.00 |
| 11/28 | MICCO BP QPS MICCO FL | 24.39 |

**This Statement is a Facsimile - Not an original**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____ Zip: ____________

Home Phone: ________________ Work Phone: ________________

E-mail Address: ______________________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

## To contact us regarding your account:

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-346-5538<br>Español 1-888-795-0574<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-480-350-7099 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/businesscards |

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a minimum interest charge of $1.50 (or such amount described in your Account Agreement) in any billing cycle in which you owe any periodic interest charges, and a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

DA11C42011

Statement Date: 11/20/12 - 12/19/12
Account Number: (d)(5) 3356
Page 2 of 3
OVER

**ACCOUNT ACTIVITY (CONTINUED)**

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/28 | CUMBERLAND FA 9201206 MICCO FL | 5.67 |
| 11/30 | CHEVRON 0207649 ROCKLEDGE FL | 38.34 |
| 11/30 | HARVEYS GROVE ROCKLEDG ROCKLEDGE FL | 35.65 |
| 12/02 | EXXONMOBIL 42058602 RIPLEY WV | 16.43 |
| 11/30 | WENDYS #1736 TITUSVILLE FL | 19.55 |
| 11/30 | KANG SEO RESTAURANT SUWANEE GA | 37.63 |
| 12/02 | MCDONALD'S F10592 SUWANEE GA | 14.59 |
| 11/30 | LOVE S COUNTRY00003251 TIFTON GA | 39.68 |
| 11/30 | A S FOOD MART 2 EDGEWATER FL | 6.04 |
| 12/02 | BUEHLERS WADSWORTH WADSWORTH OH | 8.48 |
| 12/02 | VIRGINIA TRVL CENTEQPS BASTIAN VA | 29.16 |
| 12/01 | PAPA JOHNS 1707 SUWANEE GA | 22.72 |
| 12/02 | WM SUPERCENTER#2966 WADSWORTH OH | 44.89 |
| 12/03 | MARATHON PETRO106740 CUYAHOGA FALL OH | 38.44 |
| 12/02 | KASAI JAPANESE RESTAUR WADSWORTH OH | 59.90 |
| 12/03 | A WOK AKRON OH | 23.23 |
| 12/03 | AUTOZONE #0716 BARBERTON OH | 21.29 |
| 12/02 | SUBWAY 00044743 RIPLEY WV | 10.07 |
| 12/02 | LOVES TRAVEL S00003871 FAIR PLAY SC | 31.60 |
| 12/05 | JAKE'S RESTAURANT MT. VERNON OH | 46.67 |
| 12/06 | TIP TOP RESTAURANT STOW OH | 7.19 |
| 12/06 | LUCHITASMEXICANRESTAUR HUDSON OH | 78.01 |
| 12/03 | ISALY'S II STOW OH | 3.59 |
| 12/06 | CIRCLE K 05628 NORTON OH | 42.04 |
| 12/07 | PAPA BEARS CANTON OH | 24.40 |
| 12/07 | MACY'S EAST #572 AKRON OH | 138.43 |
| 12/07 | PAPA BEARS CANTON OH | 7.43 |
| 12/07 | MCDONALD'S F12852 MUNROE FALLS OH | 8.80 |
| 12/07 | WASABI HIBACHI STEAKHO COPLEY OH | 103.33 |
| 12/07 | MCDONALD'S F12852 MUNROE FALLS OH | 3.95 |
| 12/08 | OFFICE MAX STOW OH | 59.04 |
| 12/09 | OFFICE MAX AKRON OH | 37.57 |
| 12/08 | PANERA BREAD #4626 STOW OH | 10.49 |
| 12/09 | MCDONALD'S F3086 WADSWORTH OH | 18.80 |
| 12/09 | GREAT CLIPS WADSWORTH OH | 25.00 |
| 12/09 | CIRCLE K 05628 NORTON OH | 37.92 |
| 12/08 | A WOK AKRON OH | 30.98 |
| 12/07 | CVS PHARMACY #3360 Q03 STOW OH | 13.88 |
| 12/10 | CIRCLE K 05628 NORTON OH | 35.03 |
| 12/10 | THE PEARL COFFEE COMPA AKRON OH | 42.30 |
| 12/10 | ROMANOS 1064 AKRON OH | 66.19 |
| 12/11 | TA # 143 WYTHEVILLE WYTHEVILLE VA | 11.42 |
| 12/10 | GREENLEAF FAMILY CENTE 330-3769494 OH | 300.00 |
| 12/11 | RIPLEY DUCHESS BP QPS RIPLEY WV | 28.95 |
| 12/11 | WOO'S BREWS CAFE & COF WOOSTER OH | 7.00 |
| 12/11 | WYETHEVILLE TRVL CTOPS WYTHEVILLE VA | 22.37 |
| 12/11 | WYETHEVILLE TRVL CTOPS WYTHEVILLE VA | 7.35 |
| 12/11 | BURGER KING #5239 Q07 NEW PHILADELP OH | 15.49 |
| 12/12 | PAYPAL *SPARKLABS 4029357733 CA | 9.00 |
| 12/12 | WM SUPERCENTER#3462 SUWANEE GA | 63.38 |
| 12/12 | SHELL OIL 57544160708 SUWANEE GA | 38.13 |
| 12/13 | BRIGHT HOUSE NETWORKS 407-291-2500 FL | 109.43 |
| 12/13 | USPS 11579204729419884 PALM BAY FL | 18.95 |
| 12/13 | MCDONALD'S F17199 LOCUST GROVE GA | 18.21 |
| 12/13 | SANDERSON CITGO Q39 MACCLENNY FL | 40.21 |
| 12/15 | H.H. GREGG #163 WEST MELBOURN FL | 404.68 |
| | KEITH YERIAN | |
| | TRANSACTIONS THIS CYCLE (CARD 3364) $3,096.64 | |
| 11/23 | Payment Thank You - Web | -2,518.44 |
| | MWAGUSI SOFTWARE LL | |
| | TRANSACTIONS THIS CYCLE (CARD 3372) -$2,518.44 | |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $2.39 |
| Total interest charged in 2012 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| PURCHASES | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| CASH ADVANCES | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| BALANCE TRANSFERS | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |
| OVERDRAFTS | | | |
| Overdraft Advances | 19.24% (v) | -0- | -0- |

(v) = Variable Rate

30 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

