[6apfor2] [TRANSMITTAL OF RECORD TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                    Case No. 6:15−bk−01720−KSJ

Keith A Yerian                                                                  Chapter 7
5767 Treasure Lane
Grant, FL 32949                                                               (District Court Case No. 6:17−cv−459−Orl−37)

_____Debtor(s)_____/

SUPPLEMENTAL

TRANSMITTAL OF RECORD TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a final order or judgment of the Bankruptcy Court entered in a contested matter in this bankruptcy case. The title of the order appealed is Order Sustaining Objection to Debtor's Claim of Exemptions (Document No. 100 entered by the Bankruptcy Court on February 24, 2017 . The appeal was filed on March 10, 2017 and transmitted to the District Court on March 13, 2017 .

The party or parties included in the appeal to the District Court are:

APPELLANT: Keith A. Yerian

ATTORNEY: Michael A. Nardella

        Phone: (407) 966−2680

APPELLEE: Richard B. Webber, Trustee

ATTORNEY: Bradley J. Anderson

        Phone: (407) 425−7010

ADDITIONAL PARTIES IN INTEREST INCLUDE:
Charles R. Sterbach, Esquire
Assistant United States Trustee
400 W. Washington Street, Suite 1100
Orlando, Florida 32801
(407) 648−6301

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8006 are:

Docket #121 - Part 1-15. Proposed Exhibits ranging from 1 to 19 from Adversary Proceeding No. 6:15−ap −00064−KSJ, designated in the Appellant Designation of Contents (Dkt #123) for Inclusion in the Record of Appeal.

The debtor's county of residence is Brevard, Florida.

DATED on May 10, 2017 .

FOR THE COURT
Sheryl L. Loesch, Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801