UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLAND DIVISION
www.flmb.uscourts.gov

In re:                                                        Case no.  6:15-bk-1720-KSJ
Keith A. Yerian,                                              Chapter  7

      Debtor.

_____ /

Richard B. Webber, II,
Chapter 7 Trustee,

                                                            Adv. No.   6:15-ap-00064-KSJ

      Plaintiff

v.

Keith A. Yerian, Sun Y. Pak,
and Mwagusi

      Defendants.

_____/

**Defendants' Exhibit List**
**(Trial on Chapter 7 Trustee's Amended Complaint  (Doc. No. 55)**
**Hearing Date: November 30, 2016**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Bates no. KY 1547-1625 – email to former counsel including client worksheets and relevant documents | | | |
| 2 | Doc. No 12 - original bankruptcy schedules | | | |
| 3 | Doc. No. 13 – original Statement of Financial Affairs | | | |
| 4 | Bates No. TIRA 0037-0054 Operating Agreement of Yerian Properties LLC | | | |
| 5 | Bates no. T1-2 – Florida Division of Corporations Detail by Entity Name for Yerian Properties LLC | | | |
| 6 | Bates no. T3-4 – Articles of Organization for Yerian Properties LLC | | | |
| 7 | Bates no. KY 0004 – IRA Services Trust Company Investment authorization dated 07/18/12 | | | |
| 8 | Bates no. T5 – Brevard Co Property Appraiser  property details on 1381 Giddings St SW, Palm Bay, FL 32908 (the "Brevard Property") | | | |
| 9 | Bates no. T6 – Special Warranty Deed - the Brevard Property | | | |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 10 | Bates no. T 919 – Chase Bank signature card for Mwagusi Sofrtware LLC | | | |
| 11 | Bates no. T 1963-1983 -Complaint filed in Wayne County, Ohio | | | |
| 12 | Settlement Agreement – Wayne County litigation | | | |
| 13 | Waiver and Release Agreement – Wayne County Litigation | | | |
| 14 | Adv. Pro. Doc. No. 19-1 Vehicle note | | | |
| 15 | Bates no. SP 0813-0824 Funds from Korea | | | |
| 16 | Bates no. SP 0047-00400 account statements for Etrade acct 8472 | | | |
| 17 | Bates no. T 11-12 Transfer out of Etrade acct 8472 | | | |
| 18 | Bates no. T 13 Transfer into Etrade acct 5634 | | | |
| 19 | Bates no. T 14 Withdrawal to buy house | | | |