### Tax Payments Worksheet

**2012**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Keith A Yerian | (c)(1)  4554 |

**Estimated Tax Payments for 2012**  (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | **Date** | **Amount** | **Date** | **Amount** | **ID** | **Date** | **Amount** | **ID** |
| **1** | 04/17/12 | | 04/17/12 | | | 04/17/12 | | |
| **2** | 06/15/12 | | 06/15/12 | | | 06/15/12 | | |
| **3** | 09/17/12 | | 09/17/12 | | | 09/17/12 | | |
| **4** | 01/15/13 | | 01/15/13 | | | 01/15/13 | | |
| **5** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Tot Estimated Payments** . . . | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| **6**  Overpayments applied to 2012 . . . . | | | | | |
| **7**  Credited by estates and trusts . . . . | | | | | |
| **8**  **Totals**  Lines 1 through 7 . . . . . . | | | | | |
| **9**  2012 extensions . . . . . . . . . . . | | | | | |

| Taxes Withheld From: | Federal | State | Local |
|---|---|---|---|
| **10**  Forms W-2 . . . . . . . . . . . . . . . . . . . . | 1,430. | 716. | |
| **11**  Forms W-2G . . . . . . . . . . . . . . . . . . . | | | |
| **12**  Forms 1099-R . . . . . . . . . . . . . . . . . | | | |
| **13**  Forms 1099-MISC and 1099-G . . . . . . . . . . | | | |
| **14**  Schedules K-1 . . . . . . . . . . . . . . . . | | | |
| **15**  Forms 1099-INT, DIV and OID . . . . . . . . . | | | |
| **16**  Social Security and Railroad Benefits . . . . . . . | | | |
| **17**  Form 1099-B . . . . . . . St ___ Loc ___ | | | |
| **18 a**  Other withholding . . . . St ___ Loc ___ | | | |
| **b**  Other withholding . . . . St ___ Loc ___ | | | |
| **c**  Other withholding . . . . St ___ Loc ___ | | | |
| **d**  Positive Adjustment . . . St ___ Loc ___ | | | |
| **e**  Negative Adjustment . . . St ___ Loc ___ | | | |
| **19**  **Total Withholding**  Lines 10 through 18e . . . . . | 1,430. | 716. | |
| **20**  **Total Tax Payments for 2012** . . . . . . . . . . | 1,430. | 716. | |

| Prior Year Taxes Paid In 2012 (If multiple states or localities, see Tax Help) | State | ID | Local | ID |
|---|---|---|---|---|
| **21**  Tax paid with 2011 extensions . . . . . . . . . . . . . . | | | | |
| **22**  2011 estimated tax paid after 12/31/11 . . . . . . . . . | | | | |
| **23**  Balance due paid with 2011 return . . . . . . . . . . | | | | |
| **24**  Other (amended returns, installment payments, etc) . . | | | | |

KY001586

## Federal Carryover Worksheet                    2012

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Keith A Yerian | (c)(1)   554 |

### 2011 State and Local Income Tax Information (See Tax Help)

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total With- held/Pmts | (e) Paid With Return | (f) Total Over- payment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** . . | | | | | | |

### Other Tax and Income Information

| | | | 2011 | 2012 |
|---|---|---|---|---|
| 1 | Filing status . . . . . . . . . . . . . . . . . . . . . . . | 1 | | 3  MFS |
| 2 | Number of exemptions for blind or over 65 (0 - 4) . . . . . . . . | 2 | | |
| 3 | Itemized deductions . . . . . . . . . . . . . . . . . . . | 3 | | 9,374. |
| 4 | Check box if required to itemize deductions . . . . . . . . . . . | 4 | | X |
| 5 | Adjusted gross income . . . . . . . . . . . . . . . . . | 5 | | 24,410. |
| 6 | Tax liability for Form 2210 or Form 2210-F . . . . . . . . . . . | 6 | | 1,249. |
| 7 | Alternative minimum tax . . . . . . . . . . . . . . . . . | 7 | | |
| 8 | Federal overpayment applied to next year estimated tax . . . . . | 8 | | |

**QuickZoom to the IRA Information Worksheet for IRA information** . . . . . . . . . . . . . . . . . ►

### Excess Contributions

| | | | 2011 | 2012 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 . . . . | 9 a | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 . . . . . | b | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31 . . . | 10 a | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31 . . . . | b | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 . . . . . . . . | 11 a | | |
| b | Spouse's excess HSA contributions as of 12/31 . . . . . . . . . | b | | |

### Loss and Expense Carryovers

Note: Enter all entries as a positive amount

| | | | 2011 | 2012 |
|---|---|---|---|---|
| 12 a | Short-term capital loss . . . . . . . . . . . . . . . . . . . . . | 12 a | | |
| b | AMT Short-term capital loss . . . . . . . . . . . . . . . . . . | b | | |
| 13 a | Long-term capital loss . . . . . . . . . . . . . . . . . . . . . | 13 a | | |
| b | AMT Long-term capital loss . . . . . . . . . . . . . . . . . . | b | | |
| 14 a | Net operating loss available to carry forward . . . . . . . . . . | 14 a | | |
| b | AMT Net operating loss available to carry forward . . . . . . . | b | | |
| 15 a | Investment interest expense disallowed . . . . . . . . . . . . . | 15 a | | |
| b | AMT Investment interest expense disallowed . . . . . . . . . . | b | | |
| 16 | Nonrecaptured net Section 1231 losses from: a   2012 . . . | 16 a | | |
| | b   2011 . . . | b | | |
| | c   2010 . . . | c | | |
| | d   2009 . . . | d | | |
| | e   2008 . . . | e | | |
| | f   2007 . . . | f | | |

## File by Mail Instructions for your 2012 Ohio Tax Return
**Important: Your taxes are not finished until all required steps are completed.**



(If you prefer, you can still e-file.  Go to the end of these instructions for
more information.)  Do not file these instructions.

Keith A Yerian
5767 Treasure Ln
Grant, FL 32949

| | |
|---|---|
| **Balance Due/ Refund** | Your Ohio state tax return (Form IT 1040) shows you are due a refund of $461.00 |
| **What You Need to Mail For Your State Return** | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return.<br><br>Enclose legible state copies of your W-2, W-2G, or 1099R on top of your return.<br><br>Mail your return and attachments to:<br>Ohio Department of Taxation<br>P.O. Box 2679<br>Columbus, OH  43218-2679<br><br>Deadline: Postmarked by April 15, 2013<br><br>Don't forget correct postage on the envelope. |
| **What You Need to Keep** | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select File tab, then select the Print for Your Records category. |
| **Other Forms to Mail** | Your School District SD 100 return (number 8501) was NOT Filed Electronically.<br><br>This return shows a balance due of $300.00. Include Form SD 40P and a check or money order for this amount payable to School District Income Tax. Write "8501", the last four numbers of your social security number, your name, a daytime telephone number, and "2012 SD 100" on the check.<br><br>Place corresponding Form(s) W-2 on top of Form SD 100.<br><br>Please mail your school district return to the following address by April 15, 2013:<br><br>SCHOOL DISTRICT INCOME TAX<br>P.O. BOX 182389<br>COLUMBUS, OH 43218-2389<br>---------------------------------------------------------- |

KY001588

# File by Mail Instructions for your 2012 Ohio Tax Return

**Important: Your taxes are not finished until all required steps are completed.**



(If you prefer, you can still e-file.  Go to the end of these instructions for
more information.)  Do not file these instructions.

Keith A Yerian
5767 Treasure Ln
Grant, FL 32949

| | | | |
|---|---|---|---|
| **2012** | Taxable Income | $ | 17,710.00 |
| **Ohio** | Total Tax | $ | 255.00 |
| **Tax** | Total Payments/Credits | $ | 716.00 |
| **Return** | Amount to be Refunded | $ | 461.00 |
| **Summary** | | | |

| | |
|---|---|
| **Special Formatting** | Your printed state tax forms may have special formatting on them, such as bar codes or other symbols. This is to enable fast processing. Don't worry, these forms have been approved by your taxing authority and are acceptable for printing and mailing. |

| | |
|---|---|
| **Changed Your Mind About e-filing?** | You can still file electronically. Just go back to TurboTax, select the File tab, then select the E-file category. We'll walk you through the process. Once you file, we will let you know if your return is accepted (or rejected) by the state taxing agency. |

KY001589

**Please detach here. You must use the Ohio form SD 40P payment voucher if you use a paper check or money order to pay your tax due.**

**SD 40P** Rev. 10/12
**School District Income Tax Payment Voucher**

DO **NOT** ATTACH
YOUR PAYMENT TO
THIS VOUCHER.
DO **NOT** SEND CASH.

# 2012SP

**Do NOT fold check or voucher.** ■

Please use UPPERCASE letters
to print the first three letters of

KEITH A YERIAN

5767 TREASURE LN
GRANT                FL 32949

If you are sending this voucher and paper check or money order (payable to School
District Income Tax) with or separately from your school district income tax return, mail
to: School District Income Tax, P.O. Box 182389, Columbus, OH 43218-2389. Write the
last four digits of the taxpayer's Social Security number on the check or money order.

| | School district number | Taxpayer's last name | Spouse's last name (if joint filing) |
|---|---|---|---|
| | 8501 | YER | |

Your Social
Security
Number    (c)(1)    4554

Spouse's Social
Security Number
(if joint filing)

**Amount of
Payment** ➡ $        300.00

Vendor's
Registration
Number  **INT**

■

REV 01/07/13 TTW        302584554  8  0512  4  000000000  0  8501  9  508

KY001590

**Do not use staples.**

**Ohio** | **Department of Taxation**

**Use only black ink.**

12000133

Taxable year beginning in

**2012**

**IT 1040** Rev.10/12   0033

**Individual Income Tax Return**

Taxpayer Social Security no. (required) ▶▶ If deceased ☐ check box      Spouse's Social Security no. (only if joint return) ▶▶ If deceased ☐ check box

(c)(1) 4554

**Use UPPERCASE letters.**

Your first name | M.I. | Last name
KEITH | A | YERIAN

Spouse's first name (only if married filing jointly) | M.I. | Last name

Mailing address (for faster processing, use a street address)
5767 TREASURE LN

City | State | ZIP code | Ohio county (first four letters)
GRANT | FL | 32949 | WAYN

Home address (if different from mailing address) – do **NOT** show city or state | ZIP code | County (first four letters)

Foreign country (provide this information if the mailing address is outside the U.S.) | Foreign postal code

E-mail address
KYERIAN@ETCCOMPUTERS.NET

## Ohio Residency Status – Check applicable box

Full-year resident ☐   ☒ Part-year resident   Nonresident ☐ Indicate state ▶▶

Check applicable box for spouse (only if married filing jointly)
Full-year resident ☐   Part-year resident ☐   Nonresident ☐ Indicate state ▶▶

## Filing Status – Check one (as reported on federal income tax return)

Single or head of household or qualifying widow(er) ☐

Married filing jointly ☐

☒ Married filing separately ▶▶ (c)(1) 0573
(enter spouse's SS#)

## Ohio Political Party Fund

Yes   No

Do you want $1 to go to this fund? ........................................... ☒

If joint return, does your spouse want $1 to go to this fund?...
**Note:** Checking "Yes" will not increase your tax or decrease your refund.

