# Exhibit Cover Sheet

**Party submitting:** Defendants' **Ex. # 5**

**Admitted: Yes   or   No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court
Middle District of Florida**

**Dated         _____, 2016.**

**By: _____,   Deputy Clerk**

Detail by Entity Name                                                                 Page 1 of 2



## Detail by Entity Name

**Florida Limited Liability Company**
YERIAN PROPERTIES LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000069133 |
| **FEI/EIN Number** | 45-5348049 |
| **Date Filed** | 05/22/2012 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

5767 Treasure Lane
Grant, FL 32949

Changed: 03/23/2013

**Mailing Address**

5767 Treasure Lane
Grant, FL 32949

Changed: 03/23/2013

**Registered Agent Name & Address**

NATIONWIDE CORPORATE SERVICES INC
80 SW 8TH ST
SUITE 2000
MIAMI, FL 33130

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

YERIAN, KEITH A
5767 Treasure Lane
Grant, FL 32949

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2013 | 03/23/2013 |
| 2014 | 04/24/2014 |

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=Entity...   4/22/2015

Trustee's 1

**Document Images**

| | |
|---|---|
| 04/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 05/22/2012 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

**Trustee's 2**