# Exhibit Cover Sheet

**Party submitting:** Defendants'   **Ex. # 6**

**Admitted: Yes   or   No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated            _____, 2016.**

**By:  _____,   Deputy Clerk**

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L12000069133
FILED 8:00 AM
May 22, 2012
Sec. Of State
thampton

## Article I
The name of the Limited Liability Company is:
YERIAN PROPERTIES LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
17878 GALEHOUSE RD
DOYLESTOWN, OH. US  44230

The mailing address of the Limited Liability Company is:
17878 GALEHOUSE RD
DOYLESTOWN, OH. US  44230

## Article III
The purpose for which this Limited Liability Company is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
NATIONWIDE CORPORATE SERVICES INC
80 SW 8TH ST
SUITE 2000
MIAMI, FL.  33130

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   THOMAS V WALKER OBO NATIONWIDE CORPORATE

## Article V

The name and address of managing members/managers are:

   Title:  MGR
   KEITH A YERIAN
   17878 GALEHOUSE RD
   DOYLESTOWN, OH.  44230  US

L12000069133
FILED 8:00 AM
May 22, 2012
Sec. Of State
thampton

Signature of member or an authorized representative of a member

Electronic Signature: THOMAS V WALKER

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

Trustee's 4