# Exhibit Cover Sheet

**Party submitting:** Defendants' **Ex. # 7**

**Admitted: Yes   or   No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court
Middle District of Florida**

**Dated            _____, 2016.**

**By: _____,   Deputy Clerk**

# IRA SERVICES TRUST COMPANY

# INVESTMENT AUTHORIZATION

This form must be used to authorize the purchase of any investment.
Please read the attached instruction sheet on how to complete this form and what documents you will need to submit with this form.

Return by regular mail: PO Box 7080, San Carlos, CA 94070-7080 | Overnight mail: 1160 Industrial Rd, Suite 1, San Carlos, CA 94070-7080
Fax: 650-745-2929 | E-mail: investment@iraservices.com | For inquiries, call: 800-248-8447 or visit www.IRAServices.com

## A. PARTICIPANT IDENTIFICATION

FULL NAME: Keith Alan Yerian
PHONE NO: (330) 760-6941
ACCOUNT NUMBER: 3038

## B. INVESTMENT INSTRUCTIONS

[✓] **EXPEDITED SERVICE:** Check this box if you want this request to be expedited. Please read the attached instruction sheet for information regarding this service. By checking this box you agree to the fees and terms of this expedite service.

[ ] **CHANGE REQUEST:** Check this box if this request is a modification of an original request.

CUSTODIAL USE ONLY

**Asset Name:** Yerian Properties LLC

**Asset Type** (select one):
- ( ) Unsecured promissory note  ( ) Secured promissory note  (●) IRA LLC (private, single-member, family)  ( ) Real estate  ( ) Tax lien  ( ) REIT  ( ) LLC or LP
- ( ) Private placement  ( ) Life settlement  ( ) Precious metals  ( ) Managed futures/foreign currency account  ( ) Private stock  ( ) Hedge fund
- ( ) Publicly traded security  ( ) Certificate of Deposit (CD)  ( ) Brokerage account  ( ) Other: _____

**Contact Information** (all fields must be completed unless otherwise specified):

Investment Sponsor/Managing Partner Name: Keith Alan Yerian
Address: 17878 Galehouse Rd Doylestown OH 44230

Telephone Number: (330) 760-6941
Fax Number (optional):
Email Address: KeithAlanYerian@gmail.com

**Amount to Purchase** (select one):
Please note we will retain enough cash to maintain your minimum required balance, and to cover any investment-related fees or any unpaid fees before sending your requested amount. If there are insufficient funds to cover the minimum balance and/or fees, your request will be put on hold until sufficient funds are available.

(●) Invest exactly $ 120,000.00
( ) Invest all available cash balance less funds on hold, required minimum balance, fees due and transaction fees
   ( ) Optional: Specify amount of cash required in custodial cash account before purchase is made: $_____
   ( ) Optional: If you wish to retain more than the minimum required balance, specify amount to be retained: $_____
( ) Total shares/units/interest to purchase: _____

**When to Purchase** (select one): (●) Purchase one-time only as soon as possible (default option)
   ( ) Purchase beginning on or after (mm/dd/yy): ___/___/___
   Frequency: ( ) one-time ( ) weekly ( ) monthly ( ) quarterly ( ) semi-annually ( ) annually

## C. DOCUMENT REQUIREMENTS   Your request will not be processed if you do not provide the required documents with this form.

Please refer to the attached *INVESTMENT DOCUMENT REQUIREMENTS* document. There may be several documents required to complete your investment transaction. Your investment request must contain all of the required documentation in order to be processed. Please make sure that all supporting documents are completed in full and submitted at the same time with this form. If this is a subsequent investment in an asset that is already held in your account, you are not required to submit any supporting documents. ASSETS MUST BE REGISTERED AS FOLLOWS: IRA SERVICES TRUST COMPANY, CUSTODIAN FBO [YOUR NAME] [ACCOUNT NO.] (TAX ID: 26-2627205)

## D. FUNDING INSTRUCTIONS   Please indicate how funds from your account are to be sent (check or wire) for the purchase of the asset listed above.

( ) Send a CHECK using the following service:
   ( ) Regular Mail
   ( ) Overnight Mail (via FedEx) (overnight delivery fee + cost applies)
* Charge cost of overnight delivery to:
FedEx Account #: _____
If no account # is provided, it will be charged to your IRA account

**Payee Name & Address:**
Payee Name: Yerian Properties LLC
Address: 17878 Galehouse Rd
City/State/Zip: Doylestown / OH / 44230
If sending to a bank, please reference bank name, account # & "c/o" or "Attn to" information.

(●) Send a WIRE. I have completed and attached a *WIRE REQUEST* form. I understand that an outgoing wire fee applies.

## E. ACKNOWLEDGMENT, AUTHORIZATION & PARTICIPANT SIGNATURE

I hereby acknowledge that I am solely responsible for the investment instructions I am making. I hold harmless, protect and indemnify the Custodian and Administrator from and against any and all liabilities, losses, damages, expenses and charges that the Custodian and Administrator may sustain or might sustain resulting directly or indirectly from my investment. I further acknowledge that I am solely responsible for the success or failure of this investment. I hereby authorize the purchase of the asset listed above for my IRA Services Trust Company account.

Participant Signature: [signed]
Date: 07 / 18 / 12

V20120615

KY000004