**Exhibit Cover Sheet**

**Party submitting:** Defendants' **Ex. # 8**

**Admitted: Yes   or   No   (circle one)**

**Debtor:** Keith A. Yerian

**Case No.:** 6:15-bk-01720-KSJ

*Adv. No*.: 6:15-ap-00064-KSJ

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____, 2016.

**By:** _____,   **Deputy Clerk**



# Dana Blickley, CFA
# Property Appraiser
# Brevard County, FL

# Property Details

## General Parcel Information

| Parcel ID: | 29-36-10-KL-01742.0-0025.00 | Millage Code: | 54U0 | Exemption: | | Use Code: | 110 |
|---|---|---|---|---|---|---|---|
| Site Address: | 1381 GIDDINGS ST SW , PALM BAY 32908 | | | | | Tax ID: | 2904150 |

*Site Address is assigned by Brevard County Address Assignment for E-911 purposes and may not reflect the postal community name.*

### Owner Information

| Owner Name: | YERIAN PROPERTIES LLC |
|---|---|
| Second Name: | |
| | |
| Mailing Address: | 5767 TREASURE LANE |
| City, State, Zipcode: | GRANT-VALKARIA, FL 32949 |

### Abbreviated Description

| Plat Book/Page: 0019/0082 | Sub Name: PORT MALABAR UNIT 36 | LOT 25 BLK 1742 |
|---|---|---|

### Value Summary

| Roll Year: | 2012 | 2013 | 2014 |
|---|---|---|---|
| Market Value Total:[1] | $67,840 | $73,740 | $87,720 |
| Agricultural Market Value: | $0 | $0 | $0 |
| Assessed Value Non-School: | $67,840 | $73,740 | $81,110 |
| Assessed Value School: | $67,840 | $73,740 | $87,720 |
| Homestead Exemption:[2] | $0 | $0 | $0 |
| Additional Homestead:[2] | $0 | $0 | $0 |
| Other Exemptions:[2] | $0 | $0 | $0 |
| Taxable Value Non-School:[3] | $67,840 | $73,740 | $81,110 |
| Taxable Value School:[3] | $67,840 | $73,740 | $87,720 |

### Land Information

| Acres: | 0.23 |
|---|---|
| Site Code: | 1 |

1: Market value is established for ad valorem purposes in accordance with s.193.011(1) and (8), Florida Statutes. This value does not represent anticipated selling price for the property.

2: Exemptions are applicable for the year shown and may or may not be applicable if an owner change has occurred.

3: The Additional Homestead exemption does not apply when calculating taxable value for school districts pursuant to Amendment 1.

### Sale Information

| Official Records Book/Page | Sale Date | Sale Amount | Deed Type | Sale Screening Code | Sale Screening Source | Physical Change Code | Vacant/Improved |
|---|---|---|---|---|---|---|---|
| 6624/0211 | 5/30/2012 | $73,000 | WD | 12 | | | I |
| 6591/0923 | 5/1/2012 | $100 | CT | 11 | | | I |
| 5533/6333 | 8/29/2005 | $218,300 | WD | 24 | 03 | | I |
| 5460/7804 | 4/27/2005 | $35,900 | WD | | | | V |
| 5141/3147 | 11/29/2003 | $7,500 | WD | | | | V |
| 2682/2826 | 2/28/1986 | $4,300 | NN | | | | |

*Sale screening and sale screening source codes are for assessment purposes only and have no bearing on potential marketability of the property.*

### Building Information

| PDC # | Use Code | Year Built | Story Height | Frame Code | Exterior Code | Interior Code | Roof Type | Roof Material | Floors Code | Ceiling Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 110 | 2007 | 9 | 03 | 03 | 03 | 02 | 04 | 03 | 03 |

https://www.bcpao.us/asp/Show_parcel.asp?acct=2904150&gen=T&tax=T&bld=T&oth=T...   6/4/2015

Trustee's 5