# Exhibit Cover Sheet

**Party submitting:**   Defendants'   **Ex. # 9**

**Admitted: Yes   or    No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.***: 6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated** _____**, 2016.**

**By:  _____,   Deputy Clerk**

Prepared by and Return to:
Genesis Title Company
Tamara Decelles
1140 Kyle Wood Lane
Brandon, Florida 33511-4731
Our File Number: 0412009

_____For official use by Clerk's office only_____

| STATE OF UTAH | ) | **SPECIAL WARRANTY DEED** |
|---|---|---|
| COUNTY OF SALT LAKE | ) | (Corporate Seller) |
| | ) | |

THIS INDENTURE, made this __30__ day of __May__, 2012, between DLJ Mortgage Capital, Inc., a corporation of the state of Delaware, whose mailing address is: 3815 Southwest Temple Street, Salt Lake City, Utah 84114, party of the first part, and Yerian Properties LLC, a Florida Limited Liability Company, whose mailing address is: 17878 Galehouse Road, Doylestown, OH 44230, party/parties of the second part,

WITNESSETH:

First party, for and in consideration of the sum of Seventy Three Thousand dollars & no cents ($73,000.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, to wit in the County of Brevard, State of Florida:

Lot 25, Block 1742, PORT MALABAR UNIT THIRTY SIX, as per plat thereof, recorded in Plat Book 19, Pages 82 through 94, of the Public Records of Brevard County, Florida

Parcel ID: 2904150

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.
AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.
IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth above.

Signed, sealed and delivered    DLJ Mortgage Capital, Inc.
in the presence of:

Witness signature _____ 05/30/12
Dhari Handy, REO Closer
Print witness name

Witness signature _____ 5/30/12
Renee Vanderlinden, REO Closer
Print witness name

By: _____ 5-30-12
Print Name: DEBRA REILLY, DOC. CONTROL OFFICER
Doc. Control Officer-Select Portfolio Servicing, Inc.
Attorney-in-Fact
3815 SW Temple St., Salt Lake City, UT 84114
(Corporate Seal)

State of Utah
County of Salt Lake

THE FOREGOING INSTRUMENT was acknowledged before me this __30__ day of __May__, 2012, by DEBRA REILLY, DOC. CONTROL OFFICER as Doc. Control Officer of Select Portfolio Servicing, Inc., as Attorney-in-Fact for DLJ Mortgage Capital, Inc., who is personally known to me or who has produced valid driver's license as identification.

Notary Public _____
Print Notary Name Dhari Handy
My Commission Expires: 10/10/2012

Notary Seal

> **DHARI HANDY**
> Notary Public State of Utah
> My Commission Expires on:
> October 10, 2012
> Comm. Number: 576414

DEED - Special Warranty Deed - Corporate