## **Exhibit Cover Sheet**

**Party submitting:** Defendants' **Ex. # 10**

**Admitted: Yes   or   No   (circle one)**

**Debtor: Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated   _____, 2016.**

**By:  _____,   Deputy Clerk**

## CHASE
### Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
MWAGUSI SOFTWARE LLC





**ACCOUNT NUMBER** (c)(1)1281
**TAXPAYERID NUMBER** 27-5034956
**ACCOUNT TYPE** Chase BusinessSelect Checking

**DATE OPENED** 02/21/2011
New Account
**FORM OF BUSINESS** Limited Liability Company
**ISSUED BY** JPMorgan Chase Bank, N.A. (703)
Sunset and Green Valley
AREVIK MUCIKYAN
702-451-0157

**BUSINESS ADDRESS**
7260 W AZURE DR STE 140-862

LAS VEGAS, NV 89130-4413

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 2011011958523 | secreatry of state | 02/16/2011 | 02/21/2011 |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | TAXPAYERID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| JOHN MCLEOD | 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 | Manager Managed | 2/21/11 | [signature] |

Rev (12/08)



JPMorgan Chase Mortgage Department.pdf

JPMORGAN000369

Trustee's 919