# Exhibit Cover Sheet

**Party submitting:** Defendants' **Ex. # 12**

**Admitted: Yes   or   No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated            _____, 2016.**

**By:  _____,   Deputy Clerk**

## SETTLEMENT AGREEMENT
## AND GENERAL RELEASE

This Settlement Agreement and General Release is made and entered into by, among and between Deborah W. Yerian and ETC Computers, Inc. (hereinafter collectively "Plaintiffs") and Keith Yerian, Sun Yo Pak, John McLeod, Robert Messner and Mwagusi Software, LLC (hereinafter collectively "Defendants"), and the parties' respective heirs, administrators, executors, subsidiaries, divisions, affiliated corporations/companies, officers, directors, employees, attorneys, representatives, agents, shareholders (in their capacity as such), predecessors, successors and assigns, collectively referred to as "Parties" for the purpose and with reference to the following facts:

**I.  BACKGROUND.**

A.  Plaintiffs have filed a Complaint and Defendants have filed Counterclaims in the Wayne County Common Pleas Court captioned, *ETC Computers, Inc., et al. v. Keith Alan Yerian, et al.*, Case No. 11-CV-0720 arising from disputes among the Parties related to the Parties' business conduct with respect to the property and clients of ETC Computers, Inc. (collectively, the Complaint and Counterclaims shall be referred to herein as the "Litigation").

B.  The undersigned Parties desire to make a full, complete and final settlement of any and all claims relating to the Litigation without further arbitral, judicial or administrative resolution of the claims. Now without admitting liability, but intending to be legally bound and in consideration of mutual promises contained herein, and for other good and valuable consideration, the undersigned parties agree as follows:

1.  Defendants will pay to Deborah W. Yerian the sum of $12,000.00 by January 17, 2014, payable to "Critchfield, Critchfield & Johnston, Ltd." and sent to Critchfield, Critchfield & Johnston, Ltd., P.O. Box 599, Wooster, Ohio 44691. Starting on February 1, 2014, monthly payments of $1,000.00 per month will be due at the same address on the first day of each month (with a 5-day grace period)

1

KY001525

for 7 months (a total of $7,000.00). John McLeod hereby personally guarantees payment of said $7,000.00. Further, Defendants will pay court costs for the Litigation, and for six months (until June 17, 2014) Deborah W. Yerian agrees to refrain from filing any motions to modify any current domestic relations orders in the Wayne County Court of Common Pleas.

2. In consideration of the payment and promises outlined in Paragraph 1 above, the Parties waive, release and give up any and all claims and rights that they may have against each other that were or could have been brought in the Litigation in Case No. 11-CV-0720 in Wayne County Common Pleas Court.

3. It is expressly agreed that upon full execution of this Agreement, the undersigned Parties, shall within seven (7) days dismiss all claims in the Litigation with prejudice, and per Paragraph 1, Defendants will pay court costs

4. The Parties make no admission of liability for entering into this Agreement and agree that these are doubtful and disputed claims.

5. The Parties to this Agreement acknowledge, agree and represent that they have been and were advised to consult with an attorney of their choice and at their own expense before signing the Agreement. It is expressly acknowledged and understood that the parties have carefully read and fully understand all of the provisions of this Agreement.

6. It is expressly understood that with the exception of court costs, each Party will pay their own expenses and attorney fees.

7. The undersigned Parties further state that each is not relying and has not relied on any representation or statement made by the others with respect to the facts involved in the controversies or with regard to their rights or asserted rights. Each Party hereby assumes the risk of all mistakes of fact with regard to said controversies and with regard to all facts which are now relating thereto.

8. The Parties agree to cooperate fully with each other in connection with any steps required to fulfill their obligations under this Agreement.

9. This Agreement shall be construed in accordance with the law of the state of Ohio.

10. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original with respect to any party whose signature appears thereon and all of which shall together constitute one in the same instrument.

11. This Agreement sets forth the entire agreement of the Parties, supersedes and extinguishes any and all prior statements, agreements, representations or misunderstandings by or among the Parties to this Agreement and may not be modified or amended except in writing, executed by all of the parties. If any

individual provision in this Agreement shall be deemed to be unenforceable for any reason whatsoever, then the remaining provisions shall remain in full force and effect.

Deborah W. Yerian, ETC Computers, Inc., Keith Yerian, Sun Yo Pak, John McLeod, Robert Messner and Mwagusi Software, LLC have executed this Settlement Agreement and General Release on the dates indicated below.

Date 11/Feb 2014

_____
Deborah W. Yerian

ETC COMPUTERS, INC.

Date 11/Feb 2014

By _____
Deborah W. Yerian, its Authorized Representative

Date Jan 11th, 2014

_____
Keith Alan Yerian

Date Jan 11th, 2014

_____
Sun Yo Pak

Date _____

_____
John McLeod

Date _____

_____
Robert Messner

MWAGUSI SOFTWARE, LLC

Date _____

By _____
John McLeod, its Authorized Representative

4820-8265-2951, v. 1

KY001527

Settlement Agreement and General Release
Page 3 of 3

individual provision in this Agreement shall be deemed to be unenforceable for any reason whatsoever, then the remaining provisions shall remain in full force and effect.

Deborah W. Yerian, ETC Computers, Inc., Keith Yerian, Sun Yo Pak, John McLeod, Robert Messner and Mwagusi Software, LLC have executed this Settlement Agreement and General Release on the dates indicated below.

Date _____

 Deborah W. Yerian

 ETC COMPUTERS, INC.

Date _____

By_____
 Deborah W. Yerian, its Authorized Representative

Date _____

 Keith A. Yerian

Date _____

 Sun Yo Pak

Date  1/6/2014

 [signature] John McLeod

Date _____

 Robert Messner

 MWAGUSI SOFTWARE, LLC

Date  1/6/2014

By [signature]
 John McLeod, its Authorized Representative

4820-8265-2951, v. 1

3

KY001528

individual provision in this Agreement shall be deemed to be unenforceable for any reason whatsoever, then the remaining provisions shall remain in full force and effect.

Deborah W. Yerian, ETC Computers, Inc., Keith Yerian, Sun Yo Pak, John McLeod, Robert Messner and Mwagusi Software, LLC have executed this Settlement Agreement and General Release on the dates indicated below.

Date _____                 _____
                                              Deborah W. Yerian

                                              ETC COMPUTERS, INC.

Date _____                 By_____
                                              Deborah W. Yerian, its Authorized
                                              Representative

Date _____                 _____
                                              Keith A. Yerian

Date _____                 _____
                                              Sun Yo Pak

Date _____                 _____
                                              John McLeod

Date  1/20/2014                               */s/ Robert W. Messner*
                                              Robert Messner

                                              MWAGUSI SOFTWARE, LLC

Date _____                 By_____
                                              John McLeod, its Authorized
                                              Representative

4820-8265-2951, v. 1

3

KY001529