# Exhibit Cover Sheet

**Party submitting:** Defendants' **Ex. # 15**

**Admitted: Yes   or   No  (circle one)**

**Debtor: Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.***: 6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court
Middle District of Florida**

**Dated             _____, 2016.**

**By: _____,   Deputy Clerk**

경기도 평택시 동삭동 151-8
(법률회관)
[별지 제33호서식]

공증인가 법무법인 한마음

(전화) 031-657-9090
(팩스) 031-657-9092

등부 2012년   제 2801 호

# 인 증 서

SP000813

# 확 인 서

본인은 2006. 12. 26.부터 2008. 10. 23.까지
딸 (PAK SUN YO) 및
사위(KEITH ALAN YERIAN)
에게 별지 내역과 같이 총금132,000,000원정을 송금한
사실이 있습니다.

    2012. 9. 20.

확인인   황 춘 식 
평택시 현덕면 인광리 산122-1
영흥아파트 나-106

SP000814

등부 2012 년    제 2801호

# 인 증

위 확인서----------------------------------------------------------- 에 대하여

확인인 황춘식의 대리인 김윤나는---------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

본 공증인의 면전에서 위 사서증서의 기명날인 이 본인의 것임을 확인하였다.----

본 공증인은 위 촉탁인이 제시한--------- 주민등록증----------------------

에 의하여 그 사람이 틀림없음을 인정하였다.-------------------------------

위 증서의 7번째줄에는 정1자 되었다.-------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

2012년 07월 20일   이 사무소에서 위 인증한다.

| | | |
|---|---|---|
| 공증사무소명칭 | 공증인가 | 법무법인 한마음 |
| 소 속 | | 수원지방검찰청 |
| 소재지표시 | | 경기도 평택시 동삭동 151-8 (법률회관) |
| 공증인 | 공증담당변호사 | (서명) |

SP000815

Address:  Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8
(Law Office)
(Enclosed Document Type 33)

Name of Law Firm:  Han Ma Eum                                      (tel) 031-657-9090
                                                                                                  (fax) 031-657-9092

Registration Year 2012     Number 2801

# Certificate of Authentication

**SP000816**

(Law Office)
(Enclosed Document Type 35)

Name of Law Firm: Han Ma Eum                                     (tel) 031-657-9090
                                                                  (fax) 031-657-9092

Registration Year 2012    Number 2801

# Confirmation

In regards to this certification of confirmation above--------------------------------------------------------
the confirmer named Hwang, Choon Suk's legal representative Kim, Yoon Na------------------------
----------------------------------------------------------------------------------------------------------------------

was sworn to and subscribed before me and verified as the same person who produced
National Identification Card as identification.
The line 7 of this confirmation is numeral 1

Date of Verification from this Law Office: July 20, 2012

Name of Law Firm:  Han Ma Eum
Affiliated With:  Suwon District Public Prosecution Office
Location:  Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8 (Law Office)
Notarization Person:  Notary Lawyer in Charge     Oh, Sae Hyuk//signed//sealed//

**SP000817**

## Confirmation Document

I, the undersigned affirmed that from December 26, 2006 to October 23, 2008 as stated in the accompanying paper, wire transferred my daughter (PAK SUN YO) and Son-in-Law (KEITH ALAN YERIAN) the total of W132,000,000.

//sealed//July ~~(September)~~ 20, 2012//sealed//

Confirming Person:  Hwang, Choon Sik//sealed//
Address: Pyong Taek-Si, Hyun Duk-Myon, In Kwang-Ri 122-1
Young Heung Apt Na-106

//sealed//

**SP000818**