## Exhibit Cover Sheet

**Party
submitting:    Defendants' Ex. # 16**


**Admitted: Yes   or    No  (circle one)**


**Debtor:  Keith A. Yerian**


**Case No.: 6:15-bk-01720-KSJ**


*Adv. No.***: 6:15-ap-00064-KSJ**


**Nature of Hearing/Docket No: Trial on Amended Complaint
(Adv. Pro. Doc. No. 55) & Trustee's Objection to Property
Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court
Middle District of Florida**

**Dated            _____, 2016.**

**By:  _____,   Deputy Clerk**

**October 1, 2008 - October 31, 2008**
Account Number:   (c)(1)-8472
Account Type:   **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**Go Mobile Now With E*TRADE Mobile Pro.**
**Streaming** real-time quotes
**Easy** stock & options trading
**Live** watch lists & portfolios
**Quick** cash transfers
**DOWNLOAD FOR FREE** at
***www.etrade.com/mobile*** from your
BlackBerry® smartphone.

**IMPORTANT INFORMATION:**

**Invest in Bonds for Income &
Diversification.** Our upgraded Bond
Center and low, simplified fixed-income
pricing make it easy. Visit
***www.etrade.com/bonds***.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230

## Account At A Glance



**$50,000.00**

|   As of 09/30/08   |   As of 10/31/08   |
|---|---|

**Net Change:**                                    **$50,000.00**

Securities products and services are offered by E*TRADE Securities LLC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

---

▲ DETACH HERE                                                    DETACH HERE ▲



KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230

**Use This Deposit Slip**      **Acct:** (c)(1) ·8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC.  These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

## General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE 355**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** October 1, 2008 - October 31, 2008 | **Account Type:** JOINT |

**Customer Update:**

**New! Retirement** *QuickPlan.*
4 Steps. 10 Minutes. A Real Plan.
Try it today!
Visit *www.etrade.com/quickplan.*

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | September 30, 2008 |
| Beginning Account Value (On 09/30/08): | $       0.00 |
| Ending Account Value (On 10/31/08): | $  50,000.00 |
| Net Change: | $  50,000.00 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 10/31/08)



100.00% - Cash & Equivalents

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/08 | AS OF 09/30/08 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $   50,000.00 | $       0.00 | - - |
| **Total Cash/Margin Debt** | **$   50,000.00** | **$       0.00** | **- -** |
| **Net Account Value** | **$   50,000.00** | **$       0.00** | **- -** |

E✴TRADE Clearing LLC (ETC), member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through E✴TRADE Securities
or as a result of transactions we process for your account. Any inquiry regarding positions and
balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account
or the activity therein should be directed to E✴TRADE Securities LLC at 800-ETRADE-1. Please report
promptly any inaccuracy or discrepancy in your account to both E✴TRADE Securities LLC and
E✴TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect
your rights, including rights under the Securities Investor Protection Act (SIPA).

E✴TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3  SP000049

# E✱TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** October 1, 2008 - October 31, 2008 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| | | |



## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/08)



**100.00%  - CASH EQUIV**

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE** 355 PageID
Investment Account

**Account Number** (c)(1)-8472        **Statement Period :** October 1, 2008 - October 31, 2008        **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 50,000.00 | | |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 50,000.00 | 100.00 | |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| **TOTAL CASH & CASH EQUIVALENTS** | **$0.00** | **$50,000.00** | **100.00%** | |
|---|---|---|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/08)** | | **50,000.00** | | |

## TRANSACTION HISTORY

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/30/08 | | ADVOCAT INC | AVCA | Bought | 100 | 3.1300 | 322.99 | |
| 10/30/08 | | CPI CORP | CPY | Bought | 300 | 5.9196 | 1,785.87 | |
| 10/30/08 | | ***GSI GROUP INC | GSIG | Bought | 400 | 1.6500 | 669.99 | |
| 10/30/08 | | ***GSI GROUP INC | GSIG | Bought | 600 | 1.6485 | 989.10 | |
| 10/30/08 | | IDEARC INC | IAR | Bought | 1,000 | 0.3787 | 388.69 | |
| 10/30/08 | | IDEARC INC | IAR | Bought | 1,000 | 0.3500 | 359.99 | |
| 10/30/08 | | IDEARC INC | IAR | Bought | 1,000 | 0.3500 | 359.99 | |
| 10/30/08 | | MANITEX INTERNATIONAL INC | MNTX | Bought | 1,000 | 1.6300 | 1,639.99 | |
| 10/30/08 | | NEENAH PAPER INC | NP | Bought | 100 | 7.8000 | 789.99 | |
| 10/30/08 | | NATIONAL DENTEX CORP | NADX | Bought | 500 | 4.7399 | 2,379.94 | |
| 10/30/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 1,000 | 1.0000 | 1,009.99 | |
| 10/30/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 1,000 | 0.8600 | 869.99 | |
| 10/31/08 | | BARE ESCENTUALS INC | BARE | Bought | 100 | 4.2200 | 431.99 | |
| 10/31/08 | | BARE ESCENTUALS INC | BARE | Bought | 200 | 4.7366 | 957.31 | |
| 10/31/08 | | BARE ESCENTUALS INC | BARE | Bought | 200 | 4.5000 | 909.99 | |
| 10/31/08 | | BARE ESCENTUALS INC | BARE | Bought | 300 | 4.2000 | 1,269.99 | |
| 10/31/08 | | GEOKINETICS INC NEW | GOK | Bought | 100 | 6.5500 | 664.99 | |
| 10/31/08 | | GEOKINETICS INC NEW | GOK | Bought | 100 | 6.2900 | 638.99 | |
| 10/31/08 | | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 500 | 0.8772 | 448.59 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5        **SP000051**

# E✳TRADE FINANCIAL
Trading • Investing • Banking

**E✳TRADE** 355 PageID 2719
**Investment Account**

| Account Number: (c)(1)-8472 | Statement Period : October 1, 2008 - October 31, 2008 | Account Type: JOINT |
|---|---|---|

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/31/08 | | POLYPORE INTERNATIONAL INC | PPO | Bought | 500 | 7.8040 | 3,911.99 | |
| 10/31/08 | | RITE AID CORP | RAD | Bought | 100 | 0.4900 | 58.99 | |
| 10/31/08 | | SUN MICROSYSTEMS INC COM NEW | JAVA | Bought | 100 | 4.5900 | 468.99 | |
| 10/31/08 | | TOWN SPORTS INTL HLDGS INC | CLUB | Bought | 200 | 2.4883 | 507.65 | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 10/24/08 | Wire | INWIRE-20081024D1B74Q1C001941 REFID:20081024D1B74Q1C001941; | | 50,000.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$50,000.00** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( **0.1500**% APY/**0.0000**%APY Earned as of 10/31/08)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✳TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **10/01/08** | | **OPENING BALANCE** | **$0.00** |
| 10/27/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 50,000.00 |
| **10/31/08** | | **CLOSING BALANCE** | **$50,000.00** |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 of 9

SP000052

November 1, 2008 - November 30, 2008
Account Number:       (c)(1) -8472
Account Type:        **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**Enhanced Retirement** *QuickPlan*
**from E*TRADE Securities.**
4 Steps. 10 Minutes. A Real Plan.
Get started now.
Visit *www.etrade.com/quickplan*.



**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Invest in Bonds for Income & Diversification.**
Our upgraded Bond Center and low,
simplified fixed-income pricing make it easy.
Visit *www.etrade.com/bonds*.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$50,000.00

$44,041.32

**As of 10/31/08**          **As of 11/30/08**

Securities products and services are offered by E*TRADE
Securities LLC. Sweep Deposit Account is a bank deposit
account with E*TRADE Bank, a Federal savings bank,
Member FDIC.  IRA, Keogh and certain other retirement
sweep deposit accounts at each bank are FDIC-insured
up to a maximum of $250,000; other types of accounts are
FDIC-insured up to a maximum of $100,000.  Securities
products and cash balances other than Sweep Deposit
Account funds are not FDIC-insured, or ███████anteed
deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the
principal invested.

**Net Change:**                              **$-5,958.68**

---

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



**E*TRADE**
**FINANCIAL**
Banking · Investing · Trading

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT WILL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

---

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E✳TRADE**
**F I N A N C I A L**
Trading  •  Investing  •  Banking

**E✳TRADE** 355 
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :**  November 1, 2008 - November 30, 2008          **Account Type:**  JOINT

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | October 31, 2008 |
| Beginning Account Value (On 10/31/08): | $   50,000.00 |
| Ending Account Value (On 11/30/08): | $   44,041.32 |
| Net Change: | $    -5,958.68 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/08)



15.31% - Cash & Equivalents

84.69% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 11/30/08 | AS OF 10/31/08 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $   6,743.24 | $   50,000.00 | -86.51% |
| **Total Cash/Margin Debt** | **$   6,743.24** | **$   50,000.00** | **-86.51%** |
| Stocks, Options & ETF (Long) | $   37,298.08 | $   0.00 | - - |
| **Total Value of Securities** | **$   37,298.08** | **$   0.00** | **- -** |
| **Net Account Value** | **$   44,041.32** | **$   50,000.00** | **-11.92%** |

E✳TRADE Clearing LLC (ETC), member NYSE / FINRA / SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E✳TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account or the activity therein should be directed to E✳TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E✳TRADE Securities LLC and E✳TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**E✱TRADE FINANCIAL**
Trading • Investing • Banking

**E✱TRADE**
Investment Account

**Account Number:** (c)(1) 8472     **Statement Period :** November 1, 2008 - November 30, 2008     **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -55,774.02 | $ -55,774.02 |
| Securities Sold | $ 12,515.10 | $ 12,515.10 |
| Interest Received | | |
| Taxable | $ 2.16 | $ 2.16 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/08)



- 3.38% - GOK
- 4.29% - UYG
- 5.12% - PPO
- 5.51% - NADX
- 8.57% - BARE
- 9.63% - OMN
- 12.56% - VMI
- 15.31% - CASH EQUIV
- 16.89% - ZINC
- 18.74% - OTHER

SP000056

# E✲TRADE
## FINANCIAL
Trading • Investing • Banking

**E✲TRADE 355**
**Investment Account**

| **Account Number:** (c)(1)8472 | **Statement Period :** November 1, 2008 - November 30, 2008 | **Account Type:** JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (15.31% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 50,000.00 | 6,743.24 | | 21,723.66 |
| Extended Insurance Sweep Deposit Account Total | 50,000.00 | 6,743.24 | 15.31 | 21,723.66 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| **TOTAL CASH & CASH EQUIVALENTS** | **$50,000.00** | **$6,743.24** | **15.31%** | |
|---|---|---|---|---|

| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$2.16** | | | |
|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (84.69% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC | GSIG | Cash | 1,000 | 1.0700 | 1,070.00 | 2.43 | | |
| IDEARC INC | IDAR | Cash | 3,000 | 0.1200 | 360.00 | 0.82 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 1,000 | 1.2400 | 1,240.00 | 2.82 | | |
| OMNOVA SOLUTIONS INC | OMN | Cash | 2,000 | 1.0600 | 2,120.00 | 4.81 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 500 | 0.4800 | 240.00 | 0.54 | | |
| RITE AID CORP | RAD | Cash | 100 | 0.5200 | 52.00 | 0.12 | | |
| ADVOCAT INC | AVCA | Margin | 100 | 2.5800 | 258.00 | 0.59 | | |
| ATRICURE INC | ATRC | Margin | 200 | 2.4704 | 494.08 | 1.12 | | |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 4.7200 | 3,776.00 | 8.57 | | |
| CPI CORP | CPY | Margin | 300 | 1.0900 | 327.00 | 0.74 | 192.00 | 58.72% |
| GEOKINETICS INC NEW | GOK | Margin | 400 | 3.7200 | 1,488.00 | 3.38 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 2,400 | 3.1000 | 7,440.00 | 16.89 | | |
| IDEARC INC | IDAR | Margin | 7,000 | 0.1200 | 840.00 | 1.91 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 100 | 1.2400 | 124.00 | 0.28 | | |
| MANITOWOC CO INC | MTW | Margin | 100 | 7.8800 | 788.00 | 1.79 | 8.00 | 1.02% |
| NATIONAL DENTEX CORP | NADX | Margin | 500 | 4.8500 | 2,425.00 | 5.51 | | |
| NEENAH PAPER INC | NP | Margin | 100 | 8.1800 | 818.00 | 1.86 | 40.00 | 4.89% |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 10

SP000057

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** November 1, 2008 - November 30, 2008 | | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| OMNOVA SOLUTIONS INC | OMN | Margin | 2,000 | 1.0600 | 2,120.00 | 4.81 | | |
| POLYPORE INTERNATIONAL INC | PPO | Margin | 500 | 4.5100 | 2,255.00 | 5.12 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 500 | 0.4800 | 240.00 | 0.54 | | |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 300 | 6.3000 | 1,890.00 | 4.29 | 119.00 | 6.30% |
| RITE AID CORP | RAD | Margin | 1,000 | 0.5200 | 520.00 | 1.18 | | |
| SUN MICROSYSTEMS INC COM NEW | JAVA | Margin | 100 | 3.1700 | 317.00 | 0.72 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 2.8300 | 566.00 | 1.29 | | |
| VALMONT INDUSTRIES INC | VMI | Margin | 100 | 55.3000 | 5,530.00 | 12.56 | 52.00 | 0.94% |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$37,298.08** | **84.69%** | **$411.00** | **1.10%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/08)** | | | | | **$44,041.32** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$411.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/30/08 14:00 | 11/04/08 | ADVOCAT INC | AVCA | Bought | 100 | 3.1300 | 322.99 | |
| 10/30/08 14:54 | 11/04/08 | CPI CORP | CPY | Bought | 300 | 5.9196 | 1,785.87 | |
| 10/30/08 12:23 | 11/04/08 | ***GSI GROUP INC | GSIG | Bought | 400 | 1.6500 | 669.99 | |
| 10/30/08 12:23 | 11/04/08 | ***GSI GROUP INC | GSIG | Bought | 600 | 1.6485 | 989.10 | |
| 10/30/08 12:52 | 11/04/08 | IDEARC INC | IAR | Bought | 1,000 | 0.3787 | 388.69 | |
| 10/30/08 13:22 | 11/04/08 | IDEARC INC | IAR | Bought | 1,000 | 0.3500 | 359.99 | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6                SP000058

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE**
Investment Account

| Account Number: (c)(1)8472 | Statement Period : November 1, 2008 - November 30, 2008 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/30/08 15:20 | 11/04/08 | IDEARC INC | IAR | Bought | 1,000 | 0.3500 | 359.99 | |
| 10/30/08 13:00 | 11/04/08 | MANITEX INTERNATIONAL INC | MNTX | Bought | 1,000 | 1.6300 | 1,639.99 | |
| 10/30/08 13:46 | 11/04/08 | NEENAH PAPER INC | NP | Bought | 100 | 7.8000 | 789.99 | |
| 10/30/08 12:19 | 11/04/08 | NATIONAL DENTEX CORP | NADX | Bought | 500 | 4.7399 | 2,379.94 | |
| 10/30/08 10:53 | 11/04/08 | OMNOVA SOLUTIONS INC | OMN | Bought | 1,000 | 1.0000 | 1,009.99 | |
| 10/30/08 13:18 | 11/04/08 | OMNOVA SOLUTIONS INC | OMN | Bought | 1,000 | 0.8600 | 869.99 | |
| 10/31/08 15:59 | 11/05/08 | BARE ESCENTUALS INC | BARE | Bought | 100 | 4.2200 | 431.99 | |
| 10/31/08 13:57 | 11/05/08 | BARE ESCENTUALS INC | BARE | Bought | 200 | 4.7366 | 957.31 | |
| 10/31/08 15:27 | 11/05/08 | BARE ESCENTUALS INC | BARE | Bought | 200 | 4.5000 | 909.99 | |
| 10/31/08 15:50 | 11/05/08 | BARE ESCENTUALS INC | BARE | Bought | 300 | 4.2000 | 1,269.99 | |
| 10/31/08 15:33 | 11/05/08 | GEOKINETICS INC NEW | GOK | Bought | 100 | 6.5500 | 664.99 | |
| 10/31/08 15:55 | 11/05/08 | GEOKINETICS INC NEW | GOK | Bought | 100 | 6.2900 | 638.99 | |
| 10/31/08 13:28 | 11/05/08 | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 500 | 0.8772 | 448.59 | |
| 10/31/08 09:32 | 11/05/08 | POLYPORE INTERNATIONAL INC | PPO | Bought | 500 | 7.8040 | 3,911.99 | |
| 10/31/08 11:12 | 11/05/08 | RITE AID CORP | RAD | Bought | 100 | 0.4900 | 58.99 | |
| 10/31/08 11:53 | 11/05/08 | SUN MICROSYSTEMS INC COM NEW | JAVA | Bought | 100 | 4.5900 | 468.99 | |
| 10/31/08 15:20 | 11/05/08 | TOWN SPORTS INTL HLDGS INC | CLUB | Bought | 200 | 2.4883 | 507.65 | |
| 11/03/08 11:37 | 11/06/08 | ATRICURE INC | ATRC | Bought | 200 | 3.9760 | 805.19 | |
| 11/03/08 12:12 | 11/06/08 | ***AEGON NV NY REGISTRY SHS | AEG | Bought | 300 | 4.0300 | 1,218.99 | |
| 11/03/08 09:43 | 11/06/08 | HORSEHEAD HOLDING CORP | ZINC | Bought | 100 | 3.5149 | 361.48 | |
| 11/03/08 10:30 | 11/06/08 | HORSEHEAD HOLDING CORP | ZINC | Bought | 300 | 3.4999 | 1,059.96 | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 of 10

SP000059

# E✳TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

**E✳TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** November 1, 2008 - November 30, 2008 | **Account Type:** JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/03/08 10:51 | 11/06/08 | MANITOWOC CO INC | MTW | Bought | 100 | 10.0999 | 1,019.98 | |
| 11/03/08 10:19 | 11/06/08 | VALMONT INDUSTRIES INC | VMI | Bought | 100 | 54.0000 | 5,409.99 | |
| 11/04/08 12:51 | 11/07/08 | ***AEGON NV NY REGISTRY SHS | AEG | Sold | -100 | 4.9517 | | 495.16 |
| 11/04/08 12:51 | 11/07/08 | ***AEGON NV NY REGISTRY SHS | AEG | Sold | -200 | 4.9500 | | 980.00 |
| 11/04/08 09:30 | 11/07/08 | APPLE INC | AAPL | Bought | 100 | 109.9883 | 11,008.82 | |
| 11/04/08 13:19 | 11/07/08 | APPLE INC | AAPL | Sold | -100 | 110.5000 | | 11,039.94 |
| 11/04/08 09:31 | 11/07/08 | HORSEHEAD HOLDING CORP | ZINC | Bought | 1,000 | 3.5952 | 3,605.19 | |
| 11/06/08 09:49 | 11/12/08 | HORSEHEAD HOLDING CORP | ZINC | Bought | 1,000 | 3.1096 | 3,119.59 | |
| 11/06/08 13:55 | 11/12/08 | GEOKINETICS INC NEW | GOK | Bought | 200 | 3.8398 | 777.95 | |
| 11/06/08 13:52 | 11/12/08 | RITE AID CORP | RAD | Bought | 1,000 | 0.4500 | 459.99 | |
| 11/10/08 15:58 | 11/14/08 | PROSHARES ULTRA FINANCIALS ETF | UYG | Bought | 300 | 7.8000 | 2,349.99 | |
| 11/13/08 15:59 | 11/18/08 | MANITEX INTERNATIONAL INC | MNTX | Bought | 100 | 1.2600 | 135.99 | |
| 11/14/08 09:53 | 11/19/08 | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 500 | 0.5299 | 274.94 | |
| 11/14/08 09:51 | 11/19/08 | OMNOVA SOLUTIONS INC | OMN | Bought | 2,000 | 0.9100 | 1,829.99 | |
| 11/20/08 14:45 | 11/25/08 | IDEARC INC | IAR | Bought | 7,000 | 0.0700 | 499.99 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$55,774.02** | **$12,515.10** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/25/08 | | CPI CORP | CPY | Bought | 300 | 1.2500 | 384.99 | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8   SP000060

**E✳TRADE FINANCIAL**
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| Account Number: (c) 8472 | Statement Period : November 1, 2008 - November 30, 2008 | Account Type: JOINT |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 11/26/08 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 2.16 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$2.16** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$2.16** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 11/07/08 | Adjustment | TFR CASH TO MARGIN | 726.94 | |
| 11/07/08 | Adjustment | TFR CASH TO MARGIN | | 726.94 |
| 11/10/08 | Adjustment | TFR MARGIN TO CASH | | 726.94 |
| 11/10/08 | Adjustment | TFR MARGIN TO CASH | 726.94 | |
| 11/12/08 | Adjustment | TFR CASH TO MARGIN | 1,237.94 | |
| 11/12/08 | Adjustment | TFR CASH TO MARGIN | | 1,237.94 |
| 11/14/08 | Adjustment | TFR CASH TO MARGIN | 2,349.99 | |
| 11/14/08 | Adjustment | TFR CASH TO MARGIN | | 2,349.99 |
| 11/18/08 | Adjustment | TFR CASH TO MARGIN | 135.99 | |
| 11/18/08 | Adjustment | TFR CASH TO MARGIN | | 135.99 |
| 11/19/08 | Adjustment | TFR CASH TO MARGIN | 2,104.93 | |
| 11/19/08 | Adjustment | TFR CASH TO MARGIN | | 2,104.93 |
| 11/25/08 | Adjustment | TFR CASH TO MARGIN | 499.99 | |
| 11/25/08 | Adjustment | TFR CASH TO MARGIN | | 499.99 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/07/08 | ATRICURE INC SYSTEMATIC JOURNAL | ATRC | Journal | -200 | | | |

# E✲TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✲TRADE 355**
**Investment Account**

| Account Number: (c)(l) 8472 | Statement Period : November 1, 2008 - November 30, 2008 | Account Type: JOINT |
|---|---|---|

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/07/08 | ADVOCAT INC SYSTEMATIC JOURNAL | AVCA | Journal | -100 | | | |
| 11/07/08 | BARE ESCENTUALS INC SYSTEMATIC JOURNAL | BARE | Journal | -800 | | | |
| 11/07/08 | CPI CORP SYSTEMATIC JOURNAL | CPY | Journal | -300 | | | |
| 11/07/08 | GEOKINETICS INC NEW SYSTEMATIC JOURNAL | GOK | Journal | -200 | | | |
| 11/07/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | -400 | | | |
| 11/07/08 | MANITOWOC CO INC SYSTEMATIC JOURNAL | MTW | Journal | -100 | | | |
| 11/07/08 | NEENAH PAPER INC SYSTEMATIC JOURNAL | NP | Journal | -100 | | | |
| 11/07/08 | NATIONAL DENTEX CORP SYSTEMATIC JOURNAL | NADX | Journal | -500 | | | |
| 11/07/08 | POLYPORE INTERNATIONAL INC SYSTEMATIC JOURNAL | PPO | Journal | -500 | | | |
| 11/07/08 | SUN MICROSYSTEMS INC COM NEW SYSTEMATIC JOURNAL | JAVA | Journal | -100 | | | |
| 11/07/08 | TOWN SPORTS INTL HLDGS INC SYSTEMATIC JOURNAL | CLUB | Journal | -200 | | | |
| 11/07/08 | VALMONT INDUSTRIES INC SYSTEMATIC JOURNAL | VMI | Journal | -100 | | | |
| 11/07/08 | ATRICURE INC SYSTEMATIC JOURNAL | ATRC | Journal | 200 | | | |
| 11/07/08 | ADVOCAT INC SYSTEMATIC JOURNAL | AVCA | Journal | 100 | | | |
| 11/07/08 | BARE ESCENTUALS INC SYSTEMATIC JOURNAL | BARE | Journal | 800 | | | |
| 11/07/08 | CPI CORP SYSTEMATIC JOURNAL | CPY | Journal | 300 | | | |
| 11/07/08 | GEOKINETICS INC NEW SYSTEMATIC JOURNAL | GOK | Journal | 200 | | | |
| 11/07/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | 400 | | | |
| 11/07/08 | MANITOWOC CO INC SYSTEMATIC JOURNAL | MTW | Journal | 100 | | | |
| 11/07/08 | NEENAH PAPER INC SYSTEMATIC JOURNAL | NP | Journal | 100 | | | |

E✲TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 17 OF 19   SP000062

# E✱TRADE
# FINANCIAL

Trading • Investing • Banking

**E✱TRADE 355 PageID 2730**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** November 1, 2008 - November 30, 2008 | | **Account Type:** JOINT |

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/07/08 | NATIONAL DENTEX CORP SYSTEMATIC JOURNAL | NADX | Journal | 500 | | | |
| 11/07/08 | POLYPORE INTERNATIONAL INC SYSTEMATIC JOURNAL | PPO | Journal | 500 | | | |
| 11/07/08 | SUN MICROSYSTEMS INC COM NEW SYSTEMATIC JOURNAL | JAVA | Journal | 100 | | | |
| 11/07/08 | TOWN SPORTS INTL HLDGS INC SYSTEMATIC JOURNAL | CLUB | Journal | 200 | | | |
| 11/07/08 | VALMONT INDUSTRIES INC SYSTEMATIC JOURNAL | VMI | Journal | 100 | | | |
| 11/10/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | -1,000 | | | |
| 11/10/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | 1,000 | | | |
| 11/13/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | -1,000 | | | |
| 11/13/08 | HORSEHEAD HOLDING CORP SYSTEMATIC JOURNAL | ZINC | Journal | 1,000 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.1210**%APY Earned as of  11/30/08)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **11/01/08** | | **OPENING BALANCE** | **$50,000.00** |
| 11/04/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -11,566.52 |
| 11/05/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -10,269.47 |
| 11/06/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -9,875.59 |
| 11/07/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -13,865.79 |
| 11/10/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 11,766.88 |
| 11/12/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -4,357.53 |
| 11/14/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,349.99 |
| 11/18/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -135.99 |
| 11/19/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,104.93 |
| 11/25/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -499.99 |
| 11/28/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2.16 |
| **11/30/08** | | **CLOSING BALANCE** | **$6,743.24** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1   SP000063

**December 1, 2008 - December 31, 2008**
Account Number:     -8472
Account Type:     **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

### Customer Update:
### Tax Season is approaching.
Your tax documents will be available by
January 31, 2009. Questions? Go to
*www.etrade.com/taxcenter* for more
information.

**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Enhanced Retirement QuickPlan from
E*TRADE Securities.**
4 Steps. 10 minutes. A Real Plan.
Get started now.
*www.etrade.com/quickplan*

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

### Account At A Glance



**$44,041.32**          **$51,926.69**

As of 11/30/08          As of 12/31/08

Securities products and services are offered by **E*TRADE
Securities LLC. Sweep Deposit Account is a bank deposit
account with E*TRADE Bank, a Federal savings bank,
Member FDIC. IRA, Keogh and certain other retirement
sweep deposit accounts at each bank are FDIC-insured
up to a maximum of $250,000; other types of accounts are
FDIC-insured up to a maximum of $100,000. Securities
products and cash balances other than Sweep Deposit
Account funds are not FDIC-insured, are not guaranteed
deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the
principal invested.**

| Net Change: | $7,885.37 |
|---|---|

---



**E*TRADE FINANCIAL**
Banking · Investing · Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

| Use This Deposit Slip | Acct: (c)(1)-8472 |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT WILL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
Investment Account

**E*TRADE FINANCIAL**
Trading • Investing • Banking

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

**General Information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking



**E✳TRADE** 355 PageID 2733
**Investment Account**

**Account Number:** (c)(1) 8472     **Statement Period :** December 1, 2008 - December 31, 2008     **Account Type:** JOINT

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | November 30, 2008 |

| | | |
|---|---|---|
| Beginning Account Value (On 11/30/08): | $ | 44,041.32 |
| Ending Account Value (On 12/31/08): | $ | 51,926.69 |
| Net Change: | $ | 7,885.37 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/08)

0.44% - Cash & Equivalents



99.56% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/08 | | AS OF 11/30/08 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 228.29 | $ | 6,743.24 | -96.61% |
| **Total Cash/Margin Debt** | $ | **228.29** | $ | **6,743.24** | **-96.61%** |
| Stocks, Options & ETF (Long) | $ | 51,698.40 | $ | 37,298.08 | 38.61% |
| **Total Value of Securities** | $ | **51,698.40** | $ | **37,298.08** | **38.61%** |
| **Net Account Value** | $ | **51,926.69** | $ | **44,041.32** | **17.90%** |

E✳TRADE Clearing LLC (ETC), member NYSE / FINRA / SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E✳TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account or the activity therein should be directed to E✳TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E✳TRADE Securities LLC and E✳TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE**
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -13,248.45 | $ -69,022.47 |
| Securities Sold | $ 6,156.47 | $ 18,671.57 |
| Interest Received | | |
| Taxable | $ 0.17 | $ 2.33 |
| Dividends Received | | |
| Taxable | $ 67.37 | $ 67.37 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/08)



- 3.48% - UYG
- 4.17% - MNTX
- 4.38% - NADX
- 5.24% - OMN
- 7.28% - PPO
- 8.06% - BARE
- 10.78% - CPY
- 13.22% - GSIG
- 21.66% - OTHER
- 21.72% - ZINC

**Customer Update:**

### The Pain-Free IRA

No fees. No minimums[1]. No hassles.

Visit **www.etrade.com/painfreeIRA**

**PLEASE READ THE IMPORTANT DISCLAIMER BELOW**
[1] There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations.  If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E✳TRADE Bank and E✳TRADE Securities brokerage accounts are $25,000 or more.  Other fees may apply.  May be subject to change. Please visit etrade.com/nofeeIRA for details.

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c) 9-8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.44% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E✳TRADE Bank | 6,743.24 | 228.29 | | 4,226.69 |
| **Extended Insurance Sweep Deposit Account Total** | **6,743.24** | **228.29** | **0.44** | **4,226.69** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✳TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$6,743.24** | **$228.29** | **0.44%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$2.33** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.56% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC | GSIG | Cash | 1,000 | 0.5722 | 572.20 | 1.10 | | |
| IDEARC INC | IDAR | Cash | | 0.0850 | 0.00 | 0.00 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 1,000 | 1.0300 | 1,030.00 | 1.98 | | |
| OMNOVA SOLUTIONS INC | OMN | Cash | 2,000 | 0.6799 | 1,359.80 | 2.62 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 500 | 0.5000 | 250.00 | 0.48 | | |
| RITE AID CORP | RAD | Cash | 100 | 0.3100 | 31.00 | 0.06 | | |
| ADVOCAT INC | AVCA | Margin | 100 | 2.9500 | 295.00 | 0.57 | | |
| ADVANCED MICRO DEVICES INC | AMD | Margin | 100 | 2.1600 | 216.00 | 0.42 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 400 | 2.1300 | 852.00 | 1.64 | | |
| ATRICURE INC | ATRC | Margin | 400 | 2.2200 | 888.00 | 1.71 | | |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | 1,790 | 0.1600 | 286.40 | 0.55 | | |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 5.2300 | 4,184.00 | 8.06 | | |
| CPI CORP | CPY | Margin | 1,600 | 3.5000 | 5,600.00 | 10.78 | 1,024.00 | 18.29% |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 0.5200 | 260.00 | 0.50 | | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 13

SP000068

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE**
Investment Account

---

| Account Number (c)(1) 8472 | Statement Period : December 1, 2008 - December 31, 2008 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Margin | 500 | 0.7300 | 365.00 | 0.70 | | |
| FANNIE MAE (FEDERAL NATL MTG ASSN) | FNM | Margin | 500 | 0.7600 | 380.00 | 0.73 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.4200 | 242.00 | 0.47 | | |
| ***GSI GROUP INC | GSIG | Margin | 11,000 | 0.5722 | 6,294.20 | 12.12 | | |
| GEOKINETICS INC NEW | GOK | Margin | 400 | 2.4700 | 988.00 | 1.90 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 2,400 | 4.7000 | 11,280.00 | 21.72 | | |
| IDEARC INC | IDAR | Margin | 7,000 | 0.0850 | 595.00 | 1.15 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 100 | 2.6000 | 260.00 | 0.50 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 1,100 | 1.0300 | 1,133.00 | 2.18 | | |
| MANITOWOC CO INC | MTW | Margin | 100 | 8.6600 | 866.00 | 1.67 | 8.00 | 0.92% |
| NATIONAL DENTEX CORP | NADX | Margin | 500 | 4.5500 | 2,275.00 | 4.38 | | |
| NEENAH PAPER INC | NP | Margin | 100 | 8.8400 | 884.00 | 1.70 | 40.00 | 4.52% |
| NOBLE INTERNATIONAL LTD | NOBL | Margin | 1,500 | 0.4400 | 660.00 | 1.27 | | |
| OMNOVA SOLUTIONS INC | OMN | Margin | 2,000 | 0.6799 | 1,359.80 | 2.62 | | |
| POLYONE CORP | POL | Margin | 300 | 3.1500 | 945.00 | 1.82 | | |
| POLYPORE INTERNATIONAL INC | PPO | Margin | 500 | 7.5600 | 3,780.00 | 7.28 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 500 | 0.5000 | 250.00 | 0.48 | | |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 300 | 6.0300 | 1,809.00 | 3.48 | 29.00 | 1.60% |
| RITE AID CORP | RAD | Margin | 1,000 | 0.3100 | 310.00 | 0.60 | | |
| SLM CORPORATION | SLM | Margin | 20 | 8.9000 | 178.00 | 0.34 | | |
| SUN MICROSYSTEMS INC COM NEW | JAVA | Margin | 100 | 3.8200 | 382.00 | 0.74 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6   SP000069

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Securities
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 3.1900 | 638.00 | 1.23 | | |
| VALMONT INDUSTRIES INC | VMI | Margin | | 61.3600 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$51,698.40** | **99.56%** | **$1,101.00** | **2.13%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/08)** | | | | | **$51,926.69** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,101.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/25/08 10:36 | 12/01/08 | CPI CORP | CPY | Bought | 300 | 1.2500 | 384.99 | |
| 12/04/08 10:26 | 12/09/08 | ***GSI GROUP INC | GSIG | Bought | 1,000 | 0.7400 | 749.99 | |
| 12/04/08 14:45 | 12/09/08 | POLYONE CORP | POL | Bought | 300 | 2.5500 | 774.99 | |
| 12/05/08 15:49 | 12/10/08 | ADVANCED MICRO DEVICES INC | AMD | Bought | 100 | 2.1600 | 216.00 | |
| 12/05/08 15:39 | 12/10/08 | CPI CORP | CPY | Bought | 1,000 | 1.0700 | 1,079.99 | |
| 12/05/08 15:34 | 12/10/08 | FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Bought | 200 | 0.8460 | 179.20 | |
| 12/05/08 15:34 | 12/10/08 | FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Bought | 300 | 0.8460 | 253.80 | |
| 12/05/08 15:35 | 12/10/08 | FANNIE MAE (FEDERAL NATL MTG ASSN) | FNM | Bought | 500 | 0.8556 | 437.79 | |
| 12/05/08 15:11 | 12/10/08 | FLOW INTERNATIONAL CORP | FLOW | Bought | 100 | 1.3800 | 147.99 | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 **SP000070**

**E✴TRADE FINANCIAL**

Trading • Investing • Banking

**E✴TRADE**
Investment Account

| Account Number: (c)(1)-8472 | Statement Period : December 1, 2008 - December 31, 2008 | Account Type:  JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/05/08 14:48 | 12/10/08 | LIZ CLAIBORNE INC | LIZ | Bought | 100 | 2.8190 | 291.89 | |
| 12/05/08 15:57 | 12/10/08 | MANITEX INTERNATIONAL INC | MNTX | Bought | 1,000 | 0.8700 | 879.99 | |
| 12/05/08 15:38 | 12/10/08 | SLM CORPORATION | SLM | Bought | 20 | 7.4300 | 158.59 | |
| 12/08/08 13:37 | 12/11/08 | ATRICURE INC | ATRC | Bought | 200 | 2.1800 | 445.99 | |
| 12/09/08 13:08 | 12/12/08 | VALMONT INDUSTRIES INC | VMI | Sold | -100 | 59.0200 | | 5,891.97 |
| 12/10/08 12:46 | 12/15/08 | ANIMAL HEALTH INTERNATIONAL INC | AHII | Bought | 400 | 1.3699 | 557.95 | |
| 12/10/08 11:35 | 12/15/08 | ***GSI GROUP INC | GSIG | Bought | 5,000 | 0.4800 | 2,409.99 | |
| 12/10/08 12:31 | 12/15/08 | NOBLE INTERNATIONAL LTD | NOBL | Bought | 500 | 0.6099 | 314.94 | |
| 12/12/08 10:48 | 12/17/08 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Bought | 1,790 | 0.2800 | 511.19 | |
| 12/12/08 12:43 | 12/17/08 | ***GSI GROUP INC | GSIG | Bought | 5,000 | 0.5600 | 2,809.99 | |
| 12/19/08 15:58 | 12/24/08 | CASUAL MALE RETAIL GROUP INC | CMRG | Bought | 500 | 0.4500 | 234.99 | |
| 12/22/08 12:18 | 12/26/08 | IDEARC INC | IDAR | Sold | -3,000 | 0.0915 | | 264.50 |
| 12/26/08 12:52 | 12/31/08 | NOBLE INTERNATIONAL LTD | NOBL | Bought | 100 | 0.3983 | 49.82 | |
| 12/26/08 12:52 | 12/31/08 | NOBLE INTERNATIONAL LTD | NOBL | Bought | 900 | 0.3982 | 358.38 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$13,248.45** | **$6,156.47** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/29/08 | | ADVANCED MICRO DEVICES INC | AMD | Bought | 500 | 2.1099 | 1,064.94 | |
| 12/29/08 | | GEOKINETICS INC NEW | GOK | Bought | 900 | 2.3800 | 2,151.99 | |
| 12/29/08 | | LIZ CLAIBORNE INC | LIZ | Bought | 150 | 2.1283 | 329.24 | |
| 12/29/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 6,000 | 0.7800 | 4,689.99 | |
| 12/30/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 2,500 | 0.7099 | 1,784.74 | |
| 12/30/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 2,500 | 0.6200 | 1,559.99 | |
| 12/31/08 | | NATIONAL DENTEX CORP | NADX | Bought | 500 | 4.5499 | 2,284.94 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8     SP000071

# E✱TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE 355 PageID**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/31/08 | | OMNOVA SOLUTIONS INC | OMN | Bought | 5,000 | 0.6491 | 3,255.74 | |
| 12/31/08 | | SUN MICROSYSTEMS INC COM NEW | JAVA | Bought | 200 | 3.8197 | 773.93 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/01/08 | Dividend | CPI CORP CASH DIV  ON   300 SHS REC 11/24/08 PAY 12/01/08 | CPY | | 48.00 |
| 12/02/08 | Dividend | NEENAH PAPER INC CASH DIV  ON   100 SHS REC 11/07/08 PAY 12/02/08 | NP | | 10.00 |
| 12/11/08 | Dividend | MANITOWOC CO INC CASH DIV  ON   100 SHS REC 12/01/08 PAY 12/11/08 | MTW | | 2.00 |
| 12/26/08 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.17 |
| 12/30/08 | Dividend | PROSHARES ULTRA FINANCIALS ETF CASH DIV  ON   300 SHS REC 12/26/08 PAY 12/30/08 NON-QUALIFIED DIVIDEND | UYG | | 7.37 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$67.54** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$67.54** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/01/08 | Adjustment | TFR CASH TO MARGIN | 384.99 | |
| 12/01/08 | Adjustment | TFR CASH TO MARGIN | | 384.99 |
| 12/02/08 | Adjustment | TFR MARGIN TO CASH | | 48.00 |
| 12/02/08 | Adjustment | TFR MARGIN TO CASH | 48.00 | |
| 12/03/08 | Adjustment | TFR MARGIN TO CASH | | 10.00 |
| 12/03/08 | Adjustment | TFR MARGIN TO CASH | 10.00 | |
| 12/09/08 | Adjustment | TFR CASH TO MARGIN | | 1,524.98 |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5        SP000072

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 12/09/08 | Adjustment | TFR CASH TO MARGIN | | 1,524.98 |
| 12/10/08 | Adjustment | TFR CASH TO MARGIN | 3,645.24 | |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1     SP000073

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Securities LLC**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** December 1, 2008 - December 31, 2008 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1   SP000074

# E*TRADE FINANCIAL

Trading • Investing • Banking

**E*TRADE** Securities
**Investment Account**

| Account Number (c)(1)-8472 | Statement Period : December 1, 2008 - December 31, 2008 | Account Type: JOINT |
|---|---|---|

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Promotion | NEW ACCOUNT PROMOTION 100_FREE_TRADES_Q1_05 | | 9.99 |
| 12/10/08 | Adjustment | TFR CASH TO MARGIN | | 3,645.24 |
| 12/11/08 | Adjustment | TFR CASH TO MARGIN | 445.99 | |
| 12/11/08 | Adjustment | TFR CASH TO MARGIN | | 445.99 |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE  SP000075

# E✳TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

**Account Number** (c)(1) -8472        **Statement Period :**  December 1, 2008 - December 31, 2008        **Account Type:**  JOINT

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/12/08 | Adjustment | TFR MARGIN TO CASH | | 5,893.97 |
| 12/12/08 | Adjustment | TFR MARGIN TO CASH | 5,893.97 | |
| 12/15/08 | Adjustment | TFR CASH TO MARGIN | 3,282.88 | |
| 12/15/08 | Adjustment | TFR CASH TO MARGIN | | 3,282.88 |
| 12/17/08 | Adjustment | TFR CASH TO MARGIN | 3,321.18 | |
| 12/17/08 | Adjustment | TFR CASH TO MARGIN | | 3,321.18 |
| 12/24/08 | Adjustment | TFR CASH TO MARGIN | 234.99 | |
| 12/24/08 | Adjustment | TFR CASH TO MARGIN | | 234.99 |
| 12/31/08 | Adjustment | TFR CASH TO MARGIN | 400.83 | |
| 12/31/08 | Adjustment | TFR CASH TO MARGIN | | 400.83 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$509.49** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0489**%APY Earned as of  12/31/08)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✳TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **12/01/08** | | **OPENING BALANCE** | **$6,743.24** |
| 12/01/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -384.99 |
| 12/02/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 48.00 |
| 12/03/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 10.00 |
| 12/09/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,524.98 |
| 12/10/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,645.24 |
| 12/11/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 63.50 |
| 12/12/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 5,893.97 |
| 12/15/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,282.88 |
| 12/17/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,321.18 |
| 12/24/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -234.99 |
| 12/26/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 264.50 |
| 12/29/08 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.17 |
| 12/31/08 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -400.83 |
| **12/31/08** | | **CLOSING BALANCE** | **$228.29** |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 **SP000076**

January 1, 2009 - January 31, 2009
**Account Number:** (c)(1) 8472
**Account Type:** **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**Tax Questions?** Go to
*www.etrade.com/taxcenter*
for more information.

*E*TRADE Securities*
*Investment Account*



**IMPORTANT INFORMATION:**

**Make your 2008 IRA Contribution.**
Visit *www.etrade.com/contribute*

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

**Account At A Glance**



$51,926.69 — As of 12/31/08
$74,669.26 — As of 01/31/09

| Net Change: | $22,742.57 |

Securities products and services are offered by **E*TRADE Securities LLC.** Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not ▇▇▇▇anteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

---

*E*TRADE FINANCIAL*
*Banking · Investing · Trading*

▲ DETACH HERE                                                          DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

| **Use This Deposit Slip** | **Acct** (c)(1) ·8472 |

Make checks payable to E*TRADE Clearing LLC.

**Please do not send cash**

| | **Dollars** | **Cents** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**SP000077**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection.  (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers.  ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E*TRADE FINANCIAL**
**Trading • Investing • Banking**

---

## General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

# E✴TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✴TRADE**
**Investment Account**

| | |
|---|---|
| Account Number _____-8472 | Account Type:  JOINT |
| Statement Period :  January 1, 2009 - January 31, 2009 | |

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2008 |
| Beginning Account Value (On 12/31/08): | $        51,926.69 |
| Ending Account Value (On 01/31/09): | $        74,669.26 |
| Net Change: | $        22,742.57 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 01/31/09)



**100.00% - Stocks, Options & ETF (Long)**

### ACCOUNT VALUE SUMMARY

| | AS OF 01/31/09 | AS OF 12/31/08 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $        0.00 | $        228.29 | -100.00% |
| Margin Balance | $   -26,306.14 | $        0.00 | - - |
| **Total Cash/Margin Debt** | $   -26,306.14 | $        228.29 | - - |
| Stocks, Options & ETF (Long) | $   100,975.40 | $     51,698.40 | 95.32% |
| **Total Value of Securities** | $   **100,975.40** | $     **51,698.40** | **95.32%** |
| **Net Account Value** | $     **74,669.26** | $     **51,926.69** | **43.80%** |

E*TRADE Clearing LLC (ETC), member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E*TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account or the activity therein should be directed to E*TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC and E*TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3   SP000079

**E✳TRADE FINANCIAL**
Trading • Investing • Banking

E✳TRADE
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** January 1, 2009 - January 31, 2009 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -61,370.98 | $ -61,370.98 |
| Securities Sold | $ 14,908.74 | $ 14,908.74 |
| Margin Interest | $ -72.19 | $ -72.19 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/09)



3.15% - PLAB
3.27% - MTW
3.86% - NADX
4.24% - GOK
6.93% - MNTX
8.88% - CPY
9.41% - ZINC
10.81% - GSIG
18.02% - OMN
31.42% - OTHER

**Customer Update:**

### The Pain-Free IRA

No fees. No minimums[1]. No hassles.

Visit *www.etrade.com/painfreeIRA*

**PLEASE READ THE IMPORTANT DISCLAIMER BELOW**
[1] There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations.  If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E*TRADE Bank and E*TRADE Securities brokerage accounts are $25,000 or more.  Other fees may apply.  May be subject to change. Please visit etrade.com/nofeeIRA for details.

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 9    SP000080

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE** 355
**Investment Account**

**Account Number** (c)(1) -8472          **Statement Period :** January 1, 2009 - January 31, 2009          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E✳TRADE Bank | 228.29 | 0.00 | | 4,226.69 |
| **Extended Insurance Sweep Deposit Account Total** | **228.29** | **0.00** | **0.00** | **4,226.69** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✳TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| **TOTAL CASH & CASH EQUIVALENTS** | **$228.29** | **$0.00** | **0.00%** | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 600 | 2.1900 | 1,314.00 | 1.30 | | |
| ADVOCAT INC | AVCA | Margin | 100 | 2.6600 | 266.00 | 0.26 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 400 | 1.5600 | 624.00 | 0.62 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 200 | 4.9200 | 984.00 | 0.97 | | |
| ATLAS PIPELINE PARTNERS L P UNIT LTD PARTNERSHIP INT | APL | Margin | 400 | 7.5000 | 3,000.00 | 2.97 | 608.00 | 20.27% |
| ATRICURE INC | ATRC | Margin | 400 | 1.3500 | 540.00 | 0.53 | | |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | 7,790 | 0.2600 | 2,025.40 | 2.01 | | |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 3.6300 | 2,904.00 | 2.88 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 0.3800 | 190.00 | 0.19 | | |
| CPI CORP | CPY | Margin | 1,300 | 6.9000 | 8,970.00 | 8.88 | 832.00 | 9.28% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 4.5900 | 459.00 | 0.45 | | |
| FANNIE MAE (FEDERAL NATL MTG ASSN) | FNM | Margin | 500 | 0.6000 | 300.00 | 0.30 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 1.5500 | 155.00 | 0.15 | | |

# E✴TRADE
## F I N A N C I A L
Trading • Investing • Banking

**E✴TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| Account Number (c)(1) -8472 | Statement Period : January 1, 2009 - January 31, 2009 | Account Type: JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Margin | 500 | 0.5900 | 295.00 | 0.29 | | |
| GEOKINETICS INC NEW | GOK | Margin | 1,300 | 3.2900 | 4,277.00 | 4.24 | | |
| ***GSI GROUP INC | GSIG | Cash | 12,000 | 0.9100 | 10,920.00 | 10.81 | | |
| ***GSI GROUP INC | GSIG | Margin | | 0.9100 | 0.00 | 0.00 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 2,400 | 3.9600 | 9,504.00 | 9.41 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 1,000 | 2.8800 | 2,880.00 | 2.85 | 40.00 | 1.39% |
| IDEARC INC | IDAR | Margin | 7,000 | 0.0650 | 455.00 | 0.45 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 2.2000 | 1,100.00 | 1.09 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 6,600 | 1.0600 | 6,996.00 | 6.93 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | | 1.0600 | 0.00 | 0.00 | | |
| MANITOWOC CO INC | MTW | Margin | 600 | 5.5000 | 3,300.00 | 3.27 | 48.00 | 1.45% |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 3.9000 | 3,900.00 | 3.86 | | |
| NEENAH PAPER INC | NP | Margin | 100 | 6.7300 | 673.00 | 0.67 | 40.00 | 5.94% |
| NOBLE INTERNATIONAL LTD | NOBL | Margin | 3,200 | 0.3300 | 1,056.00 | 1.05 | | |
| OFFICEMAX INCORPORATED | OMX | Margin | 500 | 5.5100 | 2,755.00 | 2.73 | | |
| OMNOVA SOLUTIONS INC | OMN | Cash | 20,000 | 0.9100 | 18,200.00 | 18.02 | | |
| OMNOVA SOLUTIONS INC | OMN | Margin | | 0.9100 | 0.00 | 0.00 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 5.1300 | 2,565.00 | 2.54 | | |
| PHOTRONICS INC | PLAB | Margin | 2,000 | 1.5900 | 3,180.00 | 3.15 | | |
| POLYONE CORP | POL | Margin | 300 | 2.0500 | 615.00 | 0.61 | | |
| POLYPORE INTERNATIONAL INC | PPO | Margin | | 6.9200 | 0.00 | 0.00 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 2,000 | 0.4500 | 900.00 | 0.89 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 0.4500 | 900.00 | 0.89 | | |

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE** *Securities*
**Investment Account**

| | | |
|---|---|---|
| Account Number: (c)(1) 8472 | Statement Period : January 1, 2009 - January 31, 2009 | Account Type:  JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 800 | 3.2400 | 2,592.00 | 2.57 | 78.00 | 3.01% |
| RITE AID CORP | RAD | Cash | 1,100 | 0.2800 | 308.00 | 0.31 | | |
| RITE AID CORP | RAD | Margin | | 0.2800 | 0.00 | 0.00 | | |
| SLM CORPORATION | SLM | Margin | 20 | 11.4500 | 229.00 | 0.23 | | |
| SUN MICROSYSTEMS INC COM NEW | JAVA | Margin | 300 | 4.1600 | 1,248.00 | 1.24 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 1.9800 | 396.00 | 0.39 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$100,975.40** | **100.00%** | **$1,646.00** | **1.63%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/09)** | | | | | **$74,669.26** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,646.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/29/08 15:55 | 01/02/09 | ADVANCED MICRO DEVICES INC | AMD | Bought | 500 | 2.1099 | 1,064.94 | |
| 12/29/08 13:19 | 01/02/09 | GEOKINETICS INC NEW | GOK | Bought | 900 | 2.3800 | 2,151.99 | |
| 12/29/08 13:22 | 01/02/09 | LIZ CLAIBORNE INC | LIZ | Bought | 150 | 2.1283 | 329.24 | |
| 12/29/08 13:11 | 01/02/09 | OMNOVA SOLUTIONS INC | OMN | Bought | 6,000 | 0.7800 | 4,689.99 | |
| 12/30/08 15:52 | 01/05/09 | OMNOVA SOLUTIONS INC AS OF 12/30/08 | OMN | Bought | 2,500 | 0.6200 | 1,559.99 | |
| 12/30/08 11:51 | 01/05/09 | OMNOVA SOLUTIONS INC AS OF 12/30/08 | OMN | Bought | 2,500 | 0.7099 | 1,784.74 | |
| 12/31/08 14:41 | 01/06/09 | OMNOVA SOLUTIONS INC AS OF 12/31/08 | OMN | Bought | 5,000 | 0.6491 | 3,255.74 | |
| 12/31/08 15:22 | 01/06/09 | NATIONAL DENTEX CORP | NADX | Bought | 500 | 4.5499 | 2,284.94 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7   SP000083

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** January 1, 2009 - January 31, 2009 |

**Account Type:** JOINT

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/31/08 15:42 | 01/06/09 | SUN MICROSYSTEMS INC COM NEW | JAVA | Bought | 200 | 3.8197 | 773.93 | |
| 01/02/09 13:14 | 01/07/09 | MANITEX INTERNATIONAL INC AS OF 01/02/09 | MNTX | Bought | 400 | 1.0099 | 413.95 | |
| 01/02/09 13:14 | 01/07/09 | MANITEX INTERNATIONAL INC AS OF 01/02/09 | MNTX | Bought | 4,100 | 1.0100 | 4,141.00 | |
| 01/02/09 12:20 | 01/07/09 | POWERWAVE TECHNOLOGIES INC AS OF 01/02/09 | PWAV | Bought | 1,000 | 0.4894 | 499.39 | |
| 01/02/09 15:22 | 01/07/09 | MANITOWOC CO INC | MTW | Bought | 200 | 9.5199 | 1,913.97 | |
| 01/02/09 12:54 | 01/07/09 | NOBLE INTERNATIONAL LTD | NOBL | Bought | 1,700 | 0.4196 | 723.31 | |
| 01/02/09 15:58 | 01/07/09 | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 2,000 | 0.4600 | 929.99 | |
| 01/05/09 13:51 | 01/08/09 | ANNTAYLOR STORES CORP | ANN | Bought | 200 | 6.0500 | 1,219.99 | |
| 01/05/09 13:43 | 01/08/09 | PHOTRONICS INC | PLAB | Bought | 1,000 | 1.7599 | 1,769.89 | |
| 01/12/09 11:18 | 01/15/09 | SLM CORPORATION SHORT. | SLM | Sold | -20 | 11.1200 | | 212.40 |
| 01/13/09 15:45 | 01/16/09 | LIZ CLAIBORNE INC | LIZ | Bought | 250 | 2.7600 | 699.99 | |
| 01/13/09 15:57 | 01/16/09 | MANITOWOC CO INC | MTW | Bought | 300 | 7.3185 | 2,205.54 | |
| 01/13/09 15:52 | 01/16/09 | POLYPORE INTERNATIONAL INC | PPO | Bought | 500 | 7.2163 | 3,618.14 | |
| 01/13/09 15:48 | 01/16/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Bought | 500 | 4.7600 | 2,389.99 | |
| 01/13/09 15:55 | 01/16/09 | PHOTRONICS INC | PLAB | Bought | 1,000 | 1.6988 | 1,708.79 | |
| 01/14/09 14:05 | 01/20/09 | ATLAS PIPELINE PARTNERS L P UNIT LTD PARTNERSHIP INT | APL | Bought | 200 | 6.3400 | 1,277.99 | |
| 01/14/09 13:55 | 01/20/09 | DARLING INTERNATIONAL INC | DAR | Bought | 100 | 5.1450 | 524.49 | |
| 01/14/09 15:04 | 01/20/09 | PATRIOT COAL CORP | PCX | Bought | 100 | 5.8000 | 589.99 | |
| 01/14/09 15:04 | 01/20/09 | PATRIOT COAL CORP | PCX | Bought | 400 | 5.7987 | 2,319.48 | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8

SP000084

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Securities
Investment Account

| Account Number: (c)(L)8472 | Statement Period : January 1, 2009 - January 31, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/15/09 14:09 | 01/21/09 | ATLAS PIPELINE PARTNERS L P UNIT LTD PARTNERSHIP INT | APL | Bought | 200 | 5.7900 | 1,167.99 | |
| 01/15/09 11:02 | 01/21/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Bought | 300 | 0.4900 | 147.00 | |
| 01/15/09 13:58 | 01/21/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Bought | 1,182 | 0.4298 | 518.05 | |
| 01/15/09 11:02 | 01/21/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Bought | 1,700 | 0.4898 | 842.65 | |
| 01/15/09 13:58 | 01/21/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Bought | 2,818 | 0.4300 | 1,211.74 | |
| 01/15/09 14:10 | 01/21/09 | POLYPORE INTERNATIONAL INC | PPO | Bought | 500 | 6.1899 | 3,104.94 | |
| 01/21/09 12:12 | 01/26/09 | POLYPORE INTERNATIONAL INC | PPO | Sold | -1,500 | 7.1100 | | 10,654.95 |
| 01/23/09 12:54 | 01/28/09 | CPI CORP | CPY | Sold | -300 | 5.0000 | | 1,490.00 |
| 01/26/09 09:43 | 01/29/09 | ***DEUTSCHE BK AG LONDON POWERSHARES DB CRUDE OIL LONG ETN | DXO | Bought | 400 | 2.9000 | 1,169.99 | |
| 01/26/09 09:43 | 01/29/09 | ***DEUTSCHE BK AG LONDON POWERSHARES DB CRUDE OIL LONG ETN | DXO | Bought | 600 | 2.8986 | 1,739.16 | |
| 01/26/09 09:45 | 01/29/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 3.2990 | 3,308.99 | |
| 01/26/09 09:44 | 01/29/09 | OFFICEMAX INCORPORATED | OMX | Bought | 500 | 6.2174 | 3,118.69 | |
| 01/27/09 11:29 | 01/30/09 | ***DEUTSCHE BK AG LONDON POWERSHARES DB CRUDE OIL LONG ETN | DXO | Sold | -1,000 | 2.5614 | | 2,551.39 |
| 01/27/09 09:41 | 01/30/09 | SLM CORPORATION COVER SHORT. | SLM | Bought | 20 | 9.5200 | 200.39 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$61,370.98** | **$14,908.74** |

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE**
Investment Account

**Account Number** (c)(1) 8472                    **Statement Period :** January 1, 2009 - January 31, 2009                    **Account Type:** JOINT

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/28/09 | | ATRICURE INC | ATRC | Sold | 400 | 1.7008 | | 670.32 |
| 01/28/09 | | MANITOWOC CO INC | MTW | Bought | 300 | 6.8484 | 2,064.51 | |
| 01/28/09 | | POLYONE CORP | POL | Bought | 300 | 2.2399 | 681.96 | |
| 01/28/09 | | SUN MICROSYSTEMS INC COM NEW | JAVA | Sold | 300 | 4.8900 | | 1,457.00 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 01/26/09 | Interest | FROM 12/26 THRU 01/25 @ 6.990% BAL  31,605  AVBAL  17,703 | | 72.19 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$72.19** | |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$72.19** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 01/02/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 8,007.87 | |
| 01/02/09 | Adjustment | TFR CASH TO MARGIN | 228.29 | |
| 01/02/09 | Wire | INWIRE-20090102D1B74Q1C002311 REFID:20090102D1B74Q1C002311; | | 10,000.00 |
| 01/02/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 8,007.87 |
| 01/02/09 | Adjustment | TFR CASH TO MARGIN | | 228.29 |
| 01/05/09 | Adjustment | TFR MARGIN TO CASH | | 1,352.60 |
| 01/05/09 | Adjustment | TFR MARGIN TO CASH | 1,352.60 | |
| 01/06/09 | Adjustment | TFR MARGIN TO CASH | | 3,255.74 |
| 01/06/09 | Adjustment | TFR MARGIN TO CASH | 3,255.74 | |
| 01/07/09 | Adjustment | TFR MARGIN TO CASH | | 5,054.34 |
| 01/07/09 | Adjustment | TFR MARGIN TO CASH | 5,054.34 | |
| 01/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 10,000.00 | |
| 01/09/09 | Wire | INWIRE-20090109D1B74Q1C001928 REFID:20090109D1B74Q1C001928; | | 10,000.00 |

![E*TRADE FINANCIAL logo] **E✱TRADE**
**F I N A N C I A L**
Trading • Investing • Banking

**E✱TRADE**
Investment Account

| **Account Number:** (c)(1)-8472 | **Statement Period :** January 1, 2009 - January 31, 2009 | **Account Type:** JOINT |
|---|---|---|

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 01/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 10,000.00 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$20,000.00** |
|---|---|---|---|---|

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/02/09 | ***GSI GROUP INC TFR FROM TYPE 2 | GSIG | Journal | 11,000 | | | |
| 01/02/09 | MANITEX INTERNATIONAL INC TFR FROM TYPE 2 | MNTX | Journal | 1,100 | | | |
| 01/02/09 | POWERWAVE TECHNOLOGIES INC TFR FROM TYPE 2 | PWAV | Journal | 500 | | | |
| 01/02/09 | OMNOVA SOLUTIONS INC TFR FROM TYPE 2 | OMN | Journal | 8,000 | | | |
| 01/02/09 | RITE AID CORP TFR FROM TYPE 2 | RAD | Journal | 1,000 | | | |
| 01/02/09 | ***GSI GROUP INC TFR TO TYPE 1 | GSIG | Journal | -11,000 | | | |
| 01/02/09 | MANITEX INTERNATIONAL INC TFR TO TYPE 1 | MNTX | Journal | -1,100 | | | |
| 01/02/09 | POWERWAVE TECHNOLOGIES INC TFR TO TYPE 1 | PWAV | Journal | -500 | | | |
| 01/02/09 | OMNOVA SOLUTIONS INC TFR TO TYPE 1 | OMN | Journal | -8,000 | | | |
| 01/02/09 | RITE AID CORP TFR TO TYPE 1 | RAD | Journal | -1,000 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **01/01/09** | | **OPENING BALANCE** | **$228.29** |
| 01/02/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -228.29 |
| **01/31/09** | | **CLOSING BALANCE** | **$0.00** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 of 2   **SP000087**

**February 1, 2009 - February 28, 2009**
**Account Number:** (c)(1) .8472
**Account Type:** JOINT

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

## Customer Update:
### Open an E*TRADE Securities IRA.
Fast, easy online applications - save time by
auto-filling a new IRA application from an
existing account. Visit
**www.etrade.com/painfreeIRA**

**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Tax Questions?** Go to
**www.etrade.com/taxcenter** for more
information.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

### Account At A Glance



**$74,669.26**

**$53,684.67**

As of 01/31/09      As of 02/28/09

Securities products and services are offered by E*TRADE
Securities LLC. Sweep Deposit Account is a bank deposit
account with E*TRADE Bank, a Federal savings bank,
Member FDIC.  IRA, Keogh and certain other retirement
sweep deposit accounts at each bank are FDIC-insured
up to a maximum of $250,000; other types of accounts are
FDIC-insured up to a maximum of $100,000.  Securities
products and cash balances other than Sweep Deposit
Account funds are not FDIC-insured, are ██████████ anteed
deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the
principal invested.

| Net Change: | $-20,984.59 |
|---|---|

---

**E*TRADE FINANCIAL**
Banking · Investing · Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**SP000088**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT WILL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

SP000089

# E✱TRADE
# FINANCIAL
Trading • Investing • Banking



**E✱TRADE SECURITIES**
**Investment Account**

| | |
|---|---|
| **Account Number :** (c)(1)3-8472 | **Statement Period :** February 1, 2009 - February 28, 2009 |

**Account Type:** JOINT

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | January 31, 2009 |
| Beginning Account Value (On 01/31/09): | $ 74,669.26 |
| Ending Account Value (On 02/28/09): | $ 53,684.67 |
| Net Change: | $ -20,984.59 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 02/28/09)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 02/28/09 | AS OF 01/31/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ -6,733.83 | $ -26,306.14 | 74.40% |
| **Total Cash/Margin Debt** | **$ -6,733.83** | **$ -26,306.14** | **74.40%** |
| Stocks, Options & ETF (Long) | $ 60,418.50 | $ 100,975.40 | -40.17% |
| **Total Value of Securities** | **$ 60,418.50** | **$ 100,975.40** | **-40.17%** |
| **Net Account Value** | **$ 53,684.67** | **$ 74,669.26** | **-28.10%** |

E✱TRADE Clearing LLC (ETC), member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E✱TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account or the activity therein should be directed to E✱TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E✱TRADE Securities LLC and E✱TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3   SP000090

**E✶TRADE FINANCIAL**
Trading • Investing • Banking

**E✶TRADE**
Investment Account

**Account Number:** (c)(1)8472          **Statement Period :** February 1, 2009 - February 28, 2009          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -149,474.35 | $ -210,845.33 |
| Securities Sold | $ 169,096.49 | $ 184,005.23 |
| Interest Received | | |
| Taxable | $ 0.22 | $ 0.22 |
| Margin Interest | $ -50.05 | $ -122.24 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/28/09)



2.50% - DAL
2.97% - BKUNA
3.02% - PCX
4.18% - BARE
4.39% - NADX
7.28% - MNTX
7.86% - GSIG
11.96% - UYG
19.58% - OTHER
36.25% - HBAN

**Customer Update:**

### The Pain-Free IRA

No fees. No minimums[1]. No hassles.

Visit **www.etrade.com/painfreeIRA**

**PLEASE READ THE IMPORTANT INFORMATION BELOW**
[1] There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations.  If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E*TRADE Bank and E*TRADE Securities brokerage accounts are $25,000 or more.  Other fees may apply.  May be subject to change. Please visit etrade.com/nofeeIRA for details.

# E✻TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

E✻TRADE Securities LLC
Investment Account

| Account Number (c)(1)-8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type:  JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✻TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**          $0.22

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | | 2.1800 | 0.00 | 0.00 | | |
| ADVOCAT INC | AVCA | Margin | 100 | 2.7000 | 270.00 | 0.45 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | | 1.2200 | 0.00 | 0.00 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 200 | 6.5800 | 1,316.00 | 2.18 | | |
| ATLAS PIPELINE PARTNERS L P UNIT LTD PARTNERSHIP INT | APL | Margin | | 5.7000 | 0.00 | 0.00 | | |
| ATRICURE INC | ATRC | Margin | | 1.3000 | 0.00 | 0.00 | | |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | 7,790 | 0.2300 | 1,791.70 | 2.97 | | |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 3.1600 | 2,528.00 | 4.18 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 0.3000 | 150.00 | 0.25 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 500 | 1.9900 | 995.00 | 1.65 | 260.00 | 26.13% |
| CPI CORP | CPY | Margin | | 6.5600 | 0.00 | 0.00 | | |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 4.3300 | 433.00 | 0.72 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | 300 | 5.0300 | 1,509.00 | 2.50 | | |

E✻TRADE Securities LLC • PO Box 1542, Merrified, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 13          SP000092

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE 355**
Investment Account

| Account Number (c)(1) -8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FANNIE MAE (FEDERAL NATL MTG ASSN) | FNM | Margin | | 0.4200 | 0.00 | 0.00 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 1.2000 | 120.00 | 0.20 | | |
| FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Margin | | 0.4200 | 0.00 | 0.00 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 2.6000 | 618.80 | 1.02 | | |
| ***GSI GROUP INC | GSIG | Cash | | 0.9500 | 0.00 | 0.00 | | |
| ***GSI GROUP INC | GSIG | Margin | 5,000 | 0.9500 | 4,750.00 | 7.86 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | | 3.8100 | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 15,000 | 1.4600 | 21,900.00 | 36.25 | 600.00 | 2.74% |
| IDEARC INC | IDAR | Margin | 7,000 | 0.0500 | 350.00 | 0.58 | | |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 2.0300 | 1,015.00 | 1.68 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 2.7900 | 1,395.00 | 2.31 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 0.8000 | 4,400.00 | 7.28 | | |
| MANITOWOC CO INC | MTW | Margin | | 4.1000 | 0.00 | 0.00 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 900 | 2.9500 | 2,655.00 | 4.39 | | |
| NEENAH PAPER INC | NP | Margin | 100 | 5.2500 | 525.00 | 0.87 | 40.00 | 7.62% |
| NOBLE INTERNATIONAL LTD | NOBL | Margin | | 0.2700 | 0.00 | 0.00 | | |
| OFFICEMAX INCORPORATED | OMX | Margin | | 3.8200 | 0.00 | 0.00 | | |
| OMNOVA SOLUTIONS INC | OMN | Cash | | 0.8500 | 0.00 | 0.00 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 3.6500 | 1,825.00 | 3.02 | | |
| PHOTRONICS INC | PLAB | Margin | | 0.9200 | 0.00 | 0.00 | | |
| POLYONE CORP | POL | Margin | 600 | 1.6100 | 966.00 | 1.60 | | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 of   SP000093

# E*TRADE FINANCIAL

Trading • Investing • Banking

**E*TRADE**
**Investment Account**

---

**Account Numbe** (c)(1) 3-8472                **Statement Period :** February 1, 2009 - February 28, 2009                **Account Type:** JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 2,000 | 0.3400 | 680.00 | 1.13 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 0.3400 | 680.00 | 1.13 | | |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 3,300 | 2.1900 | 7,227.00 | 11.96 | 323.00 | 4.47% |
| RITE AID CORP | RAD | Cash | | 0.2800 | 0.00 | 0.00 | | |
| SLM CORPORATION | SLM | Margin | 100 | 4.6000 | 460.00 | 0.76 | | |
| SUN MICROSYSTEMS INC COM NEW | JAVA | Margin | | 4.6800 | 0.00 | 0.00 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 1.9300 | 386.00 | 0.64 | | |
| UAL CORPORATION NEW | UAUA | Margin | 300 | 4.9100 | 1,473.00 | 2.44 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$60,418.50** | **100.00%** | **$1,223.00** | **2.02%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/28/09)** | | | | | **$53,684.67** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,223.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/28/09 14:58 | 02/02/09 | ATRICURE INC | ATRC | Sold | -400 | 1.7008 | | 670.32 |
| 01/28/09 14:19 | 02/02/09 | MANITOWOC CO INC | MTW | Bought | 300 | 6.8484 | 2,064.51 | |
| 01/28/09 13:54 | 02/02/09 | POLYONE CORP | POL | Bought | 300 | 2.2399 | 681.96 | |
| 01/28/09 13:43 | 02/02/09 | SUN MICROSYSTEMS INC COM NEW | JAVA | Sold | -300 | 4.8900 | | 1,457.00 |
| 02/02/09 09:43 | 02/05/09 | ***GSI GROUP INC | GSIG | Sold | -100 | 0.8802 | | 78.02 |
| 02/02/09 09:43 | 02/05/09 | ***GSI GROUP INC | GSIG | Sold | -300 | 0.8900 | | 266.99 |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7    **SP000094**

# E✱TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

**E✱TRADE**
**Investment Account**

| | | |
|---|---|---|
| Account Number: (c)(1)-8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type:  JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/02/09 09:43 | 02/05/09 | ***GSI GROUP INC | GSIG | Sold | -3,600 | 0.8801 | | 3,168.34 |
| 02/02/09 09:43 | 02/05/09 | ***GSI GROUP INC | GSIG | Sold | -8,000 | 0.8800 | | 7,039.96 |
| 02/02/09 15:58 | 02/05/09 | MANITEX INTERNATIONAL INC | MNTX | Sold | -1,100 | 1.0900 | | 1,189.00 |
| 02/02/09 09:42 | 02/05/09 | OMNOVA SOLUTIONS INC | OMN | Sold | -20,000 | 0.8901 | | 17,791.91 |
| 02/02/09 10:35 | 02/05/09 | RITE AID CORP | RAD | Sold | -1,100 | 0.2748 | | 292.28 |
| 02/02/09 09:44 | 02/05/09 | ATLAS PIPELINE PARTNERS L P UNIT LTD PARTNERSHIP INT | APL | Sold | -400 | 7.5544 | | 3,011.75 |
| 02/02/09 09:46 | 02/05/09 | ANIMAL HEALTH INTERNATIONAL INC | AHII | Sold | -400 | 1.5212 | | 598.48 |
| 02/02/09 12:02 | 02/05/09 | ADVANCED MICRO DEVICES INC | AMD | Sold | -600 | 2.1700 | | 1,292.00 |
| 02/02/09 09:41 | 02/05/09 | CPI CORP | CPY | Sold | -100 | 6.3630 | | 636.29 |
| 02/02/09 09:41 | 02/05/09 | CPI CORP | CPY | Sold | -1,200 | 6.3500 | | 7,609.96 |
| 02/02/09 10:38 | 02/05/09 | FREDDIE MAC-VOTING COMMON (FORMERLY FEDERAL HOME LOAN MORTGAGE CORP) | FRE | Sold | -500 | 0.5801 | | 280.05 |
| 02/02/09 10:37 | 02/05/09 | FANNIE MAE (FEDERAL NATL MTG ASSN) | FNM | Sold | -500 | 0.5812 | | 280.60 |
| 02/02/09 10:53 | 02/05/09 | GEOKINETICS INC NEW | GOK | Sold | -1,062 | 3.2300 | | 3,420.25 |
| 02/02/09 10:26 | 02/05/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -600 | 4.0000 | | 2,389.99 |
| 02/02/09 10:26 | 02/05/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -1,800 | 3.9900 | | 7,181.95 |
| 02/02/09 15:18 | 02/05/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 700 | 2.0800 | 1,465.99 | |
| 02/02/09 15:18 | 02/05/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 800 | 2.0780 | 1,662.40 | |
| 02/02/09 13:21 | 02/05/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -1,000 | 2.2510 | | 2,240.99 |
| 02/02/09 15:41 | 02/05/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -1,500 | 2.0800 | | 3,109.99 |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6

SP000095

# E✳TRADE FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/02/09 10:17 | 02/05/09 | MANITOWOC CO INC | MTW | Sold | -900 | 5.1611 | | 4,634.97 |
| 02/02/09 13:55 | 02/05/09 | NOBLE INTERNATIONAL LTD | NOBL | Sold | -3,200 | 0.2900 | | 918.00 |
| 02/02/09 11:19 | 02/05/09 | NATIONAL DENTEX CORP | NADX | Sold | -100 | 3.5000 | | 340.00 |
| 02/02/09 11:59 | 02/05/09 | OFFICEMAX INCORPORATED | OMX | Sold | -500 | 5.0813 | | 2,530.64 |
| 02/02/09 11:01 | 02/05/09 | PHOTRONICS INC | PLAB | Sold | -2,000 | 1.6901 | | 3,370.19 |
| 02/02/09 09:52 | 02/05/09 | SLM CORPORATION | SLM | Sold | -20 | 11.0500 | | 211.00 |
| 02/03/09 15:23 | 02/06/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 10,000 | 1.8500 | 18,509.99 | |
| 02/04/09 10:23 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 800 | 1.8400 | 1,481.99 | |
| 02/04/09 12:56 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 800 | 1.4895 | 1,191.60 | |
| 02/04/09 13:30 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 800 | 1.4995 | 1,199.60 | |
| 02/04/09 13:30 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,300 | 1.4999 | 1,949.87 | |
| 02/04/09 13:33 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,500 | 1.5400 | 2,319.99 | |
| 02/04/09 12:56 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,600 | 1.4900 | 2,393.99 | |
| 02/04/09 12:56 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 2,600 | 1.4890 | 3,871.40 | |
| 02/04/09 13:30 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 2,900 | 1.5000 | 4,359.99 | |
| 02/04/09 15:05 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 3,100 | 1.4450 | 4,489.49 | |
| 02/04/09 10:17 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 4,300 | 1.8799 | 8,093.56 | |
| 02/04/09 10:17 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 5,700 | 1.8800 | 10,716.00 | |
| 02/04/09 15:05 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 6,900 | 1.4500 | 10,005.00 | |
| 02/04/09 13:33 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 8,500 | 1.5399 | 13,089.15 | |
| 02/04/09 09:55 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -4,500 | 1.8501 | | 8,315.41 |

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** 355 PageID
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/04/09 11:10 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -5,400 | 1.7701 | | 9,548.49 |
| 02/04/09 11:10 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -5,400 | 1.7700 | | 9,557.94 |
| 02/04/09 09:55 | 02/09/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -5,500 | 1.8500 | | 10,174.94 |
| 02/05/09 11:49 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 1.6480 | 824.00 | |
| 02/05/09 11:09 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 1.8190 | 1,828.99 | |
| 02/05/09 11:19 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 2,000 | 1.7299 | 3,469.79 | |
| 02/05/09 11:49 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 2,500 | 1.6500 | 4,134.99 | |
| 02/05/09 09:39 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -200 | 1.4100 | | 272.00 |
| 02/05/09 09:45 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -250 | 1.3201 | | 330.02 |
| 02/05/09 09:39 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -4,800 | 1.4101 | | 6,768.44 |
| 02/05/09 09:39 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -5,000 | 1.4000 | | 6,999.96 |
| 02/05/09 09:45 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -9,750 | 1.3350 | | 13,016.17 |
| 02/05/09 09:45 | 02/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -10,000 | 1.3601 | | 13,590.93 |
| 02/06/09 15:35 | 02/11/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.3500 | 2,359.99 | |
| 02/06/09 15:54 | 02/11/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 4,000 | 2.3500 | 9,409.99 | |
| 02/06/09 13:46 | 02/11/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -1,600 | 2.4201 | | 3,872.13 |
| 02/06/09 13:46 | 02/11/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,000 | 2.4200 | | 4,829.98 |
| 02/06/09 13:46 | 02/11/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,400 | 2.4205 | | 5,809.16 |
| 02/10/09 13:43 | 02/13/09 | ***GSI GROUP INC | GSIG | Bought | 800 | 0.9095 | 727.60 | |
| 02/10/09 13:43 | 02/13/09 | ***GSI GROUP INC | GSIG | Bought | 4,200 | 0.9100 | 3,831.99 | |
| 02/10/09 10:16 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.2690 | 2,278.99 | |

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE** Securities
Investment Account

| Account Number (c)(1)-8472 | Statement Period : February 1, 2009 - February 28, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/10/09 10:22 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.2000 | 2,209.99 | |
| 02/10/09 10:35 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.2400 | 2,249.99 | |
| 02/10/09 11:36 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.1200 | 2,129.99 | |
| 02/10/09 12:07 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.0390 | 2,048.99 | |
| 02/10/09 12:42 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.0100 | 2,019.99 | |
| 02/10/09 13:03 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 2.0190 | 2,028.99 | |
| 02/10/09 14:49 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 1.8400 | 1,849.99 | |
| 02/10/09 14:53 | 02/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 1.8100 | 1,819.99 | |
| 02/10/09 10:43 | 02/13/09 | SLM CORPORATION | SLM | Bought | 100 | 9.1800 | 927.99 | |
| 02/11/09 13:03 | 02/17/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 500 | 2.6700 | 1,344.99 | |
| 02/11/09 10:44 | 02/17/09 | DELTA AIR LINES INC DEL COM NEW | DAL | Bought | 300 | 6.5683 | 1,980.48 | |
| 02/11/09 10:44 | 02/17/09 | UAL CORPORATION NEW | UAUA | Bought | 300 | 7.7090 | 2,322.69 | |
| 02/12/09 10:28 | 02/18/09 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Bought | 500 | 2.7400 | 1,379.99 | |
| 02/20/09 15:40 | 02/25/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Bought | 2,500 | 2.1690 | 5,432.49 | |
| 02/23/09 09:52 | 02/26/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 1.3050 | 1,314.99 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$149,474.35** | **$169,096.49** |

SP000098

# E✱TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** February 1, 2009 - February 28, 2009 | **Account Type:** JOINT |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/09 | | BARE ESCENTUALS INC | BARE | Bought | 400 | 2.9000 | 1,169.99 | |
| 02/26/09 | | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 100 | 2.1200 | 221.99 | |
| 02/26/09 | | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 550 | 2.1300 | 1,181.49 | |
| 02/26/09 | | SLM CORPORATION | SLM | Sold | 100 | 5.8516 | | 575.16 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 02/09/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.11 |
| 02/25/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.11 |
| 02/26/09 | Interest | FROM 01/26 THRU 02/25 @ 6.990% BAL   5,368  AVBAL  21,482 | | 50.05 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$50.05** | **$0.22** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$49.83** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 02/02/09 | Mark to Mkt | MARK TO MARKET | | 12.01 |
| 02/02/09 | Mark to Mkt | MARK TO MARKET SHORT POS | 12.01 | |
| 02/05/09 | Adjustment | TFR CASH TO MARGIN | 26,925.29 | |
| 02/05/09 | Adjustment | TFR CASH TO MARGIN | | 26,925.29 |
| 02/06/09 | Adjustment | TFR MARGIN TO CASH | | 22,418.72 |
| 02/06/09 | Adjustment | TFR MARGIN TO CASH | 22,418.72 | |
| 02/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.11 | |
| 02/09/09 | Adjustment | TFR CASH TO MARGIN | 25,319.93 | |
| 02/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.11 |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1   SP000099

## E*TRADE FINANCIAL
Trading   •   Investing   •   Banking

**E*TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** February 1, 2009 - February 28, 2009 | **Account Type:** JOINT |

### WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 02/09/09 | Adjustment | TFR CASH TO MARGIN | | 25,319.93 |
| 02/10/09 | Adjustment | TFR MARGIN TO CASH | | 28,474.94 |
| 02/10/09 | Adjustment | TFR MARGIN TO CASH | 28,474.94 | |
| 02/11/09 | Adjustment | TFR CASH TO MARGIN | 15,071.25 | |
| 02/11/09 | Adjustment | TFR CASH TO MARGIN | | 15,071.25 |
| 02/12/09 | Adjustment | TFR CASH TO MARGIN | 4,073.21 | |
| 02/12/09 | Adjustment | TFR CASH TO MARGIN | | 4,073.21 |
| 02/13/09 | Adjustment | TFR CASH TO MARGIN | 2,238.74 | |
| 02/13/09 | Adjustment | TFR CASH TO MARGIN | | 2,238.74 |
| 02/17/09 | Adjustment | TFR CASH TO MARGIN | 5,648.16 | |
| 02/17/09 | Adjustment | TFR CASH TO MARGIN | | 5,648.16 |
| 02/18/09 | Adjustment | TFR CASH TO MARGIN | 1,379.99 | |
| 02/18/09 | Adjustment | TFR CASH TO MARGIN | | 1,379.99 |
| 02/25/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.11 | |
| 02/25/09 | Adjustment | TFR CASH TO MARGIN | 63.59 | |
| 02/25/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.11 |
| 02/25/09 | Adjustment | TFR CASH TO MARGIN | | 63.59 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |
|---|---|---|---|---|

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY
The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **02/01/09** | | **OPENING BALANCE** | **$0.00** |
| 02/05/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2,901.21 |
| 02/06/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 22,418.72 |
| 02/09/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -25,319.93 |
| 02/10/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 28,474.94 |

# E✱TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

**E✱TRADE Securities**
**Investment Account**

**Account Number:** (c)(l)-8472          **Statement Period :** February 1, 2009 - February 28, 2009          **Account Type:** JOINT

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------:|
| 02/11/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -15,071.25 |
| 02/12/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -4,073.21 |
| 02/13/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,238.74 |
| 02/17/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -5,648.16 |
| 02/18/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,379.99 |
| 02/25/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -63.59 |
| **02/28/09** | | **CLOSING BALANCE** | **$0.00** |

PAGE 1 OF 7

March 1, 2009 - March 31, 2009
Account Number:    (c)(1)-8472
Account Type:    **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**SAVE UP TO $2.00 PER MONTH WITH FREE ELECTRONIC STATEMENTS.**
Beginning with the May 2009 account statement mailing, E*TRADE Securities may charge you a $2.00 handling fee for each paper statement. Visit **www.etrade.com/savewithdocs** for more information.



**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Tax Questions?** Go to **www.etrade.com/taxcenter** for more information.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$53,684.67 — As of 02/28/09
$58,915.06 — As of 03/31/09

Net Change:                        $5,230.39

Securities products and services are offered by **E*TRADE Securities LLC.** Sweep Deposit Account is a bank deposit account with **E*TRADE Bank,** a Federal savings bank, **Member FDIC.** IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are ▮▮▮▮▮anteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.



**E*TRADE FINANCIAL**
Trading • Investing • Banking

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

DETACH HERE ▲

**Use This Deposit Slip   Acct:  8472**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E✺TRADE Securities**
Investment Account

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash.  Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection.  (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.)  Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.**  Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards.  In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency.  Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate.  You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC.  These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations.  Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.**  The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers.  ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.  ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E✺TRADE FINANCIAL**
Trading • Investing • Banking

## General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

## E✳TRADE
### FINANCIAL
Trading  •  Investing  •  Banking

**Account Number:** (c)(1) 8472          **Statement Period :**  March 1, 2009 - March 31, 2009          **Account Type:**  JOINT

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | February 28, 2009 |
| Beginning Account Value (On 02/28/09): | $    53,684.67 |
| Ending Account Value (On 03/31/09): | $    58,915.06 |
| Net Change: | $     5,230.39 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/09)



100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 03/31/09 | AS OF 02/28/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -2,922.49 | $    -6,733.83 | 56.59% |
| **Total Cash/Margin Debt** | $    **-2,922.49** | $    **-6,733.83** | **56.60%** |
| Stocks, Options & ETF (Long) | $    61,837.55 | $    60,418.50 | 2.35% |
| **Total Value of Securities** | $    **61,837.55** | $    **60,418.50** | **2.35%** |
| **Net Account Value** | $    **58,915.06** | $    **53,684.67** | **9.74%** |

E*TRADE Clearing LLC (ETC), member NYSE / FINRA / SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E*TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account or the activity therein should be directed to E*TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC and E*TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** March 1, 2009 - March 31, 2009 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $   -3,934.49 | $   -214,779.82 |
| Securities Sold | $   7,705.02 | $   191,710.25 |
| Interest Received | | |
| Taxable | $   0.00 | $   0.22 |
| Dividends Received | | |
| Taxable | $   64.98 | $   64.98 |
| Margin Interest | $   -24.17 | $   -146.41 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/09)



- 2.92% - CEP
- 3.00% - PCX
- 3.84% - PWAV
- 5.60% - NADX
- 7.68% - GSIG
- 7.96% - BARE
- 8.36% - MNTX
- 13.08% - UYG
- 24.16% - HBAN
- 23.39% - OTHER

**Customer Update:**

### The Pain-Free IRA

No fees. No minimums[1]. No hassles.
Visit *www.etrade.com/painfreeIRA*

**PLEASE READ THE IMPORTANT INFORMATION BELOW**
[1] There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations.  If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E*TRADE Bank and E*TRADE Securities brokerage accounts are $25,000 or more.  Other fees still apply, including but not limited to mutual fund management fees, brokerage commissions, early withdrawals, and excess contributions. May be subject to change. **Please visit etrade.com/nofeeIRA for details.**

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 SP000105

# E★TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E★TRADE** 355
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** March 1, 2009 - March 31, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**          **$0.22**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 100 | 2.5000 | 250.00 | 0.40 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 200 | 5.2000 | 1,040.00 | 1.68 | | |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | 7,790 | 0.2300 | 1,791.70 | 2.90 | | |
| BARE ESCENTUALS INC | BARE | Margin | 1,200 | 4.1000 | 4,920.00 | 7.96 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 0.4900 | 245.00 | 0.40 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,150 | 1.5700 | 1,805.50 | 2.92 | 598.00 | 33.12% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 3.7100 | 371.00 | 0.60 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | 300 | 5.6300 | 1,689.00 | 2.73 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 1.6200 | 162.00 | 0.26 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 3.2700 | 778.26 | 1.26 | | |
| ***GSI GROUP INC | GSIG | Margin | 5,000 | 0.9500 | 4,750.00 | 7.68 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 9,000 | 1.6600 | 14,940.00 | 24.16 | 360.00 | 2.41% |
| IDEARC INC | IDAR | Margin | 7,000 | 0.0360 | 252.00 | 0.41 | | |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 3.3700 | 1,685.00 | 2.72 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 2.4700 | 1,235.00 | 2.00 | | |

# E*TRADE FINANCIAL

Trading • Investing • Banking

**E*TRADE** 355 PageID
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** March 1, 2009 - March 31, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 0.9400 | 5,170.00 | 8.36 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1275 | 1,275.00 | 2.06 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 900 | 3.8501 | 3,465.09 | 5.60 | | |
| NEENAH PAPER INC | NP | Margin | 100 | 3.6300 | 363.00 | 0.59 | 40.00 | 11.02% |
| PATRIOT COAL CORP | PCX | Margin | 500 | 3.7100 | 1,855.00 | 3.00 | | |
| POLYONE CORP | POL | Margin | 600 | 2.3100 | 1,386.00 | 2.24 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 2,000 | 0.5940 | 1,188.00 | 1.92 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 0.5940 | 1,188.00 | 1.92 | | |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 3,100 | 2.6100 | 8,091.00 | 13.08 | 220.00 | 2.72% |
| SLM CORPORATION | SLM | Margin | | 4.9500 | 0.00 | 0.00 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 2.9900 | 598.00 | 0.97 | | |
| UAL CORPORATION NEW | UAUA | Margin | 300 | 4.4800 | 1,344.00 | 2.17 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$61,837.55** | **100.00%** | **$1,218.00** | **1.97%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/09)** | | | | | **$58,915.06** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,218.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/09 11:27 | 03/03/09 | BARE ESCENTUALS INC | BARE | Bought | 400 | 2.9000 | 1,169.99 | |
| 02/26/09 11:08 | 03/03/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 100 | 2.1200 | 221.99 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6   SP000107

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** 355 PageID 2775
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** March 1, 2009 - March 31, 2009 |

**Account Type:** JOINT

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/09 11:12 | 03/03/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 550 | 2.1300 | 1,181.49 | |
| 02/26/09 11:10 | 03/03/09 | SLM CORPORATION | SLM | Sold | -100 | 5.8516 | | 575.16 |
| 03/05/09 09:57 | 03/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,400 | 1.1205 | | 2,689.18 |
| 03/05/09 09:57 | 03/10/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -3,600 | 1.1201 | | 4,022.34 |
| 03/12/09 13:39 | 03/17/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | -200 | 2.1417 | | 418.34 |
| 03/20/09 11:09 | 03/25/09 | MESA AIR GROUP INC | MESA | Bought | 800 | 0.1299 | 113.91 | |
| 03/20/09 11:12 | 03/25/09 | MESA AIR GROUP INC | MESA | Bought | 9,200 | 0.1344 | 1,247.11 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$3,934.49** | **$7,705.02** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/03/09 | Dividend | NEENAH PAPER INC CASH DIV  ON    100 SHS REC 02/06/09 PAY 03/03/09 | NP | | 10.00 |
| 03/26/09 | Interest | FROM 02/26 THRU 03/25 @ 6.990% BAL   2,953   AVBAL   4,446 | | 24.17 | |
| 03/30/09 | Dividend | PROSHARES ULTRA FINANCIALS ETF CASH DIV  ON   3100 SHS REC 03/26/09 PAY 03/30/09 NON-QUALIFIED DIVIDEND | UYG | | 54.98 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$24.17** | **$64.98** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$40.81** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 **SP000108**

**April 1, 2009 - April 30, 2009**
Account Number: (c)(1).8472
Account Type: **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**Invest in Bonds for Income & Diversification.** Our upgraded Bond Center and low, simplified fixed-income pricing make it easy. Visit **www.etrade.com/bonds** for more information.



**IMPORTANT INFORMATION:**

**E*TRADE Complete™ Protection Guarantee.** We've taken security to an even higher level that protects your privacy, your assets, and every transaction you make. Learn what it means for you at **www.etrade.com/onlinesecurity**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



**$91,414.46**

**$58,915.06**

As of 03/31/09      As of 04/30/09

Securities products and services are offered by **E*TRADE Securities LLC.** Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, **Member FDIC.** IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

| Net Change: | $32,499.40 |
|---|---|

---

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.



Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**   **Acct** (c)(1)  **8472**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

**SP000109**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

---

### General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✷TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✷TRADE**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** April 1, 2009 - April 30, 2009          **Account Type:** JOINT

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | March 31, 2009 |
| Beginning Account Value (On 03/31/09): | $ 58,915.06 |
| Ending Account Value (On 04/30/09): | $ 91,414.46 |
| Net Change: | $ 32,499.40 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 04/30/09)

7.78% - Cash & Equivalents



92.22% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 04/30/09 | AS OF 03/31/09 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 7,115.53 | $ 0.00 | - - |
| Margin Balance | $ 0.00 | $ -2,922.49 | 100.00% |
| **Total Cash/Margin Debt** | **$ 7,115.53** | **$ -2,922.49** | **343.47%** |
| Stocks, Options & ETF (Long) | $ 84,298.93 | $ 61,837.55 | 36.32% |
| **Total Value of Securities** | **$ 84,298.93** | **$ 61,837.55** | **36.32%** |
| **Net Account Value** | **$ 91,414.46** | **$ 58,915.06** | **55.16%** |

E*TRADE Clearing LLC (ETC), member NYSE / FINRA / SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E*TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-499-6247.  All other inquiries regarding your account should be directed to E*TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC and E*TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3    SP000111

**E✳TRADE FINANCIAL**

Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | |
|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** April 1, 2009 - April 30, 2009 |

**Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -33,932.29 | $ | -248,712.11 |
| Securities Sold | $ | 43,892.78 | $ | 235,603.03 |
| Interest Received | | | | |
| Taxable | $ | 0.22 | $ | 0.44 |
| Dividends Received | | | | |
| Taxable | $ | 90.00 | $ | 154.98 |
| Margin Interest | $ | -12.69 | $ | -159.10 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 04/30/09)



3.72% - PWAV
4.12% - FR
4.93% - MNTX
5.40% - NADX
6.10% - HBAN
6.18% - GSIG
7.78% - CASH EQUIV
9.65% - UYG
12.16% - BARE
39.94% - OTHER

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SP000112

## E✱TRADE FINANCIAL
Trading • Investing • Banking

**E✱TRADE 355** Statement
Investment Account

**Account Number:** (c)(1)-8472          **Statement Period :** April 1, 2009 - April 30, 2009          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (7.78% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 7,115.53 | | 16,280.51 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 7,115.53 | 7.78 | 16,280.51 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| **TOTAL CASH & CASH EQUIVALENTS** | **$0.00** | **$7,115.53** | **7.78%** | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.44** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (92.22% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 2.9000 | 870.00 | 0.95 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 7.3900 | 2,956.00 | 3.23 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 8.9300 | 1,071.60 | 1.17 | 5.00 | 0.47% |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | 1,700 | 0.2800 | 476.00 | 0.52 | | |
| BARE ESCENTUALS INC | BARE | Margin | 1,200 | 9.2600 | 11,112.00 | 12.16 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 1.2700 | 635.00 | 0.69 | | |
| CIT GROUP INC NEW | CIT | Margin | 500 | 2.2200 | 1,110.00 | 1.21 | | |
| CITIGROUP INC | C | Margin | 333 | 3.0500 | 1,015.65 | 1.11 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,150 | 2.8800 | 3,312.00 | 3.62 | 598.00 | 18.06% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 5.7200 | 572.00 | 0.63 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | 300 | 6.1700 | 1,851.00 | 2.02 | | |
| FIRST INDUSTRIAL REALTY TRUST INC | FR | Margin | 1,000 | 3.7700 | 3,770.00 | 4.12 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 1.8200 | 182.00 | 0.20 | | |

**E✲TRADE**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number** (c)(1) 8-8472 | **Statement Period :** April 1, 2009 - April 30, 2009 | | **Account Type:** JOINT |

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)**

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 2.3600 | 2,360.00 | 2.58 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 4.7100 | 1,120.98 | 1.23 | | |
| ***GSI GROUP INC | GSIG | Margin | 5,000 | 1.1300 | 5,650.00 | 6.18 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 2,000 | 2.7900 | 5,580.00 | 6.10 | 80.00 | 1.43% |
| IDEARC INC | IDARQ | Margin | | 0.0500 | 0.00 | 0.00 | | |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 3.5100 | 1,755.00 | 1.92 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.7400 | 2,370.00 | 2.59 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 0.8200 | 4,510.00 | 4.93 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1728 | 1,728.00 | 1.89 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 4.9400 | 4,940.00 | 5.40 | | |
| NEENAH PAPER INC | NP | Margin | 320 | 5.0100 | 1,603.20 | 1.75 | 128.00 | 7.98% |
| OFFICEMAX INCORPORATED | OMX | Margin | 400 | 7.4500 | 2,980.00 | 3.26 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 6.3000 | 3,150.00 | 3.45 | | |
| POLYONE CORP | POL | Margin | 600 | 2.7400 | 1,644.00 | 1.80 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 2,000 | 0.8500 | 1,700.00 | 1.86 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 0.8500 | 1,700.00 | 1.86 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 16.3900 | 819.50 | 0.90 | 8.00 | 0.98% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 2,500 | 3.5300 | 8,825.00 | 9.65 | 178.00 | 2.02% |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 3.8200 | 764.00 | 0.84 | 44.00 | 5.76% |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 3.4500 | 690.00 | 0.75 | | |
| UAL CORPORATION NEW | UAUA | Margin | 300 | 4.9200 | 1,476.00 | 1.61 | | |

E✲TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 69   SP000114

# E✱TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE** 355 2782
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** April 1, 2009 - April 30, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **84,298.93** | **92.22%** | **$1,041.00** | **1.23%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/09)** | | | | | **91,414.46** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **1,041.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/02/09 09:48 | 04/07/09 | IDEARC INC | IDARQ | Sold | -7,000 | 0.0350 | | 235.00 |
| 04/02/09 11:21 | 04/07/09 | NEENAH PAPER INC | NP | Bought | 220 | 3.6000 | 801.99 | |
| 04/13/09 15:08 | 04/16/09 | FIRST INDUSTRIAL REALTY TRUST INC | FR | Bought | 100 | 3.4200 | 342.00 | |
| 04/13/09 15:08 | 04/16/09 | FIRST INDUSTRIAL REALTY TRUST INC | FR | Bought | 400 | 3.4100 | 1,373.99 | |
| 04/13/09 14:41 | 04/16/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -600 | 2.9513 | | 1,760.74 |
| 04/13/09 14:41 | 04/16/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -1,200 | 2.9505 | | 3,540.50 |
| 04/13/09 14:45 | 04/16/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -1,800 | 2.9205 | | 5,256.76 |
| 04/13/09 14:41 | 04/16/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,700 | 2.9500 | | 7,964.79 |
| 04/13/09 14:45 | 04/16/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,700 | 2.9210 | | 7,876.50 |
| 04/17/09 10:55 | 04/22/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.3896 | 1,704.79 | |
| 04/17/09 14:54 | 04/22/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -500 | 3.9604 | | 1,970.15 |
| 04/20/09 12:06 | 04/23/09 | ADVOCAT INC | AVCA | Bought | 200 | 2.5000 | 509.99 | |
| 04/20/09 15:46 | 04/23/09 | ANNTAYLOR STORES CORP | ANN | Bought | 200 | 6.5183 | 1,313.65 | |

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| Account Number (c)(1) 8472 | Statement Period : April 1, 2009 - April 30, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/20/09 15:22 | 04/23/09 | BANK OF AMERICA CORP | BAC | Bought | 120 | 8.1899 | 992.78 | |
| 04/20/09 14:24 | 04/23/09 | CITIGROUP INC | C | Bought | 333 | 2.9699 | 998.97 | |
| 04/20/09 09:58 | 04/23/09 | DIREXION SHS ETF TR FINANCIAL BULL 3X SHARES | FAS | Bought | 500 | 8.0600 | 4,039.99 | |
| 04/20/09 10:14 | 04/23/09 | FIRST INDUSTRIAL REALTY TRUST INC | FR | Bought | 500 | 3.5800 | 1,799.99 | |
| 04/20/09 09:59 | 04/23/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.6297 | 1,824.84 | |
| 04/20/09 13:08 | 04/23/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.2000 | 1,609.99 | |
| 04/20/09 10:00 | 04/23/09 | NATIONAL DENTEX CORP | NADX | Bought | 100 | 4.0499 | 414.98 | |
| 04/20/09 10:30 | 04/23/09 | OFFICEMAX INCORPORATED | OMX | Bought | 400 | 5.2596 | 2,113.83 | |
| 04/20/09 15:42 | 04/23/09 | PROSHARES ULTRA REAL ESTATE ETF | URE | Bought | 200 | 3.1097 | 631.93 | |
| 04/20/09 15:44 | 04/23/09 | PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Bought | 50 | 13.4000 | 679.99 | |
| 04/22/09 12:51 | 04/27/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Sold | -1,390 | 0.3181 | | 442.14 |
| 04/22/09 12:51 | 04/27/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Sold | -1,500 | 0.3198 | | 479.68 |
| 04/22/09 12:51 | 04/27/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Sold | -3,200 | 0.3198 | | 1,013.63 |
| 04/22/09 15:59 | 04/27/09 | DIREXION SHS ETF TR FINANCIAL BULL 3X SHARES | FAS | Bought | 500 | 7.0600 | 3,539.99 | |
| 04/22/09 15:54 | 04/27/09 | KEYCORP NEW | KEY | Bought | 200 | 6.0750 | 1,224.99 | |
| 04/24/09 12:35 | 04/29/09 | CIT GROUP INC NEW | CIT | Bought | 500 | 2.5199 | 1,269.94 | |
| 04/24/09 12:38 | 04/29/09 | DIREXION SHS ETF TR FINANCIAL BULL 3X SHARES | FAS | Sold | -500 | 8.2600 | | 4,119.90 |
| 04/24/09 13:53 | 04/29/09 | DIREXION SHS ETF TR FINANCIAL BULL 3X SHARES | FAS | Sold | -500 | 8.2414 | | 4,110.60 |
| 04/24/09 12:34 | 04/29/09 | GENWORTH FINANCIAL INC COM CL A | GNW | Bought | 1,000 | 2.1597 | 2,169.69 | |
| 04/24/09 11:37 | 04/29/09 | KEYCORP NEW | KEY | Bought | 250 | 5.8600 | 1,474.99 | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 9   SP000116

![E*TRADE FINANCIAL logo]

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE** 355 PageID 2784
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** April 1, 2009 - April 30, 2009 | **Account Type:** JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/24/09 14:51 | 04/29/09 | KEYCORP NEW | KEY | Sold | -450 | 6.8300 | | 3,063.43 |
| 04/24/09 11:27 | 04/29/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | -300 | 3.4600 | | 1,027.98 |
| 04/24/09 11:32 | 04/29/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | -300 | 3.4700 | | 1,030.98 |
| 04/27/09 09:32 | 04/30/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.0880 | 1,544.00 | |
| 04/27/09 09:32 | 04/30/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.0900 | 1,554.99 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$33,932.29** | **$43,892.78** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/09 | | CIT GROUP INC NEW | CIT | Bought | 550 | 2.9999 | 1,274.94 | |
| 04/30/09 | | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 100 | 3.9900 | 408.99 | |
| 04/30/09 | | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 200 | 3.7449 | 758.97 | |
| 04/30/09 | | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 3.0397 | 3,049.69 | |
| 04/29/09 | | UAL CORPORATION NEW | UAUA | Bought | 450 | 5.2799 | 2,385.95 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 04/01/09 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON   9000 SHS REC 03/13/09 PAY 04/01/09 | HBAN | | 90.00 |
| 04/27/09 | Interest | FROM 03/26 THRU 04/25 @ 6.990% BAL       AVBAL   3,111 | | 12.69 | |
| 04/27/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.22 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$12.69** | **$90.22** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$77.53** |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5   **SP000117**

## E✺TRADE FINANCIAL
Trading • Investing • Banking

**E*TRADE 355 PageID 2785**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** April 1, 2009 - April 30, 2009 | **Account Type:** JOINT |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 04/16/09 | Adjustment | TFR MARGIN TO CASH | | 21,283.82 |
| 04/16/09 | Adjustment | TFR MARGIN TO CASH | 21,283.82 | |
| 04/21/09 | Adjustment | TFR CASH TO MARGIN | 303.10 | |
| 04/21/09 | Adjustment | TFR CASH TO MARGIN | | 303.10 |
| 04/22/09 | Adjustment | TFR MARGIN TO CASH | | 568.46 |
| 04/22/09 | Adjustment | TFR MARGIN TO CASH | 568.46 | |
| 04/23/09 | Adjustment | TFR CASH TO MARGIN | 16,930.93 | |
| 04/23/09 | Adjustment | TFR CASH TO MARGIN | | 16,930.93 |
| 04/27/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 12.69 | |
| 04/27/09 | Adjustment | TFR CASH TO MARGIN | 2,829.53 | |
| 04/27/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 12.69 |
| 04/27/09 | Adjustment | TFR CASH TO MARGIN | | 2,829.53 |
| 04/29/09 | Adjustment | TFR MARGIN TO CASH | | 8,438.27 |
| 04/29/09 | Adjustment | TFR MARGIN TO CASH | 8,438.27 | |
| 04/30/09 | Adjustment | TFR CASH TO MARGIN | 3,098.99 | |
| 04/30/09 | Adjustment | TFR CASH TO MARGIN | | 3,098.99 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |
|---|---|---|---|---|

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0493%APY Earned as of 04/30/09)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **04/01/09** | | **OPENING BALANCE** | **$0.00** |
| 04/16/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 21,283.82 |
| 04/21/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -303.10 |
| 04/22/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 568.46 |
| 04/23/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -16,930.93 |
| 04/27/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,829.53 |
| 04/28/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -12.47 |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1   SP000118

![E*TRADE FINANCIAL — Trading • Investing • Banking]

**E*TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** April 1, 2009 - April 30, 2009 | **Account Type:** JOINT |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 04/29/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 8,438.27 |
| 04/30/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,098.99 |
| **04/30/09** | | **CLOSING BALANCE** | **$7,115.53** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 of 1

SP000119

**May 1, 2009 - May 31, 2009**
Account Number:    (c)(1) .8472
Account Type:    **JOINT**

**E✱TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**E✱TRADE Mobile Pro is now available for iPhone.™** Visit **www.etrade.com/iphone** for more information or **download for free at iTunes.**

**E✱TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Invest in Bonds for Income & Diversification.**
Our upgraded Bond Center and low, simplified fixed-income pricing make it easy. Visit **www.etrade.com/bonds** for more information.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**E✱TRADE FINANCIAL**
Banking | Investing | Trading

## Account At A Glance



$91,414.46
**As of 04/30/09**

**$110,936.44**
**As of 05/31/09**

Net Change:                    $19,521.98

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E✱TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E✱TRADE Securities LLC at **1-800-ETRADE-1 and E✱TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).**

▲ DETACH HERE

DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip   Acct:  8472**

**Please do not send cash**

Make checks payable to E✱TRADE Clearing LLC.

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

SP000120

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✶TRADE
# FINANCIAL
Trading • Investing • Banking



**E✶TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)8472 | **Statement Period :** May 1, 2009 - May 31, 2009 | **Account Type:** JOINT |

---

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | April 30, 2009 |

| | | |
|---|---|---|
| Beginning Account Value (On 04/30/09): | $ | 91,414.46 |
| Ending Account Value (On 05/31/09): | $ | 110,936.44 |
| Net Change: | $ | 19,521.98 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/09)

**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/09 | AS OF 04/30/09 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $        0.00 | $    7,115.53 | -100.00% |
| Margin Balance | $  -24,312.05 | $        0.00 | - - |
| **Total Cash/Margin Debt** | $  -24,312.05 | $    7,115.53 | **-441.68%** |
| Stocks, Options & ETF (Long) | $ 135,248.49 | $   84,298.93 | 60.44% |
| **Total Value of Securities** | $ 135,248.49 | $   84,298.93 | **60.44%** |
| **Net Account Value** | $ 110,936.44 | $   91,414.46 | **21.36%** |

---

Securities products and services are offered by E*TRADE Securities LLC.  Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

**E✷TRADE FINANCIAL**
Trading • Investing • Banking

**E✷TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** May 1, 2009 - May 31, 2009 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $  -48,213.75 | $  -296,925.86 |
| Securities Sold | $   20,627.92 | $   256,230.95 |
| Interest Received | | |
| Taxable | $         0.07 | $          0.51 |
| Dividends Received | | |
| Taxable | $        52.50 | $        207.48 |
| Margin Interest | $       -63.82 | $       -222.92 |
| Master Limited Partnerships | $       169.50 | $        169.50 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/09)



4.38% - GNW
4.64% - HBAN
4.67% - GFIG
5.08% - EROC
5.31% - ZINC
5.84% - NADX
7.60% - UYG
7.76% - BARE
8.64% - CIT
46.09% - OTHER

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**SP000123**

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1)-8472 | **Statement Period :** May 1, 2009 - May 31, 2009 | **Account Type :** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 7,115.53 | 0.00 | | 5,590.53 |
| **Extended Insurance Sweep Deposit Account Total** | **7,115.53** | **0.00** | **0.00** | **5,590.53** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$7,115.53** | **$0.00** | **0.00%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.51** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 3.5199 | 1,055.97 | 0.78 | | |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 200 | 2.7500 | 550.00 | 0.41 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 1.6000 | 400.00 | 0.30 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 7.3200 | 2,928.00 | 2.16 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 11.2700 | 1,352.40 | 1.00 | 5.00 | 0.37% |
| BANKUNITED FINANCIAL CORP-CL A | BKUNA | Margin | | 0.4922 | 0.00 | 0.00 | | |
| BARE ESCENTUALS INC | BARE | Margin | 1,200 | 8.7500 | 10,500.00 | 7.76 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 1.7500 | 875.00 | 0.65 | | |
| CIT GROUP INC NEW | CIT | Margin | 3,050 | 3.8300 | 11,681.50 | 8.64 | | |
| CITIGROUP INC | C | Margin | 333 | 3.7200 | 1,238.76 | 0.92 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,150 | 3.7900 | 4,358.50 | 3.22 | 598.00 | 13.72% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.5700 | 757.00 | 0.56 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | 300 | 5.8100 | 1,743.00 | 1.29 | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 9   SP000124

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE**
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** May 1, 2009 - May 31, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 2,300 | 2.9900 | 6,877.00 | 5.08 | 230.00 | 3.34% |
| ELIXIR GAMING TECHNOLOGIES INC | EGT | Margin | 5,000 | 0.1800 | 900.00 | 0.67 | | |
| FIRST INDUSTRIAL REALTY TRUST INC | FR | Margin | 1,000 | 4.0300 | 4,030.00 | 2.98 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.1600 | 216.00 | 0.16 | | |
| GALLOWAY ENERGY INC | GWGI | Margin | 10,000 | 0.0560 | 560.00 | 0.41 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 5.9200 | 5,920.00 | 4.38 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 13.2200 | 3,146.36 | 2.33 | | |
| GFI GROUP INC | GFIG | Margin | 1,050 | 6.0100 | 6,310.50 | 4.67 | 210.00 | 3.33% |
| ***GSI GROUP INC | GSIG | Margin | 5,000 | 0.9000 | 4,500.00 | 3.33 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 7.1800 | 7,180.00 | 5.31 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 1,600 | 3.9200 | 6,272.00 | 4.64 | 64.00 | 1.02% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.2300 | 2,115.00 | 1.56 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.5000 | 2,250.00 | 1.66 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 0.8900 | 4,895.00 | 3.62 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1450 | 1,450.00 | 1.07 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 7.9000 | 7,900.00 | 5.84 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 8.0900 | 1,779.80 | 1.32 | 88.00 | 4.94% |
| OFFICEMAX INCORPORATED | OMX | Margin | 400 | 8.2500 | 3,300.00 | 2.44 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 9.0600 | 4,530.00 | 3.35 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 1.4000 | 840.00 | 0.62 | | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6   SP000125

**E✴TRADE FINANCIAL**
Trading • Investing • Banking

**E✴TRADE** Securities LLC
**Investment Account**

| Account Number (c)(1)-8472 | Statement Period : May 1, 2009 - May 31, 2009 | Account Type: JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| POLYONE CORP | POL | Margin | 600 | 3.0100 | 1,806.00 | 1.34 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.3500 | 2,025.00 | 1.50 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 1.3500 | 2,700.00 | 2.00 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 19.8300 | 991.50 | 0.73 | 8.00 | 0.81% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 2,500 | 4.1100 | 10,275.00 | 7.60 | 178.00 | 1.73% |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 3.8110 | 762.20 | 0.56 | 44.00 | 5.77% |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 3.9100 | 782.00 | 0.58 | | |
| UAL CORPORATION NEW | UAUA | Margin | 750 | 4.6600 | 3,495.00 | 2.58 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$135,248.49** | **100.00%** | **$1,425.00** | **1.05%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/09)** | | | | | **$110,936.44** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,425.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/09 10:23 | 05/04/09 | CIT GROUP INC NEW | CIT | Bought | 550 | 2.2999 | 1,274.94 | |
| 04/29/09 10:20 | 05/04/09 | UAL CORPORATION NEW | UAUA | Bought | 450 | 5.2799 | 2,385.95 | |
| 04/30/09 10:38 | 05/05/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 100 | 3.9900 | 408.99 | |
| 04/30/09 15:36 | 05/05/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 200 | 3.7449 | 758.97 | |

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

| Account Number: (c)(1)8472 | Statement Period : May 1, 2009 - May 31, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/30/09 10:07 | 05/05/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 3.0397 | 3,049.69 | |
| 05/05/09 09:39 | 05/08/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 500 | 3.7600 | 1,889.99 | |
| 05/05/09 09:42 | 05/08/09 | HORSEHEAD HOLDING CORP | ZINC | Bought | 500 | 7.7999 | 3,909.94 | |
| 05/05/09 09:39 | 05/08/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 3.0399 | 1,529.94 | |
| 05/06/09 15:59 | 05/11/09 | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | -500 | 0.8716 | | 425.79 |
| 05/06/09 12:10 | 05/11/09 | AMERICAN CAPITAL LIMITED | ACAS | Bought | 200 | 3.2500 | 659.99 | |
| 05/06/09 09:48 | 05/11/09 | BANKUNITED FINANCIAL CORP-CL A | BKUNA | Sold | -1,700 | 0.5356 | | 900.50 |
| 05/06/09 15:41 | 05/11/09 | ***OCEANFREIGHT INC COMM STK | OCNF | Bought | 400 | 1.5900 | 645.99 | |
| 05/07/09 12:58 | 05/12/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 100 | 3.6300 | 372.99 | |
| 05/07/09 12:58 | 05/12/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 800 | 3.6299 | 2,903.92 | |
| 05/07/09 09:40 | 05/12/09 | NEENAH PAPER INC | NP | Sold | -100 | 7.9000 | | 779.98 |
| 05/08/09 12:48 | 05/13/09 | ANIMAL HEALTH INTERNATIONAL INC | AHII | Bought | 250 | 1.5566 | 399.14 | |
| 05/08/09 12:45 | 05/13/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 300 | 3.5900 | 1,086.99 | |
| 05/08/09 14:18 | 05/13/09 | HORSEHEAD HOLDING CORP | ZINC | Bought | 500 | 6.7200 | 3,369.99 | |
| 05/08/09 09:54 | 05/13/09 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -3,500 | 5.1400 | | 17,979.54 |
| 05/08/09 12:44 | 05/13/09 | ***OCEANFREIGHT INC COMM STK | OCNF | Sold | -400 | 1.3803 | | 542.11 |
| 05/11/09 10:22 | 05/14/09 | CIT GROUP INC NEW | CIT | Bought | 2,000 | 2.8900 | 5,789.99 | |
| 05/11/09 11:00 | 05/14/09 | ELIXIR GAMING TECHNOLOGIES INC | EGT | Bought | 1,400 | 0.1906 | 276.83 | |
| 05/11/09 11:00 | 05/14/09 | ELIXIR GAMING TECHNOLOGIES INC | EGT | Bought | 3,600 | 0.1905 | 685.80 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8  SP000127

# E✳TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

Case 1-2v-00459-RBD   Document 17-3   Filed 05/10/17   Page 83 of 355 PageID 2795

**E✳TRADE Securities LLC**
**Investment Account**

**Account Number:** (c)(1) 8472　　　　**Statement Period :**  May 1, 2009 - May 31, 2009　　　　**Account Type:**  JOINT

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/11/09 11:15 | 05/14/09 | GFI GROUP INC | GFIG | Bought | 500 | 5.5170 | 2,768.49 | |
| 05/11/09 11:53 | 05/14/09 | GALLOWAY ENERGY INC | GWGI | Bought | 10,000 | 0.0880 | 889.99 | |
| 05/11/09 10:31 | 05/14/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 5.7570 | 2,888.49 | |
| 05/11/09 13:58 | 05/14/09 | PHYSICIANS FORMULA HOLDINGS INC | FACE | Bought | 100 | 1.7800 | 187.99 | |
| 05/11/09 13:58 | 05/14/09 | PHYSICIANS FORMULA HOLDINGS INC | FACE | Bought | 150 | 1.8000 | 279.99 | |
| 05/12/09 10:47 | 05/15/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 300 | 3.2700 | 990.99 | |
| 05/12/09 11:09 | 05/15/09 | GFI GROUP INC | GFIG | Bought | 550 | 5.2296 | 2,886.27 | |
| 05/12/09 10:34 | 05/15/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 500 | 5.1796 | 2,599.79 | |
| 05/13/09 10:14 | 05/18/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 600 | 4.6697 | 2,811.81 | |
| 05/18/09 15:22 | 05/21/09 | PHYSICIANS FORMULA HOLDINGS INC | FACE | Bought | 350 | 1.4283 | 509.90 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$48,213.75** | **$20,627.92** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 05/05/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.07 |
| 05/15/09 | Dividend | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B DIST    ON   1150 SHS REC 05/08/09 PAY 05/15/09 | CEP | | 149.50 |
| 05/15/09 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST    ON   800 SHS REC 05/11/09 PAY 05/15/09 | EROC | | 20.00 |
| 05/26/09 | Interest | FROM 04/26 THRU 05/25 @ 6.990% BAL  24,300  AVBAL  15,652 | | 63.82 | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5

SP000128

![E*TRADE FINANCIAL logo] Trading • Investing • Banking

E*TRADE FINANCIAL
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** May 1, 2009 - May 31, 2009          **Account Type:** JOINT

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|------------------|
| 05/29/09 | Dividend | GFI GROUP INC CASH DIV ON  1050 SHS REC 05/15/09 PAY 05/29/09 | GFIG | | 52.50 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$63.82** | **$222.07** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$158.25** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 05/04/09 | Adjustment | TFR CASH TO MARGIN | 3,660.89 | |
| 05/04/09 | Adjustment | TFR CASH TO MARGIN | | 3,660.89 |
| 05/05/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.07 | |
| 05/05/09 | Adjustment | TFR CASH TO MARGIN | 3,454.64 | |
| 05/05/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.07 |
| 05/05/09 | Adjustment | TFR CASH TO MARGIN | | 3,454.64 |
| 05/08/09 | Deposit | TRANSFER TO XXXX0013-1 REFID:15701809189; | 4,000.00 | |
| 05/08/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 4,000.00 |
| 05/08/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 4,000.00 | |
| 05/11/09 | Deposit | TRANSFER TO XXXX0013-1 REFID:15769189189; | 2,000.00 | |
| 05/11/09 | Adjustment | TFR CASH TO MARGIN | 425.79 | |
| 05/11/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 2,000.00 |
| 05/11/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 2,000.00 | |
| 05/11/09 | Deposit | ACH DEPOSIT REFID:15703055189; | | 3,000.00 |
| 05/11/09 | Adjustment | TFR CASH TO MARGIN | | 425.79 |
| 05/13/09 | Adjustment | TFR MARGIN TO CASH | | 96.10 |
| 05/13/09 | Adjustment | TFR MARGIN TO CASH | 96.10 | |

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** May 1, 2009 - May 31, 2009 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 05/14/09 | Adjustment | TFR CASH TO MARGIN | 96.10 | |
| 05/14/09 | Adjustment | TFR CASH TO MARGIN | | 96.10 |
| 05/19/09 | Deposit | TRANSFER TO XXXX0013-1 REFID:16090220189; | 600.00 | |
| 05/19/09 | Deposit | TRANSFER TO XXXX0013-1 REFID:16090901189; | 400.00 | |
| 05/19/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 1,000.00 |
| 05/19/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 1,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$4,000.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **05/01/09** | | **OPENING BALANCE** | **$7,115.53** |
| 05/04/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,660.89 |
| 05/05/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,454.64 |
| 05/13/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 96.10 |
| 05/14/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -96.10 |
| **05/31/09** | | **CLOSING BALANCE** | **$0.00** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1   SP000130

**June 1, 2009 - June 30, 2009**
Account Number: (c)(1) 8472
Account Type:       **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**SmartMoney Magazine recognizes**
**E*TRADE Securities as the #1 Online**
**Broker for the third straight year.**
Learn more at **www.etrade.com/accolades.**

**IMPORTANT INFORMATION:**

**End the clutter with FREE electronic**
**statements.** Enroll now in under a minute.
Visit **www.etrade.com/savewithedocs.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$110,936.44
As of 05/31/09

$101,540.07
As of 06/30/09

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1 and E*TRADE Clearing LLC at**
**201-499-6247.** You should re-confirm any oral
communication in writing to further protect your rights,
including rights under the Securities Investor
Protection Act (SIPA).

| Net Change: | $-9,396.37 |
|---|---|

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash.  Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection.  (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.)  Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.**  Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards.  In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency.  Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate.  You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC.  These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations.  Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.**  The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.  ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For your convenience, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

### General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

![E*TRADE FINANCIAL logo] **E✴TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✴TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** June 1, 2009 - June 30, 2009 | **Account Type:** JOINT |

**Customer Update:**

**E*TRADE Mobile Pro is now available for iPhone.™** Visit **www.etrade.com/iphone** for more information or **download for free at iTunes.**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | May 31, 2009 |
| Beginning Account Value (On 05/31/09): | $   110,936.44 |
| Ending Account Value (On 06/30/09): | $   101,540.07 |
| Net Change: | $     -9,396.37 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 06/30/09)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 06/30/09 | AS OF 05/31/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $  -29,188.26 | $  -24,312.05 | -20.05% |
| **Total Cash/Margin Debt** | $  **-29,188.26** | $  **-24,312.05** | **-20.06%** |
| Stocks, Options & ETF (Long) | $  130,728.33 | $  135,248.49 | -3.34% |
| **Total Value of Securities** | $  **130,728.33** | $  **135,248.49** | **-3.34%** |
| **Net Account Value** | $  **101,540.07** | $  **110,936.44** | **-8.47%** |

Securities products and services are offered by E*TRADE Securities LLC.  Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE
FINANCIAL
Trading   •   Investing   •   Banking

**E✳TRADE**
**Investment Account**

**Account Number:** (c)(1)8472

**Statement Period :**  June 1, 2009 - June 30, 2009

**Account Type:**  JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -20,109.49 | $ | -317,035.35 |
| Securities Sold | $ | 17,321.74 | $ | 273,552.69 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.51 |
| Dividends Received | | | | |
| Taxable | $ | 51.62 | $ | 259.10 |
| Margin Interest | $ | -145.50 | $ | -368.42 |
| Master Limited Partnerships | $ | 0.00 | $ | 169.50 |
| Substitute Payments | $ | 5.42 | $ | 5.42 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/09)



4.31% - PWAV
4.98% - NADX
5.02% - CIT
5.12% - HBAN
5.35% - GNW
5.41% - GFIG
5.43% - BARE
7.38% - UYG
9.76% - EROC
47.25% - OTHER

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** June 1, 2009 - June 30, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**   **$0.51**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 3.0200 | 906.00 | 0.69 | | |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 950 | 3.2100 | 3,049.50 | 2.33 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 1.5500 | 387.50 | 0.30 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 7.9800 | 3,192.00 | 2.44 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 13.2000 | 1,584.00 | 1.21 | 5.00 | 0.32% |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 8.8700 | 7,096.00 | 5.43 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 2.1900 | 1,095.00 | 0.84 | | |
| CIT GROUP INC NEW | CIT | Margin | 3,050 | 2.1500 | 6,557.50 | 5.02 | | |
| CITIGROUP INC | C | Margin | 333 | 2.9700 | 989.01 | 0.76 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,150 | 2.4100 | 2,771.50 | 2.12 | | |
| CPI CORP | CPY | Margin | 100 | 16.9900 | 1,699.00 | 1.30 | 64.00 | 3.77% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 6.6000 | 660.00 | 0.50 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | 300 | 5.7900 | 1,737.00 | 1.33 | | |
| DIAMONDS TRUST-UNIT SERIES 1 | DIA | Margin | 12 | 84.6600 | 1,015.92 | 0.78 | 34.00 | 3.35% |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 14

SP000135

# E✲TRADE
# FINANCIAL
Trading • Investing • Banking

**E✲TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** June 1, 2009 - June 30, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 4,000 | 3.1900 | 12,760.00 | 9.76 | 400.00 | 3.13% |
| ELIXIR GAMING TECHNOLOGIES INC | EGT | Margin | 5,000 | 0.1600 | 800.00 | 0.61 | | |
| FIRST INDUSTRIAL REALTY TRUST INC | FR | Margin | 1,000 | 4.3500 | 4,350.00 | 3.33 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.3500 | 235.00 | 0.18 | | |
| GALLOWAY ENERGY INC | GWGI | Margin | | 0.0470 | 0.00 | 0.00 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 6.9900 | 6,990.00 | 5.35 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 13.6500 | 3,248.70 | 2.49 | | |
| GFI GROUP INC | GFIG | Margin | 1,050 | 6.7400 | 7,077.00 | 5.41 | 210.00 | 2.97% |
| ***GSI GROUP INC | GSIG | Margin | 5,000 | 0.9800 | 4,900.00 | 3.75 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 500 | 7.4500 | 3,725.00 | 2.85 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 1,600 | 4.1800 | 6,688.00 | 5.12 | 64.00 | 0.96% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.7000 | 2,350.00 | 1.80 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 4.2200 | 1,055.00 | 0.81 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 2.8800 | 1,440.00 | 1.10 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 0.8600 | 4,730.00 | 3.62 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1000 | 1,000.00 | 0.76 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 6.5100 | 6,510.00 | 4.98 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 8.8100 | 1,938.20 | 1.48 | 88.00 | 4.54% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 6.2800 | 1,256.00 | 0.96 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 6.3800 | 3,190.00 | 2.44 | | |

E✲TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 10

SP000136

# E✴TRADE FINANCIAL
Trading • Investing • Banking

**E✴TRADE**
**Investment Account**

| Account Number (c)(1) 472 | Statement Period : June 1, 2009 - June 30, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 1.8800 | 1,128.00 | 0.86 | | |
| POLYONE CORP | POL | Margin | 600 | 2.7100 | 1,626.00 | 1.24 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.6100 | 2,415.00 | 1.85 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 1.6100 | 3,220.00 | 2.46 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 17.5100 | 875.50 | 0.67 | 8.00 | 0.91% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 2,500 | 3.8600 | 9,650.00 | 7.38 | 105.00 | 1.09% |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 3.5600 | 712.00 | 0.54 | 22.00 | 3.09% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 1,000 | 0.8010 | 801.00 | 0.61 | | |
| REGIONS FINANCIAL CORP NEW | RF | Margin | 400 | 4.0400 | 1,616.00 | 1.24 | 16.00 | 0.99% |
| TAKE-TWO INTERACTIVE SOFTWARE INC | TTWO | Margin | 50 | 9.4700 | 473.50 | 0.36 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 3.7500 | 750.00 | 0.57 | | |
| UAL CORPORATION NEW | UAUA | Margin | 150 | 3.1900 | 478.50 | 0.37 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$130,728.33** | **100.00%** | **$1,016.00** | **0.78%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/09)** | | | | | **$101,540.07** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,016.00** | | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7   SP000137

# E✳TRADE FINANCIAL

Trading   •   Investing   •   Banking

**E✳TRADE**
Investment Account

| Account Number: (c)(8)8472 | Statement Period : June 1, 2009 - June 30, 2009 | Account Type: JOINT |
|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/01/09 14:17 | 06/04/09 | GALLOWAY ENERGY INC | GWGI | Sold | -10,000 | 0.0500 | | 489.99 |
| 06/01/09 14:29 | 06/04/09 | OFFICEMAX INCORPORATED | OMX | Sold | -200 | 9.0400 | | 1,797.96 |
| 06/01/09 14:38 | 06/04/09 | GENWORTH FINANCIAL INC COM CL A SHORT. | GNW | Sold | -500 | 6.5611 | | 3,270.47 |
| 06/01/09 14:30 | 06/04/09 | PROSHARES ULTRA FINANCIALS ETF SHORT. | UYG | Sold | -400 | 4.2500 | | 1,689.96 |
| 06/02/09 09:39 | 06/05/09 | GENWORTH FINANCIAL INC COM CL A COVER SHORT. | GNW | Bought | 500 | 6.5789 | 3,299.44 | |
| 06/02/09 09:38 | 06/05/09 | PROSHARES ULTRA FINANCIALS ETF COVER SHORT. | UYG | Bought | 400 | 4.1383 | 1,665.31 | |
| 06/08/09 09:43 | 06/11/09 | BARE ESCENTUALS INC | BARE | Sold | -400 | 9.2568 | | 3,692.63 |
| 06/08/09 09:42 | 06/11/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -200 | 7.8036 | | 1,560.67 |
| 06/08/09 09:42 | 06/11/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -300 | 7.8133 | | 2,333.94 |
| 06/10/09 11:29 | 06/15/09 | AMERICAN CAPITAL LIMITED | ACAS | Bought | 250 | 2.7800 | 704.99 | |
| 06/11/09 11:45 | 06/16/09 | AMERICAN CAPITAL LIMITED | ACAS | Bought | 500 | 3.3890 | 1,702.49 | |
| 06/11/09 10:33 | 06/16/09 | CPI CORP | CPY | Bought | 100 | 16.9813 | 1,706.12 | |
| 06/11/09 10:14 | 06/16/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 500 | 3.3988 | 1,699.40 | |
| 06/11/09 10:14 | 06/16/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 1,200 | 3.4000 | 4,089.99 | |
| 06/11/09 13:21 | 06/16/09 | LCA-VISION INC | LCAV | Bought | 250 | 4.1500 | 1,045.49 | |
| 06/11/09 10:30 | 06/16/09 | REGIONS FINANCIAL CORP NEW | RF | Bought | 400 | 4.3100 | 1,733.99 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8   SP000138

# E✻TRADE FINANCIAL

Trading • Investing • Banking

**E✻TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** June 1, 2009 - June 30, 2009 | **Account Type:** JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/11/09 14:22 | 06/16/09 | RAM ENERGY RESOURCES INC | RAME | Bought | 1,000 | 1.0197 | 1,027.69 | |
| 06/11/09 10:32 | 06/16/09 | TAKE-TWO INTERACTIVE SOFTWARE INC | TTWO | Bought | 50 | 8.1400 | 414.99 | |
| 06/11/09 12:02 | 06/16/09 | UAL CORPORATION NEW | UAUA | Sold | -300 | 4.1703 | | 1,243.06 |
| 06/11/09 12:04 | 06/16/09 | UAL CORPORATION NEW | UAUA | Sold | -300 | 4.1703 | | 1,243.06 |
| 06/22/09 10:10 | 06/25/09 | DIAMONDS TRUST-UNIT SERIES 1 PROSPECTUS ON INITIAL PURCHASE | DIA | Bought | 12 | 84.3000 | 1,019.59 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$20,109.49** | **$17,321.74** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 06/02/09 | Dividend | NEENAH PAPER INC CASH DIV ON   220 SHS REC 05/15/09 PAY 06/02/09 | NP | | 22.00 |
| 06/26/09 | Interest | FROM 05/26 THRU 06/25 @ 6.990% BAL  29,077  AVBAL  24,173 | | 145.50 | |
| 06/26/09 | Dividend | BANK OF AMERICA CORP CASH DIV ON   120 SHS REC 06/05/09 PAY 06/26/09 | BAC | | 1.20 |
| 06/30/09 | Sub Payments | PROSHARES ULTRA REAL ESTATE ETF SUBST PAY ON   200 SHS REC 06/26/09 PAY 06/30/09 IN LIEU OF DIVIDEND | URE | | 5.42 |
| 06/30/09 | Dividend | PROSHARES ULTRA FINANCIALS ETF CASH DIV ON   2500 SHS REC 06/26/09 PAY 06/30/09 NON-QUALIFIED DIVIDEND | UYG | | 26.31 |
| 06/30/09 | Dividend | PROSHARES ULTRA BASIC MATERIALS ETF CASH DIV ON   50 SHS REC 06/26/09 PAY 06/30/09 NON-QUALIFIED DIVIDEND | UYM | | 2.11 |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of

SP000139

**E✶TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✶TRADE**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** June 1, 2009 - June 30, 2009          **Account Type:** JOINT

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$145.50** | **$57.04** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$88.46** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 06/05/09 | Transfer | ACH WITHDRAWAL REFID:16617171189; | 2,000.00 | |
| 06/05/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 2,000.00 |
| 06/05/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 2,000.00 | |
| 06/08/09 | Mark to Mkt | MARK TO MARKET | 4.32 | |
| 06/08/09 | Mark to Mkt | MARK TO MARKET SHORT POS | | 4.32 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$2,000.00** | |

PAGE 1 OF 13

**July 1, 2009 - July 31, 2009**
Account Number:   (c)(1) 8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**NEW INVESTOR RESOURCE CENTER**
- Free Education
- Easy-to-Use Tools
- Commentary & Insights
- Powerful Search
Visit the Center at **www.etrade.com/irc**



**IMPORTANT INFORMATION:**

**End the clutter with FREE electronic statements.** Enroll now in under a minute. Visit **www.etrade.com/savewithedocs.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Account At A Glance**



$101,540.07 — As of 06/30/09
$109,600.44 — As of 07/31/09

| Net Change: | $8,060.37 |
| --- | --- |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).**



DETACH HERE                                                          DETACH HERE ▲

▲ KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**      **Acct:**  (c)(1) -8472

Make checks payable to E*TRADE Clearing LLC.

**Please do not send cash**

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**SP000141**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection.  (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.  ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

**General Information**

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

SP000142

# E✶TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✶TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :**  July 1, 2009 - July 31, 2009 | **Account Type:**  JOINT |

**Customer Update:**

E✶TRADE Mobile Pro is now available for iPhone.™ Visit **www.etrade.com/iphone** for more information or **download for free at iTunes.**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | June 30, 2009 |

| | | |
|---|---|---|
| Beginning Account Value (On 06/30/09): | $ | 101,540.07 |
| Ending Account Value (On 07/31/09): | $ | 109,600.44 |
| Net Change: | $ | 8,060.37 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 07/31/09)

**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 07/31/09 | AS OF 06/30/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -15,282.39 | $   -29,188.26 | 47.64% |
| **Total Cash/Margin Debt** | **$   -15,282.39** | **$   -29,188.26** | **47.64%** |
| Stocks, Options & ETF (Long) | $   129,012.83 | $   130,728.33 | -1.31% |
| Stocks, Options & ETF (Short) | $   -4,130.00 | $   0.00 | - - |
| **Total Value of Securities** | **$   124,882.83** | **$   130,728.33** | **-4.47%** |
| **Net Account Value** | **$   109,600.44** | **$   101,540.07** | **7.94%** |

Securities products and services are offered by E✶TRADE Securities LLC.  Sweep Deposit Account is a bank deposit account with E✶TRADE Bank, a Federal savings bank, Member FDIC. IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; other types of accounts are FDIC-insured up to a maximum of $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✶TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✶TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3 of 8

SP000143

Trading • Investing • Banking

**E*TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** July 1, 2009 - July 31, 2009 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | | THIS PERIOD | | YEAR TO DATE |
|---|---|---|---|---|
| Securities Purchased | $ | -6,644.78 | $ | -323,680.13 |
| Securities Sold | $ | 23,608.10 | $ | 297,160.79 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.51 |
| Dividends Received | | | | |
| Taxable | $ | 20.00 | $ | 279.10 |
| Margin Interest | $ | -131.71 | $ | -500.13 |
| Master Limited Partnerships | $ | 0.00 | $ | 169.50 |
| Substitute Payments | $ | 0.00 | $ | 5.42 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 07/31/09)



4.01% - ZINC
5.07% - NADX
5.09% - GFIG
5.18% - GNW
5.32% - BARE
5.99% - MNTX
8.60% - HBAN
8.62% - UYG
10.18% - EROC
41.93% - OTHER

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 7   SP000144



# E★TRADE FINANCIAL

Trading • Investing • Banking

**E★TRADE**
Investment Account

| | | |
|---|---|---|
| **Account Number :** (c)(1)-8472 | **Statement Period :** July 1, 2009 - July 31, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**     $0.51

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (96.90% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 3.0500 | 915.00 | 0.69 | | |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 500 | 3.6100 | 1,805.00 | 1.36 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 1.6400 | 410.00 | 0.31 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 12.0700 | 4,828.00 | 3.63 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 14.7900 | 1,774.80 | 1.33 | 5.00 | 0.28% |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 8.8600 | 7,088.00 | 5.32 | | |
| CALL CIT GROUP   JAN 005 ****<br>LONG TERM OPTIONS EXP 01/22/11<br>EXP 01/22/2011 | QVVFA5 | Margin | 10 | 0.2000 | 200.00 | 0.15 | | |
| CALL CIT GROUP   JAN 010 ****<br>LONG TERM OPTIONS EXP 01/22/11<br>EXP 01/22/2011 | QVVFA10 | Margin | 50 | 0.1000 | 500.00 | 0.38 | | |
| CASUAL MALE RETAIL GROUP INC | CMRG | Margin | 500 | 2.1300 | 1,065.00 | 0.80 | | |
| CIT GROUP INC NEW | CIT | Margin | | 0.8700 | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 333 | 3.1700 | 1,055.61 | 0.79 | | |
| CITIZENS REPUBLIC BANCORP INC | CRBC | Margin | 300 | 0.5700 | 171.00 | 0.13 | | |

E✱TRADE
FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Investment Account

| Account Number (c)(1) 8472 | Statement Period : July 1, 2009 - July 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 600 | 2.9500 | 1,770.00 | 1.33 | | |
| CPI CORP | CPY | Margin | 100 | 18.3400 | 1,834.00 | 1.38 | 64.00 | 3.49% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.0600 | 706.00 | 0.53 | | |
| DELTA AIR LINES INC DEL COM NEW | DAL | Margin | | 6.9300 | 0.00 | 0.00 | | |
| DIAMONDS TRUST-UNIT SERIES 1 | DIA | Margin | | 91.6700 | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 4,000 | 3.3900 | 13,560.00 | 10.18 | 400.00 | 2.95% |
| ELIXIR GAMING TECHNOLOGIES INC | EGT | Margin | | 0.1730 | 0.00 | 0.00 | | |
| FIRST INDUSTRIAL REALTY TRUST INC | FR | Margin | | 4.2400 | 0.00 | 0.00 | | |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.0000 | 200.00 | 0.15 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 6.9000 | 6,900.00 | 5.18 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 14.5400 | 3,460.52 | 2.60 | | |
| GFI GROUP INC | GFIG | Margin | 1,050 | 6.4500 | 6,772.50 | 5.09 | 210.00 | 3.10% |
| ***GSI GROUP INC | GSIG | Margin | 6,000 | 0.6199 | 3,719.40 | 2.79 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 500 | 10.6900 | 5,345.00 | 4.01 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 2,800 | 4.0900 | 11,452.00 | 8.60 | 112.00 | 0.98% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.8100 | 2,405.00 | 1.81 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.7400 | 1,435.00 | 1.08 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 3.1600 | 1,580.00 | 1.19 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 26   SP000146

# E✶TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

**E✶TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) -8472 | **Statement Period :** July 1, 2009 - July 31, 2009 | **Account Type:** JOINT |

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)**

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MANITEX INTERNATIONAL INC | MNTX | Cash | 5,500 | 1.4500 | 7,975.00 | 5.99 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1395 | 1,395.00 | 1.05 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 6.7500 | 6,750.00 | 5.07 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 9.8000 | 2,156.00 | 1.62 | 88.00 | 4.08% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 9.3100 | 1,862.00 | 1.40 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 8.3700 | 4,185.00 | 3.14 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 1.6200 | 972.00 | 0.73 | | |
| POLYONE CORP | POL | Margin | 600 | 4.2900 | 2,574.00 | 1.93 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.2600 | 1,890.00 | 1.42 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 2,000 | 1.2600 | 2,520.00 | 1.89 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 22.2600 | 1,113.00 | 0.84 | 8.00 | 0.72% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 2,500 | 4.5900 | 11,475.00 | 8.62 | 105.00 | 0.92% |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 4.2800 | 856.00 | 0.64 | 22.00 | 2.57% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 1,000 | 0.7400 | 740.00 | 0.56 | | |
| REGIONS FINANCIAL CORP NEW | RF | Margin | | 4.4200 | 0.00 | 0.00 | | |
| TAKE-TWO INTERACTIVE SOFTWARE INC | TTWO | Margin | | 9.5200 | 0.00 | 0.00 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 3.3700 | 674.00 | 0.51 | | |
| UAL CORPORATION NEW | UAUA | Margin | | 4.1200 | 0.00 | 0.00 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.0800 | 924.00 | 0.69 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$129,012.83** | **96.90%** | **$1,014.00** | **0.79%** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7   SP000147



**E✴TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✴TRADE** Page 1 of 1
**Investment Account**

| Account Number : (c)(1) 8472 | Statement Period : July 1, 2009 - July 31, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES SOLD SHORT (3.10% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL AMERICAN CAP JAN 005 **** EXP 01/16/2010 | XDQSA5 | Margin | 5 | 0.5000 | -250.00 | 0.19 | | |
| CALL BARE ESCENT DEC12.50AMEX EXP 12/19/2009 | XURYL12 | Margin | 8 | 0.4000 | -320.00 | 0.24 | | |
| CALL GENWORTH FIN JAN 008 CBOE EXP 01/16/2010 | XGNWAH | Margin | 10 | 1.0000 | -1,000.00 | 0.75 | | |
| CALL HORSEHEAD   JAN 015 CBOE EXP 01/16/2010 | XZEQAC | Margin | 5 | 0.4000 | -200.00 | 0.15 | | |
| CALL HTNGTON BANC JAN 006 **** EXP 01/16/2010 | XHQBAS | Margin | 15 | 0.2500 | -375.00 | 0.28 | | |
| CALL HTNGTON BANC JAN 7.50**** EXP 01/16/2010 | XHQBAU | Margin | 12 | 0.1500 | -180.00 | 0.14 | | |
| CALL JA SOLAR HLD JAN 7.50CBOE EXP 01/16/2010 | XQJPAU | Margin | 5 | 0.5500 | -275.00 | 0.21 | | |
| CALL NEENAH PAPER JAN12.50CBOE EXP 01/16/2010 | XNPAV | Margin | 2 | 1.0000 | -200.00 | 0.15 | | |
| CALL OFFICEMAX IN JAN 010 **** EXP 01/16/2010 | XOMXA10 | Margin | 2 | 1.6500 | -330.00 | 0.25 | | |
| CALL PATRIOT COAL JAN12.50**** EXP 01/16/2010 | XPCXA12 | Margin | 5 | 0.7500 | -375.00 | 0.28 | | |
| CALL PROSHARES TR JAN 006 **** EXP 01/16/2010 | XUUFAF | Margin | 25 | 0.2500 | -625.00 | 0.47 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-4,130.00** | **3.10%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/09)** | | | | | **$109,600.44** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,014.00** | | | |

E✴TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8   **SP000148**

# E✲TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✲TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** July 1, 2009 - July 31, 2009 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/10/09 10:27 | 07/15/09 | AMERICAN CAPITAL LIMITED | ACAS | Sold | -515 | 2.7904 | | 1,429.03 |
| 07/10/09 10:39 | 07/15/09 | CIT GROUP INC NEW | CIT | Sold | -600 | 1.3910 | | 826.58 |
| 07/10/09 10:29 | 07/15/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | -550 | 2.1600 | | 1,179.97 |
| 07/10/09 10:06 | 07/15/09 | DIAMONDS TRUST-UNIT SERIES 1 | DIA | Sold | -12 | 81.4500 | | 969.38 |
| 07/10/09 10:34 | 07/15/09 | DELTA AIR LINES INC DEL COM NEW | DAL | Sold | -100 | 5.6904 | | 561.03 |
| 07/10/09 10:03 | 07/15/09 | DELTA AIR LINES INC DEL COM NEW | DAL | Sold | -200 | 5.6904 | | 1,130.06 |
| 07/10/09 10:07 | 07/15/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Sold | -420 | 2.7607 | | 1,151.47 |
| 07/10/09 10:10 | 07/15/09 | ELIXIR GAMING TECHNOLOGIES INC | EGT | Sold | -1,200 | 0.1451 | | 166.12 |
| 07/10/09 10:10 | 07/15/09 | ELIXIR GAMING TECHNOLOGIES INC | EGT | Sold | -3,800 | 0.1452 | | 551.74 |
| 07/10/09 10:02 | 07/15/09 | FIRST INDUSTRIAL REALTY TRUST INC | FR | Sold | -1,225 | 3.6400 | | 4,450.89 |
| 07/10/09 10:35 | 07/15/09 | REGIONS FINANCIAL CORP NEW | RF | Sold | -400 | 3.7804 | | 1,504.13 |
| 07/10/09 10:24 | 07/15/09 | RAM ENERGY RESOURCES INC | RAME | Sold | -1,000 | 0.6505 | | 642.49 |
| 07/10/09 10:41 | 07/15/09 | TAKE-TWO INTERACTIVE SOFTWARE INC | TTWO | Sold | -50 | 8.8400 | | 433.99 |
| 07/10/09 10:05 | 07/15/09 | UAL CORPORATION NEW | UAUA | Sold | -50 | 3.1100 | | 147.50 |
| 07/10/09 10:32 | 07/15/09 | UAL CORPORATION NEW | UAUA | Sold | -100 | 3.0925 | | 301.25 |
| 07/15/09 09:58 | 07/16/09 | CALL CIT GROUP    JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 OPEN CONTRACT | QVVFA10 | Bought | 50 | 0.1800 | 945.79 | |

E✲TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5  SP000149



**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE Securities**
**Investment Account**

| Account Number : (c)(1) 8472 | Statement Period : July 1, 2009 - July 31, 2009 | Account Type : JOINT |
| --- | --- | --- |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/14/09 15:58 | 07/17/09 | CIT GROUP INC NEW | CIT | Sold | -3,000 | 1.6399 | | 4,911.58 |
| 07/17/09 13:07 | 07/20/09 | CALL CIT GROUP    JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 OPEN CONTRACT | QVVFA5 | Bought | 10 | 0.3500 | 365.55 | |
| 07/16/09 14:10 | 07/21/09 | RAM ENERGY RESOURCES INC | RAME | Bought | 100 | 0.6898 | 68.98 | |
| 07/16/09 14:10 | 07/21/09 | RAM ENERGY RESOURCES INC | RAME | Bought | 900 | 0.6899 | 628.90 | |
| 07/16/09 15:03 | 07/21/09 | VALUEVISION MEDIA INC CL A | VVTV | Bought | 300 | 1.8783 | 571.48 | |
| 07/20/09 13:06 | 07/21/09 | CALL BARE ESCENT DEC12.50AMEX EXP 12/19/2009 OPEN CONTRACT | XURYL12 | Sold | -8 | 0.5000 | | 385.94 |
| 07/20/09 11:21 | 07/21/09 | CALL HTNGTON BANC JAN 7.50**** EXP 01/16/2010 OPEN CONTRACT | XHQBAU | Sold | -12 | 0.1500 | | 162.93 |
| 07/20/09 11:30 | 07/21/09 | CALL OFFICEMAX IN JAN 010 **** EXP 01/16/2010 OPEN CONTRACT | XOMXA10 | Sold | -2 | 0.6900 | | 128.49 |
| 07/20/09 11:32 | 07/21/09 | CALL PATRIOT COAL JAN12.50**** EXP 01/16/2010 OPEN CONTRACT | XPCXA12 | Sold | -5 | 0.4500 | | 213.22 |
| 07/20/09 11:28 | 07/21/09 | CALL JA SOLAR HLD JAN 7.50CBOE EXP 01/16/2010 OPEN CONTRACT | XQJPAU | Sold | -5 | 0.5500 | | 263.22 |
| 07/20/09 11:37 | 07/21/09 | CALL PROSHARES TR JAN 006 **** EXP 01/16/2010 OPEN CONTRACT | XUUFAF | Sold | -25 | 0.2000 | | 473.09 |
| 07/20/09 11:06 | 07/21/09 | CALL AMERICAN CAP JAN 005 **** EXP 01/16/2010 OPEN CONTRACT | XDQSA5 | Sold | -5 | 0.3000 | | 138.22 |

**E✶TRADE FINANCIAL**

Trading • Investing • Banking

**E✶TRADE**
Investment Account

| Account Number: (c)(1)8472 | Statement Period : July 1, 2009 - July 31, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/20/09 14:36 | 07/21/09 | CALL GENWORTH FIN JAN 008 CBOE EXP 01/16/2010 OPEN CONTRACT | XGNWAH | Sold | -10 | 0.8000 | | 784.42 |
| 07/20/09 11:19 | 07/21/09 | CALL HTNGTON BANC JAN 006 **** EXP 01/16/2010 OPEN CONTRACT | XHQBAS | Sold | -15 | 0.3000 | | 430.65 |
| 07/17/09 12:06 | 07/22/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 1,000 | 3.8696 | 3,877.59 | |
| 07/22/09 10:07 | 07/23/09 | CALL HORSEHEAD   JAN 015 CBOE EXP 01/16/2010 OPEN CONTRACT | XZEQAC | Sold | -3 | 0.4000 | | 109.73 |
| 07/23/09 10:29 | 07/24/09 | CALL NEENAH PAPER JAN12.50CBOE EXP 01/16/2010 OPEN CONTRACT | XNPAV | Sold | -2 | 0.5000 | | 90.49 |
| 07/27/09 14:48 | 07/28/09 | CALL HORSEHEAD   JAN 015 CBOE EXP 01/16/2010 OPEN CONTRACT | XZEQAC | Sold | -2 | 0.4000 | | 70.49 |
| 07/24/09 15:15 | 07/29/09 | CITIZENS REPUBLIC BANCORP INC | CRBC | Bought | 300 | 0.5950 | 186.49 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$6,644.78** | **$23,608.10** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/31/09 | | NEENAH PAPER INC | NP | Bought | 220 | 10.0632 | 2,221.89 | |
| 07/31/09 | | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 2,000 | 1.2398 | 2,487.59 | |
| 07/31/09 | | RAM ENERGY RESOURCES INC | RAME | Bought | 1,000 | 0.7288 | 736.79 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 106 of 355   SP000151

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Securities
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** July 1, 2009 - July 31, 2009          **Account Type:** JOINT

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/01/09 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON   1600 SHS REC 06/12/09 PAY 07/01/09 | HBAN | | 16.00 |
| 07/01/09 | Dividend | REGIONS FINANCIAL CORP NEW CASH DIV ON    400 SHS REC 06/17/09 PAY 07/01/09 | RF | | 4.00 |
| 07/27/09 | Interest | FROM 06/26 THRU 07/25 @ 6.990% BAL  12,034  AVBAL  22,611 | | 131.71 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$131.71** | **$20.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$111.71** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 07/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 54.26 | |
| 07/09/09 | Journal | TFR FROM ACCT 632-35800-1 | | 54.26 |
| 07/09/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 54.26 |
| 07/28/09 | Transfer | ACH WITHDRAWAL REFID:18425365189; | 3,000.00 | |
| 07/28/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 3,000.00 |
| 07/28/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 3,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$2,945.74** | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/09/09 | AMERICAN CAPITAL LIMITED TFR FROM ACCT 632-35800-2 | ACAS | Journal | 65 | | | |
| 07/09/09 | CIT GROUP INC NEW TFR FROM ACCT 632-35800-2 | CIT | Journal | 550 | | | |
| 07/09/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT TFR FROM ACCT 632-35800-2 | EROC | Journal | 420 | | | |

SP000152

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE Securities**
**Investment Account**

**Account Number :** (c)(1) 8472   **Statement Period :** July 1, 2009 - July 31, 2009   **Account Type:** JOINT

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 07/09/09 | FIRST INDUSTRIAL REALTY TRUST INC TFR FROM ACCT 632-35800-2 | FR | Journal | 225 | | | |
| 07/09/09 | ***GSI GROUP INC TFR FROM ACCT 632-35800-2 | GSIG | Journal | 1,000 | | | |
| 07/09/09 | HUNTINGTON BANCSHARES INC TFR FROM ACCT 632-35800-2 | HBAN | Journal | 200 | | | |

SP000153

PAGE 1 OF 12

**August 1, 2009 - August 31, 2009**

Account Number:     (c)(1) 8472
Account Type:        **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**NEW ONLINE ADVISOR -** Rebuild your portfolio one click at a time. See where you stand today, create a diversified long-term plan, and get a customized recommendation. Visit **etrade.com/onlineadvisor** to get started.



**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**NEW INVESTOR RESOURCE CENTER**
- Free Education
- Easy-to-Use Tools
- Commentary & Insights
- Powerful Search
Visit the Center at **www.etrade.com/irc**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Account At A Glance**



$109,600.44
As of 07/31/09

$126,279.41
As of 08/31/09

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/ FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███our rights, including rights under the Securities Investor Protection Act (SIPA).

| Net Change: | $16,678.97 |
|---|---|



**E*TRADE FINANCIAL**
**Trading • Investing • Banking**

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:** (c)(1) -8472

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

**SP000154**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.

THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE RECEIPT OF THE STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✱TRADE
# FINANCIAL
Trading   •   Investing   •   Banking

**E✱TRADE** of Account
**Investment Account**

| | | |
|---|---|---|
| Account Number (c)(1) 8472 | Statement Period : August 1, 2009 - August 31, 2009 | Account Type: JOINT |

**Customer Update:**

**E*TRADE Mobile Pro is now available for iPhone.™** Visit **www.etrade.com/iphone** for more information or **download for free at iTunes.**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | July 31, 2009 |
| Beginning Account Value (On 07/31/09): | $  109,600.44 |
| Ending Account Value (On 08/31/09): | $  126,279.41 |
| Net Change: | $    16,678.97 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/09)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/09 | AS OF 07/31/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $  -29,533.04 | $  -15,282.39 | -93.24% |
| **Total Cash/Margin Debt** | **$  -29,533.04** | **$  -15,282.39** | **-93.25%** |
| Stocks, Options & ETF (Long) | $  155,812.45 | $  129,012.83 | 20.77% |
| Stocks, Options & ETF (Short) | $  0.00 | $  -4,130.00 | 100.00% |
| **Total Value of Securities** | **$  155,812.45** | **$  124,882.83** | **24.77%** |
| **Net Account Value** | **$  126,279.41** | **$  109,600.44** | **15.22%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC. IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**. Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

SP000157

# E✻TRADE FINANCIAL
Trading • Investing • Banking

**E✻TRADE**
Investment Account

| | |
|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** August 1, 2009 - August 31, 2009 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -16,270.50 | $ -339,950.63 |
| Securities Sold | $ 2,009.35 | $ 299,170.14 |
| Interest Received | | |
| Taxable | $ 0.00 | $ 0.51 |
| Dividends Received | | |
| Taxable | $ 1,100.00 | $ 1,379.10 |
| Margin Interest | $ -173.00 | $ -673.13 |
| Master Limited Partnerships | $ 100.00 | $ 269.50 |
| Substitute Payments | $ 0.00 | $ 5.42 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/09)



9.18% - UYG
8.60% - EROC
8.19% - HBAN
6.78% - GNW
6.71% - MNTX
4.83% - GFIG
4.79% - NADX
4.76% - BARE
4.38% - PWAV
41.79% - OTHER

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** August 1, 2009 - August 31, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E✱TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| | | |
|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | | **$0.51** |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 5.3301 | 1,599.03 | 1.03 | 60.00 | 3.75% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 815.693 | 2.4800 | 2,022.92 | 1.30 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 2.0200 | 505.00 | 0.32 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 14.0800 | 5,632.00 | 3.61 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 17.5900 | 2,110.80 | 1.35 | 5.00 | 0.24% |
| BARE ESCENTUALS INC | BARE | Margin | 800 | 9.2800 | 7,424.00 | 4.76 | | |
| CALL AMERICAN CAP JAN 005 **** EXP 01/16/2010 | XDQSA5 | Margin | | 0.1500 | 0.00 | 0.00 | | |
| CALL BARE ESCENT DEC12.50AMEX EXP 12/19/2009 | XURYL12 | Margin | | 0.3500 | 0.00 | 0.00 | | |
| CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA5 | Margin | 10 | 0.5500 | 550.00 | 0.35 | | |
| CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA10 | Margin | 50 | 0.3000 | 1,500.00 | 0.96 | | |
| CALL GENWORTH FIN JAN 008 CBOE EXP 01/16/2010 | XGNWAH | Margin | | 3.6000 | 0.00 | 0.00 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5

SP000158

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE FINANCIAL**
Investment Account

| Account Number (c)(1)-8472 | Statement Period : August 1, 2009 - August 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL HORSEHEAD   JAN 015 CBOE EXP 01/16/2010 | XZEQAC | Margin | | 0.6000 | 0.00 | 0.00 | | |
| CALL HTNGTON BANC JAN 006 **** EXP 01/16/2010 | XHQBAS | Margin | | 0.4000 | 0.00 | 0.00 | | |
| CALL HTNGTON BANC JAN 7.50**** EXP 01/16/2010 | XHQBAU | Margin | | 0.2000 | 0.00 | 0.00 | | |
| CALL JA SOLAR HLD JAN 7.50CBOE EXP 01/16/2010 | XQJPAU | Margin | | 0.1000 | 0.00 | 0.00 | | |
| CALL JA SOLAR HLD MAR 005 CBOE EXP 03/20/2010 | QQJPCA | Margin | 20 | 0.5500 | 1,100.00 | 0.71 | | |
| CALL NEENAH PAPER JAN12.50CBOE EXP 01/16/2010 | XNPAV | Margin | | 1.2500 | 0.00 | 0.00 | | |
| CALL OFFICEMAX IN JAN 010 **** EXP 01/16/2010 | XOMXA10 | Margin | | 2.7000 | 0.00 | 0.00 | | |
| CALL PATRIOT COAL JAN12.50**** EXP 01/16/2010 | XPCXA12 | Margin | | 0.7000 | 0.00 | 0.00 | | |
| CALL PROSHARES TR JAN 006 **** EXP 01/16/2010 | XUUFAF | Margin | | 0.7000 | 0.00 | 0.00 | | |
| CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.2000 | 2,000.00 | 1.28 | | |
| CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Margin | 500 | 3.0700 | 1,535.00 | 0.99 | | |
| CASUAL MALE RETAIL GROUP INC | 148711104 | Margin | | 3.3000 | | | | |
| CITIGROUP INC | C | Margin | 333 | 5.0000 | 1,665.00 | 1.07 | | |
| CITIZENS REPUBLIC BANCORP INC | CRBC | Margin | 300 | 0.7500 | 225.00 | 0.14 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 35

SP000159

![E*TRADE FINANCIAL — Trading • Investing • Banking]

**E*TRADE** Investment Account

| Account Number (c)(1) 8472 | Statement Period : August 1, 2009 - August 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 600 | 3.1200 | 1,872.00 | 1.20 | | |
| CPI CORP | CPY | Margin | 100 | 18.0800 | 1,808.00 | 1.16 | 64.00 | 3.54% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.0100 | 701.00 | 0.45 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 4,000 | 3.3500 | 13,400.00 | 8.60 | 400.00 | 2.99% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.1400 | 214.00 | 0.14 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 10.5600 | 10,560.00 | 6.78 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 16.4000 | 3,903.20 | 2.51 | | |
| GFI GROUP INC | GFIG | Margin | 1,050 | 7.1600 | 7,518.00 | 4.83 | 210.00 | 2.79% |
| ***GSI GROUP INC | GSIG | Margin | 6,000 | 0.6700 | 4,020.00 | 2.58 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 500 | 11.2000 | 5,600.00 | 3.59 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 2,800 | 4.5600 | 12,768.00 | 8.19 | 112.00 | 0.88% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 3.5600 | 1,780.00 | 1.14 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.4200 | 1,355.00 | 0.87 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.2500 | 2,125.00 | 1.36 | | |
| MANITEX INTERNATIONAL INC | MNTX | Cash | | 1.9000 | 0.00 | 0.00 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 1.9000 | 10,450.00 | 6.71 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.2300 | 2,300.00 | 1.48 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 7.4600 | 7,460.00 | 4.79 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 11.3500 | 2,497.00 | 1.60 | 88.00 | 3.52% |

**E✳TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✳TRADE** Statement of Account
**Investment Account**

| Account Number: (c)(l)8472 | Statement Period : August 1, 2009 - August 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 11.3100 | 2,262.00 | 1.45 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 8.8600 | 4,430.00 | 2.84 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.4600 | 1,476.00 | 0.95 | | |
| POLYONE CORP | POL | Margin | 600 | 5.1000 | 3,060.00 | 1.96 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.2400 | 1,860.00 | 1.19 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.2400 | 4,960.00 | 3.18 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 23.3300 | 1,166.50 | 0.75 | 8.00 | 0.69% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | 2,500 | 5.7200 | 14,300.00 | 9.18 | 105.00 | 0.73% |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 5.4000 | 1,080.00 | 0.69 | 22.00 | 2.04% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 0.7390 | 1,478.00 | 0.95 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | 200 | 2.7500 | 550.00 | 0.35 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.3000 | 990.00 | 0.64 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$155,812.45** | **100.00%** | **$1,074.00** | **0.69%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/09)** | | | | | **$126,279.41** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,074.00** | | | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 of 8   **SP000161**

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE** Investment Account

**Account Number:** (c)(1)-8472      **Statement Period :** August 1, 2009 - August 31, 2009      **Account Type:** JOINT

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/31/09 14:17 | 08/05/09 | NEENAH PAPER INC | NP | Bought | 220 | 10.0632 | 2,221.89 | |
| 07/31/09 10:21 | 08/05/09 | POWERWAVE TECHNOLOGIES INC | PWAV | Bought | 2,000 | 1.2398 | 2,487.59 | |
| 07/31/09 14:30 | 08/05/09 | RAM ENERGY RESOURCES INC | RAME | Bought | 1,000 | 0.7288 | 736.79 | |
| 08/03/09 11:19 | 08/06/09 | NEENAH PAPER INC | NP | Sold | -220 | 9.1700 | | 2,009.35 |
| 08/06/09 10:11 | 08/07/09 | CALL JA SOLAR HLD JAN 7.50CBOE EXP 01/16/2010 CLOSING CONTRACT | XQJPAU | Bought | 5 | 0.6000 | 311.76 | |
| 08/06/09 10:03 | 08/07/09 | CALL PROSHARES TR JAN 006 **** EXP 01/16/2010 CLOSING CONTRACT | XUUFAF | Bought | 25 | 0.6000 | 1,526.84 | |
| 08/06/09 11:32 | 08/07/09 | CALL HORSEHEAD   JAN 015 CBOE EXP 01/16/2010 CLOSING CONTRACT | XZEQAC | Bought | 5 | 0.6000 | 311.76 | |
| 08/07/09 11:33 | 08/10/09 | CALL HTNGTON BANC JAN 7.50**** EXP 01/16/2010 CLOSING CONTRACT | XHQBAU | Bought | 12 | 0.2700 | 341.04 | |
| 08/07/09 11:07 | 08/10/09 | CALL NEENAH PAPER JAN12.50CBOE EXP 01/16/2010 CLOSING CONTRACT | XNPAV | Bought | 2 | 1.3000 | 269.50 | |
| 08/07/09 10:59 | 08/10/09 | CALL OFFICEMAX IN JAN 010 **** EXP 01/16/2010 CLOSING CONTRACT | XOMXA10 | Bought | 2 | 2.6500 | 539.50 | |
| 08/07/09 11:01 | 08/10/09 | CALL PATRIOT COAL JAN12.50**** EXP 01/16/2010 CLOSING CONTRACT | XPCXA12 | Bought | 5 | 0.8800 | 451.76 | |
| 08/07/09 11:03 | 08/10/09 | CALL AMERICAN CAP JAN 005 **** EXP 01/16/2010 CLOSING CONTRACT | XDQSA5 | Bought | 5 | 0.2500 | 136.76 | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 8

SP000162

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** August 1, 2009 - August 31, 2009 | **Account Type:** JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/07/09 10:57 | 08/10/09 | CALL GENWORTH FIN JAN 008 CBOE EXP 01/16/2010 CLOSING CONTRACT | XGNWAH | Bought | 10 | 2.1500 | 2,165.53 | |
| 08/07/09 11:32 | 08/10/09 | CALL HTNGTON BANC JAN 006 **** EXP 01/16/2010 CLOSING CONTRACT | XHQBAS | Bought | 15 | 0.5400 | 829.30 | |
| 08/12/09 13:55 | 08/13/09 | CALL JA SOLAR HLD MAR 005 CBOE EXP 03/20/2010 OPEN CONTRACT | QQJPCA | Bought | 20 | 1.2500 | 2,523.07 | |
| 08/12/09 09:37 | 08/13/09 | CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 OPEN CONTRACT | QQXOC1 | Bought | 100 | 0.1000 | 1,083.39 | |
| 08/19/09 09:30 | 08/20/09 | CALL BARE ESCENT DEC12.50AMEX EXP 12/19/2009 CLOSING CONTRACT | XURYL12 | Bought | 8 | 0.4000 | 334.02 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$16,270.50** | **$2,009.35** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/27/09 | | BARE ESCENTUALS INC | BARE | Sold | 100 | 9.4700 | | 938.98 |
| 08/27/09 | | BARE ESCENTUALS INC | BARE | Sold | 200 | 9.4617 | | 1,892.29 |
| 08/27/09 | | BARE ESCENTUALS INC | BARE | Sold | 300 | 9.4317 | | 2,821.44 |
| 08/28/09 | | GFI GROUP INC | GFIG | Sold | 50 | 7.2000 | | 352.00 |
| 08/28/09 | | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | 200 | 5.8200 | | 1,155.98 |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 118 OF 355   SP000163

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| Account Number: (c) 8-8472 | Statement Period : August 1, 2009 - August 31, 2009 | Account Type:  JOINT |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/07/09 | Dividend | AMERICAN CAPITAL LIMITED OPTIONAL DIVIDEND REC 06/22/09 PAY 08/07/09 | ACAS | | 1,016.50 |
| 08/14/09 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST   ON   4000 SHS REC 08/10/09 PAY 08/14/09 | EROC | | 100.00 |
| 08/18/09 | Interest | MARGIN INTEREST CORRECTION FROM 06/26 THRU 06/29 @ 6.990% BAL   29,222  AVBAL   22,611 SEE ACCT ALERTS FOR DETAILS | | 17.56 | |
| 08/18/09 | Interest | MARGIN INTEREST CORRECTION FROM 06/30 THRU 07/25 @ 7.990% BAL   12,034  AVBAL   22,611 SEE ACCT ALERTS FOR DETAILS | | 130.48 | |
| 08/18/09 | Interest | REVERSE MARGIN INTEREST FROM 06/26 THRU 07/25 @ 6.990% BAL   12,034  AVBAL   22,611 SEE ACCT ALERTS FOR DETAILS | | | 131.71 |
| 08/24/09 | Dividend | CPI CORP CASH DIV   ON   100 SHS REC 08/17/09 PAY 08/24/09 | CPY | | 16.00 |
| 08/26/09 | Interest | FROM 07/26 THRU 08/25 @ 7.990% BAL   29,443   AVBAL   22,770 | | 156.67 | |
| 08/28/09 | Dividend | GFI GROUP INC CASH DIV   ON   1050 SHS REC 08/14/09 PAY 08/28/09 | GFIG | | 52.50 |
| 08/31/09 | Dividend | ADVOCAT INC CASH DIV   ON   300 SHS REC 08/17/09 PAY 08/30/09 | AVCA | | 15.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$304.71** | **$1,331.71** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$1,027.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/07/09 | AMERICAN CAPITAL LIMITED REINVEST @ $3.2199 | ACAS | Div Reinvest | 315.693 | | 1,016.50 | |

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** August 1, 2009 - August 31, 2009 | **Account Type:** JOINT |

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/24/09 | MANITEX INTERNATIONAL INC SYSTEMATIC JOURNAL | MNTX | Journal | -5,500 | | | |
| 08/24/09 | MANITEX INTERNATIONAL INC SYSTEMATIC JOURNAL | MNTX | Journal | 5,500 | | | |
| 08/28/09 | CASUAL MALE RETAIL GROUP INC SURRENDERED - NAME CHANGE | 148711104 | Name Change | -500 | | | |
| 08/28/09 | CASUAL MALE RETAIL GROUP INC COM NEW RESULT OF NAME CHANGE | CMRG | Name Change | 500 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$1,016.50** | |
| **NET OTHER ACTIVITY** | | | | | | **$1,016.50** | |

PAGE 1 OF 10

September 1, 2009 - September 30, 2009
Account Number:  (c)(1) -8472
Account Type:  JOINT

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**NEW ONLINE ADVISOR -** Rebuild your portfolio one click at a time. See where you stand today, create a diversified long-term plan, and get a customized recommendation. Visit **etrade.com/onlineadvisor** to get started.



**IMPORTANT INFORMATION:**

**NEW INVESTOR RESOURCE CENTER**
- Free Education
- Easy-to-Use Tools
- Commentary & Insights
- Powerful Search
Visit the Center at **www.etrade.com/irc**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

**Account At A Glance**



$126,279.41
As of 08/31/09

$144,960.27
As of 09/30/09

Net Change:                                    $18,680.86

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot[████]our rights, including rights under the Securities Investor Protection Act (SIPA).

---



▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**   **Acct** (c)(1) **-8472**

**Please do not send cash**

| Dollars | Cents |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.

THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash.  Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.**  Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards.  In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency.  Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate.  You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC.  These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations.  Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.**  The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers.  ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.  ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

### General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

SP000167

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE**
**Investment Account**

**Account Number** (c)(3-8472      **Statement Period :**  September 1, 2009 - September 30, 2009      **Account Type:**  JOINT

**Customer Update:**

**E*TRADE Mobile Pro is now available for iPhone.**™ Visit **www.etrade.com/iphone** for more information or **download for free at iTunes.**

## ACCOUNT OVERVIEW

Last Statement Date:                    August 31, 2009

Beginning Account Value (On 08/31/09):     $     126,279.41
Ending Account Value (On 09/30/09):        $     144,960.27
Net Change:                                $      18,680.86

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 09/30/09)



**100.00% - Stocks, Options & ETF (Long)**

### ACCOUNT VALUE SUMMARY

|                                | AS OF 09/30/09 | AS OF 08/31/09 | % CHANGE |
|--------------------------------|---------------|---------------|----------|
| Margin Balance                 | $  -13,146.80 | $  -29,533.04 | 55.48%   |
| **Total Cash/Margin Debt**     | **$  -13,146.80** | **$  -29,533.04** | **55.48%** |
| Stocks, Options & ETF (Long)   | $  158,107.07 | $  155,812.45 | 1.47%    |
| **Total Value of Securities**  | **$  158,107.07** | **$  155,812.45** | **1.47%** |
| **Net Account Value**          | **$  144,960.27** | **$  126,279.41** | **14.79%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3    SP000168

**E*TRADE** Securities LLC
**Investment Account**

**Account Number:** (c)(8472)   **Statement Period :** September 1, 2009 - September 30, 2009   **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $   -15,497.58 | $   -355,448.21 |
| Securities Sold | $   32,006.71 | $   331,176.85 |
| Interest Received | | |
| Taxable | $   0.00 | $   0.51 |
| Dividends Received | | |
| Taxable | $   42.58 | $   1,421.68 |
| Margin Interest | $   -167.11 | $   -840.24 |
| Master Limited Partnerships | $   0.00 | $   269.50 |
| Substitute Payments | $   11.64 | $   17.06 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/09)



38.39% - OTHER
10.88% - EROC
8.34% - HBAN
8.17% - MNTX
7.56% - GNW
7.12% - GSIG
5.57% - PWAV
5.38% - NADX
4.57% - GFIG
4.02% - ANN

# E✲TRADE
## FINANCIAL
Trading • Investing • Banking

**E✲TRADE** of 355
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** September 1, 2009 - September 30, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**          **$0.51**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 7.2100 | 2,163.00 | 1.37 | 60.00 | 2.77% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 815 | 3.2300 | 2,632.45 | 1.66 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 2.1200 | 530.00 | 0.34 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 15.8900 | 6,356.00 | 4.02 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 16.9200 | 2,030.40 | 1.28 | 5.00 | 0.25% |
| BARE ESCENTUALS INC | BARE | Margin | 200 | 11.8900 | 2,378.00 | 1.50 | | |
| CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA5 | Margin | 10 | 0.1500 | 150.00 | 0.09 | | |
| CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA10 | Margin | 50 | 0.1000 | 500.00 | 0.32 | | |
| CALL JA SOLAR HLD MAR 005 CBOE EXP 03/20/2010 | QQJPCA | Margin | | 0.6500 | 0.00 | 0.00 | | |
| CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.1500 | 1,500.00 | 0.95 | | |
| CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Margin | 500 | 3.4400 | 1,720.00 | 1.09 | | |
| CITIGROUP INC | C | Margin | 333 | 4.8400 | 1,611.72 | 1.02 | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SP000170

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE** Securities LLC Statement
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(3)8472 | **Statement Period :** September 1, 2009 - September 30, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CITIZENS REPUBLIC BANCORP INC | CRBC | Margin | | 0.7600 | 0.00 | 0.00 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 600 | 3.9900 | 2,394.00 | 1.51 | | |
| CPI CORP | CPY | Margin | 300 | 12.4700 | 3,741.00 | 2.37 | 192.00 | 5.13% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.3500 | 735.00 | 0.46 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 4,000 | 4.3000 | 17,200.00 | 10.88 | 400.00 | 2.33% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.5900 | 259.00 | 0.16 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 11.9500 | 11,950.00 | 7.56 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 21.2000 | 5,045.60 | 3.19 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 7.2300 | 7,230.00 | 4.57 | 200.00 | 2.77% |
| ✱✱✱GSI GROUP INC | GSIG | Margin | 15,000 | 0.7500 | 11,250.00 | 7.12 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 500 | 11.7200 | 5,860.00 | 3.71 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 2,800 | 4.7100 | 13,188.00 | 8.34 | 112.00 | 0.85% |
| ✱✱✱JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.0300 | 2,015.00 | 1.27 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 7.0100 | 1,752.50 | 1.11 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.9300 | 2,465.00 | 1.56 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.3500 | 12,925.00 | 8.17 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.2571 | 2,571.00 | 1.63 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 8.5100 | 8,510.00 | 5.38 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 11.7700 | 2,589.40 | 1.64 | 88.00 | 3.40% |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 20   SP000171

E✳TRADE
FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Financial
Investment Account

| Account Number: (c)(1) 2-8472 | Statement Period : September 1, 2009 - September 30, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 12.5800 | 2,516.00 | 1.59 | | |
| PATRIOT COAL CORP | PCX | Margin | 500 | 11.7600 | 5,880.00 | 3.72 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.8000 | 1,680.00 | 1.06 | | |
| POLYONE CORP | POL | Margin | | 6.6700 | 0.00 | 0.00 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.6000 | 2,400.00 | 1.52 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.6000 | 6,400.00 | 4.05 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | 50 | 27.4000 | 1,370.00 | 0.87 | 8.00 | 0.58% |
| PROSHARES ULTRA FINANCIALS ETF | UYG | Margin | | 5.9100 | 0.00 | 0.00 | | |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | 200 | 5.9800 | 1,196.00 | 0.76 | 38.00 | 3.18% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.2100 | 2,420.00 | 1.53 | | |
| TOWN SPORTS INTL HLDGS INC | CLUB | Margin | | 2.5100 | 0.00 | 0.00 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.3100 | 993.00 | 0.63 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$158,107.07** | **100.00%** | **$1,103.00** | **0.70%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/09)** | | | | | **$144,960.27** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,103.00** | | | |

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(8472 | **Statement Period :** September 1, 2009 - September 30, 2009 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/27/09 14:57 | 09/01/09 | BARE ESCENTUALS INC | BARE | Sold | -100 | 9.4700 | | 938.98 |
| 08/27/09 14:57 | 09/01/09 | BARE ESCENTUALS INC | BARE | Sold | -200 | 9.4617 | | 1,892.29 |
| 08/27/09 14:51 | 09/01/09 | BARE ESCENTUALS INC | BARE | Sold | -300 | 9.4317 | | 2,821.44 |
| 08/28/09 09:41 | 09/02/09 | GFI GROUP INC | GFIG | Sold | -50 | 7.2000 | | 352.00 |
| 08/28/09 09:38 | 09/02/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | -200 | 5.8200 | | 1,155.98 |
| 09/10/09 10:47 | 09/15/09 | CPI CORP | CPY | Bought | 100 | 13.3000 | 1,330.00 | |
| 09/10/09 10:47 | 09/15/09 | CPI CORP | CPY | Bought | 200 | 13.2950 | 2,666.99 | |
| 09/17/09 10:05 | 09/22/09 | ***GSI GROUP INC | GSIG | Bought | 4,000 | 0.6999 | 2,807.59 | |
| 09/17/09 14:36 | 09/22/09 | SLM CORPORATION COVER SHORT. | SLM | Bought | 500 | 8.9589 | 4,487.44 | |
| 09/17/09 12:33 | 09/22/09 | SLM CORPORATION SHORT. | SLM | Sold | -500 | 8.8500 | | 4,416.89 |
| 09/18/09 13:45 | 09/23/09 | CITIZENS REPUBLIC BANCORP INC | CRBC | Sold | -300 | 0.7508 | | 217.24 |
| 09/18/09 12:58 | 09/23/09 | ***GSI GROUP INC | GSIG | Bought | 2,500 | 0.8489 | 2,130.24 | |
| 09/21/09 15:22 | 09/24/09 | ***GSI GROUP INC | GSIG | Bought | 2,500 | 0.8269 | 2,075.32 | |
| 09/25/09 11:07 | 09/28/09 | CALL JA SOLAR HLD MAR 005 CBOE EXP 03/20/2010 CLOSING CONTRACT | QQJPCA | Sold | -20 | 0.6500 | | 1,276.89 |
| 09/25/09 10:59 | 09/30/09 | CPI CORP | CPY | Sold | -100 | 13.0509 | | 1,297.06 |
| 09/25/09 11:02 | 09/30/09 | POLYONE CORP | POL | Sold | -600 | 6.6704 | | 3,994.14 |
| 09/25/09 10:56 | 09/30/09 | PROSHARES ULTRA FINANCIALS ETF | UYG | Sold | -2,300 | 5.7302 | | 13,171.13 |
| 09/25/09 11:04 | 09/30/09 | TOWN SPORTS INTL HLDGS INC | CLUB | Sold | -200 | 2.4034 | | 472.67 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$15,497.58** | **$32,006.71** |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC    PAGE 8 of 11

SP000173

**E✲TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✲TRADE**
**Investment Account**

**Account Number:** (c)(i)-8472          **Statement Period :**  September 1, 2009 - September 30, 2009          **Account Type:**  JOINT

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 09/29/09 | | ***GSI GROUP INC | GSIG | Bought | 5,000 | 0.7500 | 3,757.99 | |
| 09/29/09 | | HUNTINGTON BANCSHARES INC | HBAN | Bought | 200 | 4.4096 | 889.91 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 09/02/09 | Dividend | NEENAH PAPER INC CASH DIV  ON   220 SHS REC 08/14/09 PAY 09/02/09 | NP | | 22.00 |
| 09/25/09 | Dividend | BANK OF AMERICA CORP CASH DIV  ON    120 SHS REC 09/04/09 PAY 09/25/09 | BAC | | 1.20 |
| 09/28/09 | Interest | FROM 08/26 THRU 09/25 @ 7.490% BAL  33,152  AVBAL  25,909 | | 167.11 | |
| 09/30/09 | Dividend | PROSHARES ULTRA REAL ESTATE ETF CASH DIV  ON    200 SHS REC 09/28/09 PAY 09/30/09 NON-QUALIFIED DIVIDEND | URE | | 9.48 |
| 09/30/09 | Dividend | PROSHARES ULTRA FINANCIALS ETF CASH DIV  ON   1168 SHS REC 09/28/09 PAY 09/30/09 NON-QUALIFIED DIVIDEND | UYG | | 9.90 |
| 09/30/09 | Sub Payments | PROSHARES ULTRA FINANCIALS ETF SUBST PAY ON   1132 SHS REC 09/28/09 PAY 09/30/09 IN LIEU OF DIVIDEND | UYG | | 9.60 |
| 09/30/09 | Sub Payments | PROSHARES ULTRA BASIC MATERIALS ETF SUBST PAY ON    50 SHS REC 09/28/09 PAY 09/30/09 IN LIEU OF DIVIDEND | UYM | | 2.04 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$167.11** | **$54.22** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$112.89** | |

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** September 1, 2009 - September 30, 2009 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 09/09/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 10.00 |
| 09/09/09 | Adjustment | TRNSFR FROM MARGIN TO CASH | 10.00 | |
| 09/28/09 | Mark to Mkt | MARK TO MARKET | 70.55 | |
| 09/28/09 | Mark to Mkt | MARK TO MARKET SHORT POS | | 70.55 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 09/09/09 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR ADR CUSTODY FEE JULY 2009 | JASO | ADR Fee | | | 10.00 | |
| 09/14/09 | AMERICAN CAPITAL LIMITED TFR TO ACCT 632-35800-2 | ACAS | Journal | -0.693 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$10.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$10.00** | |

E*TRADE Securities LLC • PO Box 1542, Merrified, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1 of 1

SP000175

**October 1, 2009 - October 31, 2009**
Account Number:   (c)(1)-8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**NEW ONLINE ADVISOR -** Rebuild your portfolio one click at a time. See where you stand today, create a diversified long-term plan, and get a customized recommendation. Visit **etrade.com/onlineadvisor** to get started.



**IMPORTANT INFORMATION:**

**NEW INVESTOR RESOURCE CENTER**
- Free Education
- Easy-to-Use Tools
- Commentary & Insights
- Powerful Search
Visit the Center at **www.etrade.com/irc**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$144,960.27
$133,057.92

As of 09/30/09
As of 10/31/09

Net Change:                                          $-11,902.35

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prote███ your rights, including rights under the Securities Investor Protection Act (SIPA).

---

▲ DETACH HERE                                                                   DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**   **Acct:** (c)(1)-8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
| --- | --- |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

**General Information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

SP000177

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✳TRADE Brokerage**
**Investment Account**

| Account Number (c)(1)-8472 | Statement Period : October 1, 2009 - October 31, 2009 | Account Type: JOINT |
|---|---|---|

**Customer Update:**

**E*TRADE Mobile Pro is now available for iPhone.™** Visit **etrade.com/iphone** for more information or **download for free at iTunes.**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | September 30, 2009 |
| Beginning Account Value (On 09/30/09): | $    144,960.27 |
| Ending Account Value (On 10/31/09): | $    133,057.92 |
| Net Change: | $    -11,902.35 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 10/31/09)

**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/09 | AS OF 09/30/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -3,381.52 | $    -13,146.80 | 74.27% |
| **Total Cash/Margin Debt** | **$    -3,381.52** | **$    -13,146.80** | **74.28%** |
| Stocks, Options & ETF (Long) | $    136,439.44 | $    158,107.07 | -13.70% |
| **Total Value of Securities** | **$    136,439.44** | **$    158,107.07** | **-13.70%** |
| **Net Account Value** | **$    133,057.92** | **$    144,960.27** | **-8.21%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000;** all other accounts are FDIC-insured to at least **$100,000.**  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3    SP000178

E*TRADE FINANCIAL
Investment Account

# E*TRADE FINANCIAL

Trading  •  Investing  •  Banking

**Account Number** (c)(1) -8472          **Statement Period :** October 1, 2009 - October 31, 2009          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -26,346.11 | $ -381,794.32 |
| Securities Sold | $ 36,349.41 | $ 367,526.26 |
| Interest Received | | |
| Taxable | $ 0.15 | $ 0.66 |
| Dividends Received | | |
| Taxable | $ 43.00 | 1,464.68 |
| Margin Interest | $ -121.17 | $ -961.41 |
| Master Limited Partnerships | $ 0.00 | $ 269.50 |
| Substitute Payments | $ 0.00 | $ 17.06 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/09)



23.93% - OTHER
17.37% - EROC
15.11% - GSIG
8.38% - HBAN
8.14% - MNTX
7.78% - GNW
5.86% - NADX
5.04% - PWAV
4.55% - PCX
3.84% - ZINC

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 6          SP000179

# E✱TRADE FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Investment Account

| **Account Number** (c)(1) -8472 | **Statement Period :** October 1, 2009 - October 31, 2009 | **Account Type:** JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)**   $0.66

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 8.3000 | 2,490.00 | 1.82 | 60.00 | 2.41% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 2.6800 | 0.00 | 0.00 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 2.4300 | 607.50 | 0.45 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 12.9700 | 5,188.00 | 3.80 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 14.5800 | 1,749.60 | 1.28 | 5.00 | 0.29% |
| BARE ESCENTUALS INC | BARE | Margin | 200 | 12.6300 | 2,526.00 | 1.85 | | |
| CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA5 | Margin | 10 | 0.0500 | 50.00 | 0.04 | | |
| CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA10 | Margin | 50 | 0.0500 | 250.00 | 0.18 | | |
| CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.1000 | 1,000.00 | 0.73 | | |
| CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Margin | | 2.5100 | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | | 4.0900 | 0.00 | 0.00 | | |

# E*TRADE FINANCIAL
Trading • Investing • Banking

**E*TRADE** of 355 PageID
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** October 1, 2009 - October 31, 2009 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | | 3.8800 | 0.00 | 0.00 | | |
| CPI CORP | CPY | Margin | | 11.3600 | 0.00 | 0.00 | | |
| DARLING INTERNATIONAL INC | DAR | Margin | | 6.9500 | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 4.7400 | 23,700.00 | 17.37 | 500.00 | 2.11% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | | 2.4100 | 0.00 | 0.00 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 10.6200 | 10,620.00 | 7.78 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 16.0800 | 3,827.04 | 2.80 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 5.1500 | 5,150.00 | 3.77 | 200.00 | 3.88% |
| ***GSI GROUP INC | GSIG | Margin | 25,400 | 0.8115 | 20,612.10 | 15.11 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 550 | 9.5300 | 5,241.50 | 3.84 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 3.8100 | 11,430.00 | 8.38 | 120.00 | 1.05% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | | 3.8300 | 0.00 | 0.00 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 4.5000 | 1,125.00 | 0.82 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 5.7400 | 2,870.00 | 2.10 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.0200 | 11,110.00 | 8.14 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1660 | 1,660.00 | 1.22 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 8.0000 | 8,000.00 | 5.86 | | |
| NEENAH PAPER INC | NP | Margin | | 10.3500 | 0.00 | 0.00 | | |
| OFFICEMAX INCORPORATED | OMX | Margin | | 11.4300 | 0.00 | 0.00 | | |
| PATRIOT COAL CORP | PCX | Margin | 549 | 11.3000 | 6,203.70 | 4.55 | | |

# E✴TRADE FINANCIAL

Trading • Investing • Banking

**E✴TRADE** Securities Page 7
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : October 1, 2009 - October 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.1900 | 1,314.00 | 0.96 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.2500 | 1,875.00 | 1.37 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.2500 | 5,000.00 | 3.66 | | |
| PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Margin | | 25.2300 | 0.00 | 0.00 | | |
| PROSHARES ULTRA REAL ESTATE ETF | URE | Margin | | 5.3100 | 0.00 | 0.00 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.4200 | 2,840.00 | 2.08 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | | 3.1700 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$136,439.44** | **100.00%** | **$885.00** | **0.65%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/09)** | | | | | **$133,057.92** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$885.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 09/29/09 13:19 | 10/02/09 | ***GSI GROUP INC | GSIG | Bought | 5,000 | 0.7500 | 3,757.99 | |
| 09/29/09 12:50 | 10/02/09 | HUNTINGTON BANCSHARES INC | HBAN | Bought | 200 | 4.4096 | 889.91 | |
| 10/09/09 10:15 | 10/15/09 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Bought | 1,000 | 4.7696 | 4,777.59 | |
| 10/19/09 13:30 | 10/22/09 | AMERICAN CAPITAL LIMITED | ACAS | Sold | -100 | 3.2600 | | 318.00 |
| 10/19/09 13:30 | 10/22/09 | AMERICAN CAPITAL LIMITED | ACAS | Sold | -715 | 3.2612 | | 2,331.70 |

E✴TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 8   SP000182

# E✶TRADE
## FINANCIAL
Trading • Investing • Banking

**E✶TRADE** Securities
Investment Account

| Account Number: (c)(1)-8472 | Statement Period : October 1, 2009 - October 31, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/19/09 12:41 | 10/22/09 | CPI CORP | CPY | Sold | -300 | 11.2511 | | 3,367.25 |
| 10/19/09 12:37 | 10/22/09 | CITIGROUP INC | C | Sold | -333 | 4.6000 | | 1,523.77 |
| 10/19/09 12:48 | 10/22/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | -100 | 4.1900 | | 410.99 |
| 10/19/09 12:48 | 10/22/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | -500 | 4.1800 | | 2,089.94 |
| 10/19/09 12:34 | 10/22/09 | CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Sold | -500 | 2.9505 | | 1,467.22 |
| 10/19/09 12:35 | 10/22/09 | DARLING INTERNATIONAL INC | DAR | Sold | -100 | 7.2317 | | 715.16 |
| 10/19/09 12:46 | 10/22/09 | FLOW INTERNATIONAL CORP | FLOW | Sold | -100 | 2.7217 | | 264.17 |
| 10/19/09 12:43 | 10/22/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -100 | 12.3450 | | 1,226.47 |
| 10/19/09 12:43 | 10/22/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -200 | 12.3400 | | 2,467.93 |
| 10/19/09 12:43 | 10/22/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -200 | 12.3410 | | 2,468.13 |
| 10/19/09 12:44 | 10/22/09 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Sold | -500 | 4.0204 | | 2,002.15 |
| 10/19/09 12:39 | 10/22/09 | NEENAH PAPER INC | NP | Sold | -220 | 11.0706 | | 2,427.47 |
| 10/19/09 13:17 | 10/22/09 | OFFICEMAX INCORPORATED | OMX | Sold | -200 | 13.0401 | | 2,599.96 |
| 10/19/09 12:33 | 10/22/09 | PROSHARES ULTRA REAL ESTATE ETF | URE | Sold | -200 | 5.9500 | | 1,181.97 |
| 10/19/09 12:37 | 10/22/09 | PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Sold | -50 | 30.9800 | | 1,540.97 |
| 10/19/09 12:59 | 10/22/09 | PATRIOT COAL CORP | PCX | Sold | -500 | 13.7104 | | 6,847.03 |
| 10/19/09 12:36 | 10/22/09 | VALUEVISION MEDIA INC CL A | VVTV | Sold | -300 | 3.6905 | | 1,099.13 |
| 10/26/09 10:08 | 10/29/09 | ***GSI GROUP INC | GSIG | Bought | 100 | 0.7897 | 86.96 | |

E✶TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF 12   SP000183

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Securities
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** October 1, 2009 - October 31, 2009 | **Account Type:** JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/26/09 10:08 | 10/29/09 | ***GSI GROUP INC | GSIG | Bought | 5,300 | 0.7898 | 4,185.94 | |
| 10/27/09 14:19 | 10/30/09 | HORSEHEAD HOLDING CORP | ZINC | Bought | 550 | 10.5000 | 5,782.99 | |
| 10/27/09 10:59 | 10/30/09 | PATRIOT COAL CORP | PCX | Bought | 549 | 12.4895 | 6,864.73 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$26,346.11** | **$36,349.41** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/30/09 | | AMERICAN CAPITAL LIMITED | ACAS | Bought | 185 | 2.6600 | 500.09 | |
| 10/30/09 | | AMERICAN CAPITAL LIMITED | ACAS | Bought | 815 | 2.6800 | 2,192.19 | |
| 10/30/09 | | ***GSI GROUP INC | GSIG | Bought | 700 | 0.7599 | 539.98 | |
| 10/30/09 | | ***GSI GROUP INC | GSIG | Bought | 3,900 | 0.7600 | 2,964.00 | |
| 10/28/09 | | PATRIOT COAL CORP | PCX | Sold | 549 | 11.6505 | | 6,387.96 |
| 10/30/09 | | PROSHARES ULTRA BASIC MATERIALS ETF PROSPECTUS ON INITIAL PURCHASE | UYM | Bought | 50 | 25.1900 | 1,267.49 | |
| 10/30/09 | | VALUEVISION MEDIA INC CL A | VVTV | Bought | 300 | 3.2194 | 973.81 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 10/01/09 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON  2800 SHS REC 09/11/09 PAY 10/01/09 | HBAN | | 28.00 |
| 10/14/09 | Dividend | ADVOCAT INC CASH DIV ON  300 SHS REC 09/30/09 PAY 10/14/09 | AVCA | | 15.00 |
| 10/26/09 | Interest | FROM 09/26 THRU 10/25 @ 7.990% BAL      AVBAL  20,997 | | 121.17 | |
| 10/26/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.08 |
| 10/30/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.07 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$121.17** | **$43.15** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$78.02** | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 7   SP000184

**E✳TRADE**
Investment Account

| Account Number: (c)(f)8472 | Statement Period : October 1, 2009 - October 31, 2009 | Account Type:  JOINT |
|---|---|---|

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 10/22/09 | Adjustment | TFR MARGIN TO CASH | | 13,820.12 |
| 10/22/09 | Adjustment | TFR MARGIN TO CASH | 13,820.12 | |
| 10/26/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 121.17 | |
| 10/26/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 121.17 |
| 10/28/09 | Transfer | ACH WITHDRAWAL REFID:9602565327; | 160.00 | |
| 10/29/09 | Adjustment | TFR CASH TO MARGIN | 4,272.90 | |
| 10/29/09 | Adjustment | TFR CASH TO MARGIN | | 4,272.90 |
| 10/30/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.07 | |
| 10/30/09 | Adjustment | TFR CASH TO MARGIN | 9,266.13 | |
| 10/30/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.07 |
| 10/30/09 | Adjustment | TFR CASH TO MARGIN | | 9,266.13 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$160.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **10/01/09** | | **OPENING BALANCE** | **$0.00** |
| 10/22/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 13,820.12 |
| 10/27/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -121.09 |
| 10/29/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -4,432.90 |
| 10/30/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -9,266.13 |
| **10/31/09** | | **CLOSING BALANCE** | **$0.00** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1    SP000185

PAGE 1 OF 10

**November 1, 2009 - November 30, 2009**
Account Number:    (c)(1) 8472
Account Type:      **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**GO PAPERLESS WITH ELECTRONIC
DELIVERY.** It's simple, safe, and smart. Go
green today at **www.etrade.com/edocs.**



E*TRADE Securities
Investment Account

**IMPORTANT INFORMATION:**

**NEW INVESTOR RESOURCE CENTER**
- Free Education
- Easy-to-Use Tools
- Commentary & Insights
- Powerful Search
Visit the Center at **www.etrade.com/irc**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Account At A Glance**



| $133,057.92 | $128,350.23 |
|---|---|
| As of 10/31/09 | As of 11/30/09 |

Net Change:                                         $-4,707.69

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot███ ur rights,
including rights under the Securities Investor
Protection Act (SIPA).



E*TRADE FINANCIAL
Banking • Investing • Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip     Acct:**  (c)(1)  **8472**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**SP000186**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the Uninvested Cash or any Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✳TRADE** Brokerage
**Investment Account**

| | |
|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** November 1, 2009 - November 30, 2009 |

**Account Type:** JOINT

---

**Customer Update:**

**E✳TRADE Mobile Pro is now available for iPhone.™** Visit **etrade.com/iphone** for more information or **download for free at iTunes.**

---

## ACCOUNT OVERVIEW

Last Statement Date:                    October 31, 2009

| | | |
|---|---|---|
| Beginning Account Value (On 10/31/09): | $ | 133,057.92 |
| Ending Account Value (On 11/30/09): | $ | 128,350.23 |
| Net Change: | $ | -4,707.69 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/09)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 11/30/09 | AS OF 10/31/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -23,845.25 | $     -3,381.52 | -605.16% |
| **Total Cash/Margin Debt** | **$    -23,845.25** | **$     -3,381.52** | **-605.16%** |
| Stocks, Options & ETF (Long) | $   152,195.48 | $    136,439.44 | 11.55% |
| **Total Value of Securities** | **$   152,195.48** | **$    136,439.44** | **11.55%** |
| **Net Account Value** | **$   128,350.23** | **$    133,057.92** | **-3.54%** |

---

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3    SP000188

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** November 1, 2009 - November 30, 2009          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $  -53,897.57 | $  -435,691.89 |
| Securities Sold | $  33,379.94 | $  400,906.20 |
| Interest Received | | |
| Taxable | $  0.01 | $  0.67 |
| Dividends Received | | |
| Taxable | $  50.00 | $  1,514.68 |
| Margin Interest | $  -121.11 | $  -1,082.52 |
| Master Limited Partnerships | $  125.00 | $  394.50 |
| Substitute Payments | $  0.00 | $  17.06 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/09)



15.54% - EROC
30.49% - OTHER
14.30% - GSIGQ
7.53% - HBAN
3.67% - ANN
4.05% - ZINC
5.06% - PWAV
5.34% - NADX
6.94% - MNTX
7.08% - GNW

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Statement of Account
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** November 1, 2009 - November 30, 2009 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)**  $0.67

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 6.6100 | 1,983.00 | 1.30 | 60.00 | 3.03% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 2.9400 | 2,940.00 | 1.93 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 2.7400 | 685.00 | 0.45 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 13.9800 | 5,592.00 | 3.67 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 15.8500 | 1,902.00 | 1.25 | 5.00 | 0.26% |
| BARE ESCENTUALS INC | BARE | Margin | 200 | 12.7900 | 2,558.00 | 1.68 | | |
| CALL CIT GROUP JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA5 | Margin | 10 | 0.0100 | 10.00 | 0.01 | | |
| CALL CIT GROUP JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA10 | Margin | 50 | 0.0100 | 50.00 | 0.03 | | |
| CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.0500 | 500.00 | 0.33 | | |
| CITIGROUP INC | C | Margin | 350 | 4.1100 | 1,438.50 | 0.95 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.3000 | 4,290.00 | 2.82 | | |
| CPI CORP | CPY | Margin | 300 | 11.8500 | 3,555.00 | 2.34 | 192.00 | 5.40% |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 19

SP000190

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : November 1, 2009 - November 30, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.1200 | 712.00 | 0.47 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 4.7300 | 23,650.00 | 15.54 | 500.00 | 2.11% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.5100 | 251.00 | 0.16 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 10.7700 | 10,770.00 | 7.08 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 10.2600 | 2,441.88 | 1.60 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 4.8600 | 4,860.00 | 3.19 | 200.00 | 4.12% |
| ***GSI GROUP INC | GSIGQ | Margin | 34,000 | 0.6400 | 21,760.00 | 14.30 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 550 | 11.2200 | 6,171.00 | 4.05 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 3.8200 | 11,460.00 | 7.53 | 120.00 | 1.05% |
| HUNTSMAN CORP | HUN | Margin | 100 | 9.5200 | 952.00 | 0.63 | 40.00 | 4.20% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 3.8900 | 1,945.00 | 1.28 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.5100 | 1,377.50 | 0.91 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.1700 | 2,085.00 | 1.37 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 1.9200 | 10,560.00 | 6.94 | | |
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1235 | 1,235.00 | 0.81 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 8.1300 | 8,130.00 | 5.34 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 13.9300 | 3,064.60 | 2.01 | 88.00 | 2.87% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 10.5800 | 2,116.00 | 1.39 | | |
| PATRIOT COAL CORP | PCX | Margin | | 12.2500 | 0.00 | 0.00 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.1200 | 1,272.00 | 0.84 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.4000 | 2,100.00 | 1.38 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6    SP000191

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** November 1, 2009 - November 30, 2009          **Account Type:** JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.4000 | 5,600.00 | 3.68 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.5600 | 3,120.00 | 2.05 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.5300 | 1,059.00 | 0.70 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$152,195.48** | **100.00%** | **$1,205.00** | **0.79%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/09)** | | | | | **$128,350.23** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,205.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/28/09 11:14 | 11/02/09 | PATRIOT COAL CORP | PCX | Sold | -549 | 11.6505 | | 6,387.96 |
| 10/30/09 15:12 | 11/04/09 | AMERICAN CAPITAL LIMITED | ACAS | Bought | 185 | 2.6600 | 500.09 | |
| 10/30/09 14:14 | 11/04/09 | AMERICAN CAPITAL LIMITED | ACAS | Bought | 815 | 2.6800 | 2,192.19 | |
| 10/30/09 12:47 | 11/04/09 | ***GSI GROUP INC | GSIG | Bought | 700 | 0.7599 | 539.98 | |
| 10/30/09 12:50 | 11/04/09 | ***GSI GROUP INC | GSIG | Bought | 3,900 | 0.7600 | 2,964.00 | |
| 10/30/09 14:18 | 11/04/09 | PROSHARES ULTRA BASIC MATERIALS ETF PROSPECTUS ON INITIAL PURCHASE | UYM | Bought | 50 | 25.1900 | 1,267.49 | |
| 10/30/09 14:21 | 11/04/09 | VALUEVISION MEDIA INC CL A | VVTV | Bought | 300 | 3.2194 | 973.81 | |
| 11/02/09 09:37 | 11/05/09 | CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Bought | 500 | 2.3995 | 1,207.74 | |
| 11/02/09 17:13 | 11/05/09 | ***GSI GROUP INC | GSIG | Bought | 4,000 | 0.7000 | 2,827.99 | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 of 9          SP000192

# E✶TRADE FINANCIAL

Trading • Investing • Banking

**E✶TRADE**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : November 1, 2009 - November 30, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/04/09 10:13 | 11/09/09 | CPI CORP | CPY | Bought | 300 | 11.4090 | 3,430.69 | |
| 11/04/09 10:11 | 11/09/09 | CITIGROUP INC | C | Bought | 350 | 4.1600 | 1,463.99 | |
| 11/04/09 10:06 | 11/09/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 100 | 3.9800 | 398.00 | |
| 11/04/09 10:06 | 11/09/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 500 | 3.9700 | 1,992.99 | |
| 11/04/09 10:15 | 11/09/09 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Bought | 700 | 3.9600 | 2,779.99 | |
| 11/04/09 10:12 | 11/09/09 | DARLING INTERNATIONAL INC | DAR | Bought | 100 | 7.0395 | 711.94 | |
| 11/04/09 10:08 | 11/09/09 | FLOW INTERNATIONAL CORP | FLOW | Bought | 100 | 2.5900 | 266.99 | |
| 11/04/09 10:15 | 11/09/09 | HUNTSMAN CORP | HUN | Bought | 100 | 8.2295 | 830.94 | |
| 11/04/09 10:09 | 11/09/09 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Bought | 500 | 3.9089 | 1,962.44 | |
| 11/04/09 10:11 | 11/09/09 | NEENAH PAPER INC | NP | Bought | 220 | 10.9491 | 2,416.79 | |
| 11/04/09 10:07 | 11/09/09 | OFFICEMAX INCORPORATED | OMX | Bought | 200 | 11.6866 | 2,345.31 | |
| 11/04/09 10:13 | 11/09/09 | PROSHARES ULTRA REAL ESTATE ETF PROSPECTUS ON INITIAL PURCHASE | URE | Bought | 200 | 5.6000 | 1,127.99 | |
| 11/04/09 10:05 | 11/09/09 | PATRIOT COAL CORP | PCX | Bought | 550 | 12.0795 | 6,651.72 | |
| 11/16/09 12:16 | 11/19/09 | BARE ESCENTUALS INC | BARE | Sold | -200 | 14.4325 | | 2,878.43 |
| 11/16/09 11:13 | 11/19/09 | CASUAL MALE RETAIL GROUP INC COM NEW | CMRG | Sold | -500 | 2.8112 | | 1,397.57 |
| 11/16/09 10:24 | 11/19/09 | HORSEHEAD HOLDING CORP | ZINC | Sold | -550 | 12.0836 | | 6,637.81 |

E✶TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8    SP000193

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : November 1, 2009 - November 30, 2009 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/16/09 12:48 | 11/19/09 | NEENAH PAPER INC | NP | Bought | 220 | 13.8716 | 3,059.74 | |
| 11/16/09 10:22 | 11/19/09 | NEENAH PAPER INC | NP | Sold | -220 | 15.4219 | | 3,384.74 |
| 11/16/09 11:21 | 11/19/09 | OFFICEMAX INCORPORATED | OMX | Sold | -200 | 12.6401 | | 2,519.96 |
| 11/16/09 12:26 | 11/19/09 | PROSHARES ULTRA REAL ESTATE ETF | URE | Sold | -200 | 6.2400 | | 1,239.97 |
| 11/16/09 10:32 | 11/19/09 | PROSHARES ULTRA BASIC MATERIALS ETF | UYM | Sold | -50 | 31.8000 | | 1,581.96 |
| 11/16/09 11:04 | 11/19/09 | PATRIOT COAL CORP | PCX | Sold | -550 | 13.3813 | | 7,351.54 |
| 11/17/09 12:27 | 11/20/09 | BARE ESCENTUALS INC | BARE | Bought | 200 | 14.4387 | 2,895.73 | |
| 11/17/09 12:27 | 11/20/09 | OFFICEMAX INCORPORATED | OMX | Bought | 200 | 12.2294 | 2,453.87 | |
| 11/18/09 11:02 | 11/23/09 | HORSEHEAD HOLDING CORP | ZINC | Bought | 550 | 12.0494 | 6,635.16 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$53,897.57** | **$33,379.94** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 11/04/09 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.01 |
| 11/13/09 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST    ON    5000 SHS REC 11/09/09 PAY 11/13/09 | EROC | | 125.00 |
| 11/27/09 | Interest | FROM 10/26 THRU 11/25 @ 7.990% BAL  23,774  AVBAL  21,827 | | 121.11 | |
| 11/27/09 | Dividend | GFI GROUP INC CASH DIV  ON    1000 SHS REC 11/13/09 PAY 11/27/09 | GFIG | | 50.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$121.11** | **$175.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$53.90** |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5   SP000194

# E✶TRADE
## FINANCIAL
Trading • Investing • Banking

**E✶TRADE** Securities
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** November 1, 2009 - November 30, 2009 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 11/02/09 | Adjustment | TFR MARGIN TO CASH | | 3,006.44 |
| 11/02/09 | Adjustment | TFR MARGIN TO CASH | 3,006.44 | |
| 11/04/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.01 | |
| 11/04/09 | Adjustment | TFR CASH TO MARGIN | 3,006.44 | |
| 11/04/09 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.01 |
| 11/04/09 | Adjustment | TFR CASH TO MARGIN | | 3,006.44 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **11/01/09** | | **OPENING BALANCE** | **$0.00** |
| 11/02/09 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 3,006.44 |
| 11/04/09 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,006.44 |
| **11/30/09** | | **CLOSING BALANCE** | **$0.00** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 1

SP000195

December 1, 2009 - December 31, 2009
Account Number:    (c)(1) 472
Account Type:    JOINT

**Customer Update:**
**Tax Season is approaching.**
Your tax documents will be available by
February 1, 2010. Questions? Go to
**www.etrade.com/taxcenter** for more
information.

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC



**IMPORTANT INFORMATION:**

**"Someday" Always Comes.**
Plan for retirement with help from E*TRADE
Securities. Everything you need to create a plan
and select the right investments. Visit
**www.etrade.com/someday.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

**Account At A Glance**



$128,350.23    As of 11/30/09
$146,760.36    As of 12/31/09

Net Change:                              $18,410.13

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot████ r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE                                                                    DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**    Acct:  (c)(1) 8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**SP000196**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** December 1, 2009 - December 31, 2009 | **Account Type:** JOINT |

**Customer Update:**

Secure your security. Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

Last Statement Date:                    November 30, 2009

Beginning Account Value (On 11/30/09):   $      128,350.23
Ending Account Value (On 12/31/09):      $      146,760.36
Net Change:                              $       18,410.13

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/09)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/09 | AS OF 11/30/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -26,394.40 | $   -23,845.25 | -10.69% |
| **Total Cash/Margin Debt** | **$   -26,394.40** | **$   -23,845.25** | **-10.69%** |
| Stocks, Options & ETF (Long) | $   173,154.76 | $   152,195.48 | 13.77% |
| **Total Value of Securities** | **$   173,154.76** | **$   152,195.48** | **13.77%** |
| **Net Account Value** | **$   146,760.36** | **$   128,350.23** | **14.34%** |

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

**E✳TRADE Securities**
## Investment Account

**Account Number:** (c)(1)-8472          **Statement Period :** December 1, 2009 - December 31, 2009          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $    -2,470.79 | $    -438,162.68 |
| Securities Sold | $         0.00 | $     400,906.20 |
| Interest Received | | |
| Taxable | $         0.00 | $             0.67 |
| Dividends Received | | |
| Taxable | $        81.20 | $         1,595.88 |
| Margin Interest | $      -159.56 | $        -1,242.08 |
| Master Limited Partnerships | $         0.00 | $            394.50 |
| Substitute Payments | $         0.00 | $             17.06 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/09)



16.98% - GSIGQ
16.72% - EROC
6.55% - GNW
6.32% - HBAN
6.10% - MNTX
5.83% - NADX
4.05% - ZINC
4.00% - PWAV
3.55% - CPY
29.89% - OTHER

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC          PAGE 4 OF 5

SP000199

# E✶TRADE
## FINANCIAL
Trading • Investing • Banking

**E✶TRADE** Securities
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** December 1, 2009 - December 31, 2009          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00.

**TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)**          **$0.67**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 7.7000 | 2,310.00 | 1.33 | 60.00 | 2.60% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 2.4400 | 2,440.00 | 1.41 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 2.4000 | 600.00 | 0.35 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 13.6400 | 5,456.00 | 3.15 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 15.0600 | 1,807.20 | 1.04 | 5.00 | 0.28% |
| BARE ESCENTUALS INC | BARE | Margin | 200 | 12.2300 | 2,446.00 | 1.41 | | |
| CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA5 | Margin | 10 | | 0.00 | 0.00 | | |
| CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | | Margin | | 0.0200 | 0.00 | 0.00 | | |
| CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | QVVFA10 | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 | | Margin | | 0.0100 | 0.00 | 0.00 | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 8          SP000200

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE**
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2009 - December 31, 2009 |

**Account Type:** JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL SIRIUS XM RA MAR 001 **** EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.0500 | 500.00 | 0.29 | | |
| CITIGROUP INC | C | Margin | 350 | 3.3100 | 1,158.50 | 0.67 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.8300 | 4,979.00 | 2.88 | | |
| CPI CORP | CPY | Margin | 500 | 12.2800 | 6,140.00 | 3.55 | 320.00 | 5.21% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 8.3800 | 838.00 | 0.48 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 5.7900 | 28,950.00 | 16.72 | 500.00 | 1.73% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 3.0800 | 308.00 | 0.18 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 11.3500 | 11,350.00 | 6.55 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 9.6200 | 2,289.56 | 1.32 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 4.5700 | 4,570.00 | 2.64 | 200.00 | 4.38% |
| ***GSI GROUP INC | GSIGQ | Cash | 34,000 | 0.8650 | 29,410.00 | 16.98 | | |
| ***GSI GROUP INC | GSIGQ | Margin | | 0.8650 | 0.00 | 0.00 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 550 | 12.7500 | 7,012.50 | 4.05 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 3.6500 | 10,950.00 | 6.32 | 120.00 | 1.10% |
| HUNTSMAN CORP | HUN | Margin | 100 | 11.2900 | 1,129.00 | 0.65 | 40.00 | 3.54% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 5.7000 | 2,850.00 | 1.65 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.1200 | 1,280.00 | 0.74 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 5.6300 | 2,815.00 | 1.63 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 1.9200 | 10,560.00 | 6.10 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 of 9        SP000201

# E✴TRADE FINANCIAL
Trading • Investing • Banking

**E✴TRADE**
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : December 1, 2009 - December 31, 2009 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MESA AIR GROUP INC | MESA | Margin | 10,000 | 0.1203 | 1,203.00 | 0.69 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 10.1000 | 10,100.00 | 5.83 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 13.9500 | 3,069.00 | 1.77 | 88.00 | 2.87% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 12.6900 | 2,538.00 | 1.47 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.7100 | 1,626.00 | 0.94 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.2600 | 1,890.00 | 1.09 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.2600 | 5,040.00 | 2.91 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 2.0500 | 4,100.00 | 2.37 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 4.8000 | 1,440.00 | 0.83 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$173,154.76** | **100.00%** | **$1,333.00** | **0.77%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/09)** | | | | | **$146,760.36** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,333.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/21/09 12:26 | 12/24/09 | CPI CORP | CPY | Bought | 200 | 12.3140 | 2,470.79 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,470.79** | |

E✴TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7      SP000202

**E✲TRADE FINANCIAL**
Trading • Investing • Banking

**E✲TRADE Securities**
**Investment Account**

| Account Number (c)(1)-8472 | Statement Period : December 1, 2009 - December 31, 2009 | Account Type: JOINT |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/02/09 | Dividend | NEENAH PAPER INC CASH DIV ON   220 SHS REC 11/13/09 PAY 12/02/09 | NP | | 22.00 |
| 12/07/09 | Dividend | CPI CORP CASH DIV ON   300 SHS REC 11/30/09 PAY 12/07/09 | CPY | | 48.00 |
| 12/24/09 | Dividend | BANK OF AMERICA CORP CASH DIV ON   120 SHS REC 12/04/09 PAY 12/24/09 | BAC | | 1.20 |
| 12/28/09 | Interest | FROM 11/26 THRU 12/25 @ 7.990% BAL  26,244  AVBAL  23,963 | | 159.56 | |
| 12/31/09 | Dividend | HUNTSMAN CORP CASH DIV ON   100 SHS REC 12/15/09 PAY 12/31/09 | HUN | | 10.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$159.56** | **$81.20** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$78.36** | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/14/09 | CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 ROLLOVER LEAP OPTION | QVVFA10 | Expiration | 50 | | | |
| 12/14/09 | CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 ROLLOVER LEAP OPTION | QVVFA5 | Expiration | 10 | | | |
| 12/14/09 | CALL CIT GROUP   JAN 005 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 REVERSE  LEAP OPTION | | Expiration | -10 | | | |
| 12/14/09 | CALL CIT GROUP   JAN 010 **** LONG TERM OPTIONS EXP 01/22/11 EXP 01/22/2011 REVERSE  LEAP OPTION | | Expiration | -50 | | | |
| 12/21/09 | ***GSI GROUP INC SYSTEMATIC JOURNAL | GSIGQ | Journal | 34,000 | | | |
| 12/21/09 | ***GSI GROUP INC SYSTEMATIC JOURNAL | GSIGQ | Journal | -34,000 | | | |

**E*TRADE**
**Investment Account**

**Account Number:** (c)(1)-8472          **Statement Period :**  December 1, 2009 - December 31, 2009          **Account Type:**  JOINT

| **Customer Update:** |
| --- |

**The Pain-Free IRA**
No fees. No minimums[1] . No hassles.
Visit **etrade.com/painfreeIRA**

**PLEASE READ THE IMPORTANT DISCLAIMER BELOW**
£There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations. If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E*TRADE Bank and E*TRADE Securities brokerage accounts are $25,000 or more. Other fees may still apply, including but not limited to mutual fund management fees, brokerage commissions, early withdrawals, and excess contributions. May be subject to change. **Please visit etrade.com/nofeeIRA for details.**

January 1, 2010 - January 31, 2010
**Account Number:** (c)(1)-8472
**Account Type:** **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**"Someday" Always Comes.**
Plan for retirement with help from E*TRADE
Securities. Everything you need to create a
plan and select the right investments. Visit
**www.etrade.com/someday.**



E**☀**TRADE Securities
Investment Account

**IMPORTANT INFORMATION:**

**Tax Questions?** Go to
**www.etrade.com/taxcenter** for more
information.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

**Account At A Glance**



$146,760.36     $149,975.43

As of 12/31/09     As of 01/31/10

**Net Change:**     $3,215.07

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1** and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot████ r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE



E**☀**TRADE
FINANCIAL
Trading • Investing • Banking

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**    **Acct** (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

SP000205

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Securities**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE®** Statement of
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)  8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2009 |
| Beginning Account Value (On 12/31/09): | $    146,760.36 |
| Ending Account Value (On 01/31/10): | $    149,975.43 |
| Net Change: | $        3,215.07 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 01/31/10)



100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 01/31/10 | AS OF 12/31/09 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -23,395.47 | $   -26,394.40 | 11.36% |
| **Total Cash/Margin Debt** | **$   -23,395.47** | **$   -26,394.40** | **11.36%** |
| Stocks, Options & ETF (Long) | $   173,370.90 | $   173,154.76 | 0.12% |
| **Total Value of Securities** | **$   173,370.90** | **$   173,154.76** | **0.12%** |
| **Net Account Value** | **$   149,975.43** | **$   146,760.36** | **2.19%** |

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC-insured**, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3 OF 6   SP000207

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking

**E✳TRADE**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $        -485.99 | $        -485.99 |
| Securities Sold | $       3,608.06 | $       3,608.06 |
| Dividends Received | | |
| Taxable | $          45.00 | $          45.00 |
| Margin Interest | $        -168.14 | $        -168.14 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/10)



16.28% - GSIGQ
28.16% - OTHER
15.72% - EROC
3.32% - CEP
3.88% - CPY
4.35% - PWAV
4.79% - NADX
7.23% - MNTX
7.98% - GNW
8.29% - HBAN

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE**
Investment Account

| **Account Number** (c)(1) -8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVOCAT INC | AVCA | Margin | 300 | 6.7900 | 2,037.00 | 1.17 | 60.00 | 2.95% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 3.6900 | 3,690.00 | 2.13 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 250 | 1.8900 | 472.50 | 0.27 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 12.5600 | 5,024.00 | 2.90 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 15.1800 | 1,821.60 | 1.05 | 5.00 | 0.27% |
| BARE ESCENTUALS INC | BARE | Margin | | 18.1700 | 0.00 | 0.00 | | |
| CALL QXO  03/20/10   1 SIRIUS XM RADIO INC EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.1000 | 1,000.00 | 0.58 | | |
| CALL VVF  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA10 | Margin | 50 | | 0.00 | 0.00 | | |
| CALL VVF  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA5 | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 3.3200 | 1,162.00 | 0.67 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 4.4300 | 5,759.00 | 3.32 | | |
| CPI CORP | CPY | Margin | 500 | 13.4600 | 6,730.00 | 3.88 | 320.00 | 4.75% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.7900 | 779.00 | 0.45 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 5.4500 | 27,250.00 | 15.72 | 500.00 | 1.83% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 3.4100 | 341.00 | 0.20 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 13.8400 | 13,840.00 | 7.98 | | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 of 7          SP000209

# E★TRADE FINANCIAL

Trading • Investing • Banking

**E★TRADE** of 355 PageID
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GEOKINETICS INC NEW | GOK | Margin | 238 | 9.8000 | 2,332.40 | 1.35 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 4.8700 | 4,870.00 | 2.81 | 200.00 | 4.11% |
| ***GSI GROUP INC | GSIGQ | Cash | 34,000 | 0.8300 | 28,220.00 | 16.28 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 550 | 9.8000 | 5,390.00 | 3.11 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 4.7900 | 14,370.00 | 8.29 | 120.00 | 0.84% |
| HUNTSMAN CORP | HUN | Margin | 100 | 12.1900 | 1,219.00 | 0.70 | 40.00 | 3.28% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.3000 | 2,150.00 | 1.24 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.8200 | 1,455.00 | 0.84 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 500 | 4.8700 | 2,435.00 | 1.40 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.2800 | 12,540.00 | 7.23 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.0540 | 1,080.00 | 0.62 | | |
| MESA AIR GROUP INC | MESAQ | Margin | | 0.0540 | 0.00 | | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 8.3100 | 8,310.00 | 4.79 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 13.9200 | 3,062.40 | 1.77 | 88.00 | 2.87% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 12.9700 | 2,594.00 | 1.50 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.3100 | 1,386.00 | 0.80 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.3700 | 2,055.00 | 1.19 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.3700 | 5,480.00 | 3.16 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.6400 | 3,280.00 | 1.89 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 4.1200 | 1,236.00 | 0.71 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$173,370.90** | **100.00%** | **$1,333.00** | **0.77%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/10)** | | | | | **$149,975.43** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,333.00** | | | |

E★TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6   **SP000210**

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE Securities LLC**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/05/10 10:07 | 01/08/10 | MESA AIR GROUP INC | MESA | Bought | 10,000 | 0.0476 | 485.99 | |
| 01/15/10 09:46 | 01/21/10 | BARE ESCENTUALS INC | BARE | Sold | -200 | 18.0905 | | 3,608.06 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$485.99** | **$3,608.06** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/29/10 | | ADVANCED MICRO DEVICES INC | AMD | Bought | 150 | 7.9895 | 1,208.42 | |
| 01/29/10 | | ANIMAL HEALTH INTERNATIONAL INC | AHII | Bought | 300 | 1.9000 | 579.99 | |
| 01/29/10 | | HORSEHEAD HOLDING CORP | ZINC | Bought | 100 | 10.4675 | 1,056.74 | |
| 01/29/10 | | HORSEHEAD HOLDING CORP | ZINC | Bought | 100 | 10.4694 | 1,046.94 | |
| 01/29/10 | | HORSEHEAD HOLDING CORP | ZINC | Bought | 250 | 10.3493 | 2,597.32 | |
| 01/29/10 | | LIZ CLAIBORNE INC | LIZ | Bought | 2,500 | 5.1099 | 12,784.74 | |
| 01/29/10 | | LIZ CLAIBORNE INC | LIZ | Sold | 2,000 | 5.1101 | | 10,210.08 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 01/04/10 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON 3000 SHS REC 12/18/09 PAY 01/04/10 | HBAN | | 30.00 |
| 01/14/10 | Dividend | ADVOCAT INC CASH DIV ON 300 SHS REC 12/31/09 PAY 01/14/10 | AVCA | | 15.00 |
| 01/26/10 | Interest | FROM 12/26 THRU 01/25 @ 7.490% BAL 23,227 AVBAL 26,069 | | 168.14 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$168.14** | **$45.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$123.14** | |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7   SP000211

**E✱TRADE**
FINANCIAL
Trading • Investing • Banking

**E✱TRADE Securities**
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** January 1, 2010 - January 31, 2010 | **Account Type:** JOINT |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/15/10 | MESA AIR GROUP INC SYSTEMATIC JOURNAL | MESAQ | Journal | 20,000 | | | |
| 01/15/10 | MESA AIR GROUP INC SYSTEMATIC JOURNAL | MESAQ | Journal | -20,000 | | | |

**Customer Update:**

**The Pain-Free IRA**
No fees. No minimums[1] . No hassles.
Visit **etrade.com/painfreeIRA**

**PLEASE READ THE IMPORTANT INFORMATION BELOW.**
[1] There is no annual custodial fee for IRAs if you sign up for and maintain electronic delivery of statements and confirmations. If you choose paper delivery of these documents, you will be subject to a $25 annual custodial fee unless the total assets in your linked E✱TRADE Bank and E✱TRADE Securities brokerage accounts are $25,000 or more.  Other fees may still apply, including but not limited to mutual fund management fees, brokerage commissions, early withdrawals, and excess contributions. May be subject to change. **Please visit etrade.com/nofeeIRA for details.**

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 **SP000212**

**February 1, 2010 - February 28, 2010**
Account Number:      (c)(1)  8472
Account Type:      **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:
**E*TRADE Customers receive 25% off Turbo Tax® this season.** Get help every step of the way with your online tax assistant. Visit **etrade.com/turbotax** to get started.



**IMPORTANT INFORMATION:**

**"Someday" Always Comes.**
Plan for retirement with help from E*TRADE Securities. Everything you need to create a plan and select the right investments. Visit **www.etrade.com/someday**.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

### Account At A Glance



|  | |
|---|---|
| $149,975.43 | $152,353.19 |
| As of 01/31/10 | As of 02/28/10 |

| Net Change: | $2,377.76 |
|---|---|

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███ r rights, including rights under the Securities Investor Protection Act (SIPA).



▲ DETACH HERE                                                        DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

| Use This Deposit Slip | Acct   (c)(1)   -8472 |
|---|---|

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the Uninvested Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

SP000214



## E✶TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✶TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** February 1, 2010 - February 28, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | January 31, 2010 |
| Beginning Account Value (On 01/31/10): | $   149,975.43 |
| Ending Account Value (On 02/28/10): | $   152,353.19 |
| Net Change: | $       2,377.76 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 02/28/10)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 02/28/10 | AS OF 01/31/10 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -42,574.22 | $    -23,395.47 | -81.97% |
| **Total Cash/Margin Debt** | $    **-42,574.22** | $    **-23,395.47** | **-81.98%** |
| Stocks, Options & ETF (Long) | $    194,927.41 | $    173,370.90 | 12.43% |
| **Total Value of Securities** | $    **194,927.41** | $    **173,370.90** | **12.43%** |
| **Net Account Value** | $    **152,353.19** | $    **149,975.43** | **1.59%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number:** (c) 8472     **Statement Period :** February 1, 2010 - February 28, 2010     **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $    -19,274.15 | $    -19,760.14 |
| Securities Sold | $     10,210.08 | $     13,818.14 |
| Dividends Received | | |
| Taxable | $          0.00 | $         45.00 |
| Margin Interest | $       -239.68 | $       -407.82 |
| Master Limited Partnerships | $        125.00 | $        125.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/28/10)



E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

SP000216

**E✱TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| Account Number: (c)(1)-8472 | Statement Period : February 1, 2010 - February 28, 2010 | Account Type:  JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 150 | 7.9100 | 1,186.50 | 0.61 | | |
| ADVOCAT INC | AVCA | Margin | 300 | 6.6500 | 1,995.00 | 1.02 | 60.00 | 3.01% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 4.3000 | 4,300.00 | 2.21 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 550 | 1.9999 | 1,099.95 | 0.56 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | 400 | 17.2100 | 6,884.00 | 3.53 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 16.6600 | 1,999.20 | 1.03 | 5.00 | 0.25% |
| CALL QXO  03/20/10  1 SIRIUS XM RADIO INC EXP 03/20/2010 | QQXOC1 | Margin | 100 | 0.1000 | 1,000.00 | 0.51 | | |
| CALL VVF  01/22/11  10 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA10 | Margin | 50 | | 0.00 | 0.00 | | |
| CALL VVF  01/22/11  5 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA5 | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 3.4000 | 1,190.00 | 0.61 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.6500 | 4,745.00 | 2.43 | | |
| CPI CORP | CPY | Margin | 500 | 12.5700 | 6,285.00 | 3.22 | 320.00 | 5.09% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 8.0600 | 806.00 | 0.41 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 5.6200 | 28,100.00 | 14.42 | 500.00 | 1.78% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 3.2300 | 323.00 | 0.17 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 15.9400 | 15,940.00 | 8.18 | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5    SP000217

# E✳TRADE FINANCIAL

Trading   •   Investing   •   Banking

**E✳TRADE** Platinum
Investment Account

**Account Number:** (c)(1)-8472          **Statement Period :** February 1, 2010 - February 28, 2010          **Account Type:**  JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GEOKINETICS INC NEW | GOK | Margin | 238 | 8.4700 | 2,015.86 | 1.03 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 5.5100 | 5,510.00 | 2.83 | 200.00 | 3.63% |
| ***GSI GROUP INC | GSIGQ | Cash | 34,000 | 0.9800 | 33,320.00 | 17.09 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 10.1700 | 10,170.00 | 5.22 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 4.8100 | 14,430.00 | 7.40 | 120.00 | 0.83% |
| HUNTSMAN CORP | HUN | Margin | 100 | 13.7300 | 1,373.00 | 0.70 | 40.00 | 2.91% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.9600 | 2,480.00 | 1.27 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 7.9500 | 1,987.50 | 1.02 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 1,000 | 6.9100 | 6,910.00 | 3.54 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.3200 | 12,760.00 | 6.55 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.0720 | 1,440.00 | 0.74 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 8.3100 | 8,310.00 | 4.26 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 14.1700 | 3,117.40 | 1.60 | 88.00 | 2.82% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 15.9700 | 3,194.00 | 1.64 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.0800 | 1,248.00 | 0.64 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.1700 | 1,755.00 | 0.90 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.1700 | 4,680.00 | 2.40 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.5400 | 3,080.00 | 1.58 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 4.3100 | 1,293.00 | 0.66 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$194,927.41** | **100.00%** | **$1,333.00** | **0.68%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/28/10)** | | | | | **$152,353.19** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,333.00** | | | |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 8          SP000218

**E✴TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✴TRADE** Platinum
Investment Account

**Account Number:** (c)(1)-8472          **Statement Period :** February 1, 2010 - February 28, 2010          **Account Type:** JOINT

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/29/10 12:09 | 02/03/10 | ANIMAL HEALTH INTERNATIONAL INC | AHII | Bought | 300 | 1.9000 | 579.99 | |
| 01/29/10 10:29 | 02/03/10 | ADVANCED MICRO DEVICES INC | AMD | Bought | 150 | 7.9895 | 1,208.42 | |
| 01/29/10 10:32 | 02/03/10 | HORSEHEAD HOLDING CORP | ZINC | Bought | 100 | 10.4675 | 1,056.74 | |
| 01/29/10 10:32 | 02/03/10 | HORSEHEAD HOLDING CORP | ZINC | Bought | 100 | 10.4694 | 1,046.94 | |
| 01/29/10 10:25 | 02/03/10 | HORSEHEAD HOLDING CORP | ZINC | Bought | 250 | 10.3493 | 2,597.32 | |
| 01/29/10 10:34 | 02/03/10 | LIZ CLAIBORNE INC | LIZ | Bought | 2,500 | 5.1099 | 12,784.74 | |
| 01/29/10 10:42 | 02/03/10 | LIZ CLAIBORNE INC | LIZ | Sold | -2,000 | 5.1101 | | 10,210.08 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$19,274.15** | **$10,210.08** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/10 | | ANNTAYLOR STORES CORP | ANN | Sold | 33 | 17.0600 | | 562.97 |
| 02/26/10 | | ANNTAYLOR STORES CORP | ANN | Sold | 167 | 17.0500 | | 2,837.32 |
| 02/26/10 | | ANNTAYLOR STORES CORP | ANN | Sold | 200 | 16.6000 | | 3,309.96 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 02/12/10 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST    ON   5000 SHS REC 02/08/10 PAY 02/12/10 | EROC | | 125.00 |
| 02/26/10 | Interest | FROM 01/26 THRU 02/25 @ 7.490% BAL   42,334  AVBAL  37,160 | | 239.68 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$239.68** | **$125.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$114.68** | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7     **SP000219**

E✱TRADE
FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(I)-8472 | **Statement Period :** February 1, 2010 - February 28, 2010 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 02/04/10 | Transfer | ACH WITHDRAWL REFID:12894063327; | 10,000.00 | |
| 02/04/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 10,000.00 |
| 02/04/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | 10,000.00 | |
| | **NET WITHDRAWALS & DEPOSITS** | | **$10,000.00** | |

**Customer Update:**

**The Pain-Free IRA**

[1] No annual IRA fees and no account minimums.
Visit **etrade.com/painfreeIRA** for more information.

PAGE 1 OF 8

**March 1, 2010 - March 31, 2010**
Account Number: (c)(1) 8472
Account Type: **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:

**E*TRADE Customers receive 25% off Turbo Tax®️ this season.** Get help every step of the way with your online tax assistant. Visit **etrade.com/turbotax** to get started.



**E*TRADE Platinum Investment Account**

**IMPORTANT INFORMATION:**

**"Someday" Always Comes.**
Plan for retirement with help from E*TRADE Securities. Everything you need to create a plan and select the right investments. Visit **www.etrade.com/someday.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



| | |
|---|---|
| $152,353.19 | $199,973.06 |
| As of 02/28/10 | As of 03/31/10 |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███ r rights, including rights under the Securities Investor Protection Act (SIPA).

| Net Change: | $47,619.87 |
|---|---|

DETACH HERE ▲                                          DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**   **Acct** (c)(1) **8472**

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL DEPOSIT** | |

**E*TRADE FINANCIAL**
Banking • Investing • Trading

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

SP000221

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking



**E✳TRADE** Platinum
**Investment Account**

---

**Account Number** (c)(1) 8472     **Statement Period :** March 1, 2010 - March 31, 2010     **Account Type:** JOINT

**Direct your service and investment questions to:**

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

Last Statement Date:     February 28, 2010

| | | |
|---|---|---|
| Beginning Account Value (On 02/28/10): | $ | 152,353.19 |
| Ending Account Value (On 03/31/10): | $ | 199,973.06 |
| Net Change: | $ | 47,619.87 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/10)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/10 | AS OF 02/28/10 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -39,826.22 | $    -42,574.22 | 6.45% |
| **Total Cash/Margin Debt** | **$    -39,826.22** | **$    -42,574.22** | **6.45%** |
| Stocks, Options & ETF (Long) | $    239,799.28 | $    194,927.41 | 23.02% |
| **Total Value of Securities** | **$    239,799.28** | **$    194,927.41** | **23.02%** |
| **Net Account Value** | **$    199,973.06** | **$    152,353.19** | **31.26%** |

---

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

SP000223

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472

**Statement Period :** March 1, 2010 - March 31, 2010

**Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -3,889.98 | $ -23,650.12 |
| Securities Sold | $ 6,710.25 | $ 20,528.39 |
| Dividends Received | | |
| Taxable | $ 163.20 | $ 208.20 |
| Margin Interest | $ -225.47 | $ -633.29 |
| Master Limited Partnerships | $ 0.00 | $ 125.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/10)



22.34% - OTHER
2.89% - CPY
3.10% - LIZ
4.09% - NADX
4.94% - ZINC
5.50% - MNTX
6.72% - HBAN
7.65% - GNW
13.05% - EROC
29.72% - GSIGQ

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** March 1, 2010 - March 31, 2010 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 150 | 9.2700 | 1,390.50 | 0.58 | | |
| ADVOCAT INC | AVCA | Margin | 300 | 6.7900 | 2,037.00 | 0.85 | 60.00 | 2.95% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 5.0800 | 5,080.00 | 2.12 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 550 | 1.8900 | 1,039.50 | 0.43 | | |
| ANNTAYLOR STORES CORP | ANN | Margin | | 20.7000 | 0.00 | 0.00 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 17.8500 | 2,142.00 | 0.89 | 5.00 | 0.23% |
| CALL VVF  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA10 | Margin | 50 | | 0.00 | 0.00 | | |
| CALL VVF  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA5 | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 4.0500 | 1,417.50 | 0.59 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.5000 | 4,550.00 | 1.90 | | |
| CPI CORP | CPY | Margin | 500 | 13.8600 | 6,930.00 | 2.89 | 320.00 | 4.62% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 8.9600 | 896.00 | 0.37 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 6.2600 | 31,300.00 | 13.05 | 500.00 | 1.60% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 3.0100 | 301.00 | 0.13 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 18.3400 | 18,340.00 | 7.65 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 7.2100 | 1,715.98 | 0.72 | | |
| GFI GROUP INC | GFIG | Margin | 1,000 | 5.7800 | 5,780.00 | 2.41 | 200.00 | 3.46% |

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Platinum
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : March 1, 2010 - March 31, 2010 | Account Type:  JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC | GSIGQ | Cash | 36,000 | 1.9800 | 71,280.00 | 29.72 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 11.8400 | 11,840.00 | 4.94 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 5.3700 | 16,110.00 | 6.72 | 120.00 | 0.74% |
| HUNTSMAN CORP | HUN | Margin | 100 | 12.0500 | 1,205.00 | 0.50 | 40.00 | 3.32% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 5.6100 | 2,805.00 | 1.17 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 8.3200 | 2,080.00 | 0.87 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 1,000 | 7.4300 | 7,430.00 | 3.10 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.4000 | 13,200.00 | 5.50 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.1050 | 2,100.00 | 0.88 | | |
| NATIONAL DENTEX CORP | NADX | Margin | 1,000 | 9.8000 | 9,800.00 | 4.09 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 15.8400 | 3,484.80 | 1.45 | 88.00 | 2.53% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 16.4200 | 3,284.00 | 1.37 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 2.4500 | 1,470.00 | 0.61 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.2500 | 1,875.00 | 0.78 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.2500 | 5,000.00 | 2.09 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.4600 | 2,920.00 | 1.22 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.3200 | 996.00 | 0.42 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$239,799.28** | **100.00%** | **$1,333.00** | **0.56%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/10)** | | | | | **$199,973.06** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,333.00** | | | |

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE Platinum**
**Investment Account**

**Account Number** (c)(1) 8472          **Statement Period :** March 1, 2010 - March 31, 2010          **Account Type:** JOINT

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/26/10 10:42 | 03/03/10 | ANNTAYLOR STORES CORP | ANN | Sold | -33 | 17.0600 | | 562.97 |
| 02/26/10 10:42 | 03/03/10 | ANNTAYLOR STORES CORP | ANN | Sold | -167 | 17.0500 | | 2,837.32 |
| 02/26/10 09:52 | 03/03/10 | ANNTAYLOR STORES CORP | ANN | Sold | -200 | 16.6000 | | 3,309.96 |
| 03/16/10 10:00 | 03/19/10 | ***GSI GROUP INC | GSIGQ | Bought | 1,000 | 1.9400 | 1,949.99 | |
| 03/16/10 10:15 | 03/19/10 | ***GSI GROUP INC | GSIGQ | Bought | 1,000 | 1.9300 | 1,939.99 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$3,889.98** | **$6,710.25** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/01/10 | Dividend | CPI CORP CASH DIV ON 500 SHS REC 02/22/10 PAY 03/01/10 | CPY | | 80.00 |
| 03/02/10 | Dividend | NEENAH PAPER INC CASH DIV ON 220 SHS REC 02/12/10 PAY 03/02/10 | NP | | 22.00 |
| 03/26/10 | Interest | FROM 02/26 THRU 03/25 @ 7.640% BAL 39,651 AVBAL 37,944 | | 225.47 | |
| 03/26/10 | Dividend | BANK OF AMERICA CORP CASH DIV ON 120 SHS REC 03/05/10 PAY 03/26/10 | BAC | | 1.20 |
| 03/29/10 | Dividend | GFI GROUP INC CASH DIV ON 1000 SHS REC 03/15/10 PAY 03/29/10 | GFIG | | 50.00 |
| 03/31/10 | Dividend | HUNTSMAN CORP CASH DIV ON 100 SHS REC 03/15/10 PAY 03/31/10 | HUN | | 10.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$225.47** | **$163.20** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$62.27** | |

**E✳TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✳TRADE** Platinum
**Investment Account**

| Account Number (c)(1) 8472 | Statement Period : March 1, 2010 - March 31, 2010 | Account Type: JOINT |
|---|---|---|

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 03/30/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 10.00 |
| 03/30/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | 10.00 | |

**NET WITHDRAWALS & DEPOSITS** | | | | **$0.00**

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 03/22/10 | ***GSI GROUP INC SYSTEMATIC JOURNAL | GSIGQ | Journal | 2,000 | | | |
| 03/22/10 | ***GSI GROUP INC SYSTEMATIC JOURNAL | GSIGQ | Journal | -2,000 | | | |
| 03/23/10 | CALL QXO   03/20/10   1 SIRIUS XM RADIO INC EXP 03/20/2010 | QQXOC1 | Expiration | -100 | | | |
| 03/30/10 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR ADR CUSTODY FEE JANUARY 10 | JASO | ADR Fee | | | 10.00 | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$10.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$10.00** | |

**Customer Update:**

## The Pain-Free IRA

[1] No annual IRA fees and no account minimums. Visit **etrade.com/painfreeIRA** for more information.

**April 1, 2010 - April 30, 2010**
Account Number:    (c)(1) 8472
Account Type:    **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**NEW! Managed Investment Portfolios.** Get an easy, diversified plan from E*TRADE Capital Management. Call **1-800-760-9036** or visit **etrade.com/managed** to learn more.



**IMPORTANT INFORMATION:**

**NEED HELP? Visit our Online Service Center.**
The fastest way to get the answers you need. Go to **etrade.com/servicecenter**.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$199,973.06
As of 03/31/10

$248,183.18
As of 04/30/10

| Net Change: | $48,210.12 |
|---|---|

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot___ r rights, including rights under the Securities Investor Protection Act (SIPA).



▲ DETACH HERE                                                    DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

| **Use This Deposit Slip** | **Acct:** (c)(1) **8472** |
|---|---|

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the true sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

E★TRADE Platinum
Investment Account

E★TRADE FINANCIAL
Trading • Investing • Banking

SP000230

![E*TRADE FINANCIAL logo]
**E TRADE**
**FINANCIAL**
Trading • Investing • Banking



**E*TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** April 1, 2010 - April 30, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | March 31, 2010 |
| Beginning Account Value (On 03/31/10): | $      199,973.06 |
| Ending Account Value (On 04/30/10): | $      248,183.18 |
| Net Change: | $        48,210.12 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 04/30/10)

100.00% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | AS OF 04/30/10 | AS OF 03/31/10 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -36,008.54 | $   -39,826.22 | 9.58% |
| **Total Cash/Margin Debt** | **$   -36,008.54** | **$   -39,826.22** | **9.59%** |
| Stocks, Options & ETF (Long) | $   284,191.72 | $   239,799.28 | 18.51% |
| **Total Value of Securities** | **$   284,191.72** | **$   239,799.28** | **18.51%** |
| **Net Account Value** | **$   248,183.18** | **$   199,973.06** | **24.11%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

---

**Account Number** (c)(1)-8472      **Statement Period :** April 1, 2010 - April 30, 2010      **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -2,859.69 | $ -26,509.81 |
| Securities Sold | $ 16,889.72 | $ 37,418.11 |
| Dividends Received | | |
| Taxable | $ 45.00 | $ 253.20 |
| Margin Interest | $ -257.35 | $ -890.64 |
| Master Limited Partnerships | $ 0.00 | $ 125.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 04/30/10)



18.75%  - OTHER
3.43%  - PWAV
3.64%  - GFIG
4.18%  - ZINC
4.67%  - CPY
5.21%  - MNTX
5.81%  - GNW
7.15%  - HBAN
34.84%  - GSIGQ
12.33%  - EROC

---

SP000232

**E★TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E★TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472        **Statement Period :** April 1, 2010 - April 30, 2010        **Account Type:** JOINT

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 150 | 9.0600 | 1,359.00 | 0.48 | | |
| ADVOCAT INC | AVCA | Margin | 300 | 6.8300 | 2,049.00 | 0.72 | 60.00 | 2.93% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 6.1400 | 6,140.00 | 2.16 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 550 | 2.4600 | 1,353.00 | 0.48 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 17.8300 | 2,139.60 | 0.75 | 5.00 | 0.23% |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| CALL VVF   01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA10 | Margin | | | 0.00 | 0.00 | | |
| CALL VVF   01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | QVVFA5 | Margin | | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 4.3700 | 1,529.50 | 0.54 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.5400 | 4,602.00 | 1.62 | | |
| CPI CORP | CPY | Margin | 500 | 26.5300 | 13,265.00 | 4.67 | 320.00 | 2.41% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 9.4900 | 949.00 | 0.33 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 7.0100 | 35,050.00 | 12.33 | 500.00 | 1.43% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 3.1600 | 316.00 | 0.11 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 16.5200 | 16,520.00 | 5.81 | | |

**E*TRADE FINANCIAL**
Trading • Investing • Banking

**E*TRADE** Complete Platinum
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** April 1, 2010 - April 30, 2010 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GEOKINETICS INC NEW | GOK | Margin | 238 | 8.7400 | 2,080.12 | 0.73 | | |
| GFI GROUP INC | GFIG | Margin | 1,500 | 6.9000 | 10,350.00 | 3.64 | 300.00 | 2.90% |
| ***GSI GROUP INC | GSIGQ | Cash | 36,000 | 2.7500 | 99,000.00 | 34.84 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 11.8800 | 11,880.00 | 4.18 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 6.7700 | 20,310.00 | 7.15 | 120.00 | 0.59% |
| HUNTSMAN CORP | HUN | Margin | 100 | 11.4100 | 1,141.00 | 0.40 | 40.00 | 3.51% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 6.1100 | 3,055.00 | 1.07 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 8.4300 | 2,107.50 | 0.74 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 1,000 | 8.7400 | 8,740.00 | 3.08 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.6900 | 14,795.00 | 5.21 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.0800 | 1,600.00 | 0.56 | | |
| NATIONAL DENTEX CORP | NADX | Margin | | 16.9800 | 0.00 | 0.00 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 17.5000 | 3,850.00 | 1.35 | 88.00 | 2.29% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 19.0000 | 3,800.00 | 1.34 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 3.0200 | 1,812.00 | 0.64 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.7700 | 2,655.00 | 0.93 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.7700 | 7,080.00 | 2.49 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.8700 | 3,740.00 | 1.32 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 3.0800 | 924.00 | 0.33 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$284,191.72** | **100.00%** | **$1,433.00** | **0.50%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/10)** | | | | | **$248,183.18** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$1,433.00** | | | |

# E★TRADE
# FINANCIAL
Trading • Investing • Banking

**E★TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** April 1, 2010 - April 30, 2010 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/05/10 10:38 | 04/08/10 | GFI GROUP INC | GFIG | Bought | 200 | 5.7000 | 1,149.99 | |
| 04/05/10 10:38 | 04/08/10 | GFI GROUP INC | GFIG | Bought | 300 | 5.6990 | 1,709.70 | |
| 04/09/10 12:55 | 04/14/10 | NATIONAL DENTEX CORP | NADX | Sold | -1,000 | 16.9000 | | 16,889.72 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,859.69** | **$16,889.72** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 04/01/10 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON 3000 SHS REC 03/18/10 PAY 04/01/10 | HBAN | | 30.00 |
| 04/14/10 | Dividend | ADVOCAT INC CASH DIV ON 300 SHS REC 03/31/10 PAY 04/14/10 | AVCA | | 15.00 |
| 04/26/10 | Interest | FROM 03/26 THRU 04/25 @ 7.640% BAL 35,751 AVBAL 39,117 | | 257.35 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$257.35** | **$45.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$212.35** | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 04/13/10 | Transfer | ACH WITHDRAWL REFID:15108673327; | 10,000.00 | |
| 04/13/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 10,000.00 |
| 04/13/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | 10,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$10,000.00** | |

# E*TRADE
## FINANCIAL
Trading • Investing • Banking

**E*TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1)-8472 | **Statement Period :** April 1, 2010 - April 30, 2010 | **Account Type:** JOINT |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 04/12/10 | CALL VVF   01/22/11   10<br>CIT GROUP INC NEW<br>EXP 01/22/2011<br>TRANSFER TO 8E09584 | QVVFA10 | Other | -50 | | | |
| 04/12/10 | CALL VVF   01/22/11   5<br>CIT GROUP INC NEW<br>EXP 01/22/2011<br>TRANSFER TO 8E09580 | QVVFA5 | Other | -10 | | | |
| 04/12/10 | CALL CITG1 01/22/11   5<br>CIT GROUP INC NEW<br>REORGANIZATION<br>EXP 01/22/2011<br>TRANSFER FROM 8D74018 | | Other | 10 | | | |
| 04/12/10 | CALL CITG1 01/22/11   10<br>CIT GROUP INC NEW<br>REORGANIZATION<br>EXP 01/22/2011<br>TRANSFER FROM 8D74012 | | Other | 50 | | | |

SP000236

PAGE 1 OF 7



**May 1, 2010 - May 31, 2010**
Account Number:    (c)(1)-8472
Account Type:      **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**STRENGTHEN YOUR PORTFOLIO, ONE CLICK AT A TIME.** Our Online Advisor tool lets you:
- See where you stand today
- Create a diversified, long-term plan
- Get customized recommendations
Get started at **etrade.com/onlineadvisor**

**IMPORTANT INFORMATION:**

**NEW! Managed Investment Portfolios.** Get an easy, diversified plan from E*TRADE Capital Management. Call **1-800-760-9036** or visit **etrade.com/managed** to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



**$248,183.18**

**$225,802.19**

As of 04/30/10

As of 05/31/10

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot▊▊▊r rights, including rights under the Securities Investor Protection Act (SIPA).

| Net Change: | $-22,380.99 |
| --- | --- |

▲ DETACH HERE                                                                                              DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**Use This Deposit Slip**          **Acct:** (c)(1)-8472

**Please do not send cash**

| Dollars | Cents |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

SP000237

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934.  ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you.  Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

**General Information**

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

E*TRADE Platinum
Investment Account

E*TRADE
FINANCIAL
Trading • Investing • Banking

# E✶TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✶TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** May 1, 2010 - May 31, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**NEED HELP? Visit our Online Service Center.** The fastest way to get the answers you need. Go to
etrade.com/servicecenter

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | April 30, 2010 |
| Beginning Account Value (On 04/30/10): | $    248,183.18 |
| Ending Account Value (On 05/31/10): | $    225,802.19 |
| Net Change: | $    -22,380.99 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/10)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/10 | AS OF 04/30/10 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -35,912.48 | $    -36,008.54 | 0.26% |
| **Total Cash/Margin Debt** | **$    -35,912.48** | **$    -36,008.54** | **0.27%** |
| Stocks, Options & ETF (Long) | $    261,714.67 | $    284,191.72 | -7.91% |
| **Total Value of Securities** | **$    261,714.67** | **$    284,191.72** | **-7.91%** |
| **Net Account Value** | **$    225,802.19** | **$    248,183.18** | **-9.02%** |

Securities products and services are offered by **E✶TRADE Securities LLC**, Member **FINRA/SIPC**.
Sweep Deposit Account is a bank deposit account with **E✶TRADE Bank**, a Federal savings bank,
Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank
are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least
**$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of **E✶TRADE Bank**, and are subject
to investment risk, including possible loss of the principal invested.

SP000239

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number:** (c) 8472          **Statement Period :** May 1, 2010 - May 31, 2010          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -26,509.81 |
| Securities Sold | $ | 0.00 | $ | 37,418.11 |
| Dividends Received | | | | |
| Taxable | $ | 200.00 | $ | 453.20 |
| Margin Interest | $ | -228.94 | $ | -1,119.58 |
| Master Limited Partnerships | $ | 125.00 | $ | 250.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/10)



17.68% - OTHER
3.47% - PWAV
3.47% - GFIG
3.99% - ZINC
4.67% - MNTX
5.36% - CPY
5.96% - GNW
7.06% - HBAN
9.97% - EROC
38.38% - GSIGQ

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

# E✳TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(L8472 | **Statement Period :** May 1, 2010 - May 31, 2010 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 150 | 8.5700 | 1,285.50 | 0.49 | | |
| ADVOCAT INC | AVCA | Margin | 300 | 6.0001 | 1,800.03 | 0.69 | 66.00 | 3.67% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 5.3300 | 5,330.00 | 2.04 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 550 | 2.5400 | 1,397.00 | 0.53 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 15.7400 | 1,888.80 | 0.72 | 5.00 | 0.26% |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 3.9600 | 1,386.00 | 0.53 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.2000 | 4,160.00 | 1.59 | | |
| CPI CORP | CPY | Margin | 500 | 28.0700 | 14,035.00 | 5.36 | 500.00 | 3.56% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 8.0000 | 800.00 | 0.31 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 5.2200 | 26,100.00 | 9.97 | 500.00 | 1.92% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.5600 | 256.00 | 0.10 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | 1,000 | 15.5900 | 15,590.00 | 5.96 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 5.3300 | 1,268.54 | 0.48 | | |
| GFI GROUP INC | GFIG | Margin | 1,500 | 6.0500 | 9,075.00 | 3.47 | 300.00 | 3.31% |
| ***GSI GROUP INC | GSIGQ | Cash | 36,000 | 2.7900 | 100,440.00 | 38.38 | | |

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE Platinum**
**Investment Account**

**Account Number:** (c) 8472     **Statement Period :**  May 1, 2010 - May 31, 2010     **Account Type:**  JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 10.4300 | 10,430.00 | 3.99 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 6.1600 | 18,480.00 | 7.06 | 120.00 | 0.65% |
| HUNTSMAN CORP | HUN | Margin | 100 | 9.9800 | 998.00 | 0.38 | 40.00 | 4.01% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.8700 | 2,435.00 | 0.93 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 7.5000 | 1,875.00 | 0.72 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 1,000 | 6.1300 | 6,130.00 | 2.34 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 2.2200 | 12,210.00 | 4.67 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.0570 | 1,140.00 | 0.44 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 18.9400 | 4,166.80 | 1.59 | 88.00 | 2.11% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 17.8300 | 3,566.00 | 1.36 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 3.8700 | 2,322.00 | 0.89 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.6500 | 2,475.00 | 0.95 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.6500 | 6,600.00 | 2.52 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.7000 | 3,400.00 | 1.30 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 2.2500 | 675.00 | 0.26 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **261,714.67** | **100.00%** | **$1,619.00** | **0.62%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/10)** | | | | | **225,802.19** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **1,619.00** | | | |

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :**  May 1, 2010 - May 31, 2010          **Account Type:**  JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 05/14/10 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST    ON   5000 SHS REC 05/07/10 PAY 05/14/10 | EROC | | 125.00 |
| 05/26/10 | Interest | FROM 04/26 THRU 05/25 @ 7.640% BAL  35,883  AVBAL  35,958 | | 228.94 | |
| 05/28/10 | Dividend | CPI CORP CASH DIV  ON    500 SHS REC 05/21/10 PAY 05/28/10 | CPY | | 125.00 |
| 05/28/10 | Dividend | GFI GROUP INC CASH DIV  ON   1500 SHS REC 05/14/10 PAY 05/28/10 | GFIG | | 75.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$228.94** | **$325.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$96.06** |

PAGE 1 OF 9

**June 1, 2010 - June 30, 2010**
Account Number:     (c)(1) 8-8472
Account Type:       **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**STRENGTHEN YOUR PORTFOLIO, ONE CLICK AT A TIME.** Our Online Advisor tool lets you:
- See where you stand today
- Create a diversified, long-term plan
- Get customized recommendations
Get started at **etrade.com/onlineadvisor**

**IMPORTANT INFORMATION:**

**"Someday" Always Comes.** Plan for retirement with help from E*TRADE Securities.  Everything you need to create a plan and select the right investments. Visit **etrade.com/someday**.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**E*TRADE Platinum**
**Investment Account**

## Account At A Glance



$225,802.19
$190,999.85

As of 05/31/10      As of 06/30/10

| Net Change: | $-34,802.34 |
| --- | --- |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

---

**E*TRADE FINANCIAL**
Banking • Investing • Trading

▲ DETACH HERE                                                                                  DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**    Acct: (c)(1) -8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**SP000244**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E✱TRADE** Platinum
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** June 1, 2010 - June 30, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**NEED HELP? Visit our Online Service Center.** The fastest way to get the answers you need. Go to etrade.com/servicecenter

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | May 31, 2010 |

| | | |
|---|---|---|
| Beginning Account Value (On 05/31/10): | $ | 225,802.19 |
| Ending Account Value (On 06/30/10): | $ | 190,999.85 |
| Net Change: | $ | -34,802.34 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION  (AS OF 06/30/10)



**100.00% - Stocks, Options & ETF (Long)**

### ACCOUNT VALUE SUMMARY

| | AS OF 06/30/10 | AS OF 05/31/10 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -24,921.59 | $   -35,912.48 | 30.60% |
| **Total Cash/Margin Debt** | **$   -24,921.59** | **$   -35,912.48** | **30.60%** |
| Stocks, Options & ETF (Long) | $   215,921.44 | $   261,714.67 | -17.50% |
| **Total Value of Securities** | **$   215,921.44** | **$   261,714.67** | **-17.50%** |
| **Net Account Value** | **$   190,999.85** | **$   225,802.19** | **-15.41%** |

Securities products and services are offered by **E✱TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✱TRADE Bank**, a Federal savings bank, Member **FDIC.  IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✱TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✱TRADE** Platinum
**Investment Account**

**Account Number:** (c)(1)8472          **Statement Period :** June 1, 2010 - June 30, 2010          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -26,509.81 |
| Securities Sold | $ 21,171.63 | $ 58,589.74 |
| Dividends Received | | |
| Taxable | $ 33.20 | $ 486.40 |
| Margin Interest | $ -213.94 | $ -1,333.52 |
| Master Limited Partnerships | $ 0.00 | $ 250.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/10)



16.70% - OTHER
2.23% - ACAS
3.50% - ZINC
3.88% - GFIG
3.92% - PWAV
4.59% - MNTX
5.19% - CPY
7.70% - HBAN
11.95% - EROC
40.35% - GSIGQ

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000247

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Platinum
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** June 1, 2010 - June 30, 2010 | | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | 150 | 7.3200 | 1,098.00 | 0.51 | | |
| ADVOCAT INC | AVCA | Margin | 300 | 4.9000 | 1,470.00 | 0.68 | 66.00 | 4.49% |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 4.8200 | 4,820.00 | 2.23 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | 550 | 2.4700 | 1,358.50 | 0.63 | | |
| BANK OF AMERICA CORP | BAC | Margin | 120 | 14.3700 | 1,724.40 | 0.80 | 5.00 | 0.29% |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | 350 | 3.7600 | 1,316.00 | 0.61 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | 1,300 | 3.2000 | 4,160.00 | 1.93 | | |
| CPI CORP | CPY | Margin | 500 | 22.4200 | 11,210.00 | 5.19 | 500.00 | 4.46% |
| DARLING INTERNATIONAL INC | DAR | Margin | 100 | 7.5100 | 751.00 | 0.35 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 5.1600 | 25,800.00 | 11.95 | 500.00 | 1.94% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | 100 | 2.3600 | 236.00 | 0.11 | | |
| GENWORTH FINANCIAL INC COM CL A | GNW | Margin | | 13.0700 | 0.00 | 0.00 | | |
| GEOKINETICS INC NEW | GOK | Margin | 238 | 3.8300 | 911.54 | 0.42 | | |
| GFI GROUP INC | GFIG | Margin | 1,500 | 5.5800 | 8,370.00 | 3.88 | 300.00 | 3.58% |
| ***GSI GROUP INC | GSIGQ | Cash | 36,000 | 2.4200 | 87,120.00 | 40.35 | | |

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE** Platinum
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** June 1, 2010 - June 30, 2010          **Account Type:** JOINT

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| HORSEHEAD HOLDING CORP | ZINC | Margin | 1,000 | 7.5600 | 7,560.00 | 3.50 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 3,000 | 5.5400 | 16,620.00 | 7.70 | 120.00 | 0.72% |
| HUNTSMAN CORP | HUN | Margin | 100 | 8.6700 | 867.00 | 0.40 | 40.00 | 4.61% |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | 500 | 4.6500 | 2,325.00 | 1.08 | | |
| LCA-VISION INC | LCAV | Margin | 250 | 5.5400 | 1,385.00 | 0.64 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | 1,000 | 4.2200 | 4,220.00 | 1.95 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | 5,500 | 1.8000 | 9,900.00 | 4.59 | | |
| MESA AIR GROUP INC | MESAQ | Cash | 20,000 | 0.0470 | 940.00 | 0.44 | | |
| NEENAH PAPER INC | NP | Margin | 220 | 18.3000 | 4,026.00 | 1.86 | 88.00 | 2.19% |
| OFFICEMAX INCORPORATED | OMX | Margin | 200 | 13.0600 | 2,612.00 | 1.21 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | 600 | 3.3000 | 1,980.00 | 0.92 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | 1,500 | 1.5400 | 2,310.00 | 1.07 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | 4,000 | 1.5400 | 6,160.00 | 2.85 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 2.0700 | 4,140.00 | 1.92 | | |
| VALUEVISION MEDIA INC CL A | VVTV | Margin | 300 | 1.7700 | 531.00 | 0.25 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$215,921.44** | **100.00%** | **$1,619.00** | **0.75%** |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/10)** | **$190,999.85** |
|---|---|
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | **$1,619.00** |



**E*TRADE** Platinum
Investment Account

| Account Number: (c)(1)8472 | | Statement Period : June 1, 2010 - June 30, 2010 | | | | Account Type: JOINT | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/01/10 11:48 | 06/04/10 | GENWORTH FINANCIAL INC COM CL A | GNW | Sold | -1,000 | 15.2404 | | 15,230.15 |
| 06/25/10 11:38 | 06/30/10 | RTS EAGLE ROCK ENERGY PARTNERS LIMITED PARTNERSHIP | EROCR | Sold | -1,750 | 3.4009 | | 5,941.48 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$21,171.63** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/10 | | ADVANCED MICRO DEVICES INC | AMD | Sold | 150 | 7.6005 | | 1,130.07 |
| 06/30/10 | | ADVOCAT INC | AVCA | Sold | 300 | 5.0013 | | 1,490.37 |
| 06/30/10 | | ANIMAL HEALTH INTERNATIONAL INC | AHII | Sold | 550 | 2.4910 | | 1,360.03 |
| 06/30/10 | | BANK OF AMERICA CORP | BAC | Sold | 120 | 14.7105 | | 1,755.24 |
| 06/30/10 | | CITIGROUP INC | C | Sold | 350 | 3.8405 | | 1,334.16 |
| 06/30/10 | | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | 600 | 3.0900 | | 1,843.97 |
| 06/30/10 | | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | 700 | 3.0800 | | 2,155.96 |
| 06/30/10 | | CPI CORP | CPY | Sold | 500 | 21.7810 | | 10,880.32 |
| 06/30/10 | | DARLING INTERNATIONAL INC | DAR | Sold | 100 | 7.4951 | | 739.50 |
| 06/30/10 | | FLOW INTERNATIONAL CORP | FLOW | Sold | 100 | 2.3107 | | 221.07 |
| 06/30/10 | | GEOKINETICS INC NEW | GOK | Sold | 238 | 4.0405 | | 951.63 |
| 06/30/10 | | GFI GROUP INC | GFIG | Sold | 1,500 | 5.7609 | | 8,631.21 |
| 06/30/10 | | HORSEHEAD HOLDING CORP | ZINC | Sold | 1,000 | 7.4060 | | 7,395.88 |
| 06/30/10 | | HUNTSMAN CORP | HUN | Sold | 100 | 9.1717 | | 907.16 |
| 06/30/10 | | ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Sold | 500 | 4.6100 | | 2,294.97 |
| 06/30/10 | | LCA-VISION INC | LCAV | Sold | 250 | 5.7115 | | 1,417.86 |
| 06/30/10 | | LIZ CLAIBORNE INC | LIZ | Sold | 200 | 4.2200 | | 833.99 |
| 06/30/10 | | LIZ CLAIBORNE INC | LIZ | Sold | 800 | 4.2100 | | 3,367.94 |

**E✳TRADE**
**FINANCIAL**

Trading • Investing • Banking

**E✳TRADE** Platinum
**Investment Account**

| Account Number: (c)(1)8472 | Statement Period : June 1, 2010 - June 30, 2010 | Account Type: JOINT |
|---|---|---|

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/10 | | MANITEX INTERNATIONAL INC | MNTX | Sold | 237 | 1.9042 | | 441.30 |
| 06/30/10 | | MANITEX INTERNATIONAL INC | MNTX | Sold | 400 | 1.8175 | | 726.98 |
| 06/30/10 | | MANITEX INTERNATIONAL INC | MNTX | Sold | 1,400 | 1.8200 | | 2,547.95 |
| 06/30/10 | | MANITEX INTERNATIONAL INC | MNTX | Sold | 3,463 | 1.8000 | | 6,233.29 |
| 06/30/10 | | MESA AIR GROUP INC | MESAQ | Sold | 20,000 | 0.0500 | | 989.99 |
| 06/30/10 | | NEENAH PAPER INC | NP | Sold | 220 | 17.8104 | | 3,908.23 |
| 06/30/10 | | OFFICEMAX INCORPORATED | OMX | Sold | 200 | 13.5805 | | 2,706.06 |
| 06/30/10 | | PHYSICIANS FORMULA HOLDINGS INC | FACE | Sold | 300 | 3.2500 | | 964.99 |
| 06/30/10 | | PHYSICIANS FORMULA HOLDINGS INC | FACE | Sold | 300 | 3.2505 | | 975.13 |
| 06/30/10 | | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | 1,500 | 1.4302 | | 2,135.27 |
| 06/30/10 | | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | 1,500 | 1.4312 | | 2,136.77 |
| 06/30/10 | | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | 2,500 | 1.4302 | | 3,575.43 |
| 06/30/10 | | VALUEVISION MEDIA INC CL A | VVTV | Sold | 300 | 1.7451 | | 513.53 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 06/02/10 | Dividend | NEENAH PAPER INC CASH DIV ON   220 SHS REC 05/14/10 PAY 06/02/10 | NP | | 22.00 |
| 06/25/10 | Dividend | BANK OF AMERICA CORP CASH DIV ON   120 SHS REC 06/04/10 PAY 06/25/10 | BAC | | 1.20 |
| 06/28/10 | Interest | FROM 05/26 THRU 06/25 @ 7.640% BAL  30,659  AVBAL  32,519 | | 213.94 | |
| 06/30/10 | Dividend | HUNTSMAN CORP CASH DIV ON   100 SHS REC 06/15/10 PAY 06/30/10 | HUN | | 10.00 |

**E✶TRADE**
**F I N A N C I A L**
Trading   •   Investing   •   Banking

**E✶TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :**  June 1, 2010 - June 30, 2010 | **Account Type:**  JOINT |

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | $213.94 | $33.20 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | $180.74 | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/03/10 | Transfer | ACH WITHDRAWL  REFID:16811802327; | 10,000.00 | |
| 06/03/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 10,000.00 |
| 06/03/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | 10,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$10,000.00** | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/02/10 | RTS EAGLE ROCK ENERGY PARTNERS LIMITED PARTNERSHIP  DUE 06/30/10  EXP 06/30/2010  RTS DIST  ON   5000 SHS  REC 05/27/10 PAY 05/28/10 | EROCR | Distribution | 1,750 | | | |

**July 1, 2010 - July 31, 2010**
Account Number:       (c)(1) 8472
Account Type:          **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**NO ACCOUNT SERVICE FEE**
We're committed to delivering a clear, simple
customer experience.  Visit **etrade.com/noasf**
to learn more.

**IMPORTANT INFORMATION:**

**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more at
**etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



## Account At A Glance



| | |
|---|---|
| $190,999.85 | $203,734.00 |
| As of 06/30/10 | As of 07/31/10 |

| Net Change: | $12,734.15 |
|---|---|

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247.** You should re-confirm any oral
communication in writing to further prot██████r rights,
including rights under the Securities Investor
Protection Act (SIPA).

▲ DETACH HERE

DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**Use This Deposit Slip**       **Acct:**   (c)(1)  -8472

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL DEPOSIT** | |

SP000253

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.  ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance.  ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you.  Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

# E✳TRADE FINANCIAL

Trading • Investing • Banking



**E✳TRADE Platinum**
Investment Account

| | |
|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** July 1, 2010 - July 31, 2010 |

**Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**NEED HELP? Visit our Online Service Center.** The fastest way to get the answers you need. Go to **etrade.com/servicecenter**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | June 30, 2010 |
| Beginning Account Value (On 06/30/10): | $    190,999.85 |
| Ending Account Value (On 07/31/10): | $    203,734.00 |
| Net Change: | $      12,734.15 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 07/31/10)



0.13% - Cash & Equivalents

99.87% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 07/31/10 | AS OF 06/30/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $          266.10 | $            0.00 | - - |
| Margin Balance | $            0.00 | $     -24,921.59 | 100.00% |
| **Total Cash/Margin Debt** | $          266.10 | $     -24,921.59 | 101.07% |
| Stocks, Options & ETF (Long) | $    203,467.90 | $    215,921.44 | -5.77% |
| **Total Value of Securities** | $    203,467.90 | $    215,921.44 | -5.77% |
| **Net Account Value** | $    203,734.00 | $    190,999.85 | 6.67% |

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

**E✱TRADE FINANCIAL**
Trading • Investing • Banking

**E✱TRADE Platinum**
Investment Account

**Account Number:** (c)(1)-8472         **Statement Period :** July 1, 2010 - July 31, 2010         **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -26,509.81 |
| Securities Sold | $ 88,568.27 | $ 147,158.01 |
| Interest Received | | |
| Taxable | $ 0.23 | $ 0.23 |
| Dividends Received | | |
| Taxable | $ 46.50 | $ 532.90 |
| Margin Interest | $ -57.91 | $ -1,391.43 |
| Master Limited Partnerships | $ 0.00 | $ 250.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 07/31/10)



2.00% - OTHER
2.38% - HBAN
2.55% - ACAS
15.17% - EROC
77.91% - LASR

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** July 1, 2010 - July 31, 2010 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.13% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 266.10 | | 8,579.28 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 266.10 | 0.13 | 8,579.28 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$0.00** | **$266.10** | **0.13%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.23** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.87% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ADVANCED MICRO DEVICES INC | AMD | Margin | | 7.4900 | 0.00 | 0.00 | | |
| ADVOCAT INC | AVCA | Margin | | 4.7000 | 0.00 | 0.00 | | |
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 5.1900 | 5,190.00 | 2.55 | | |
| ANIMAL HEALTH INTERNATIONAL INC | AHII | Margin | | 2.4900 | 0.00 | 0.00 | | |
| BANK OF AMERICA CORP | BAC | Margin | | 14.0400 | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| CITIGROUP INC | C | Margin | | 4.1000 | 0.00 | 0.00 | | |
| CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Margin | | 3.7800 | 0.00 | 0.00 | | |
| CPI CORP | CPY | Margin | | 24.8400 | 0.00 | 0.00 | | |
| DARLING INTERNATIONAL INC | DAR | Margin | | 8.1600 | 0.00 | 0.00 | | |

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** July 1, 2010 - July 31, 2010 | **Account Type:** JOINT |

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 6.1800 | 30,900.00 | 15.17 | 500.00 | 1.62% |
| FLOW INTERNATIONAL CORP | FLOW | Margin | | 2.7200 | 0.00 | 0.00 | | |
| GEOKINETICS INC NEW | GOK | Margin | | 4.4100 | 0.00 | 0.00 | | |
| GFI GROUP INC | GFIG | Margin | | 5.8900 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | LASR | Cash | 69,013 | 2.3000 | 158,729.90 | 77.91 | | |
| ***GSI GROUP INC ESCROW CUSIP | 362992562 | Cash | 36,000 | | 0.00 | 0.00 | | |
| ***GSI GROUP INC | 36229U102 | Cash | | 2.3000 | 0.00 | 0.00 | | |
| HORSEHEAD HOLDING CORP | ZINC | Margin | | 7.6600 | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 800 | 6.0600 | 4,848.00 | 2.38 | 32.00 | 0.66% |
| HUNTSMAN CORP | HUN | Margin | | 10.4700 | 0.00 | 0.00 | | |
| ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Margin | | 5.9500 | 0.00 | 0.00 | | |
| LCA-VISION INC | LCAV | Margin | | 5.1900 | 0.00 | 0.00 | | |
| LIZ CLAIBORNE INC | LIZ | Margin | | 4.7400 | 0.00 | 0.00 | | |
| MANITEX INTERNATIONAL INC | MNTX | Margin | | 2.0900 | 0.00 | 0.00 | | |
| MESA AIR GROUP INC | MESAQ | Cash | | 0.0310 | 0.00 | 0.00 | | |
| NEENAH PAPER INC | NP | Margin | | 17.9400 | 0.00 | 0.00 | | |
| OFFICEMAX INCORPORATED | OMX | Margin | | 14.2900 | 0.00 | 0.00 | | |
| PHYSICIANS FORMULA HOLDINGS INC | FACE | Margin | | 3.7001 | 0.00 | 0.00 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Cash | | 1.8200 | 0.00 | 0.00 | | |
| POWERWAVE TECHNOLOGIES INC | PWAV | Margin | | 1.8200 | 0.00 | 0.00 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.9000 | 3,800.00 | 1.87 | | |

# E✴TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✴TRADE Platinum**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : July 1, 2010 - July 31, 2010 | Account Type: JOINT |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| VALUEVISION MEDIA INC CL A | VVTV | Margin | | 1.8300 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **203,467.90** | **99.87%** | **$532.00** | **0.26%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/10)** | | | | | **203,734.00** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **532.00** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/10 09:52 | 07/06/10 | MESA AIR GROUP INC | MESAQ | Sold | -20,000 | 0.0500 | | 989.99 |
| 06/30/10 09:36 | 07/06/10 | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | -1,500 | 1.4302 | | 2,135.27 |
| 06/30/10 09:45 | 07/06/10 | ANIMAL HEALTH INTERNATIONAL INC | AHII | Sold | -550 | 2.4910 | | 1,360.03 |
| 06/30/10 09:52 | 07/06/10 | ADVANCED MICRO DEVICES INC | AMD | Sold | -150 | 7.6005 | | 1,130.07 |
| 06/30/10 09:44 | 07/06/10 | ADVOCAT INC | AVCA | Sold | -300 | 5.0013 | | 1,490.37 |
| 06/30/10 09:42 | 07/06/10 | BANK OF AMERICA CORP | BAC | Sold | -120 | 14.7105 | | 1,755.24 |
| 06/30/10 09:34 | 07/06/10 | CPI CORP | CPY | Sold | -500 | 21.7810 | | 10,880.32 |
| 06/30/10 09:46 | 07/06/10 | CITIGROUP INC | C | Sold | -350 | 3.8405 | | 1,334.16 |
| 06/30/10 09:48 | 07/06/10 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | -600 | 3.0900 | | 1,843.97 |
| 06/30/10 09:48 | 07/06/10 | CONSTELLATION ENERGY PARTNERS LLC COM UNIT REPSTG LTD LIABILITY CO INT CL B | CEP | Sold | -700 | 3.0800 | | 2,155.96 |



**E✱TRADE** Financial
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : July 1, 2010 - July 31, 2010 | Account Type: JOINT |

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/10 09:39 | 07/06/10 | DARLING INTERNATIONAL INC | DAR | Sold | -100 | 7.4951 | | 739.50 |
| 06/30/10 09:40 | 07/06/10 | FLOW INTERNATIONAL CORP | FLOW | Sold | -100 | 2.3107 | | 221.07 |
| 06/30/10 09:35 | 07/06/10 | GFI GROUP INC | GFIG | Sold | -1,500 | 5.7609 | | 8,631.21 |
| 06/30/10 09:52 | 07/06/10 | GEOKINETICS INC NEW | GOK | Sold | -238 | 4.0405 | | 951.63 |
| 06/30/10 09:39 | 07/06/10 | HUNTSMAN CORP | HUN | Sold | -100 | 9.1717 | | 907.16 |
| 06/30/10 09:35 | 07/06/10 | HORSEHEAD HOLDING CORP | ZINC | Sold | -1,000 | 7.4060 | | 7,395.88 |
| 06/30/10 09:38 | 07/06/10 | ***JA SOLAR HLDGS CO LTD SPONSORED ADR | JASO | Sold | -500 | 4.6100 | | 2,294.97 |
| 06/30/10 09:53 | 07/06/10 | LCA-VISION INC | LCAV | Sold | -250 | 5.7115 | | 1,417.86 |
| 06/30/10 09:37 | 07/06/10 | LIZ CLAIBORNE INC | LIZ | Sold | -200 | 4.2200 | | 833.99 |
| 06/30/10 09:37 | 07/06/10 | LIZ CLAIBORNE INC | LIZ | Sold | -800 | 4.2100 | | 3,367.94 |
| 06/30/10 09:34 | 07/06/10 | MANITEX INTERNATIONAL INC | MNTX | Sold | -237 | 1.9042 | | 441.30 |
| 06/30/10 09:34 | 07/06/10 | MANITEX INTERNATIONAL INC | MNTX | Sold | -400 | 1.8175 | | 726.98 |
| 06/30/10 09:34 | 07/06/10 | MANITEX INTERNATIONAL INC | MNTX | Sold | -1,400 | 1.8200 | | 2,547.95 |
| 06/30/10 09:34 | 07/06/10 | MANITEX INTERNATIONAL INC | MNTX | Sold | -3,463 | 1.8000 | | 6,233.29 |
| 06/30/10 09:37 | 07/06/10 | NEENAH PAPER INC | NP | Sold | -220 | 17.8104 | | 3,908.23 |
| 06/30/10 09:38 | 07/06/10 | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | -1,500 | 1.4312 | | 2,136.77 |
| 06/30/10 09:36 | 07/06/10 | POWERWAVE TECHNOLOGIES INC | PWAV | Sold | -2,500 | 1.4302 | | 3,575.43 |
| 06/30/10 09:37 | 07/06/10 | OFFICEMAX INCORPORATED | OMX | Sold | -200 | 13.5805 | | 2,706.06 |
| 06/30/10 09:44 | 07/06/10 | PHYSICIANS FORMULA HOLDINGS INC | FACE | Sold | -300 | 3.2500 | | 964.99 |
| 06/30/10 09:44 | 07/06/10 | PHYSICIANS FORMULA HOLDINGS INC | FACE | Sold | -300 | 3.2505 | | 975.13 |

**E*TRADE FINANCIAL**

Trading • Investing • Banking

**E*TRADE Platinum**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : July 1, 2010 - July 31, 2010 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/10 09:47 | 07/06/10 | VALUEVISION MEDIA INC CL A | VVTV | Sold | -300 | 1.7451 | | 513.53 |
| 07/02/10 10:02 | 07/08/10 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -2,200 | 5.4601 | | 12,002.02 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$88,568.27** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/01/10 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV  ON   3000 SHS REC 06/17/10 PAY 07/01/10 | HBAN | | 30.00 |
| 07/14/10 | Dividend | ADVOCAT INC CASH DIV  ON   300 SHS REC 06/30/10 PAY 07/14/10 | AVCA | | 16.50 |
| 07/26/10 | Interest | FROM 06/26 THRU 07/25 @ 7.640% BAL        AVBAL   27,287 | | 57.91 | |
| 07/26/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.23 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$57.91** | **$46.73** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$11.18** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 07/06/10 | Adjustment | TFR MARGIN TO CASH | | 48,549.40 |
| 07/06/10 | Adjustment | TFR MARGIN TO CASH | 48,549.40 | |
| 07/08/10 | Adjustment | TFR MARGIN TO CASH | | 12,002.02 |
| 07/08/10 | Adjustment | TFR MARGIN TO CASH | 12,002.02 | |
| 07/15/10 | Adjustment | TFR MARGIN TO CASH | | 16.50 |
| 07/15/10 | Adjustment | TFR MARGIN TO CASH | 16.50 | |
| 07/26/10 | Adjustment | TRNSFR FROM CASH TO MARGIN | 57.91 | |
| 07/26/10 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 57.91 |
| 07/29/10 | Credit | CS ACCOM - SERVICE | | 100.00 |

**E*TRADE FINANCIAL**

Trading • Investing • Banking

**E*TRADE**
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : July 1, 2010 - July 31, 2010 | Account Type: JOINT |
|---|---|---|

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| **NET WITHDRAWALS & DEPOSITS** | | | | **$100.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/08/10 | ***GSI GROUP INC TOTAL COST FOR RTS EXERCISE | GSIGQ | Rights Exerc | | | 63,419.40 | |
| 07/27/10 | ***GSI GROUP INC VOLUNTARY REORGANIZATION FEE | 36229U102 | Voluntry Fee | | | 30.00 | |
| 07/27/10 | ***GSI GROUP INC NEW SHARES REC'D FROM RTS EXERCISE | LASR | Exchange | 35,233 | | | |
| 07/28/10 | ***GSI GROUP INC MANDATORY REORG FEE CHARGED | 36229U102 | Fee | | | 20.00 | |
| 07/28/10 | ***GSI GROUP INC STOCK MERGER @ 1 & @ .93835 | 36229U102 | Merger | -36,000 | | | |
| 07/28/10 | ***GSI GROUP INC ESCROW CUSIP SHRS RECEIVED THRU MERGER | 362992562 | Merger | 36,000 | | | |
| 07/28/10 | ***GSI GROUP INC NEW SHRS RECEIVED THRU MERGER | LASR | Merger | 33,780 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$63,469.40** | |
| **NET OTHER ACTIVITY** | | | | | | **$63,469.40** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0489%APY Earned as of 07/31/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **07/01/10** | | **OPENING BALANCE** | **$0.00** |
| 07/06/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 51,674.66 |
| 07/08/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 12,002.02 |
| 07/09/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -63,419.40 |
| 07/15/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 16.50 |
| 07/27/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -57.68 |
| 07/28/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -30.00 |
| 07/29/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -20.00 |

**E✱TRADE FINANCIAL**
Trading • Investing • Banking

**E✱TRADE Platinum**
Investment Account

**Account Number:** (c)(1) 8472    **Statement Period :** July 1, 2010 - July 31, 2010    **Account Type:** JOINT

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)**

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 07/30/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 100.00 |
| **07/31/10** | | **CLOSING BALANCE** | **$266.10** |

PAGE 1 OF 6

**August 1, 2010 - August 31, 2010**
Account Number:   (c)(1) 8472
Account Type:      **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**NO ACCOUNT SERVICE FEE**
We're committed to delivering a clear, simple
customer experience.  Visit **etrade.com/noasf**
to learn more.



**E\*TRADE Platinum Investment Account**

**IMPORTANT INFORMATION:**

**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more at
**etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

**Account At A Glance**



|  | As of 07/31/10 | As of 08/31/10 |
|---|---|---|
|  | $203,734.00 | $195,529.63 |

**Net Change:**                                        **$-8,204.37**

Securities products and services are offered by E\*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E\*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E\*TRADE Securities LLC at
**1-800-ETRADE-1 and E\*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot███r rights,
including rights under the Securities Investor
Protection Act (SIPA).**

---

▲ DETACH HERE                                                                          DETACH HERE ▲



**E\*TRADE FINANCIAL**
Banking • Investing • Trading

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E\*TRADE Clearing LLC.

Mail deposits to:

E\*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

| Use This Deposit Slip | Acct: (c)(1) -8472 |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE RECEIPT OF THE STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the unde sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

E*TRADE Platinum
Investment Account

E*TRADE
FINANCIAL
Trading • Investing • Banking

# E✲TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✲TRADE Platinum**
**Investment Account**

---

**Account Number:** (c)(1) 8472          **Statement Period :** August 1, 2010 - August 31, 2010          **Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**NEED HELP? Visit our Online Service Center.** The fastest way to get the answers you need. Go to
**etrade.com/servicecenter**

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | July 31, 2010 |
| Beginning Account Value (On 07/31/10): | $   203,734.00 |
| Ending Account Value (On 08/31/10): | $   195,529.63 |
| Net Change: | $      -8,204.37 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/10)

0.20% - Cash & Equivalents

99.80% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/10 | AS OF 07/31/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $        392.50 | $        266.10 | 47.50% |
| **Total Cash/Margin Debt** | **$        392.50** | **$        266.10** | **47.50%** |
| Stocks, Options & ETF (Long) | $   195,137.13 | $   203,467.90 | -4.09% |
| **Total Value of Securities** | **$   195,137.13** | **$   203,467.90** | **-4.09%** |
| **Net Account Value** | **$   195,529.63** | **$   203,734.00** | **-4.03%** |

Securities products and services are offered by **E✲TRADE Securities LLC**, Member **FINRA/SIPC**.
Sweep Deposit Account is a bank deposit account with **E✲TRADE Bank**, a Federal savings bank,
Member **FDIC**. **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank
are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least
**$100,000**. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of **E✲TRADE Bank**, and are subject
to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472        **Statement Period :** August 1, 2010 - August 31, 2010        **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -26,509.81 |
| Securities Sold | $ 0.00 | $ 147,158.01 |
| Interest Received | | |
| Taxable | $ 0.01 | $ 0.24 |
| Dividends Received | | |
| Taxable | $ 0.00 | $ 532.90 |
| Margin Interest | $ 0.00 | $ -1,391.43 |
| Master Limited Partnerships | $ 125.00 | $ 375.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/10)



1.89%  - OTHER
2.17%  - HBAN
2.60%  - ACAS
15.34% - EROC
78.00%  - LASR

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

**E✳TRADE**
**FINANCIAL**
Trading   •   Investing   •   Banking

**E✳TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** August 1, 2010 - August 31, 2010 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.20% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 266.10 | 392.50 | | 299.93 |
| Extended Insurance Sweep Deposit Account Total | 266.10 | 392.50 | 0.20 | 299.93 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$266.10** | **$392.50** | **0.20%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.24** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.80% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 5.0800 | 5,080.00 | 2.60 | | |
| CALL CITG1  01/22/11  10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11  5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 6.0000 | 30,000.00 | 15.34 | 500.00 | 1.67% |
| ***GSI GROUP INC NEW | LASR | Cash | 69,013 | 2.2100 | 152,518.73 | 78.00 | | |
| ***GSI GROUP INC ESCROW CUSIP | 362992562 | Cash | 36,000 | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 800 | 5.2980 | 4,238.40 | 2.17 | 32.00 | 0.76% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.6500 | 3,300.00 | 1.69 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$195,137.13** | **99.80%** | **$532.00** | **0.27%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/10)** | | | | | **$195,529.63** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$532.00** | | | |

**E✲TRADE**
**FINANCIAL**

Trading  •  Investing  •  Banking

**E✲TRADE** Securities Platform
**Investment Account**

**Account Number:** (c)(1)-8472      **Statement Period :** August 1, 2010 - August 31, 2010      **Account Type:** JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/13/10 | Dividend | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT DIST    ON   5000 SHS REC 08/09/10 PAY 08/13/10 | EROC | | 125.00 |
| 08/26/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$125.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$125.01** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/16/10 | Adjustment | TFR MARGIN TO CASH | | 125.00 |
| 08/16/10 | Adjustment | TFR MARGIN TO CASH | 125.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/10/10 | ***GSI GROUP INC NEW CIL ON   0.60000@   2.31000 | LASR | Cash-in-Lieu | | | | 1.39 |
| **TOTAL OTHER ACTIVITY** | | | | | | | **$1.39** |
| **NET OTHER ACTIVITY** | | | | | | | **$1.39** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0392**%APY Earned as of  08/31/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **08/01/10** | | **OPENING BALANCE** | **$266.10** |
| 08/11/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1.39 |
| 08/16/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 125.00 |
| 08/27/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| **08/31/10** | | **CLOSING BALANCE** | **$392.50** |

SP000269

September 1, 2010 - September 30, 2010
Account Number:    (c)(1) 8472
Account Type:      **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**NOTICE OF CUSTOMER AGREEMENT
UPDATES -** Effective September 1, 2010,
E*TRADE has updated its Brokerage Customer
Agreement and Margin Agreement. To review
agreements go to **etrade.com**.  If you have
questions, please call **1-800-ETRADE-1**
(1-800-387-2331) anytime 24/7.

**IMPORTANT INFORMATION:**

**NEED HELP? Visit our Online Service Center.**
The fastest way to get the answers you need.
Go to **etrade.com/servicecenter.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



## Account At A Glance



$195,529.63
As of 08/31/10

$217,577.15
As of 09/30/10

Net Change:                    $22,047.52

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1** and E*TRADE Clearing LLC at
**201-499-6247.** You should re-confirm any oral
communication in writing to further prot___r rights,
including rights under the Securities Investor
Protection Act (SIPA).

▲ DETACH HERE

DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**        **Acct:**  (c)(1) **-8472**

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**SP000270**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account.  If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**E*TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.**  All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates.  Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.**  The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account.  Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes.  The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices.  The value of brokered CDs reflected on this statement is estimated by a third-party pricing service.  Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.**  We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld.  The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge.  However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.**  ETC is a member of the Securities Investor Protection Corporation ("SIPC").  SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash.  Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.)  Additional protection has been secured through an independent insurer.  Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.**  Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.**  The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")).  Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution.  Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.  E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets).  ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.**  Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC.  For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules.  You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise.  Interest is calculated on a 360-day basis using settlement date balances.  The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates.  The margin interest rate will change without prior notice as the Base Rate changes.  Information about ETC's Base Rate is available upon written request to ETC.  For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.**  Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the total sub-account of my Cash Balance. ETC has no present intention of exercising this provision.  However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.**  If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you.  Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.**  Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method.  A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.**  A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

**General Information**

**This Statement's Closing Equity.**  Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.**  The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.**  Interest expense charges on the daily debit balance in your account.

**Market Value.**  The closing price of each security position as of the last business day of the month.  (Market value of some positions may be omitted).

**Money Activity Summary.**  Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.**  Trade date or transaction date of other entries.

**Total Portfolio Percent.**  Percentage of your holding by issue of security.

**DIV/CPN% Yield.**  Annual dividend or bond % yield.

**Open Orders.**  Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.**  The symbol or identification number for each security.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

SP000271

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** September 1, 2010 - September 30, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | August 31, 2010 |
| Beginning Account Value (On 08/31/10): | $    195,529.63 |
| Ending Account Value (On 09/30/10): | $    217,577.15 |
| Net Change: | $      22,047.52 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 09/30/10)

0.18% - Cash & Equivalents



99.82% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 09/30/10 | AS OF 08/31/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $         392.52 | $         392.50 | 0.01% |
| **Total Cash/Margin Debt** | $         392.52 | $         392.50 | 0.01% |
| Stocks, Options & ETF (Long) | $    217,184.63 | $    195,137.13 | 11.30% |
| **Total Value of Securities** | $    217,184.63 | $    195,137.13 | 11.30% |
| **Net Account Value** | $    217,577.15 | $    195,529.63 | 11.28% |

Securities products and services are offered by **E✱TRADE Securities LLC**, Member **FINRA**/**SIPC**. Sweep Deposit Account is a bank deposit account with **E✱TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✱TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

**E✶TRADE FINANCIAL**
Trading • Investing • Banking

**E✶TRADE Platinum**
Investment Account

**Account Number:** (c)(1)-8472          **Statement Period :** September 1, 2010 - September 30, 2010          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -26,509.81 |
| Securities Sold | $ | 0.00 | $ | 147,158.01 |
| Interest Received | | | | |
| Taxable | $ | 0.02 | $ | 0.26 |
| Dividends Received | | | | |
| Taxable | $ | 0.00 | $ | 532.90 |
| Margin Interest | $ | 0.00 | $ | -1,391.43 |
| Master Limited Partnerships | $ | 0.00 | $ | 375.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/10)



1.61% - OTHER
2.09% - HBAN
2.67% - ACAS
14.02% - EROC
79.61% - LASR

**E✦TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✦TRADE** Platinum
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** September 1, 2010 - September 30, 2010          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.18% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 392.50 | 392.52 | | 392.51 |
| Extended Insurance Sweep Deposit Account Total | 392.50 | 392.52 | 0.18 | 392.51 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| TOTAL CASH & CASH EQUIVALENTS | $392.50 | $392.52 | 0.18% | |
|---|---|---|---|---|

| TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY) | $0.26 | | | |
|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.82% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 5.8100 | 5,810.00 | 2.67 | | |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 6.1000 | 30,500.00 | 14.02 | 500.00 | 1.64% |
| ***GSI GROUP INC NEW | LASR | Cash | 69,013 | 2.5100 | 173,222.63 | 79.61 | | |
| ***GSI GROUP INC ESCROW CUSIP | 362992562 | Cash | 36,000 | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 800 | 5.6900 | 4,552.00 | 2.09 | 32.00 | 0.70% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.5500 | 3,100.00 | 1.42 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $217,184.63 | 99.82% | $532.00 | 0.24% |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/10) | $217,577.15 |
|---|---|

| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | $532.00 |
|---|---|

**E✲TRADE**
**FINANCIAL**
Trading   •   Investing   •   Banking

**E✲TRADE** Platinum
**Investment Account**

| Account Number: (c)(I) 8472 | Statement Period : September 1, 2010 - September 30, 2010 | Account Type: JOINT |
|---|---|---|

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 09/27/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0600**%APY Earned as of  09/30/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **09/01/10** | | **OPENING BALANCE** | **$392.50** |
| 09/28/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.02 |
| **09/30/10** | | **CLOSING BALANCE** | **$392.52** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000275



**October 1, 2010 - October 31, 2010**

| | |
|---|---|
| Account Number: | (c)(1)-8472 |
| Account Type: | JOINT |

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**STRENGTHEN YOUR PORTFOLIO, ONE CLICK AT A TIME.** Our Online Advisor tool lets you:
- See where you stand today
- Create a diversified, long-term plan
- Get customized recommendations
Get started at **etrade.com/onlineadvisor**

**E*TRADE Platinum**
**Investment Account**

**IMPORTANT INFORMATION:**

**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education. Free videos, web seminars, tutorials and more at **etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



**$217,577.15**
**$251,956.89**

As of 09/30/10 | As of 10/31/10

| Net Change: | $34,379.74 |
|---|---|

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/ FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247.** You should re-confirm any oral communication in writing to further prot▮▮▮ r rights, including rights under the Securities Investor Protection Act (SIPA).

**E*TRADE**
**FINANCIAL**
Banking • Investing • Trading

---

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct:** (c)(1)-8472 |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

SP000276

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE RECEIPT OF YOUR STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

SP000277



**E∗TRADE** **FINANCIAL**
Trading  •  Investing  •  Banking

**E∗TRADE Platinum**
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)()-8472 | **Statement Period :** October 1, 2010 - October 31, 2010 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

Last Statement Date:                September 30, 2010

| | |
|---|---|
| Beginning Account Value (On 09/30/10): | $    217,577.15 |
| Ending Account Value (On 10/31/10): | $    251,956.89 |
| Net Change: | $      34,379.74 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 10/31/10)



0.16% - Cash & Equivalents

99.84% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/10 | AS OF 09/30/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $      400.54 | $      392.52 | 2.04% |
| **Total Cash/Margin Debt** | **$      400.54** | **$      392.52** | **2.04%** |
| Stocks, Options & ETF (Long) | $  251,556.35 | $  217,184.63 | 15.83% |
| **Total Value of Securities** | **$  251,556.35** | **$  217,184.63** | **15.83%** |
| **Net Account Value** | **$  251,956.89** | **$  217,577.15** | **15.80%** |

Securities products and services are offered by **E∗TRADE Securities LLC**, Member **FINRA**/**SIPC**. Sweep Deposit Account is a bank deposit account with **E∗TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E∗TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

SP000278

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

Account Number (c)(1) 8472          Statement Period : October 1, 2010 - October 31, 2010          Account Type: JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -26,509.81 |
| Securities Sold | $ | 0.00 | $ | 147,158.01 |
| Interest Received | | | | |
| Taxable | $ | 0.02 | $ | 0.28 |
| Dividends Received | | | | |
| Taxable | $ | 8.00 | $ | 540.90 |
| Margin Interest | $ | 0.00 | $ | -1,391.43 |
| Master Limited Partnerships | $ | 0.00 | $ | 375.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/10)



3.09% - OTHER
2.77% - ACAS
13.34% - EROC
80.80% - LASR

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000279

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE** ~~Securities Platform~~
**Investment Account**

| | | |
|---|---|---|
| Account Number: (c)(1) 8472 | Statement Period : October 1, 2010 - October 31, 2010 | Account Type: JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.16% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 392.52 | 400.54 | | 398.39 |
| Extended Insurance Sweep Deposit Account Total | 392.52 | 400.54 | 0.16 | 398.39 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$392.52** | **$400.54** | **0.16%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.28** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.84% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 1,000 | 6.9800 | 6,980.00 | 2.77 | | |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | 5,000 | 6.7200 | 33,600.00 | 13.34 | 500.00 | 1.49% |
| ***GSI GROUP INC NEW | LASR | Cash | 69,013 | 2.9500 | 203,588.35 | 80.80 | | |
| ***GSI GROUP INC ESCROW CUSIP | 362992562 | Cash | 36,000 | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 800 | 5.6600 | 4,528.00 | 1.80 | 32.00 | 0.71% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.4300 | 2,860.00 | 1.14 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$251,556.35** | **99.84%** | **$532.00** | **0.21%** |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/10)** | **$251,956.89** |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | **$532.00** |

# E✻TRADE FINANCIAL

Trading • Investing • Banking

**E✻TRADE Platinum**
Investment Account

| Account Number (c)(1) 8472 | Statement Period : October 1, 2010 - October 31, 2010 | Account Type: JOINT |
|---|---|---|

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 10/01/10 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON    800 SHS REC 09/17/10 PAY 10/01/10 | HBAN | | 8.00 |
| 10/26/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$8.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$8.02** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 10/04/10 | Adjustment | TFR MARGIN TO CASH | | 8.00 |
| 10/04/10 | Adjustment | TFR MARGIN TO CASH | 8.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0610**%APY Earned as of  10/31/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **10/01/10** | | **OPENING BALANCE** | **$392.52** |
| 10/04/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 8.00 |
| 10/27/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.02 |
| **10/31/10** | | **CLOSING BALANCE** | **$400.54** |

**November 1, 2010 - November 30, 2010**
Account Number: (c)(1) 8472
Account Type:      **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**STRENGTHEN YOUR PORTFOLIO, ONE CLICK
AT A TIME.** Our Online Advisor tool lets you:
- See where you stand today
- Create a diversified, long-term plan
- Get customized recommendations
Get started at **etrade.com/onlineadvisor**

**IMPORTANT INFORMATION:**

**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more at
**etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



**$251,956.89**

**$209,121.85**

As of 10/31/10          As of 11/30/10

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███ r rights, including rights under the Securities Investor Protection Act (SIPA).

| Net Change: | $-42,835.04 |
|---|---|

▲ DETACH HERE                                                                                                     DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip     Acc** (c)(1) **8472**

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the Uninvested Cash Balance or any Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 1542, Merrifield, VA 22116.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking



**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** November 1, 2010 - November 30, 2010          **Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | October 31, 2010 |
| Beginning Account Value (On 10/31/10): | $ 251,956.89 |
| Ending Account Value (On 11/30/10): | $ 209,121.85 |
| Net Change: | $ -42,835.04 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/10)

0.40% - Cash & Equivalents

99.60% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 11/30/10 | AS OF 10/31/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $      836.15 | $      400.54 | 108.76% |
| **Total Cash/Margin Debt** | **$      836.15** | **$      400.54** | **108.76%** |
| Stocks, Options & ETF (Long) | $   208,285.70 | $   251,556.35 | -17.20% |
| **Total Value of Securities** | **$   208,285.70** | **$   251,556.35** | **-17.20%** |
| **Net Account Value** | **$   209,121.85** | **$   251,956.89** | **-17.00%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC.** Sweep Deposit Account is a bank deposit account with **E*TRADE Bank,** a Federal savings bank, Member **FDIC. IRA, Keogh** and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000;** all other accounts are FDIC-insured to at least **$100,000.** Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E*TRADE Bank,** and are subject to investment risk, including possible loss of the principal invested.

# E*TRADE
# FINANCIAL
Trading • Investing • Banking

**E*TRADE** Platinum
**Investment Account**

**Account Number:** (c)(1)8472     **Statement Period :** November 1, 2010 - November 30, 2010     **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $          0.00 | $     -26,509.81 |
| Securities Sold | $     40,468.99 | $     187,627.00 |
| Interest Received | | |
| Taxable | $          0.03 | $          0.31 |
| Dividends Received | | |
| Taxable | $          0.00 | $        540.90 |
| Margin Interest | $         -8.41 | $      -1,399.84 |
| Master Limited Partnerships | $          0.00 | $        375.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/10)



2.06%  - OTHER
2.23%  - HBAN
95.70%  - LASR

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** November 1, 2010 - November 30, 2010 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.40% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 400.54 | 836.15 | | 715.64 |
| Extended Insurance Sweep Deposit Account Total | 400.54 | 836.15 | 0.40 | 715.64 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$400.54** | **$836.15** | **0.40%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.31** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.60% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 7.1900 | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Margin | | 8.0100 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | LASR | Cash | 69,013 | 2.9000 | 200,137.70 | 95.70 | | |
| ***GSI GROUP INC TEMP A ESCROW CUSIP | 36229U995 | Cash | 36,000 | | 0.00 | 0.00 | | |
| ***GSI GROUP INC ESCROW CUSIP | 362992562 | Cash | | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 800 | 5.8350 | 4,668.00 | 2.23 | 32.00 | 0.69% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.7400 | 3,480.00 | 1.66 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$208,285.70** | **99.60%** | **$32.00** | **0.02%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/10)** | | | | | **$209,121.85** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$32.00** | | | |



**E✺TRADE** **Platinum**
**Investment Account**

**E✺TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** November 1, 2010 - November 30, 2010 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/01/10 09:48 | 11/04/10 | AMERICAN CAPITAL LIMITED | ACAS | Sold | -1,000 | 7.0204 | | 7,010.29 |
| 11/01/10 09:49 | 11/04/10 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Sold | -1,500 | 6.6906 | | 10,025.74 |
| 11/01/10 09:50 | 11/04/10 | EAGLE ROCK ENERGY PARTNERS LP UNIT LTD PARTNERSHIP INT | EROC | Sold | -3,500 | 6.6981 | | 23,432.96 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$40,468.99** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 11/26/10 | Interest | FROM 10/26 THRU 11/25 @ 7.640% BAL       AVBAL   39,624 | | 8.41 | |
| 11/26/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.03 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$8.41** | **$0.03** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$8.38** | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 11/03/10 | Wire | WIRE OUT | 40,000.00 | |
| 11/03/10 | Other | OUTGOING WIRE FEE | 25.00 | |
| 11/03/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 39,624.46 |
| 11/03/10 | Adjustment | TRNSFR FROM MARGIN TO CASH | 39,624.46 | |
| 11/04/10 | Adjustment | TFR MARGIN TO CASH | | 844.53 |
| 11/04/10 | Adjustment | TFR MARGIN TO CASH | 844.53 | |
| 11/26/10 | Adjustment | TRNSFR FROM CASH TO MARGIN | 8.41 | |
| 11/26/10 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 8.41 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$40,025.00** | |

**E✴TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✴TRADE Platinum**
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** November 1, 2010 - November 30, 2010 | **Account Type:** JOINT |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/10/10 | ***GSI GROUP INC ESCROW CUSIP NAME CHANGE 1 FOR 1 INTO CUSIP# 36229U995 | 362992562 | Name Change | -36,000 | | | |
| 11/10/10 | ***GSI GROUP INC TEMP A ESCROW CUSIP RESULT OF NAME CHANGE | 36229U995 | Name Change | 36,000 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0493**%APY Earned as of  11/30/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **11/01/10** | | **OPENING BALANCE** | **$400.54** |
| 11/04/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 443.99 |
| 11/29/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -8.38 |
| **11/30/10** | | **CLOSING BALANCE** | **$836.15** |

SP000288



December 1, 2010 - December 31, 2010
Account Number:   (c)(1) -8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**2010 TAX DOCUMENTS** will be available by
**February 15, 2011.** Questions? Go to
**etrade.com/taxcenter** for more information.

**IMPORTANT INFORMATION:**

**Create the Right Retirement Plan.** On track for
retirement? Let E*TRADE Securities help you
assess your current plan, then identify concrete
steps you can take right now to help you
achieve your goals. Learn more at
**etrade.com/rightplan**.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$209,121.85
As of 11/30/10

$249,389.64
As of 12/31/10

Net Change:   $40,267.79

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1** and E*TRADE Clearing LLC at
**201-499-6247. You should re-confirm any oral
communication in writing to further prot███ r rights,
including rights under the Securities Investor
Protection Act (SIPA).**



▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

DETACH HERE ▲

**Use This Deposit Slip**   Acct   (c)(1) -8472

Make checks payable to E*TRADE Clearing LLC.

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City,NJ 07303 -0484

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the'provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07030-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** December 1, 2010 - December 31, 2010          **Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | November 30, 2010 |
| Beginning Account Value (On 11/30/10): | $ 209,121.85 |
| Ending Account Value (On 12/31/10): | $ 249,389.64 |
| Net Change: | $ 40,267.79 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/10)

0.11% - Cash & Equivalents



99.89% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/10 | AS OF 11/30/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $      266.32 | $      836.15 | -68.15% |
| **Total Cash/Margin Debt** | **$      266.32** | **$      836.15** | **-68.15%** |
| Stocks, Options & ETF (Long) | $ 249,123.32 | $ 208,285.70 | 19.61% |
| **Total Value of Securities** | **$ 249,123.32** | **$ 208,285.70** | **19.61%** |
| **Net Account Value** | **$ 249,389.64** | **$ 209,121.85** | **19.26%** |

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC.  IRA, Keogh** and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472

**Statement Period :** December 1, 2010 - December 31, 2010

**Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -26,509.81 |
| Securities Sold | $ | 2,950.15 | $ | 190,577.15 |
| Interest Received | | | | |
| Taxable | $ | 0.02 | $ | 0.33 |
| Dividends Received | | | | |
| Taxable | $ | 0.00 | $ | 540.90 |
| Margin Interest | $ | 0.00 | $ | -1,399.84 |
| Master Limited Partnerships | $ | 0.00 | $ | 375.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/10)



2.41%  - OTHER

97.59%  - LASRD

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE** Account Statement
Investment Account

| Account Number: (c)(1)8472 | Statement Period : December 1, 2010 - December 31, 2010 | Account Type: JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.11% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | 0.00 | -20.00 | -0.01 | |
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 836.15 | 286.32 | | 587.10 |
| Extended Insurance Sweep Deposit Account Total | 836.15 | 286.32 | 0.11 | 587.10 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| **TOTAL CASH & CASH EQUIVALENTS** | **$836.15** | **$266.32** | **0.11%** | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.33** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.89% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 7.5600 | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   10 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 50 | | 0.00 | 0.00 | | |
| CALL CITG1  01/22/11   5 CIT GROUP INC NEW EXP 01/22/2011 | | Margin | 10 | | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | 36191C106 | Cash | | 3.3800 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | LASRD | Cash | 23,004 | 10.5800 | 243,382.32 | 97.59 | | |
| ***GSI GROUP INC TEMP A ESCROW CUSIP | 36229U995 | Cash | 36,000 | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | 300 | 6.8700 | 2,061.00 | 0.83 | 12.00 | 0.58% |
| RAM ENERGY RESOURCES INC | RAME | Margin | 2,000 | 1.8400 | 3,680.00 | 1.48 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$249,123.32** | **99.89%** | **$12.00** | |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/10)** | **$249,389.64** |
|---|---|
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | **$12.00** |

# E✳TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(8472 | **Statement Period :** December 1, 2010 - December 31, 2010 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/01/10 10:10 | 12/06/10 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -500 | 5.9204 | | 2,950.15 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$2,950.15** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/27/10 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/06/10 | Transfer | ACH WITHDRAWL REFID:23332417189; | 3,500.00 | |
| 12/06/10 | Adjustment | TFR MARGIN TO CASH | | 2,950.15 |
| 12/06/10 | Adjustment | TFR MARGIN TO CASH | 2,950.15 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$3,500.00** | |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/31/10 | ***GSI GROUP INC NEW RESULT OF REVERSE SPLIT | LASRD | Reverse Splt | 23,004 | | | |
| 12/31/10 | ***GSI GROUP INC NEW MANDATORY REORG FEE CHARGED | 36191C106 | Fee | | | 20.00 | |
| 12/31/10 | ***GSI GROUP INC NEW REV SPLIT 1 FOR 3 INTO 36191C205 | 36191C106 | Reverse Splt | -69,013 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$20.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$20.00** | |

SP000294

**E✶TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✶TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** December 1, 2010 - December 31, 2010          **Account Type:** JOINT

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0414**%APY Earned as of  12/31/10)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **12/01/10** | | **OPENING BALANCE** | **$836.15** |
| 12/06/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2,950.15 |
| 12/07/10 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,500.00 |
| 12/28/10 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.02 |
| **12/31/10** | | **CLOSING BALANCE** | **$286.32** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000295



**E*TRADE Platinum Investment Account**

January 1, 2011 - January 31, 2011
Account Number:   (c)(1) 8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**CREATE THE RIGHT RETIREMENT PLAN.**  Let E*TRADE Securities help you assess your current plan, then identify concrete steps you can take right now to help you achieve your goals. Visit **etrade.com/rightplan** to learn more.

**IMPORTANT INFORMATION:**

**2010 TAX DOCUMENTS** will be available by February 15, 2011. Questions? Visit **etrade.com/taxcenter** to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$249,389.64
As of 12/31/10

$275,953.89
As of 01/31/11

| Net Change: | $26,564.25 |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███ r rights, including rights under the Securities Investor Protection Act (SIPA).**



**E*TRADE FINANCIAL**
Banking · Investing · Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:**  (c)(1) 8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

E*TRADE Platinum
Investment Account

E*TRADE
FINANCIAL

Trading • Investing • Banking

SP000297



## E✴TRADE
### FINANCIAL
Trading  •  Investing  •  Banking

**E✴TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** 8472 | **Statement Period :** January 1, 2011 - January 31, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | December 31, 2010 |
| Beginning Account Value (On 12/31/10): | $   249,389.64 |
| Ending Account Value (On 01/31/11): | $   275,953.89 |
| Net Change: | $   26,564.25 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 01/31/11)

0.22% - Cash & Equivalents

99.78% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 01/31/11 | AS OF 12/31/10 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $   596.01 | $   266.32 | 123.79% |
| **Total Cash/Margin Debt** | **$   596.01** | **$   266.32** | **123.79%** |
| Stocks, Options & ETF (Long) | $   275,357.88 | $   249,123.32 | 10.53% |
| **Total Value of Securities** | **$   275,357.88** | **$   249,123.32** | **10.53%** |
| **Net Account Value** | **$   275,953.89** | **$   249,389.64** | **10.65%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank,
Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank
are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least
$100,000.  Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472

**Statement Period :** January 1, 2011 - January 31, 2011

**Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Sold | $ 5,723.06 | $ 5,723.06 |
| Interest Received | | |
| Taxable | $ 0.03 | $ 0.03 |
| Dividends Received | | |
| Taxable | $ 3.00 | $ 3.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/11)



0.22% - OTHER

99.78% - LASR

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| Account Number: (c)(1) 8472 | Statement Period : January 1, 2011 - January 31, 2011 | Account Type: JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.22% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | -20.00 | 0.00 | 0.00 | |
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 286.32 | 596.01 | | 593.35 |
| **Extended Insurance Sweep Deposit Account Total** | **286.32** | **596.01** | **0.22** | **593.35** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| **TOTAL CASH & CASH EQUIVALENTS** | **$266.32** | **$596.01** | **0.22%** | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.03** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.78% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 8.1700 | | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | LASR | Cash | 23,004 | 11.9700 | 275,357.88 | 99.78 | | |
| ***GSI GROUP INC TEMP A ESCROW CUSIP | 36229U995 | Cash | 36,000 | | 0.00 | 0.00 | | |
| HUNTINGTON BANCSHARES INC | HBAN | Margin | | 7.2400 | 0.00 | 0.00 | | |
| RAM ENERGY RESOURCES INC | RAME | Margin | | 1.6900 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$275,357.88** | **99.78%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/11)** | | | | | **$275,953.89** | | | |

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** January 1, 2011 - January 31, 2011 | **Account Type :** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/03/11 10:12 | 01/06/11 | HUNTINGTON BANCSHARES INC | HBAN | Sold | -300 | 7.0105 | | 2,093.12 |
| 01/12/11 10:13 | 01/06/11 | RAM ENERGY RESOURCES INC | RAME | Sold | -2,000 | 1.8200 | | 3,629.94 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$5,723.06** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 01/03/11 | Dividend | HUNTINGTON BANCSHARES INC CASH DIV ON   300 SHS REC 12/20/10 PAY 01/03/11 | HBAN | | 3.00 |
| 01/26/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.03 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$3.03** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$3.03** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 01/04/11 | Adjustment | TFR MARGIN TO CASH | | 3.00 |
| 01/04/11 | Adjustment | TFR MARGIN TO CASH | 3.00 | |
| 01/06/11 | Transfer | ACH WITHDRAWL REFID:24365705189; | 5,400.00 | |
| 01/06/11 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 2,000.00 |
| 01/06/11 | Adjustment | TFR MARGIN TO CASH | | 3,723.06 |
| 01/06/11 | Adjustment | TRNSFR FROM MARGIN TO CASH | 2,000.00 | |
| 01/06/11 | Adjustment | TFR MARGIN TO CASH | 3,723.06 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$5,400.00** | |

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE** Platinum
Investment Account

| | | | |
|---|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** January 1, 2011 - January 31, 2011 | | **Account Type:** JOINT |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/11/11 | ***GSI GROUP INC NEW CIL ON   0.33333@  10.80000 | LASRD | Cash-in-Lieu | | | | 3.60 |
| 01/25/11 | CALL CITG1 01/22/11   5 CIT GROUP INC NEW REORGANIZATION | | Expiration | -10 | | | |
| 01/25/11 | CALL CITG1 01/22/11   10 CIT GROUP INC NEW REORGANIZATION | | Expiration | -50 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | | **$3.60** |
| **NET OTHER ACTIVITY** | | | | | | | **$3.60** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0595%APY Earned as of  01/31/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **01/01/11** | | **OPENING BALANCE** | **$286.32** |
| 01/03/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -20.00 |
| 01/04/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 3.00 |
| 01/06/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 3,723.06 |
| 01/07/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -3,400.00 |
| 01/12/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 3.60 |
| 01/27/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.03 |
| **01/31/11** | | **CLOSING BALANCE** | **$596.01** |

**February 1, 2011 - February 28, 2011**

Account Number:    (c)(1) 8472
Account Type:    **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**CREATE THE RIGHT RETIREMENT PLAN.** Let
E*TRADE Securities help you assess your
current plan, then identify concrete steps you
can take right now to help you achieve your
goals. Visit **etrade.com/rightplan** to learn
more.

**IMPORTANT INFORMATION:**

**TAX QUESTIONS?** Go to **etrade.com/taxcenter**
to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



## Account At A Glance



$275,953.89    $297,198.88

As of 01/31/11    As of 02/28/11

Net Change:                    $21,244.99

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot___ ___ rights,
including rights under the Securities Investor
Protection Act (SIPA).

▲ DETACH HERE                                                    DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**    **Acct:** (c)(1) 3-8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| Dollars | Cents |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

## E✱TRADE
**FINANCIAL**
Trading • Investing • Banking



**E✱TRADE** Platinum
**Investment Account**

| | |
|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** February 1, 2011 - February 28, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | January 31, 2011 |
| Beginning Account Value (On 01/31/11): | $ 275,953.89 |
| Ending Account Value (On 02/28/11): | $ 297,198.88 |
| Net Change: | $ 21,244.99 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 02/28/11)

0.04% - Cash & Equivalents

99.96% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 02/28/11 | AS OF 01/31/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 120.28 | $ 596.01 | -79.82% |
| **Total Cash/Margin Debt** | **$ 120.28** | **$ 596.01** | **-79.82%** |
| Stocks, Options & ETF (Long) | $ 297,078.60 | $ 275,357.88 | 7.89% |
| **Total Value of Securities** | **$ 297,078.60** | **$ 275,357.88** | **7.89%** |
| **Net Account Value** | **$ 297,198.88** | **$ 275,953.89** | **7.70%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Platinum
**Investment Account**

**Account Number:** (c)(8472   **Statement Period :** February 1, 2011 - February 28, 2011   **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $  -475.74 | $  -475.74 |
| Securities Sold | $  0.00 | $  5,723.06 |
| Interest Received | | |
| Taxable | $  0.01 | $  0.04 |
| Dividends Received | | |
| Taxable | $  0.00 | $  3.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/28/11)



0.06%  - OTHER

99.94%  - GSIG

---

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

**E✱TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** February 1, 2011 - February 28, 2011 | **Account Type :** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.04% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | 0.00 | 0.01 | 0.00 | |
| Extended Insurance Sweep Deposit Account | | | | |
|   E*TRADE Bank | 596.01 | 120.27 | | 334.35 |
| **Extended Insurance Sweep Deposit Account Total** | **596.01** | **120.27** | **0.04** | **334.35** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$596.01** | **$120.28** | **0.04%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.04** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (99.96% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 9.3400 | | 0.00 | 0.00 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.6900 | 69.00 | 0.02 | | |
| ***GSI GROUP INC NEW | GSIG | Cash | | 12.9000 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,024 | 12.9000 | 297,009.60 | 99.94 | | |
| ***GSI GROUP INC TEMP A ESCROW CUSIP | 36229U995 | Cash | 36,000 | | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$297,078.60** | **99.96%** | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/28/11)** | | | | | **$297,198.88** | | | |

SP000307

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** February 1, 2011 - February 28, 2011 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/07/11 15:57 | 02/10/11 | ***GSI GROUP INC NEW | LASR | Bought | 20 | 12.0000 | 249.99 | |
| 02/09/11 13:54 | 02/10/11 | CALL NOK  01/21/12  10 NOKIA CORPORATION OPEN CONTRACT | | Bought | 1 | 2.1500 | 225.75 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$475.74** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 02/28/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 02/08/11 | Adjustment | TFR CASH TO MARGIN | 249.99 | |
| 02/08/11 | Adjustment | TFR CASH TO MARGIN | | 249.99 |
| 02/10/11 | Adjustment | TFR CASH TO MARGIN | 225.75 | |
| 02/10/11 | Adjustment | TFR CASH TO MARGIN | | 225.75 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 02/11/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | LASR | Journal | 20 | | | |
| 02/11/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | LASR | Journal | -20 | | | |

**E✳TRADE FINANCIAL**

Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

| Account Number: (c)(1)8472 | Statement Period : February 1, 2011 - February 28, 2011 | Account Type: JOINT |
|---|---|---|

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 02/15/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | GSIG | Journal | -23,024 | | | |
| 02/15/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | GSIG | Journal | 23,024 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0352%APY Earned as of 02/28/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **02/01/11** | | **OPENING BALANCE** | **$596.01** |
| 02/08/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -249.99 |
| 02/10/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -225.75 |
| **02/28/11** | | **CLOSING BALANCE** | **$120.27** |

SP000309

PAGE 1 OF 7

**March 1, 2011 - March 31, 2011**
Account Number:   (c)(1) -8472
Account Type:      **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**CREATE THE RIGHT RETIREMENT PLAN.**  Let
E*TRADE Securities help you assess your
current plan, then identify concrete steps you
can take right now to help you achieve your
goals. Visit **etrade.com/rightplan** to learn
more.



**IMPORTANT INFORMATION:**

**TAX QUESTIONS?** Go to **etrade.com/taxcenter**
to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

### Account At A Glance



**$297,198.88**

**$245,233.09**

As of 02/28/11          As of 03/31/11

| Net Change: | $-51,965.79 |
| --- | --- |

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247.** You should re-confirm any oral
communication in writing to further prot███ r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE  ▲

| Use This Deposit Slip | Acct:  (c)(1)  -8472 |
| --- | --- |

**Please do not send cash**

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

**SP000310**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE RECEIPT OF YOUR STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**E*TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For non-compliance, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**General Information**

**E*TRADE**
**FINANCIAL**
Trading • Investing • Banking

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✴TRADE FINANCIAL

Trading • Investing • Banking



**E✴TRADE Securities Platinum**
**Investment Account**

| | | | |
|---|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** March 1, 2011 - March 31, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

Last Statement Date:                    February 28, 2011

| | | |
|---|---|---|
| Beginning Account Value (On 02/28/11): | $ | 297,198.88 |
| Ending Account Value (On 03/31/11): | $ | 245,233.09 |
| Net Change: | $ | -51,965.79 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/11)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/11 | AS OF 02/28/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $          0.00 | $        120.28 | -100.00% |
| Margin Balance | $     -6,392.36 | $            0.00 | - - |
| **Total Cash/Margin Debt** | $     -6,392.36 | $        120.28 | **-5,414.57%** |
| Stocks, Options & ETF (Long) | $   251,625.45 | $   297,078.60 | -15.30% |
| **Total Value of Securities** | $   251,625.45 | $   297,078.60 | **-15.30%** |
| **Net Account Value** | $   245,233.09 | $   297,198.88 | **-17.49%** |

Securities products and services are offered by **E✴TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✴TRADE Bank**, a Federal savings bank, Member **FDIC. IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✴TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number** (c)(1)-8472          **Statement Period :** March 1, 2011 - March 31, 2011          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $    -6,478.08 | $    -6,953.82 |
| Securities Sold | $     0.00 | $    5,723.06 |
| Interest Received | | |
| Taxable | $     0.00 | $     0.04 |
| Dividends Received | | |
| Taxable | $     0.00 | $     3.00 |
| Margin Interest | $    -24.48 | $    -24.48 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/11)



2.73%  - OTHER

97.27%  - GSIG

# E✱TRADE FINANCIAL

Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** March 1, 2011 - March 31, 2011 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | 0.01 | 0.00 | 0.00 | |
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 120.27 | 0.00 | | 334.35 |
| Extended Insurance Sweep Deposit Account Total | 120.27 | 0.00 | 0.00 | 334.35 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$120.28** | **$0.00** | **0.00%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.04** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 9.9100 | 0.00 | 0.00 | | |
| CADENCE PHARMACEUTICALS INC | CADX | Margin | 120 | 9.2100 | 1,105.20 | 0.44 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.4700 | 47.00 | 0.02 | | |
| CARROLS RESTAURANT GROUP INC | TAST | Margin | 125 | 9.2700 | 1,158.75 | 0.46 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,763 | 10.3000 | 244,758.90 | 97.27 | | |
| ***GSI GROUP INC TEMP A ESCROW CUSIP | 36229U995 | Cash | | | 0.00 | 0.00 | | |
| HASBRO INC | HAS | Margin | 25 | 46.8400 | 1,171.00 | 0.47 | 30.00 | 2.56% |
| KBR INC | KBR | Margin | 30 | 37.7700 | 1,133.10 | 0.45 | 6.00 | 0.53% |
| SUPERIOR ENERGY SERVICES INC | SPN | Margin | 26 | 41.0000 | 1,066.00 | 0.42 | | |
| TYLER TECHNOLOGIES INC | TYL | Margin | 50 | 23.7100 | 1,185.50 | 0.47 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$251,625.45** | **100.00%** | **$36.00** | **0.01%** |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/11)** | **$245,233.09** |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | **$36.00** |

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1)-8472          **Statement Period :** March 1, 2011 - March 31, 2011          **Account Type:** JOINT

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/04/11 13:38 | 03/09/11 | CADENCE PHARMACEUTICALS INC | CADX | Bought | 120 | 8.4992 | 1,029.89 | |
| 03/04/11 13:16 | 03/09/11 | CARROLS RESTAURANT GROUP INC | TAST | Bought | 125 | 8.1488 | 1,028.59 | |
| 03/04/11 13:13 | 03/09/11 | HASBRO INC | HAS | Bought | 25 | 46.2600 | 1,166.49 | |
| 03/04/11 13:29 | 03/09/11 | KBR INC | KBR | Bought | 30 | 35.5400 | 1,076.19 | |
| 03/04/11 13:14 | 03/09/11 | SUPERIOR ENERGY SERVICES INC | SPN | Bought | 26 | 38.9400 | 1,022.43 | |
| 03/04/11 13:31 | 03/09/11 | TYLER TECHNOLOGIES INC | TYL | Bought | 50 | 22.8900 | 1,154.49 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$6,478.08** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/28/11 | Interest | FROM 02/26 THRU 03/25 @ 8.140% BAL  6,367  AVBAL  6,367 | | 24.48 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$24.48** | |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$24.48** | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 03/09/11 | Adjustment | TFR CASH TO MARGIN | 110.20 | |
| 03/09/11 | Adjustment | TFR CASH TO MARGIN | | 110.20 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 03/04/11 | ***GSI GROUP INC NEW SHRS RECEIVED THRU MERGER | GSIG | Merger | 739 | | | |

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

| Account Number (c)(1) 8472 | Statement Period : March 1, 2011 - March 31, 2011 | Account Type: JOINT |
|---|---|---|

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 03/04/11 | ***GSI GROUP INC TEMP A ESCROW CUSIP MANDATORY REORG FEE CHARGED | 36229U995 | Fee | | | 20.00 | |
| 03/04/11 | ***GSI GROUP INC TEMP A ESCROW CUSIP STOCK MERGER @ .02055 | 36229U995 | Merger | -36,000 | | | |
| 03/08/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | GSIG | Journal | -739 | | | |
| 03/08/11 | ***GSI GROUP INC NEW CIL ON   0.80000@   12.40000 | GSIG | Cash-in-Lieu | | | | 9.92 |
| 03/08/11 | ***GSI GROUP INC NEW SYSTEMATIC JOURNAL | GSIG | Journal | 739 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$20.00** | **$9.92** |
| **NET OTHER ACTIVITY** | | | | | | **$10.08** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **03/01/11** | | **OPENING BALANCE** | **$120.27** |
| 03/01/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 03/07/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -20.00 |
| 03/09/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -100.28 |
| **03/31/11** | | **CLOSING BALANCE** | **$0.00** |

PAGE 1 OF 6

**April 1, 2011 - April 30, 2011**
Account Number:       (c)(I) -8472
Account Type:       **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**INTRODUCING THE E*TRADE COMMUNITY**
Tap into the collective experience of fellow
E*TRADE Customers. Go to
**etrade.com/community** to learn more.

**IMPORTANT INFORMATION:**

**E*TRADE MOBILE PRO FOR ANDROID™**
For a FREE download visit the Android Market
from your Android smartphone. Or, for more
information visit **etrade.com/mobile**.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



**E*TRADE Platinum Investment Account**

**Account At A Glance**



$245,233.09 — As of 03/31/11
$270,128.51 — As of 04/30/11

| Net Change: | $24,895.42 |
|---|---|

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA. Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot███ r rights,
including rights under the Securities Investor
Protection Act (SIPA).



**E*TRADE FINANCIAL** — Trading • Investing • Banking

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip    Acc** (c)(I) **-8472**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

SP000317

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**E✱TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SiPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**General Information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** April 1, 2011 - April 30, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | March 31, 2011 |
| Beginning Account Value (On 03/31/11): | $   245,233.09 |
| Ending Account Value (On 04/30/11): | $   270,128.51 |
| Net Change: | $    24,895.42 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 04/30/11)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

| | AS OF 04/30/11 | AS OF 03/31/11 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -6,435.66 | $    -6,392.36 | -0.67% |
| **Total Cash/Margin Debt** | $    **-6,435.66** | $    **-6,392.36** | **-0.68%** |
| Stocks, Options & ETF (Long) | $   276,564.17 | $   251,625.45 | 9.91% |
| **Total Value of Securities** | $   **276,564.17** | $   **251,625.45** | **9.91%** |
| **Net Account Value** | $   **270,128.51** | $   **245,233.09** | **10.15%** |

Securities products and services are offered by **E✳TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✳TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number** (c)(1)3-8472          **Statement Period :** April 1, 2011 - April 30, 2011          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -6,953.82 |
| Securities Sold | $ | 0.00 | $ | 5,723.06 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.04 |
| Dividends Received | | | | |
| Taxable | $ | 1.50 | $ | 4.50 |
| Margin Interest | $ | -44.80 | $ | -69.28 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 04/30/11)



2.48%  - OTHER

97.52%  - GSIG

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000320

**E✳TRADE FINANCIAL**

Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) -8472 | **Statement Period :** April 1, 2011 - April 30, 2011 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.04** |
|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 10.2700 | 0.00 | 0.00 | | |
| CADENCE PHARMACEUTICALS INC | CADX | Margin | 120 | 8.4800 | 1,017.60 | 0.37 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.5600 | 56.00 | 0.02 | | |
| CARROLS RESTAURANT GROUP INC | TAST | Margin | 125 | 9.7600 | 1,220.00 | 0.44 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,763 | 11.3500 | 269,710.05 | 97.52 | | |
| HASBRO INC | HAS | Margin | 25 | 46.8400 | 1,171.00 | 0.42 | 30.00 | 2.56% |
| KBR INC | KBR | Margin | 30 | 38.3700 | 1,151.10 | 0.42 | 6.00 | 0.52% |
| SUPERIOR ENERGY SERVICES INC | SPN | Margin | 26 | 38.4200 | 998.92 | 0.36 | | |
| TYLER TECHNOLOGIES INC | TYL | Margin | 50 | 24.7900 | 1,239.50 | 0.45 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$276,564.17** | **100.00%** | **$36.00** | **0.01%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/11)** | | | | | **$270,128.51** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$36.00** | | | |

E✳TRADE
FINANCIAL
Trading   •   Investing   •   Banking

E✳TRADE Platinum
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** April 1, 2011 - April 30, 2011          **Account Type:** JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|---------------:|----------------:|
| 04/15/11 | Dividend | KBR INC<br>CASH DIV  ON    30 SHS<br>REC 03/15/11 PAY 04/15/11 | KBR | | 1.50 |
| 04/26/11 | Interest | FROM 03/26 THRU 04/25 @ 8.140%<br>BAL   6,390   AVBAL   6,391 | | 44.80 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$44.80** | **$1.50** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$43.30** | |

SP000322



**E✷TRADE Platinum Investment Account**

**May 1, 2011 - May 31, 2011**
Account Number:   (c)(1) -8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION:**

**INTRODUCING THE E*TRADE COMMUNITY**
Tap into the collective experience of fellow
E*TRADE Customers. Go to
**etrade.com/community** to learn more.

**Customer Update:**
**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more
at **etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$270,128.51 — As of 04/30/11
$283,160.27 — As of 05/31/11

**Net Change:** $13,031.76

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot████r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE



**E✷TRADE FINANCIAL** · Banking · Investing · Trading

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip**   **Acct:** (c)(1) -8472

**Please do not send cash**

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
| **TOTAL DEPOSIT** |  |

**SP000323**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking



**E✴TRADE Platinum**
**Investment Account**

---

**Account Number:** (c)(1)8472

**Statement Period :** May 1, 2011 - May 31, 2011

**Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

---

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | April 30, 2011 |
| Beginning Account Value (On 04/30/11): | $      270,128.51 |
| Ending Account Value (On 05/31/11): | $      283,160.27 |
| Net Change: | $        13,031.76 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/11)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/11 | AS OF 04/30/11 | % CHANGE |
|---|---|---|---|
| Margin Balance | $    -6,471.80 | $    -6,435.66 | -0.56% |
| **Total Cash/Margin Debt** | **$    -6,471.80** | **$    -6,435.66** | **-0.56%** |
| Stocks, Options & ETF (Long) | $   289,632.07 | $   276,564.17 | 4.73% |
| **Total Value of Securities** | **$   289,632.07** | **$   276,564.17** | **4.73%** |
| **Net Account Value** | **$   283,160.27** | **$   270,128.51** | **4.82%** |

---

Securities products and services are offered by **E✴TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✴TRADE Bank**, a Federal savings bank, Member **FDIC**.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✴TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** May 1, 2011 - May 31, 2011 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -6,953.82 |
| Securities Sold | $ | 0.00 | $ | 5,723.06 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.04 |
| Dividends Received | | | | |
| Taxable | $ | 7.50 | $ | 12.00 |
| Margin Interest | $ | -43.64 | $ | -112.92 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/11)



2.37%  - OTHER

97.63%  - GSIG

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

# E✴TRADE
## FINANCIAL
Trading • Investing • Banking

**E✴TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** May 1, 2011 - May 31, 2011 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

**TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)**   **$0.04**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 9.9000 | 0.00 | 0.00 | | |
| CADENCE PHARMACEUTICALS INC | CADX | Margin | 120 | 9.6400 | 1,156.80 | 0.40 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.1900 | 19.00 | 0.01 | | |
| CARROLS RESTAURANT GROUP INC | TAST | Margin | 125 | 9.3500 | 1,168.75 | 0.40 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,763 | 11.9000 | 282,779.70 | 97.63 | | |
| HASBRO INC | HAS | Margin | 25 | 45.7400 | 1,143.50 | 0.39 | 30.00 | 2.62% |
| KBR INC | KBR | Margin | 30 | 37.3200 | 1,119.60 | 0.39 | 6.00 | 0.54% |
| SUPERIOR ENERGY SERVICES INC | SPN | Margin | 26 | 37.4700 | 974.22 | 0.34 | | |
| TYLER TECHNOLOGIES INC | TYL | Margin | 50 | 25.4100 | 1,270.50 | 0.44 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$289,632.07** | **100.00%** | **$36.00** | **0.01%** |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/11)** | | | | | **$283,160.27** | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | **$36.00** | | | |

**E✱TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✱TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** May 1, 2011 - May 31, 2011 | **Account Type :** JOINT |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---:|---:|
| 05/16/11 | Dividend | HASBRO INC<br>CASH DIV ON    25 SHS<br>REC 05/02/11 PAY 05/16/11 | HAS | | 7.50 |
| 05/26/11 | Interest | FROM 04/26 THRU 05/25 @ 8.140%<br>BAL   6,428   AVBAL   6,433 | | 43.64 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$43.64** | **$7.50** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$36.14** | |

SP000328

**June 1, 2011 - June 30, 2011**
Account Number: (c)(1)-8472
Account Type: **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more
at **etrade.com/education.**

**IMPORTANT INFORMATION:**

**INTRODUCING THE E*TRADE COMMUNITY**
Tap into the collective experience of fellow
E*TRADE Customers. Go to
**etrade.com/community** to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374



### Account At A Glance



| | |
|---|---|
| $283,160.27 | $281,527.24 |
| As of 05/31/11 | As of 06/30/11 |

Net Change: $-1,633.03

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot▬▬▬r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---



▲ DETACH HERE                                                                DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

**Use This Deposit Slip**   Acct: (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing Balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

SP000330

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number** (c)(1) 8472

**Statement Period :** June 1, 2011 - June 30, 2011

**Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| Last Statement Date: | May 31, 2011 |
|---|---|
| Beginning Account Value (On 05/31/11): | $ 283,160.27 |
| Ending Account Value (On 06/30/11): | $ 281,527.24 |
| Net Change: | $ -1,633.03 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 06/30/11)



**100.00% - Stocks, Options & ETF (Long)**

## ACCOUNT VALUE SUMMARY

|  | AS OF 06/30/11 | AS OF 05/31/11 | % CHANGE |
|---|---|---|---|
| Margin Balance | $   -4,830.91 | $   -6,471.80 | 25.35% |
| **Total Cash/Margin Debt** | $   **-4,830.91** | $   **-6,471.80** | **25.35%** |
| Stocks, Options & ETF (Long) | $   286,358.15 | $   289,632.07 | -1.13% |
| **Total Value of Securities** | $   **286,358.15** | $   **289,632.07** | **-1.13%** |
| **Net Account Value** | $   **281,527.24** | $   **283,160.27** | **-0.58%** |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

## E✶TRADE
**FINANCIAL**
Trading • Investing • Banking

**E✶TRADE Platinum**
**Investment Account**

| Account Number (c)(1) 8472 | Statement Period : June 1, 2011 - June 30, 2011 | Account Type: JOINT |
|---|---|---|

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -6,953.82 |
| Securities Sold | $ | 6,680.54 | $ | 12,403.60 |
| Interest Received | | | | |
| Taxable | $ | 0.00 | $ | 0.04 |
| Dividends Received | | | | |
| Taxable | $ | 0.00 | $ | 12.00 |
| Margin Interest | $ | -39.65 | $ | -152.57 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/11)



100.00%  - GSIG

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

| Account Number (c)(1) 8472 | Statement Period : June 1, 2011 - June 30, 2011 | Account Type: JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

**TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)**          $0.04

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | | 9.9300 | 0.00 | 0.00 | | |
| CADENCE PHARMACEUTICALS INC | CADX | Margin | | 9.2000 | 0.00 | 0.00 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.1400 | 14.00 | 0.00 | | |
| CARROLS RESTAURANT GROUP INC | TAST | Margin | | 10.4400 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,763 | 12.0500 | 286,344.15 | 100.00 | | |
| HASBRO INC | HAS | Margin | | 43.9300 | 0.00 | 0.00 | | |
| KBR INC | KBR | Margin | | 37.6900 | 0.00 | 0.00 | | |
| SUPERIOR ENERGY SERVICES INC | SPN | Margin | | 37.1400 | 0.00 | 0.00 | | |
| TYLER TECHNOLOGIES INC | TYL | Margin | | 26.7800 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$286,358.15** | **100.00%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/11)** | | | | | **$281,527.24** | | | |



**E*TRADE** FINANCIAL

Trading • Investing • Banking

**E*TRADE** Platinum
Investment Account

| | | |
|---|---|---|
| **Account Number:** -8472 | **Statement Period :** June 1, 2011 - June 30, 2011 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/03/11 12:30 | 06/08/11 | CADENCE PHARMACEUTICALS INC | CADX | Sold | -120 | 9.7008 | | 1,154.08 |
| 06/03/11 12:31 | 06/08/11 | CARROLS RESTAURANT GROUP INC | TAST | Sold | -125 | 9.1401 | | 1,132.49 |
| 06/03/11 12:33 | 06/08/11 | HASBRO INC | HAS | Sold | -25 | 44.4600 | | 1,101.48 |
| 06/03/11 12:31 | 06/08/11 | KBR INC | KBR | Sold | -30 | 37.1200 | | 1,103.58 |
| 06/03/11 12:33 | 06/08/11 | SUPERIOR ENERGY SERVICES INC | SPN | Sold | -26 | 36.6900 | | 943.93 |
| 06/03/11 12:29 | 06/08/11 | TYLER TECHNOLOGIES INC | TYL | Sold | -50 | 25.1000 | | 1,244.98 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$6,680.54** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 100 | 12.1400 | | 1,213.97 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 100 | 12.1300 | | 1,202.98 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 110 | 12.1000 | | 1,330.97 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 400 | 12.1400 | | 4,855.90 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 600 | 12.1516 | | 7,280.87 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 900 | 12.1477 | | 10,922.80 |
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 1,000 | 12.1400 | | 12,129.77 |

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE** Platinum
Investment Account

**Account Number:** (c)(1)8472    **Statement Period :** June 1, 2011 - June 30, 2011    **Account Type:** JOINT

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/29/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 1,790 | 12.1101 | | 21,676.73 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 201 | 12.1800 | | 2,438.14 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 300 | 12.1200 | | 3,635.93 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 362 | 12.1402 | | 4,384.70 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 638 | 12.1131 | | 7,728.03 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 700 | 12.1301 | | 8,480.94 |
| 06/30/11 | | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | 799 | 12.1700 | | 9,723.64 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 06/27/11 | Interest | FROM 05/26 THRU 06/25 @ 8.140% BAL   4,791  AVBAL   5,657 | | 39.65 | |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$39.65** | |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$39.65** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/07/11 | Transfer | ACH WITHDRAWL REFID:29194036189; | 5,000.00 | |
| 06/07/11 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 5,000.00 |
| 06/07/11 | Adjustment | TRNSFR FROM MARGIN TO CASH | 5,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$5,000.00** | |

**July 1, 2011 - July 3**
Account Number: -8472
Account Type:    **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more
at **etrade.com/education.**

**IMPORTANT INFORMATION:**

**INTRODUCING THE E*TRADE COMMUNITY**
Tap into the collective experience of fellow
E*TRADE Customers. Go to
**etrade.com/community** to learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**E*TRADE Platinum**
**Investment Account**



## Account At A Glance



$281,527.24 — As of 06/30/11
$283,873.19 — As of 07/31/11

Net Change:                                $2,345.95

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further protect your rights,
including rights under the Securities Investor
Protection Act (SIPA).



**E*TRADE**
**FINANCIAL**
Trading • Investing • Banking

▲ DETACH HERE                                        DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

**Use This Deposit Slip**     **Acct:** -8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT
OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT
IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E,
SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1
OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market maker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For your protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.
ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please call 1-800-ETRADE1 or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

E*TRADE Platinum
Investment Account

E*TRADE
FINANCIAL

Trading • Investing • Banking

# E✱TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE** Platinum
Investment Account

**Account Number:** (c)(1)-8472

**Statement Period :** July 1, 2011 - July 31, 2011

**Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

---

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

---

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | June 30, 2011 |
| Beginning Account Value (On 06/30/11): | $    281,527.24 |
| Ending Account Value (On 07/31/11): | $    283,873.19 |
| Net Change: | $        2,345.95 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 07/31/11)

4.92% - Cash & Equivalents



95.08% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 07/31/11 | AS OF 06/30/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $     13,214.12 | $            0.00 | - - |
| Margin Balance | $    270,652.07 | $      -4,830.91 | 5,702.50% |
| **Total Cash/Margin Debt** | **$    283,866.19** | **$      -4,830.91** | **5,976.04%** |
| Stocks, Options & ETF (Long) | $    255,635.49 | $    286,358.15 | -10.73% |
| Stocks, Options & ETF (Short) | $   -255,628.49 | $            0.00 | - - |
| **Total Value of Securities** | **$            7.00** | **$    286,358.15** | **-100.00%** |
| **Net Account Value** | **$    283,873.19** | **$    281,527.24** | **0.83%** |

---

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with **E✱TRADE Bank**, a Federal savings bank, Member FDIC.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✱TRADE** Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading   •   Investing   •   Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** July 1, 2011 - July 31, 2011 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $          0.00 | $     -6,953.82 |
| Securities Sold | $   288,713.21 | $    301,116.81 |
| Interest Received | | |
| Taxable | $          0.15 | $          0.19 |
| Dividends Received | | |
| Taxable | $          0.00 | $         12.00 |
| Margin Interest | $        -16.26 | $       -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 07/31/11)



2.52% - CASH EQUIV

97.48% - OTHER

E★TRADE
FINANCIAL
Trading  •  Investing  •  Banking

E★TRADE Securities
Investment Account

| Account Number: (c)(1) 8472 | Statement Period : July 1, 2011 - July 31, 2011 | Account Type:  JOINT |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (2.52% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 13,214.12 | | 8,753.57 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 13,214.12 | 2.52 | 8,753.57 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| TOTAL CASH & CASH EQUIVALENTS | $0.00 | $13,214.12 | 2.52% | |
|---|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY) | $0.19 | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (48.74% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN CAPITAL LIMITED | ACAS | Margin | 9.6700 | | 0.00 | 0.00 | | |
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.0700 | 7.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 11.2300 | 255,628.49 | 48.74 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | 255,635.49 | 48.74% | | |

### SECURITIES SOLD SHORT (48.74% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 11.2300 | -255,628.49 | 48.74 | | |
| TOTAL SECURITIES SOLD  SHORT | | | | | -255,628.49 | 48.74% | | |
| | | | | | | | | |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/11) | | | | | 283,873.19 | | | |



**E*TRADE** Platinum
**Investment Account**

| Account Number (c)(1) -8472 | Statement Period : July 1, 2011 - July 31, 2011 | Account Type: JOINT |
| --- | --- | --- |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/29/11 10:41 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -100 | 12.1400 | | 1,213.97 |
| 06/29/11 10:43 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -100 | 12.1300 | | 1,202.98 |
| 06/29/11 10:43 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -110 | 12.1000 | | 1,330.97 |
| 06/29/11 10:40 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -400 | 12.1400 | | 4,855.90 |
| 06/29/11 10:40 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -600 | 12.1516 | | 7,280.87 |
| 06/29/11 10:41 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -900 | 12.1477 | | 10,922.80 |
| 06/29/11 11:45 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1400 | | 12,129.77 |
| 06/29/11 10:43 | 07/05/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,790 | 12.1101 | | 21,676.73 |
| 06/30/11 10:06 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -201 | 12.1800 | | 2,438.14 |
| 06/30/11 10:31 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -300 | 12.1200 | | 3,635.93 |
| 06/30/11 10:26 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -362 | 12.1402 | | 4,384.70 |
| 06/30/11 10:26 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -638 | 12.1131 | | 7,728.03 |
| 06/30/11 10:31 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -700 | 12.1301 | | 8,480.94 |



**E*TRADE Financial Platinum**
**Investment Account**

| Account Number (c)(1) -8472 | Statement Period : July 1, 2011 - July 31, 2011 | Account Type: JOINT |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/30/11 10:06 | 07/06/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -799 | 12.1700 | | 9,723.64 |
| 07/01/11 13:38 | 07/07/11 | ***GSI GROUP INC NEW | GSIG | Sold | -1,000 | 12.1900 | | 12,179.77 |
| 07/01/11 13:44 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -263 | 12.1700 | | 3,200.64 |
| 07/01/11 11:18 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -281 | 12.1664 | | 3,418.70 |
| 07/01/11 11:18 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -300 | 12.1800 | | 3,643.93 |
| 07/01/11 12:05 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -300 | 12.1600 | | 3,637.93 |
| 07/01/11 14:51 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -300 | 12.1300 | | 3,638.93 |
| 07/01/11 15:11 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -300 | 12.1370 | | 3,641.03 |
| 07/01/11 12:05 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -309 | 12.1500 | | 3,754.27 |
| 07/01/11 12:05 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -391 | 12.1400 | | 4,746.64 |
| 07/01/11 12:40 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -400 | 12.1600 | | 4,863.90 |
| 07/01/11 12:41 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -400 | 12.1600 | | 4,853.91 |
| 07/01/11 13:56 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -400 | 12.1900 | | 4,865.91 |
| 07/01/11 11:19 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -419 | 12.1500 | | 5,090.75 |

SP000342

**E*TRADE** FINANCIAL

Trading • Investing • Banking

**E*TRADE Platinum**
Investment Account

**Account Number:** (c)(l) 8472        **Statement Period :** July 1, 2011 - July 31, 2011        **Account Type:** JOINT

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/01/11 13:44 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -500 | 12.1800 | | 6,079.89 |
| 07/01/11 12:40 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -600 | 12.1700 | | 7,291.86 |
| 07/01/11 12:41 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -600 | 12.1500 | | 7,289.86 |
| 07/01/11 13:56 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -600 | 12.1700 | | 7,301.85 |
| 07/01/11 14:51 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -700 | 12.1500 | | 8,494.84 |
| 07/01/11 15:11 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -700 | 12.1500 | | 8,494.84 |
| 07/01/11 10:30 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1700 | | 12,159.77 |
| 07/01/11 10:30 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1800 | | 12,169.77 |
| 07/01/11 10:33 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1900 | | 12,179.77 |
| 07/01/11 10:38 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.2000 | | 12,189.77 |
| 07/01/11 13:31 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1800 | | 12,169.77 |
| 07/01/11 13:40 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1800 | | 12,169.77 |
| 07/01/11 14:40 | 07/07/11 | ***GSI GROUP INC NEW SHORT. | GSIG | Sold | -1,000 | 12.1900 | | 12,179.77 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$288,713.21** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000343

**E✳TRADE**
**FINANCIAL**
Trading  •  Investing  •  Banking

**E✳TRADE** Securities
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)8472 | **Statement Period :** July 1, 2011 - July 31, 2011 | **Account Type:** JOINT |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/12/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.05 |
| 07/26/11 | Interest | FROM 06/26 THRU 07/25 @ 8.140% BAL  2,959-  AVBAL  3,995 | | 16.26 | |
| 07/26/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.10 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$16.26** | **$0.15** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$16.11** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 07/05/11 | Mark to Mkt | MARK TO MARKET | 719.90 | |
| 07/05/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 719.90 |
| 07/07/11 | Adjustment | TFR MARGIN TO CASH | | 6,628.96 |
| 07/07/11 | Adjustment | TFR MARGIN TO CASH | 6,628.96 | |
| 07/11/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 6,628.96 | |
| 07/11/11 | Mark to Mkt | MARK TO MARKET | 9,105.20 | |
| 07/11/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 6,628.96 |
| 07/11/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 9,105.20 |
| 07/12/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.05 | |
| 07/12/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.05 |
| 07/18/11 | Mark to Mkt | MARK TO MARKET | | 12,747.28 |
| 07/18/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 12,747.28 | |
| 07/19/11 | Adjustment | TFR MARGIN TO CASH | | 10,271.09 |
| 07/19/11 | Adjustment | TFR MARGIN TO CASH | 10,271.09 | |
| 07/25/11 | Mark to Mkt | MARK TO MARKET | | 2,959.19 |
| 07/25/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 2,959.19 | |
| 07/26/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 16.26 | |

**E✳TRADE**
# FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** July 1, 2011 - July 31, 2011 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 07/26/11 | Adjustment | TFR MARGIN TO CASH | | 2,959.19 |
| 07/26/11 | Adjustment | TFR MARGIN TO CASH | 2,959.19 | |
| 07/26/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 16.26 |

| **NET WITHDRAWALS & DEPOSITS** | **$0.00** |
|---|---|

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/01/11 | AMERICAN CAPITAL LIMITED TFR TO ACCT 631-80013-1 REFID:22911978196356 | ACAS | Journal | | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0520%APY Earned as of  07/31/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **07/01/11** | | **OPENING BALANCE** | **$0.00** |
| 07/07/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 6,628.96 |
| 07/12/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -6,628.96 |
| 07/19/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 10,271.09 |
| 07/26/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2,959.19 |
| 07/27/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -16.16 |
| **07/31/11** | | **CLOSING BALANCE** | **$13,214.12** |

PAGE 1 OF 7

**August 1, 2011 - Au      1, 2011**
**Account Number:**  -8472
**Account Type:** **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:
### JOIN THE E*TRADE COMMUNITY
See what other E*TRADE Customers are
trading the most. Go to
**etrade.com/community** to learn more.

**IMPORTANT INFORMATION:**

**WHAT EVERY INVESTOR SHOULD KNOW**
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more at
**etrade.com/education.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

*E*TRADE Platinum*
*Investment Account*

---

## Account At A Glance



| $283,873.19 | $283,879.85 |
|:---:|:---:|
| As of 07/31/11 | As of 08/31/11 |

Net Change: **$6.66**

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot___ r rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

*E*TRADE FINANCIAL*
*Banking • Investing • Trading*

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip**     **Acct:** -8472

### Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

**SP000346**

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**E*TRADE Platinum Investment Account**

**E*TRADE FINANCIAL**
Trading | Investing | Banking

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

### general information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

SP000347

# E✱TRADE
# FINANCIAL
Trading  •  Investing  •  Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** August 1, 2011 - August 31, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| Last Statement Date: | July 31, 2011 |
|---|---|
| Beginning Account Value (On 07/31/11): | $ 283,873.19 |
| Ending Account Value (On 08/31/11): | $ 283,879.85 |
| Net Change: | $ 6.66 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/11)



24.16% - Cash & Equivalents

75.84% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/11 | AS OF 07/31/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $    68,757.50 | $    13,214.12 | 420.33% |
| Margin Balance | $  215,110.35 | $  270,652.07 | -20.52% |
| **Total Cash/Margin Debt** | **$  283,867.85** | **$  283,866.19** | **0.00%** |
| Stocks, Options & ETF (Long) | $  215,805.24 | $  255,635.49 | -15.58% |
| Stocks, Options & ETF (Short) | $ -215,793.24 | $ -255,628.49 | 15.58% |
| **Total Value of Securities** | **$          12.00** | **$            7.00** | **71.43%** |
| **Net Account Value** | **$  283,879.85** | **$  283,873.19** | **0.00%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(8472    **Statement Period :** August 1, 2011 - August 31, 2011    **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | 0.00 | $ | -6,953.82 |
| Securities Sold | $ | 0.00 | $ | 301,116.81 |
| Interest Received | | | | |
| Taxable | $ | 1.66 | $ | 1.85 |
| Dividends Received | | | | |
| Taxable | $ | 0.00 | $ | 12.00 |
| Margin Interest | $ | 0.00 | $ | -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/11)



13.74%  - CASH EQUIV

86.26%  - OTHER

**E✳TRADE FINANCIAL**

Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** August 1, 2011 - August 31, 2011 |

**Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (13.74% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 13,214.12 | 68,757.50 | | 39,201.81 |
| Extended Insurance Sweep Deposit Account Total | 13,214.12 | 68,757.50 | 13.74 | 39,201.81 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$13,214.12** | **$68,757.50** | **13.74%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)** | **$1.85** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (43.13% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL NOK 01/21/12 10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.1200 | 12.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 9.4800 | 215,793.24 | 43.13 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$215,805.24** | **43.13%** | | |

### SECURITIES SOLD SHORT (43.13% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 9.4800 | -215,793.24 | 43.13 | | |
| **TOTAL SECURITIES SOLD SHORT** | | | | | **$-215,793.24** | **43.13%** | | |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/11)** | **$283,879.85** |

# E✳TRADE FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number** (c)(1) -8472          **Statement Period :** August 1, 2011 - August 31, 2011          **Account Type:** JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 08/26/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 1.66 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$1.66** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$1.66** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 08/01/11 | Mark to Mkt | MARK TO MARKET | | 15,023.58 |
| 08/01/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 15,023.58 | |
| 08/02/11 | Adjustment | TFR MARGIN TO CASH | | 15,023.58 |
| 08/02/11 | Adjustment | TFR MARGIN TO CASH | 15,023.58 | |
| 08/08/11 | Mark to Mkt | MARK TO MARKET | | 28,909.01 |
| 08/08/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 28,909.01 | |
| 08/09/11 | Adjustment | TFR MARGIN TO CASH | | 28,909.01 |
| 08/09/11 | Adjustment | TFR MARGIN TO CASH | 28,909.01 | |
| 08/15/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 13,657.80 | |
| 08/15/11 | Mark to Mkt | MARK TO MARKET | 13,657.80 | |
| 08/15/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 13,657.80 |
| 08/15/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 13,657.80 |
| 08/22/11 | Mark to Mkt | MARK TO MARKET | | 30,047.16 |
| 08/22/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 30,047.16 | |
| 08/23/11 | Adjustment | TFR MARGIN TO CASH | | 30,047.16 |
| 08/23/11 | Adjustment | TFR MARGIN TO CASH | 30,047.16 | |
| 08/29/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 4,780.23 | |
| 08/29/11 | Mark to Mkt | MARK TO MARKET | 4,780.23 | |

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(8472) | **Statement Period :** August 1, 2011 - August 31, 2011 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/29/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 4,780.23 |
| 08/29/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 4,780.23 |

| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |
|---|---|---|---|---|

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0498**%APY Earned as of  08/31/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **08/01/11** | | **OPENING BALANCE** | **$13,214.12** |
| 08/02/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 15,023.58 |
| 08/09/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 28,909.01 |
| 08/16/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -13,657.80 |
| 08/23/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 30,047.16 |
| 08/29/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1.66 |
| 08/30/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -4,780.23 |
| **08/31/11** | | **CLOSING BALANCE** | **$68,757.50** |

**September 1, 2011 - September 30, 2011**
Account Number:    (c)(1) -8472
Account Type:    **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:
## WHAT EVERY INVESTOR SHOULD KNOW
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more
at **etrade.com/education.**

**IMPORTANT INFORMATION:**

**Want to refinance or purchase a home?** With over 20 years of direct lending experience, E*TRADE Savings Bank offers a fast, easy loan process, professional mortgage advice and competitive loan pricing. Call **877-204-7877** or visit **etrade.com/mortgage.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

E*TRADE Platinum
Investment Account

## Account At A Glance



$283,879.85 — As of 08/31/11
$260,501.86 — As of 09/30/11

| Net Change: | $-23,377.99 |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).**

E*TRADE FINANCIAL  •  Banking  •  Investing  •  Trading

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** (c)(1) -8472

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

SP000353

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month-end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## general information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE** Platinum
Investment Account

| | |
|---|---|
| **Account Number:** (c)(1) -8472 | **Statement Period :** September 1, 2011 - September 30, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | August 31, 2011 |
| Beginning Account Value (On 08/31/11): | $ 283,879.85 |
| Ending Account Value (On 09/30/11): | $ 260,501.86 |
| Net Change: | $ -23,377.99 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 09/30/11)



26.81% - Cash & Equivalents

73.19% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 09/30/11 | AS OF 08/31/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 65,446.66 | $ 68,757.50 | -4.82% |
| Margin Balance | $ 191,209.20 | $ 215,110.35 | -11.11% |
| **Total Cash/Margin Debt** | **$ 256,655.86** | **$ 283,867.85** | **-9.59%** |
| Stocks, Options & ETF (Long) | $ 178,665.84 | $ 215,805.24 | -17.21% |
| Stocks, Options & ETF (Short) | $ -174,819.84 | $ -215,793.24 | 18.99% |
| **Total Value of Securities** | **$ 3,846.00** | **$ 12.00** | **- -** |
| **Net Account Value** | **$ 260,501.86** | **$ 283,879.85** | **-8.24%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**; all other accounts are FDIC-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**Account Number** (c)(1) -8472

**Statement Period :**  September 1, 2011 - September 30, 2011

**Account Type:**  JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $      -4,214.99 | $      -11,168.81 |
| Securities Sold | $             0.00 | $     301,116.81 |
| Interest Received | | |
| Taxable | $             3.00 | $               4.85 |
| Dividends Received | | |
| Taxable | $             0.00 | $             12.00 |
| Margin Interest | $             0.00 | $          -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 09/30/11)



15.62%  - CASH EQUIV

84.38%  - OTHER

# E✶TRADE FINANCIAL

Trading • Investing • Banking

**E✶TRADE Platinum**
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** September 1, 2011 - September 30, 2011 |

**Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (15.62% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 68,757.50 | 65,446.66 | | 70,859.23 |
| **Extended Insurance Sweep Deposit Account Total** | 68,757.50 | 65,446.66 | 15.62 | 70,859.23 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$68,757.50** | **$65,446.66** | **15.62%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$4.85** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (42.65% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.0600 | 6.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 7.6800 | 178,659.84 | 42.65 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$178,665.84** | **42.65%** | | |

### SECURITIES SOLD SHORT (41.73% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 7.6800 | -174,819.84 | 41.73 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-174,819.84** | **41.73%** | | |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 09/30/11)** | **$260,501.86** |

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1)-8472 | **Statement Period :** September 1, 2011 - September 30, 2011 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 09/09/11 14:36 | 09/14/11 | ***GSI GROUP INC NEW | GSIG | Bought | 500 | 8.4100 | 4,214.99 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$4,214.99** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 09/26/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 3.00 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$3.00** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$3.00** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 09/06/11 | Mark to Mkt | MARK TO MARKET | | 12,974.91 |
| 09/06/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 12,974.91 | |
| 09/07/11 | Transfer | ACH WITHDRAWL REFID:31950540189; | 10,000.00 | |
| 09/07/11 | Adjustment | TFR MARGIN TO CASH | | 12,974.91 |
| 09/07/11 | Adjustment | TFR MARGIN TO CASH | 12,974.91 | |
| 09/12/11 | Mark to Mkt | MARK TO MARKET | | 10,926.24 |
| 09/12/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 10,926.24 | |
| 09/13/11 | Adjustment | TFR MARGIN TO CASH | | 10,926.24 |
| 09/13/11 | Adjustment | TFR MARGIN TO CASH | 10,926.24 | |
| 09/14/11 | Adjustment | TFR CASH TO MARGIN | 4,214.99 | |
| 09/14/11 | Adjustment | TFR CASH TO MARGIN | | 4,214.99 |
| 09/19/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 18,665.66 | |
| 09/19/11 | Mark to Mkt | MARK TO MARKET | 18,665.66 | |
| 09/19/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 18,665.66 |

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1)8472 | **Statement Period :** September 1, 2011 - September 30, 2011 | **Account Type:** JOINT |

## WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 09/19/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 18,665.66 |
| 09/26/11 | Mark to Mkt | MARK TO MARKET | | 18,665.66 |
| 09/26/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 18,665.66 | |
| 09/27/11 | Adjustment | TFR MARGIN TO CASH | | 18,665.66 |
| 09/27/11 | Adjustment | TFR MARGIN TO CASH | 18,665.66 | |
| 09/28/11 | Transfer | ACH WITHDRAWL REFID:32593612189; | 13,000.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$23,000.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0498%APY Earned as of 09/30/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **09/01/11** | | **OPENING BALANCE** | **$68,757.50** |
| 09/07/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 12,974.91 |
| 09/08/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -10,000.00 |
| 09/13/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 10,926.24 |
| 09/14/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -4,214.99 |
| 09/20/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -18,665.66 |
| 09/27/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 18,668.66 |
| 09/29/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -13,000.00 |
| **09/30/11** | | **CLOSING BALANCE** | **$65,446.66** |

October 1, 2011 - October 31, 2011
**Account Number:** -8472
**Account Type:** **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:
### WHAT EVERY INVESTOR SHOULD KNOW
Smart investing starts with the right education. Free videos, web seminars, tutorials and more at **etrade.com/education.**

**IMPORTANT INFORMATION:**

**Want to refinance or purchase a home?** With over 20 years of direct lending experience, E*TRADE Savings Bank offers a fast, easy loan process, professional mortgage advice and competitive loan pricing.  Call **877-204-7877** or visit **etrade.com/mortgage.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



$260,501.86

$261,545.72

As of 09/30/11

As of 10/31/11

**Net Change:**                                $1,043.86

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot___ r rights, including rights under the Securities Investor Protection Act (SIPA).**

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City,NJ 07303 -0484

DETACH HERE ▲

**Use This Deposit Slip**   **Acct** -8472

### Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## general information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted.)

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11



**E*TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E*TRADE Platinum**
**Investment Account**

| | |
|---|---|
| **Account Number:** (c)(1).8472 | **Statement Period :** October 1, 2011 - October 31, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | September 30, 2011 |

| | | |
|---|---|---|
| Beginning Account Value (On 09/30/11): | $ | 260,501.86 |
| Ending Account Value (On 10/31/11): | $ | 261,545.72 |
| Net Change: | $ | 1,043.86 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 10/31/11)

11.09% - Cash & Equivalents



88.91% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/11 | AS OF 09/30/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $    28,345.83 | $    65,446.66 | -56.69% |
| Margin Balance | $  228,312.89 | $  191,209.20 | 19.40% |
| **Total Cash/Margin Debt** | **$  256,658.72** | **$  256,655.86** | **0.00%** |
| Stocks, Options & ETF (Long) | $  227,281.51 | $  178,665.84 | 27.21% |
| Stocks, Options & ETF (Short) | $ -222,394.51 | $ -174,819.84 | -27.21% |
| **Total Value of Securities** | **$      4,887.00** | **$      3,846.00** | **27.07%** |
| **Net Account Value** | **$  261,545.72** | **$  260,501.86** | **0.40%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE** Platinum
Investment Account

| | | |
|---|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** October 1, 2011 - October 31, 2011 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -11,168.81 |
| Securities Sold | $ 0.00 | $ 301,116.81 |
| Interest Received | | |
| Taxable | $ 2.86 | $ 7.71 |
| Dividends Received | | |
| Taxable | $ 0.00 | $ 12.00 |
| Margin Interest | $ 0.00 | $ -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/11)



5.93%  - CASH EQUIV

94.07%  - OTHER

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**E✳TRADE Securities**
**Investment Account**

| | |
|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** October 1, 2011 - October 31, 2011 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (5.93% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | 0.00 | -19,803.81 | -4.14 | |
| **Extended Insurance Sweep Deposit Account** | | | | |
| E*TRADE Bank | 65,446.66 | 48,149.64 | | 69,904.54 |
| **Extended Insurance Sweep Deposit Account Total** | **65,446.66** | **48,149.64** | **10.07** | **69,904.54** |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$65,446.66** | **$28,345.83** | **5.93%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY)** | **$7.71** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (47.55% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL NOK 01/21/12 10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.0200 | 2.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 9.7700 | 227,279.51 | 47.55 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$227,281.51** | **47.55%** | | |

### SECURITIES SOLD SHORT (46.52% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 9.7700 | -222,394.51 | 46.52 | | |
| **TOTAL SECURITIES SOLD SHORT** | | | | | **$-222,394.51** | **46.52%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/11)** | | | | | **$261,545.72** | | | |

SP000364

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**Account Number:** (c)(1) 8472          **Statement Period :** October 1, 2011 - October 31, 2011          **Account Type:** JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 10/26/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 2.86 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$2.86** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$2.86** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 10/03/11 | Mark to Mkt | MARK TO MARKET | | 16,389.36 |
| 10/03/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 16,389.36 | |
| 10/04/11 | Adjustment | TFR MARGIN TO CASH | | 16,389.36 |
| 10/04/11 | Adjustment | TFR MARGIN TO CASH | 16,389.36 | |
| 10/10/11 | Mark to Mkt | MARK TO MARKET | | 1,365.78 |
| 10/10/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 1,365.78 | |
| 10/11/11 | Adjustment | TFR MARGIN TO CASH | | 1,365.78 |
| 10/11/11 | Adjustment | TFR MARGIN TO CASH | 1,365.78 | |
| 10/17/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 33,233.98 | |
| 10/17/11 | Mark to Mkt | MARK TO MARKET | 33,233.98 | |
| 10/17/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 33,233.98 |
| 10/17/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 33,233.98 |
| 10/24/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 1,821.04 | |
| 10/24/11 | Mark to Mkt | MARK TO MARKET | 1,821.04 | |
| 10/24/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 1,821.04 |
| 10/24/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 1,821.04 |
| 10/31/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 19,803.81 | |
| 10/31/11 | Mark to Mkt | MARK TO MARKET | 19,803.81 | |

**E✻TRADE**
FINANCIAL
Trading • Investing • Banking

**E✻TRADE** Platinum
Investment Account

**Account Number:** (c)(1) 8472          **Statement Period :** October 1, 2011 - October 31, 2011          **Account Type:** JOINT

### WITHDRAWALS & DEPOSITS (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 10/31/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 19,803.81 |
| 10/31/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 19,803.81 |

**NET WITHDRAWALS & DEPOSITS** **$0.00**

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0500% APY/0.0497%APY Earned as of 10/31/11)
The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **10/01/11** | | **OPENING BALANCE** | **$65,446.66** |
| 10/04/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 16,389.36 |
| 10/11/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,365.78 |
| 10/18/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -33,233.98 |
| 10/25/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,821.04 |
| 10/27/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2.86 |
| **10/31/11** | | **CLOSING BALANCE** | **$48,149.64** |

**November 1, 2011 - November 30, 2011**
Account Number:   (c)(1) 8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

### Customer Update:
### WHAT EVERY INVESTOR SHOULD KNOW
Smart investing starts with the right education.
Free videos, web seminars, tutorials and more
at **etrade.com/education.**

**IMPORTANT INFORMATION:**

**Want to refinance or purchase a home?** With
over 20 years of direct lending experience,
E*TRADE Savings Bank offers a fast, easy loan
process, professional mortgage advice and
competitive loan pricing.  Call **877-204-7877** or
visit **etrade.com/mortgage.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

E*TRADE Platinum
Investment Account

### Account At A Glance



$261,545.72

$262,171.22

**As of 10/31/11**

**As of 11/30/11**

Net Change:                                                              $625.50

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot███ r rights,
including rights under the Securities Investor
Protection Act (SIPA).



E*TRADE FINANCIAL
Trading • Investing • Banking

▲ DETACH HERE

DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City,NJ 07303 -0484

**Use This Deposit Slip**   Acct   (c)(1)   -8472

**Please do not send cash**

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
|         |       |
| **TOTAL DEPOSIT** |  |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**E*TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**E*TRADE FINANCIAL**
Trading • Investing • Banking

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**general information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted.)

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11

**SP000368**

# E✳TRADE FINANCIAL

Trading • Investing • Banking



**E✳TRADE** Platinum
**Investment Account**

**Account Number:** (c)(1)8472

**Statement Period :** November 1, 2011 - November 30, 2011

**Account Type:** JOINT

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | October 31, 2011 |
| Beginning Account Value (On 10/31/11): | $ 261,545.72 |
| Ending Account Value (On 11/30/11): | $ 262,171.22 |
| Net Change: | $ 625.50 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 11/30/11)

8.34% - Cash & Equivalents

91.66% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 11/30/11 | AS OF 10/31/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $   23,339.47 | $   28,345.83 | -17.66% |
| Margin Balance | $ 233,320.75 | $ 228,312.89 | 2.19% |
| **Total Cash/Margin Debt** | **$ 256,660.22** | **$ 256,658.72** | **0.00%** |
| Stocks, Options & ETF (Long) | $ 256,359.26 | $ 227,281.51 | 12.79% |
| Stocks, Options & ETF (Short) | $ -250,848.26 | $ -222,394.51 | -12.79% |
| **Total Value of Securities** | **$     5,511.00** | **$     4,887.00** | **12.77%** |
| **Net Account Value** | **$ 262,171.22** | **$ 261,545.72** | **0.24%** |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✻TRADE
# FINANCIAL
Trading • Investing • Banking

**E✻TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** November 1, 2011 - November 30, 2011 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -11,168.81 |
| Securities Sold | $ 0.00 | $ 301,116.81 |
| Interest Received | | |
| Taxable | $ 1.50 | $ 9.21 |
| Dividends Received | | |
| Taxable | $ 0.00 | $ 12.00 |
| Margin Interest | $ 0.00 | $ -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 11/30/11)



4.40%  - CASH EQUIV

95.60%  - OTHER

E✻TRADE Securities LLC • PO Box 1542, Merrified, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

SP000370

**E✱TRADE FINANCIAL**

Trading  •  Investing  •  Banking

**E✱TRADE** Investment Platform
**Investment Account**

**Account Number** (c)(1)-8472          **Statement Period :** November 1, 2011 - November 30, 2011          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (4.40% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| CASH BALANCE | -19,803.81 | 0.00 | 0.00 | |
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 48,149.64 | 23,339.47 | | 35,381.06 |
| **Extended Insurance Sweep Deposit Account Total** | **48,149.64** | **23,339.47** | **4.40** | **35,381.06** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$28,345.83** | **$23,339.47** | **4.40%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$9.21** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (48.32% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL NOK   01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.0100 | 1.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 11.0200 | 256,358.26 | 48.32 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$256,359.26** | **48.32%** | | |

### SECURITIES SOLD SHORT (47.28% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 11.0200 | -250,848.26 | 47.28 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-250,848.26** | **47.28%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/11)** | | | | | **$262,171.22** | | | |

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE**
**Investment Account**

**Account Number:** (c)(i)-8472    **Statement Period :** November 1, 2011 - November 30, 2011    **Account Type:** JOINT

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 11/28/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 1.50 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$1.50** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$1.50** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 11/07/11 | Mark to Mkt | MARK TO MARKET | | 11,836.76 |
| 11/07/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 11,836.76 | |
| 11/08/11 | Adjustment | TFR MARGIN TO CASH | | 11,836.76 |
| 11/08/11 | Adjustment | TFR MARGIN TO CASH | 11,836.76 | |
| 11/21/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 28,453.75 | |
| 11/21/11 | Mark to Mkt | MARK TO MARKET | 28,453.75 | |
| 11/21/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 28,453.75 |
| 11/21/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 28,453.75 |
| 11/28/11 | Mark to Mkt | MARK TO MARKET | | 11,609.13 |
| 11/28/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 11,609.13 | |
| 11/29/11 | Adjustment | TFR MARGIN TO CASH | | 11,609.13 |
| 11/29/11 | Adjustment | TFR MARGIN TO CASH | 11,609.13 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0499**%APY Earned as of  11/30/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **11/01/11** | | **OPENING BALANCE** | **$48,149.64** |
| 11/01/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -19,803.81 |
| 11/08/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 11,836.76 |
| 11/22/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -28,453.75 |

# E✳TRADE FINANCIAL

Trading • Investing • Banking

**Account Number:** (c)(1) 8472          **Statement Period :** November 1, 2011 - November 30, 2011          **Account Type:** JOINT

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|-----------------|-------------|-------------------|
| 11/29/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 11,610.63 |
| **11/30/11** | | **CLOSING BALANCE** | **$23,339.47** |

**December 1, 2011 - December 31, 2011**
Account Number:     (c)(1) 8472
Account Type:     **JOINT**

**Customer Update:**
**2011 TAX DOCUMENTS** will be available by
**February 15, 2012.** Questions? Go to
**etrade.com/taxcenter** for more information.

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC



**E*TRADE Platinum Investment Account**

**IMPORTANT INFORMATION:**

**RETIRE FOR LESS**
Create the retirement plan you need without the
fees you don't. No annual fees and no account
minimums. Visit **etrade.com/retirement** to learn
more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



**$262,171.22**

**$261,776.95**

As of 11/30/11

As of 12/31/11

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot███r rights,
including rights under the Securities Investor
Protection Act (SIPA).

| Net Change: | $-394.27 |
| --- | --- |

▲ DETACH HERE

DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

**Use This Deposit Slip**     Acct: (c)(1) -8472

**Please do not send cash**

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

**E*TRADE FINANCIAL**   Banking · Investing · Trading

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**general information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 09/11

E*TRADE Platinum
Investment Account

E*TRADE FINANCIAL
Trading • Investing • Banking

# E✻TRADE FINANCIAL

Trading • Investing • Banking



**E✻TRADE** Platinum
Investment Account

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2011 - December 31, 2011 | **Account Type:** JOINT |

**Direct your service and investment questions to:**
RUSSELL HAMILTON
Platinum Client Group
800-503-9260

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | November 30, 2011 |
| Beginning Account Value (On 11/30/11): | $    262,171.22 |
| Ending Account Value (On 12/31/11): | $    261,776.95 |
| Net Change: | $        -394.27 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/11)

9.09% - Cash & Equivalents

90.91% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/11 | AS OF 11/30/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $    23,795.46 | $    23,339.47 | 1.95% |
| Margin Balance | $   232,865.49 | $   233,320.75 | -0.19% |
| **Total Cash/Margin Debt** | **$   256,660.95** | **$   256,660.22** | **0.00%** |
| Stocks, Options & ETF (Long) | $   237,981.49 | $   256,359.26 | -7.17% |
| Stocks, Options & ETF (Short) | $  -232,865.49 | $  -250,848.26 | 7.17% |
| **Total Value of Securities** | **$     5,116.00** | **$     5,511.00** | **-7.17%** |
| **Net Account Value** | **$   261,776.95** | **$   262,171.22** | **-0.15%** |

Securities products and services are offered by **E✻TRADE** Securities LLC, Member **FINRA/SIPC**.
Sweep Deposit Account is a bank deposit account with **E✻TRADE** Bank, a Federal savings bank, Member **FDIC**.  **IRA**, Keogh and certain other retirement sweep deposit accounts at each bank are **FDIC**-insured up to a maximum of **$250,000**; all other accounts are **FDIC**-insured to at least **$100,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E✻TRADE** Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE** Platinum
Investment Account

**Account Number:** (c)(3)8472

**Statement Period :** December 1, 2011 - December 31, 2011

**Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -11,168.81 |
| Securities Sold | $ 0.00 | $ 301,116.81 |
| Interest Received | | |
| Taxable | $ 0.73 | $ 9.94 |
| Dividends Received | | |
| Taxable | $ 0.00 | $ 12.00 |
| Margin Interest | $ 0.00 | $ -168.83 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/11)



4.81%  - CASH EQUIV

95.19%  - OTHER

# E✱TRADE FINANCIAL

Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2011 - December 31, 2011 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (4.81% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 23,339.47 | 23,795.46 | | 17,762.72 |
| Extended Insurance Sweep Deposit Account Total | 23,339.47 | 23,795.46 | 4.81 | 17,762.72 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$23,339.47** | **$23,795.46** | **4.81%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$9.94** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (48.11% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL NOK  01/21/12   10 NOKIA CORPORATION EXP 01/21/2012 | | Margin | 1 | 0.0100 | 1.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 10.2300 | 237,980.49 | 48.11 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$237,981.49** | **48.11%** | | |

### SECURITIES SOLD SHORT (47.08% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 10.2300 | -232,865.49 | 47.08 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-232,865.49** | **47.08%** | | |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/11)** | **$261,776.95** |

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** December 1, 2011 - December 31, 2011 | **Account Type:** JOINT |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/27/11 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.73 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.73** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.73** |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/05/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 16,161.73 | |
| 12/05/11 | Mark to Mkt | MARK TO MARKET | 16,161.73 | |
| 12/05/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 16,161.73 |
| 12/05/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 16,161.73 |
| 12/12/11 | Mark to Mkt | MARK TO MARKET | | 10,470.98 |
| 12/12/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 10,470.98 | |
| 12/13/11 | Adjustment | TFR MARGIN TO CASH | | 10,470.98 |
| 12/13/11 | Adjustment | TFR MARGIN TO CASH | 10,470.98 | |
| 12/19/11 | Mark to Mkt | MARK TO MARKET | | 9,105.20 |
| 12/19/11 | Mark to Mkt | MARK TO MARKET SHORT POS | 9,105.20 | |
| 12/20/11 | Adjustment | TFR MARGIN TO CASH | | 9,105.20 |
| 12/20/11 | Adjustment | TFR MARGIN TO CASH | 9,105.20 | |
| 12/27/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | 2,959.19 | |
| 12/27/11 | Mark to Mkt | MARK TO MARKET | 2,959.19 | |
| 12/27/11 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 2,959.19 |
| 12/27/11 | Mark to Mkt | MARK TO MARKET SHORT POS | | 2,959.19 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

SP000379

**E✱TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✱TRADE Platinum**
**Investment Account**

**Account Number:** (c)(1) 8472          **Statement Period :** December 1, 2011 - December 31, 2011          **Account Type:** JOINT

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0500**%APY Earned as of  12/31/11)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **12/01/11** | | **OPENING BALANCE** | **$23,339.47** |
| 12/06/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -16,161.73 |
| 12/13/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 10,470.98 |
| 12/20/11 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 9,105.20 |
| 12/28/11 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,958.46 |
| **12/31/11** | | **CLOSING BALANCE** | **$23,795.46** |

**E*TRADE Platinum Investment Account**

January 1, 2012 - January 31, 2012
Account Number:   (c)(1)-8472
Account Type:   **JOINT**

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**2011 TAX DOCUMENTS** will be available by
**February 15, 2012.** Questions? Go to
**etrade.com/taxcenter** for more information.

**IMPORTANT INFORMATION:**

**RETIRE FOR LESS**
Create the retirement plan you need without the
fees you don't. No annual fees and no account
minimums. Visit **etrade.com/retirement** to
learn more.

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

---

### Account At A Glance



**$261,776.95**       **$257,433.80**

As of 12/31/11          As of 01/31/12

Net Change:                                    $-4,343.15

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247. You should re-confirm any oral
communication in writing to further prot█████ rights,
including rights under the Securities Investor
Protection Act (SIPA).

---

▲ DETACH HERE                                                                                    DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**       **Acct:** (c)(1)-8472

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

## general information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11

SP000382

# E✶TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✶TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** January 1, 2012 - January 31, 2012 | **Account Type:** JOINT |

**Direct your service and investment questions to:**

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

### Customer Update:

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

Last Statement Date:                    December 31, 2011

| | | |
|---|---|---|
| Beginning Account Value (On 12/31/11): | $ | 261,776.95 |
| Ending Account Value (On 01/31/12): | $ | 257,433.80 |
| Net Change: | $ | -4,343.15 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 01/31/12)



**100.00% - Stocks, Options & ETF (Long)**

### ACCOUNT VALUE SUMMARY

| | AS OF 01/31/12 | AS OF 12/31/11 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $        0.00 | $    23,795.46 | -100.00% |
| Margin Balance | $  251,658.80 | $  232,865.49 | 8.07% |
| **Total Cash/Margin Debt** | **$  251,658.80** | **$  256,660.95** | **-1.95%** |
| Stocks, Options & ETF (Long) | $  268,687.65 | $  237,981.49 | 12.90% |
| Stocks, Options & ETF (Short) | $ -262,912.65 | $ -232,865.49 | -12.90% |
| **Total Value of Securities** | **$    5,775.00** | **$    5,116.00** | **12.88%** |
| **Net Account Value** | **$  257,433.80** | **$  261,776.95** | **-1.66%** |

Securities products and services are offered by **E✶TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✶TRADE Bank**, a Federal savings bank, Member FDIC.  IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of **E✶TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE
## FINANCIAL
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number:** (c)(8)-8472          **Statement Period :** January 1, 2012 - January 31, 2012          **Account Type:** JOINT

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Interest Received | | | | |
| Taxable | $ | 0.65 | $ | 0.65 |
| Margin Interest | $ | -2.80 | $ | -2.80 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/12)



**100.00%  - OTHER**

E✳TRADE Securities LLC • PO Box 1542, Merrified, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

**SP000384**

**E✱TRADE FINANCIAL**

Trading • Investing • Banking

**E✱TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(i)-8472 | **Statement Period :** January 1, 2012 - January 31, 2012 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 23,795.46 | 0.00 | | 16,338.97 |
| **Extended Insurance Sweep Deposit Account Total** | **23,795.46** | **0.00** | **0.00** | **16,338.97** |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$23,795.46** | **$0.00** | **0.00%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$0.65** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (50.54% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 11.5500 | 268,687.65 | 50.54 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$268,687.65** | **50.54%** | | |

### SECURITIES SOLD SHORT  (49.46% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 11.5500 | -262,912.65 | 49.46 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-262,912.65** | **49.46%** | | |

| | |
|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/12)** | **$257,433.80** |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 01/24/12 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.65 |
| 01/26/12 | Interest | FROM 12/26 THRU 01/25 @ 8.440% BAL  3,974  AVBAL  3,974 | | 2.80 | |

**E✶TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✶TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** (c)(1) 8472 | **Statement Period :** January 1, 2012 - January 31, 2012 | **Account Type:** JOINT |

### DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$2.80** | **$0.65** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$2.15** | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 01/09/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 15,478.84 | |
| 01/09/12 | Mark to Mkt | MARK TO MARKET | 15,478.84 | |
| 01/09/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 15,478.84 |
| 01/09/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 15,478.84 |
| 01/17/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 910.52 | |
| 01/17/12 | Mark to Mkt | MARK TO MARKET | 910.52 | |
| 01/17/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 910.52 |
| 01/17/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 910.52 |
| 01/23/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 7,406.10 | |
| 01/23/12 | Mark to Mkt | MARK TO MARKET | 11,381.50 | |
| 01/23/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 7,406.10 |
| 01/23/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 11,381.50 |
| 01/24/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 0.65 | |
| 01/24/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 0.65 |
| 01/27/12 | Transfer | ACH WITHDRAWL REFID:36001415189; | 5,000.00 | |
| 01/27/12 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 5,000.00 |
| 01/27/12 | Adjustment | TRNSFR FROM MARGIN TO CASH | 5,000.00 | |
| 01/30/12 | Mark to Mkt | MARK TO MARKET | 7,511.79 | |
| 01/30/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 7,511.79 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$5,000.00** | |

# E✱TRADE
## FINANCIAL
Trading • Investing • Banking

**E✱TRADE** Platinum
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1)-8472 | **Statement Period :** January 1, 2012 - January 31, 2012 | **Account Type:** JOINT |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/24/12 | CALL NOK   01/21/12   10 NOKIA CORPORATION | | Expiration | -1 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **01/01/12** | | **OPENING BALANCE** | **$23,795.46** |
| 01/10/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -15,478.84 |
| 01/18/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -910.52 |
| 01/24/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -7,406.10 |
| **01/31/12** | | **CLOSING BALANCE** | **$0.00** |

**February 1, 2012 - February 29, 2012**
Account Number:   (c)(1)-8472
Account Type:      **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
**RETIRE FOR LESS**
Create the retirement plan you need without
the fees you don't. No annual fees and no
account minimums. Visit
**etrade.com/retirement** to learn more.



**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU
PREPARED?** In response to new Cost Basis
Reporting requirements that went into effect on
January 1, 2011, E*TRADE will now be reporting
the Cost Basis of **Covered Securities** sold in your
**taxable accounts** on IRS Form 1099-B.  Preview
your 2011 tax lots online at
**etrade.com/2011taxsnapshot.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

## Account At A Glance



| | |
|---|---|
| $257,433.80 | $257,285.61 |
| As of 01/31/12 | As of 02/29/12 |

Securities products and services are offered by E*TRADE
Securities LLC, Member FINRA.  Your account is carried
by an affiliate, E*TRADE Clearing LLC, Member NYSE/
FINRA/SIPC, which maintains your funds and securities.
Please promptly report any inaccuracy or discrepancy
in your account to both E*TRADE Securities LLC at
**1-800-ETRADE-1 and E*TRADE Clearing LLC at
201-499-6247.** You should re-confirm any oral
communication in writing to further prot█████ rights,
including rights under the Securities Investor
Protection Act (SIPA).

| Net Change: | $-148.19 |
|---|---|

▲ DETACH HERE                                          DETACH HERE ▲

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**Use This Deposit Slip**    **Acc** (c)(1) **-8472**

**Please do not send cash**

Make checks payable to E*TRADE Clearing LLC.

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City,NJ 07303 -0484

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**general information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

S1RB240 rev 08/11

SP000389

**E✳TRADE FINANCIAL**

Trading  •  Investing  •  Banking



**E✳TRADE Platinum**
Investment Account

| | |
|---|---|
| **Account Number** (c)(1)-8472 | **Statement Period :** February 1, 2012 - February 29, 2012 | **Account Type:** JOINT |

**Direct your service and investment questions to:**

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

---

**Customer Update:**

**Secure your security.** Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

---

## ACCOUNT OVERVIEW

Last Statement Date:                   January 31, 2012

| | | |
|---|---|---|
| Beginning Account Value (On 01/31/12): | $ | 257,433.80 |
| Ending Account Value (On 02/29/12): | $ | 257,285.61 |
| Net Change: | $ | -148.19 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 02/29/12)

100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 02/29/12 | AS OF 01/31/12 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 251,540.61 | $ 251,658.80 | -0.04% |
| **Total Cash/Margin Debt** | **$ 251,540.61** | **$ 251,658.80** | **-0.05%** |
| Stocks, Options & ETF (Long) | $ 267,291.87 | $ 268,687.65 | -0.52% |
| Stocks, Options & ETF (Short) | $ -261,546.87 | $ -262,912.65 | 0.52% |
| **Total Value of Securities** | **$ 5,745.00** | **$ 5,775.00** | **-0.52%** |
| **Net Account Value** | **$ 257,285.61** | **$ 257,433.80** | **-0.06%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. IRA, Keogh and certain other retirement sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000; all other accounts are FDIC-insured to at least $100,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

# E*TRADE
## FINANCIAL
Trading • Investing • Banking

**E*TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number :** (c)(1) 8472 | **Statement Period :** February 1, 2012 - February 29, 2012 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| **Interest Received** | | |
| Taxable | $      0.00 | $      0.65 |
| Margin Interest | $   -118.19 | $   -120.99 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 02/29/12)



**100.00%  - OTHER**

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

**E✲TRADE FINANCIAL**
Trading • Investing • Banking

**E✲TRADE** Platinum
Investment Account

**Account Number :** (c)(1)-8472          **Statement Period :** February 1, 2012 - February 29, 2012          **Account Type:** JOINT

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | | $0.65 | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (50.54% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 23,263 | 11.4900 | 267,291.87 | 50.54 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$267,291.87** | **50.54%** | | |

### SECURITIES SOLD SHORT  (49.46% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | 22,763 | 11.4900 | -261,546.87 | 49.46 | | |
| **TOTAL SECURITIES SOLD  SHORT** | | | | | **$-261,546.87** | **49.46%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 02/29/12)** | | | | | **$257,285.61** | | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 02/27/12 | Interest | FROM 01/26 THRU 02/25 @ 8.440%  BAL  19,448  AVBAL  16,261 | | | 118.19 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$118.19** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$118.19** |

E✳TRADE
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number** (c)(1) -8472  **Statement Period :** February 1, 2012 - February 29, 2012  **Account Type:** JOINT

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------|------|------|------|
| 02/06/12 | Mark to Mkt | MARK TO MARKET | 5,007.86 | |
| 02/06/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 5,007.86 |
| 02/13/12 | Mark to Mkt | MARK TO MARKET | | 7,739.42 |
| 02/13/12 | Mark to Mkt | MARK TO MARKET SHORT POS | 7,739.42 | |
| 02/21/12 | Mark to Mkt | MARK TO MARKET | 5,690.75 | |
| 02/21/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 5,690.75 |
| 02/27/12 | Mark to Mkt | MARK TO MARKET | 1,365.78 | |
| 02/27/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 1,365.78 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

**March 1, 2012 - March 31, 2012**
Account Number:   (c)(1)-8472
Account Type:   **JOINT**

E*TRADE Securities LLC
PO Box 1542
Merrifield, VA 22116
1-800-503-9260
etrade.com Member FINRA/SIPC

## Customer Update:

It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION**
**DEADLINE IS APRIL 17, 2012.**
**Open a No Annual Fee, No Minimum IRA.**

**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of **Covered Securities** sold in your **taxable accounts** on IRS Form 1099-B.  Preview your 2011 tax lots online at **etrade.com/2011taxsnapshot.**

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

E*TRADE Platinum
Investment Account

## Account At A Glance



$257,285.61
As of 02/29/12

$14.06
As of 03/31/12

| Net Change: | $-257,271.55 |
|---|---|

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA.  Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities.  Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at **1-800-ETRADE-1 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further prot███ r rights, including rights under the Securities Investor Protection Act (SIPA).**

▲ DETACH HERE

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

E*TRADE FINANCIAL
Banking • Investing • Trading



DETACH HERE ▲

**Use This Deposit Slip**   Acct: (c)(1)-8472

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

SP000394

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS. IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 484, JERSEY CITY, NJ 07303-0484.

**E*TRADE Platinum**
**Investment Account**

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of broke red CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $250,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation

received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers, including an affiliated market maker, E*TRADE Capital Markets, LLC. ETS or ETC receives remuneration (generally in the form of per share cash payments or through profit sharing arrangement) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS or ETC, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

If you have a complaint, please call 1-800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**general information**

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**E*TRADE FINANCIAL**
Trading · Investing · Banking

S1RB240 rev 09/11

**SP000395**

# E✳TRADE
# FINANCIAL
Trading • Investing • Banking



**E✳TRADE** Platinum
**Investment Account**

**Account Number:** (c)(1) 8472

**Statement Period :** March 1, 2012 - March 31, 2012

**Account Type:** JOINT

Direct your service and investment questions to:

RUSSELL HAMILTON

Platinum Client Group

800-503-9260

**Customer Update:**

**E✳TRADE 360** - Our all new online investing dashboard.  It gives you everything you need on one page. Visit **etrade.com/360** to learn more.

## ACCOUNT OVERVIEW

Last Statement Date:                    February 29, 2012

| | | |
|---|---|---|
| Beginning Account Value (On 02/29/12): | $ | 257,285.61 |
| Ending Account Value (On 03/31/12): | $ | 14.06 |
| Net Change: | $ | -257,271.55 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 03/31/12)

100.00% - Cash & Equivalents

## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/12 | AS OF 02/29/12 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $    14.06 | $    0.00 | - - |
| Margin Balance | $    0.00 | $    251,540.61 | -100.00% |
| **Total Cash/Margin Debt** | $    **14.06** | $    **251,540.61** | **-99.99%** |
| Stocks, Options & ETF (Long) | $    0.00 | $    267,291.87 | -100.00% |
| Stocks, Options & ETF (Short) | $    0.00 | $    -261,546.87 | 100.00% |
| **Total Value of Securities** | $    **0.00** | $    **5,745.00** | **-100.00%** |
| **Net Account Value** | $    **14.06** | $    **257,285.61** | **-99.99**% |

Securities products and services are offered by E✳TRADE Securities LLC, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE Bank**, a Federal savings bank, Member **FDIC**. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**.  Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✱TRADE
# FINANCIAL
Trading • Investing • Banking

| | | |
|---|---|---|
| **Account Number** (c)(1) 8472 | **Statement Period :** March 1, 2012 - March 31, 2012 | **Account Type:** JOINT |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Sold | $ 5,739.90 | $ 5,739.90 |
| **Interest Received** | | |
| Taxable | $ 0.68 | $ 1.33 |
| Margin Interest | $ -64.08 | $ -185.07 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 03/31/12)



**100.00%  - CASH EQUIV**

---

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

**E✳TRADE**
**FINANCIAL**
Trading • Investing • Banking

**E✳TRADE Platinum**
**Investment Account**

| | | |
|---|---|---|
| **Account Number** (c)(1) -8472 | **Statement Period :** March 1, 2012 - March 31, 2012 | **Account Type:** JOINT |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 14.06 | | 250,000.51 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 14.06 | 100.00 | 250,000.51 |

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| | | | | |
|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | **$0.00** | **$14.06** | **100.00%** | |
| **TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (SWEEP ONLY)** | **$1.33** | | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***GSI GROUP INC NEW | GSIG | Margin | | 12.0600 | 0.00 | 0.00 | | |
| ***GSI GROUP INC NEW | GSIG | Margin | | 12.0600 | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/12)** | | | | | **14.06** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/14/12 11:53 | 03/19/12 | ***GSI GROUP INC NEW | GSIG | Sold | -500 | 11.5000 | | 5,739.90 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$5,739.90** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/16/12 | Interest | EXTND INS SWEEP ACCT(FDIC-INS) | | | 0.68 |
| 03/26/12 | Interest | FROM 02/26 THRU 03/25 @ 8.440% BAL     AVBAL  13,667 | | 64.08 | |

SP000398

**E✳TRADE FINANCIAL**

Trading • Investing • Banking

**E✳TRADE** Platinum
Investment Account

| Account Number: ▮▮▮▮-8472 | Statement Period : March 1, 2012 - March 31, 2012 | Account Type: JOINT |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$64.08** | **$0.68** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | **$63.40** | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 03/05/12 | Mark to Mkt | MARK TO MARKET | | 10,470.98 |
| 03/05/12 | Mark to Mkt | MARK TO MARKET SHORT POS | 10,470.98 | |
| 03/12/12 | Mark to Mkt | MARK TO MARKET | 910.52 | |
| 03/12/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 910.52 |
| 03/13/12 | Journal | TFR FROM TYPE 5 TO CLOSE SHORT VS BOX | | 262,912.65 |
| 03/13/12 | Journal | TFR TO TYPE 2 TO CLOSE SHORT VS BOX | 262,912.65 | |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | | 251,540.61 |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | 251,540.61 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37629285189; | 256,000.00 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630631189; | 1,093.68 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630739189; | 109.37 | |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | | 5,662.44 |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | 5,662.44 | |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | | 77.46 |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | 77.46 | |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | 64.08 | |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 64.08 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$257,203.05** | |

# E✳TRADE
## FINANCIAL
Trading  •  Investing  •  Banking

**E✳TRADE Platinum**
**Investment Account**

**Account Number :** [C/L]-8472          **Statement Period :** March 1, 2012 - March 31, 2012          **Account Type:** JOINT

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|------------------|
| 03/13/12 | ***GSI GROUP INC NEW TFR FROM TYPE 5 TO CLOSE SHORT VS BOX | GSIG | Journal | -22,763 | | | |
| 03/13/12 | ***GSI GROUP INC NEW TFR TO TYPE 2 TO CLOSE SHORT VS BOX | GSIG | Journal | 22,763 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0500**% APY/**0.0496**%APY Earned as of  03/31/12)

The Extended Insurance Sweep Deposit Account (ESDA) program  is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account  at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| **03/01/12** | | **OPENING BALANCE** | **$0.00** |
| 03/14/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 251,540.61 |
| 03/16/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -251,540.61 |
| 03/19/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.68 |
| 03/20/12 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 77.46 |
| 03/27/12 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -64.08 |
| **03/31/12** | | **CLOSING BALANCE** | **$14.06** |