# Exhibit Cover Sheet

**Party submitting:** Defendants' **Ex. # 17**

**Admitted: Yes or No (circle one)**

**Debtor: Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated _____, 2016.**

**By: _____, Deputy Clerk**

PAGE 1 OF 7

March 1, 2012 - March 31, 2012
Account Number:   (c)(1) 8472
Account Type:   JOINT

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION DEADLINE IS APRIL 17, 2012.**
Open a No Annual Fee, No Minimum IRA.

E*TRADE Platinum Investment Account



KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of **Covered Securities** sold in your taxable accounts on IRS Form 1099-B. Preview your 2011 tax lots online at etrade.com/2011taxsnapshot.

### Account At A Glance

$257,285.61

$14.06

As of 02/29/12    As of 03/31/12

Net Change:    $-257,271.55

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

---

▲ DETACH HERE                                                                                      DETACH HERE ▲

E*TRADE FINANCIAL · Banking · Investing · Trading

KEITH A YERIAN &
SUN Y PAK JTWROS
17878 GALEHOUSE RD
DOYLESTOWN OH  44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**    Acct: (c)(1) 8472

Please do not send cash

|  | Dollars | Cents |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL DEPOSIT** |  |  |

(c)(1)   84725

ETRADE000353

Trustee's 11

# E*TRADE FINANCIAL
Trading • Investing • Banking

**E*TRADE Platinum Investment Account**

Account Number: 8472

Statement Period: March 1, 2012 - March 31, 2012

Account Type: JOINT

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| | | | | $64.08 | $0.68 |

TOTAL DIVIDENDS & INTEREST ACTIVITY

NET DIVIDENDS & INTEREST ACTIVITY  $63.40

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 03/05/12 | Mark to Mkt | MARK TO MARKET | | | 10,470.98 |
| 03/05/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 10,470.98 | |
| 03/12/12 | Mark to Mkt | MARK TO MARKET | | | 910.52 |
| 03/12/12 | Mark to Mkt | MARK TO MARKET SHORT POS | | 910.52 | |
| 03/13/12 | Journal | TFR FROM TYPE 5 TO CLOSE SHORT VS BOX | | | 262,912.65 |
| 03/13/12 | Journal | TFR TO TYPE 2 TO CLOSE SHORT VS BOX | | 262,912.65 | |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | | | 251,540.61 |
| 03/14/12 | Adjustment | TFR MARGIN TO CASH | | 251,540.61 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:3762923518; | | 256,000.00 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630631189; | | 1,093.68 | |
| 03/15/12 | Transfer | TRANSFER TO XXXX5634-1 REFID:37630739189; | | 109.37 | |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | | | 5,662.44 |
| 03/16/12 | Adjustment | TFR MARGIN TO CASH | | 5,662.44 | |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | | | 77.46 |
| 03/20/12 | Adjustment | TFR MARGIN TO CASH | | 77.46 | |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | | 64.08 |
| 03/26/12 | Adjustment | TRNSFR FROM CASH TO MARGIN | | 64.08 | |

NET WITHDRAWALS & DEPOSITS  $257,203.05

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC