**Exhibit Cover Sheet**

**Party submitting:**    Defendants'  **Ex. # 18**

**Admitted: Yes   or    No  (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court
Middle District of Florida**

**Dated            _____, 2016.**

**By:  _____,   Deputy Clerk**

PAGE 1 OF 6

March 1, 2012 - March 31, 2012
Account Number: 5634
Account Type: INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
It's never too late to start saving for retirement.
**2011 IRA CONTRIBUTION DEADLINE IS APRIL 17, 2012.**
Open a No Annual Fee, No Minimum IRA.

**IMPORTANT INFORMATION:**

**COST BASIS REPORTING - ARE YOU PREPARED?** In response to new Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE will now be reporting the Cost Basis of **Covered Securities** sold in your **taxable accounts** on IRS Form 1099-B. Preview your 2011 tax lots online at etrade.com/2011taxsnapshot.

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

**Account At A Glance**



| | |
|---|---|
| As of 02/29/12 | As of 03/31/12 |
| | $257,349.57 |

Net Change: $257,349.57

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Your account is carried by an affiliate, E*TRADE Clearing LLC, Member NYSE/FINRA/SIPC, which maintains your funds and securities. Please promptly report any inaccuracy or discrepancy in your account to both E*TRADE Securities LLC at 1-800-503-9260 and E*TRADE Clearing LLC at 201-499-6247. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

DETACH HERE

SUN Y PAK
17878 GALEHOUSE RD
DOYLESTOWN OH 44230-9374

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE

Use This Deposit Slip    Acct: (c)(1)5634

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

(c)(1)    56341

ETRADE000667

Trustee's 13