# Exhibit Cover Sheet

**Party submitting:**   Defendants'   **Ex. # 19**

**Admitted: Yes   or   No   (circle one)**

**Debtor:  Keith A. Yerian**

**Case No.: 6:15-bk-01720-KSJ**

*Adv. No.*: **6:15-ap-00064-KSJ**

**Nature of Hearing/Docket No: Trial on Amended Complaint (Adv. Pro. Doc. No. 55) & Trustee's Objection to Property Claimed Exempt (Main Case Doc. No. 46)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated   _____, 2016.**

**By: _____,   Deputy Clerk**



E*TRADE FINANCIAL
Trading • Investing • Banking

E*TRADE Platinum Investment Account

Account Number: 5634

Statement Period: March 1, 2012 - March 31, 2012

Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (100.00% of Holdings)

| DESCRIPTION | OPENING BALANCE | CLOSING BALANCE | PORTFOLIO (%) | AVG BALANCE |
|---|---|---|---|---|
| Extended Insurance Sweep Deposit Account | | | | |
| E*TRADE Bank | 0.00 | 250,000.00 | | 250,001.67 |
| E*TRADE Savings Bank | 0.00 | 7,349.57 | | 7,346.10 |
| Extended Insurance Sweep Deposit Account Total | 0.00 | 257,349.57 | 100.00 | 257,347.77 |

The Extended Insurance Sweep Deposit Account (ESDA) program is comprised of deposit accounts with E*TRADE Bank and up to four other depository institutions. The ESDA account at each bank is FDIC-insured up to $250,000.00 but is not covered by SIPC.

| TOTAL CASH & CASH EQUIVALENTS | $0.00 | $257,349.57 | 100.00% | |
|---|---|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (SWEEP ONLY) | | $3.52 | | |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/12) | | 257,349.57 | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/26/12 | Interest | EXTND INS SWEEP ACCT (FDIC-INS) | | | $3.52 |
| TOTAL DIVIDENDS & INTEREST ACTIVITY | | | | | $3.52 |
| NET DIVIDENDS & INTEREST ACTIVITY | | | | | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:3752928189; | | | 256,000.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:3763063189; | | | 1,093.68 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX5800-1 REFID:3763071489; | | | 143.00 |
| 03/15/12 | Transfer | TRANSFER FROM XXXX8472-1 REFID:3763073989; | | | 109.37 |
| NET WITHDRAWALS & DEPOSITS | | | | | $257,346.05 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC

PAGE 5 OF 6

ETRADE000671

Trustee's 14