UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.
_____/

Richard Blackstone Webber, II,
Chapter 7 Trustee

    Plaintiff,
v.

Keith A. Yerian and Sun Y. Pak,

    Defendants.
_____/

Chapter 7
Case No.: 6:15-bk-07120-KSJ

Adv. Proc. No. 6:15-ap-00064-KSJ

## CONSENT MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, Keith A. Yerian and Sun Y. Pak, move to substitute Frank M. Wolff and the law firm of Wolff, Hill, McFarlin & Herron, P.A. as their counsel of record in this adversary proceeding in place of Brett A. Elam and Brett A. Elam, P.A. By their signatures below, Defendants, Frank M. Wolff and Brett A. Elam join in this motion and consent to entry of an order granting the motion.

_____
Keith A. Yerian

_____
Frank M. Wolff
Florida Bar No. 319521
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: fwolff@whmh.com
Attorneys for Defendants

_____
Sun Y. Pak

_____
Brett A. Elam
Florida Bar No. 576808
Brett A. Elam, P.A.
105 S Narcissus Ave., Ste 802
West Palm Beach, FL 33401
Telephone: (561) 833.1113
Facsimile: (561) 833-1115
Email: belam@brettelamlaw.com

G:\12153\Joint mtn for substitution of counsel.docx

## CERTIFICATE OF SERVICE

    I certify that on September 29, 2015, the foregoing consent motion for substitution of counsel has been served to all "filing users" by using the CM/ECF system.


                              /s/ Frank M. Wolff_____
                              Frank M. Wolff