ORDERED.

Dated:  September 30, 2015

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

      Debtor.

_____/

Richard Blackstone Webber, II,
Chapter 7 Trustee

      Plaintiff,

v.

Keith A. Yerian and Sun Y. Pak,

      Defendants.

_____/

Chapter 7
Case No.: 6:15-bk-01720-KSJ

Adv. Proc. No. 6:15-ap-00064-KSJ

ORDER GRANTING SUBSTITUTION OF COUNSEL

This case came before the court on the consent motion for substitution of counsel (Doc.

no. 18) filed by Frank M. Wolff and the law firm of Wolff, Hill, McFarlin & Herron, P.A. and

Brett A. Elam and the law firm of Brett A. Elam, P.A., substituting Frank M. Wolff and the law

firm of Wolff, Hill, McFarlin & Herron, P.A. as counsel of record for the Defendants.

For the reasons stated in the motion, it is

ORDERED:

1.     The motion is granted.

G:\12153\Order granting substitution of counsel.docx

2.      Frank M. Wolff and the law firm of Wolff, Hill, McFarlin & Herron, P.A. are hereby substituted as counsel of record for the Defendants.

3.      Brett A. Elam and Brett A. Elam P.A. are relieved of any and all further responsibilities to represent or act on behalf of the Defendants in this adversary proceeding.

4.      Copies of all future pleadings shall be served on counsel as follows: Frank M. Wolff Esq., Wolff, Hill, McFarlin & Herron, P.A., 1851 W. Colonial Dr., Orlando, FL 32804.

Attorney, Frank M. Wolff, , is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of the order.

G:\12153\Order granting substitution of counsel.docx