UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | Case No.  6:15-bk-01720-KSJ |
| Keith A Yerian, | Chapter 7 |
| Debtor. | |
| _____ / | |
| Richard Blackstone Webber, II, | Adv. Proc. No. 6:15-ap-00064-KSJ |
| Chapter 7 Trustee | |
| Plaintiff, | |
| v. | |
| Keith A. Yerian and Sun Y. Pak, | |
| Defendants. | |
| _____ / | |

## MEDIATOR REPORT

Pursuant to Local Rule 9019-2(a), a mediation conference was conducted by Florida Supreme Court Certified Court Mediator, Michael A. Tessitore, Esquire, on **December 21, 2015**. The following individuals attended the mediation conference:

| | |
|---|---|
| Richard B. Webber, II | Bradley Anderson |
| Trustee | Trustee's Attorney |
| | |
| Keith Yerian and Sun Pak | Frank M. Wolff |
| Defendants | Debtor's Attorney |

Others physically present: _____

The result of the mediation conference was that the parties did not reach a settlement agreement.

## CERTIFICATE OF SERVICE

I hereby certify on the 20th day of January, 2016 that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael A. Tessitore
MICHAEL A. TESSITORE
Florida Bar No. 0948039
mtessitore@morankidd.com
Moran Kidd Lyons & Johnson, P.A.
111 N. Orange Ave., Suite 900
Orlando, Florida 32801
407-841-4141
407-841-4148 (fax)
Mediator