UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
KEITH A. YERIAN,  CASE NO.: 6:15-bk-01720-KSJ

    Debtor.  Chapter 7
_____/
RICHARD B. WEBBER II,
as Chapter 7 Trustee,

    Plaintiff,
v.  Adv. No.: 6:15-ap-64-KSJ

KEITH A. YERIAN and
SUN Y. PAK,

    Defendants.
_____/

**DEBTOR/DEFENDANT'S MOTION TO EXTEND DEADLINE
TO FILE EXPERT WITNESS DESIGNATION AND REPORT**

    Keith A. Yerian, Debtor/Defendant, files this motion to extend the deadline to file his expert witness designation and report and states:

    1.    On April 13, 2016, the Court entered its Order Scheduling Trial (the "Scheduling Order" (Doc. no. 70). Among other things, the Scheduling Order directed the parties to disclose any expert and exchange expert reports by May 20, 2016.

    2.    On April 21, 2016, the Court entered its Order Granting Agreed Motion to Extend Deadline to File Expert Witness Designation and Report (Doc. no. 76), extending the deadlines as follows:

        a.    June 3, 2016 for the trustee to disclose any expert and provide an expert report;

      b.    June 17, 2016 for Debtor/Defendant to disclose any expert and provide an expert report.

      3.    The Debtor has found the issues raised by the Trustee's Expert to be more complex than he first envisioned, and needs more time considering the issues and seeking an expert that can respond to the issues in the report of the Trustee's expert. The Trustee has agreed to an extension of the Debtor/Defendant's deadline to disclose its expert and provide an expert report for one week. The Debtor is trying to comply with the extended deadline of June 24, 2016, but is requesting until July 6, 2016 to comply.

      4.    The Debtor believes that extending the date until July 6, 2016 for this deadline is reasonable and will not prejudice the Trustee/Plaintiff.

      WHEREFORE, Debtor/Defendant respectfully requests the Court grant this Motion and enter an Order extending the deadline for the Debtor/Defendant to disclose any expert and file expert report to July 6, 2016; and for such further relief as is proper under the circumstances of the case.

## CERTIFICATE OF SERVICE

      I certify that a copy of this motion has been served on June 16, 2016 to all filing users through the CM/ECF filing system.

      /s/ Frank M. Wolff
      Frank M. Wolff
      Florida Bar No. 319521
      Frank Martin Wolff, P.A.
      1851 West Colonial Drive
      Orlando, FL 32804
      Telephone (407) 648-0058
      Facsimile (407) 648-0681
      fwolff@fmwpa.com

      Attorneys for the Debtor/Defendant
      in Adversary Proceeding