ORDERED.

Dated:  June 23, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

KEITH A. YERIAN,                                                    CASE NO.: 6:15-bk-01720-KSJ

    Debtor.                                                               Chapter 7
_____/

RICHARD B. WEBBER II,
as Chapter 7 Trustee,

    Plaintiff,
v.                                                                               Adv. No.: 6:15-ap-64-KSJ

KEITH A. YERIAN and
SUN Y. PAK,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND
<u>DEADLINE TO FILE EXPERT  WITNESS DESIGNATION AND REPORT</u>**

This case came before the court to consider and act upon the Debtor/Defendant's Motion to Extend Deadline to File Expert Witness Designation and Report (Doc. No. 87).  The Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion should be granted.  Accordingly, it is

**ORDERED**:

1. The Motion is GRANTED.

2. The deadline for the Debtor/Defendant to disclose any expert and provide an expert report is extended to July 6, 2016.

Attorney, Frank M. Wolff, is directed to serve this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.