UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

KEITH A. YERIAN,                      Case No.: 6:15-bk-01720-KSJ
                                        Chapter 7

     Debtor.
_____/
RICHARD B. WEBBER, II,
CHAPTER 7 TRUSTEE,

     Plaintiff,                            ADV. NO.: 15-ap-00064-KSJ
v.
KEITH A. YERIAN and
SUN Y. PAK,

     Defendants.
_____/

**NOTICE OF INTENT TO INTRODUCE
TRANSLATED DOCUMENTS INTO EVIDENCE**

     Defendants, Keith A. Yerian and Sun Y. Pak, hereby serve this notice that they intend to introduce documents accompanied by certified translations into evidence at trial and say:

     1.     At issue in this case is the transfer of certain monies from Korea to the United States. It is the Defendants intention to prove that these monies were the property of the Defendant Sun Y. Pak.

     2.     To further the proof of this issue, Defendants intend to introduce into evidence documents in Korean with accompanying certified translations into English.

     3.     Defendants served these documents on Plaintiff along with certified translations on November 11, 2015.

     4.     Copies of the documents and the certified translations, bearing the bate stamps SP000813 to SP000824, are attached hereto.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing notice with attachment has been served on November 3, 2016 to all "filing users" through the CM/ECF filing system.

       /s/ Frank M. Wolff_____
Frank M. Wolff
Fla Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone: (407) 982-4448
Facsimile: (407) 386-3364
Email: fwolff@fwolfflaw.com

Attorney for Keith Alan Yerian,
Sun Young Pak, and Mwagusi Software, LLC,
Defendants in Adversary Proceeding

경기도 평택시 동삭동 151-8
(법률회관)
[별지 제33호서식]

공증인가 **법무법인 한마음**

(전화) 031-657-9090
(팩스) 031-657-9092

등부 2012년   제 2801 호

# 인 증 서

SP000813

# 확 인 서

본인은 2006. 12. 26.부터 2008. 10. 23.까지
딸 (PAK SUN YO) 및
사위(KEITH ALAN YERIAN)
에게 별지 내역과 같이 총금132,000,000원정을 송금한
사실이 있습니다.

   2012. 9. 20.

확인인  황 춘 식 
평택시 현덕면 인광리 산122-1
영흥아파트 나-106

SP000814

등부 2012 년    제 2801호

# 인 증

위 확인서-------------------------------------------------------- 에 대하여

확인인 황춘식의 대리인 김윤나는-------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

본 공증인의 면전에서 위 사서증서의 기명날인  이 본인의 것임을 확인하였다.----

본 공증인은 위 촉탁인이 제시한--------- 주민등록증---------------------

에 의하여 그 사람이 틀림없음을 인정하였다.-------------------------------

위 증서의 7번째줄에는 정1자 되었다.-------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

2012년 07월 20일   이 사무소에서 위 인증한다.

| | | |
|---|---|---|
| 공증사무소명칭 | 공증인가 | 법무법인 한마음 |
| 소 속 | | 수원지방검찰청 |
| 소재지표시 | | 경기도 평택시 동삭동 151-8 (법률회관) |
| 공증인 | 공증담당변호사 | (서명) |

SP000815

Address: Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8
(Law Office)
(Enclosed Document Type 33)

Name of Law Firm:  **Han Ma Eum**                              (tel) 031-657-9090
                                                               (fax) 031-657-9092

Registration Year 2012    Number 2801

# Certificate of Authentication

**SP000816**

(Law Office)
(Enclosed Document Type 35)

Name of Law Firm: Han Ma Eum            (tel) 031-657-9090
                                        (fax) 031-657-9092

Registration Year 2012    Number 2801

# Confirmation

In regards to this certification of confirmation above--------------------------------------------------------
the confirmer named Hwang, Choon Suk's legal representative Kim, Yoon Na------------------------
-----------------------------------------------------------------------------------------------------------------

was sworn to and subscribed before me and verified as the same person who produced
National Identification Card as identification.
The line 7 of this confirmation is numeral 1

Date of Verification from this Law Office:  July 20, 2012

Name of Law Firm:  Han Ma Eum
Affiliated With:  Suwon District Public Prosecution Office
Location:  Gyonggi-Do, Pyong Taek-Si, Dong Sak-Dong 151-8 (Law Office)
Notarization Person:  Notary Lawyer in Charge     Oh, Sae Hyuk//signed//sealed//

**SP000817**

## Confirmation Document

I, the undersigned affirmed that from December 26, 2006 to October 23, 2008 as stated in the accompanying paper, wire transferred my daughter (PAK SUN YO) and Son-in-Law (KEITH ALAN YERIAN) the total of W132,000,000.

