UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

KEITH A. YERIAN,                                                          Case No.: 6:15-bk-01720-KSJ
                                                                                       Chapter 7
     Debtor.
_____/
RICHARD B. WEBBER, II,
CHAPTER 7 TRUSTEE,

     Plaintiff,                                                         ADV. NO.: 15-ap-00064-KSJ

v.
KEITH A. YERIAN and
SUN Y. PAK,

     Defendants.
_____/

## MOTION IN LIMINE
## FOR AN ORDER ON USE OF TRANSLATIONS AT TRIAL

     Defendants, Keith Alan Yerian and Sun Y. Pak, hereby file this Motion in Limine concerning their intent to use translated documents at trial and say:

     1.     There is no Federal Rule of Evidence that governs the introduction of translated documents at trial.

     2.     The Local Rules for the Middle District of Florida as well as the Bankruptcy Court for the Middle District of Florida are silent on the matter.  Rule 2n of the Civil Filing Requirement of the Southern District of Florida state:

> Documents not written in English (i.e., foreign language, braille) must be accompanied by a translation, unless a waiver has been granted by the Court.

3. In order to assist the parties in the trial of this matter, the Defendants have filed copies of the documents with a notice that they intend to rely on the attached certified translations to admit the documents into evidence.

4. The purpose of this motion is to obtain an order requiring that any objections to the accuracy of the translations be filed sufficiently prior to trial to permit the matter to be resolved prior to the Defendants' case in chief. In addition, requiring that the objections state specifically what inaccuracies they find in the translations to require any such objection. If no objection is timely made, the translated documents may be admitted.

Wherefore, Defendants pray for an Order setting out procedures consistent with this motion.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served on November 3, 2016 to all "filing users" through the CM/ECF filing system.

/s/ Frank M. Wolff
Frank M. Wolff
Fla Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone: (407) 982-4448
Facsimile: (407) 386-3364
Email: fwolff@fwolfflaw.com

Attorney for Keith Alan Yerian,
Sun Young Pak, and Mwagusi Software, LLC,
Defendants in Adversary Proceeding

2