UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/30/2016 10:00 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-01720-KSJ | Chapter 7 | 06/04/2015 |
| **ADVERSARY:** 6:15-ap-00064-KSJ | | **Pltf Atty:** Bradley J Anderson |
| | | **Dft Atty:** Brett A Elam |
| **DEBTOR:** Keith A Yerian | | |

**HEARING:**

Webber, II v. Yerian et al

(1DAY) TRIAL
Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak
(1) Motion by Defendant in Limine for an Order on use of Translations at Trial (Doc #110)
(2) Motion by Defendant's for Sanctions against Plaintiff's Counsel Pursuant to Rule 11 FRCP and
Bankruptcy Rule 9011 (Doc #122)
(3) Objection by Plaintiff to Defendant's Exhibits 1 and 10 (Doc #125)
Pltf Atty:  Bradley Anderson
Def Atty:   Frank Wolff
NOTE:
Continued from 11/19/15; 2/3/16
Answer to Amended Complaint filed by Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian (Doc #58)
Plaintiff's Supplemental Response to Defendant's Request for Production (Doc #60)
Plaintiff's Disclosure of Expert Witness and Certificate of Service of Expert Report (Doc #82)
Witness List Filed by the Defendants (Doc #108)
Witness List of Plaintiff and Designations of Deposition (Doc #105)
Plaintiff's Proposed Exhibits 1-117 (Doc #120)
Plaintiff's Proposed Exhibits 118-128 (Doc #123)
Plaintiff's Proposed Exhibits 129 (Doc #124)
Defendant's Proposed Exhibits 1-19 (Doc #121)

**APPEARANCES:**:
 Richard Blackstone Webber (PL)
Bradley Anderson (AT)
Amy Jellycourse (AT)
Keith Yerian (DEF)
Sun Young Pak (DEF)
Wolff (AT)

**WITNESSES:**
Joseph Van Hyde
Emerson Yerian John McCleoud -Megusy
Keith Yerian
Sun Young Pak

**EVIDENCE:**
Trustees Exhibits #1-130 admitted
Def Exhibits #1-19 admitted

**RULING:**
(1DAY) TRIAL;   CONTINUED TO DECEMBER 12, 2016 AT 11:15 AM (AOCNFNG);

Richard Webber, II, Trustee -v- Keith Yerian & Sun Y Pak


(1) Motion by Defendant in Limine for an Order on use of Translations at Trial   (Doc #110) - GRANTED: ORDER BY WOLFF;

(2) Motion by Defendant's for Sanctions against Plaintiff's Counsel Pursuant to Rule 11 FRCP and Bankruptcy Rule 9011   (Doc #122) - CONTINUED TO DECEMBER 12, 2016 AT 11:15 AM (AOCNFNG);

(3) Objection by Plaintiff to Defendant's Exhibits 1 and 10   (Doc #125): WITHDRAW OBJECTION TO EXHIBIT 10; OBJECTION TO EXHIBIT 1 OVERRULED.


PRO MEMO BY SV.

Pltf Atty:   Bradley Anderson

Def Atty:   Frank Wolff


NOTE:

COUNT 7 AND 8 WERE VOLUNTARILY DISMISSED ON 11/30/16.

Continued from 11/19/15; 2/3/16

Answer to Amended Complaint filed by Defendants Mwagusi Software, LLC, Sun Y Pak, Keith A Yerian (Doc #58)

Plaintiff's Supplemental Response to Defendant's Request for Production (Doc #60)

Plaintiff's Disclosure of Expert Witness and Certificate of Service of Expert Report (Doc #82)

Witness List Filed by the Defendants (Doc #108)

Witness List of Plaintiff and Designations of Deposition (Doc #105)

Plaintiff's Proposed Exhibits 1-117 (Doc #120)

Plaintiff's Proposed Exhibits 118-128 (Doc #123)

Plaintiff's Proposed Exhibits 129 (Doc #124)

Defendant's Proposed Exhibits 1-19 (Doc #121)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

6:15-ap-00064-KSJ                    Lead BK: 6:15-bk-01720-KSJ                    Chapter 7