[jiffyorda] [Bench Order AP +]

ORDERED.

Dated: **February 14, 2017**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:15−bk−01720−KSJ |
| Keith A Yerian | Chapter 7 |

_____Debtor*_____/

Richard Blackstone Webber II

   Plaintiff*

vs.                                                    Adv. Pro. No. 6:15−ap−00064−KSJ

Keith A Yerian

_____Defendant*_____/

**ORDER DENYING MOTION FOR SANCTIONS**

   THIS CASE came on for hearing on February 14, 2017 , for consideration of the **Motion for Sanctions** (Doc. **122** ), filed by **Frank Wolff** .

   For the reasons stated orally and recorded in open court, the Motion for Sanctions is Denied .

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Frank Wolff is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.