ORDERED.

Dated: February 24, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| KEITH A. YERIAN, | Case No. 6:15-bk-01720-KSJ |
| | Chapter 7 |
| Debtor. | |
| RICHARD B. WEBBER, II, as Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | Adversary No. 6:15-ap-00064-KSJ |
| KEITH A. YERIAN and SUN Y. PAK, | |
| Defendants. | |

**<u>FINAL JUDGMENT</u>**

This adversary proceeding came on for trial on November 30, 2016 and December 5, 2016, on the Amended Complaint. The Court took the matter under advisement, and, on February 14, 2017, issued oral findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052. Trustee's objection to the Debtor's discharge is sustained, and the discharge of the Debtor is denied. Trustee shall receive a judgment on the fraudulent transfer

counts against Sun Y. Park, Defendant and non-debtor spouse of the Debtor, and may recover these transfers pursuant to § 550 of the Bankruptcy Code in the amount of $128,000. Accordingly, it is

**ORDERED:**

1. Final judgment is entered against the Debtor, Keith Yerian, under §§ 727(a)(2)(A), 727(a)(4), and 727(a)(5) of the Bankruptcy Code. The Debtor's discharge is **DENIED.**

2. Final judgment is entered against Defendant, Sun Y. Pak, in the amount of $128,000, for which sum let execution issue

###

Trustee, Richard B. Webber, II, is directed to serve a copy of this order on **all** interested parties and file a proof of service within 3 days of entry of the order.