UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

KEITH A. YERIAN,

   Debtor.

_____

Bankr. Case No.: 6:15-bk-01720-KSJ
Adversary Proceeding No.: 6:15-ap-64-KSJ

KEITH A. YERIAN,

   Appellant,

v.

Case No. 6:17-cv-459-Orl-37

RICHARD B. WEBBER, II, as TRUSTEE,

   Appellee.

_____

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Notice is hereby given that Keith A. Yerian, Debtor/Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Middle District of Florida that was entered on February 9, 2018 (Doc. 28) which affirmed the Bankruptcy Court's Order Sustaining Trustee's Objection to Debtor's Claim of Exemption that was entered February 24, 2017 (Bankr. Doc. 100) on appeal from the Bankruptcy Court, and from any and all other judgments, orders, opinions, rulings and findings pertinent or ancillary to the foregoing. The names of the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Parties:**

    Appellant: Keith A. Yerian

    Appellee: Richard B. Webber, II, as Trustee

**Attorneys:**

Counsel for Appellant:

Michael A. Nardella, Esq.
Nardella & Nardella, Esq.
250 E. Colonial Drive, Suite 102
Orlando, FL 32801
Tel.: (407) 966-2680

Counsel for Appellee:

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
Tel.: (407) 425-7010

Dated: March 9, 2018

                                              Respectfully submitted,

                                              */s/ Michael A. Nardella*
                                              Michael A. Nardella, Esq.
                                              Florida Bar No. 051265
                                              **NARDELLA & NARDELLA, PLLC**
                                              250 East Colonial Drive, Suite 102
                                              Orlando, FL 32801
                                              (407) 966-2680
                                              mnardella@nardellalaw.com
                                              afebres@nardellalaw.com

                                              Attorney for the Debtor/Appellant

## **CERTIFICATE OF SERVICE**

 I CERTIFY that on March 9, 2018, a true and correct copy of the above Notice of Appeal has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following, and to all others who requested to receive notice via this Court's CM/ECF filing system:

| | |
|---|---|
| Keith A. Yerian, Debtor<br>5767 Treasure Lane<br>Grant, FL 32949 | Richard B. Webber, II, Esq., Trustee<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>407-425-7010<br>rwebber@zkslawfirm.com<br>Plaintiff and Counsel for Plaintiff |
| Sun Y. Pak<br>5767 Treasure Lane<br>Grant, FL 32949 | |
| Frank M. Wolff, Esq.<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd.<br>Orlando, FL 32801<br>407-982-4448<br>Fwolff@fwolfflaw.com<br>Counsel for Defendants | Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802<br>407-425-7010<br>banderson@zkslawfirm.com<br>Counsel for Plaintiff |
| J. Reid Yoder, Esq.<br>DiCaudo, Pitchford & Yoder, LLC<br>209 South Main Street, 3rd Floor<br>Akron, OH 44308<br>330-762-7477<br>ryoder@dpylaw.com<br>Counsel for Defendants | Charles R. Sterbach, U.S. Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301<br>USTP.Region21@usdoj.gov |

                */s/ Michael A. Nardella*
                Michael A. Nardella