## Ohio School District Number for 2012
(see pages 43-48 of the instructions)   8501

## INCOME AND TAX INFORMATION

| | | |
|---|---|---|
| 1. **Federal adjusted gross income** (from IRS form 1040, line 37; 1040A, line 21; 1040EZ, line 4; 1040NR, line 36; or 1040NR-EZ, line 10) ............................................1. | 24 410 | 00 |
| 2. Adjustments from line 47 on page 3 of Ohio form IT 1040 **(enclose page 3)** ...........................2. | -5 000 | 00 |
| 3. Ohio adjusted gross income (line 2 added to or subtracted from line 1)......................................3. | 19 410 | 00 |
| 4. Personal exemption and dependent exemption deduction – multiply your personal and dependent exemptions    1    times $1,700 and enter the result here ...................................4. | 1 700 | 00 |
| 5. Ohio taxable income (line 3 minus line 4; enter -0- if line 3 is less than line 4) ...........................5. | 17 710 | 00 |
| 6. Tax on line 5 (see tax tables on pages 35-41 of the instructions)..........................................6. | 275 | 00 |
| 7. Schedule B credits from line 57 on page 4 of Ohio form IT 1040 **(enclose page 4)** ...................7. | | |
| 8. Ohio tax less Schedule B credits (line 6 minus line 7; enter -0- if line 6 is less than line 7) ................8. | 275 | 00 |
| 9. Exemption credit: Number of personal and dependent exemptions    1    times $20.................9. | 20 | 00 |
| 10. Ohio tax less exemption credit (line 8 minus line 9; enter -0- if line 8 is less than line 9)................10. | 255 | 00 |

**2012 IT 1040**
04/15/2014 11:58 AM

**pg. 1 of 4**
REV 03/05/13 TTW

**2012 IT 1040**

KY001591

**0033**

**Ohio** | Department of Taxation

SS# (c)(1) 4554

‖‖‖‖‖‖‖‖‖‖ 12000233

Taxable year beginning in
**2012**

**IT 1040** Rev. 10/12
**Individual**
**Income Tax Return**

| | | |
|---|---|---|
| 10a. Amount from line 10 on page 1 ..............................................10a. | | 255 00 |
| 11. Joint filing credit. See the instructions on page 20 for eligibility and documentation requirements (this credit is for married filing jointly status only)_____% times line 10a **(limit $650)** .............11. | | 0 00 |
| 12. Ohio income tax less joint filing credit (line 10a minus line 11) ............................................12. | | 255 00 |
| 13. Total credits from line 69 on page 4 of Ohio form IT 1040 **(enclose page 4)** ...............13. | | 0 00 |
| 14. Manufacturing equipment grant. You must include the grant request form ...............14. | | |
| 15. Ohio income tax (line 12 minus lines 13 and 14; enter -0- if the total of lines 13 and 14 is more than line 12)...............................................................15. | | 255 00 |
| 16. Interest penalty on underpayment of estimated tax. Enclose Ohio form IT/SD 2210 (see page 21 of the instructions)...............................................16. | | |
| 17. Unpaid Ohio use tax (see the worksheet on page 33 of the instructions) ...............17. | | |
| 18. Total Ohio tax liability (add lines 15, 16 and 17) ....................**TOTAL TAX** ▶ 18. | | 255 00 |
| 19. Ohio income tax withheld (box 17 on W-2; box 14 on W-2G; and box 12 on 1099-R). Place W-2(s), W-2G(s) and 1099-R(s) on top of this return ..................**AMOUNT WITHHELD** ▶ 19. | | 716 00 |
| 20. Add the 2012 Ohio form IT 1040ES payment(s), 2012 Ohio form IT 40P extension payment(s) and 2011 overpayment credited to 2012...............................................20. | | |
| 21. Refundable credits. Include certificate(s) and K-1(s): | | |
| a. Business jobs credit          b. Pass-through entity credit | | |
| c. Historic preservation credit      d. Motion picture production credit | | |
| 22. Add lines 19, 20 and 21a, b, c and d .......................**TOTAL PAYMENTS** ▶ 22. | | 716 00 |
| **If line 22 is MORE THAN line 18, go to line 23. If line 22 is LESS THAN line 18, skip to line 27.** | | |
| 23. If line 22 is MORE THAN line 18, subtract line 18 from line 22.............**AMOUNT OVERPAID** ▶ 23. | | 461 00 |
| 24. Amount of line 23 to be credited to 2013 income tax liability.....................**CREDIT TO 2013** ▶ 24. | | |
| 25. Amount of line 23 that you wish to **donate** to the following fund(s): | | |
| a. Military injury relief          b. Ohio Historical Society | | |
| c. Wildlife species          d. Natural areas | | |
| 26. Line 23 minus the sum of lines 24 and 25a, b, c and d. Enter here, then skip to line 28 ...........26. | | 461 00 |
| 27. If line 22 is LESS THAN line 18, subtract line 22 from line 18........................**AMOUNT DUE** ▶ 27. | | |
| 28. Interest and penalty due on late-paid tax and/or late-filed return (see page 22 of the instructions) ...........................................**INTEREST AND PENALTY** ▶ 28. | | |
| **If you entered an amount on line 26, skip to line 30. If you entered an amount on line 27, go to line 29.** | | |
| 29. Amount due plus interest and penalty (add lines 27 and 28). If payment is enclosed, make check payable to Ohio Treasurer of State and include Ohio form IT 40P (see our Web site at **tax.ohio.gov**)...........................**AMOUNT DUE PLUS INTEREST AND PENALTY** ▶ 29. | | |
| 30. Refund less interest and penalty (line 26 minus line 28). Enter the amount here. (If line 28 is more than line 26, you have an amount due. Subtract line 26 from line 28 and enter this amount on line 29.)...........................**YOUR REFUND** ▶ 30. | | 461 00 |

**SIGN HERE (required)**

I have read this return. Under penalties of perjury, I declare that, to the best of my knowledge and belief, the return and all enclosures are true, correct and complete.

If your refund is less than $1.01, no refund will be issued.
If you owe less than $1.01, no payment is necessary.

**For Department Use Only**

▶ Your signature                                    Date
                                                   (330) 760-6941
▶ Spouse's signature (see page 10 of the instructions)   Phone number (optional)
  SELF-PREPARED

Preparer's printed name (see page 11 of the instructions)   Phone number

Do you authorize your preparer to contact us regarding this return?   Yes   ☒ No

Code

**MAILING INFORMATION:**

**NO Payment Enclosed – Mail to:** Ohio Department of Taxation, P.O. Box 2679, Columbus, OH 43218-2679
**Payment Enclosed – Mail to:** Ohio Department of Taxation, P.O. Box 2057, Columbus, OH 43218-2057



0033

**Ohio** | **Department of Taxation**

SS# (c)(1) 4554

12000333

Taxable year beginning in

**2012**

**IT 1040** Rev. 10/12

**Individual Income Tax Return**

---
*IF LINE 2 (ON PAGE 1) IS -0- OR BLANK, DO NOT MAIL PAGE 3.*
---

## SCHEDULE A – Income Adjustments (Additions and Deductions)

**Additions (add income items only to the extent not included on page 1, line 1).**

31. Non-Ohio state or local government interest and dividends ........................................... 31.

32. Certain pass-through entity Ohio taxes paid and Ohio Revised Code section 5733.40(A) pass-through entity adjustment .................................................................................. 32.

33a. Federal interest and dividends subject to state taxation ............................................. 33a.

b. Reimbursement of college tuition expenses and fees deducted in any previous year(s) and noneducation expenditures from a college savings account ......................................... b.

c. Losses from sale or disposition of Ohio public obligations .......................................... c.

d. Nonmedical withdrawals from a medical savings account ........................................... d.

e. Reimbursement of expenses previously deducted for Ohio income tax purposes, but only if the reimbursement is not in federal adjusted gross income ......................................... e.

f. Lump sum distribution add-back and miscellaneous federal income tax adjustments .............. f.

g. Adjustment for Internal Revenue Code sections 168(k) and 179 depreciation expense ............... g.

34. **Total additions** (add lines 31 through 33g and enter here). You must complete the applicable line items above .................................................................................. 34.

**Deductions (deduct income items only to the extent included on page 1, line 1).**

35a. Federal interest and dividends exempt from state taxation .......................................... 35a.

b. Adjustment for Internal Revenue Code sections 168(k) and 179 depreciation expense .............. b.

36. Employee compensation earned in Ohio by full-year residents of neighboring states and certain income earned by military nonresidents and civilian nonresident spouses ......................... 36.    5 000 00

37a. Military pay for Ohio residents, but only if the military pay is included on line 1 of this return and is received while the military member was stationed outside Ohio ................................ 37a.

b. Military retirement income and military injury relief fund amounts included in federal adjusted gross income (line 1 on page 1) ............................................................................ b.

38a. State or municipal income tax overpayments shown on IRS form 1040, line 10 ..................... 38a.

b. Refund or reimbursements shown on IRS form 1040, line 21 for itemized deductions claimed on a prior year federal income tax return ................................................................. b.

c. Repayment of income reported in a prior year and miscellaneous federal tax adjustments .......... c.

39. Disability and survivorship benefits (do not include pension continuation benefits) ............... 39.

40. Qualifying Social Security benefits and certain railroad retirement benefits ..................... 40.

41a. Education: Ohio 529 contributions; tuition credit purchases ........................................ 41a.

b. Pell/Ohio College Opportunity taxable grant amounts used to pay room and board .................. b.

42. Certain Ohio National Guard reimbursements and benefits ........................................... 42.

43a. Unreimbursed long-term care insurance premiums, unsubsidized health care insurance premiums and excess health care expenses (see worksheet on page 27 of the instructions) ... 43a.

b. Funds deposited into, and earnings of, a medical savings account for eligible health care expenses (see worksheet on page 28 of the instructions) ............................................ b.

c. Qualified organ donor expenses **(maximum $10,000 per taxpayer)** and amounts contributed to an individual development account ................................................................... c.