//sealed//July ~~(September)~~ 20, 2012//sealed//

Confirming Person:  Hwang, Choon Sik//sealed//
Address: Pyong Taek-Si, Hyun Duk-Myon, In Kwang-Ri 122-1
Young Heung Apt Na-106

                                                                   //sealed//



**Sung Mun Official Court Interpreter** (문 성구 법정통역관)

November 19, 2015

RE: Loan Agreement Contract and Certificate of Authentication—of Hwang, Choon Sik

Certification

I, the undersigned, fluent in the Korean and English language, certify that the foregoing is a correct translation of the corresponding document in Korean to English and/or English to Korean. This translation is true and complete to the best of my knowledge, ability and belief. I am an official court translator/interpreter for the State of Florida.

Sung Mun
Official Court Interpreter



1180 Spring Center S. Blvd Suite 310 Altamonte Springs, Florida 32714
(office) 407 920 7803   407 682 3185 (fax)   email: sungtranslation@yahoo.com

SP000819

# 대출거래약정서(Ⅰ형)
### (가계 및 사업자등록증 없는 농업인용)

| 본인자필확인 | 계 원 | 책임자 | 책임자 | 책임자 | 사무소장 |
|---|---|---|---|---|---|
| | | | | | |

_____ 협동조합 앞                        20{8}년 {6}월 {7}일

| 본 인 | 성 명 | 황○○ | (서명 또는 인) |
| | 주 소 | 경기도 평택시 현덕면 인광리 영흥아파트 나 106 | |

조합은 본인에게 이 약정서상의 중요한 내용을 설명하여야 하며, 회원조합여신거래기본약관과 이 약정서의 사본을 교부하여야 합니다.

본인은 귀 조합("이하"조합"이라 합니다)과 아래의 조건에 따라 대출거래를 함에 있어 "회원조합여신거래기본약관(가계용)"이 적용됨을 승인하고, 다음 각 조항을 확약합니다.

### 제 1 조 거래조건
거래조건은 다음과 같습니다. 직원의 설명을 듣고 해당 되는 "□내"에 "V"표시합니다.

1. 대출과목 : 일반대출
   (대출종류 : 농업대출 )
2. 거래구분 : □ 개별거래   □ 한도거래
3. 대출(한도)금액 :

   금 일억이천만 원
   ( ₩ 일억이천만 원)

4. 대 출 개 시 일 : 20{8}년 {6}월 {17}일
5. 대출기간 만료일 : 20{18}년 {6}월 {17}일
6. 이자율 등 :
   □ 고정(여신거래기본약관 제3조 제2항 제1호 선택)
      대출기간 만료일까지 연( )% □ ( )+( )%
   ☑ 변동(여신거래기본약관 제3조 제2항 제2호 선택)
      ☑ 기준금리 +(.5 )%     □ CD수익율 +( )%
      □ 상호금융정기예치금리+( )%  □ 기타( )+( )%
   다만, 변동금리(실세금리연동) 의 변동주기(제8조 이자율의 변동 참조) 선택: □ 3월  □ 6월  □ 1년  □ 3년
7. 지연배상금율(여신거래기본약관 제3조 제5항 적용):최고 연( )%
8. 이자 및 지연배상금 계산방법 : 1년을 365일로 보고 1일 단위로 계산합니다.
9. 대출실행방법 :
   ☑ 대출개시일에 전액 실행합니다.
   □ 대출개시일로부터 ( )년( )월 이내에서 증빙서류나 현물 등에 의하여 조합이 필요금액을 확인하고 분할 실행합니다.
   □ 대출개시일로부터 ( )년 ( )월 이내에서 매( )개월마다 분할 실행합니다.
   □ 본인의 청구가 있는 대로 실행합니다.
   □ 기타 ( )
10. 상환 방법 :
    ☑ 대출기간 만료일에 전액 상환합니다.
    □ 대출개시일로부터 ( )년 ( )개월 동안 거치하고,( )년 ( )월 ( )일부터 매( )개월마다 분할 상환합니다.
    □ 최종의 대출 실행 후 최초로 도래하는 대출개시일 응당일부터 매 ( )개월마다 분할 상환합니다.
    □ 매월 원리금 균등분할 상환합니다.
    □ 기타 ( )
11. 이자지급 시기 및 방법 :
    ☑ 대출개시일부터 매( 1 )개월마다 정한 납입일에 지급합니다.
    □ 최초이자는 대출개시일로부터( )개월이내에, 그 후의 이자는 지급한 이자의 계산 최종일 익일부터 ( )개월 이내에 지급합니다.
    □ 상환일부터 소급하여 매( )개월마다 정한 납입일에 지급합니다.
    □ 분할상환원금 상환일 또는 월 적립금 납입일에 지급합니다.
    □ 조합이 정한 매월 결산일에 지급합니다.
    □ 대출기간 만료일에 지급합니다.
    □ 기타 ( )
    ※ 위 제10조 및 제11조 사항은 조합영업시간 마감이후 자동화기기 또는 전자금융매체를 통한 계좌입금분은 당일 중 상환으로 처리되지 않음을 유의하시기 바랍니다.
12. 상계특약
    적금관계대출금 (농어가목돈마련저축대출금 포함)의 월적립금의 납입이 4회 이상 지체된 경우 대출기간 만료일 이전 이더라도 통지에 의하여 관련예금과 대출금을 상계할 수 있기로 한다.
13. 기타특약