44. Wage expense not deducted due to the targeted jobs or the work opportunity tax credits .......... 44.

45. Interest income from Ohio public obligations and from Ohio purchase obligations; gains from the sale or disposition of Ohio public obligations; public service payments received from the state of Ohio or income from a transfer agreement ..................................................... 45.

46. **Total deductions** (add lines 35a through 45 only). You must complete the applicable line items above .................................................................................................. 46.    5 000 00

47. Net adjustments – If line 34 is MORE THAN line 46, **enter the difference here and on line 2 as a positive amount.** If line 34 is LESS THAN line 46, **enter the difference here and on line 2 as a negative amount** ........................................................ 47.    – 5 000 00

■ **2012 IT 1040**          pg. 3 of 4          **2012 IT 1040** ■

REV 12/14/12 TTW



**KY001593**



**0033**
**Ohio** | **Department of Taxation**

SS# **(c)(1)** 4554

**12000433**

Taxable year beginning in
**2012**

**IT 1040** Rev. 10/12
**Individual**
**Income Tax Return**

─── *IF LINE 7 (PAGE 1) AND LINE 13 (PAGE 2) ARE BOTH -0- OR BLANK, DO NOT MAIL PAGE 4.* ───

## SCHEDULE B – Nonbusiness Credits

48. Retirement income credit **(limit $200 per return).** See the table on page 29 of the instructions...... 48.
49. Senior citizen credit (you must be 65 or older to claim this credit; **limit $50 per return**)............... 49.

50. Lump sum distribution credit (you must be 65 or older to claim this credit)................................... 50.
51. Child care and dependent care credit (see the worksheet on page 30 of the instructions)............ 51.

52. Lump sum retirement credit............................................................................................ 52.
53. If line 5 on page 1 is $10,000 or less, enter $88; otherwise, enter -0- or leave blank.................. 53.
54. Displaced worker training credit (see the worksheet and instructions on pages 30 and 31)
    **(limit $500 per taxpayer)** ............................................................................................ 54.

55. Ohio political contributions credit **(limit $50 per taxpayer)**............................................. 55.

56. Ohio adoption credit **($1,500 per child adopted during the year)**.............................................. 56.
57. Total Schedule B credits (add lines 48 through 56). **Enter here and on page 1, line 7**........... 57.

## SCHEDULE C – Full-Year Ohio Resident Credit

58. Enter the portion of line 3 on page 1 subjected to tax by other states or the District of
    Columbia while you are an Ohio resident (limits apply – see Ohio form IT 2023 of the instructions)................... 58.
59. Enter Ohio adjusted gross income (line 3 on page 1) .................................................................. 59.
60. Divide line 58 by line 59 and enter the result here (four digits; do not round)........................... 60.

    Multiply this factor by the amount on line 12 on page 2 and enter the result here.........................

61. Enter the 2012 income tax, less all credits other than withholding and estimated tax payments and
    overpayment carryforwards from previous years, paid to other states or the District of Columbia
    (limits apply – see page 31 of the instructions) ............................................................................ 61.

62. Enter the smaller of line 60 or line 61. This is your Ohio resident tax credit. Enter here and on
    line 67 below. If you filed a return for 2012 with a state(s) other than Ohio, enter the two-letter
    state abbreviation in the box(es) below .................................................................................... 62.

## SCHEDULE D – Nonresident / Part-Year Resident Credit (date of part-year residency _06072012_ to _08202012_ )

63. Enter the portion of Ohio adjusted gross income (line 3) that was not earned or received
    in Ohio. Include Ohio form IT 2023 if required (see page 31 of the instructions) ........................ 63. | – 5 224 00
64. Enter the Ohio adjusted gross income (line 3 on page 1) ......................................................... 64.
65. Divide line 63 by line 64 and enter the result here (four digits; do not round).  0 . 0 0 0 0

    Multiply this factor by the amount on line 12. Enter here and on line 68 below ............................ 65. | 0 00

## SUMMARY OF CREDITS FROM SCHEDULES C, D AND E

66. Enter the amount from line 10 of Schedule E, Nonrefundable Business Credits (see page 32 of
    the instructions) ....................................................................................................................... 66.
67. Enter the amount from line 62 above .................................................................................... 67.
68. Enter the amount from line 65 above .................................................................................... 68. | 0 00
69. Add lines 66, 67 and 68. **Enter here and on page 2, line 13**...................................................... 69. | 0 00

## MAILING INFORMATION

**NO Payment Enclosed – Mail to:**
Ohio Department of Taxation
P.O. Box 2679
Columbus, OH  43218-2679

**Enclose your federal income
tax return if line 1 on page 1 of this
return is -0- or negative.**

**Payment Enclosed – Mail to:**
Ohio Department of Taxation
P.O. Box 2057
Columbus, OH  43218-2057

 **2012 IT 1040**

pg. 4 of 4
REV 12/20/12 TTW

**2012 IT 1040** 

**KY001594**

**Please staple return. Do not staple check.**

# Ohio | Department of Taxation



IT 2023
Rev. 12/12

**Year 20** 12

0033

10211433

## IT 2023 Income Allocation and Apportionment
## Nonresident Credit and Part-Year Resident Credit
**Include this three-page form with Ohio form IT 1040 (individuals) or Ohio form IT 1041 (estates).**

| Taxpayer name | SSN |
|---|---|
| KEITH A YERIAN | (c)(1) 4554 |
| Business name | FEIN |

In order to claim the nonresident credit or part-year resident credit, you must complete this form unless your only source of Ohio income is wages paid by an unrelated employer. Use this form to apportion and allocate your share of all types of Ohio-sitused income, gains, deductions and losses from a sole proprietorship or a pass-through entity.

**Complete a separate Part II and Part III for each separate unitary business group in which you hold an ownership interest.** See page 1 of the instructions. For assistance, please contact the department at (888) 405-4039.

## Part I – Summary of Business and Nonbusiness Income

| | (A) Total | (B) Ohio Portion | (C) Non-Ohio Portion |
|---|---|---|---|
| 1. Business income (enter in columns A, B and C the amounts from Part II, lines 10, 14b and 15, respectively) ...................... 1. | 00 | 00 | 00 |
| 2. Net nonbusiness income (enter in columns A, B and C the amounts from Part IV, line 17, columns A, B and C, respectively)...................2. | 24410 00 | 29634 00 | –5224 00 |
| 3. Total business and nonbusiness income (add lines 1 and 2 down, by column)........................3. | 24410 00 | 29634 00 | –5224 00 |
| 4. Enter the Ohio form IT 1040, Schedule A net adjustments or Ohio form IT 1041 Schedule A net adjustments (see Note #1 below)...............4. | –5000 00 | –5000 00 | 00 |
| 5. Line 3 plus or minus line 4 down, by column (see Notes #2 and #3 below)........................5. | 19410 00 | 24634 00 | –5224 00 |

**Note 1:** Exclude from line 4 the depreciation adjustment(s) and miscellaneous federal income tax adjustments, if any, reported in Parts II or IV of this worksheet.

**Note 2:** The amount shown on line 5, column A should be the same amount shown either on line 3 of Ohio form IT 1040 or on line 3 of Ohio form IT 1041.

**Note 3:** The amount shown on line 5, column A, must equal line 5, column B plus C.

**Note 4:** Enter the amount shown on line 5, column C on the appropriate line of either Schedule D of Ohio form IT 1040 (for individuals only) or Schedule D of Ohio form IT 1041 (for estates only). For nonresidents and part-year residents, the amount on line 5, column C is the portion of either Ohio adjusted gross income for individuals (from Ohio form IT 1040, line 3) or Ohio taxable income for estates (from Ohio form IT 1041, line 3) that was not earned or received in Ohio.

REV 01/03/13 TTW

KY001595

| Taxpayer/business name | SSN/FEIN | IT 2023<br>Rev. 12/12 |
|---|---|---|
| KEITH A YERIAN/ | (c)(1)  4554 | 0033 |

If the taxpayer has a distributive share of income/gain from a financial institution, please see "Special Rule for Investments in Financial Institutions" on page 3 of the instructions.

Complete a separate Part II and Part III for each separate unitary business group in which you hold an ownership interest. For assistance, please contact the department at (888) 405-4039.

## Part II

### A. Business Income Before Deductions

1. Self-employment income (federal Schedule C, C-EZ or F), guaranteed payments and/or compensation received from each pass-through entity in which you have at least a 20% direct or indirect ownership interest. **Note:** Reciprocity agreements do not apply (see line instructions)...................... 1. _____ 00

2. Add-back for expenses paid to related members and to certain investors' family members (see instructions) ................................................................................................................ 2. _____ 00

3. Ordinary income (loss) from trade or business activities (to the extent not shown on line 1)................ 3. _____ 00

4. Net income (loss) from rental activities, net royalties, interest income and dividend income................ 4. _____ 00

5. Net capital gain (loss) and other gain (loss) ............................................................................ 5. _____ 00

6. Add adjustments from I.R.C. section 168(k) and qualifying 179 expenses (see line instructions) ......... 6. _____ 00

7. Other items of income and gain separately stated on federal Schedule K-1 and miscellaneous federal income tax adjustments, if any ........................................................................... 7. _____ 00

8. Total business income (loss) ................................................................................................ 8. _____ 00

### B. Deductions From Business Income

9a. Keogh deduction, self-employment tax deduction and self-employed health insurance deduction ....... 9a. _____ 00

   b. Deduct adjustments for the depreciation expenses added back in prior years (see line instructions)..... 9b. _____ 00

   c. Other items of deduction and loss separately stated on federal Schedule K-1 if such deductions are allowable in computing federal adjusted gross income (individuals) or federal taxable income (estates).........9c. _____ 00

   d. Other business income deductibles (describe) and miscellaneous federal income tax adjustments, if any .........9d. _____ 00

   e. Total of lines 9a through 9d ............................................................................................. 9e. _____ 00

### C. Net Business Income, Apportionment

10. Net business income (line 8 minus line 9e). Enter here and on Part I, line 1, column A ..................... 10. _____ 00

11. Less: Gain described in Ohio Revised Code section (R.C.) 5747.212 (add losses described in that section) if such gain (loss) is included in any one or more lines above......................................11. _____ 00

12. Line 10 minus line 11 (if line 11 is a gain); line 10 plus line 11 (if line 11 is a loss)........................... 12. _____ 00

13. Ohio apportionment ratio (Part III, line 4) ............................................................................... 13. _____

14. Total business income apportioned to Ohio (multiply line 12 by line 13)......................................... 14. _____ 00

14a. Amount of the line 11 gain (loss) apportioned to Ohio (enclose detailed computations)................... 14a. _____ 00