### 제 2 조 이자율관련 특약
제1조에서 이자율을 국고채 실세금리, 산업금융채권 실세금리, CD실세금리 및 상호금융특별회계 정기예치금리에 연동하는 변동금리로 약정한 경우로서 조합이 기간별 가산금리를 적용하는 상품은 기간경과에 따라 대출금리를 아래와 같이 가산하여 적용하기로 합니다.

| 기간 | 대출실행 후 1년이 되는 날부터 2년이 되는 날 전일까지 | 대출실행 후 2년이 되는 날부터 3년이 되는 날 전일까지 | 대출실행 후 3년이 되는 날부터 4년이 되는 날 전일까지 | 대출실행 후 4년이 되는 날부터 5년이 되는 날 전일까지 | 대출실행 후 5년이 되는 날부터 대출 상환일 전일까지 |
|---|---|---|---|---|---|
| 가산 | | | | | |

### 제 3 조 인지세의 부담
① 이 약정서 작성에 따른 인지세는 (□ 본인. □ 조합. □ 각 50%씩 본인과 조합)이 부담합니다.
② 제1항에 의하여 본인이 부담하기로 한 인지세를 조합이 대신 지급한 경우에는 회원조합여신거래기본약관 제4조에 준하여 곧 갚기로 합니다.

### 제 4 조 질권의 목적인 예금의 표시

| 종별 | 증서번호 계좌번호 | 명의인 또는 위탁자 | 금 액 (계약액) | 년 월 일 까지 입금누계액 | 증서 일자 | 지급 기일 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### 제 5 조 지연배상금 등 차등적용
① 이 약정에 의한 지연배상금률 및 특별배상금률은 연체기간에 따라 다음과 같이 차등 적용하기로 합니다.
   1. 연체기간이 1개월 미만(30일 이하):
      채무자 대출금리+( 3 )% 단, 정책자금대출은( )%
   2. 연체기간이 1개월 이상 3개월 미만(31일 이상 90일 이하):
      채무자 대출금리+( 7 )% 단, 정책자금대출은( )%
   3. 연체기간이 3개월 이상(91일 이상) :
      채무자 대출금리+( 8 )% 단, 정책자금대출은( )%
② 제1항의 지연배상금률 및 특별배상금률이 연 15% 미만(조합원은 30일 이하 12%, 90일 이하13%, 91일 이상 15%)인 경우는15%(조합원은 30일 이하 12%, 90일 이하 13%, 91일 이상 15%)로 적용 하기로 하고 연 21%를 초과 하는 경우는 연 21%로 적용하기로 합니다. 단, 일일상환 대출은 상한금리의 적용을 배제합니다.
③ 제1항에서「채무자 대출금리」라 함은 연체 직전의 정상 이자율을 말하며, 이차보상을 받는 대출은 이차보상금리를 포함합니다.

### 제 6 조 대출기간 자동연장 특약
제1조의 대출기간 만료일까지 대출금을 상환하지 아니할 경우 조합은 본인에 대한 신용조사 및 여신심사를 거쳐 기한연기가 가능하다고 판단되는경우 본인으로 부터 별도의 기한연기동의서를 받지 않고 대출기간을 ( )년 단위로 연기할 수 있기로 합니다.

### 제 7 조 기타특약

| | | |
|---|---|---|
| 본인 | | (인) |

본인은 회원조합여신거래기본약관 및 이 약정서 사본을 확실히 수령하고, 주요 내용에 대하여 충분한 설명을 듣고 이해하였습니다.

본 인  황○○  (인)

SP000820

Customer's Copy (Type I)

**Loan Agreement Contract (Type I)**
**(For Farmers, Non Business)**

        Approval by: Self (  ) Clerk (  ) Manager (  ) Manager (  ) Chief Manager (  )

To: _____ Credit Union            Date: June 17, 2008

Name: Hwang, Choon Sik           (Signature or Seal)
Address: Geyonggi-Do, Pyong Taek-Si, Hyun Duk-Myon, In Kwang-Ri, Young Heung Apt Na 106

The credit union shall explain to you the important details on this General Terms and Conditions and also credit union members shall be furnished with this loan agreement and a copy of the general terms and conditions.