14b. Enter the total of lines 14 and 14a here and on Part I, line 1, column B ....................................... 14b. _____ 00

15. Total business income not apportioned to Ohio (line 10 minus line 14b). Enter here and on Part I, line 1, column C................................................................................................................ 15. _____ 00

REV 01/03/13 TTW

## Part III – Apportionment Formula for Business Income

See detailed instructions on pages 3-5 of the instructions. If the denominator of any factor is zero, the weight given to the other factors must be proportionally increased so that the total weight given to the combined number of factors used is 100%. Any request for deviation from the statutory allocation and apportionment provisions must be in writing and must accompany this form.

| | (1)<br>Within Ohio | (2)<br>Total<br>Everywhere | (3)<br>Ratio<br><br>(carry to six<br>decimal places) | (4)<br>Weight | (5)<br>Weighted<br>Ratio<br><br>(carry to six<br>decimal places) |
|---|---|---|---|---|---|
| 1. Property | | | | | |
| (a) Owned (average cost)............... | _____ | _____ | | | |
| (b) Rented (annual rental x 8)......... | _____ | _____ | | | |
| (c) Total (lines 1a and 1b)............... | _____ ÷ | _____ = | _____ | x .20 = | 1c. |
| 2. Payroll (see Exclusions on page 4 of the instructions)........................... | | _____ ÷ | _____ = | _____ x .20 = | 2. |
| 3. Sales (see Exclusions on page 5 of the instructions)........................... | | _____ ÷ | _____ = | _____ x .60 = | 3. |
| 4. Ohio apportionment ratio. Add lines 1c, 2 and 3 (enter ratio here and on Part II, Part C, line 13) ..................... | | | | | 4. |

KY001596

| Taxpayer/business name | SSN/FEIN | IT 2023 Rev. 12/12 |
|---|---|---|
| KEITH A YERIAN | (c)(1)      554 | 0033 |

## Part IV – Nonbusiness Income and Deductions (See definitions and discussion on pages 1 and 5 of the instructions.)

Use Part IV to allocate, in accordance with R.C. 5747.20, 5747.22, 5747.212, 5747.221, 5747.23 and 5747.231, all items of nonbusiness income and deductions included in either Ohio adjusted gross income for individuals or Ohio taxable income for estates. Unless the taxpayer establishes otherwise, pass-through income, deductions, gains and losses recognized by a limited liability company, sole proprietorship, partnership or S corporation are items of business income that the taxpayer must apportion (rather than allocate) using the business income portion of the worksheet (see Part II).

**Note:** Do not include in Part IV either guaranteed payments or compensation you received from each pass-through entity in which you have at least a 20% direct or indirect ownership interest. Do not include in this part any compensation you received from any pass-through entity in which any of your family members directly or indirectly own at least 40% of that pass-through entity. Show such guaranteed payments and compensation in Part II, Part A, line 1.

| | (A) Total | | (B) Ohio Portion | | (C) Non-Ohio Portion | |
|---|---|---|---|---|---|---|
| **A. Nonbusiness Income** | | | | | | |
| 1. Wages, salaries, tips, guaranteed payments (see note above) .......................... 1. | 30000 | 00 | 30000 | 00 | 0 | 00 |
| 2. State and local tax refunds......................... 2. | | 00 | | 00 | | 00 |
| 3. Alimony received......................................... 3. | | 00 | | 00 | | 00 |
| 4. Pensions, annuities, IRA distributions ......... 4. | 0 | 00 | 0 | 00 | | 00 |
| 5. Unemployment compensation, taxable Social Security benefits............................... 5. | | 00 | | 00 | | 00 |
| 6. Nonbusiness income and gain/loss described in R.C. 5747.212 (enclose detailed computations).................................. 6. | | 00 | | 00 | | 00 |
| 6a. Interest, dividends, capital gain (loss) and other income (loss), but only if these items are nonbusiness items (describe these items of income) _____ 6a. | | 00 | | 00 | | 00 |
| 7. Add adjustments for I.R.C. 168(k) and qualifying section 179 expenses (see instructions) and add miscellaneous federal income tax adjustments, if any......... 7. | | 00 | | 00 | | 00 |
| 8. Net income (loss) from rental activity not constituting "business income" reported on Part II of this return........................................ 8. | | 00 | | 00 | | 00 |
| 9. Total nonbusiness income (add lines 1 through 8)...................................................... 9. | 30000 | 00 | 30000 | 00 | 0 | 00 |
| **B. Deductions From Nonbusiness Income** | | | | | | |
| **Note:** Do not show here any amount shown on Ohio form IT 1040, Schedule A or Ohio form IT 1041, Schedule A, except for any depreciation adjustment(s). | | | | | | |
| 10. IRA deduction............................................. 10. | | 00 | | 00 | | 00 |
| 11. Health savings account from IRS form 1040 ...............................................................11. | | 00 | | 00 | | 00 |
| 12. Penalty on early withdrawal of savings ...... 12. | | 00 | | 00 | | 00 |
| 13. Moving expense/alimony paid.................... 13. | 5590 | 00 | 366 | 00 | 5224 | 00 |
| 14. Deduct adjustments for the depreciation expense added back in prior year (see instructions) and deduct miscellaneous federal income tax adjustments, if any....... 14. | | 00 | | 00 | | 00 |
| 15. Other deductions shown on IRS form 1040, page 1 and not shown on page 2, line 9 of Ohio form IT 2023 (describe) _____ 15. | | 00 | | 00 | | 00 |
| 16. Total deductions (add lines 10 through 15).. 16. | 5590 | 00 | 366 | 00 | 5224 | 00 |
| 17. Net nonbusiness income (line 9 minus line 16; enter here and in Part I, line 2, columns A, B and C, respectively).............................. 17. | 24410 | 00 | 29634 | 00 | -5224 | 00 |

REV 01/03/13 TTW

KY001597

**Do not use staples.**

**Ohio** | **Department of Taxation**

||||| 12020133

Taxable year beginning in

**2012**

Rev. 9/12    0033

**SD 100**
**School District**
**Income Tax Return**

**Use only black ink.**

File a separate Ohio form SD 100 for each taxing school district in which you lived during the taxable year.

Enter school district # for this return (see pages SD 7- 8).

Taxpayer Social Security no. (required) ►► If deceased   Spouse's Social Security no. (only if joint return) ►► If deceased

(c)(1) 4554

SD# ►► 8501

**Use UPPERCASE letters.**    check box    check box

Your first name    M.I.    Last name

KEITH    A    YERIAN

Spouse's first name (only if married filing jointly)    M.I.    Last name

Mailing address (for faster processing, use a street address)

5767 TREASURE LN

City    State    ZIP code    Ohio county (first four letters)

GRANT    FL    32949    WAYN

Home address (if different from mailing address) – do **NOT** show city or state    ZIP code    County (first four letters)

Foreign country (provide this information if the mailing address is outside the U.S.)    Foreign postal code

**School District Residency** – File a separate Ohio form SD 100 for each taxing school district in which you lived during the taxable year.

Check applicable box    Check applicable box for spouse (only if married filing jointly)

Full-year resident    × Part-year resident of SD# above    Full-year nonresident of SD# above    Full-year resident    Part-year resident of SD# above    Full-year nonresident of SD# above

Enter date of nonresidency   03/01/12   to   12/31/12    Enter date of nonresidency    to

**Filing Status – Check one** (must match Ohio income tax return):

Single or head of household or qualifying widow(er)

Married filing jointly

× Married filing separately (enter spouse's SS#) ►►   (c)(1)   573

**Tax Type – Check one** (for an explanation, see page SD 1 of the instructions)

I am filing this return because during the taxable year I lived in a(n):

**Traditional tax base school district.** You must start with line 1 below.

× **Earned income only tax base school district.** You must start with Schedule A, line 19 on page 2 of this return.

## INCOME INFORMATION

1. **Traditional tax base school district filer.** Enter on this line your Ohio taxable income reported on **line 5 of Ohio form IT 1040EZ or IT 1040.**

   **Earned income only tax base school district filer.** Complete Schedule A on page 2 of this return and then enter on this line the amount you show on **page 2, line 22 of this return.**    } 1.    30 000 00

2. The amount of Ohio taxable income, if any, you earned while **not** a resident of the traditional tax base school district whose number you entered above. **Earned income only tax base school district filers must leave this line blank**...................... 2.

3. School district taxable income (line 1 minus line 2; enter -0- if less than zero).............................. 3.    30 000 00

**NO Payment Enclosed – Mail to:**
School District Income Tax
P.O. Box 182197
Columbus, OH 43218-2197

**If you have a federal extension of time to file, include a copy or the confirmation number of the extension.**

**Payment Enclosed – Mail to:**
School District Income Tax
P.O. Box 182389
Columbus, OH 43218-2389

**2012 SD 100**    pg. 1 of 2    **2012 SD 100**

04/15/2014 11:58 AM    REV 12/14/12 TTW



KY001598

**Ohio** | **Department of Taxation**

SS# (c)(1) 4554

12020233

Taxable year beginning in **2012**

Rev. 9/12

0033

**SD 100**
**School District Income Tax Return**

SD# 8501

| | | |
|---|---|---|
| 3a. Amount from line 3, page 1 ........................................................... **3a.** | | 30 000 00 |
| 4. School district tax rate (use the applicable decimal rate from pages SD 7-8 of the instructions) 0100 times line 3a ............................................................ **4.** | | 300 00 |
| 5. Senior citizen credit (you must be 65 or older to claim this credit; **limit $50 per return**) .............. **5.** | | |
| 6. Total due (line 4 minus line 5; enter -0- if less than zero) ........................................... **6.** | | 300 00 |
| 7. Interest penalty on underpayment of estimated tax. Enclose Ohio form IT/SD 2210 and the appropriate worksheet if you annualize ........................................... **7.** | | |
| 8. Total due plus IT/SD 2210 interest penalty (add lines 6 and 7) ................... **TOTAL TAX ▶ 8.** | | 300 00 |
| 9. School district income tax withheld (school district number on W-2(s), W-2G(s) and/or 1099-R(s) must agree with school district number in the upper right-hand corner on page 1 of this return) ... **9.** | | 0 00 |
| 10. Add the 2012 Ohio form SD 100ES payment(s), 2012 Ohio form SD 40P extension payment(s) and 2011 school district overpayment credited to 2012 ............................................ **10.** | | 0 00 |
| 11. Add lines 9 and 10 ...................................................... **TOTAL PAYMENTS ▶ 11.** | | 0 00 |
| **If line 11 is MORE THAN line 8, go to line 12. If line 11 is LESS THAN line 8, skip to line 15.** | | |
| 12. If line 11 is MORE THAN line 8, subtract line 8 from line 11 ................... **AMOUNT OVERPAID ▶ 12.** | | |
| 13. Amount of line 12 to be credited to 2013 school district income tax liability ...... **CREDIT TO 2013 ▶ 13.** | | |
| 14. Line 12 minus line 13. Enter here, then skip to line 16 .................................. **14.** | | 0 00 |
| 15. If line 11 is LESS THAN line 8, subtract line 11 from line 8............................ **AMOUNT DUE ▶ 15.** | | 300 00 |
| 16. Interest and penalty due on late-paid tax and late-filed return (see page SD 6 of the instructions). .... **16.** | | |
| **If you entered an amount on line 14, skip to line 18. If you entered an amount on line 15, go to line 17.** | | |
| 17. Amount due plus interest and penalty (add lines 15 and 16). If payment is enclosed, make check payable to School District Income Tax and include Ohio form SD 40P (see our Web site at **tax.ohio.gov**)..................................**AMOUNT DUE PLUS INTEREST AND PENALTY ▶ 17.** | | 300 00 |
| 18. Refund less interest and penalty (line 14 minus line 16). Enter the amount here. (If line 16 is more than line 14, you have an amount due. Subtract line 14 from line 16 and enter this amount on line 17.) ............................................................................ **YOUR REFUND ▶ 18.** | | |
| **If your refund is less than $1.01, no refund will be issued. If you owe less than $1.01, no payment is necessary.** | | |