Your loan provider (hereinafter referred to as the "Bank") and in accordance with the terms of the loan as the under the basic agreement transactions and conditions must approve each clause as applies.

Article 1.  Terms and Conditions.

The terms and conditions are as follow.  Please listen to the description of the bank representative and mark "v" in ☐ in the corresponding area.

1. Type of Loan Item: General
   (Type of Loan: Bond Loan)
2. Deal Classification: ☐ Individualization Dealings  ☐ Limited Dealings
3. Loan(limit) amount:  W120,000,000
4. Date of Loan:  June 17, 2008
5. Loan Maturity Date:  June 17, 2011
6. Interest Rate
   ☑Floating Rate (selection as Article 3, Section 2, Part 2 of this contract)
   ☑ Base Rate (.5%)
7. Floating Rate Risk Compensation (selection as article 3, section 2, part 2 of this contract): Yearly Maximum (  )%
8. Interest and compensation rate calculation methods reported a year as 365 days.
9. Lending Method:
   ☑Full amount on the Date of Loan

**SP000821**

10. Repayment Method:
    ☑ Full amount on the loan maturity date
11. Interest payment methods and the payment date:
    ☑ Payment shall start on the Date of Loan and every (month) thereafter.
    *for all electronic payments applies to Article 10 and 11.  Please note that the electronic payments made after the business hours may not be credited on the same date.

12. Special Clause:
    In the case of loan principal and interest payments (including Farmer's Loan) are four (4) times or more past due, you lose the benefit of the due date of such debt, and the bank is deemed necessary conservation measures for the bonds, the variation in delay compensations rate to be applied from that point.
13. Other Clauses: (                                              )

Article 2.  Interest Rate Related Clause

Article 1 of the loan interest rate is to be calculated to the criteria changes of Korea Bond Rating, Bond Rating Nuys, KIS bond rating, and CD interest rate, fluctuations in the period from the date of the loan interest rate.

Article 3. Stamp Duty Payment

1. The Stamp Duty payment for this agreement shall be paid by. self ☐ bank ☐ or equally by the parties ☐
2. In the event the banks pay the note tax payment for the borrower, the borrower shall repay the amount immediately.

Article 4. Purpose of Pledge and Deposit Indication.

    Type:
    Account Number:
    Account Holder's Name:
    Amount:
    Date (from – to):
    Date of Document:
    Date of Payment

**SP000822**

Article 5. The Delay Payment compensation and Automatic Consent

1. Delay Payments compensation and Automatic Consent shall be applied as follows.
    a. Delay Payments of less than 1 month (30 days): Debtor's interest on the loan + (3%)
    b. Delay Payments of more than 1 month but less than 3 months (more than 31 days but less than 90 days): debtor's interest on the loan + (7%)
    c. Delay Payments of more than 3 months (91 days): debtor's the interest on the loan + (8%)
2. As section 1 above, delayed payment compensation and rate of particular compensation shall be less than 15% annum (member for 30 days of less 12%, 90 days or less 13%, more than 91 days 15%) to be applied and if it exceeds 21%, 21% shall be applied. But a day to repay loans precludes the application of the upper limit of interest rates.
3. The mentioning of (debtor's interest rate) in section 1 above is the interest rate before delayed payments and the second compensation shall applied to the second compensation rate.

Article 6. The period of Loan and Automatic Extension Clause

If term of the loan expiration has expired with remaining loan balance, the bank may reevaluate the loan through a credit check and credit screening of the debtor and may deemed possible to postpone the loan maturity date by (   ) years without obtaining a loan extension agreement from the debtor.

Article 7.  Special Clause.

_____ Name _____ (Stamp)
I understand the General Terms and Conditions for credit union members and this loan agreement contract.

Self:  Hwang, Choon Sik //signed//



Sung Mun Official Court Interpreter (문 성구 법정통역관)

November 19, 2015

RE: Loan Agreement Contract and Certificate of Authentication—of Hwang, Choon Sik

Certification

I, the undersigned, fluent in the Korean and English language, certify that the foregoing is a correct translation of the corresponding document in Korean to English and/or English to Korean. This translation is true and complete to the best of my knowledge, ability and belief. I am an official court translator/interpreter for the State of Florida.

Sung Mun
Official Court Interpreter



Sung Mun
Court Interpreter

1180 Spring Centre S. Blvd Suite 310 Altamonte Springs, Fl 32714
407 920-7803 office    fax 407 682-3185
E-mail: sungtranslation@yahoo.com

Sung Mun

Charles Hydovitz
Assistant Court Administrator

1180 Spring Center S. Blvd Suite 310 Altamonte Springs, Florida 32714
(office) 407 920 7803    407 682 3185 (fax)    email: sungtranslation@yahoo.com