## SCHEDULE A – EARNED INCOME ONLY TAX BASE SCHOOL DISTRICT AMOUNTS (See page SD 6 of the instructions.)

**Complete this schedule only if you entered an earned income only tax base school district number in the upper right-hand corner on page 1 of this return.**

| | | |
|---|---|---|
| 19. Wages and other compensation described on page SD 6 of the instructions............................ 19. | | 30 000 00 |
| 20. Net earnings from self-employment described on page SD 6 of the instructions. Show as a negative if the amount is less than -0- .................................................... 20. | | |
| 21. Depreciation expense adjustment, if any, described on page SD 6 of the instructions................. 21. | | |
| 22. Add lines 19, 20 and 21. Enter the total here and on line 1 of this return ........................ 22. | | 30 000 00 |

## SIGN HERE (required) — See page 1 of this return for mailing information.

I have read this return. Under penalties of perjury, I declare that, to the best of my knowledge and belief, the return and all enclosures are true, correct and complete.

**For Department Use Only**

▶ Your signature                          Date
                                          (330) 760-6941

▶ Spouse's signature (see page SD 3 of the instructions)   Phone number (optional)
  SELF PREPARED

Preparer's printed name (see page SD 3 of the instructions)   Phone number

Do you authorize your preparer to contact us regarding this return?   Yes  ☒  No

Code

**2012 SD 100**          pg. 2 of 2          **2012 SD 100**

04/15/2014 11:58 AM          REV 12/14/12 TTW

KY001599

Form **1040**   Department of the Treasury—Internal Revenue Service   (99)
**U.S. Individual Income Tax Return** 20**12**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Keith A | Yerian | (c)(1) 4554 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | (c)(1) 573 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

5767 Treasure Ln

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Grant FL 32949

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ Sun Y Pak
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name Last name | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

| | Boxes checked on 6a and 6b | 1 |
|---|---|---|

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 30,000. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| 9a | **Ordinary** dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 30,000. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | 3,390. |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ (c)(1) 2222 | 31a | 2,200. |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 5,590. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 24,410. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** BAA   REV 02/07/13 TTW   Form **1040** (2012)

KY001600

Form 1040 (2012)

Page **2**

| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 24,410. |
|---|---|---|---|---|---|
| | 39a | Check if: ☐ **You** were born before January 2, 1948, ☐ **Blind.** ☐ **Spouse** was born before January 2, 1948, ☐ **Blind.** Total boxes checked ▶ 39a | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☒ | | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | 40 | 9,374. |
| | 41 | Subtract line 40 from line 38 | | 41 | 15,036. |
| | 42 | **Exemptions.** Multiply $3,800 by the number on line 6d | | 42 | 3,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 11,236. |
| • All others: Single or Married filing separately, $5,950 | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | | 44 | 1,249. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 46 | Add lines 44 and 45 | ▶ | 46 | 1,249. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Head of household, $8,700 | 49 | Education credits from Form 8863, line 19 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | 55 | 1,249. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** | ▶ | 61 | 1,249. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,430. | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8801 **d** ☐ 8885 | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | 72 | 1,430. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | 181. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | 181. |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 75 | Amount of line 73 you want **applied to your 2013 estimated tax** ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions | ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** | | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Software Engineer | (330) 760-6941 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ SELF PREPARED | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 02/07/13 TTW

Form **1040** (2012)

KY001601

**Notice to Employee**

Do you have to file? Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

Earned income credit (EIC). You may be able to take the EIC for 2013 if your adjusted gross income (AGI) is less than a certain amount. The amount of credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You cannot take the EIC if your investment income is more than the specified amount for 2013 or if income is earned for services provided while you were an inmate at a penal institution. For 2013 income limits and more information, visit www.irs.gov/eitc. Also see Pub. 596, Earned Income Credit. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return.

Clergy and religious workers. If you are not subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

Corrections. If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 1-800-772-1213. You may also visit the SSA at www.socialsecurity.gov.

Cost of employer-sponsored health coverage (if such cost is provided by the employer). The reporting in Box 12, using Code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with Code DD is not taxable.

Credit for excess taxes. If you had more than one employer in 2013 and more than $7,049.40 in social security and/or Tier I railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one railroad employer and more than $3,709.20 in Tier II RRTA tax was withheld, you also may be able to claim a credit. See your Form 1040 or Form 1040A instructions and Pub. 505, Tax Withholding and Estimated Tax.

**Instructions for Employee**

Box 1. Enter this amount on the wages line of your tax return.

Box 2. Enter this amount on the federal income tax withheld line of your tax return.

Box 5. This amount may be required to be entered on Form 8959. See Form 1040 instructions to determine if you are required to complete Form 8959.

Box 6. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in Box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

Box 8. This amount is not included in boxes 1, 3, 5, or 7. For information on how to report tips on your tax return, see your Form 1040 instructions.

You must file Form 4137, Social Security and Medicare Tax on Unreported Tip Income, with your income tax return to report at least the allocated tip amount unless you can prove a smaller amount with adequate records. If you have records that show the actual amount of tips you received,

report that amount even if it is more or less than the allocated tips. On Form 4137 you will figure the social security and Medicare tax owed on the allocated tips shown on your Form(s) W-2 that you must report as income and on other tips you did not report to your employer. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

Box 10. This amount is the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5,000 also is included in box 1. Complete Form 2441, Child and Dependent Care Expenses, to compute any taxable and nontaxable amounts.

Box 11. This amount is: (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box should not be used if you had a deferral and a distribution in the same calendar year. If this happens and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131 with the Social Security Administration and give you a copy.

Box 12. The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $17,500 ($12,000 if you only have SIMPLE plans; $20,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $17,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2013, your employer may have allowed an additional deferral of up to $5,500 ($2,500 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferral. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the "Wages, Salaries, Tips, etc." line instructions for Form 1040.

Note. If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

A—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040. See "Other Taxes" in the Form 1040 instructions.
B—Uncollected Medicare tax on tips. Include this tax on Form 1040. See "Other Taxes" in the Form 1040 instructions.
C—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to social security wage base), and 5)
D—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
E—Elective deferrals under a section 403(b) salary reduction agreement
F—Elective deferrals under a section 408(k)(6) salary reduction SEP
G—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan
H—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See "Adjusted Gross Income" in the Form 1040 instructions for how to deduct.

J—Nontaxable sick pay (information only, not included in boxes 1, 3, or 5)
K—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
L—Substantiated employee business expense reimbursements (nontaxable)
M—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See "Other Taxes" in the Form 1040 instructions.
N—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See "Other Taxes" in the Form 1040 instructions.
P—Excludable moving expense reimbursements paid directly to employee (not included in boxes 1, 3, or 5)
Q—Nontaxable combat pay. See the instructions for Form 1040 or Form 1040A for details on reporting this amount.
R—Employer contributions to your Archer MSA. Report on Form 8853, Archer MSAs and Long-Term Care Insurance Contracts.
S—Employee salary reduction contributions under a section 408(p) SIMPLE plan (not included in box 1)
T—Adoption benefits (not included in box 1). Complete Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.
V—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to social security wage base), and 5). See Pub. 525 and instructions for Schedule D (Form 1040) for reporting requirements.
W—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your Health Savings Account. Report on Form 8889, Health Savings Accounts (HSAs).
Y—Deferrals under a section 409A nonqualified deferred compensation plan.
Z—Income under section 409A on a nonqualified deferred compensation plan. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See "Other Taxes" in the Form 1040 instructions.
AA—Designated Roth contributions under a section 401(k) plan.
BB—Designated Roth contributions under a section 403(b) plan.
DD—Cost of employer-sponsored health coverage. The amount reported with Code DD is not taxable.
EE—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
Box 13. If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions that you may deduct.
Box 14. Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable items, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report RRTA compensation, Tier I tax, Tier II tax, Medicare tax and Additional Medicare Tax.
Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement — 2013 — Copy C, for employee's records

| a Control number | | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- | --- |
| 0089-A8902733 | 0000000002-000100 | | | MWAGUSI SOFTWARE LLC | OMB No. 1545-0008 |

| b Employer's identification number | d Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- | --- | --- | --- |
| 27-5034956 | (c)(1) 554 | | | 3845 CEDARBEND DR | 13750.00 | 579.15 |
| | | | | LA CRESCENTA CA 91214 | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 13750.00 | 852.50 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| --- | --- | --- | --- | --- | --- |
| | | | | 13750.00 | 199.38 |
| | | | | 7 Social Security tips | 8 Allocated Tips |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 9 | 10 Dependent care benefits |
| --- | --- | --- | --- | --- |
| | | KEITH YERIAN | | |
| | | 5767 TREASURE LANE | 11 Nonqualified plans | |
| | | GRANT FL 32949 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

---

## Form W-2 Wage and Tax Statement — 2013 — Copy B, to be filed with employee's FEDERAL tax return

| a Control number | | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- | --- |
| 0089-A8902733 | 0000000002-000100 | | | MWAGUSI SOFTWARE LLC | OMB No. 1545-0008 |

| b Employer's identification number | d Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- | --- | --- | --- |
| 27-5034956 | (c)(1) 554 | | | 3845 CEDARBEND DR | 13750.00 | 579.15 |
| | | | | LA CRESCENTA CA 91214 | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | 13750.00 | 852.50 |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| --- | --- | --- | --- | --- | --- |
| | | | | 13750.00 | 199.38 |
| | | | | 7 Social Security tips | 8 Allocated Tips |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 9 | 10 Dependent care benefits |
| --- | --- | --- | --- | --- |
| | | KEITH YERIAN | | |
| | | 5767 TREASURE LANE | 11 Nonqualified plans | |
| | | GRANT FL 32949 | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

---

## Form W-2 Wage and Tax Statement — 2013

| a Control number | | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- | --- | --- | --- |
| | | | X | | OMB No. 1545-0008 |

| b Employer's identification number | d Employee's social security number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| | | | | | 3 Social Security wages | 4 Social Security tax withheld |
| | | | | | | |

| 13 Statutory Employee | Retirement plan | Third-party sick pay | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | 7 Social Security tips | 8 Allocated Tips |

| 12 See Instrs. for Box 12 | 14 Other | e Employee's name, address, and ZIP code | 9 | 10 Dependent care benefits |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | 11 Nonqualified plans | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

MWAGUSI SOFTWARE LLC
7260 W AZURE DR STE 140-862
LAS VEGAS NV 89130

100 Payroll
EE ID: 2

KEITH YERIAN
5767 TREASURE LANE
GRANT FL 32949

*VOID*

*VOID*

**PERSONAL AND CHECK INFORMATION**
Keith Yerian
5767 Treasure Lane
Grant, FL 32949

**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 2
**Home Department:** 100 Payroll

**Pay Period:** 07/01/14 **to** 07/31/14
**Check Date:** 07/25/14   **Check #:** 10060

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4390.00 |
| Chkg 6394 | 2195.00 | 10975.00 |
| **NET PAY** | **2195.00** | **15365.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2500.00 | | 17500.00 |
| | **EARNINGS** | | | 2500.00 | | 17500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 155.00 | | 1085.00 |
| | Medicare | | | 36.25 | | 253.75 |
| | Fed Income Tax | M 2 | | 113.75 | | 796.25 |
| | **TOTAL** | | | 305.00 | | 2135.00 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **2195.00** | **15365.00** |

*Payrolls by Paychex, Inc.*

**0089 A890-2733** Mwagusi Software LLC • 7260 W Azure Dr Ste 140-862 • Las Vegas NV 89130

**KY001603**

Payrolls by Paychex, Inc.

MWAGUSI SOFTWARE LLC
7260 W AZURE DR STE 140-862
LAS VEGAS NV 89130

100 Payroll
EE ID: 2

KEITH YERIAN
5767 TREASURE LANE
GRANT FL 32949



VOID

VOID

VOID

**PERSONAL AND CHECK INFORMATION**
Keith Yerian
5767 Treasure Lane
Grant, FL 32949

**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2
**Home Department:** 100 Payroll

**Pay Period:** 08/01/14 **to** 08/31/14
**Check Date:** 08/25/14    **Check #:** 10062

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4390.00 |
| Chkg 6394 | 2195.00 | 13170.00 |
| **NET PAY** | **2195.00** | **17560.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2500.00 | | 20000.00 |
| | **EARNINGS** | | | 2500.00 | | 20000.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 155.00 | 1240.00 |
| | Medicare | | 36.25 | 290.00 |
| | Fed Income Tax | M 2 | 113.75 | 910.00 |
| | **TOTAL** | | 305.00 | 2440.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2195.00** | **17560.00** |

Payrolls by Paychex, Inc.

0089 A890-2733 Mwagusi Software LLC • 7260 W Azure Dr Ste 140-862 • Las Vegas NV 89130

**KY001604**

MWAGUSI SOFTWARE LLC
7260 W AZURE DR STE 140-862
LAS VEGAS NV  89130

100 Payroll
EE ID: 2

KEITH YERIAN
5767 TREASURE LANE
GRANT FL  32949



VOID

VOID

---

**PERSONAL AND CHECK INFORMATION**
Keith Yerian
5767 Treasure Lane
Grant, FL  32949

**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 2
**Home Department:** 100 Payroll

**Pay Period:** 09/01/14 **to** 09/30/14
**Check Date:** 09/25/14   **Check #:** 10063
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4390.00 |
| Chkg 6394 | 2195.00 | 15365.00 |
| **NET PAY** | **2195.00** | **19755.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 2500.00 | | 22500.00 |
| | **EARNINGS** | | | 2500.00 | | 22500.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 155.00 | 1395.00 |
| | Medicare | | 36.25 | 326.25 |
| | Fed Income Tax | M 2 | 113.75 | 1023.75 |
| | **TOTAL** | | 305.00 | 2745.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2195.00** | **19755.00** |

Payrolls by Paychex, Inc.

0089 A890-2733  Mwagusi Software LLC • 7260 W Azure Dr Ste 140-862 • Las Vegas NV  89130

KY001605

| Support Order & Payment Information | Keith Alan Yerian | | |
|---|---|---|---|
| | | | |

| Support Order Information | | | |
|---|---|---|---|
| Case Number | 7064036499 | | |
| Case Status and Case Type | Open IV-D | | |
| Order Number | | | |
| Order Date | December 02, 2013 | | |
| Other Party Name | Deborah Yerian | | |
| Child(ren) | | | |

| Monthly Support Obligations | Amount | |
|---|---|---|
| Current Child Support | $332.00 | |
| Current Ongoing Medical Costs | $82.00 | |
| Ordered Payment Child Support Arrears | $90.00 | |
| Fee Obligations | $10.08 | |
| Total | $514.08 | |

**Note:** The Current Ongoing Medical Costs can include a cash medical obligation which will charge when insurance is NOT being provided as ordered.

| Health Insurance Obligor | Ordered | Carson | |
|---|---|---|---|
| Deborah Yerian | Dependents | Yerian | |
| Keith Yerian | | Carson Yerian | |

Child Support Contact
Wayne County CSEA
428 W. Liberty Street, Ste 11
Wooster, OH 44691
Phone: 330-287-5600, 800 Number: 800-216-6636
Fax: 330-287-5623

For County websites, hours of operation, etc. Please click link
http://jfs.ohio.gov/county/County_Directory.pdf

KY001606

Payment Information

Overpayment Balance:          $0

Payment Method:?: **Debit Card**

Click here to update payment method or federal tax withholding

Current Benefit Availability

Child Support Deduction
Percentage:                        0%

Federal Tax Withholding:**No**

| Benefit Year Begin Date | Program Category | Effective Begin Date | Effective End Date | WBA | Balance Available | Determination Status |
|---|---|---|---|---|---|---|
| 10/12/2014 | Regular UC | 10/12/2014 | 10/11/2015 | $275 | $3,025 | Active |

click here to view your Claim-Monetary History

Search Weekly Benefit Details

Benefit Year Begin Date:

Program Category:

Week Ending          From:  ___ / ___ / _____  (mm/dd/yyyy)

Current Weekly Benefit
Status:

To:  ___ / ___ / _____  (mm/dd/yyyy)

Weekly Benefit Details

| Select | Benefit Week Ending Date | Benefit Year Begin Date | Program Category | Date Claimed | Gross Amount Payable? for this Week | Net Amount Paid? for this Week | Current Weekly Benefit Status? |
|---|---|---|---|---|---|---|---|
| ○ | 11/22/2014 | 10/12/2014 | Regular UC | 12/03/2014 | $275 | $275 | Payable |
| ○ | 11/15/2014 | 10/12/2014 | Regular UC | 12/03/2014 | $275 | $275 | Payable |
| ○ | 11/08/2014 | 10/12/2014 | Regular UC | 11/13/2014 | $275 | $275 | Payable |
| ○ | 11/01/2014 | 10/12/2014 | Regular UC | 11/13/2014 | $275 | $275 | Payable |
| ○ | 10/25/2014 | 10/12/2014 | Regular UC | 10/29/2014 | $275 | $275 | Payable |
| ○ | 10/18/2014 | 10/12/2014 | Regular UC | 10/29/2014 | $0 | $0 | Waiting Week |

- This section represents the current weekly benefit? status of your request weeks.

**KY001607**

Case 6:17-cv-00459-RBD   Document 16-3   Filed 05/10/17   Page 23 of 40 PageID 2581

KY001608

- Select the Benefit Week and click "View Certification" to view the Request for Benefit Payment correspondence PDF for the request week.
- The information in this section should not be confused with warrants issued, direct deposits, or debit card account deposits. For more information on those transactions, see the Payment History screen.
- This information should not be used for tax filing. Use the form(s)1099G (or 49T if applicable) for tax filing.

# Wells Fargo Way2Save® Savings



Account number: (c)(1) 0493 ■ July 1, 2014 - September 30, 2014 ■ Page 1 of 5

KEITH A YERIAN
5767 TREASURE LN
GRANT FL 32949-8203

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

 IMPORTANT ACCOUNT INFORMATION

---

**Enhancements coming to your transaction descriptions including cash back detail**

Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

---

**Merchant-Issued Debit Cards**

Are you using a merchant-issued debit card to make purchases (i.e., Target® REDcard)? These unique purchasing cards (which typically provide reward points or discounts) are issued by a retailer when you provide them your Wells Fargo checking account and routing numbers.  **There are some very important differences between the merchant-issued purchasing card (not issued by Wells Fargo) and your Wells Fargo-issued debit card.**   When you use a merchant-issued card to make a purchase, the transaction is not immediately sent to Wells Fargo to confirm if your account has available funds. These transactions do not immediately reflect as pending withdrawals nor do they reduce your available balance. Instead, the merchant sends the transaction to Wells Fargo as an automatic payment (ACH) transaction - and this is typically one to three days AFTER you made the purchase. When the purchase amount is sent to Wells Fargo for payment, the transaction will be paid with funds in your account, or if your account has insufficient funds to cover the transaction we may pay the transaction into overdraft (at the bank's discretion), or return it unpaid. If the transaction is paid into overdraft or returned unpaid, you may be assessed an overdraft or returned item fee. If the item is returned, the merchant may also charge a returned item fee and they will more than likely resubmit the transaction which could cause additional fees if there is not enough money in the account. As a result, it is very important for you to keep track of these purchases to avoid overspending.

KY001609

Account number:  (c)(1)  0493  ▪ July 1, 2014 - September 30, 2014  ▪ Page 2 of 5



## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $32.51 |
| Deposits/Additions | 75.00 |
| Withdrawals/Subtractions | - 75.00 |
| **Ending balance on 9/30** | **$32.51** |

Account number:  (c)(1)  0493

**KEITH A YERIAN**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $57.78 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 7/15 | Recurring Transfer From Yerian K Everyday Checking Ref #Open2Ctyvx xxxxxx6394 | 25.00 | | 57.51 |
| 8/15 | Recurring Transfer From Yerian K Everyday Checking Ref #Ope2NC3L3W xxxxxx6394 | 25.00 | | 82.51 |
| 9/15 | Recurring Transfer From Yerian K Everyday Checking Ref #Opetv286Ld xxxxxx6394 | 25.00 | | |
| 9/15 | ※ Online Transfer to Yerian K Everyday Checking xxxxxx6394 Ref #Ibexr3Ghpr on 09/14/14 | | 75.00 | 32.51 |
| **Ending balance on 9/30** | | | | **32.51** |
| **Totals** | | **$75.00** | **$75.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※   *Indicates transactions that count toward Federal Reserve Board Regulation D limits.  Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2014 - 07/31/2014 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $32.51 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $25.00 ☑ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

| Fee period 08/01/2014 - 08/31/2014 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

KY001610



**Monthly service fee summary (continued)**

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $300.00 | $57.51 | ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $25.00 | ☑ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

| Fee period 09/01/2014 - 09/30/2014 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $300.00 | $32.51 | ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $25.00 | ☑ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

---

**Other Wells Fargo Benefits**

**Borrowing options to help you meet your goals**
What if you could reduce your higher interest rate loan payments, be prepared for the unexpected, pay for education costs, or remodel your kitchen? Would you? We can work with you to help you find the borrowing options that may be right for you, including:

- Auto Loans
- Credit Cards
- Home Equity Loans or Lines of Credit
- Personal Loans or Lines of Credit
- Private Student Loans

Learn more today at wellsfargo.com/borrowing.



# ✔ IMPORTANT ACCOUNT INFORMATION

The Wells Fargo Consumer Account Agreement will be updated effective October 29, 2014, and the Terms & Conditions for Wells Fargo Consumer Debit Cards will be updated effective November 15, 2014, to clarify that if you attempt to make a debit card purchase that causes you to exceed your daily purchase limit, we may, in certain circumstances, authorize that debit card transaction provided you have a sufficient balance to cover the purchase. Your daily limits are subject to periodic review and are subject to change based on account history, activity, and other factors. (Not available for certain accounts such as Teen Checking, Opportunity Checking®, and savings accounts.)

For more details, refer to the Consumer Account Agreement Addenda at wellsfargo.com/wfonline/consumer_deposit_acct_fee or contact your local banker.

---

**Excess Activity in a Savings Account**

Account number:  493   ■   July 1, 2014 - September 30, 2014   ■   Page 4 of 5



Regulation D and the Bank limit certain types of withdrawals and transfers from each savings or money market account to a combined total of six (6) per monthly statement period (exceptions to the statement period may apply). The limited items include all transfers and payments through Online Banking (including Mobile and Text Banking) or the telephone (automated and banker-assisted); pre-authorized transfers and withdrawals (including recurring and one time); checks and debit or ATM card purchases; transfers for Overdraft Protection; transfers and payments to Wells Fargo credit cards, lines of credit, and loans; and all wires (whether in person, on the telephone or online).

Except for wire transfers, there are no limits on withdrawals or transfers made in person, at an ATM or Wells Fargo banking location or any types of deposits.

An excess activity fee of $15 is assessed for transactions exceeding the limit and accounts that exceed the limit on more than an occasional basis will be converted to a checking account (or closed). If the withdrawal and transfer limit is reached, we may decline transfers and withdrawals for the remainder of the monthly statement period (exceptions to the statement period may apply) to help you avoid a fee and account conversion or closure.

For additional information, see your Account Agreement, talk with a local banker, or call the number on the top of your statement.

KY001612

Account number:   (c)(1) )493   ■   July 1, 2014 - September 30, 2014   ■   Page 5 of 5



**WELLS FARGO**

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.   $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  **Add** A **and** B **to calculate the subtotal.**   = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  **Subtract** D **from** C **to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.**   = $ _____

---

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).
**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■  **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

**1.** Your name and account number
**2.** The dollar amount of the suspected error
**3.** Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

**KY001613**

# Wells Fargo Everyday Checking

Account number:  (c)(1) 6394   ■   October 16, 2014 - November 17, 2014   ■   Page 1 of 3



KEITH A YERIAN
5767 TREASURE LN
GRANT FL 32949-8203

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Don't forget to notify us of your travel plans to help avoid issues when using your
Wells Fargo cards while traveling. It's easy to notify us of your travel plans online at
wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the
phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/16 | $142.56 |
| Deposits/Additions | 80.00 |
| Withdrawals/Subtractions | - 217.37 |
| **Ending balance on 11/17** | **$5.19** |

Account number:  (c)(1) 6394

**KEITH A YERIAN**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■   Savings -  (c)(1) 0493

KY001614

Account number: (c)(1)  394  ■  October 16, 2014 - November 17, 2014  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/21 | | Check Crd Purchase 10/19 Jong's Produce Sebastian FL 473702xxxxxx3832 004292670424309 ?McC=5499 | | 34.00 | 108.56 |
| 10/24 | | Check Crd Purchase 10/22 New York Hair Sebastian FL 473702xxxxxx3832 384295702510820 ?McC=7230 | | 15.00 | |
| 10/24 | | POS Purchase - 10/24 Mach ID 000000 Winn-Dixie #2 7960 U Micco FL 3832 00464297595140840 ?McC=5411 | | 10.91 | 82.65 |
| 10/27 | | Check Crd Purchase 10/24 Jong's Produce Sebastian FL 473702xxxxxx3832 164297643033614 ?McC=5499 | | 23.63 | |
| 10/27 | | Check Crd Purchase 10/25 Redbox *Dvd Rental Oakbrook Ter IL 473702xxxxxx3832 464298818227613 ?McC=7841 | | 1.61 | |
| 10/27 | | POS Purchase - 10/25 Mach ID 000000 Wal-Mart #1068 Sebastian FL 3832 00000000651653536 ?McC=5411 | | 5.33 | |
| 10/27 | | POS Purchase - 10/27 Mach ID 000000 Winn-Dixie #2 7960 U Micco FL 3832 00304300756827460 ?McC=5411 | | 7.41 | 44.67 |
| 10/28 | | Check Crd Purchase 10/26 Dunkin #310131 Sebastian FL 473702xxxxxx3832 384299707849397 ?McC=5814 | | 7.99 | 36.68 |
| 10/29 | | Check Crd Purchase 10/27 Redbox *Dvd Rental Oakbrook Ter IL 473702xxxxxx3832 464300757541460 ?McC=7841 | | 1.59 | 35.09 |
| 11/6 | | Edeposit IN Branch/Store 11/06/14 04:32:14 Pm 1524 US Hwy 1 Sebastian FL 6394 | 80.00 | | 115.09 |
| 11/10 | | Check Crd Purchase 11/07 Big Romans Pizzeri Micco FL 473702xxxxxx3832 084312063771990 ?McC=5812 | | 20.41 | |
| 11/10 | | Check Crd Purchase 11/08 Jong's Produce Sebastian FL 473702xxxxxx3832 004312795147630 ?McC=5499 | | 31.00 | |
| 11/10 | | Check Crd Purchase 11/09 Sq *Orsinia Enterp Sebastian FL 473702xxxxxx3832 304313707713097 ?McC=5499 | | 8.52 | 55.16 |
| 11/14 | | Check Crd Purchase 11/12 Dunkin #310184 Vero Bch FL 473702xxxxxx3832 584316841872879 ?McC=5814 | | 3.18 | 51.98 |
| 11/17 | | Recurring Transfer to Yerian K Way2Save Savings Ref #Opexrmtrxk xxxxxx0493 | | 25.00 | |
| 11/17 | | Check Crd Purchase 11/15 Autozone #1226 Sebastian FL 473702xxxxxx4798 084319755008956 ?McC=5533 | | 21.79 | 5.19 |
| **Ending balance on 11/17** | | | | | **5.19** |
| **Totals** | | | **$80.00** | **$217.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/16/2014 - 11/17/2014 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $5.19 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 14 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐

RC/RC

KY001615

Account number:  (c)(1)   **394**  ■  October 16, 2014 - November 17, 2014  ■  Page 3 of 3



---

**Worksheet to balance your account**

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance**  on this statement.        $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

+ $ _____

**C**  **Add** **A** **and** **B** **to calculate the subtotal.**        = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

- $ _____

**E**  **Subtract** **D** **from** **C** **to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.**        = $ _____

**General statement policies for Wells Fargo Bank**

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

 Member FDIC.

**KY001616**

# Standard Checking Statement

PNC Bank

**PNC BANK**

Primary account number:   (c)(1)   4229
Page 1 of 1
Number of enclosures:       0

**For the period   10/21/2014  to  11/18/2014**

MR KEITH A YERIAN
5767 TREASURE LN
GRANT FL 32949-8203

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Standard Checking Account Summary

Mr Keith A Yerian

**Account number:**   (c)(1)   4229

**Overdraft Protection**   Provided By:  XXXXXXXXXXXX9432

**Overdraft Coverage**   - Your account is currently   **Opted-Out.**

You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 6.01- | 127.00 | 127.50 | 6.51- |
| | | Average monthly balance | Charges and fees |
| | | 30.24 | 7.00 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description | |
|---|---|---|---|
| 10/21 | 50.00 | Funds Transfer From Acct  (c)(1)  9432 | There were 2 Deposits and Other Additions totaling $127.00. |
| 11/10 | 77.00 | Funds Transfer From Acct  (c)(1)  9432 | |

### Other Deductions

| Date | Amount | Description | |
|---|---|---|---|
| 11/10 | 120.50 | Loan Payment      00000   (c)(1)  432 | There were 2 Other Deductions totaling $127.50. |
| 11/18 | 7.00 | Calculated Service Charge     Type F2 | |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/21 | 43.99 | 11/10 | .49 | 11/18 | 6.51- |

Member FDIC          Equal Housing Lender

 **PNC** *Online Banking*

## Account Activity                                    Tuesday, December 09, 2014

### OD Protection XXXXXXXXXXXX9432
**Balance:  $4,220.78**

### Posted Transactions

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/2014 | Overdraft Advance | $50.00 |
| 11/10/2014 | Overdraft Advance | $77.00 |
| 11/09/2014 | Payment Received - Thank you | $120.50 |
| 10/21/2014 | Overdraft Advance | $50.00 |
| 10/09/2014 | Overdraft Advance | $75.00 |
| 10/09/2014 | Payment Received - Thank you | $117.66 |
| 09/19/2014 | Overdraft Advance | $50.00 |
| 09/10/2014 | Overdraft Advance | $173.00 |
| 09/09/2014 | Overdraft Advance | $77.00 |
| 09/09/2014 | Payment Received - Thank you | $109.87 |
| 08/20/2014 | Overdraft Advance | $50.00 |
| 08/11/2014 | Overdraft Advance | $64.00 |
| 08/09/2014 | Payment Received - Thank you | $107.43 |
| 07/21/2014 | Overdraft Advance | $50.00 |
| 07/09/2014 | Overdraft Advance | $106.00 |

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)

**◆PNC** *Online Banking*

## Account Activity
Tuesday, December 09, 2014

### Home Equity XXXXXXXXXXXX1202
**Balance:  $80,418.69**

## Account Summary

| | |
|---|---|
| **Balance:** | $80,418.69 |
| **Principal Balance** | $68,096.92 |
| **Current Interest Rate** | 7.89 % |
| **Interest Paid Year to Date:** | $0.00 |
| **Interest Paid Last Year:** | $2,069.00 |
| **Original Note Date:** | 09/27/2002 |
| **Maturity Date:** | 10/11/2022 |
| **Last Payment:** | $413.00 09/30/2013 |
| **Next Scheduled Payment:** | $15,814.24 05/11/2013 |

## Additional Information

| | |
|---|---|
| **Nickname:** | None |
| **Type:** | Installment Loans |
| **Address:** | 5767 TREASURE LN GRANT , FL 32949 - 8203 |

## Posted Transactions

| Date | Description | Amount |
|---|---|---|
| *This account has no Posted Transactions* | | |

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)

**KY001619**



**Florida Automobile
Insurance Identification Card**

**Allstate.**
You're in good hands.

Allstate Fire and Casualty Insurance Company

POLICY NUMBER
(e)(1)  267

COMPANY CODE
-09388

EFFECTIVE DATE
11/15/14

[x] PERSONAL INJURY PROTECTION BENEFITS/
PROPERTY DAMAGE LIABILITY

[ ] BODILY INJURY
LIABILITY

**Keith Yerian and Sun Pak
5767 Treasure Ln
Grant FL 32949-8203**

YEAR / MAKE / MODEL
**2008 Smart Fortwo**

VEHICLE ID NUMBER
**WMEEJ31X18K131519**

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**Florida Automobile
Insurance Identification Card**

**Allstate.**
You're in good hands.

Allstate Fire and Casualty Insurance Company

POLICY NUMBER
(e)(1)  267

COMPANY CODE
-09388

EFFECTIVE DATE
11/15/14

[x] PERSONAL INJURY PROTECTION BENEFITS/
PROPERTY DAMAGE LIABILITY

[ ] BODILY INJURY
LIABILITY

**Keith Yerian and Sun Pak
5767 Treasure Ln
Grant FL 32949-8203**

YEAR / MAKE / MODEL
**1998 BMW Z3**

VEHICLE ID NUMBER
**WBSCK9334WLC87296**

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A02739

**STATE OF FLORIDA**

**LIEN SATISFACTION**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WBSCK9334WLC87296 | 1998 | BMW | CV | 3086 | | 116841612 |

Date of Issue 11/12/2014

Registered Owner:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT    FL 32949

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT    FL 32949-8203

**CERTIFICATE OF TITLE**

**STATE OF FLORIDA**

**VOID IF ALTERED**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WBSCK9334WLC87296 | 1998 | BMW | CV | 3086 | | 116841612 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | SIL | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 137864 MILES   11/12/2014 ACTUAL | | | 11/12/2014 |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Registered Owner

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT    FL 32949

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Clyton B. Walden
Clayton Boyd Walden
Director

Control Number   113549946

Terry L. Rhodes
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name _____   Address _____

Seller Must Enter Selling Price _____   Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|__| X |  | (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge that the odometer reading:
[ ] 1. reflects ACTUAL MILEAGE.     [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____   CO-SELLER Must Sign Here: _____
Print Here: _____   Print Here: _____

Selling Dealer's License Number _____   Tax No. _____   Tax Collected: _____
Auction Name _____   License Number _____

PURCHASER Must Sign Here: _____   CO-PURCHASER Must Sign Here: _____
Print Here: _____   Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 10/12)

## MOTOR VEHICLE, BOAT OR OTHER VESSEL FORM

**Name of Debtor(s):** Keith Alan Perian                **Case Number:** _____

**What Is Date & Time of Debtor'(s) First Meeting of Creditors?**
_____ (mm/dd/yyyy) _____ am / pm

**VIN Number:** WBSCK9334WLC87296

**Make and Model of Vehicle, Boat or Other Vessel:** BMW Z3

**Year:** 1998    **Style:** Convertible

**Mileage on Petition Date:** 138557

**Is there a lien on the Vehicle, Boat or Other Vessel?**   X  **YES** _____ **NO**

**If yes, what is the payoff amount?** 7000

**Who is the title holder?** Dean Barker
3290 Kent Rd   Stow OH 44224

### IMPORTANT NOTES

1. Please complete a **separate form** for **each and every** Motor Vehicle, Boat or Other Vessel owned by the Debtor(s).
2. All the required documentation must be received by the Trustee **at least ten (10) days prior to the First Meeting of Creditors.**
3. **Attorneys: No mailing or faxing of documents.** All documents must be uploaded through DocLink™. Please bring the upload receipt to the 341 meeting.
4. **Pro Se Debtors:** Please submit the required documentation to the Trustee via U.S. Mail.

**CHECKLIST OF DOCUMENTS:**
- Copy of the Title Certificate
- Copy of Registration
- Proof of balance owed and payoff amount of lien on Vehicle, Boat or Other Vessel (statement from bank or payment coupon)
- Proof of Insurance
- Upload a Photo of Vehicle (optional)

**By signing this form, I affirm that the facts stated above are true and correct and have been verified by me.**

_____              Dec 9, 2014
Debtor                                 Date

_____              _____
Co-Debtor (if applicable)              Date

KY001622

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION

SECTION 320.0605, Florida Statutes, requires this registration certificate or an official copy or a true copy of a rental or lease agreement issued for the motor vehicle described be in possession of the operator or carried in the vehicle while the vehicle is being used or operated on the highways or streets of this state.

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide for protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat, for children aged 4 through 5 years, a separate carrier or seat belt may be used.

SECTION 627.733, Florida Statutes, requires mandatory Florida No-Fault Insurance to be maintained continuously throughout the entire registration period; failure to maintain the required coverage could result in suspension of your driver license and registration.

Mail To:
**KEITH ALAN YERIAN**
**5767 TREASURE LN**
**GRANT, FL 32949**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: Dept. of Highway Safety, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  19 / 7   T#  811280192
B#  2878515

| PLATE | **CCDW52** | DECAL | **10189758** | Expires | **Midnight Thu 6/25/2015** |
|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YR/MK | **2008/MERZ** | BODY | **2D** | COLOR | **BLU** | Reg. Tax | 51.15 | Class Code | 1 |
| VIN | **WMEEJ31X18K131519** | | | TITLE | **112609386** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **1808** | | | County Fee | 0.50 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | **Y650501552250** | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | **7/15/2014** | Plate Issued | **8/19/2013** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 52.40 | | |

**KEITH ALAN YERIAN**
**5767 TREASURE LN**
**GRANT, FL 32949**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

KY001623

**STATE OF FLORIDA**

**LIEN SATISFACTION**

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A02845

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WMEEJ31X18K131519 | 2008 | MERZ | 2D | 1808 | | 112609386 |

Date of Issue  08/19/2013

Registered Owner:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT   FL 32949

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Mail To:

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT   FL 32949-8203

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.hsmv.state.fl.us/html/titlinf.html

---

**CERTIFICATE OF TITLE**

**VOID IF ALTERED**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WMEEJ31X18K131519 | 2008 | MERZ | 2D | 1808 | | 112609386 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | BLU | | | | PRIVATE | |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

| Odometer Status or Vessel Manufacturer or CH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 91073 MILES   08/19/2013 ACTUAL | | | 08/19/2013 |

Registered Owner

KEITH ALAN YERIAN
5767 TREASURE LN
GRANT   FL 32949

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Clayton B. Walden          Control Number   112085021          Julie Jones
Clayton Boyd Walden                                              Julie L. Jones
Director                                                        Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name _____   Address _____

Seller Must Enter Selling Price _____   Seller Must Enter Date Sold _____

I/We state that the [ ] 5 or [ ] 6 digit odometer now reads | | | | | | | | | | x | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
[ ] 1. reflects ACTUAL MILEAGE.   [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   [ ] 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here _____   CO-SELLER Must Sign Here _____

Print Here _____   Print Here _____

Selling Dealer's License Number _____   Tax No. _____   Tax Collected _____

Auction Name _____   License Number _____

PURCHASER Must Sign Here _____   CO-PURCHASER Must Sign Here _____

Print Here _____   Print Here _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 10/12)          **STATE OF FLORIDA**

KY001624

### MOTOR VEHICLE, BOAT OR OTHER VESSEL FORM

Name of Debtor(s): Keith Alan Yerian                Case Number: _____

**What Is Date & Time of Debtor's(s) First Meeting of Creditors?**
_____ (mm/dd/yyyy) _____ am / pm

VIN Number: WMEEJ31X18K131519

Make and Model of Vehicle, Boat or Other Vessel: Smart ForTwo

Year: 2008      Style: Sedan

Mileage on Petition Date: 98572

Is there a lien on the Vehicle, Boat or Other Vessel?      X  YES  .  ___ NO

If yes, what is the payoff amount? 8500

Who is the title holder? Dean Barker
3290 Kent Rd   Stow OH  44224

### IMPORTANT NOTES

1. Please complete a **separate form** for **each and every** Motor Vehicle, Boat or Other Vessel owned by the Debtor(s).
2. All the required documentation must be received by the Trustee **at least ten (10) days prior to the First Meeting of Creditors.**
3. **Attorneys: No mailing or faxing of documents.** All documents must be uploaded through DocLink™. Please bring the upload receipt to the 341 meeting.
4. **Pro Se Debtors**: Please submit the required documentation to the Trustee via U.S. Mail.

**CHECKLIST OF DOCUMENTS:**
- Copy of the Title Certificate
- Copy of Registration
- Proof of balance owed and payoff amount of lien on Vehicle, Boat or Other Vessel (statement from bank or payment coupon)
- Proof of Insurance
- Upload a Photo of Vehicle (optional)

**By signing this form, I affirm that the facts stated above are true and correct and have been verified by me.**

_____      Dec 9 2014
Debtor                                                        Date

_____      _____
Co-Debtor (if applicable)                           Date

KY001625